UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 24-CR-20255-DIMITROULEAS/HUNT

**UNITED STATES OF AMERICA,**

vs.

**PATRICK BOYD and
CHARLES BOYD,**

        **Defendants**.
_____/

## GOVERNMENT'S WITNESS LIST

The United States hereby files its witness list. The United States respectfully requests leave to add additional witnesses based on their availability, whether or not the one or both defendants testify, and whether the United States will present a rebuttal case. At trial, the United States anticipates calling the following witnesses in its case-in-chief:[1]

1. Kathleen Eberspacher
2. Courtney Ruark-Coleman
3. Abigail Divilio
4. Jonathan Nicholls
5. Kendreas Ferdinand
6. Jon Atkinson
7. Kelsey Jones
8. Jon Weed
9. Jorge Humberto Ruiz Alvarado
10. Jenna Devuyst
11. Garrett Mellott
12. Dakota Flowers
13. Fred Hopkins
14. Christopher Woo
15. Dhruv Ralhan
16. Adam Brosius
17. Gustavo Borja

---

[1] The United States does not expect all of the listed witnesses to testify but identifies in this filing all potential witnesses out of an abundance of caution.

18. Adedayo Akanbi
19. Lisa Trissell
20. Paul Rosell
21. Mackenzie Towers
22. Antione Brooks
23. Garrett Mellott
24. Daniel Conger
25. Edgar Martinez
26. Elena Baranov
27. Vipulbhai Parekh
28. Mishal Alsabragh
29. Michael Rosenbaum
30. Kelsey Jones
31. Jesse Dresser
32. Martha Rumore
33. Christina Picard
34. William Fadel
35. Michael Coscia
36. Sekar Venkatesh
37. Manjula Chitkula
38. Susmitha Sunkara
39. Harpreet Dhanota
40. Christopher Trent
41. Case agent
42. Medicare witness

August 8, 2025

Respectfully submitted,

HAYDEN P. O'BYRNE
UNITED STATES ATTORNEY

LORINDA LARYEA, ACTING CHIEF
U.S. DEPARTMENT OF JUSTICE
CRIMINAL DIVISION, FRAUD SECTION

By:   */s/ Alexander Thor Pogozelski*
Alexander Thor Pogozelski
Assistant United States Attorney
Florida Special Bar No. A5502549
99 Northeast 4th Street
Miami, Florida 33132
Tel: (786) 649-5251
Email: Alexander.Pogozelski@usdoj.gov

                <u>*/s/ Jacqueline Zee DerOvanesian*</u>
Jacqueline Zee DerOvanesian
Trial Attorney
Florida Bar No. 125662
United States Department of Justice
Criminal Division, Fraud Section
1400 New York Avenue NW
Washington, D.C. 20005
Tel: (202) 285-9285
Email: Jacqueline.DerOvanesian@usdoj.gov

## **CERTIFICATE OF SERVICE**

I, Jacqueline DerOvanesian, hereby certify that on August 8, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

*/s/ Alexander Thor Pogozelski*
Assistant United States Attorney