UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 24-CR-20255-WPD

UNITED STATES OF AMERICA

v.

CHARLES BOYD,

       **Defendant.**

_____/

### ORDER MODIFYING DEFENDANT'S CONDITIONS OF BOND

Having considered the United States Probation Office's recommendations that Defendant Charles Boyd's conditions of release be modified based on his recent violations of bond, the Court orders that the Defendant's conditions of release be modified to include the following additional conditions of release:

(1) The Defendant must abstain from alcohol use or any use of a narcotic drug or other controlled substance, as defined in Section 102 of the Controlled Substances Act (21 U.S.C. § 802), without a prescription by a licensed medical practitioner;

(2) The Defendant must add an Ignition Interlock to any vehicle he will be driving, which consists of a breathalyzer connected to a vehicle's ignition system that prevents the car from starting if the test results are above a set level;

(3) The Defendant must have an alcohol flag placed on the Defendant's driver's license by the Maryland Department of Motor Vehicles; and

(4) The Defendant will be referred for a substance abuse treatment evaluation.

**DONE AND ORDERED** in Ft. Lauderdale, Florida, this 8th day of September, 2025.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies to
Counsel of record