UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 24-CR-20255-DIMITROULEAS/HUNT

**UNITED STATES OF AMERICA,**

vs.

**PATRICK BOYD and
CHARLES BOYD,**

      **Defendants**.

_____/

**GOVERNMENT'S AMENDED WITNESS LIST**

The United States hereby files its amended witness list. The United States respectfully requests leave to add additional witnesses based on their availability, whether or not one or both defendants testify, and whether the United States will present a rebuttal case. At trial, the United States anticipates calling the following witnesses in its case-in-chief:[1]

1. Kathleen Eberspacher
2. Courtney Ruark-Coleman
3. Abigail Divilio
4. Jonathan Nicholls
5. Kendreas Ferdinand
6. Jon Atkinson
7. Kelsey Jones
8. Jon Weed
9. Jorge Humberto Ruiz Alvarado
10. Jenna Devuyst
11. Garrett Mellott
12. Anthony Berger
13. Fred Hopkins
14. Christopher Woo
15. Dhruv Ralhan
16. Adam Brosius
17. Gustavo Borja

---

[1] The United States does not expect all of the listed witnesses to testify but identifies in this filing all potential witnesses out of an abundance of caution.

page

18. Adedayo Akanbi
19. Lisa Trissell
20. Mackenzie Towers
21. Daniel Conger
22. J.R.[2]
23. Edgar Martinez
24. Elena Baranov
25. Vipulbhai Parekh
26. Mishal Alsabragh
27. Michael Rosenbaum
28. Jesse Dresser
29. Martha Rumore
30. Christina Picard
31. William Fadel
32. Michael Coscia
33. Manjula Chitkula
34. Harpreet Dhanota
35. Christopher Trent
36. Peter Khaim
37. ViiV Healthcare witness
38. Case agent
39. Medicare witness

September 10, 2025

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

LORINDA LARYEA, ACTING CHIEF
U.S. DEPARTMENT OF JUSTICE
CRIMINAL DIVISION, FRAUD SECTION

By:   /s/ Alexander Thor Pogozelski
Alexander Thor Pogozelski
Assistant United States Attorney
Florida Special Bar No. A5502549
99 Northeast 4th Street
Miami, Florida 33132
Tel: (786) 649-5251
Email: Alexander.Pogozelski@usdoj.gov

---

[2] The United States is simultaneously providing the defense the full name of this witness but anonymizing him/her at this time due to the witness's safety concerns.

*/s/ Jacqueline Zee DerOvanesian*
Jacqueline Zee DerOvanesian
Trial Attorney
Florida Bar No. 125662
United States Department of Justice
Criminal Division, Fraud Section
1400 New York Avenue NW
Washington, D.C. 20005
Tel: (202) 285-9285
Email: Jacqueline.DerOvanesian@usdoj.gov

## CERTIFICATE OF SERVICE

      I, Alexander Thor Pogozelski, hereby certify that on September 10, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

*/s/ Alexander Thor Pogozelski*
Assistant United States Attorney
