# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No. 24-CR-20255-DIMITROULEAS

**UNITED STATES OF AMERICA**

**vs.**

**PARTICK BOYD**
**and CHARLES BOYD,**

**Defendant**.

_____/

### GOVERNMENT'S EXHIBIT LIST

| Presiding Judge:<br>**The Honorable William P. Dimitrouleas** | | Government Prosecutors:<br>**Alexander Thor Pogozelski**<br>**Jacqueline DerOvanesian** | Defense Attorneys:<br>**Bruce Zimet**<br>**William Barzee**<br>**Ivlis Mantilla** |
|---|---|---|---|

| Exhibit Number | Date Identified | Date Admitted | Objections/ Stipulated Admissions | Description of Exhibit |
|---|---|---|---|---|
| | | | | **001s – Counts** |
| 1 | | | | Count 1 OA1 - 2020.05.22 Teams from Adam Brosius to Charles Boyd re 'our numbers are gonna be 1 mil+' - SCSRELATIVITY_0000435667 |
| 2 | | | | Count 1 OA2 - 2020.07.08 Teams from Patrick Boyd to Adam Brosius re 'hours counting hiv woth the crew' - SCSRELATIVITY_0000769223 |
| 3 | | | | Count 1 OA3 - 2020.07.24 312k Wire Transfer from Univest x9807 Safe Chain LLC to Boulevard - SCS-0000143840 |
| 3Z | | | | Count 1 OA3 Demonstrative - 2020.07.24 312k Wire Transfer from Univest x9807 Safe Chain LLC to Boulevard - SCS-0000143840 |
| 4 | | | | Count 1 OA4-7 - 2020.08.14 Text Patrick Boyd and Charles Boyd re 'opened a bottle and it was a different med' - SCSRELATIVITY_0001557545 |

| Exhibit Number | Date Identified | Date Admitted | Objections/ Stipulated Admissions | Description of Exhibit |
|---|---|---|---|---|
| 5 | | | | Count 1 OA8 - 2020.08.18 1.2mil Wire Transfer from Univest x9807 Safe Chain LLC7 to Gentek - SCS-0000143817 |
| 5Z | | | | Count 1 OA8 Demonstrative - 2020.08.18 1.2mil Wire Transfer from Univest x9807 Safe Chain LLC7 to Gentek - SCS-0000143817 |
| 6 | | | | Count 1 OA9 - 2020.09.29 Email from Patrick Boyd to Adam Brosius re BLVD falsified T3s - SCSRELATIVITY_0001340189-192 |
| 7 | | | | Count 1 OA10 - 2020.09.30 Email from Abigail Divilio to Charles Boyd and Patrick Boyd FW Biktarvy and Complera - SCSRELATIVITY_0001349930 |
| 8 | | | | Count 1 OA11 - 2020.10.12 Email from Abigail Divilio to Charles Boyd and Patrick FW Gilead Sciences Biktarvy - SCSRELATIVITY_0001334175 |
| 9 | | | | Count 1 OA12 - 2020.10.23 200k Wire Transfer from Univest x9807 Safe Chain LLC to Boulevard - SCS-0000143784-85 |
| 9Z | | | | Count 1 OA12 Demonstrative - 2020.10.23 200k Wire Transfer from Univest x9807 Safe Chain LLC to Boulevard - SCS-0000143784-85 |
| 10 | | | | Count 1 OA15 - 2021.03.26 700k Wire Transfer from Univest x9807 Safe Chain LLC to Boulevard - SCS-0000144066 |
| 10Z | | | | Count 1 OA15 Demonstrative - 2021.03.26 700k Wire Transfer from Univest x9807 Safe Chain LLC to Boulevard - SCS-0000144066 |
| 11 | | | | Count 1 OA16 - 2021.04.30 1.1mil Wire Transfer from Univest x9807 Safe Chain LLC to Synergy - SCS-0000144053-54 |
| 11Z | | | | Count 1 OA16 Demonstrative - 2021.04.30 1.1mil Wire Transfer from Univest x9807 Safe Chain LLC to Synergy - SCS-0000144053-54 |
| 12 | | | | Count 1 OA17 - 2021.07.07 527k Wire Transfer from Univest x9807 Safe Chain LLC to Omom Pharmaceuticals - SCS-0000144013-14 |
| 12Z | | | | Count 1 OA17 Demonstrative - 2021.07.07 527k Wire Transfer from Univest x9807 Safe Chain LLC to Omom Pharmaceuticals - SCS-0000144013-14 |
| 13 | | | | Count 2 - 2021.01.21 Safe Chain Shipment to Pharmacy 1 Invoice - SCSRELATIVITY_0001424549-50 |

2

| Exhibit Number | Date Identified | Date Admitted | Objections/ Stipulated Admissions | Description of Exhibit |
|---|---|---|---|---|
| 14 | | | | Count 2 - 2021.01.21 Safe Chain Shipping Confirmation to Pharmacy 1 - SCSRELATIVITY_0001424354 |
| 15 | | | | Count 2 - 2021.01.21 Safe Chain T3-Pedigree for Pharmacy 1 - SCSRELATIVITY_0001335903 |
| 16 | | | | Count 3 - 2021.02.23 Safe Chain T3-Pedigree for Pharmacy 2 - SCSRELATIVITY_0001427973 |
| 17 | | | | Count 3 - 2021.02.23 Shipment of Biktarvy to Pharmacy 2 Invoice - SCSRELATIVITY_0001423800-01 |
| 18 | | | | Count 3 - 2021.02.23 Shipment of Biktarvy to Pharmacy 2 Shipping Confirmation - SCSRELATIVITY_0001425611 |
| 19 | | | | Count 6 - 2020.08.06 400k Wire Transfer from World Wide Pharma JPMC x5196 to Gentek Citizens x4795 - SCS-0000073164, SCS-0000000231 |
| 19Z | | | | Count 6 Demonstrative - 2020.08.06 400k Wire Transfer from World Wide Pharma JPMC x5196 to Gentek Citizens x4795 - SCS-0000073164, SCS-0000000231 |
| 20 | | | | Count 7 - 2020.10.30 Teams from Adam Brosius to Patrick Boyd and Charles Boyd - SCSRELATIVITY_0000755484 |
| 21 | | | | Count 8 - 2021.04.13 Email from Safe Chain to Pharmacy 1 LLC re T3s - SCSRELATIVITY_0001393753-802 |
| **030s – Physical Exhibits** | | | | |
| 30 | | | | Two bottles of Biktarvy (Lot CCZCBA) |
| 31 | | | | Two bottles of Biktarvy (Lot CCXKVA) |
| 32 | | | | Two bottles of Descovy (LOT 019815) |
| 33 | | | | Counterfeit Biktarvy patient leaflet |
| 34 | | | | Counterfeit Genvoya patient leaflet |
| 35 | | | | Counterfeit Stribild patient leaflet |
| 36 | | | | Counterfeit Vosevi patient leaflet |
| **040s Summary Exhibits** | | | | |
| 40 | | | | Financial Summary Exhibits |
| 40A | | | | Safe Chain Summary of Payments to HIV Suppliers |
| 40B | | | | Safe Chain Time Period of Payments to HIV Suppliers |
| 40C | | | | Safe Chain Payments to Boulevard 9229, LLC |
| 40D | | | | Safe Chain Summary of Payments to Boulevard 9229, LLC |
| 40E | | | | Safe Chain Payment Details to Boulevard 9229, LLC |
| 40F | | | | Safe Chain Summary of Payments to Gentek, LLC |
| 40G | | | | Safe Chain Payment Details to Gentek, LLC |
| 40H | | | | Safe Chain Payment Details to Rapid's Tex via Mr. Unlimited, LLC |
| 40I | | | | Safe Chain Summary of Payments to Synergy Group Wholesalers, LLC |

| Exhibit Number | Date Identified | Date Admitted | Objections/ Stipulated Admissions | Description of Exhibit |
|---|---|---|---|---|
| 40J | | | | Safe Chain Payment Details to Synergy Group Wholesalers, LLC |
| 40K | | | | Safe Chain Payment Details to Omom Pharmaceuticals, LLC |
| 40L | | | | Safe Chain Total Revenue and Payments to HIV Suppliers |
| 41 | | | | Call Records Summary Exhibits |
| 41A | | | | Calls Summary - Charles Boyd and Peter Khaim |
| 41B | | | | Calls Summary - Charles Boyd, Adam Brosius, Potentially Peter Khaim |
| 41C | | | | Calls Summary - Charles Boyd and Edel Reyes |
| 41D | | | | Calls Summary - Charles Boyd, Adam Brosius, Potentially Edel Reyes |
| 41E | | | | Billing Toll Explanation Sheet |
| **050s Certified Drivers Licenses and Corporate Records** | | | | |
| 50 | | | | Abigail Divilio Certified Driver's License - SCS-0000156214-25 |
| 51 | | | | Carlos Vega Certified Driver's License - SCS-0000153220-321 |
| 52 | | | | Charles Boyd Certified Driver's License - SCS-0000156206-8 |
| 53 | | | | Courtney Coleman Certified Driver's License - SCS-0000156208-13 |
| 54 | | | | Dhruv Ralhan Certified Driver's License - SCS-0000153024-125 |
| 55 | | | | Edel Reyes-Frontela Certified Driver's License - SCS-0000153126-99 |
| 56 | | | | Garrett Mellott Certified Driver's License - SCS-0000156197-26 |
| 57 | | | | Jenna Devuyst Certified Driver's License - SCS-0000156193-97 |
| 58 | | | | Jonathan Nicholls Certified Driver's License - SCS0000156216-19 |
| 59 | | | | Patrick Boyd Certified Driver's License - SCS0000156219-20 |
| 60 | | | | Cintex Services LLC - Delaware 2012.01.30 Registration - SCS-0000156183 |
| 61 | | | | Cintex Services LLC - Georgia 2019.01.23 Registration - SCS0000156184 |
| 62 | | | | Cintex Services LLC Certified Corporate Records - SCS0000156185-92 |
| 63 | | | | OMOM Pharmaceuticals Inc. Certified Corporate Records - SCS-0000153020-23 |

