UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 24-CR-20255-WPD/HUNT

UNITED STATES OF AMERICA

v.

PATRICK BOYD and
CHARLES BOYD,

        Defendants.
_____/

## ORDER GRANTING UNITED STATES' AMENDED MOTION TO TRANSPORT INMATE PETER KHAIMOV TO TESTIFY AT TRIAL

THIS CAUSE came before the Court on the United States' Amended Motion to Transport Inmate Peter Khaimov to Testify at Trial [ECF No. 188]. Being fully advised in its premises, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED** for the reasons stated in the Motion. The Court hereby authorizes federal law enforcement agents assisting the government in this trial to transport inmate Peter Khaimov, BOP Register Number 23117-509, between the Federal Detention Center in Miami and the Broward County Jail beginning October 5, 2025, through October 11, 2025, so that Peter Khaimov may testify at trial the week of October 6 while also observing the Jewish holiday of Sukkot.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 2 day of October, 2025.

                                                    WILLIAM P. DIMITROULEAS
                                                    UNITED STATES DISTRICT JUDGE

cc:    Counsel of record
        United States Marshals Service for the Southern District of Florida