UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 24-CR-20255-WPD

UNITED STATES OF AMERICA

v.

PATRICK BOYD and
CHARLES BOYD,
    Defendants.
_____/

## ORDER

Commencement of any treatment program relating to Charles Boyd shall commence upon return of a verdict by the jury currently considering Charles Boyd's case. Logistics of treatment program commencement shall be coordinated through the United States Probation Office.

DONE and ORDERED in Fort Lauderdale. Florida this 15 day of October, 2025.

William P. Dimitrouleas
United States District Court Judge

cc:    Counsel of Record
       United States Probation Office