UNITED STATES OF AMERICA v. PATRICK BOYD and CHARLES BOYD
CASE NO. 24-CR-20255-DIMITROULEAS
DEFENDANT, CHARLIE BOYD'S, AMENDED EXHIBIT LIST

| Exhibit # | Date Identified | Date Admitted | Objections and/or Stipulations | DESCRIPTION OF EXHIBIT | Beginning Bates # |
|---|---|---|---|---|---|
| | | | | **#16CIV6228(PAE) – Southern District of New York** | |
| 1 | | | | USA/Dr. Paul Bellman v. Gilead (April 2025) Complaint In Intervention.pdf | CBOYD000001 |
| 2 | | | | USA/Dr. Paul Bellman v. Gilead (April 2025) Stipulation and Dismissal.pdf | CBOYD000026 |
| | | | | **#20CV24523 – Southern District of Florida** | |
| 3 | | | | DE 0 - Docket.pdf | CBOYD000056 |
| 4 | | | | DE 1 - Complaint.pdf | CBOYD000191 |
| | | | | **#21CV04106 – Eastern District of New York** | |
| 5 | | | | DE 0 - Docket.pdf | CBOYD000416 |
| 6 | | | | DE 1 - Complaint.pdf | CBOYD000685 |
| 7 | | | | DE 63 - Proposed Order to Show Cause for Contempt and Sanctions.pdf | CBOYD000767 |
| 8 | | | | DE 64 - Plaintiff's Memo of Law for Contempt and Sanctions.pdf | CBOYD000802 |
| 9 | | | | DE 98 - Plaintiff's Memo of Law Sanctions (Khaim, Blvd9229, Synergy, Vega).pdf | CBOYD000818 |

UNITED STATES OF AMERICA v. PATRICK BOYD and CHARLES BOYD
CASE NO. 24-CR-20255-DIMITROULEAS
DEFENDANT, CHARLIE BOYD'S, AMENDED EXHIBIT LIST

| Exhibit # | Date Identified | Date Admitted | Objections and/or Stipulations | DESCRIPTION OF EXHIBIT | Beginning Bates # |
|---|---|---|---|---|---|
| 10 | | | | DE 373 - Amended Counterclaims of Defts. Medicine Shoppe and S. Venkatesh.pdf | CBOYD000859 |
| 11 | | | | DE 778 - Corrected Fourth Amended Complaint.pdf | CBOYD000868 |
| 12 | | | | DE 899 - Safe Chain Defts. Response to Fourth Amended Complaint, Counter and Cross Claims.pdf | CBOYD001045 |
| 13 | | | | DE 945 - Fifth Amended Complaint.pdf | CBOYD005561 |
| 14 | | | | DE 1225 - Letter to Court Motion to Compel.pdf | CBOYD001390 |
| 15 | | | | DE 1225.6 - Hernandez Indictment.pdf | CBOYD001398 |
| 16 | | | | DE 1225.7 - Exhibit 3 Agreed Factual Basis.pdf | CBOYD001417 |
| 17 | | | | DE 1235 - Letter to Court Additional Support Motion to Compel.pdf | CBOYD001426 |
| 18 | | | | DE 1398 - Letter to Court Levitan Bankruptcy.pdf | CBOYD001432 |
| 19 | | | | DE 1589 - Status Report (Brosius.Levitan Money Transfer).pdf | CBOYD001442 |
| 20 | | | | DE 1601 - Letter to Court (Brosius Funds).pdf | CBOYD001483 |
| 21 | | | | DE 1608 - Declaration of Timothy Alan Waters.pdf | CBOYD001484 |

UNITED STATES OF AMERICA v. PATRICK BOYD and CHARLES BOYD
CASE NO. 24-CR-20255-DIMITROULEAS
DEFENDANT, CHARLIE BOYD'S, AMENDED EXHIBIT LIST

| Exhibit # | Date Identified | Date Admitted | Objections and/or Stipulations | DESCRIPTION OF EXHIBIT | Beginning Bates # |
|---|---|---|---|---|---|
| | | | | **#22CV01983 - Eastern District of New York** | |
| 22 | | | | DE 307 - Notice of Third Declaration of Christopher Trent.pdf | CBOYD001488 |
| | | | | **#19CR20674 - Southern District of Florida (Vega)** | |
| 23 | | | | DE 0 - Docket.pdf | CBOYD003993 |
| 24 | | | | DE 632 - Fourth Superseding Indictment.pdf | CBOYD004002 |
| 25 | | | | DE 732 - Factual Proffer.pdf | CBOYD004025 |
| 26 | | | | DE 733 - Plea Agreement.pdf | CBOYD004029 |
| 27 | | | | DE 758 - Judgment.pdf | CBOYD004034 |
| 28 | | | | DE 762 - Sentencing Hearing Transcript.pdf | CBOYD004041 |
| | | | | **#20CR00578 - District Court of New Jersey (Brosius)** | |
| 29 | | | | DE 0 - Docket.pdf | CBOYD004074 |
| 30 | | | | DE 1 - Indictment.pdf | CBOYD004101 |

UNITED STATES OF AMERICA v. PATRICK BOYD and CHARLES BOYD
CASE NO. 24-CR-20255-DIMITROULEAS
DEFENDANT, CHARLIE BOYD'S, AMENDED EXHIBIT LIST

| Exhibit # | Date Identified | Date Admitted | Objections and/or Stipulations | DESCRIPTION OF EXHIBIT | Beginning Bates # |
|---|---|---|---|---|---|
| 31 | | | | DE 18 - Courtroom Minutes.pdf | CBOYD004129 |
| 32 | | | | DE 19 - Conditions of Release.pdf | CBOYD004130 |
| 33 | | | | DE 20 - Appearance Bond.pdf | CBOYD004133 |
| 34 | | | | DE 24 - Courtroom Minutes.pdf | CBOYD004135 |
| 35 | | | | DE 49 - Scheduling Letter.pdf | CBOYD004137 |
| 36 | | | | DE 50 - Continuance Letter.pdf | CBOYD004138 |
| 37 | | | | DE 54 - PreTrial Motion Letter.pdf | CBOYD004139 |
| 38 | | | | DE 55 - Amended Scheduling Order.pdf | CBOYD004140 |
| 39 | | | | DE 62 - Notice of PreTrial Motions.pdf | CBOYD004142 |
| 40 | | | | DE 138 - Plea Agreement.pdf | CBOYD004170 |
| 41 | | | | DE 139 - Application for Permission to Enter Guilty Plea.pdf | CBOYD004181 |
| 42 | | | | DE 140 - Report & Recommendation.pdf | CBOYD004189 |

