# USA v. Charles Boyd, Patrick Boyd

## 24-cr-20255 WPD

## Jury Notes

---

Can we have a ~~list of evidence~~ a list Government evidence #'s

for Count 2. and Count 3.?

↑ Jan. 21, 2021          ↑ Feb. 23, 2021

Here are both exhibit lists. It would be inappropriate to indicate which exhibits do or do not apply to a particular count.

*[Judge's signature]*

10/28/25
10/28/2025
Date

# USA v. Charles Boyd, Patrick Boyd

## 24-cr-20255 WPD

## Jury Notes

---

We have reached our decisions.

10/29/2025
Date
