Your honor.

I Just Received a email from my contractor Nonchalant label. LLC.

tha do to my inability to do my work this month I will not Be Pay For the whole momt. So Im Ready to Have a mental Breack. Im losing a lot of money and this is Creating a lot of stress to my mental Heuth.

Ples Help

From:

Since the schedule is changing, please let me know if by any chance Friday October 10th we will be off. I have a cruise leaving Thursday 9 and do not want to cancel if I do not need to do it.

Thanks,

0/23/25

I am not sure if we will continue until november but just to let you know in advance, I have another tournament starting on Nov 06 To Nov 09, 2025 and hotel, rented van, and Fees are already paid

Traveling with six players on Thursday Nov 06, 2025. at 3:00 pm. So, I cannot be here on thursday after 1:00 pm and neither on Friday Nov 07, 2025. all day.

Thanks

Your Honor.

Can I Be excuse From the week of October 13 to 17 Fiting and rehearsal. October 20 to 26 Becaus tha is the week of miami fhasino week and the week of November 6 Iam going to Colombia for a full month for a Sirguee

To: The Honorable Judge Presiding Over Jury Service

United States

Your Honor,

I respectfully request to be excused from jury duty due to significant professional and financial hardship. I am an independent contractor, and my livelihood depends entirely on my ability to fulfill my contractual obligations in a timely and consistent manner. Over the past two weeks, my service has already interfered with my work to the point that I am at risk of losing one of my main contracts because I have not been able to respond or work at the level required of me.

Additionally, the upcoming weeks of October present an unavoidable conflict. I have been formally invited to participate in Miami Fashion Week, where I am scheduled to speak, attend events, and present a runway show. My presence is required from October 10th to 17th for model castings, fittings, hair and makeup preparation, and other production-related responsibilities. The week of October 21st to 26th is the actual Fashion Week event, during which I must be present daily for my speaking engagements and runway presentation. Missing these obligations would severely damage my professional reputation and cause substantial financial harm to my business.

Furthermore, I have long-standing, non-refundable travel and medical plans. I am scheduled to travel to Colombia on November 6th for surgery and will not return until the end of December. Because of this, I would be unavailable for jury duty during that time as well.

I deeply respect the importance of jury service. However, fulfilling this obligation at this time would cause serious financial loss, jeopardize my contracts, affect my professional standing, and conflict with medical commitments that have already been scheduled.

I kindly ask the Court to consider excusing me from jury duty based on these hardships. Thank you for your time and understanding. I remain grateful for the opportunity to respectfully present my situation.

**The Honorable William P. Dimitrouleas**
United States District Court
Southern District of Florida

**Re: Jury Service Scheduling Request**

Dear Judge Dimitrouleas,

I am grateful for the opportunity to serve on jury duty and take this civic responsibility very seriously. I understand that my service has been extended for an additional two weeks, and I am writing to respectfully request a small scheduling accommodation due to prior commitments.

During the jury selection process, I noted that one of my hobbies is singing in choirs. One of the extended weeks overlaps with the concert schedule of Master Chorale of South Florida, an organization that I have sung with as a baritone for the last 17 years. This concert week runs from October 20th to October 26th, 2025, with rehearsals involving the orchestra on Monday, Tuesday, Wednesday, and Friday evenings at 6:30 p.m., and performances on Friday and Sunday. We will be presenting Mozart's *Coronation Mass* and Handel's *Coronation Anthems*.

Additionally, and I also mentioned this, I am the sole caregiver of a senior dog with special needs who requires care and attention every day. Since jury duty often concludes at 5:00 p.m., this does not allow me enough time to go home, tend to my dog, and then prepare and travel for my choir commitments.

For this reason, I respectfully request that the sessions on Monday, October 20th, and Tuesday, October 21st, conclude at 3:00 p.m. To minimize disruption, I am willing to forgo attending Wednesday's rehearsal.

I remain fully committed to fulfilling my role as a juror and making myself available for all other scheduled times. This request is simply to allow me to honor both a deeply meaningful community commitment and my responsibilities at home.

Thank you very much for your understanding and consideration.

Respectfully,

09/29/2025

Dear Judge Dimitrouleas

I respectfully write to you for the second time to request to be excused from continuing in the case in which I am serving as a juror.

