UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO. 24 CR 20255 WPD

USA,
   **Plaintiff**

v.

Patrick Boyd
Charles Boyd,
   **Defendant.**

## RELEASE OF EXHIBITS

I, _Bruce Zimet_, as counsel for the plaintiff/defendant, _Patrick Boyd, Charles Boyd_, hereby acknowledge that the hearing/trial has concluded and the exhibit(s) listed below have been returned by the Clerk:

☑ **All non-documentary exhibits. (Contraband and non-documentary physical exhibits.)**

☐ **Audio and/or video exhibits** unavailable for filing at the conclusion of the proceedings. Exhibit Nos. _____

☑ Other: _All documents_

Any original exhibits that have been returned to or retained by the filing party shall be kept for safe keeping until the conclusion of any appeals. Upon order of court, the filing party agrees to return the original exhibits to the Clerk of Court.

Signature of Counsel: _[signature]_   Date: 10/29/2025

Exhibits Released by: _[signature]_
   Deputy Clerk

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA
## CASE NO. 24 CR 20255 WPD

USA          ,
**Plaintiff**

v.

Patrick Boyd
Charles Boyd          ,
**Defendant.**

### RELEASE OF EXHIBITS

I, William Barzee          , as counsel for the plaintiff/defendant, Patrick Boyd, Charles Boyd          , hereby acknowledge that the hearing/trial has concluded and the exhibit(s) listed below have been returned by the Clerk:

☐ **All non-documentary exhibits. (Contraband and non-documentary physical exhibits.)**

☐ **Audio and/or video exhibits** unavailable for filing at the conclusion of the proceedings.
Exhibit Nos. _____

☐ **Other:** _____

Any original exhibits that have been returned to or retained by the filing party shall be kept for safe keeping until the conclusion of any appeals. Upon order of court, the filing party agrees to return the original exhibits to the Clerk of Court.

Signature of Counsel: _____ Date: 10/29/2025

Exhibits Released by: _____
Deputy Clerk