| | |
|---|---|
| **From:** | accounting@safechain.com |
| **Sent:** | Thur 1/21/2021 8:45:51 PM (UTC) |
| **To:** | blackstone@safechain.com |
| **Subject:** | SAFE CHAIN SOLUTIONS, LLC Invoice: 01I41599 |
| **Attachment:** | INV.01I41599067082.PDF |

SAFE CHAIN SOLUTIONS, LLC Invoice: 01I41599
Customer# 14-FL0195 MODERN PHARMACY LLC

SAFE CHAIN SOLUTIONS, LLC
822 CHESAPEAKE DR
CAMBRIDGE, MD 21613

Telephone :   855.437.5727
Fax      :   866-930-1128
Date     :   01/21/21

**GOVERNMENT EXHIBIT**
**13**
1:24-cr-20255-WPD

SCSRELATIVITY_0001424549

GX 013.0001



# Invoice

**Remit To:**
Safe Chain Solutions, LLC
PO Box 479
Souderton, PA 18964

Tel: 855-437-5727
Fax:

**Inv Number**
01I41599
Page: 1

www.safechain.com
accounting@safechain.com

SAFE CHAIN SOLUTIONS, LLC
822 CHESAPEAKE DRIVE
CAMBRIDGE, MD 21613

Tel: 855-437-5727
Fax: 866-930-1128
RS0477617

**Bill-to:** 14-FL0195

MODERN PHARMACY LLC
123 ALTON ROAD
ATTN: ACCTS PAYABLE
MIAMI BEACH   FL 33139

**Ship-to:** PHAR            001

MODERN PHARMACY LLC
123 ALTON ROAD
ATTN: MICHAEL ROSENBAUM
MIAMI BEACH   FL 33139

| | | | |
|---|---|---|---|
| **Invoice Date:** | 01/21/21 | **Salesman:** | Blackstone |
| **Ship Date:** | 01/21/21 | **Ship Via:** | UPS Ground |
| **Our Order No:** | 01S37411002 | **Customer Order #:** | None |
| | | **Terms:** | NET 15 |
| **License** | PH18913 Exp: 02/28/23 | **DEA #** | BM8098849 Exp:01/31/21 LicExp:02/28/23 |
| **Special Instructions:** | CHARGE CC FEE | | |

| Line | Item Number / Description | Ordered | UM | Shipped | UM | B/O Qty | Unit Price | UM | Extension |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 61958-2501-01<br>BIKTARVY 30CT<br>  NDC#: 61958-2501-01<br>  Prod Strength: 50-200-25 MG<br>  Prod Size: 30 EA<br>Lot #: CFBGHA<br>Expiration Date: 02/28/23<br>Lot #: 021346<br>Expiration Date: 02/28/23 | 5 | EA | 5<br><br><br><br>2<br><br>3 | EA | 0 | 3122.25* | EA | 15,611.25 |
| 2 | 49702-0231-13<br>TRIUMEQ<br>  NDC#: 49702-0231-13<br>  Prod Strength: 600-50-300 MG<br>  Prod Size: 30 EA<br>Lot #: 7N9K<br>Expiration Date: 08/31/22 | 2 | EA | 2<br><br><br><br>2 | EA | 0 | 2927.33* | EA | 5,854.66 |

**SUB TOTAL**                                                                 21,465.91

**INVOICE TOTAL**                                                             $21,465.91

Additional License Information
State License for MD - Origin
D03211  Exp 05/31/21
State License for FL - Destination
PH18913  Exp 02/28/23

**PLEASE NOTE OUR NEW REMIT TO ADDRESS**

**Cartons:** 0      **Weight:** 0.0

\* Non-Taxable
\*\* REPRINT( 1) \*\*

SCSRELATIVITY_0001424550

GX 013.0002