SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019618</sup>

## (TI) Transaction Information

**Drug Name, Strength, Dosage Form, Container Size:**
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

**NDC:** 61958-2501-01

**Reference Number:** 01I41599
**Document Type:** Invoice
**Reference Date:** 01/21/21

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 021346 | 3 | |
| CFBGHA | 2 | |
| | | |

## (TH) Transaction History

**Manufacturer's Name:** GILEAD SCIENCES
**Manufacturer's information:**

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>REGO PARK NY 11374<br>Date Purchased & Ref : | Name: BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>REGO PARK NY 11374<br>Date Received & Ref : |
| Name: SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>CAMBRIDGE MD 21613<br>Date Purchased & Ref : 01/21/21   PO#01211610 | Name: SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>CAMBRIDGE MD 21613<br>Date Received & Ref : 01/21/21   RC#016624 |
| Name: MODERN PHARMACY LLC<br>Address: 123 ALTON ROAD<br>MIAMI BEACH FL 33139<br>Date Purchased & Ref : 01/21/21   01S37411002 | Name: MODERN PHARMACY LLC<br>Address: 123 ALTON ROAD<br>MIAMI BEACH FL 33139<br>Date Received & Ref : 01/21/21   01S37411002 |
| Name:<br>Address:<br>Date Purchased & Ref : | Name:<br>Address:<br>Date Received & Ref : |
| Name:<br>Address:<br>Date Purchased & Ref : | Name:<br>Address:<br>Date Received & Ref : |

**(TS) Transaction Statement:** This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

**GOVERNMENT EXHIBIT 15**
1:24-cr-20255-WPD

Page: 1   of 1   pages.

SCSRELATIVITY_0001335903

GX 015.0001