| | |
|---|---|
| **From:** | info@safechain.com |
| **Sent:** | Wed 2/24/2021 3:02:10 AM (UTC) |
| **To:** | BLACKSTONE@SAFECHAIN.COM |
| **Subject:** | Your RemoteNet WEB Order 323907 has shipped |

**GOVERNMENT EXHIBIT**

**17**

1:24-cr-20255-WPD

## *Shipping Confirmation*

| Customer # | Sold To | Ship To |
|---|---|---|
| 14-FL0194 | PHARMAQUICK LLC | PHARMAQUICK LLC |
| | 753 ARTHUR GODFREY RD | 753 ARTHUR GODFREY RD |
| | ATTN: ACCTS PAYABLE | ATTN: ROBERT NOVIGROD R.PH. |
| **Salesrep** | MIAMI BEACH, FL 33140 | MIAMI BEACH, FL 33140 |
| Blackstone | U.S.A. | |

| Web Order# | Order Date | Req. Date | Req. No. | Cust PO | Ordered By | Terms |
|---|---|---|---|---|---|---|
| 323907 | 02/08/21 | 02/08/21 | | 323907 | Internal Salesuser | NET 30/ACH1 |

| Order# | Invoice# | Invoice Date | Ship Date | Ship Method |
|---|---|---|---|---|
| 01S38760002 | I43504 | 02/23/21 | 02/23/21 | UPS Ground |

**Special Instructions:**

| Line No. | Product No. | Product Description | Ord Qty | StK UM | Ship Qty | BkOrd Qty | InPick Qty | Price | Prc UM | Prc Qty | Ext. Price |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 61958-2501-01 | BIKTARVY 30CT | 2 | EA | 2 | 0 | | $3,122.25 | EA | 1 | $6,244.50 |
| **TOTALS** | | | | | | | | | | | |

| | | |
|---|---|---|
| | **Freight:** | $0.00 |
| | **Tax:** | $0.00 |
| | **Total:** | $6,244.50 |

Note: To track your package please click on the tracking number below.

### *Tracking Information for Shipment: 01S38760002*

| Carton # | Tracking # | Carton Weight | Ship Date |
|---|---|---|---|
| 1 | 1Z7156794290460962 | 0.30 lbs. | 02/23/21 |
| **TOTALS** | | | |
| 1 | | 0.30 lbs. | |

Note: To view your Track and Trace Information please login to our website.

### *Track and Trace Lot Information:*

| Track and Trace # | Product No. | Lot No. | Lot Qty | Lot Exp Date | Ship Date |
|---|---|---|---|---|---|

SCSRELATIVITY_0001425611

| 00000020683 | 61958-2501-01 | CDSFGA | 2 | 01/31/23 | 02/23/21 |

Thank you for using RemoteNet.

---

**Copyright © The Systems House, Inc.**
*Problems? Click here to email the Webmaster*

SCSRELATIVITY_0001425611

GX 017.0002