GOVERNMENT
EXHIBIT
30
Johnson
A Family Company
Une Entreprise Familiale
Ziploc®
BRAND / MARQUE
PR-213442
Biktarvy®
30 tablets
GILEAD

