Safe Chain Solutions, LLC
Charles Boyd, CEO
Patrick Boyd, Managing Partner

## Summary of Payments to HIV Drug Suppliers

| HIV Supplier | First Payment | Last Payment | Total Paid | # of Payments |
|---|---|---|---|---|
| Boulevard 9229, LLC | 05/07/20 | 03/30/21 | $ 35,146,095 | 137 |
| Gentek, LLC | 06/18/20 | 01/20/21 | 42,980,672 | 68 |
| Rapid's Tex / Mr. Unlimited, LLC | 03/08/21 | 05/13/21 | 4,278,137 | 8 |
| Synergy Group Wholesalers, LLC | 03/16/21 | 07/07/21 | 7,357,282 | 9 |
| Omom Pharmaceuticals, Inc | 06/17/21 | 07/16/21 | 3,081,756 | 7 |
| | | **Total** | **$ 92,843,941** | **229** |

Sources:
Government Exhibit / Account Name / Account Number / Financial Institution
GX 710 / Safe Chain Solutions, LLC / [redacted] Univest
GX 706 / Boulevard 9229, LLC / [redacted] / JPMorgan Chase
GX 702 / MFK Management, LLC / [redacted] / JPMorgan Chase
GX 711 / Mr. Unlimited, LLC / [redacted] / Wells Fargo

Notes:
Majority of Payments to Boulevard 9229 LLC Received by MFK Management LLC
Mr. Unlimited LLC as Passthrough Entity for Rapid's Tex Whole Sales Corp
Mr. Unlimited LLC Payments Restricted to Related Rapid's Tex Transactions
HIV Drug Suppliers Include HIV Drugs and Other Branded Products

GX 040.0001

Safe Chain Solutions, LLC

## Time Period of Payments to HIV Drug Suppliers

| | 2020 | | | | | | | 2021 | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul |
| | | Boulevard 9229 $35,146,095 (Jun 2020 – Mar 2021) | | | | | | | | | | | | |
| | | Gentek $42,980,672 (Jun 2020 – Feb 2021) | | | | | | | | | | | | |
| | | | | | | | | | Rapid's Tex $4,278,137 (Feb – Mar 2021) | | | | | |
| | | | | | | | | | | Synergy Group Wholesalers $7,357,282 (Mar – Jun 2021) | | | | |
| | | | | | | | | | | | | | Omom $3,081,756 (Jun 2021) | |



Sources:
Government Exhibit / Account Name / Account Number / Financial Institution
GX 710 / Safe Chain Solutions, LLC / ▮▮▮▮▮ / Univest
GX 706 / Boulevard 9229, LLC / ▮▮▮▮▮ / JPMorgan Chase
GX 702 / MFK Management, LLC / ▮▮▮▮▮ / JPMorgan Chase
GX 711 / Mr. Unlimited, LLC / ▮▮▮▮▮ / Wells Fargo

Notes:
Majority of Payments to Boulevard 9229 LLC Received by MFK Management LLC
Mr. Unlimited LLC as Passthrough Entity for Rapid's Tex Whole Sales Corp
Mr. Unlimited LLC Payments Restricted to Related Rapid's Tex Transactions
HIV Drug Suppliers Include HIV Drugs and Other Branded Products

GX 040.0002



GX 040.0003

Safe Chain Solutions, LLC
Charles Boyd, CEO
Patrick Boyd, Managing Partner

## Summary of Payments to Boulevard 9229, LLC

| Payments to Boulevard 9229 | First Payment | Last Payment | Total Paid | # of Payments |
|---|---|---|---|---|
| On or Before 10/12/2020 | 05/07/20 | 10/12/20 | $ 11,277,795 | 68 |
| After 10/12/2020 | 10/13/20 | 03/30/21 | 23,868,300 | 69 |
| | | **Total** | **$ 35,146,095** | **137** |

Sources:
Government Exhibit / Account Name / Account Number / Financial Institution
GX 710 / Safe Chain Solutions, LLC / ▓▓▓▓▓▓▓ / Univest
GX 706 / Boulevard 9229, LLC / ▓▓▓▓▓▓▓ / JPMorgan Chase
GX 702 / MFK Management, LLC / ▓▓▓▓▓▓▓ / JPMorgan Chase

Notes:
Majority of Payments to Boulevard 9229 Received by MFK Management
Includes Worldwide Pharma Sales Group payments to Boulevard on behalf of Safe Chain Solutions

