Safe Chain Solutions, LLC

# Time Period of Payments to HIV Drug Suppliers

| | 2020 | | | | | | | 2021 | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul |
| | | Boulevard 9229 $35,146,095 (Jul 2020 – Mar 2021) | | | | | | | | | | | | |
| | Gentek $42,980,672 (Jun 2020 – Feb 2021) | | | | | | | | | | | | | |
| | | | | | | | | | Rapid's Tex $4,278,137 (Feb – Mar 2021) | | | | | |
| | | | | | | | | | | Synergy Group Wholesalers $7,357,282 (Mar – Jun 2021) | | | | |
| | | | | | | | | | | | | | Omom $3,081,756 (Jun 2021) | |

Sources:
Government Exhibit / Account Name / Account Number / Financial Institution
GX 710 / Safe Chain Solutions, LLC /  / Univest
GX 706 / Boulevard 9229, LLC / ▆▆▆▆▆▆▆ / JPMorgan Chase
GX 702 / MFK Management, LLC / ▆▆▆▆▆▆▆ / JPMorgan Chase
GX 711 / Mr. Unlimited, LLC / ▆▆▆▆▆▆▆ / Wells Fargo

Notes:
Majority of Payments to Boulevard 9229 LLC Received by MFK Management LLC
Mr. Unlimited LLC as Passthrough Entity for Rapid's Tex Whole Sales Corp
Mr. Unlimited LLC Payments Restricted to Related Rapid's Tex Transactions
HIV Drug Suppliers Include HIV Drugs and Other Branded Products

GX 040B.0001