

GX 040C.0001