Safe Chain Solutions, LLC

Charles Boyd, CEO

Patrick Boyd, Managing Partner

# Payment Detail to Rapid's Tex (via Mr. Unlimited, LLC)

## Safe Chain Solutions Payments to Mr. Unlimited

| No. | Date | Description | | Amount |
|---|---|---|---|---|
| 1 | 03/08/21 | ACH to Mr. Unlimited LLC (Wells Fargo | | $ 507,328.95 |
| 2 | 03/11/21 | Wire to Mr. Unlimited LLC (Wells Fargo | | 800,033.43 |
| 3 | 03/12/21 | Wire to Mr. Unlimited LLC (Wells Fargo | | 687,653.42 |
| 4 | 03/24/21 | Wire to Mr. Unlimited LLC (Wells Fargo | | 1,982,538.07 |
| 5 | 04/28/21 | Wire to Mr. Unlimited LLC (Wells Fargo | | 300,632.67 |
| | | | **Total** | **$ 4,278,186.54** |

## Mr. Unlimited Payments to Rapid's Tex

| No. | Date | Description | | Amount |
|---|---|---|---|---|
| 1 | 03/08/21 | Mr. Unlimited LLC Wire to Rapid's Tex (BoA | | $ 506,328.95 |
| 2 | 03/12/21 | Mr. Unlimited LLC Wire to Rapid's Tex (BoA | | 799,033.43 |
| 3 | 03/16/21 | Mr. Unlimited LLC Wire to Rapid's Tex (BoA | | 687,653.42 |
| 4 | 03/16/21 | Wire Return | | (687,608.42) |
| 5 | 03/17/21 | Mr. Unlimited LLC Wire to Rapid's Tex (BoA | | 681,560.48 |
| 6 | 03/25/21 | Mr. Unlimited LLC Wire to Rapid's Tex (BoA | | 935,382.40 |
| 7 | 03/25/21 | Mr. Unlimited LLC Wire to Rapid's Tex (BoA | | 1,056,654.44 |
| 8 | 05/13/21 | Mr. Unlimited LLC Chk #7293 (04/28/21) to Rapid's Tex | | 299,132.67 |
| | | | **Total** | **$ 4,278,137.37** |

Sources:
Government Exhibit / Account Name / Account Number / Financial Institution
GX 710 / Safe Chain Solutions, LLC /            / Univest
GX 711 / Mr. Unlimited, LLC /            / Wells Fargo

Notes:
Mr. Unlimited LLC as a Passthrough for Rapid's Tex Whole Sales Corp
Mr. Unlimited LLC Payments Restricted to Related Rapid's Tex Transactions

GX 040H.0001