Safe Chain Solutions, LLC
Charles Boyd, CEO
Patrick Boyd, Managing Partner

# Summary of Payments to Synergy Group Wholesalers, LLC

| Payments to Synergy Group Wholesalers | First Payment | Last Payment | Total Paid | # of Payments |
|---|---|---|---|---|
| On or Before 03/10/2021 | | | $ - | - |
| After 03/10/2021 | 03/16/21 | 07/07/21 | 7,357,282 | 9 |
| | | Total | $ 7,357,282 | 9 |

Source:
Government Exhibit / Account Name / Account Number / Financial Institution
GX 710 / Safe Chain Solutions, LLC / ▓▓▓▓▓▓▓ / Univest