Safe Chain Solutions, LLC
Charles Boyd, CEO
Patrick Boyd, Managing Partner

# Payment Detail to Omom Pharmaceuticals, Inc.

| No. | Date | Description | Amount |
|---|---|---|---|
| 1 | 06/17/21 | Wire to Omom Pharmaceuticals Inc (JPMChase | $ 374,812.41 |
| 2 | 06/28/21 | Wire to Omom Pharmaceuticals Inc (JPMChase | 672,522.45 |
| 3 | 07/01/21 | Wire to Omom Pharmaceuticals Inc (JPMChase | 489,201.88 |
| 4 | 07/07/21 | Wire to Omom Pharmaceuticals Inc (JPMChase | 527,277.09 |
| 5 | 07/13/21 | Wire to Omom Pharmaceuticals Inc (JPMChase | 351,403.27 |
| 6 | 07/16/21 | Wire to Omom Pharmaceuticals Inc (JPMChase | 291,628.38 |
| 7 | 07/16/21 | Wire to Omom Pharmaceuticals Inc (JPMChase | 374,910.36 |
| | | Total | $ 3,081,755.84 |

Source:
Government Exhibit / Account Name / Account Number / Financial Institution
GX 710 / Safe Chain Solutions, LLC / ▮▮▮▮▮▮▮ / Univest