## Summary of Calls between Charles Boyd and Peter Khaim (Boulevard 9229)

| No. | Call From | Call To | Date | Time (ET) | Duration (Min.) |
|---|---|---|---|---|---|
| 1 | Peter Khaim | Charles Boyd | 08/07/20 | 4:49 PM | 18 |
| 2 | Charles Boyd | Peter Khaim | 08/10/20 | 11:39 AM | 4 |
| 3 | Peter Khaim | Charles Boyd | 08/11/20 | 1:38 PM | 4 |
| 4 | Charles Boyd | Peter Khaim | 08/25/20 | 5:26 PM | 7 |
| 5 | Peter Khaim | Charles Boyd | 08/27/20 | 8:48 AM | 3 |
| 6 | Peter Khaim | Charles Boyd | 08/27/20 | 8:51 AM | 1 |
| 7 | Peter Khaim | Charles Boyd | 09/08/20 | 9:33 AM | 1 |
| 8 | Charles Boyd | Peter Khaim | 09/08/20 | 1:56 PM | 2 |
| 9 | Charles Boyd | Peter Khaim | 09/08/20 | 3:03 PM | 2 |
| 10 | Charles Boyd | Peter Khaim | 09/10/20 | 2:03 PM | 4 |
| 11 | Charles Boyd | Peter Khaim | 09/11/20 | 11:20 AM | 4 |
| 12 | Peter Khaim | Charles Boyd | 09/14/20 | 2:04 PM | 5 |
| 13 | Charles Boyd | Peter Khaim | 09/14/20 | 3:02 PM | 1 |
| 14 | Charles Boyd | Peter Khaim | 10/02/20 | 3:57 PM | 5 |
| 15 | Charles Boyd | Peter Khaim | 10/08/20 | 3:51 PM | 1 |
| 16 | Peter Khaim | Charles Boyd | 10/08/20 | 3:52 PM | 5 |
| 17 | Charles Boyd | Peter Khaim | 10/22/20 | 4:09 PM | 7 |
| 18 | Charles Boyd | Peter Khaim | 02/17/21 | 1:24 PM | 1 |
| 19 | Charles Boyd | Peter Khaim | 03/02/21 | 10:42 AM | 1 |
| 20 | Charles Boyd | Peter Khaim | 03/02/21 | 10:42 AM | 7 |
| 21 | Charles Boyd | Peter Khaim | 03/30/21 | 8:40 AM | 17 |

**Total # Calls:** 21 calls
**Total Duration:** 100 minutes

Color Key:
- Incoming Calls to Charles Boyd
- Outgoing Calls from Charles Boyd

Source:
GX 641 (24-cr-20255-WPD-90 Verizon Detail for Charles Boyd: ███████)

Notes:
Only connected calls shown from the billing statements. Attempted calls not available per Verizon's retention policy.
Unless a Wi-Fi call, the time zone of the Verizon call transactions are local to the city/state found in the origination column. The calls summarized above originated in the Eastern Time zone.
Per Verizon, the time zone for Wi-Fi calls cannot be confirmed. The call on 10/02/20 (No. 14 above) is a Wi-Fi call.

GX 041.0001

## Summary of Calls between Charles Boyd and Adam Brosius Potentially Including Peter Khaim (Boulevard 9229)

| No. | Call From | Call To | Date | Time (ET) | Duration (Min.) |
|---|---|---|---|---|---|
| 1 | Charles Boyd | Adam Brosius | 09/30/20 | 11:26 AM | 6 |
| 2 | Adam Brosius | Charles Boyd | 09/30/20 | 11:32 AM | 12 |
| 3 | Charles Boyd | Adam Brosius | 09/30/20 | 11:44 AM | 14 |
| 4 | Adam Brosius | Charles Boyd | 10/06/20 | 5:25 PM | 12 |

**Total # Calls:** 4 calls
**Total Duration:** 44 minutes

Color Key:
| Incoming Calls to Charles Boyd |
| Outgoing Calls from Charles Boyd |

