# Summary of Calls between Charles Boyd and Adam Brosius Potentially Including Edel Reyes (Gentek)

| No. | Call From | Call To | Date | Time (ET) | Duration (Min.) |
|---|---|---|---|---|---|
| 1 | Adam Brosius | Charles Boyd | 08/24/20 | 3:10 PM | 20 |

**Total # Calls**: 1 call
**Total Duration**: 20 minutes

Sources:
GX 641 (24-cr-20255-WPD-90 Verizon Detail for Charles Boyd: )
GX 536 (8/25/2020 Brosius text stating, "Edel Charlie and I had a good call yesterday and edel said he would send a list and ship.  Then he did nothing.   It was a 20 minute wasted call for the 3 of us"

Notes:
Only connected calls shown from the billing statements. Attempted calls not available per Verizon's retention policy.
Unless a Wi-Fi call, the time zone of the Verizon call transactions are local to the city/state found in the origination column. The calls summarized above originated in the Eastern Time zone.

GX 041D.0001