| Exhibit Number | Date Identified | Date Admitted | Objections/ Stipulated Admissions | Description of Exhibit |
|---|---|---|---|---|
| 64 | | | | Safeway Distributors Inc. Certified Corporate Records - SCS-0000153200-19 |
| 65 | | | | Worldwide Pharma Sales Group Inc. Certified Corporate Records - SCS-0000153322-29 |
| **070s Videos** | | | | |
| 70 | | | | Charles Boyd Deposition - 10.11.18 - 10.13.48 |
| 71 | | | | Patrick Boyd Deposition - 11.39.54 - 11.40.06 |
| 72 | | | | Patrick Boyd Deposition - 11.57.00 - 11.59.01 |
| 73 | | | | Patrick Boyd Deposition - 18.17.50 - 18.18.37 |
| 74 | | | | Charles Boyd Deposition - 10.05.48 - 10.08.17 |
| 75 | | | | Charles Boyd Car Accident Video 1 |
| 76 | | | | Charles Boyd Car Accident Video 2 |
| 77 | | | | Charles Boyd Car Accident Video 3 |
| 78 | | | | Charles Boyd Car Accident Video 4 |
| 79 | | | | Patrick Boyd Deposition - 12.35.13-12.35.53 |
| 80 | | | | Charles Boyd Deposition - 09.41.43 - 09.42.09 |
| 81 | | | | Charles Boyd Deposition - 11.07.05 - 11.07.38 |
| 82 | | | | Charles Boyd Deposition - 12.21.12 - 12.21.22 |
| 83 | | | | Charles Boyd Deposition - 12.22.42 - 12.22.52 |
| 84 | | | | Charles Boyd Deposition - 14.51.57 - 14.52.47 |
| **080s Pedigree T3s** | | | | |
| 85 | | | | Excerpts of Boulevard T3s - SCSRELATIVITY_0001543891-1550902 |
| 86 | | | | Excerpts of Boulevard T3s - SCSRELATIVITY_0001321911-1427772 |
| 87 | | | | Excerpts of Boulevard T3s - SCSRELATIVITY_0001321264-1322006 |
| 88 | | | | Excerpts of Boulevard T3s - SCSRELATIVITY_0001544806-1550925 |
| 89 | | | | Excerpts of Boulevard T3s - SCSRELATIVITY_0001320837-1451383 |
| 90 | | | | Gentek LLC T3s (January 2021) - SCSRELATIVITY_0001546249-1550697 |
| 91 | | | | Excerpts of ViiV T3s - WWPB001394-CTRL00042227 |
| 92 | | | | Excerpts of Synergy T3s - SCSRELATIVITY_0001320859 |
| 93 | | | | Gentek Janssen T3 - SCSRELATIVITY_0001339140 |
| 94 | | | | Janssen Synergy T3s - SCSRELATIVITY_0001320824 |
| 95 | | | | Rapids Tex - MR Unlimited Janssen T3 - SCSRELATIVITY_0001322169 |
| 96 | | | | Excerpts of Boulevard T3s - SCSRELATIVITY_0001320825 |

| Exhibit Number | Date Identified | Date Admitted | Objections/ Stipulated Admissions | Description of Exhibit |
|---|---|---|---|---|
| | | | **100s-300s Emails** | |
| 100 | | | | 2015.07.16 Email to JH PB re customer request for DCSA info - SCSRELATIVITY_0001326970 |
| 101 | | | | 2015.09.08 Email from Jesse Hammett to Katie Eberspacher requesting info on SC T3 policy - SCSRELATIVITY_0001326066 |
| 102 | | | | 2015.09.29 Email from JHammet to CBoyd PBoyd re SCS Pedigree program and CBoyd sending SOP manual - SCSRELATIVITY_0001328181-82 |
| 103 | | | | 2016.01.05 Email from PR to PB and others re discounted HIV drugs - SCSRELATIVITY_0001325772-73 |
| 104 | | | | 2016.03.31 Email from PB to PR re HIV Master List with 30% Margin' - SCSRELATIVITY_0001327713-14 |
| 104A | | | | 2016.03.31 Email from PB to PR re HIV Master List with 30% Margin' - SCSRELATIVITY_0001327714 Attachment |
| 105 | | | | 2016.04.01 Email from Patrick Boyd to Brett Eggleston re emailing peds to PB - SCSRELATIVITY_0001327024-26 |
| 106 | | | | 2018.04.30 Email from Courtney Ruark to Orders re Eclipse returning meds for no approved vendor on T3 - SCSRELATIVITY_0001453451 |
| 107 | | | | 2018.07.05 Email from Katie Eberspacher to Charles Boyd re Gray Wholesalers Article - SCSRELATIVITY_0001325438 |
| 108 | | | | 2018.07.05 Email from Pat Boyd to Anthony Berger FWD Gray Wholesalers Article - CTRL00465399 |
| 109 | | | | 2018.10.05 Email from Bill Carrieri to Charles Boyd - NPPA Elevator Speech - SCSRELATIVITY_0001420626 |
| 110 | | | | 2018.10.17 Email from CBoyd to Divilio attaching SOPs for suspect prod t3 docs trading partner validation - SCSRELATIVITY_0001333798-802 |
| 111 | | | | 2020.04.22 Email from KN to Compliance re BLVD vendor app - SCSRELATIVITY_0001430372 |
| 111A | | | | BLVD vendor app, W9, and license - SCSRELATIVITY_0001430373-75 |
| 112 | | | | 2020.04.27 Email from Ishbay Shukurov to Invoices attaching invoice for 200 Truvada - SCSRELATIVITY_0001444974 |
| 113 | | | | 2020.05.23 Email from AB to CB PB AB HIV sales - SCSRELATIVITY_0001363039 |
| 114 | | | | 2020.05.29 Email from Dhruv Ralhan to Adam Brosius re Albuterol Mix-up - SCSRELATIVITY_0002126258 |

| Exhibit Number | Date Identified | Date Admitted | Objections/ Stipulated Admissions | Description of Exhibit |
|---|---|---|---|---|
| 115 | | | | 2020.06.12 Email from CS to Invoices re Gentek vendor app - SCSRELATIVITY_0001370131 |
| 116 | | | | 2020.06.30 Email from Jesse Hammett to Charles Boyd re Kalorama Damaged Bottle - SCSRELATIVITY_0001365458 |
| 117 | | | | 2020.06.30 Email from JH to CB re damaged bottle of Selzentry - SCSRELATIVITY_0001365458 |
| 118 | | | | 2020.07.07 Email from Patrick Boyd to Safe Chain re WAC info for team HIV call - SCSRELATIVITY_0001339434 |
| 119 | | | | 2020.07.10 Email from Abigail Divilio to Adam Brosius et al re Issues with Boulevard T3 - SCSRELATIVITY_0001435161 |
| 120 | | | | 2020.07.08 Email from Abigail Divilio to Jenna Mellott re BLVD Drugs with no T3s - SCSRELATIVITY_0001339204 |
| 121 | | | | 2020.07.09 Email from Abigail Divilio to Jenna Mellott and Compliance re 'BLVD has not provided any T3 info' - SCSRELATIVITY_0001339 |
| 122 | | | | 2020.07.09 Email from AD to JM Garrett MG re boulevard 9229 t3s - SCSRELATIVITY_0001339363 |
| 123 | | | | 2020.07.09 Email from Brosius to Sales Team & Pat Boyd re WW success at WAC-6.5 - CTRL00041219 |
| 124 | | | | 2020.07.10 Email from AD to CB and AB re need them to comply with the DSCSA - SCSRELATIVITY_0001339094 |
| 125 | | | | 2020.07.10 Email from AD to MZ AB re boulevard 9229 t3s - SCSRELATIVITY_0001339202 |
| 126 | | | | 2020.07.13 Email from Patrick Boyd to Jon Weed re need t3 for customer - SCSRELATIVITY_0001380053 |
| 127 | | | | 2020.07.20 Email from AD to CB and AB re DSCSA Information 'have not heard anything' - SCSRELATIVITY_0001339125 |
| 128 | | | | 2020.08.05 Email from Adam Brosius to Charles Boyd re 'Need product from BLVD' - SCSRELATIVITY_0001416048 |
| 129 | | | | 2020.08.06 Email from AB to CB DR fwd customer request - SCSRELATIVITY_0001408934 |
| 130 | | | | 2020.08.06 Email from Adam Brosius to BLVD re 'T3s are a bit more involved than just an address' - SCSRELATIVITY_0001415195 |
| 131 | | | | 2020.08.06 Email from Charles Boyd re BLVD T3s - SCSRELATIVITY_0001409845 |
| 132 | | | | 2020.08.07 Email from CB to invoice RE T3s - SCSRELATIVITY_0001369268 |