UNITED STATES OF AMERICA v. PATRICK BOYD and CHARLES BOYD
CASE NO. 24-CR-20255-DIMITROULEAS
DEFENDANT, CHARLIE BOYD'S, AMENDED EXHIBIT LIST

| Exhibit # | Date Identified | Date Admitted | Objections and/or Stipulations | DESCRIPTION OF EXHIBIT | Beginning Bates # |
|---|---|---|---|---|---|
| 43 | | | | DE 160 - Order Granting Report & Recommendation.pdf | CBOYD004191 |
| 44 | | | | DE 204 - Consent Motion to Continue Sentencing.pdf | CBOYD004192 |
| 45 | | | | DE 232 - Arrest Warrant.pdf | CBOYD004194 |
| 46 | | | | DE 236 - Consent Motion to Continue Sentencing.pdf | CBOYD004195 |
| 47 | | | | Plea Hearing Transcript (September 23, 2024) | N/A |
| | | | | **#20CR00580 - Eastern District of New York (Khaim)** | |
| 48 | | | | DE 0 - Docket.pdf | CBOYD004197 |
| 49 | | | | DE 1 - Indictment.pdf | CBOYD004940 |
| 50 | | | | DE 6 - Order of Detention Pending Trial.pdf | CBOYD004964 |
| 51 | | | | DE 9 - Order Setting Conditions of Release.pdf | CBOYD004965 |
| 52 | | | | DE 14 - Motion to Modify Conditions of Release.pdf | CBOYD004967 |
| 53 | | | | DE 32 - Superseding Indictment.pdf | CBOYD004969 |

UNITED STATES OF AMERICA v. PATRICK BOYD and CHARLES BOYD
CASE NO. 24-CR-20255-DIMITROULEAS
DEFENDANT, CHARLIE BOYD'S, AMENDED EXHIBIT LIST

| Exhibit # | Date Identified | Date Admitted | Objections and/or Stipulations | DESCRIPTION OF EXHIBIT | Beginning Bates # |
|---|---|---|---|---|---|
| 54 | | | | DE 35 - Motion to Travel Beyond Curfew.pdf | CBOYD004992 |
| 55 | | | | DE 130 - Sentencing Memo.pdf | CBOYD004994 |
| 56 | | | | DE 131 - Sentencing Memo.pdf | CBOYD005023 |
| 57 | | | | DE 134 - Judgment.pdf | CBOYD005034 |
| 58 | | | | DE 136 - Order of Restitution.pdf | CBOYD005045 |
| | | | | **#22CR00020 - Southern District of New York (Khaim)** | |
| 59 | | | | DE 0 - Docket.pdf | CBOYD005048 |
| 60 | | | | DE 1 - Indictment.pdf | CBOYD005075 |
| 61 | | | | DE 380 - Plea Hearing Transcript.pdf | CBOYD005108 |
| 62 | | | | DE 485 - Sentencing Submission.pdf | CBOYD005138 |
| 63 | | | | DE 491 - Sentencing Submission.pdf | CBOYD005172 |
| 64 | | | | DE 504 - Sentencing Hearing Transcript.pdf | CBOYD005231 |

UNITED STATES OF AMERICA v. PATRICK BOYD and CHARLES BOYD
CASE NO. 24-CR-20255-DIMITROULEAS
DEFENDANT, CHARLIE BOYD'S, AMENDED EXHIBIT LIST

| Exhibit # | Date Identified | Date Admitted | Objections and/or Stipulations | DESCRIPTION OF EXHIBIT | Beginning Bates # |
|---|---|---|---|---|---|
| 65 | | | | DE 558 - Amended Judgment.pdf | CBOYD005270 |
| | | | | **#22CR60129 - Southern District of Florida (Hernandez)** | |
| 66 | | | | DE 0 - Docket.pdf | CBOYD005277 |
| 67 | | | | DE 1 - Indictment.pdf | CBOYD005292 |
| 68 | | | | DE 81 - Plea Agreement.pdf | CBOYD005310 |
| 69 | | | | DE 82 - Agreed Factual Basis.pdf | CBOYD005326 |
| 70 | | | | DE 96 - Judgment.pdf | CBOYD005334 |
| 71 | | | | DE 109 - Motion to Reduce Sentence.pdf | CBOYD005341 |
| 72 | | | | DE 111 - Response to Motion to Reduce Sentence.pdf | CBOYD005343 |
| | | | | **#23CR00505 - District Court of New Jersey (Ralhan)** | |
| 73 | | | | DE 0 - Docket.pdf | CBOYD005347 |
| 74 | | | | DE 1 - Information.pdf | CBOYD005399 |

UNITED STATES OF AMERICA v. PATRICK BOYD and CHARLES BOYD
CASE NO. 24-CR-20255-DIMITROULEAS
DEFENDANT, CHARLIE BOYD'S, AMENDED EXHIBIT LIST

| Exhibit # | Date Identified | Date Admitted | Objections and/or Stipulations | DESCRIPTION OF EXHIBIT | Beginning Bates # |
|---|---|---|---|---|---|
| 75 | | | | DE 2 - Waiver of Indictment.pdf | CBOYD005411 |
| 76 | | | | DE 5 - Application for Permission Enter Guilty Plea.pdf | CBOYD005412 |
| 77 | | | | DE 6 - Plea Agreement.pdf | CBOYD005420 |
| 78 | | | | DE 7 - Order Setting Conditions of Release.pdf | CBOYD005430 |
| | | | | **#23CR00511 - District of New Jersey (Diamantstein)** | |
| 79 | | | | DE 0 - Docket.pdf | CBOYD005433 |
| 80 | | | | DE 1 - Indictment.pdf | CBOYD005439 |
| 81 | | | | DE 3 - Minute Entry.pdf | CBOYD005457 |
| 82 | | | | DE 22 - Order Modifying Conditions of Release.pdf | CBOYD005458 |
| 83 | | | | DE 30 - Order Modifying Conditions of Release.pdf | CBOYD005459 |
| 84 | | | | DE 33 - Order Modifying Conditions of Release.pdf | CBOYD005460 |
| 85 | | | | DE 35 - Order Modifying Conditions of Release.pdf | CBOYD005461 |

UNITED STATES OF AMERICA v. PATRICK BOYD and CHARLES BOYD
CASE NO. 24-CR-20255-DIMITROULEAS
DEFENDANT, CHARLIE BOYD'S, AMENDED EXHIBIT LIST

| Exhibit # | Date Identified | Date Admitted | Objections and/or Stipulations | DESCRIPTION OF EXHIBIT | Beginning Bates # |
|---|---|---|---|---|---|
| | | | | **#23CR20264 - Southern District of Florida (Herrera)** | |
| 86 | | | | DE 0 - Docket.pdf | CBOYD005462 |
| 87 | | | | DE 1 - Information.pdf | CBOYD006468 |
| 88 | | | | DE 10 - Waiver of Indictment.pdf | CBOYD005505 |
| 89 | | | | DE 15 - Agreed Factual Basis.pdf | CBOYD005506 |
| 90 | | | | DE 19 - Response to PSR and Sentencing Memo.pdf | CBOYD005508 |
| 91 | | | | DE 23 - Judgment.pdf | CBOYD005537 |
| 92 | | | | DE 24 - Sentencing Transcript.pdf | CBOYD005544 |
| | | | | **#25CV00393 - Eastern District of New York (Levitan)** | |
| 93 | | | | DE 0 - Docket.pdf | CBOYD005750 |
| 94 | | | | DE 20 - Motion for Sanctions.pdf | CBOYD005765 |
| 95 | | | | DE 26 - Proposed First Amended Complaint.pdf | CBOYD005791 |