Since the beginning of this process, I have experienced a relapse in my health, with intense anxiety, nausea and vomiting, recurring fears, difficulty concentrating, and emotional instability. During the trial, my mind is not focused on the case, and I am struggling greatly to fulfill my duties, which prevents me from performing my responsibilities fairly and appropriately.

I have done my best to participate and to go as far as I possibly could in this trial, but at this point I must prioritize my health and stop any activity that is triggering or worsening my anxiety.

In addition, the high stress and consecutive nights of insomnia have caused me to lose 12 pounds, further weakening my physical condition and exacerbating my symptoms.

Additionally, I currently do not have health insurance due to a recent layoff. The medication I need is very expensive without coverage, so I am relying on supplements for support, which also represents a significant financial burden at this time. This situation worsens my symptoms and further limits my ability to concentrate and perform effectively.

Due to this anxiety and depression, I have been unable to focus on applying for unemployment benefits, preparing to search for a new job, or updating my resume, which is severely affecting my financial and personal stability.

For all these reasons, I respectfully request once again to be excused from this duty for medical and personal reasons. I am willing to provide documentation of my condition if required.

I sincerely appreciate your understanding and consideration.

Sincerely,

September 18, 2025

Your Honor,

I respectfully request to be excused from jury duty due to my current health circumstances.

I was laid off from my job on August 28th, and as the primary provider for my household, this has created a great deal of stress and financial strain. Since March of this year I have been working to gradually wean off Lexapro, a medication that helps maintain my brain's chemical balance. Unfortunately, the stress of both the layoff and the jury process has triggered a significant return of symptoms, including tremors, intense headaches, vomiting, increasing anxiety, and difficulty resting my mind.

My major concern is that without health insurance, I cannot afford to restart my treatment. The cost of Lexapro is aproximately $350 monthly which is currently not possible for me. While I do my best to manage my health naturally through yoga, meditation, and other practices the resurgence of symptoms shows that I am not in a stable condition to serve as a juror at this time.

For these reasons, I respectfully ask to be excused from jury service.

Thank you for your understanding and consideration

Sincerely,

Please do the best you can. I cannot excuse you at this time. let's us know if you're having difficulties AND need a break.

WP Dimitrouleas
9/18/25

Good morning your Honor, 9/18/25
My name is ▮▮▮▮▮▮▮▮▮▮▮ and I am a second grade teacher at Sagemont Preparatory School in Weston, FL. Our school has a close relationship with BSO, as two officers are assigned for morning arrivals and dismissals. The principal of our school has formed a close relationship with one officer in particular.

As indicated, I reported to the principal that I had been selected for jury duty and shared the dates I would be absent from school. While she was naturally curious and wanted more details, the only other information I disclosed was the location of the courthouse.

This morning, I received a text message from the principal informing me that reached out to the officer previously mentioned and asked him to come to the courthouse to check on me. She requested that I provide her with the judge's name and room number. I also received a text message from the officer requesting the same information. I want to be very clear and forthcoming that I am

highly uncomfortable with this situation and respectfully ask for your guidance.

Sincerely,

*[signature]*
9/18/25

9/18/25

- I am traveling with my university team from wednesday october 1st To sunday o5, 2025.
we already have tickets, car rented hotel and tournament fee paid.

- I also have ticket To mexico on Friday october 10 until the 13th I can leave after lunch break, if possible. my flight is at 5:00pm and I have to be at the miami airport before 3:00pm
* I didn't mentioned before because I was not sure about the schedule and I though that week was off starting on Friday. Sorry for that

We will not be in session on Oct 1-3, 2025. We will break after lunch on the 10th.

Hello Cristal

Mi name is [REDACTED]

I need off the days of 1, 2 and 3 Octouber.

I work on Qvc TV Retail

an If i mis this days

It will cost Big Finatial Harm to my Buskness.

Can we do Somthing about it?

We will not be in session those three days.

Sept. 30, 2025

Your Honor,

I have a previously scheduled medical exam on Oct. 22nd at 9:00am ~~and will be back~~ that is expected to end at 11:00am, but could go later. The exam is taking place in West Palm Beach, so given traffic I will need an additional hour.

Thank you for your consideration.

Sincerely,

9/30

Your Honor,

As I mentioned during the jury selection, I have plane tickets to go to Virginia from 10/23 afternoon until 10/27 afternoon.

★ 10/23 my flight leaves @ 8pm, so I'd need to leave for Miami by 4pm.

★ 10/27 I arrive in Miami @ 10am. so I'd arrived 1pm.