Safe Chain Solutions, LLC
Charles Boyd, CEO
Patrick Boyd, Managing Partner

# Payment Detail to Boulevard 9229, LLC

| No. | Payment Date | Description [1] | Amount Paid |
|---|---|---|---:|
| 1 | 05/07/20 | ACH to Boulevard 9229 LLC (JPMChase [2] | $ 17,600.00 |
| 2 | 05/13/20 | ACH to Boulevard 9229 LLC (JPMChase [2] | 16,700.00 |
| 3 | 05/14/20 | ACH to Boulevard 9229 LLC (JPMChase [2] | 14,400.00 |
| 4 | 05/18/20 | ACH to Boulevard 9229 LLC (JPMChase [2] | 2,900.00 |
| 5 | 05/21/20 | Pmt Worldwide Pharma Sales Group to MFK Management LLC (JPMChase [3] | 60,600.00 |
| 6 | 05/22/20 | Pmt Worldwide Pharma Sales Group to MFK Management LLC (JPMChase [3] | 100,000.00 |
| 7 | 05/22/20 | ACH to Boulevard 9229 LLC (JPMChase [2] | 23,600.00 |
| 8 | 05/26/20 | Wire To MFK Management LLC (JPMChase | 80,600.00 |
| 9 | 05/27/20 | Wire To MFK Management LLC (JPMChase | 23,000.00 |
| 10 | 05/28/20 | Wire To MFK Management LLC (JPMChase | 100,000.00 |
| 11 | 05/29/20 | Wire To MFK Management LLC (JPMChase | 171,000.00 |
| 12 | 06/02/20 | Wire To MFK Management LLC (JPMChase | 75,200.00 |
| 13 | 06/03/20 | Wire To MFK Management LLC (JPMChase | 152,400.00 |
| 14 | 06/05/20 | Wire To MFK Management LLC (JPMChase | 150,000.00 |
| 15 | 06/08/20 | Wire To MFK Management LLC (JPMChase | 195,950.00 |
| 16 | 06/09/20 | Wire To MFK Management LLC (JPMChase | 74,300.00 |
| 17 | 06/10/20 | Wire To MFK Management LLC (JPMChase | 115,400.00 |
| 18 | 06/11/20 | Wire To MFK Management LLC (JPMChase | 100,000.00 |
| 19 | 06/12/20 | Wire To MFK Management LLC (JPMChase | 68,100.00 |
| 20 | 06/15/20 | Wire To MFK Management LLC (JPMChase | 34,600.00 |
| 21 | 06/16/20 | Wire To MFK Management LLC (JPMChase | 100,000.00 |
| 22 | 06/17/20 | Wire To MFK Management LLC (JPMChase | 40,000.00 |
| 23 | 06/18/20 | Pmt Worldwide Pharma Sales Group to MFK Management LLC (JPMChase [3] | 200,000.00 |
| 24 | 06/19/20 | Wire To MFK Management LLC (JPMChase | 111,200.00 |
| 25 | 06/23/20 | Wire To MFK Management LLC (JPMChase | 100,000.00 |
| 26 | 06/24/20 | Wire To MFK Management LLC (JPMChase | 100,000.00 |
| 27 | 06/25/20 | Wire To MFK Management LLC (JPMChase | 87,400.00 |
| 28 | 06/26/20 | Wire To MFK Management LLC (JPMChase | 161,100.00 |
| 29 | 06/30/20 | Wire To MFK Management LLC (JPMChase | 190,350.00 |
| 30 | 07/01/20 | Wire To MFK Management LLC (JPMChase | 100,000.00 |
| 31 | 07/06/20 | Wire To MFK Management LLC (JPMChase | 137,900.00 |
| 32 | 07/07/20 | Wire To MFK Management LLC (JPMChase | 150,000.00 |
| 33 | 07/08/20 | Wire To MFK Management LLC (JPMChase | 150,000.00 |
| 34 | 07/13/20 | Wire To MFK Management LLC (JPMChase | 90,200.00 |
| 35 | 07/15/20 | Wire To MFK Management LLC (JPMChase | 153,550.00 |
| 36 | 07/17/20 | Wire To MFK Management LLC (JPMChase | 50,000.00 |
| 37 | 07/17/20 | Wire To MFK Management LLC (JPMChase | 150,000.00 |
| 38 | 07/22/20 | Wire To MFK Management LLC (JPMChase | 263,350.00 |
| 39 | 07/24/20 | Wire To MFK Management LLC (JPMChase | 312,300.00 |
| 40 | 07/28/20 | Wire To MFK Management LLC (JPMChase | 100,000.00 |
| 41 | 07/30/20 | Wire To MFK Management LLC (JPMChase | 200,000.00 |
| 42 | 07/31/20 | Wire To MFK Management LLC (JPMChase | 150,000.00 |
| 43 | 08/03/20 | Wire To MFK Management LLC (JPMChase | 150,000.00 |
| 44 | 08/04/20 | Wire To MFK Management LLC (JPMChase | 200,000.00 |