Sources:
GX 641 (24-cr-20255-WPD-90 Verizon Detail for Charles Boyd: [redacted])
GX 535 (10/6/2020 5:24 PM text from Brosius to Charles Boyd. Brosius states, "I have Peter on the phone. Can you pick up??"
GX 534 (9/30/2020 group text with Brosius, Charles Boyd, and Peter Khaim beginning at 8:11 AM. Brosius states, "Gm Peter. Charlie and I will give you a ring this morning… Peter. Are you free at 11:15?" Peter replies, "Yes sure np"

Notes:
Only connected calls shown from the billing statements. Attempted calls not available per Verizon's retention policy.
Unless a Wi-Fi call, the time zone of the Verizon call transactions are local to the city/state found in the origination column. The calls summarized above originated in the Eastern Time zone.

# Summary of Calls between Charles Boyd and Edel Reyes (Gentek)

| No. | Call From | Call To | Date | Time (ET) | Duration (Min.) |
|---|---|---|---|---|---|
| 1 | Edel Reyes | Charles Boyd | 06/11/20 | 3:18 PM | 17 |
| 2 | Charles Boyd | Edel Reyes | 06/12/20 | 5:10 PM | 2 |
| 3 | Charles Boyd | Edel Reyes | 06/23/20 | 4:23 PM | 4 |
| 4 | Charles Boyd | Edel Reyes | 06/30/20 | 4:53 PM | 2 |
| 5 | Charles Boyd | Edel Reyes | 07/09/20 | 11:19 AM | 1 |
| 6 | Charles Boyd | Edel Reyes | 07/09/20 | 4:31 PM | 2 |
| 7 | Charles Boyd | Edel Reyes | 07/20/20 | 5:40 PM | 1 |
| 8 | Charles Boyd | Edel Reyes | 07/24/20 | 1:50 PM | 1 |
| 9 | Edel Reyes | Charles Boyd | 07/24/20 | 2:11 PM | 13 |
| 10 | Charles Boyd | Edel Reyes | 07/27/20 | 1:40 PM | 1 |
| 11 | Edel Reyes | Charles Boyd | 07/28/20 | 11:13 AM | 5 |
| 12 | Charles Boyd | Edel Reyes | 08/10/20 | 4:45 PM | 1 |
| 13 | Charles Boyd | Edel Reyes | 08/18/20 | 12:06 PM | 1 |
| 14 | Charles Boyd | Edel Reyes | 08/24/20 | 3:21 PM | 8 |
| 15 | Charles Boyd | Edel Reyes | 08/26/20 | 3:06 PM | 2 |
| 16 | Charles Boyd | Edel Reyes | 09/08/20 | 1:56 PM | 1 |

**Total # Calls:** 16 calls
**Total Duration:** 62 minutes

Color Key:
- Incoming Calls to Charles Boyd
- Outgoing Calls from Charles Boyd

Source:
GX 641 (24-cr-20255-WPD-90 Verizon Detail for Charles Boyd: ▮)

Notes:
Only connected calls shown from the billing statements. Attempted calls not available per Verizon's retention policy.
Unless a Wi-Fi call, the time zone of the Verizon call transactions are local to the city/state found in the origination column. The calls summarized above originated in the Eastern Time zone.

## Summary of Calls between Charles Boyd and Adam Brosius Potentially Including Edel Reyes (Gentek)

| No. | Call From | Call To | Date | Time (ET) | Duration (Min.) |
|---|---|---|---|---|---|
| 1 | Adam Brosius | Charles Boyd | 08/24/20 | 3:10 PM | 20 |

**Total # Calls**  1 call
**Total Duration**  20 minutes

Sources:
GX 641 (24-cr-20255-WPD-90 Verizon Detail for Charles Boyd: )
GX 536 (8/25/2020 Brosius text stating, "Edel Charlie and I had a good call yesterday and edel said he would send a list and ship.  Then he did nothing.   It was a 20 minute wasted call for the 3 of us"

Notes:
Only connected calls shown from the billing statements. Attempted calls not available per Verizon's retention policy.
Unless a Wi-Fi call, the time zone of the Verizon call transactions are local to the city/state found in the origination column. The calls summarized above originated in the Eastern Time zone.