| Exhibit Number | Date Identified | Date Admitted | Objections/ Stipulated Admissions | Description of Exhibit |
|---|---|---|---|---|
| 133 | | | | 2020.08.08 Email from Charles Boyd to Adam Brosius et al. re Pedigrees - SCSRELATIVITY_0001409643 |
| 134 | | | | *Intentionally Left Blank* |
| 135 | | | | 2020.08.10 Email from Charles Boyd to King Kimchi introduction - SCSRELATIVITY_0001371493 |
| 135A | | | | 2020.08.10 Email from Charles Boyd to King Kimchi introduction - SCSRELATIVITY_0001371494 |
| 136 | | | | 2020.08.11 Email from AD to CB re introduction - SCSRELATIVITY_0001435677 |
| 136A | | | | 2020.08.11 Email from AD to CB re introduction - SCSRELATIVITY_0001435678 |
| 137 | | | | 2020.08.17 Email from Abbie Divilio to Gilead re Lot number verification - SCSRELATIVITY_0001341274 |
| 138 | | | | 2020.08.17 Email from Abigail Divilio to Patrick Boyd asking him to call Drogueria - SCSRELATIVITY_0001330993 |
| 139 | | | | 2020.08.17 Email from AD to Betances t3 verification - SCSRELATIVITY_0001339170 |
| 140 | | | | *Intentionally Left Blank* |
| 141 | | | | 2020.08.17 Email from CB to JM et al approving return of CCPDPA - SCSRELATIVITY_0001366585 |
| 142 | | | | 2020.08.17 Email from Charles Boyd note to self re quality control log - DOJ-PPM-0000118951 |
| 143 | | | | 2020.08.17 Email from Kendreas Ferdinand to Jenna Mellott RE WHITE CROSS RETURN - SCSRELATIVITY_0001358675 |
| 144 | | | | 2020.08.18 Email from Abbie Divilio to Charles Boyd Fw Gilead (PR-196084) - SCSRELATIVITY_0001341125 |
| 145 | | | | 2020.08.18 Email from AD to CB JH re t3 verification - SCSRELATIVITY_0001338949 |
| 146 | | | | 2020.08.19 Email from Amanda Biggart to Andrew Leibowitz re May 2020 Bank Rec - DOJ-PPM-0000117722 |
| 147 | | | | 2020.08.19 Email from CB to GM and AB re Biktarvy issue - SCSRELATIVITY_0001361438 |
| 148 | | | | 2020.08.20 Email from Charles Boyd to Adam Brosius re White Cross Biktarvy - SCSRELATIVITY_0001360902 |
| 149 | | | | 2020.08.21 Email from Charles Boyd to Quality Complaints and Abbie Divilio RE Gilead (PR-196084) - SCSRELATIVITY_0001341278 |
| 150 | | | | 2020.08.21 Email from Compliance to JN re pedigree request - SCSRELATIVITY_0001338207 |

| Exhibit Number | Date Identified | Date Admitted | Objections/ Stipulated Admissions | Description of Exhibit |
|---|---|---|---|---|
| 151 | | | | 2020.08.21 Email from SC to JN RE Pedigree Request - SCSRELATIVITY_0001338852 |
| 152 | | | | 2020.08.28 Email from AB to CB, DR comparing BLVD to Gentek photo of bottles - SCSRELATIVITY_0001395945 |
| 153 | | | | 2020.08.31 Email from Dakota Flowers to Jonathan Nicholls RE Pedigree - SCSRELATIVITY_0001338343-44 |
| 154 | | | | 2020.08.31 Email from Jonathan Nicholls to Clint Hopkins FW Last Pedigree - CTRL02314726 |
| 155 | | | | 2020.09.09 Email from Dakota Flowers to Jonathan Nicholls RE HIV Pedigree Request - SCSRELATIVITY_0001341062 |
| 156 | | | | 2020.09.14 Email from compliance to quality complaints CB re Gilead - SCSRELATIVITY_0001341106 |
| 157 | | | | 2020.09.15 Email from JNicholls to Olympia Plaza sending T3s - CTRL02312821-25 |
| 158 | | | | 2020.09.16 Email from DF to JN re Olympia Pharmacy Invoices - SCSRELATIVITY_0001338253 |
| 159 | | | | 2020.09.16 Email from Jonathan Nicholls to Dakota Flowers RE Olympia Pharmacy Invoices - CTRL02311240 |
| 160 | | | | 2020.09.21 Email from Abigail Divilio to biztransights re Kimchee T3 binder to Charles Boyd - SCSRELATIVITY_0001329974-75 |
| 161 | | | | 2020.09.23 Email DF to PB attaching Olympia T3s incl BLVD t3s - SCSRELATIVITY_0001426720-24 |
| 162 | | | | 2020.09.23 Email DF to PBoyd attaching Olympia T3 incl BLVD t3s - SCSRELATIVITY_0001432932-33 |
| 163 | | | | 2020.09.23 Email from Dakota Flowers to Pat Boyd FW HIV Pedigree Request - SCSRELATIVITY_0001341080 |
| 164 | | | | *Intentionally Left Blank* |
| 165 | | | | 2020.09.23 Email from DF to JN re Olympia Pharmacy Invoices - SCSRELATIVITY_0001339990-94 |
| 166 | | | | 2020.09.23 Email from DF to PB FW Olympia Pharmacy Invoices - SCSRELATIVITY_0001338442 |
| 167 | | | | 2020.09.23 Email from PB to AD re Olympia and T3 issues and diff vendor - SCSRELATIVITY_0001349491 |
| 168 | | | | 2020.09.23 Email from PB to CB Olympia pedigree issue doesn't sound great - SCSRELATIVITY_0001351735 |
| 169 | | | | 2020.09.24 Email from CB to PB re Market Overview - SCSRELATIVITY_0001405267 |
| 170 | | | | 2020.09.29 Email from AD to CK Biktarvy and Complera - SCSRELATIVITY_0001427825 |
| 171 | | | | 2020.09.29 Email from AD to PB & CB RE Verification of Blvd T3s - SCSRELATIVITY_0001350318 |

| Exhibit Number | Date Identified | Date Admitted | Objections/ Stipulated Admissions | Description of Exhibit |
|---|---|---|---|---|
| 172 | | | | 2020.09.29 Email from IPC to AD re T3s - SCSRELATIVITY_0001350283 |
| 173 | | | | 2020.09.29 Email from Patrick Boyd to Adam Brosius re BLVD T3s - SCSRELATIVITY_0001340189-92 |
| 174 | | | | 2020.09.30 Email from AD to PB and CB FW Biktarvy and Complera - SCSRELATIVITY_0001349930 |
| 175 | | | | 2020.09.30 Email from Sarah Rogers to Abbie Divilio FW Biktarvy and Complera - SCSRELATIVITY_0001349807-09 |
| 176 | | | | 2020.10.01 Email from AB to CB Re FW T3s - SCSRELATIVITY_0001369167 |
| 177 | | | | 2020.10.01 Email from Kimchi to AD re T3 concerns 1 - SCSRELATIVITY_0001333765 |
| 178 | | | | 2020.10.01 Email from Kimchi to AD re T3 concerns 2 - SCSRELATIVITY_0001331206 |
| 179 | | | | 2020.10.01 Email from Olympia to JN Olympia plaza pharmacy product return - SCSRELATIVITY_0001339380 |
| 180 | | | | 2020.10.01 Email Kimchi to AD re CDGXKA T3 w Rochester - CTRL00378519-20 |
| 181 | | | | 2020.10.02 Email from AD to KK CB re NYS professions - online verifications - SCSRELATIVITY_0001428248 |
| 182 | | | | 2020.10.02 Email from Olympia Plaza to PB AD Re Olympia Plaza Pharmacy product return - SCSRELATIVITY_0001350225 |
| 183 | | | | 2020.10.03 Email from Olympia Plaza to PB AD Re Olympia Plaza Pharmacy product return - SCSRELATIVITY_0001350114-17 |
| 184 | | | | 2020.10.05 Email AD to Kimchi CB re Instacare out of business - SCSRELATIVITY_0001332408 |
| 185 | | | | 2020.10.06 Email from Abbie Divilio to Gilead re T3 verification - SCSRELATIVITY_0001331330-31 |
| 186 | | | | 2020.10.06 Email from King Kimchi to Abigail Divilio, Charles Boyd et al re T3 binder - SCSRELATIVITY_0001329432-33 |
| 187 | | | | 2020.10.12 Email from Compliance to CB & PB FW Gilead Sciences Biktarvy Inquiry - SCSRELATIVITY_0001334175 |
| 188 | | | | 2020.10.13 Email from Abigail Divilio to Charles Boyd re FDA Form 3911 - SCSRELATIVITY_0001333983 |
| 189 | | | | 2020.10.13 Email from AD to KK re T3 verifications - SCSRELATIVITY_0001436989 |