UNITED STATES OF AMERICA v. PATRICK BOYD and CHARLES BOYD
CASE NO. 24-CR-20255-DIMITROULEAS
DEFENDANT, CHARLIE BOYD'S, AMENDED EXHIBIT LIST

| Exhibit # | Date Identified | Date Admitted | Objections and/or Stipulations | DESCRIPTION OF EXHIBIT | Beginning Bates # |
|---|---|---|---|---|---|
| 96 | | | | DE 42 - Motion to Dismiss.pdf | CBOYD005813 |
| 97 | | | | DE 43 - Letter Motion to Stay Discovery.pdf | CBOYD005840 |
| | | | | **Opinions** | |
| 98 | | | | #11-CV-00941-EMC (Ninth Circuit).pdf | CBOYD001868 |
| 99 | | | | #CV03-04999-MJJ (Ninth Circuit).pdf | CBOYD001902 |
| | | | | **Mckesson Documents** | |
| 100 | | | | Gilead v. Safe Chain - S. Mooney's McKesson Decl. (December 20, 2023).pdf | CBOYD001524 |
| 101 | | | | McKesson ROs to Safe Chain's Subpoena (November 21, 2023).pdf | CBOYD001528 |
| 102 | | | | MCKESSON_000003-MCKESSON_000031 | CBOYD003931 |
| | | | | **Press Releases** | |
| 103 | | | | Attorney General James Secures Over $200 Million from Gilead Sciences for Paying Illegal Kickbacks.pdf | CBOYD001921 |
| 104 | | | | District of Massachusetts _ Gilead Agrees to Pay $97 Million to Resolve Allegations that it Paid Kickbacks through a Co-Pay Foundation _ United States Department of Justice.pdf | CBOYD001924 |

UNITED STATES OF AMERICA v. PATRICK BOYD and CHARLES BOYD
CASE NO. 24-CR-20255-DIMITROULEAS
DEFENDANT, CHARLIE BOYD'S, AMENDED EXHIBIT LIST

| Exhibit # | Date Identified | Date Admitted | Objections and/or Stipulations | DESCRIPTION OF EXHIBIT | Beginning Bates # |
|---|---|---|---|---|---|
| 105 | | | | Eastern District of New York _ Pharmacy Owners Sentenced for $18M COVID-19 Health Care Fraud and Money Laundering Scheme _ United States Department of Justice.pdf | CBOYD001929 |
| 106 | | | | Levi & Korsinsky Investigates Possible Securities Fraud by Gilead Sciences, Inc.pdf | CBOYD001933 |
| 107 | | | | Office of Public Affairs _ Gilead Agrees To Pay $97 Million To Resolve Alleged False Claims Act Liability For Paying Kickbacks _ United States Department of Justice.pdf | CBOYD001938 |
| 108 | | | | Office of Public Affairs _ Man Arrested for Allegedly Distributing Over $230 Million of Adulterated HIV Medication _ United States Department of Justice.pdf | CBOYD001943 |
| 109 | | | | Southern District of Florida _ Owner of Pharmaceutical Company Pleads Guilty to Unlawful Distribution of $60 Million in Diverted HIV Drugs _ United States Department of Justice.pdf | CBOYD001947 |
| 110 | | | | Southern District of New York _ 10 Defendants Indicted For Operating $20 Million Black Market HIV Medication Fraud Scheme _ United States Department of Justice.pdf | CBOYD001951 |
| 111 | | | | Southern District of New York _ Two Men Charged In HIV Medication Fraud And Identity Theft Scheme _ United States Department of Justice.pdf | CBOYD001958 |
| 112 | | | | Southern District of New York _ U.S.pdf | CBOYD001966 |
| | | | | **Safe Chain Employee Records** | |
| 113 | | | | Abbie Divilio.pdf | CBOYD002080 |
| 114 | | | | Carly Ogren.pdf | CBOYD002123 |
| 115 | | | | Courtney Ruark-Coleman.pdf | CBOYD002124 |

UNITED STATES OF AMERICA v. PATRICK BOYD and CHARLES BOYD
CASE NO. 24-CR-20255-DIMITROULEAS
DEFENDANT, CHARLIE BOYD'S, AMENDED EXHIBIT LIST

| Exhibit # | Date Identified | Date Admitted | Objections and/or Stipulations | DESCRIPTION OF EXHIBIT | Beginning Bates # |
|---|---|---|---|---|---|
| 116 | | | | Jon Atkinson.pdf | CBOYD002145 |
| 117 | | | | Jon Weed.pdf | CBOYD002179 |
| 118 | | | | Jonathan Nicholls.pdf | CBOYD002187 |
| 119 | | | | Kathleen Eberspacher.pdf | CBOYD002191 |
| 120 | | | | Kelsey Jones.pdf | CBOYD002197 |
| 121 | | | | Kendreas Ferdinand.pdf | CBOYD002207 |
| 122 | | | | \|Makenzie Towers a/k/a Kenzie Nalley.pdf | CBOYD002225 |
| 123 | | | | Dakota Flowers.pdf | CBOYD003064 |
| | | | | **Miscelleanous Documents** | |
| 124 | | | | Drug Supply Chain Security Act (June 2021) Implementation Identification of Suspect Product and Notification.pdf | CBOYD001541 |
| 125 | | | | FDA Report to Congress (June 2001) The Prescription Drug Marketing Act.pdf | CBOYD001561 |
| 126 | | | | Gilead FDA Presentation.pdf | CBOYD001682 |

UNITED STATES OF AMERICA v. PATRICK BOYD and CHARLES BOYD
CASE NO. 24-CR-20255-DIMITROULEAS
DEFENDANT, CHARLIE BOYD'S, AMENDED EXHIBIT LIST

| Exhibit # | Date Identified | Date Admitted | Objections and/or Stipulations | DESCRIPTION OF EXHIBIT | Beginning Bates # |
|---|---|---|---|---|---|
| 127 | | | | Gilead-Sciences-2022-Annual-Report-Form-10-K.pdf | CBOYD001718 |
| 128 | | | | Guidance for Industry (March 2018) Standardization of Data and Documentation Practices for Product Tracing Guidance for Industry.pdf | CBOYD001831 |
| 129 | | | | Guidance for Industry (March 2023) DSCSA Definition of Suspect and Illegitmate Product.pdf | CBOYD001854 |
| 130 | | | | puerto-rico-exports.pdf | CBOYD001864 |
| 131 | 10/23 | | | Zimet Letter to Abigail Divilio (February 13, 2025).pdf | CBOYD001866 |
| 132 | | | | Customer Complaint Form.pdf | CBOYD001973 |
| 133 | | | | FW_ Email Signature.pdf | CBOYD001976 |
| 134 | | | | FW_ Gear.pdf | CBOYD001978 |
| 135 | | | | Maryland Board of Pharmacy Inspection - APRIL 14, 2021.pdf | CBOYD001982 |
| 136 | | | | Pharma2017 (powerpoint).pdf | CBOYD002002 |
| 137 | | | | Safe Chain Brochure 1.pdf | CBOYD002048 |
| 138 | | | | Safe Chain End of Year Awards (2018).pdf | CBOYD002050 |