| No. | Payment Date | Description [1] | Amount Paid |
|---|---|---|---|
| 45 | 08/11/20 | Wire To MFK Management LLC (JPMChase | 400,000.00 |
| 46 | 08/13/20 | Wire To MFK Management LLC (JPMChase | 200,000.00 |
| 47 | 08/14/20 | Wire To MFK Management LLC (JPMChase | 150,000.00 |
| 48 | 08/20/20 | Wire To MFK Management LLC (JPMChase | 200,000.00 |
| 49 | 08/21/20 | Wire To MFK Management LLC (JPMChase | 150,000.00 |
| 50 | 08/27/20 | Wire To MFK Management LLC (JPMChase | 500,000.00 |
| 51 | 08/31/20 | Wire To MFK Management LLC (JPMChase | 100,000.00 |
| 52 | 09/01/20 | Wire To MFK Management LLC (JPMChase | 100,000.00 |
| 53 | 09/02/20 | Wire To MFK Management LLC (JPMChase | 200,000.00 |
| 54 | 09/03/20 | Wire To MFK Management LLC (JPMChase | 103,550.00 |
| 55 | 09/04/20 | Wire To MFK Management LLC (JPMChase | 200,000.00 |
| 56 | 09/08/20 | Wire To MFK Management LLC (JPMChase | 500,000.00 |
| 57 | 09/11/20 | Wire To MFK Management LLC (JPMChase | 200,000.00 |
| 58 | 09/14/20 | Wire To MFK Management LLC (JPMChase | 150,000.00 |
| 59 | 09/15/20 | Wire To MFK Management LLC (JPMChase | 600,000.00 |
| 60 | 09/17/20 | Wire To MFK Management LLC (JPMChase | 200,000.00 |
| 61 | 09/18/20 | Wire To MFK Management LLC (JPMChase | 300,000.00 |
| 62 | 09/21/20 | Wire To MFK Management LLC (JPMChase | 300,000.00 |
| 63 | 09/22/20 | Wire To MFK Management LLC (JPMChase | 200,000.00 |
| 64 | 09/23/20 | Wire To MFK Management LLC (JPMChase | 250,000.00 |
| 65 | 09/25/20 | Wire To MFK Management LLC (JPMChase | 400,000.00 |
| 66 | 09/29/20 | Wire To MFK Management LLC (JPMChase | 207,744.60 |
| 67 | 10/01/20 | Wire To MFK Management LLC (JPMChase | 300,000.00 |
| 68 | 10/06/20 | Wire To MFK Management LLC (JPMChase | 342,800.00 |
| 69 | 10/13/20 | Wire To MFK Management LLC (JPMChase | 196,350.00 |
| 70 | 10/14/20 | Wire To MFK Management LLC (JPMChase | 300,000.00 |
| 71 | 10/20/20 | Wire To MFK Management LLC (JPMChase | 189,050.00 |
| 72 | 10/21/20 | Wire To MFK Management LLC (JPMChase | 200,000.00 |
| 73 | 10/23/20 | Wire To MFK Management LLC (JPMChase | 200,000.00 |
| 74 | 10/27/20 | Wire To MFK Management LLC (JPMChase | 208,700.00 |
| 75 | 10/28/20 | Wire To MFK Management LLC (JPMChase | 161,500.00 |
| 76 | 10/29/20 | Wire To MFK Management LLC (JPMChase | 194,400.00 |
| 77 | 10/30/20 | Wire To MFK Management LLC (JPMChase | 242,400.00 |
| 78 | 11/02/20 | Wire To MFK Management LLC (JPMChase | 148,000.00 |
| 79 | 11/03/20 | Wire To MFK Management LLC (JPMChase | 571,232.00 |
| 80 | 11/05/20 | Wire To MFK Management LLC (JPMChase | 300,000.00 |
| 81 | 11/06/20 | Wire To MFK Management LLC (JPMChase | 199,880.00 |
| 82 | 11/10/20 | Wire To MFK Management LLC (JPMChase | 364,200.00 |
| 83 | 11/12/20 | Wire To MFK Management LLC (JPMChase | 200,000.00 |
| 84 | 11/13/20 | Wire To MFK Management LLC (JPMChase | 200,000.00 |
| 85 | 11/17/20 | Wire To MFK Management LLC (JPMChase | 620,800.00 |
| 86 | 11/20/20 | Wire To MFK Management LLC (JPMChase | 400,000.00 |
| 87 | 11/24/20 | Wire To MFK Management LLC (JPMChase | 282,717.00 |
| 88 | 11/25/20 | Wire To MFK Management LLC (JPMChase | 400,000.00 |
| 89 | 11/30/20 | Wire To MFK Management LLC (JPMChase | 800,000.00 |
| 90 | 12/03/20 | Wire To MFK Management LLC (JPMChase | 250,000.00 |
| 91 | 12/07/20 | Wire To MFK Management LLC (JPMChase | 250,000.00 |
| 92 | 12/08/20 | Wire To MFK Management LLC (JPMChase | 500,000.00 |
| 93 | 12/11/20 | Wire To MFK Management LLC (JPMChase | 400,000.00 |
| 94 | 12/14/20 | Wire To MFK Management LLC (JPMChase | 400,000.00 |
| 95 | 12/15/20 | Wire To MFK Management LLC (JPMChase | 600,000.00 |
| 96 | 12/16/20 | Wire to MFK Management LLC (Santander Bank | 1.00 |
| 97 | 12/17/20 | Wire to MFK Management LLC (Santander Bank | 200,000.00 |