| Exhibit Number | Date Identified | Date Admitted | Objections/ Stipulated Admissions | Description of Exhibit |
|---|---|---|---|---|
| 190 | | | | 2020.10.13 Email from King Kimchi to Abigail Divilio and Charles Boyd re 'it's 100 percent np' - SCSRELATIVITY_0001331555 |
| 191 | | | | 2020.10.13 Email from KK to AD T3 verifications - SCSRELATIVITY_0001427891 |
| 192 | | | | 2020.10.14 Email from AD to CB RE MEDICINE SHOPPE #1802 - URGENT - SCSRELATIVITY_0001341281 |
| 193 | | | | 2020.10.14 Email from CB to AD RE MEDICINE SHOPPE #1802 - URGENT - SCSRELATIVITY_0001393714-15 |
| 194 | | | | 2020.10.21 Email from DF to KK re Kimchi T3s - SCSRELATIVITY_0001329075-79 |
| 195 | | | | 2020.10.29 Email from Dakota Flowers to Jonathan Nicholls RE Pedigree - SCSRELATIVITY_0001430856-57 |
| 196 | | | | 2020.11.12 Email GMellott to CB PB Brosius re wrong pills inside Symtuza and prod of Canada (w photos) - SCSRELATIVITY_0001339419 |
| 197 | | | | 2020.11.13 Email from JN to DF RE Pedigree Completion #2 - SCSRELATIVITY_0001338906-07 |
| 198 | | | | 2020.11.13 Email from Jonathan Nicholls to Compliance FW Pedigree Completion #2 - SCSRELATIVITY_0001429126-27 |
| 199 | | | | 2020.11.18 Email PB to CB with images re product of Canada (with images) - SCSRELATIVITY_0001339423 |
| 200 | | | | 2020.11.19 Email Kendreas Ferdinand to Jenna Mellott re Medicine Shop return - SCSRELATIVITY_0001434970 |
| 201 | | | | 2020.11.19 Email PB to CB re bottle says product of Canada - SCSRELATIVITY_0001340792 |
| 202 | | | | 2020.11.20 Email from Dakota Flowers to GM HD re Kimchi T3 Binder - SCSRELATIVITY_0001329561-62 |
| 203 | | | | 2020.11.24 Email from AD FW sale of counterfeit Biktarvy - SCSRELATIVITY_0001363320-21 |
| 204 | | | | 2020.11.25 Email from Charles Boyd to Abigail Divilio re attorney email - DOJ-PPM-0000115494 |
| 205 | | | | 2020.12.04 Email from Friar Levitt to Abigail Divilio and Charles Boyd re Letter attachment and notes - DOJ-PPM-0000115711-12 |
| 206 | | | | 2020.12.04 Email from Frier Levitt to Abbie Divilio and Charles Boyd re Seroquel - DOJ-PPM-0000118477 |
| 207 | | | | 2020.12.07 Email from Charles Boyd to Abigail Divilio and Martha Rumore re clarification - DOJ-PPM-0000117320 |
| 208 | | | | 2020.12.08 Email from MR to CB FW safe chain response to Gilead letter of Nov 23 - DOJ-PPM-0000115703-04 |

| Exhibit Number | Date Identified | Date Admitted | Objections/ Stipulated Admissions | Description of Exhibit |
|---|---|---|---|---|
| 209 | | | | 2020.12.11 Email from Martha Rumore Abigail Divilio and Charles Boyd CCd re Gilead response to Nov 23rd letter - DOJ-PPM-0000116007-08 |
| 210 | | | | 2020.12.14 Email from Abigail Divilio to Charles Boyd re lots tracking - SCSRELATIVITY_0001341205-07 |
| 211 | | | | 2020.12.14 Email from Dakota Flowers to Jonathan Nicholls RE Pedigree - SCSRELATIVITY_0001431727-28 |
| 212 | | | | 2020.12.15 Email from AB to CB & PB Fwd 2020 year in review and looking forward - SCSRELATIVITY_0001340177 |
| 213 | | | | 2020.12.16 Email from Abigail Divilio to Charles Boyd re letter to customers - SCSRELATIVITY_00013413338-39 |
| 214 | | | | 2020.12.16 Email from Charles Boyd to Martha Rumore et al FW Biktarvy Issue, White Cross - DOJ-PPM-0000115854-55 |
| 215 | | | | 2020.12.17 Email from AD to CB re revised letter to customers - SCSRELATIVITY_0001341249-50 |
| 216 | | | | 2021.01.04 Email from Martha Rumore to Abbie Divilio & Charles Boyd RE Biktarvy Issue, White Cross - DOJ-PPM-0000116912 |
| 217 | | | | 2021.01.05 Email from PB to JN AB JW new WAC pricing - SCSRELATIVITY_0001339537-38 |
| 218 | | | | 2021.01.13 Email from Dakota Flowers to Jonathan Nicholls RE Pedigree Completion - SCSRELATIVITY_0001338764-65 |
| 219 | | | | 2021.01.18 Email from Dakota Flowers to Jonathan Nicholls RE Pedigree Completion - SCSRELATIVITY_0001426584-87 |
| 220 | | | | 2021.01.18 Email from Dakota Flowers to Jonathan Nicholls RE Pedigree Completion - SCSRELATIVITY_0001431235-40 |
| 221 | | | | 2021.01.18 Email from DF to JN re pedigree completion - SCSRELATIVITY_0001338311-14 |
| 222 | | | | 2021.01.28 Email from Compliance to Christopher Woo RE CI 2020 90357 White Cross Pharmacy - SCSRELATIVITY_0001322771-74 |
| 223 | | | | *Intentionally Left Blank* |
| 224 | | | | *Intentionally Left Blank* |
| 225 | | | | 2021.02.05 Email from Charles Boyd to Martha Rumore RE Biktarvy issue with a customer - DOJ-PPM-0000118506 |
| 226 | | | | 2021.02.05 Email from Martha Rumore to Abbie Divilio RE Biktarvy issue with a customer - DOJ-PPM-0000118470 |

| Exhibit Number | Date Identified | Date Admitted | Objections/ Stipulated Admissions | Description of Exhibit |
|---|---|---|---|---|
| 227 | | | | 2021.02.09 Email from compliance to Martha Rumore FW Biktarvy issue with a customer - DOJ-PPM-0000116257 |
| 228 | | | | 2021.02.09 Email from GM to AB CB re ci 2020 90357 white cross pharmacy - SCSRELATIVITY_0001357654 |
| 229 | | | | 2021.02.10 Email from AD to CB re edits response to Woo - SCSRELATIVITY_0001331358 |
| 230 | | | | 2021.02.10 Email from AD to CB re proposed response to Woo - SCSRELATIVITY_0001331551 |
| 231 | | | | 2021.02.10 Email from Charles Boyd to Abigail Divilio re Gentek contact info - SCSRELATIVITY_0001363674 |
| 232 | | | | 2021.02.10 Email from Compliance to Christopher Woo CB, PB re Safe Chain - SCSRELATIVITY_0001331034 |
| 233 | | | | 2021.02.11 Email from Matha Rumore to Abbie Divilio RE Biktarvy - DOJ-PPM-0000118466 |
| 234 | | | | 2021.02.12 Email from MR to CB AD fwd Gilead product complaint Biktarvy - DOJ-PPM-0000116643-44 |
| 235 | | | | 2021.02.13 Email from MR to CB FW Gilead product complaint Biktarvy - DOJ-PPM-0000115864-67 |
| 236 | | | | 2021.02.18 Email from Abbie Divilio to Quality Complaints et al Biktarvy Pictures - DOJ-PPM-0000116596 |
| 237 | | | | 2021.02.19 Email from AD to MR CB re Biktarvy lots cczcfa & cdfyca - DOJ-PPM-0000116361-64 |
| 238 | | | | 2021.02.22 Email from MR to CB AD FW safe chain response letter - DOJ-PPM-0000116221-26 |
| 239 | | | | 2021.02.23 Email from Abigail Divilio to Martha Rumore et al re Gilead Lots - DOJ-PPM-0000115653 |
| 240 | | | | 2021.03.02 Email from Dakota Flowers to Jonathan Nicholls RE Pedigree Completion - SCSRELATIVITY_0001338507-09 |
| 241 | | | | 2021.03.02 Email from Dakota Flowers to Jonathan Nicholls RE Pedigree Completion - SCSRELATIVITY_0001436254-56 |
| 242 | | | | 2021.03.02 Email from DE to GM re Synergy vendor app - SCSRELATIVITY_0001354010-13 |
| 243 | | | | 2021.03.10 Email from PB to AB fw t3 verification issue - SCSRELATIVITY_0001350917-19 |
| 244 | | | | *Intentionally Left Blank* |
| 245 | | | | 2021.03.17 Email CB to MR and AD re Safe Chain Response to Gilead Email - DOJ-PPM-0000119910-11 |
| 246 | | | | 2021.03.17 Email CB to PB, AB re final check Safe Chain Response to Gilead Email - SCSRELATIVITY_0001339466-67 |