UNITED STATES OF AMERICA v. PATRICK BOYD and CHARLES BOYD
CASE NO. 24-CR-20255-DIMITROULEAS
DEFENDANT, CHARLIE BOYD'S, AMENDED EXHIBIT LIST

| Exhibit # | Date Identified | Date Admitted | Objections and/or Stipulations | DESCRIPTION OF EXHIBIT | Beginning Bates # |
|---|---|---|---|---|---|
| 139 | | | | Safe Chain Values.pdf | CBOYD002052 |
| 140 | | | | Safe Chain Brochure.pdf | CBOYD002055 |
| 141 | | | | Safeway Distributors Brochure.pdf | CBOYD002056 |
| 142 | | | | The 15-Minute Rule Email (Sept. 23, 2021).pdf | CBOYD002058 |
| 143 | | | | The 15-Minute Rule Email (Sept. 23, 2022).pdf | CBOYD002059 |
| 144 | | | | Timeline of Events (Last Updated by A. Divilio March 25, 2021).pdf | CBOYD002061 |
| 145 | | | | Vistage Host Presentation (Charlie Boyd).pdf | CBOYD002065 |
| 146 | | | | Meeting Notes - June 15, 2021 | SCSRELATIVITY_0001331434 |
| 147 | | | | Manager Meeting Notes - June 22, 2021 | SCSRELATIVITY_0001331501 |
| 148 | | | | Managers Meeting Notes - July 20, 2021 | SCSRELATIVITY_0001333137 |
| 149 | | | | Manager Meeting Notes - September 21, 2020 | SCSRELATIVITY_0001338566 |
| 150 | | | | Manager Meeting Notes - February 22, 2021 | SCSRELATIVITY_0001338988 |

UNITED STATES OF AMERICA v. PATRICK BOYD and CHARLES BOYD
CASE NO. 24-CR-20255-DIMITROULEAS
DEFENDANT, CHARLIE BOYD'S, AMENDED EXHIBIT LIST

| Exhibit # | Date Identified | Date Admitted | Objections and/or Stipulations | DESCRIPTION OF EXHIBIT | Beginning Bates # |
|---|---|---|---|---|---|
| 151 | | | | Manager Meeting Notes - December 14, 2020 | SCSRELATIVITY_0001339071 |
| 152 | | | | Manager Meeting Notes - October 19, 2020 | SCSRELATIVITY_0001339161 |
| 153 | | | | Manager Meeting Notes - July 27, 2020 | SCSRELATIVITY_0001339172 |
| 154 | | | | Manager Meeting Notes - August 31, 2020 | SCSRELATIVITY_0001339188 |
| 155 | | | | Manager Meeting Notes ACTION ITEMS IN BOLD August 10, 2020 | SCSRELATIVITY_0001339208 |
| 156 | | | | Manager Meeting Notes - December 21, 2020 | SCSRELATIVITY_0001339233 |
| 157 | | | | Manager Meeting Notes - September 21, 2020 | SCSRELATIVITY_0001339282 |
| 158 | | | | Manager Meeting Notes - September 14, 2020 | SCSRELATIVITY_0001339326 |
| 159 | | | | Manager Meeting Notes - December 7, 2020 | SCSRELATIVITY_0001341130 |
| 160 | 10/23 | | | Manager Meeting Notes - December 12, 2020 | SCSRELATIVITY_0001341136 |
| 161 | | | | Manager Meeting Notes - November 30, 2020 | SCSRELATIVITY_0001341232 |
| 162 | | | | Manager Meeting Notes - February 15, 2021 | SCSRELATIVITY_0001341380 |

UNITED STATES OF AMERICA v. PATRICK BOYD and CHARLES BOYD
CASE NO. 24-CR-20255-DIMITROULEAS
DEFENDANT, CHARLIE BOYD'S, AMENDED EXHIBIT LIST

| Exhibit # | Date Identified | Date Admitted | Objections and/or Stipulations | DESCRIPTION OF EXHIBIT | Beginning Bates # |
|---|---|---|---|---|---|
| 163 | | | | Manager Meeting - May 25, 2021 | SCSRELATIVITY _0001341389 |
| 164 | | | | Manager Meeting Notes - June 8, 2021 | SCSRELATIVITY _0001341393 |
| 165 | | | | COMPLIANCE  Manager Meeting Notes June 1, 2021 | SCSRELATIVITY _0001349398 |
| 166 | | | | Manager Meeting Notes - February 8, 2021 | SCSRELATIVITY _0001349536 |
| 167 | | | | Manager Meeting Notes - June 1, 2021 | SCSRELATIVITY _0001349581 |
| 168 | | | | Manager Meeting Notes - November 9, 2020 | SCSRELATIVITY _0001350019 |
| 169 | | | | Manager Meeting Notes - July 6, 2021 | SCSRELATIVITY _0001350341 |
| 170 | | | | Manager Meeting Notes - November 2, 2020 | SCSRELATIVITY _0001350474 |
| 171 | | | | Manager Meeting Notes -  June 1, 2021 | SCSRELATIVITY _0001393205 |
| 172 | | | | Manager Meeting Notes ACTION ITEMS IN BOLD June 8, 2020 | SCSRELATIVITY _0001402783 |
| 173 | | | | Manager Meeting Notes ACTION ITEMS IN BOLD August 17, 2020 | SCSRELATIVITY _0001402809 |
| 174 | | | | Manager Meeting Notes ACTION ITEMS IN BOLD May 11, 2020 | SCSRELATIVITY _0001402943 |

UNITED STATES OF AMERICA v. PATRICK BOYD and CHARLES BOYD
CASE NO. 24-CR-20255-DIMITROULEAS
DEFENDANT, CHARLIE BOYD'S, AMENDED EXHIBIT LIST

| Exhibit # | Date Identified | Date Admitted | Objections and/or Stipulations | DESCRIPTION OF EXHIBIT | Beginning Bates # |
|---|---|---|---|---|---|
| 175 | | | | Manager Meeting Notes ACTION ITEMS IN BOLD March 30, 2020 | SCSRELATIVITY _0001403102 |
| 176 | | | | Manager Meeting Notes ACTION ITEMS IN BOLD July 6, 2020 | SCSRELATIVITY _0001403122 |
| 177 | 10/23 | | | WorldWide Pharma Sales Representation Agreement | CBOYD003972 |
| 178 | | | | Trial Witness Letters | CBOYD003960 |
| 179 | | | | Geoffrey Potter Featured in CNBC Segment on Counterfeit Drug Schemes | CBOYD005843 |
| 180 | | | | Memorandum Opinion (11.24.2020 - Ramierz v. Gilead Sciences, Inc.) | CBOYD005844 |
| 181 | | | | Office of Public Affairs _ Man Sentenced for Illegally Distributing Over $16M of Adulterated HIV Medication _ United States Department of Justice | CBOYD005916 |
| 182 | | | | Southern District of Florida _ Owner of Pharmaceutical Company Pleads Guilty to Unlawful Distribution of $60 Million in Diverted HIV Drugs _ United States Department of Justice | CBOYD005920 |
| | | | | **Phone / Encrypted App Communications (Part 1)** | |
| 183 | | | | Adam Brosius-Dhruv Ralhan-John Pangiopulous-Mike Zangari (05.19.2020 - 05.28.2020) | ABWW00059297 |
| 184 | | | | Adam Brosius-Garrett Mellott-Mike Zangari (07.06.2020 - 02.04.2021) | ABWW00054237 |
| 185 | | | | Adam Brosius- Garrett Mellott-Peter Khaim (09.18.2020 - 05.06.2021) | ABWW00054348 |