| No. | Payment Date | Description [1] | Amount Paid |
|---|---|---|---|
| 98 | 12/18/20 | Wire to MFK Management LLC (Santander Bank | 200,000.00 |
| 99 | 12/21/20 | Wire to MFK Management LLC (Santander Bank | 500,000.00 |
| 100 | 12/22/20 | Wire to MFK Management LLC (Santander Bank | 600,000.00 |
| 101 | 12/23/20 | Wire to MFK Management LLC (Santander Bank | 681,154.93 |
| 102 | 12/29/20 | Wire to MFK Management LLC (Santander Bank | 6,950.00 |
| 103 | 01/04/21 | Wire to MFK Management LLC (Santander Bank | 400,000.00 |
| 104 | 01/05/21 | Wire to MFK Management LLC (Santander Bank | 500,000.00 |
| 105 | 01/06/21 | Wire to MFK Management LLC (Santander Bank | 411,259.00 |
| 106 | 01/11/21 | Wire to MFK Management LLC (Santander Bank | 500,000.00 |
| 107 | 01/12/21 | Wire to MFK Management LLC (Santander Bank | 500,000.00 |
| 108 | 01/14/21 | Wire to MFK Management LLC (Santander Bank | 250,000.00 |
| 109 | 01/15/21 | Wire to MFK Management LLC (Santander Bank | 300,000.00 |
| 110 | 01/19/21 | Wire to MFK Management LLC (Santander Bank | 200,000.00 |
| 111 | 01/20/21 | Wire to MFK Management LLC (Santander Bank | 213,841.03 |
| 112 | 01/22/21 | Wire to MFK Management LLC (Santander Bank | 22,734.97 |
| 113 | 01/26/21 | Wire to MFK Management LLC (Santander Bank | 269,939.94 |
| 114 | 01/27/21 | Wire to MFK Management LLC (Santander Bank | 39,571.66 |
| 115 | 02/01/21 | Wire to MFK Management LLC (Santander Bank | 1,022.12 |
| 116 | 02/04/21 | Wire to MFK Management LLC DBA Boulevard 9229 LLC (Metro City Bank | 578.17 |
| 117 | 02/05/21 | Wire to MFK Management LLC DBA Boulevard 9229 LLC (Metro City Bank | 1,000,000.00 |
| 118 | 02/09/21 | Wire to MFK Management LLC DBA Boulevard 9229 LLC (Metro City Bank | 350,000.00 |
| 119 | 02/10/21 | Wire to MFK Management LLC DBA Boulevard 9229 LLC (Metro City Bank | 300,000.00 |
| 120 | 02/12/21 | Wire to MFK Management LLC DBA Boulevard 9229 LLC (Metro City Bank | 300,000.00 |
| 121 | 02/17/21 | Wire to MFK Management LLC DBA Boulevard 9229 LLC (Metro City Bank | 300,000.00 |
| 122 | 02/18/21 | Wire to MFK Management LLC DBA Boulevard 9229 LLC (Metro City Bank | 313,216.08 |
| 123 | 02/19/21 | Wire to MFK Management LLC DBA Boulevard 9229 LLC (Metro City Bank | 128,802.27 |
| 124 | 02/22/21 | Wire to MFK Management LLC DBA Boulevard 9229 LLC (Metro City Bank | 600,000.00 |
| 125 | 02/23/21 | Wire to MFK Management LLC DBA Boulevard 9229 LLC (Metro City Bank | 300,000.00 |
| 126 | 02/24/21 | Wire to MFK Management LLC DBA Boulevard 9229 LLC (Metro City Bank | 300,000.00 |
| 127 | 02/26/21 | Wire to MFK Management LLC DBA Boulevard 9229 LLC (Metro City Bank | 300,000.00 |
| 128 | 03/01/21 | Wire to MFK Management LLC DBA Boulevard 9229 LLC (Metro City Bank | 600,000.00 |
| 129 | 03/02/21 | Wire to MFK Management LLC DBA Boulevard 9229 LLC (Metro City Bank | 400,000.00 |
| 130 | 03/03/21 | Wire to MFK Management LLC DBA Boulevard 9229 LLC (Metro City Bank | 250,000.00 |
| 131 | 03/09/21 | Wire to MFK Management LLC DBA Boulevard 9229 LLC (Metro City Bank | 600,000.00 |
| 132 | 03/15/21 | Wire to MFK Management LLC DBA Boulevard 9229 LLC (Metro City Bank | 300,000.00 |
| 133 | 03/17/21 | Wire to MFK Management LLC DBA Boulevard 9229 LLC (Metro City Bank | 800,000.00 |
| 134 | 03/19/21 | Wire to MFK Management LLC DBA Boulevard 9229 LLC (Metro City Bank | 700,000.00 |
| 135 | 03/22/21 | Wire to MFK Management LLC DBA Boulevard 9229 LLC (Metro City Bank | 250,000.00 |
| 136 | 03/26/21 | Wire to MFK Management LLC DBA Boulevard 9229 LLC (Metro City Bank | 700,000.00 |
| 137 | 03/30/21 | Wire to MFK Management LLC DBA Boulevard 9229 LLC (Metro City Bank | 500,000.00 |
| | | **Total** | **$ 35,146,094.77** |