| Exhibit Number | Date Identified | Date Admitted | Objections/ Stipulated Admissions | Description of Exhibit |
|---|---|---|---|---|
| 247 | | | | 2021.03.17 Email CB to PB, AB re Safe Chain Response to Gilead Email - SCSRELATIVITY_0001396253-54 |
| 248 | | | | 2021.03.17 Email from Martha Rumore to Charles Boyd & Abbie Divilio RE e-Pharm Alter Notice Illegitimate Biktarvy - DOJ-PPM-0000117254 |
| 249 | | | | 2021.03.17 Email from Pat Boyd to Antione Brooks et al Response on Gilead PR - SCSRELATIVITY_0001340000-01 |
| 250 | | | | 2021.03.18 Email from DF to AD re draft letter to pilgrim - SCSRELATIVITY_0001338203 |
| 251 | | | | 2021.03.23 Email from Charles Boyd to compliance FW [Testing] e-Pharm Alert Patient Safety - SCSRELATIVITY_0001374672 |
| 252 | | | | 2021.03.24 Email from CB to PB AB fwd Gilead sciences - DOJ-PPM-0000120004-05 |
| 253 | | | | 2021.03.26 Email from Abbie Divilio to Charles Boyd et al RE Timeline - DOJ-PPM-0000116664-810 |
| 254 | | | | 2021.03.26 Email from CB to AD fwd wrong meds inside - SCSRELATIVITY_0001350506-09 |
| 255 | | | | 2021.03.29 Email from Anthony Berger to Frier Levitt re Draft letter to Gilead - DOJ-PPM-0000116864-65 |
| 256 | | | | 2021.03.30 Email AD to CB re BLVD T3s false - SCSRELATIVITY_0001333932 |
| 257 | | | | 2021.03.30 Email from Frier Levitt to CB, AD, et al fwd Gilead response to March 29 Letter - DOJ-PPM-0000116487 |
| 258 | | | | 2021.03.30 email from JD to RB re safe chain 2 - supplemental response to Gilead - DOJ-PPM-0000115623 |
| 259 | | | | 2021.03.30 Email from JD to RB safe chain - supplemental response to Gilead - DOJ-PPM-0000116035-40 |
| 260 | | | | 2021.04.01 Email from CB to AD fwd email re pharmacy wrong pill in bottle - SCSRELATIVITY_0001358600 |
| 261 | | | | 2021.04.02 Email from Frier Levitt to Safe Chain re April 1st letter from Gilead - DOJ-PPM-0000116365-66 |
| 262 | | | | 2021.04.05 Email from Abigail Divilio to Charles Boyd re Synergy T3 issues - SCSRELATIVITY_0001341102-05 |
| 263 | | | | 2021.04.05 Email from Charles Boyd to Abigail Divilio re Synergy falsified T3 - SCSRELATIVITY_0001341155 |
| 264 | | | | 2021.04.06 Email from CB to AD re synergy - SCSRELATIVITY_0001341323 |
| 265 | | | | 2021.04.07 Email from MR to CB AD AB PB meeting follow-up - DOJ-PPM-0000116605 |

| Exhibit Number | Date Identified | Date Admitted | Objections/ Stipulated Admissions | Description of Exhibit |
|---|---|---|---|---|
| 266 | | | | 2021.04.09 Email from AD to CB PB fw sample ped - SCSRELATIVITY_0001335630-31 |
| 267 | | | | 2021.04.09 Email from AD to Picard cc Boyd re distribution of bottles in 3911 - SCSRELATIVITY_0001341291 |
| 268 | | | | 2021.04.09 Email PB to CB re AD language - SCSRELATIVITY_0001335630 |
| 269 | | | | 2021.04.12 Email from CB to Frier Levitt re Synergy - DOJ-PPM-0000116913 |
| 270 | | | | 2021.04.13 Email Divilio to Vega cc CBoyd PBoyd re Synergy issues, Genvoya packets - SCSRELATIVITY_0001322650-61 |
| 271 | | | | 2021.04.13 Email from Charles Boyd to Blair Rosello CB Notes - SCSRELATIVITY_0001365507 |
| 272 | | | | 2021.04.16 Email Brosius to PB GM re Invicta T3s - SCSRELATIVITY_0001343031-32 |
| 273 | | | | 2021.04.20 Email from Frier Levitt to CB, AD et al fwd Gilead email to Frier Levitt - DOJ-PPM-0000116042-43 |
| 274 | | | | 2021.04.21 Email from CB to AB, AD re Gilead Safe Chain - DOJ-PPM-0000116194-95 |
| 275 | | | | 2021.04.21 Email from Frier Levitt to CB, AD et al fwd Friar Levitt and Gilead email - DOJ-PPM-0000115480-81 |
| 276 | | | | 2021.04.21 Email from Frier Levitt to CB, AD, et al fwd Gilead comms re lot CDGWZA - DOJ-PPM-0000115606 |
| 277 | | | | 2021.05.03 Email AB to CB, PB re Legend Drugs complaint - SCSRELATIVITY_0001341780 |
| 278 | | | | 2021.05.03 Email AB to CB, PB re Trivicay bottle - SCSRELATIVITY_0001539739 |
| 279 | | | | 2021.05.03 Email GM to CB, PB, and AB re Trivicay (ViiV) - Alzheimer's drugs in bottle - SCSRELATIVITY_0001539767-70 |
| 280 | | | | 2021.05.05 Email from Divilio to Rumore Gilead Subpoena - DOJ-PPM-0000116367-68 |
| 281 | | | | 2021.05.06 Email from Charles Boyd to Lucas Morgan et al RE SafeChain - Draft email to Gilead - DOJ-PPM-0000115493 |
| 282 | | | | 2021.05.07 Email from AD cc CB response to FDA questions - Synergy - SCSRELATIVITY_0001331158-60 |
| 282A | | | | 2021.05.07 Email from AD cc CB response to FDA questions - Synergy - SCSRELATIVITY_0001331159.xlsx |
| 282B | | | | 2021.05.07 Email from AD cc CB response to FDA questions - Synergy - SCSRELATIVITY_0001331161.xlsx |

| Exhibit Number | Date Identified | Date Admitted | Objections/ Stipulated Admissions | Description of Exhibit |
|---|---|---|---|---|
| 282C | | | | 2021.05.07 Email from AD cc CB response to FDA questions - Synergy - SCSRELATIVITY_0001331162.xlsx |
| 282D | | | | 2021.05.07 Email from AD cc CB response to FDA questions - Synergy - SCSRELATIVITY_0001331163.xlsx |
| 283 | | | | 2021.05.11 Email from Frier Levitt to CB, AB et al Draft response to Gilead Subpoena - DOJ-PPM-0000116617-18 |
| 284 | | | | 2021.05.11 Email from Frier Levitt to CB, AD et al. re objections to Gilead - DOJ-PPM-0000115633 |
| 285 | | | | 2021.05.14 Email from Frier Levitt to Safe Chain re FR and Gilead call - DOJ-PPM-0000116571 |
| 286 | | | | 2021.05.19 Email from Frier Levitt to CB, AD re sending Gilead 5.19 Email - DOJ-PPM-0000115534 |
| 287 | | | | 2021.05.26 Email from Abbie Divilio SC letter to customers re lots of concern - SCSRELATIVITY_0001349981-82 |
| 288 | | | | 2021.05.26 Email from Lucas Morgan to Charles Boyd et al RE SafeChain - Draft email to Gilead - DOJ-PPM-0000116613 |
| 289 | | | | 2021.05.27 Martha Rumore to Anthony Berger re Safe Chain Follow Up FDA 3911 - DOJ-PPM-0000115868-72 |
| 290 | | | | 2021.06.08 Email from KJ to Invoices re OMOM vendor app - SCSRELATIVITY_0001337074-78 |
| 291 | | | | 2021.06.11 Email from Abigail Divilio to Patrick and Charles Boyd re Omom's non-licensure in Utah - SCSRELATIVITY_0001338028 |
| 292 | | | | *Intentionally Left Blank* |
| 293 | | | | 2021.06.17 Email from Martha Rumore to CB, AD et al. re Demand Letter to Rapids - DOJ-PPM-0000115994-95 |
| 294 | | | | 2021.06.21 Email from compliance to CK re t3 verification - SCSRELATIVITY_0001435132 |
| 295 | | | | 2021.06.29 Email from AB to CB, PB et al. re May 2021 Financials - SCSRELATIVITY_0001356450-54 |
| 295A | | | | 2021.06.29 Email from AB to CB, PB et al. re May 2021 Financials - SCSRELATIVITY_0001356455 Attachment.xlsx |
| 296 | | | | 2021.07.09 Email from MR to CB FW Safe Chain Solutions Requests for Termination of Notification - DOJ-PPM-0000116404-06 |
| 297 | | | | 2021.07.14 Email from Abigail Divilio to Friar Levitt et al re termination request Oct 13, 2020 3911 - DOJ-PPM-0000116009 |