UNITED STATES OF AMERICA v. PATRICK BOYD and CHARLES BOYD
CASE NO. 24-CR-20255-DIMITROULEAS
DEFENDANT, CHARLIE BOYD'S, AMENDED EXHIBIT LIST

| Exhibit # | Date Identified | Date Admitted | Objections and/or Stipulations | DESCRIPTION OF EXHIBIT | Beginning Bates # |
|---|---|---|---|---|---|
| 185A | | | | https://www.justice.gov/usao-sdfl/pr/pharmaceutical-business-owner-sentenced-miami-role-prescription-medication-diversion | N/A |
| 186 | | | | Adam Brosius-Peter Khaim (08.21.2020 - 05.21.2021) | ABWW00053899 |
| 187 | | | | Adam Brosius-Mike Zangari (03.05.2021) | ABWW00053894 |
| 188 | | | | Adam Brosius-Mike Zangari (01.17.2020 - 03.23.2021) | ABWW00054140 |
| 189 | | | | Adam Brosius-Garrett Mellott (01.03.2020 - 09.07.2021) | ABWW00053272 |
| 190 | | | | Adam Brosius and Peter Khaim WhatsApp (08.21.2020 - 11.06.2020) | Brosius Phone |
| | | | | **Safe Chain Documents** | |
| 191 | | | | New Employee Welcome Box | N/A |
| 192 | | | | Vistage Host Presentation - Safe Chain Exterior | CYBOD002074 |
| 193 | | | | Vistage Host Presentation - Safe Chain Interior | CBOYD002075 |
| 194 | 10/23 | | | Abbie Divilio Resignation Letter (12.30.2021) | CBOYD002086 |
| 195 | 10/23 | | | Abigail Divilio Recommendation Text (04.07.2024) | CBOYD002087 |

UNITED STATES OF AMERICA v. PATRICK BOYD and CHARLES BOYD
CASE NO. 24-CR-20255-DIMITROULEAS
DEFENDANT, CHARLIE BOYD'S, AMENDED EXHIBIT LIST

| Exhibit # | Date Identified | Date Admitted | Objections and/or Stipulations | DESCRIPTION OF EXHIBIT | Beginning Bates # |
|---|---|---|---|---|---|
| 196 | | 10/23 | | Zimet Letter to Abigail Divilio and Response (08.20.2025) | N/A |
| 197 | | | | The 15-Minute Rule Email (Sept. 23, 2021) | CBOYD002058 |
| 198 | | | | The 15-Minute Rule Email (Sept. 23, 2022) | CBOYD002059 |
| 199 | | | | INTENTIONALLY LEFT BLANK | |
| | | | | **Frier Levitt Communications (Part 1)** | |
| 200 | | | | Memo to Safe Chain Solutions from Martha Rumore (06.06.2020) | SCS-0000156170 |
| 201 | | 10/23 | | Email from Abbie Divilio to Charles Boyd RE Licensing Question Frier Email Thread (10.30.2020) | N/A |
| 202 | | 10/23 | | From Charles Boyd to John Marrone RE: DSCSA timeline/Serialization (09.01.2020) | DOJ-PPM-0000118676 |
| 203 | | 10/23 | | From Charles Boyd to Abbie Divilio FW: Gilead (PR-196084) (09.14.2020) | DOJ-PPM-0000119950 |
| 204 | | | | From Martha Rumore to Abbie Divilio RE: Biktarvy issue with a customer (02.04.2021) | DOJ-PPM-0000118470 |
| 205 | | | | From Martha Rumore to Abbie Divilio RE: Biktarvy issue with a customer (02.05.2021) | DOJ-PPM-0000118379 |
| 206 | | | | From Martha Rumore to Charles Boyd RE: Biktarvy (02.11.2021) | DOJ-PPM-0000117312 |

UNITED STATES OF AMERICA v. PATRICK BOYD and CHARLES BOYD
CASE NO. 24-CR-20255-DIMITROULEAS
DEFENDANT, CHARLIE BOYD'S, AMENDED EXHIBIT LIST

| Exhibit # | Date Identified | Date Admitted | Objections and/or Stipulations | DESCRIPTION OF EXHIBIT | Beginning Bates # |
|---|---|---|---|---|---|
| 207 | | | | From Martha Rumore to Charles Boyd FW: PR#213279 (02.15.2021) | DOJ-PPM-0000116136 |
| 208 | | | | From Martha Rumore to CB/AD FW: BIKTARVY Lots CCZCFA & CDFYCA (02.19.2021) | DOJ-PPM-000115643 |
| 209 | | 10/23 | | From Charles Boyd to Martha Rumore RE: BIKTARVY Lots CCZCFA & CDFYCA (02.22.2021) | DOJ-PPM-0000115650 |
| 210 | | 10/23 | | From Abbie Divilio to Marth Rumore RE: Safe Chain Response Letter PR213279 CCZCFA CCXKVA CDFYCA (02.23.2021) | DOJ-PPM-0000115997 |
| 210A | | | | From Charles Boyd to Abbie Divilio/Martha Rumore RE: Safe Chain Response Letter PR213279 CCZCFA CCXKVA CDFYCA (02.23.2021) | DOJ-PPM-0000116249 |
| 211 | | | | From Abbie Divilio to Martha Rumore RE: Safe Chain Response Letter PR213279 CCZCFA CCXKVA CDFYCA (03.01.2021) | DOJ-PPM-0000115525 |
| 212 | | | | From Abbie Divilio to Martha Rumore RE: Safe Chain Response Letter PR213279 CCZCFA CCXKVA CDFYCA (03.02.2021) | DOJ-PPM-0000116348 |
| 213 | | | | From Abbie Divilio to Charles Boyd RE: Safe Chain Response Letter PR213279 CCZCFA CCXKVA CDFYCA (03.03.2021) | DOJ-PPM-000016340 |
| 214 | | | | From Charles Boyd to Martha Rumore RE: narrative for Q17 on the form (03.26.2021) | DOJ-PPM-0000119699 |
| 215 | | | | From Adam Brosius to Pat Boyd Re: Gilead / Safe Chain - Call Follow Up (04.21.2021) | DOJ-PPM-0000116407 |
| 216 | | | | From Adam Brosius to Jesse Dresser Re: Gilead/SafeChain Attorney Client Privileged and Confidential (04.22.2021) | DOJ-PPM-0000116064 |
| 217 | | 10/23 | | From Adam Brosius to Jesse Dresser Re: SafeChain - Draft Communication to Gilead (04.30.2021) | DOJ-PPM-0000116218 |