Sources:
Government Exhibit / Account Name / Account Number / Financial Institution
[1] GX 710 / Safe Chain Solutions, LLC / ███████ / Univest - Unless Otherwise Noted
[2] GX 706 / Boulevard 9229, LLC ███████ / JPMorgan Chase
[3] GX 702 / MFK Management, LLC ███████ / JPMorgan Chase

Notes:
MFK Management affiliated with Boulevard 9229 LLC
Worldwide Pharma Sales Group Payments Made on Behalf of Safe Chain Solutions

Safe Chain Solutions, LLC

Charles Boyd, CEO

Patrick Boyd, Managing Partner

## Summary of Payments to Gentek, LLC

| Payments to Gentek | First Payment | Last Payment | Total Paid | # of Payments |
|---|---|---|---|---|
| On or Before 12/31/2020 | 06/18/20 | 12/31/20 | $ 41,371,734 | 64 |
| After 12/31/2020 | 01/01/21 | 01/20/21 | 1,608,938 | 4 |
| | | Total | $ 42,980,672 | 68 |

Source:
Government Exhibit / Account Name / Account Number / Financial Institution
GX 710 / Safe Chain Solutions, LLC / ▮▮▮▮▮▮▮▮▮ Univest

Safe Chain Solutions, LLC

Charles Boyd, CEO

Patrick Boyd, Managing Partner

# Payment Detail to Gentek, LLC

| No. | Date | Description | Amount |
|---|---|---|---|
| 1 | 06/18/20 | Wire to Gentek LLC (Citizens Bank | $ 239,025.76 |
| 2 | 06/24/20 | Wire to Gentek LLC (Citizens Bank | 400,000.00 |
| 3 | 07/01/20 | Wire to Gentek LLC (Citizens Bank | 100,000.00 |
| 4 | 07/01/20 | Wire to Gentek LLC (Citizens Bank | 400,000.00 |
| 5 | 07/02/20 | Wire to Gentek LLC (Citizens Bank | 250,000.00 |
| 6 | 07/02/20 | Wire to Gentek LLC (Citizens Bank | 250,000.00 |
| 7 | 07/10/20 | Wire to Gentek LLC (Citizens Bank | 150,000.00 |
| 8 | 07/10/20 | Wire to Gentek LLC (Citizens Bank | 350,000.00 |
| 9 | 07/10/20 | Wire to Gentek LLC (Citizens Bank | 400,000.00 |
| 10 | 07/15/20 | Wire to Gentek LLC (Citizens Bank | 250,000.00 |
| 11 | 07/15/20 | Wire to Gentek LLC (Citizens Bank | 350,000.00 |
| 12 | 07/15/20 | Wire to Gentek LLC (Citizens Bank | 400,000.00 |
| 13 | 07/22/20 | Wire to Gentek LLC (Citizens Bank | 1,200,000.00 |
| 14 | 07/24/20 | Wire to Gentek LLC (Citizens Bank | 200,000.00 |
| 15 | 07/28/20 | Wire to Gentek LLC (Citizens Bank | 1,314,584.50 |
| 16 | 08/04/20 | Wire to Gentek LLC (Citizens Bank | 1,250,000.00 |
| 17 | 08/07/20 | Wire to Gentek LLC (Citizens Bank | 300,000.00 |
| 18 | 08/11/20 | Wire to Gentek LLC (Citizens Bank | 1,083,269.14 |
| 19 | 08/14/20 | Wire to Gentek LLC (Citizens Bank | 500,000.00 |