| Exhibit Number | Date Identified | Date Admitted | Objections/ Stipulated Admissions | Description of Exhibit |
|---|---|---|---|---|
| 298 | | | | 2021.07.14 Email from PB to JW, JN et al re team meeting notes, Synergy and OMOM - SCSRELATIVITY_0001335725 |
| 299 | | | | 2021.07.21 Email Abigail Divilio to FDA re 3911 Termination - SCSRELATIVITY_0001331103-04 |
| 300 | | | | 2021.07.26 Email from FDA to Abigail Divilio re termination requests - SCSRELATIVITY_0001402686 |
| 301 | | | | 2021.07.29 Email from Divilio to Frier Levitt (Boyds CCd) - Gentek Purchases - DOJ-PPM-0000117303 |
| 302 | | | | 2021.07.30 Email from DF to MC re requesting ALL t3s - SCSRELATIVITY_0001434375 |
| 303 | | | | 2021.03.16 Email Amanda Biggart to Anthony Berger re SDI & SCS 2020 P&L - DOJ-PPM-0000120692 |
| 303A | | | | 2021.03.16 Email Amanda Biggart to Anthony Berger re SDI & SCS 2020 P&L - DOJ-PPM-0000120693 |
| 303B | | | | 2021.03.16 Email Amanda Biggart to Anthony Berger re SDI & SCS 2020 P&L - DOJ-PPM-0000120694 |
| 304 | | | | 2021.08.29 Email from CB to PB, AB and Legal Team re Complaint Notes |
| 304A | | | | 2021.08.29 Email from CB to PB, AB and Legal Team Attachment - First Amended Complaint |
| 304B | | | | 2021.08.29 Email from CB to PB, AB and Legal Team Attachment - Memorandum of Law |
| 305 | | | | 2021.06.11 Email from AD to NY official cc CB PB re BLVD - SCSRELATIVITY_0001332356 |
| 305A | | | | 2021.06.11 Email from AD to NY official cc CB PB re BLVD - SCSRELATIVITY_0001332357 Attachment |
| 306 | | | | 2021.07.28 Email JDresser to CB PB JH re Gilead Purchases - BOYD_PRIV_0000000337-41 |
| 306A | | | | 2021.07.28 Email JDresser to CB PB JH re Gilead Purchases - BOYD_PRIV_0000000342 |
| 307 | | | | 2021.03.19 Email CB to others approving return of damaged labels bottles - WWPB174773 |
| 308 | | | | 2021.03.19 Email KMiller to exec@safechain.com re VLS return of bottles for damaged labels - SCSRELATIVITY_0001366793-96 |
| 309 | | | | 2020.08.27 Email Kimchi to AD attaching T3s w IPC - SCSRELATIVITY_0001333679-80 |
| 310 | | | | 2020.10.05 Email King Kimchi to Abigail Divilio and Charles Boyd re lot CDGXKA - SCSRELATIVITY_0001433889-90 |

| Exhibit Number | Date Identified | Date Admitted | Objections/ Stipulated Admissions | Description of Exhibit |
|---|---|---|---|---|
| 311 | | | | 2020.10.05 Email King Kimchi to Abigail Divilio 'some how that been holding it' - SCSRELATIVITY_0001428331 |
| 312 | | | | 2021.03.31 Email Garrett Mellott to Abigail Divilio and Charles Boyd re Global Biktarvy - SCSRELATIVITY_0001392205 |
| 313 | | | | 2021.07.01 Email from Garrett Mellott to AB, CB, PB re prezcobix inside symtuza bottle - SCSRELATIVITY_0001292946 |
| | | | | **400s Teams** |
| 400 | | | | 2021.04.07 Teams Abigail Divilio and Dakota Flowers re false Rapids T3s - RSMF_TEAMS_0000011536 |
| 401 | | | | 2020.04.27 Teams KN and JA re BLVD HIV - RSMF_TEAMS_0000108087 |
| 402 | | | | 2020.05.06 Teams Atkinson to Kenzie re BLVD shady af - RSMF_Teams_0000108052 |
| 403 | | | | 2020.05.12 Teams Jon Atkinson and Kenzie Nalley re Boulevard - RSMF_TEAMS_0000108032 |
| 404 | | | | 2020.05.13 Teams Patrick Boyd and Adam Brosius re 'HIV stuff can be very profitable' - RSMF_TEAMS_0000083340 |
| 405 | | | | 2020.05.19 Teams Adam Brosius to Boyd re HIV - RSMF_TEAMS_0000083337 |
| 406 | | | | 2020.05.22 Teams from Adam Brosius to Charles Boyd re 'our numbers are gonna be 1 mil+' - RSMF_TEAMS_0000076555 |
| 407 | | | | 2020.05.27 Teams Abigail Divilio and Jon Atkinson re BLVD email on customer orders - RSMF_TEAMS_0000125879 |
| 408 | | | | 2020.05.29 Teams CB KN re BLVD app sketchy - RSMF_TEAMS_0000059471 |
| 409 | | | | 2020.06.02 Teams Abbie Divilio and Jesse Hammett re BLVD Issues - RSMF_TEAMS_0000106219 |
| 410 | | | | 2020.07.08 Teams Patrick Boyd and Tyler Tedrow re obnoxious the way it comes in - RSMF_TEAMS_0000083013 |
| 411 | | | | 2020.07.08 Teams with Nicholls and Brooks re '7 percent with a pedigree but can do 9 percent off without' - RSMF_TEAMS_0000074314 |
| 412 | | | | 2020.07.16 Teams Patrick Boyd and Adam Brosius re Brosius Indictment - RSMF_TEAMS_0000083290 |
| 413 | | | | 2020.07.17 Teams JN and ML re 'customers told me they don't care about VAWD or Pedigree' - RSMF_TEAMS_0000043118 |

| Exhibit Number | Date Identified | Date Admitted | Objections/ Stipulated Admissions | Description of Exhibit |
|---|---|---|---|---|
| 414 | | | | 2020.07.17 Teams Michael Landy to Pat Boyd re does Boulevard come in 'sealed' bottles - RSMF_TEAMS_0000049795 |
| 415 | | | | 2020.07.20 Teams AD KJ re Boulevard not sending T3s - RSMF_TEAMS_0000104706 |
| 416 | | | | 2020.07.27 Teams Jonathan Nicholls and Jon Weed re 'guy in CA does 500k of HIV shit a month' - RSMF_TEAMS_0000066593 |
| 417 | | | | 2020.07.29 Teams Jonathan Nicholls and Jon Weed re '110K order of HIV to start the day' - RSMF_TEAMS_0000066589 |
| 418 | | | | 2020.08.17 Teams Charles Boyd, Abbie Divilio, and Jesse Hammett re WC issues - RSMF_TEAMS_0000007332-33 |
| 419 | | | | 2020.08.27 Teams Abigail Divilio and Jon Atkinson re King Kimchi 'spammy-ass looking email' - RSMF_TEAMS_0000125797 |
| 420 | | | | 2020.08.31 Teams Patrick Boyd and team re buying from BLVD again - RSMF_TEAMS_0000031443 |
| 421 | | | | 2020.09.01 Teams from Abigail Divilio to Patrick Boyd re 'I would prefer he not just make something up' - RSMF_TEAMS_0000074579 |
| 422 | | | | 2020.09.09 Teams Charles Boyd, Patrick Boyd, and Jesse Hammett re "Travis-Amanda plan" - RSMF_TEAMS_0000084207 |
| 423 | | | | 2020.09.09 Teams Jonathan Nicholls and Jon Weed re shipping without pedigrees - RSMF_TEAMS_0000066556 |
| 424 | | | | 2020.09.10 Teams Patrick Boyd and Charles Boyd re customers about to return due to no t3s - RSMF_TEAMS_0000053280 |
| 425 | | | | 2020.09.10 Teams PB AD re no T3s for Olympia order - RSMF_TEAMS_0000074578 |
| 426 | | | | *Intentionally Left Blank* |
| 427 | | | | 2020.09.11 Teams Charles Boyd and Adam Brosius re 'love the HIV' - RSMF_TEAMS_0000076439 |
| 428 | | | | 2020.09.24 Teams Jonathan Nicholls and Jon Weed re bottles from BLVD - RSMF_TEAMS_0000066546-47 |
| 429 | | | | 2020.09.24 Teams Patrick Boyd and Abigail Divilio re it's a boulevard issue - RSMF_TEAMS_0000074574 |
| 430 | | | | 2020.09.25 Teams CB & GM re Bay Pharmacy Issue with Blvd Product - RSMF_TEAMS_0000051859 |
| 431 | | | | 2020.09.25 Teams PB to reps reprioritize Blvd HIV products - RSMF_TEAMS_0000031518 |

| Exhibit Number | Date Identified | Date Admitted | Objections/ Stipulated Admissions | Description of Exhibit |
|---|---|---|---|---|
| 432 | | | | 2020.09.29 Teams Adam Brosius and Charles Boyd re Peter at BLVD looking for money - RSMF_TEAMS_0000076429 |
| 433 | | | | 2020.09.29 Teams Charles Boyd and Patrick Boyd re Queens Eagle Article - A RSMF_TEAMS_0000053268 |
| 433A | | | | 2020.09.29 Teams Charles Boyd and Patrick Boyd re Queens Eagle Article - Queens Eagle Article |
| 434 | | | | 2020.10.01 Teams Abigail Divilio and Dakota Flowers re Queens Eagle Article - A RSMF_TEAMS_0000011733 |
| 434A | | | | 2020.10.01 Teams Abigail Divilio and Dakota Flowers re Queens Eagle Article - Queens Eagle Article |
| 435 | | | | 2020.10.01 Teams CB to AD re BLVD t3s verify asap - attachment of instacare - RSMF_TEAMS_0000061708-09 |
| 436 | | | | 2020.10.02 Teams AD BRosiello Blvd not legit docs - RSMF_TEAMS_0000066114 |
| 437 | | | | 2020.10.02 Teams AD to CB re call with Peter Khaimov - RSMF_TEAMS_0000061707 |
| 438 | | | | 2020.10.02 Teams Charles Boyd, Patrick Boyd, and Jesse Hammett re T3 from Blvd - RSMF_TEAMS_0000085781 |
| 439 | | | | 2020.10.03 Teams Patrick Boyd and Jonathan Nicholls re pedigree hiccups - RSMF_TEAMS_0000054204 |
| 440 | | | | 2020.10.05 Teams AD to CB re not possible to buy from Instacare can't reach Rochester - RSMF_TEAMS_0000061706 |
| 441 | | | | 2020.10.05 Teams from Jonathan Nicholls to Meg Gorman they were on my case about pedigrees - RSMF_TEAMS_0000039098 |
| 442 | | | | 2020.10.06 Teams Charles Boyd and Garrett Mellot re Open bottle Blvd Harvoni - RSMF_TEAMS_0000051855 |
| 443 | | | | 2020.10.21 Teams from Jonathan Nicholls to Jon Weed re BLVD T3s being 'complete bogus' - RSMF_TEAMS_0000066532 |
| 444 | | | | 2020.10.30 Teams Adam Brosius, Patrick Boyd, and Charles Boyd re continue the momentum - RSMF_TEAMS_0000005871 |
| 445 | | | | 2020.11.23 Teams Patrick and Charles Boyd, Adam Brosius re 'BLVD is working on larger numbers' - RSMF_TEAMS_0000005850 |
| 446 | | | | 2021.01.15 Teams AB, PB, CB re BLVD probably not licensed - RSMF_TEAMS_0000005804 |
| 447 | | | | 2021.01.27 Teams Chat Patrick Boyd and Marc Smith re Adam and Charlie Using Drop Shippers for HIV Drugs - RSMF_TEAMS_0000124908 |