UNITED STATES OF AMERICA v. PATRICK BOYD and CHARLES BOYD
CASE NO. 24-CR-20255-DIMITROULEAS
DEFENDANT, CHARLIE BOYD'S, AMENDED EXHIBIT LIST

| Exhibit # | Date Identified | Date Admitted | Objections and/or Stipulations | DESCRIPTION OF EXHIBIT | Beginning Bates # |
|---|---|---|---|---|---|
| 218 | | | | From Pat Boyd to Charles Boyd FW: Final DRAFT Communication to Gilead | DOJ-PPM-0000117093 |
| 219 | | | | From Charles Boyd to Jesse Dresser RE: SafeChain - Draft email to Gilead (05.05.2021) | DOJ-PPM-0000119998 |
| 220 | | | | From Adam Brosius to Abbie Divilio Re: SafeChain - Draft email to Gilead (05.06.2021) | DOJ-PPM-0000116066 |
| 221 | | | | Email from Jason Gould to Bruze Zimet RE Frier Levitt Documentation (Colosi) (09.08.2025) | N/A |
| 222 | | | | Email from Jason Gould to Bruce Zimet RE Document_20131127_001 (Memo) (09.08.2025) | N/A |
| | | | | **Emails** | |
| 223 | | | | From Abbie Divilio to Blair Rosiello RE SOPs to format (04.02.2020) | SCSRELATIVITY_0001331342 |
| 224 | | | | To Melissa Hall from Compliance RE Case no. 17-0539A and B (06.12.2020) | SCSRELATIVITY_0001331123 |
| 225 | | | | From Abbie Divilio to Jenna Mellott RE: Boulevard 9229 T3s (07.09.2020) | SCSRELATIVITY_0001366042 |
| 226 | | | | From Mike Zangari to Adam Brosius/Compliance Re: Boulevard 9229 T3s (07.09.2020) | SCSRELATIVITY_0001339210 |
| 227 | | | | From Abbie Divilio to Quality Complaints RE: Gilead (PR-196084) (08.18.2020) | SCSRELATIVITY_0001341160 |
| 228 | | | | From Abbie Divilio to Quality ComplaintsRE: Gilead (PR-196084) (08.18.2020) | SCSRELATIVITY_0001341137 |

UNITED STATES OF AMERICA v. PATRICK BOYD and CHARLES BOYD
CASE NO. 24-CR-20255-DIMITROULEAS
DEFENDANT, CHARLIE BOYD'S, AMENDED EXHIBIT LIST

| Exhibit # | Date Identified | Date Admitted | Objections and/or Stipulations | DESCRIPTION OF EXHIBIT | Beginning Bates # |
|---|---|---|---|---|---|
| 229 | | | | From Clifford Won to Abbie Divilio RE: Gilead (PR-196084) (08.19.2020) | SCSRELATIVITY_0001341120 |
| 230 | | | | From Ryan Rusconi to Abbie Divilio RE: Lot number verification (08.09.2020) | SCSRELATIVITY_0001341330 |
| 231 | | | | From Charles Boyd to Quality Complaints RE: Gilead (PR-196084) (08.20.2020) | SCSRELATIVITY_0001341272 |
| 232 | | | | From Charles Boys to Quality Complaints RE: Gilead (PR-196084) (08.21.2020) | SCSRELATIVITY_0001341278 |
| 233 | | | | From Clifford Won to Charles Boyd RE: Gilead (PR-196084) (09.14.2020) | SCSRELATIVITY_0001341264 |
| 234 | | | | From Dakota Flowers to Quality Complaints RE: Gilead (PR-196084) (10.05.2020) | SCSRELATIVITY_0001341106 |
| 235 | | | | From Abbie Divilio to Quality Compliants RE: Gilead (PR-196084) (09.14.2020) | SCSRELATIVITY_0001341006 |
| 236 | | | | From Clifford Won to Compliance RE Gilead Sciences BIKTARVY Inquiry (PR-200633) (10.05.2020) | SCSRELATIVITY_0001341081 |
| 237 | | | | From Dakota Flowers to Quality Complaints RE: Gilead Sciences BIKTARVY Inquiry (PR-200633) (10.06.2020) | SCSRELATIVITY_0001341025 |
| 238 | | | | From Clifford Won to Compliance RE: Gilead Sciences BIKTARVY Inquiry (PR-200633) (10.06.2020) | SCSRELATIVITY_0001432475 |
| 239 | | | | From Clifford Won to Compliance RE: Gilead Sciences BIKTARVY Inquiry (PR-200633) (10.07.2020) | SCSRELATIVITY_0001427184 |
| 240 | | | | From Abbie Divilio to Quality Complaints RE: Gilead Sciences BIKTARVY Inquiry (PR-200633) (10.07.2020) | SCSRELATIVITY_0001341237 |

UNITED STATES OF AMERICA v. PATRICK BOYD and CHARLES BOYD
CASE NO. 24-CR-20255-DIMITROULEAS
DEFENDANT, CHARLIE BOYD'S, AMENDED EXHIBIT LIST

| Exhibit # | Date Identified | Date Admitted | Objections and/or Stipulations | DESCRIPTION OF EXHIBIT | Beginning Bates # |
|---|---|---|---|---|---|
| 241 | | | | From Lori Mayall, Esq. to Compliance RE: Gilead Sciences BIKTARVY Inquiry (PR-200633) (10.09.2020) | SCSRELATIVITY _0001333932 |
| 242 | | | | From Charles Boyd to Compliance RE: Sale of Counterfeit BIKTARVY  Lot # CCXKVA [GILEAD-LDMS.FID511078] (11.24.2020) | SCSRELATIVITY _0001336085 |
| 243 | | | | From Abbie Divilio to 9229Sales RE New T3 System (12.16.2020) | SCSRELATIVITY _0001402807 |
| 244 | | | | From Abbie Divilio to Charles Boyd FW: Transportation of RX products (03.01.2021) | SCSRELATIVITY _0001420155 |
| 245 | | | | From Abbie to Marty Garbarino RE: Compliance Questions (03.18.2021) | SCSRELATIVITY _0001427847 |
| 246 | | | | From Patrick Boyd to Compliance RE CM return (04.22.2021) | SCSRELATIVITY _0001405550 |
| 247 | | | | From Charles Boyd to Abbie Divilio RE: Safechain offer sheet (04.26.2021) | SCSRELATIVITY _0001341110 |
| 248 | | | | Email from Pete Colosi to Compliance RE: Sale of Counterfeit Biktarvy Lot #CCXKVA (11.23.2020) | SCSRELATIVITY _0001335709 |
| 249 | | | | Email from Martha Rumore to Charles Boyd RE:  Gilead Final Letter (12.07.2020) | DOJ-PPM- 0000115537 |
| 250 | | | | Email from Martha Rumore to AD/CB Re Safe Chain Response Letter of Nov 23 (12.08.2020) | DOJ-PPM- 0000116219 |
| 251 | | | | Frier Levitt Billing Invoice (11.12.2020) | FL0001941 |
| 252 | | | | Email from Martha Rumore to CB/AD RE: Colosi (02.19.2021) | DOJ-PPM- 0000115643 |