| 20 | 08/18/20 | Wire to Gentek LLC (Citizens Bank | 1,200,000.00 |
| 21 | 08/20/20 | Wire to Gentek LLC (Citizens Bank | 160,327.01 |
| 22 | 08/21/20 | Wire to Gentek LLC (Citizens Bank | 87,530.51 |
| 23 | 08/25/20 | Wire to Gentek LLC (Citizens Bank | 500,000.00 |

| No. | Date | Description | Amount |
|---|---|---|---:|
| 24 | 08/27/20 | Wire to Gentek LLC (Citizens Bank | 1,500,000.00 |
| 25 | 08/28/20 | Wire to Gentek LLC (Citizens Bank | 250,000.00 |
| 26 | 09/01/20 | Wire to Gentek LLC (Citizens Bank | 1,000,000.00 |
| 27 | 09/04/20 | Wire to Gentek LLC (Citizens Bank | 500,000.00 |
| 28 | 09/09/20 | Wire to Gentek LLC (Citizens Bank | 1,994,690.40 |
| 29 | 09/18/20 | Wire to Gentek LLC (Citizens Bank | 790,672.00 |
| 30 | 09/22/20 | Wire to Gentek LLC (Citizens Bank | 1,383,378.55 |
| 31 | 09/28/20 | Wire to Gentek LLC (Citizens Bank | 972,698.25 |
| 32 | 09/29/20 | Wire to Gentek LLC (Citizens Bank | 1,331,146.72 |
| 33 | 10/02/20 | Wire to Gentek LLC (Citizens Bank | 918,518.80 |
| 34 | 10/06/20 | Wire to Gentek LLC (TD Bank | 1.00 |
| 35 | 10/08/20 | Wire to Gentek LLC (TD Bank | 500,000.00 |
| 36 | 10/09/20 | Wire to Gentek LLC (TD Bank | 500,000.00 |
| 37 | 10/14/20 | Wire to Gentek LLC (TD Bank | 1,594,201.26 |
| 38 | 10/19/20 | Wire to Gentek LLC (TD Bank | 500,000.00 |
| 39 | 10/20/20 | Wire to Gentek LLC (TD Bank | 811,021.66 |
| 40 | 10/22/20 | Wire to Gentek LLC (TD Bank | 155,295.83 |
| 41 | 10/23/20 | Wire to Gentek LLC (TD Bank | 720,950.50 |
| 42 | 10/27/20 | Wire to Gentek LLC (TD Bank | 1,025,376.82 |
| 43 | 10/30/20 | Wire to Gentek LLC (TD Bank | 832,443.32 |
| 44 | 11/03/20 | Wire to Gentek LLC (TD Bank | 779,356.67 |
| 45 | 11/05/20 | Wire to Gentek LLC (TD Bank | 653,792.73 |
| 46 | 11/06/20 | Wire to Gentek LLC (TD Bank | 301,005.80 |
| 47 | 11/10/20 | Wire to Gentek LLC (TD Bank | 852,200.77 |
| 48 | 11/13/20 | Wire to Gentek LLC (TD Bank | 206,069.56 |
| 49 | 11/17/20 | Wire to Gentek LLC (TD Bank | 868,986.41 |
| 50 | 11/18/20 | Wire to Gentek LLC (TD Bank | 969,725.45 |
| 51 | 11/20/20 | Wire to Gentek LLC (TD Bank | 446,129.06 |
| 52 | 11/24/20 | Wire to Gentek LLC (TD Bank | 1,157,116.27 |
| 53 | 11/30/20 | Wire to Gentek LLC (TD Bank | 800,000.00 |
| 54 | 12/01/20 | Wire to Gentek LLC (TD Bank | 1,109,539.26 |
| 55 | 12/04/20 | Wire to Gentek LLC (TD Bank | 200,000.00 |
| 56 | 12/08/20 | Wire to Gentek LLC (TD Bank | 232,430.16 |