| Exhibit Number | Date Identified | Date Admitted | Objections/ Stipulated Admissions | Description of Exhibit |
|---|---|---|---|---|
| 448 | | | | 2021.03.02 Teams Abigail Divilio and Kelsey Jones re new vendor Synergy 'seems sketchy' - RSMF_TEAMS_0000104609 |
| 449 | | | | 2021.03.10 Teams Abigail Divilio and Dakota Flowers re 'at lease we have proof this is a no no from the start - RSMF_TEAMS_0000011562 |
| 450 | | | | 2021.03.11 Teams Adam Brosius, Patrick Boyd, and Garrett Mellott re Synergy - RSMF_TEAMS_0000006955 |
| 451 | | | | 2021.03.22 Teams Charles Boyd, Patrick Boyd, and Anthony Berger re bank no more LOC while Brosius under indictment - RSMF_TEAMS_0000012159 |
| 452 | | | | 2021.04.07 Teams Abigail Divilio and Dakota Flowers re Rapids T3 being inconsistent - RSMF_TEAMS_0000011536 |
| 453 | | | | 2021.04.09 Teams Abigail Divilio and Dakota Flowers re vendors being 'sketchy' - RSMF_TEAMS_0000011532 |
| 454 | | | | 2021.04.15 Teams GM AD re Cintex Jeff run around T3s - RSMF_TEAMS_0000013384 |
| 455 | | | | 2021.04.26 Teams Adam Brosius, Patrick Boyd, Charles Boyd and Garrett Mellott re Synergy inventory - A RSMF_TEAMS_0000003448 |
| 445A | | | | 2021.04.26 Teams Adam Brosius, Patrick Boyd, Charles Boyd and Garrett Mellott re Synergy inventory - DOJ Article Link |
| 456 | | | | 2021.04.28 Teams Adam Brosius, Patrick Boyd, and Charles Boyd re Fake Blvd Product - RSMF_TEAMS_0000003445 |
| 457 | | | | 2021.05.04 Teams Adam Brosius, Patrick Boyd, Garrett Mellott re Synergy product RSMF_TEAMS_0000006930 |
| 458 | | | | 2021.05.12 Teams AB, PB, CB and GM re Synergy inventory and BLVD cash - RSMF_TEAMS_0000003424 |
| 459 | | | | 2021.05.25 Teams Abigail Divilio and Jon Atkinson re 'we are associated with some real scummies' - RSMF_TEAMS_0000125560 |
| 460 | | | | 2021.06.10 Teams Abigail Divilio and Kelsey Jones re red flags - RSMF_TEAMS_0000104576 |
| 461 | | | | 2021.06.11 Teams Charles Boyd and Abigail Divilio re Utah BOP proposed sale - RSMF_TEAMS_0000061584 |
| 462 | | | | 2020.10.28 Teams CB JNicholls re Claytons and VAWD - RSMF_TEAMS_000002385 |
| 463 | | | | 2021.04.07 Teams Charles Boyd, Adam Brosius, and Patrick Boyd re Synergy PR Distributor - SCSRELATIVITY_0001147189 |

| Exhibit Number | Date Identified | Date Admitted | Objections/ Stipulated Admissions | Description of Exhibit |
|---|---|---|---|---|
| 464 | | | | 2020.08.17 Teams Divilio to PB re calling Drogueria Betances w nbr - SCSRELATIVITY_0000975751 |
| 465 | | | | 2021.06.16 Teams AD HD repeated concerns to execs over and over - RSMF_TEAMS_0000035958-60 |
| 466 | | | | 2020.10.02 Teams AD to CB re call with Peter - RSMF_TEAMS_0000061707 |
| 467 | | | | 2020.10.02 Teams AD To CB re call with Peter and no paperwork - SCSRELATIVITY_0000936714 |
| 468 | | | | 2020.10.02 Teams CB response to AD - SCSRELATIVITY_0000886193 |
| **500s Phone Communications** | | | | |
| 500 | | | | 2020.07.27-2021.01.26 Charles Boyd and Edel Reyes Texts |
| 501 | | | | 2020.07.29-2021.05.17 Charles Boyd and Garrett Mellot Texts |
| 502 | | | | 2020.07.29-2021.06.11 Charles Boyd and Sameer Texts |
| 503 | | | | 2020.08.10-2021.03.30 Charles Boyd and Peter BLVD Texts |
| 504 | | | | 2020.08.26-2021.07.26 Charles Boyd and Abigail Divilio Texts |
| 505 | | | | 2020.09.29-2020.10.13 Charles Boyd, PeterBLVD, and Adam Brosius Texts |
| 506 | | | | 2020.04.09 Text PB, HD, PB re Synergy no MD license - SCSRELATIVITY_0001588108 |
| 507 | | | | 2020.07.13 Text Pat Boyd Amanda Richardson re Brosius indictment - SCSRELATIVITY_0001599829 |
| 508 | | | | 2020.07.14 Text CB, PB, and TB re Brosius indictment - SCSRELATIVITY_0001600976 |
| 509 | | | | 2020.08.11 Text Patrick Boyd and Amanda Richardson re 'got pissed about pedigree' - SCSRELATIVITY_0001632512 |
| 510 | | | | 2020.08.12 Text Boyds and Berger re bank and Adam situation - SCSRELATIVITY_0001619861 |
| 511 | | | | 2020.08.14 Text Garret Mellot and Charles Boyd re bipolar med in bottle - SCSRELATIVITY_0001557510 |
| 512 | | | | 2020.08.14 Text Garrett Mellott and Charles Boyd re White Cross - SCSRELATIVITY_0001557515 |
| 513 | | | | 2020.08.14 Text Patrick Boyd and Charles Boyd re 'different med' - SCSRELATIVITY_0001557545 |
| 514 | | | | 2020.08.17 Text CB, AD, & JH images of pill bottle with wrong meds - SCSRELATIVITY_0001559029-033 |
| 515 | | | | *Intentionally Left Blank* |
| 516 | | | | 2020.08.26 Text CB AD re BLVD T3 - SCSRELATIVITY_0001554000-01 |

| Exhibit Number | Date Identified | Date Admitted | Objections/ Stipulated Admissions | Description of Exhibit |
|---|---|---|---|---|
| 517 | | | | 2020.09.14 Text CB, PB, and JN re delayed pedigrees - SCSRELATIVITY_0001558255-57 |
| 518 | | | | 2020.09.28 Text JH to PB & CB re differences in bottles - MREV-0000048880 |
| 519 | | | | 2020.09.29 Text TT PB re received open bottle - SCSRELATIVITY_0001624740 |
| 520 | | | | 2020.10.06 Text CB AB Dhruv Edel still won't talk getting weird - SCSRELATIVITY_0001553914-15 |
| 521 | | | | 2020.10.26 Text CB and JH re FDA Notice on Verification Requirements - MREV-0000061248 |
| 522 | | | | 2020.12.23 Text JH & CB discuss Blvd product & bad T3_Not following normal process - MREV-0000059739 |
| 523 | | | | 2020.12.28 Text CB, PB, ER, AB, DR re 800k payment - SCSRELATIVITY_0001553689 |
| 524 | | | | 2021.01.25 Text Patrick Boyd and Nicole Sawyer re 'I'd just send it and pray' - SCSRELATIVITY_0001588548 |
| 525 | | | | 2021.03.17 Text JW PB re Gilead pretty serious Gentek - SCSRELATIVITY_0001609745 |
| 526 | | | | 2021.03.31 Text Abigail Divilio and Dakota Flowers re forged document - SCSRELATIVITY_0001576191-92 |
| 527 | | | | 2021.04.08 Text PB JW news on HIV suppliers - SCSRELATIVITY_0001586459 |
| 528 | | | | 2021.04.16 Text PB, AB, Jeff re T3 don't want to return - SCSRELATIVITY_0001582812 |
| 529 | | | | 2021.05.13 Text AB PB re wouldn't report them... regardless - SCSRELATIVITY_0001615524 |
| 530 | | | | 2021.05.26 Text KF and others re Synergy and T3s - MREV-0000078664 |
| 531 | | | | 2021.07.30 Text PR & PB Discuss Gilead - 3MREV-0000045384 |
| 532 | | | | 2021.10.14 Text PR tells AR 'f'n SafeChain is still selling HIV' - SCSRELATIVITY_0001649359 |
| 533 | | | | 2020.07.24 Facebook Message CB to LTrissell re HIV - CharlesBoyd_0000032693 |
| 534 | | | | 2020.09.30 Text Adam Brosius, Charles Boyd, and Peter BLVD re call - SCSRELATIVITY_0001555891 |
| 535 | | | | 2020.10.06 Text Adam Brosius and Charles Boyd re call with Peter - SCSRELATIVITY_0001555159 |
| 536 | | | | 2020.08.25 Text Adam Brosius to Dhruv Ralhan re call with Charles Boyd and Peter Boulevard - BrosiusPHONE_0000022686 |