UNITED STATES OF AMERICA v. PATRICK BOYD and CHARLES BOYD
CASE NO. 24-CR-20255-DIMITROULEAS
DEFENDANT, CHARLIE BOYD'S, AMENDED EXHIBIT LIST

| Exhibit # | Date Identified | Date Admitted | Objections and/or Stipulations | DESCRIPTION OF EXHIBIT | Beginning Bates # |
|---|---|---|---|---|---|
| 253 | | | | Email from Anthony Berger to Jesse Dresser RE: Letter (04.20.2021) | DOJ-PPM-0000118487 |
| 254 | | | | Email from Martha Rumore to Jesse Dresser, CB/AD RE: Safe Chain Representation (04.20.2021) | DOJ-PPM-0000116042 |
| 255 | | | | Gilead Unanswered Emails RE: Exhibit 253 | FL00003184 |
| 256 | | | | Email from Marth Rumore to CB/AB RE: Call with Gilead (04.20.2021) | DOJ-PPM-0000116496 |
| 257 | | | | Email from Martha Rumore to CB/AD/PB RE: FDA (04.21.2021) | DOJ-PPM-0000116217 |
| 258 | | | | Email from Jesse Dresser to CB/MR RE: Monitoring Lawsuit (05.04.2021) | DOJ-PPM-0000117018 |
| 259 | | 10/23 | | Email from Martha Rumore to CB/JD/PT RE: AJC Case (05.04.2021) | DOJ-PPM-0000118579 |
| 260 | | | | Email from Anthony Berger to JD/MR and Others RE: Lawsuit (05.04.2021) | DOJ-PPM-0000118628 |
| 261 | | | | Email from Adam Brosius to JD.MR and Others RE: Lawsuit (05.04.2021) | DOJ-PPM-0000118606 |
| 262 | | | | Email from Marth Rumore to Charlie Boyd RE: Tardiness (05.26.2021) | DOJ-PPM-0000118885 |
| 263 | | | | Email from Marth Rumore to Charlie Boyd RE: Tardiness (2) (05.26.2021) | DOJ-PPM-0000118889 |
| 264 | | | | Email from Jesse Dresser to CB/MR/PB/TB RE: Gilead Subpoena (05.04.2021) | FL00009864 |

UNITED STATES OF AMERICA v. PATRICK BOYD and CHARLES BOYD
CASE NO. 24-CR-20255-DIMITROULEAS
DEFENDANT, CHARLIE BOYD'S, AMENDED EXHIBIT LIST

| Exhibit # | Date Identified | Date Admitted | Objections and/or Stipulations | DESCRIPTION OF EXHIBIT | Beginning Bates # |
|---|---|---|---|---|---|
| 265 | | | | Email from AB to CB/JH/MR RE: Gilead Subpoena (05.04.2021) | FL00009862 |
| 266 | | | | Email from Jesse Dresser to AB/CB/PB/MR RE: SafeChain Draft Email to Gilead | FL00009702 |
| 267 | | | | Email from Jesse Dresser to Levitt and Mizeski RE: Gilead Subpoena (05.04.2021) | FL00013629 |
| 268 | | | | Email from Martha to Jesse Dresser, AB,PB,CB RE: AJC Case | FL00006339 |
| 269 | | | | Article Link RE: FL00003669 | N/A |
| 270 | | | | Email from Jesse Dresser to MR/AB RE: Customer Search (05.04.2021) | FL0006333 |
| 271 | | | | Email from Martha Rumore to Frier Team RE: Subpoena to Safe Chain Solutions (05.05.2021) | FL00022247 |
| 272 | | | | Email from MR to Frier Team RE: Subpoena to Safe Chain Solutions (05.05.2021) REDACTED | FL00017863 |
| 273 | | | | Email from Abbie Divilio to Martha Rumore and Jesse Dresser RE: Gilead Subpoena Service (05.05.2021) | FL00003304 |
| 274 | | | | Email from Jesse Dresser to CB/AB/AB RE: Draft Email to Gilead (05.05.2021) | FL00009638 |
| 275 | | | | Email from Martha Rumore to Charles Boyd and Abbe Divilio RE: Biktarvy Issue, White Cross (01.04.2021) | DOJ-PPM-0000116912 |
| 276 | | | | Email from Martha Rumore to Abbie Divilio and Charles Boyd RE: Biktarvy issue with a customer (02.04.2021) | DOJ-PPM-0000118470 |

UNITED STATES OF AMERICA v. PATRICK BOYD and CHARLES BOYD
CASE NO. 24-CR-20255-DIMITROULEAS
DEFENDANT, CHARLIE BOYD'S, AMENDED EXHIBIT LIST

| Exhibit # | Date Identified | Date Admitted | Objections and/or Stipulations | DESCRIPTION OF EXHIBIT | Beginning Bates # |
|---|---|---|---|---|---|
| 277 | | | | Email from Marth Rumore to Abbie Divilio and Charles Boyd RE: Biktarvy issue with a customer (02.05.2021) | DOJ-PPM-0000118379 |
| 278 | | | | Email from Martha Rumore to Charles Boyd RE: Biktarvy issue with a customer (02.05.2021) | DOJ-PPM-0000118486 |
| 279 | | | | Email from Martha to CB/AD/AB/JD FW: Gilead Sciences (03.23.2021) | DOJ-PPM-0000116615 |
| 280 | | | | Email from Martha Rumore to JD, AD, AB, CB RE: Gentek information (03.24.2021) | DOJ-PPM-0000115885 |
| 281 | | | | Email from Jesse Dresser to PB,AD,AB,TB,CB Re: FDA form 3911 for review (03.25.2021) | DOJ-PPM-0000118773 |
| 282 | | | | Email from Martha Rumore to Jesse Dresser and Safe Chain RE: Meeting Follow Up (04.07.2021) | DOJ-PPM-0000116605 |
| 283 | | | | Email from Martha Rumore to Jesse Dresser and Safe Chain RE: Meeting Follow Up (04.07.2021) | DOJ-PPM-0000116612 |
| 284 | | | | Email from CB/PB to Martha Rumore, Abbie Divilio and Jesse Dresser RE: Rapids Tex invoices (04.12.2021) | DOJ-PPM-0000116913 |
| 285 | | | | Email from Martha Rumore to Jesse Dresser RE: Rapids Tex invoices (04.13.2021) | DOJ-PPM-0000115710 |
| 286 | | | | Email Tony Berger to Martha Rumore and Abbie Divilio Follow-Up (04.16.2021) | DOJ-PPM-0000121422 |
| 287 | | | | Email from Martha Rumore to Jesse Dresser and Charles Boyd RE: Gilead Next Steps: Attorney Client Privileged & Confidential (04.22.2021) | DOJ-PPM-0000117239 |
| 288 | | | | Email from Martha Rumore to Charles Boyd and Abbie Divilio RE: Email from Gilead (01.04.2021) | DOJ-PPM-0000116604 |