| No. | Date | Description | Amount |
|---|---|---|---|
| 57 | 12/09/20 | Wire to Gentek LLC (TD Bank | 300,000.00 |
| 58 | 12/11/20 | Wire to Gentek LLC (TD Bank | 500,000.00 |
| 59 | 12/14/20 | Wire to Gentek LLC (TD Bank | 500,000.00 |
| 60 | 12/15/20 | Wire to Gentek LLC (TD Bank | 500,000.00 |
| 61 | 12/17/20 | Wire to Gentek LLC (TD Bank | 400,000.00 |
| 62 | 12/18/20 | Wire to Gentek LLC (TD Bank | 600,000.00 |
| 63 | 12/22/20 | Wire to Gentek LLC (TD Bank | 580,249.38 |
| 64 | 12/29/20 | Wire to Gentek LLC (TD Bank | 800,000.06 |
| 65 | 01/11/21 | Wire to Gentek LLC (TD Bank | 146,386.60 |
| 66 | 01/19/21 | Wire to Gentek LLC (TD Bank | 400,000.00 |
| 67 | 01/20/21 | Wire to Gentek LLC (TD Bank | 362,551.34 |
| 68 | 01/20/21 | Wire to Gentek LLC (TD Bank | 700,000.00 |
| | | **Total** | **$ 42,980,671.55** |

Source:
Government Exhibit / Account Name / Account Number / Financial Institution
GX 710 / Safe Chain Solutions, LLC / [redacted] / Univest

Safe Chain Solutions, LLC
Charles Boyd, CEO
Patrick Boyd, Managing Partner

# Payment Detail to Rapid's Tex (via Mr. Unlimited, LLC)

**Safe Chain Solutions Payments to Mr. Unlimited**

| No. | Date | Description | Amount |
|---|---|---|---|
| 1 | 03/08/21 | ACH to Mr. Unlimited LLC (Wells Fargo | $ 507,328.95 |
| 2 | 03/11/21 | Wire to Mr. Unlimited LLC (Wells Fargo | 800,033.43 |
| 3 | 03/12/21 | Wire to Mr. Unlimited LLC (Wells Fargo | 687,653.42 |
| 4 | 03/24/21 | Wire to Mr. Unlimited LLC (Wells Fargo | 1,982,538.07 |
| 5 | 04/28/21 | Wire to Mr. Unlimited LLC (Wells Fargo | 300,632.67 |
| | | Total | $ 4,278,186.54 |

**Mr. Unlimited Payments to Rapid's Tex**

| No. | Date | Description | Amount |
|---|---|---|---|
| 1 | 03/08/21 | Mr. Unlimited LLC Wire to Rapid's Tex (BoA | $ 506,328.95 |
| 2 | 03/12/21 | Mr. Unlimited LLC Wire to Rapid's Tex (BoA | 799,033.43 |
| 3 | 03/16/21 | Mr. Unlimited LLC Wire to Rapid's Tex (BoA | 687,653.42 |
| 4 | 03/16/21 | Wire Return | (687,608.42) |
| 5 | 03/17/21 | Mr. Unlimited LLC Wire to Rapid's Tex (BoA | 681,560.48 |
| 6 | 03/25/21 | Mr. Unlimited LLC Wire to Rapid's Tex (BoA | 935,382.40 |
| 7 | 03/25/21 | Mr. Unlimited LLC Wire to Rapid's Tex (BoA | 1,056,654.44 |
| 8 | 05/13/21 | Mr. Unlimited LLC Chk #7293 (04/28/21) to Rapid's Tex | 299,132.67 |
| | | Total | $ 4,278,137.37 |