| Exhibit Number | Date Identified | Date Admitted | Objections/ Stipulated Admissions | Description of Exhibit |
|---|---|---|---|---|
| | | | **600s Miscellaneous** | |
| 600 | | | | 2015.05.02 SOP for Suspect & Illegitimate Product - SCSRELATIVITY_0001331049 |
| 601 | | | | 2015.05.09 Safe Chain SOP for Product Tracing - SCSRELATIVITY_0001320811 |
| 602 | | | | 2015.05.09 Safe Chain SOP for Vendor and Transaction History Authentication - SCSRELATIVITY_0001331052 |
| 603 | | | | 2017.06.05 Letter from C. Boyd to NABP re VAWD Accreditation Failure - DOJ-PPM-0000115843 |
| 604 | | | | 2018.01.08 Safe Chain SOPs for Returned, Outdated, and Damaged Product - SCSRELATIVITY_0001331046 |
| 605 | | | | 2018.01.09 Safe Chain SOPs for Trading Partner Validation - SCSRELATIVITY_0001331051 |
| 606 | | | | 2019.12.01 Safe Chain Compliance SOPs - SCSRELATIVITY_0001322494 |
| 607 | | | | 2020.01.01 Safe Chain SOPs for Trading Partner Validation - SCSRELATIVITY_0001331124 |
| 608 | | | | 2020.05 Univest Bank Account x9807 - Safe Chain Solutions May 2020 Statements - SCS-0000143862 |
| 609 | | | | 2020.05.20 Kalorama Safe Chain Application - SCSRELATIVITY_0002130584 |
| 610 | | | | 2020.06.08 Charles Boyd One Note Mtg Notes - large number of T3 requests - DOJ-PPM-0000119962 |
| 611 | | | | 2020.07.02 Executed Agreement Safe Chain LLC and Legacy Pharmacy Group - SCSRELATIVITY_0001361089 |
| 612 | | | | 2020.08.03 Charles Boyd One Note Mtg Notes - historic revenue and BLVD peds to start - DOJ-PPM-0000119962 |
| 613 | | | | 2020.08.10 Charles Boyd One Note Mtg Notes - HIV saved us and Peter - Borat to provide peds - DOJ-PPM-0000119962 |
| 614 | | | | 2020.08.31 Letter from Safe Chain to Customers re Legacy discount - SCSRELATIVITY_0001409358 |
| 615 | | | | 2020.09.02 Return Authorization 01S30049 of Prezista from Kalorama - CTRL02266320 |
| 616 | | | | 2020.09.11 Invoice 01I32805 to Olympia Plaza Pharmacy - SCSRELATIVITY_0001396904 |
| 617 | | | | 2020.10.13 FDA Form 3911 - SCSRELATIVITY_0002184841 |
| 618 | | | | 2020.12.07 Frier Levitt Response to Gilead Nov 23 Letter to Safe Chain - DOJ-PPM-0000115538 |
| 619 | | | | 2021.02.10 Safe Chain White Cross T3 Attachment - SCSRELATIVITY_0001322773 |

| Exhibit Number | Date Identified | Date Admitted | Objections/ Stipulated Admissions | Description of Exhibit |
|---|---|---|---|---|
| 620 | | | | 2021.03.15 Safe Chain SOPs for Reporting to Agencies - SCSRELATIVITY_0001329101 |
| 621 | | | | 2021.03.15 Safe Chain SOPs for Suspect and Illegitimate Product - SCSRELATIVITY_0001329105 |
| 622 | | | | 2021.03.15 Safe Chain SOPs for Trading Partner Validation - SCSRELATIVITY_0001329107 |
| 623 | | | | 2021.03.15 Safe Chain SOPs for Vendor and Transaction History Authentication - SCSRELATIVITY_0001329108 |
| 624 | | | | 2021.03.15 Safe Chian SOPs for Product Inventory - SCSRELATIVITY_0001329580 |
| 625 | | | | 2021.03.18 Legend invoice for Biktarvy bottle containing Seroquel - DOJ-PPM-0000115608 |
| 626 | | | | 2021.03.26 Safe chain response to Gilead letter - DOJ-PPM-0000115903 |
| 627 | | | | 2021.03.29 Safe Chain Letter to Gilead RE Quarantine - DOJ-PPM-0000116040 |
| 628 | | | | 2021.04.29 Frier Demand Letter to BLVD - DOJ-PPM-0000115215 |
| 629 | | | | 2021.05.27 Letter from Friar Levitt to Christina Picard re FDA 3911-45802703 and 45629496 - DOJ-PPM-0000115869 |
| 630 | | | | 2021.06.21 Meeting Notes re OMOM - SCSRELATIVITY_0002182808 |
| 631 | | | | 2024.04.22 Gustavo Borja Interview Attachments - Photos of pills and email communications - SCS-0000125833-50 |
| 632 | | | | Borja, Gustavo Patient Files - SCS-0000138525-64 |
| 633 | | | | CA BOP Investigative File - SCS-0000144764 |
| 634 | | | | Compiled 3911 forms sent to FDA - SCS-0000136263 |
| 634A | | | | Compiled 3911 forms sent by Safe Chain to FDA - SCS-0000136263 |
| 634B | | | | Compiled 3911 forms sent by Others to FDA - SCS-0000144697 |
| 635 | | | | Documents provided by William Fadel - SCS-0000138844 |
| 636 | | | | Pilgrim Pharmacy Records - SCS-0000091194 |
| 637 | | | | Safe Chain Summary of Incidents - SCSRELATIVITY_0002181134 |
| 638 | | | | Charles Boyd Car Accident Documents |
| 639 | | | | Photographs of Boulevard 9229 LLC |
| 640 | | | | Photographs of Gentek LLC |
| 641 | | | | Underlying Data for Call Records Summary Exhibit - Verizon Tolls |
| 642 | | | | FDA 2022 Inspection Exhibit CMP-8 - SCS-0000153390 |

| Exhibit Number | Date Identified | Date Admitted | Objections/ Stipulated Admissions | Description of Exhibit |
|---|---|---|---|---|
| 643 | | | | SOP - Vendor & Transaction History Authentication - SCSFDA_0000002897 |
| 644 | | | | Safe Chain Patient Health Photo |
| 645 | | | | Patrick Boyd Deposition Exhibit 6 - SCS-0000133476 |
| 646 | | | | Patrick Boyd Deposition Exhibit 7 - SCS-0000133477 |
| 647 | | | | Blank T3 Paperwork - SCSRELATIVITY_0001416053 |
| 648 | | | | Highlighted T3 Paperwork - SCSRELATIVITY_0001409644 |
| 649 | | | | Peter Khaim Text Screenshot to Adam Brosius - SCSRELATIVITY_0001415195 |
| 650 | | | | FedEx Shipments from Safe Chain |
| 650A | | | | FedEx Certification of Records |
| **700s Financials** | | | | |
| 700 | | | | Intentionally Left Blank |
| 701 | | | | Intentionally Left Blank |
| 702 | | | | JPMC x3729 Peter Khaim MFK Management dba Boulevard 9229 LLC |
| 703 | | | | Intentionally Left Blank |
| 704 | | | | Intentionally Left Blank |
| 705 | | | | JPMC x8933 Carlos Vega for Synergy Group Wholesaler |
| 706 | | | | JPMCx9826 Ishbay Shukurov for Boulevard 9229 LLC |
| 707 | | | | Intentionally Left Blank |
| 708 | | | | Intentionally Left Blank |
| 709 | | | | Intentionally Left Blank |
| 710 | | | | Univest Bank x9807 Charles Boyd for SafeChain LLC |
| 711 | | | | Wells Fargo Bank MR Unlimited LLC |

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY
SOUTHERN DISTRICT OF FLORIDA

LORINDA LARYEA, ACTING CHIEF
U.S. DEPARTMENT OF JUSTICE
CRIMINAL DIVISION, FRAUD SECTION

**Dated:**     September 16, 2025          By:     _/s/ Alexander Thor Pogozelski_
Alexander Thor Pogozelski
Florida Special Bar No. A5502549

Assistant United States Attorney
99 Northeast 4th Street
Miami, Florida 33132
Tel: (786) 649-5251
Email: Alexander.Pogozelski@usdoj.gov

*/s/ Jacqueline Zee DerOvanesian*
Jacqueline Zee DerOvanesian
Trial Attorney
Florida Bar No. 125662
United States Department of Justice
Criminal Division, Fraud Section
1400 New York Avenue NW
Washington, D.C. 20005
Tel: (202) 285-9285
Email: Jacqueline.DerOvanesian@usdoj.gov

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on September 16, 2025, a true and correct copy of the

foregoing was filed and served on all counsel of record via the CM/ECF system.

**Dated:**  September 16, 2025                    */s/ Alexander Thor Pogozelski*
                                                                  Assistant United States Attorney