UNITED STATES OF AMERICA v. PATRICK BOYD and CHARLES BOYD
CASE NO. 24-CR-20255-DIMITROULEAS
DEFENDANT, CHARLIE BOYD'S, AMENDED EXHIBIT LIST

| Exhibit # | Date Identified | Date Admitted | Objections and/or Stipulations | DESCRIPTION OF EXHIBIT | Beginning Bates # |
|---|---|---|---|---|---|
| 289 | 10/23 | | | Email from Abbie Divilio to Dakota Flowers RE: Gilead responses (03.21.2021) | DOJ-PPM-0000115444 |
| 290 | | | | Email from Abbie Divilio to Jesse Dresser and Martha Rumore FW: COMPLIANCE REQUEST: Order 7782 (04.12.2021) | DOJ-PPM-0000116207 |
| 291 | | | | Email from Martha Rumore to Jesse Dresser RE: Rapids Tex invoices (04.13.2021) | DOJ-PPM-0000116028 |
| 292 | | | | Email from Martha Rumore to Jesse Dresser RE: Rapids Tex invoices (04.14.2021) | DOJ-PPM-0000115482 |
| 293 | | | | Email from Charles Boyd to Abbie Divilio, Jesse Dresser and Marth Rumore Re: Rapids Tex invoices (04.14.2021) | DOJ-PPM-0000120223 |
| 294 | | | | Email from Tony Berger to Charles Boyd RE: Rapids Tex invoices (04.14.2021) | DOJ-PPM-0000119971 |
| 295 | | | | Email from Jesse Dresser to Safe Chain and Frier Team RE: Follow-Up (04.19.2021) | DOJ-PPM-0000118612 |
| 296 | | | | Email from Charles Boyd to Safe Chain and Frier Team FW: Invoice and T3 discrepancies to correct (04.19.2021) | DOJ-PPM-0000119870 |
| 297 | | | | Email from Charles Boyd to Martha Rumore RE: Gilead Correspondence (04.20.2021) | DOJ-PPM-0000119684 |
| 298 | | | | Email from Anthony Berger to Frier Team and Safe Chain RE: Gilead Correspondence (04.20.2021) | DOJ-PPM-0000118607 |
| 299 | | | | Email from Pat Boyd to Frier Team and Safe Chain RE: Call With Gilead (04.20.2021) | DOJ-PPM-0000117056 |
| 300 | | | | Email from Anthony Berger to Safe Chain and Frier Team RE: Gilead / Safe Chain (04.21.2021) | DOJ-PPM-0000116647 |

UNITED STATES OF AMERICA v. PATRICK BOYD and CHARLES BOYD
CASE NO. 24-CR-20255-DIMITROULEAS
DEFENDANT, CHARLIE BOYD'S, AMENDED EXHIBIT LIST

| Exhibit # | Date Identified | Date Admitted | Objections and/or Stipulations | DESCRIPTION OF EXHIBIT | Beginning Bates # |
|---|---|---|---|---|---|
| 301 | | 10\23 | | Email from Abbie Divilio to Martha Rumore RE: vendor intake form (04.07.2021) | DOJ-PPM-0000118716 |
| 302 | | | | Email from Charles Boyd to Frier Team and Safe Chain RE: SafeChain - Mr. Unlimited Inventory (04.07.2021) | DOJ-PPM-0000119945 |
| 303 | | | | Email from Abbie Divilio to Safe Chain and Frier Team RE: Meeting Follow Up (04.08.2021) | DOJ-PPM-0000116657 |
| 304 | | | | Email from Abbie Divilio to Safe Chain and Frier Team RE; SYNERGY: COMPLIANCE REQUEST: Order 7782 (04.09.2021) | DOJ-PPM-0000116005 |
| 305 | | | | Email from Pat Boyd to Frier Team and Safe Chain FW: Invoice and T3 discrepancies to correct (07.26.2021) | DOJ-PPM-0000118963 |
| 306 | | 10\23 | | Email from Abbie Divilio RE: NEW VENDOR - BOULEVARD 9229 (04.22.2020) | SCSRELATIVITY_0001339306 |
| 307 | | 10\23 | | Email from Dakota Flowers RE: NEW VENDOR - GENTEK (06.12.2020) | SCSRELATIVITY_0001329905 |
| 308 | | 10\23 | | Email from Abbie Divilio RE: New Wholesale Vendor (Synergy Group Wholesaler) (03.02.2021) | SCSRELATIVITY_0001349354 |
| 309 | | | | Email from Abbie Divilio to Garrett Mellott RE: packing list and T3's for inv 7764 (03.12.2021) | SCSRELATIVITY_0001402562 |
| 310 | | 10\23 | | Email from Abbie Divilio FW: Safechain Vendor Application Omom (06.18.2021) | SCSRELATIVITY_0001333661 |
| 311 | | 10\23 | | Email from Martha Rumore to Blvd9229 RE: Demand Letter (04.30.2021) | FL00020875 |
| 312 | | 10\23 | | Email from Jesse Dresser to Synergy RE: Demand Letter (08.11.2021) | FL00024695 |

UNITED STATES OF AMERICA v. PATRICK BOYD and CHARLES BOYD
CASE NO. 24-CR-20255-DIMITROULEAS
DEFENDANT, CHARLIE BOYD'S, AMENDED EXHIBIT LIST

| Exhibit # | Date Identified | Date Admitted | Objections and/or Stipulations | DESCRIPTION OF EXHIBIT | Beginning Bates # |
|---|---|---|---|---|---|
| 313 | | 10/23 | | Email from Martha Rumore to Safe Chain Team RE: Rapid Demand Letter (06.17.2021) | FL00007966 |
| 314 | | 10/23 | | Email from Martha Rumore to Darry McNabb RE: Demand Letter to Rapids (06.21.2021) | FL00014345 |
| 315 | | 10/23 | | Email from Jesse Dresser to OmomRX RE: Deman Letter (08.11.2021) | FL00024708 |
| | | | | **Additional Documents** | |
| 316 | | | | Sekar and Peter Khaim Messages (Exhibit 46 - Khaim Deposition) | N/A |
| 317 | | | | Sekar and Peter Khaim Messages (Exhibit 47 - Khaim Deposition) | N/A |
| 318 | | | | Declaration of Nathan Pinkhasov (Exhibit 81 - Khaim Deposition) | N/A |
| 319 | | | | Khaim.Khaimov DOJ Proffer Letter (08.27.2025) | SCS-0000153903 |
| 320 | | | | Khaim.Khaimov DOJ Letter (10.07.2025) | N/A |
| | | | | **Teams Messages** | |
| 321 | | | | Abbie Divilio and Jesse Hammett (12.23.2021) | SCSRELATIVITY _0000798191 |

UNITED STATES OF AMERICA v. PATRICK BOYD and CHARLES BOYD
CASE NO. 24-CR-20255-DIMITROULEAS
DEFENDANT, CHARLIE BOYD'S, AMENDED EXHIBIT LIST

| Exhibit # | Date Identified | Date Admitted | Objections and/or Stipulations | DESCRIPTION OF EXHIBIT | Beginning Bates # |
|---|---|---|---|---|---|
| 322 | | | | Abbie Divilio and Charles Boyd (06.02.2020) | SCSRELATIVITY 0000497627 |