Sources:
Government Exhibit / Account Name / Account Number / Financial Institution
GX 710 / Safe Chain Solutions, LLC / ▮ / Univest
GX 711 / Mr. Unlimited, LLC / ▮ / Wells Fargo

Notes:
Mr. Unlimited LLC as a Passthrough for Rapid's Tex Whole Sales Corp
Mr. Unlimited LLC Payments Restricted to Related Rapid's Tex Transactions

Safe Chain Solutions, LLC
Charles Boyd, CEO
Patrick Boyd, Managing Partner

# Summary of Payments to Synergy Group Wholesalers, LLC

| Payments to Synergy Group Wholesalers | First Payment | Last Payment | Total Paid | # of Payments |
|---|---|---|---|---|
| On or Before 03/10/2021 | | | $   - | - |
| After 03/10/2021 | 03/16/21 | 07/07/21 | 7,357,282 | 9 |
| | | Total | $ 7,357,282 | 9 |

Source:
Government Exhibit / Account Name / Account Number / Financial Institution
GX 710 / Safe Chain Solutions, LLC / ▮▮▮▮▮▮▮▮ / Univest

GX 040.0013

Safe Chain Solutions, LLC
Charles Boyd, CEO
Patrick Boyd, Managing Partner

# Payment Detail to (from) Synergy Group Wholesalers, LLC

| No. | Date | Description | Amount |
|---|---|---|---:|
| 1 | 03/16/21 | Wire to Synergy Group Wholesalers LLC (JPMChase | $ 647,103.88 |
| 2 | 04/19/21 | Wire to Synergy Group Wholesalers LLC (JPMChase | 1,244,236.40 |
| 3 | 04/23/21 | Wire to Synergy Group Wholesalers LLC (JPMChase | 1,388,312.18 |
| 4 | 04/30/21 | Wire to Synergy Group Wholesalers LLC (JPMChase | 1,154,266.87 |
| 5 | 05/03/21 | Wire to Synergy Group Wholesalers LLC (JPMChase | 21,372.27 |
| 6 | 05/05/21 | Wire from Synergy Group Wholesalers LLC (JPMChase | (21,372.27) |
| 7 | 05/24/21 | Wire to Synergy Group Wholesalers LLC (JPMChase | 877,561.75 |
| 8 | 06/07/21 | Wire to Synergy Group Wholesalers LLC (JPMChase | 1,296,453.86 |
| 9 | 07/07/21 | Wire to Synergy Group Wholesalers LLC (JPMChase | 749,346.98 |
| | | **Total** | **$ 7,357,281.92** |

Sources:
Government Exhibit / Account Name / Account Number / Financial Institution
GX 710 / Safe Chain Solutions, LLC / [redacted] / Univest
GX 705 / Synergy Group Wholesalers, LLC / [redacted] JPMorgan Chase

Safe Chain Solutions, LLC
Charles Boyd, CEO
Patrick Boyd, Managing Partner

# Payment Detail to Omom Pharmaceuticals, Inc.

| No. | Date | Description | Amount |
|---|---|---|---|
| 1 | 06/17/21 | Wire to Omom Pharmaceuticals Inc (JPMChase | $ 374,812.41 |
| 2 | 06/28/21 | Wire to Omom Pharmaceuticals Inc (JPMChase | 672,522.45 |
| 3 | 07/01/21 | Wire to Omom Pharmaceuticals Inc (JPMChase | 489,201.88 |
| 4 | 07/07/21 | Wire to Omom Pharmaceuticals Inc (JPMChase | 527,277.09 |
| 5 | 07/13/21 | Wire to Omom Pharmaceuticals Inc (JPMChase | 351,403.27 |
| 6 | 07/16/21 | Wire to Omom Pharmaceuticals Inc (JPMChase | 291,628.38 |
| 7 | 07/16/21 | Wire to Omom Pharmaceuticals Inc (JPMChase | 374,910.36 |
| | | Total | $ 3,081,755.84 |

Source:
Government Exhibit / Account Name / Account Number / Financial Institution
GX 710 / Safe Chain Solutions, LLC / ▪▪▪▪▪▪▪▪ / Univest



GX 040.0016