SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000016822</sup>

Doc#00000016822

## (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: |
|---|
| SYMTUZA 30CT , 800; 150; 200; 10 mg/1; mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTL |

NDC: 59676-0800-30

Reference Number: __01135455__
Document Type: __Invoice__
Reference Date: __10/19/20__

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 19MG726 | 1 | |
| | | |
| | | |

## (TH) Transaction History

**Manufacturer's Name:** JANSSEN PRODUCTS
**Manufacturer's information:** 1000 U.S. Route 202 South, Raritan, NJ 08869

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: **AMERISOURCEBERGEN DRUG CORP.** | Name: **AMERISOURCEBERGEN DRUG CORP.** |
| Address: 5500 NEW HORIZONS BLVD NORTH | Address: 5500 NEW HORIZONS BLVD NORTH |
| AMITYVILLE, NY 11701-1156 | AMITYVILLE, NY 11701-1156 |
| Date Purchased & Ref : 07/19/19    PO#A141241 | Date Received & Ref : 07/19/19    PO#A141241 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: **AMSTERDAM WELLNESS PHARMACY INC** | Name: **AMSTERDAM WELLNESS PHARMACY INC** |
| Address: **2091 AMSTERDAM AVE** | Address: **2091 AMSTERDAM AVE** |
| **NEW YORK, NY 10032-8210** | **NEW YORK, NY 10032-8210** |
| Date Purchased & Ref :10/09/19    PO#20191009 | Date Received & Ref :10/09/19    PO#20191009 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: **BOULEVARD 9229 LLC** | Name: **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref : 12/06/19    PO#01259654 | Date Received & Ref : 12/06/19    PO#01259654 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: **SAFE CHAIN SOLUTIONS, LLC** | Name: **SAFE CHAIN SOLUTIONS LLC** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref : 10/16/20    PO#01210201 | Date Received & Ref : 10/19/20    RC#014755 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: **ELITE PHARMACY** | Name: **ELITE PHARMACY** |
| Address: 3201 S MALCOM X BLVD | Address: 3201 S MALCOM X BLVD |
| DALLAS TX 75215 | DALLAS TX 75215 |
| Date Purchased & Ref : 10/19/20    01S32511001 | Date Received & Ref : 10/19/20    01S32511001 |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

**GOVERNMENT EXHIBIT**

**89**

1:24-cr-20255-WPD

Page: 1      of  1      pages.

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document Doc#00000018008

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TRIUMEQ , 600; 50; 300 mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-231-13)**

NDC: 49702-0231-13

Reference Number: **01138921**
Document Type: **Invoice**
Reference Date: **12/08/20**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 354K | 1 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name: **VIIV HEALTHCARE**
Manufacturer's information: Five Moore Drive, Research Triangle Park, North Carolina 27709-3398

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: **AMERISOURCEBERGEN DRUG CORP.**<br>Address: **5500 NEW HORIZONS BLVD**<br>**NORTH AMITYVILLE, NY 11701-1156**<br>Date Purchased & Ref : **10/14/19**   **PO#A142385** | Name: **AMERISOURCEBERGEN DRUG CORP.**<br>Address: **5500 NEW HORIZONS BLVD**<br>**NORTH AMITYVILLE, NY 11701-1156**<br>Date Received & Ref : **10/14/19**   **PO#A142385** |
| Name: **AMSTERDAM WELLNESS PHARMACY INC**<br>Address: **2091 AMSTERDAM AVE**<br>**NEW YORK, NY 10032-8210**<br>Date Purchased & Ref : **11/12/19**   **PO#20191112** | Name: **AMSTERDAM WELLNESS PHARMACY INC**<br>Address: **2091 AMSTERDAM AVE**<br>**NEW YORK, NY 10032-8210**<br>Date Received & Ref : **11/12/19**   **PO#20191112** |
| Name: **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>**REGO PARK NY 11374**<br>Date Purchased & Ref : **12/08/19**   **PO#01262122** | Name: **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>**REGO PARK NY 11374**<br>Date Received & Ref : **12/08/19**   **PO#01262122** |
| Name: **SAFE CHAIN SOLUTIONS, LLC**<br>Address: **822 CHESAPEAKE DR**<br>**CAMBRIDGE MD 21613**<br>Date Purchased & Ref : **12/01/20**   **PO#01210838** | Name: **SAFE CHAIN SOLUTIONS, LLC**<br>Address: **822 CHESAPEAKE DR**<br>**CAMBRIDGE MD 21613**<br>Date Received & Ref : **12/02/20**   **RC#015589** |
| Name: **CIENEGA PHARMACY**<br>Address: **7360 SANTA MONICA BLVD #101**<br>**WEST HOLLYWOOD CA 90046**<br>Date Purchased & Ref : **12/08/20**   **01S35521001** | Name: **CIENEGA PHARMACY**<br>Address: **7360 SANTA MONICA BLVD #101**<br>**WEST HOLLYWOOD CA 90046**<br>Date Received & Ref : **12/08/20**   **01S35521001** |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of 2      pages.

SCSRELATIVITY_0001321056

GX 089.0002

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000018008</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TRIUMEQ , 600; 50; 300 mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-231-13)**

NDC: **49702-0231-13**

| | Reference Number: | 01138921 |
|---|---|---|
| | Document Type: | **Invoice** |
| | Reference Date: | **12/08/20** |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| **7N9J** | **1** | |
| **7N9K** | **1** | |
| | | |

## (TH) Transaction History

Manufacturer's Name:   **VIIV HEALTHCARE**
Manufacturer's information **Five Moore Drive, Research Triangle Park, North Carolina 27709-3398**

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **AMERISOURCEBERGEN DRUG CORP.** | Name:   **AMERISOURCEBERGEN DRUG CORP.** |
| Address: **5500 NEW HORIZONS BLVD** | Address: **5500 NEW HORIZONS BLVD** |
| **NORTH AMITYVILLE, NY 11701-1156** | **NORTH AMITYVILLE, NY 11701-1156** |
| Date Purchased & Ref :   **10/17/19   PO#A142423** | Date Received & Ref :   **10/17/19   PO#A142423** |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **AMSTERDAM WELLNESS PHARMACY INC** | Name:   **AMSTERDAM WELLNESS PHARMACY INC** |
| Address: **2091 AMSTERDAM AVE** | Address: **2091 AMSTERDAM AVE** |
| **NEW YORK, NY 10032-8210** | **NEW YORK, NY 10032-8210** |
| Date Purchased & Ref :   **11/22/19   PO#20191122** | Date Received & Ref :   **11/22/19   PO#20191122** |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **BOULEVARD 9229 LLC** | Name:   **BOULEVARD 9229 LLC** |
| Address: **9229 QUEENS BLVD** | Address: **9229 QUEENS BLVD** |
| **REGO PARK NY 11374** | **REGO PARK NY 11374** |
| Date Purchased & Ref :  **12/05/19    PO#01258999** | Date Received & Ref :  **12/05/19    PO#01258999** |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **SAFE CHAIN SOLUTIONS, LLC** | Name:   **SAFE CHAIN SOLUTIONS** |
| Address: **822 CHESAPEAKE DR** | Address: **822 CHESAPEAKE DR** |
| **CAMBRIDGE MD 21613** | **CAMBRIDGE MD 21613** |
| Date Purchased & Ref :  **12/01/20    PO#01210838** | Date Received & Ref :  **12/02/20    RC#015589** |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **CIENEGA PHARMACY** | Name:   **CIENEGA PHARMACY** |
| Address: **7360 SANTA MONICA BLVD #101** | Address: **7360 SANTA MONICA BLVD #101** |
| **WEST HOLLYWOOD CA 90046** | **WEST HOLLYWOOD CA 90046** |
| Date Purchased & Ref :   **12/08/20    01S35521001** | Date Received & Ref : **12/08/20    01S35521001** |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of 2        pages.

SCSRELATIVITY_0001321056

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000018008</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TRIUMEQ , 600; 50; 300 mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-231-13)**

NDC: **49702-0231-13**

Reference Number: **01138921**
Document Type: **Invoice**
Reference Date: **12/08/20**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| V79D | 3 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:     ViiV Healthcare
Manufacturer's information Five Moore Drive, Research Triangle Park, North Carolina 27709-3398

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **AMERISOURCEBERGEN DRUG CORP.**<br>Address: **5500 NEW HORIZONS BLVD**<br>   **NORTH AMITYVILLE, NY 11701-1156**<br>Date Purchased & Ref :   **10/17/19   PO#A142423** | Name:   **AMERISOURCEBERGEN DRUG CORP.**<br>Address: **5500 NEW HORIZONS BLVD**<br>   **NORTH AMITYVILLE, NY 11701-1156**<br>Date Received & Ref :   **10/17/19   PO#A142423** |
| Name:   **AMSTERDAM WELLNESS PHARMACY INC**<br>Address: **2091 AMSTERDAM AVE**<br>   **NEW YORK, NY 10032-8210**<br>Date Purchased & Ref :   **11/14/19   PO#20191114** | Name:   **AMSTERDAM WELLNESS PHARMACY INC**<br>Address: **2091 AMSTERDAM AVE**<br>   **NEW YORK, NY 10032-8210**<br>Date Received & Ref :   **11/14/19   PO#20191114** |
| Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>   **REGO PARK NY 11374**<br>Date Purchased & Ref : **12/06/19   PO#012159654** | Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>   **REGO PARK NY 11374**<br>Date Received & Ref : **12/06/19   PO#012159654** |
| Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: **822 CHESAPEAKE DR**<br>   **CAMBRIDGE MD 21613**<br>Date Purchased & Ref :   **12/01/20   PO#01210838** | Name:   **SAFE CHAIN SOLUTIONS**<br>Address: **822 CHESAPEAKE DR**<br>   **CAMBRIDGE MD 21613**<br>Date Received & Ref :   **12/02/20   RC#015589** |
| Name:   **CIENEGA PHARMACY**<br>Address: **7360 SANTA MONICA BLVD #101**<br>   **WEST HOLLYWOOD CA 90046**<br>Date Purchased & Ref :   **12/08/20   01S35521001** | Name:   **CIENEGA PHARMACY**<br>Address: **7360 SANTA MONICA BLVD #101**<br>   **WEST HOLLYWOOD CA 90046**<br>Date Received & Ref :   **12/08/20   01S35521001** |

**(TS) Transaction Statement:** This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 2      of 2      pages.

SCSRELATIVITY_0001321056

GX 089.0004

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000017338</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**INTELENCE 200MG TAB 60CT, 200 mg/1, TABLET, 60 TABLET in 1 BOTTLE, PLASTIC (59676-571-01)**

NDC: 59676-0571-01

Reference Number: 01I37860
Document Type: **Invoice**
Reference Date: 11/20/20

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| IKL5N00 | 1 | |
| | | |
| | | |

## (TH) Transaction History

Manufacturer's Name:   **JANSSEN PRODUCTS**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **AMERISOURCEBERGEN DRUG CORP.**<br>Address: **5500 NEW HORIZONS BLVD.**<br>**NORTH AMITYVILLE, NY 11701-1156**<br>Date Purchased & Ref :   09/27/19      PO#A141627 | Name:   **AMERISOURCEBERGEN DRUG CORP.**<br>Address: **5500 NEW HORIZONS BLVD.**<br>**NORTH AMITYVILLE, NY 11701-1156**<br>Date Purchased & Ref :   09/27/19      PO#A141627 |
| SOLD TO:<br>Name:   **AMSTERDAM WELLNESS PHARMACY INC.**<br>Address: **2091 AMSTERDAM AVE.**<br>**NEW YORK, NY 10032-8210**<br>Date Purchased & Ref : 11/10/19      PO#20191010 | SHIPPED TO:<br>Name:   **AMSTERDAM WELLNESS PHARMACY INC.**<br>Address: **2091 AMSTERDAM AVE.**<br>**NEW YORK, NY 10032-8210**<br>Date Purchased & Ref : 11/10/19      PO#20191010 |
| SOLD TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>**REGO PARK NY 11374**<br>Date Purchased & Ref : 12/04/19      PO#01258775 | SHIPPED TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>**REGO PARK NY 11374**<br>Date Received & Ref : 12/04/19      PO#01258775 |
| SOLD TO:<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: **822 CHESAPEAKE DR**<br>**CAMBRIDGE MD 21613**<br>Date Purchased & Ref :   11/06/20      PO#01210524 | SHIPPED TO:<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: **822 CHESAPEAKE DR**<br>**CAMBRIDGE MD 21613**<br>Date Received & Ref :   11/09/20      RC#015151 |
| SOLD TO:<br>Name:   **CIENEGA PHARMACY**<br>Address: **7360 SANTA MONICA BLVD #101**<br>**WEST HOLLYWOOD CA 90046**<br>Date Purchased & Ref :   11/20/20      01S34593001 | SHIPPED TO:<br>Name:   **CIENEGA PHARMACY**<br>Address: **7360 SANTA MONICA BLVD #101**<br>**WEST HOLLYWOOD CA 90046**<br>Date Received & Ref :   11/20/20      01S34593001 |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of 1        pages.

SCSRELATIVITY_0001321378

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019046</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**PREZISTA 800MG TAB 30CT, 800 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE, PLASTIC (59676-**

NDC: 59676-0566-30

Reference Number: **01140557**
Document Type: **Invoice**
Reference Date: **01/06/21**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 20DG026 | 2 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:     JANSSEN
Manufacturer's information 1000 US-202  RARITAN, NJ 08869

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>          **NORTH AMITYVILLE NY 11701-1156**<br>Date Purchased & Ref :  09/30/19     PO#A141638 | Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>          **NORTH AMITYVILLE NY 11701-1156**<br>Date Received & Ref :  09/30/19     PO#A141638 |
| SOLD TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>          **NEW YORK NY 10032-8210**<br>Date Purchased & Ref :  11/16/19     PO#20191016 | SHIPPED TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>          **NEW YORK NY 10032-8210**<br>Date Received & Ref :  11/16/19     PO#20191016 |
| SOLD TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>          **REGO PARK NY 11374**<br>Date Purchased & Ref :  12/04/19     PO#01258775 | SHIPPED TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>          **REGO PARK NY 11374**<br>Date Received & Ref :  12/04/19     PO#01258775 |
| SOLD TO:<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: **822 CHESAPEAKE DR**<br>          **CAMBRIDGE MD 21613**<br>Date Purchased & Ref :  01/04/21     PO#01211295 | SHIPPED TO:<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: **822 CHESAPEAKE DR**<br>          **CAMBRIDGE MD 21613**<br>Date Received & Ref :  01/05/21     RC#016278 |
| SOLD TO:<br>Name:   **HEALTHMAX PHARMACY**<br>Address: **80-07 JAMAICA AVENUE**<br>          **WOODHAVEN NY 11421**<br>Date Purchased & Ref :  01/06/21     01S36772001 | SHIPPED TO:<br>Name:   **HEALTHMAX PHARMACY**<br>Address: **80-07 JAMAICA AVENUE**<br>          **WOODHAVEN NY 11421**<br>Date Received & Ref :  01/06/21     01S36772001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1       of 1       pages.

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document Doc#00000019052

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TRIUMEQ , 600; 50; 300 mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-231-13)**

NDC: 49702-0231-13

Reference Number: 01140557
Document Type: **Invoice**
Reference Date: **01/06/21**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| UC3R | 1 | |
| | | |
| | | |

## (TH) Transaction History

Manufacturer's Name:   **VIIV HEALTHCARE**
Manufacturer's information **Five Moore Drive  RESEARCH TRIANGLE PARK,NC 27709**

| | |
|---|---|
| SOLD TO:<br>Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>        **NORTH AMITYVILLE NY 11701-1156**<br>Date Purchased & Ref :  10/17/19    PO#A142423 | SHIPPED TO:<br>Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>        **NORTH AMITYVILLE NY 11701-1156**<br>Date Received & Ref :  10/17/19    PO#A142423 |
| SOLD TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>        **NEW YORK NY 10032-8210**<br>Date Purchased & Ref :  11/15/19    PO#20191115 | SHIPPED TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>        **NEW YORK NY 10032-8210**<br>Date Received & Ref :  11/15/19    PO#20191115 |
| SOLD TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>        **REGO PARK NY 11374**<br>Date Purchased & Ref :  12/08/19    PO#01262122 | SHIPPED TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>        **REGO PARK NY 11374**<br>Date Received & Ref :  12/08/19    PO#01262122 |
| SOLD TO:<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: **822 CHESAPEAKE DR**<br>        **CAMBRIDGE MD 21613**<br>Date Purchased & Ref :  01/04/21    PO#01211295 | SHIPPED TO:<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: **822 CHESAPEAKE DR**<br>        **CAMBRIDGE MD 21613**<br>Date Received & Ref :  01/05/21    RC#016278 |
| SOLD TO:<br>Name:   **HEALTHMAX PHARMACY**<br>Address: **80-07 JAMAICA AVENUE**<br>        **WOODHAVEN NY 11421**<br>Date Purchased & Ref :  01/06/21    01S36772001 | SHIPPED TO:<br>Name:   **HEALTHMAX PHARMACY**<br>Address: **80-07 JAMAICA AVENUE**<br>        **WOODHAVEN NY 11421**<br>Date Received & Ref :  01/06/21    01S36772001 |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001321421

GX 089.0007

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000016822</sup>

### (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: |
|---|
| **SYMTUZA 30CT , 800; 150; 200; 10 mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTL** |

**NDC: 59676-0800-30**

Reference Number: __01135455__
Document Type: __Invoice__
Reference Date: __10/19/20__

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 19MG726 | 1 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:   **JANSSEN PRODUCTS**
Manufacturer's information: 1000 U.S. Route 202 South, Raritan, NJ 08869

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **AMERISOURCEBERGEN DRUG CORP.** | Name:   **AMERISOURCEBERGEN DRUG CORP.** |
| Address: **5500 NEW HORIZONS BLVD NORTH** | Address: **5500 NEW HORIZONS BLVD NORTH** |
| **AMITYVILLE, NY 11701-1156** | **AMITYVILLE, NY 11701-1156** |
| Date Purchased & Ref : 07/19/19     PO#A141241 | Date Received & Ref :  07/19/19     PO#A141241 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:    **AMSTERDAM WELLNESS PHARMACY INC** | Name:   **AMSTERDAM WELLNESS PHARMACY INC** |
| Address:   **2091 AMSTERDAM AVE** | Address: **2091 AMSTERDAM AVE** |
| **NEW YORK, NY 10032-8210** | **NEW YORK, NY 10032-8210** |
| Date Purchased & Ref :10/09/19     PO#20191009 | Date Received & Ref :10/09/19     PO#20191009 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **BOULEVARD 9229 LLC** | Name:   **BOULEVARD 9229 LLC** |
| Address: **9229 QUEENS BLVD** | Address: **9229 QUEENS BLVD** |
| **REGO PARK NY 11374** | **REGO PARK NY 11374** |
| Date Purchased & Ref : 12/06/19     PO#01259654 | Date Received & Ref : 12/06/19     PO#01259654 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **SAFE CHAIN SOLUTIONS, LLC** | Name:   **SAFE CHAIN SOLUTIONS, LLC** |
| Address: **822 CHESAPEAKE DR** | Address: **822 CHESAPEAKE DR** |
| **CAMBRIDGE MD 21613** | **CAMBRIDGE MD 21613** |
| Date Purchased & Ref :  10/16/20     PO#01210201 | Date Received & Ref :  10/19/20     RC#014755 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **ELITE PHARMACY** | Name:   **ELITE PHARMACY** |
| Address: **3201 S MALCOM X BLVD** | Address: **3201 S MALCOM X BLVD** |
| **DALLAS TX 75215** | **DALLAS TX 75215** |
| Date Purchased & Ref :  10/19/20     01S32511001 | Date Received & Ref :  10/19/20     01S32511001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of   1        pages.

SCSRELATIVITY_0001321598

GX 089.0008

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019040</sup>

### (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: |
|---|
| **PREZISTA 600MG TAB 60CT, 600 mg/1, TABLET, FILM COATED, 60 TABLET, FILM COATED in 1 BOTTLE, PLASTIC (59676-** |

**NDC: 59676-0562-01**

Reference Number: **01140653**
Document Type: **Invoice**
Reference Date: **01/06/21**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 18JG658X | 1 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:      JANSSEN
Manufacturer's information 1000 US-202  RARITAN,NJ 08869

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **AMERISOURCEBERGEN DRUG CP** | Name:   **AMERISOURCEBERGEN DRUG CP** |
| Address: 5500 NEW HORIZONS BLVD. | Address: 5500 NEW HORIZONS BLVD. |
|            NORTH AMITYVILLE NY 11701-1156 |            NORTH AMITYVILLE NY 11701-1156 |
| Date Purchased & Ref :  10/17/19     PO#A142423 | Date Received & Ref :  10/17/19     PO#A142423 |
| SOLD TO: | SHIPPED TO: |
| Name:   **AMSTERDAM WELLNESS PHARMA** | Name:   **AMSTERDAM WELLNESS PHARMA** |
| Address: 2091 AMSTERDAM AVE | Address: 2091 AMSTERDAM AVE |
|            NEW YORK NY 10032-8210 |            NEW YORK NY 10032-8210 |
| Date Purchased & Ref :  11/19/19     PO#20191119 | Date Received & Ref :  11/19/19     PO#20191119 |
| SOLD TO: | SHIPPED TO: |
| Name:   **BOULEVARD 9229 LLC** | Name:   **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
|            REGO PARK NY 11374 |            REGO PARK NY 11374 |
| Date Purchased & Ref :  12/08/19     PO#01262122 | Date Received & Ref :  12/08/19     PO#01262122 |
| SOLD TO: | SHIPPED TO: |
| Name:   **SAFE CHAIN SOLUTIONS, LLC** | Name:   **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
|            CAMBRIDGE MD 21613 |            CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  01/04/21     PO#01211295 | Date Received & Ref :  01/05/21     RC#016271 |
| SOLD TO: | SHIPPED TO: |
| Name:   **1746 PHARMACY CORP** | Name:   **1746 PHARMACY CORP** |
| Address: 524 CLRKSON AVE | Address: 524 CLARKSON AVE |
|            BROOKLYN NY 11203 |            BROOKLYN NY 11203 |
| Date Purchased & Ref :  01/06/21     01S36955001 | Date Received & Ref :  01/06/21     01S36955001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001321741

GX 089.0009

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021694</sup>

## (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: | | | | |
|---|---|---|---|---|
| **TIVICAY 50MG TAB 30CT, 50 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-228-13)** | | | Reference Number: | **01145330** |
| **NDC: 49702-0228-13** | | | Document Type: | **Invoice** |
| | | | Reference Date: | **03/22/21** |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| TS4P | 1 | |
| | | |
| | | |

## (TH) Transaction History

**Manufacturer's Name:** VIIV HEALTHCARE
**Manufacturer's information:** Five Moore Drive  RESEARCH TRIANGLE PARK,NC 27709

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: **AMERISOURCEBERGEN DRUG CP** | Name: **AMERISOURCEBERGEN DRUG CP** |
| Address: 5500 NEW HORIZONS BLVD. | Address: 5500 NEW HORIZONS BLVD. |
| NORTH AMITYVILLE NY 11701-1156 | NORTH AMITYVILLE NY 11701-1156 |
| Date Purchased & Ref : 09/30/19    A141638 | Date Received & Ref : 09/30/19 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: **AMSTERDAM WELLNESS PHARMA** | Name: **AMSTERDAM WELLNESS PHARMA** |
| Address: 2091 AMSTERDAM AVE | Address: 2091 AMSTERDAM AVE |
| NEW YORK NY 10032-8210 | NEW YORK NY 10032-8210 |
| Date Purchased & Ref : 11/06/19    20191106 | Date Received & Ref : 11/06/19    20191106 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: **BOULEVARD 9229 LLC** | Name: **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: **SAFE CHAIN SOLUTIONS, LLC** | Name: **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref : 03/19/21    PO#01212358 | Date Received & Ref : 03/19/21    RC#017738 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: **MODERN PHARMACY LLC** | Name: **MODERN PHARMACY LLC** |
| Address: 123 ALTON ROAD | Address: 123 ALTON ROAD |
| MIAMI BEACH  FL 33139 | MIAMI BEACH FL 33139 |
| Date Purchased & Ref : 03/22/21    01S41115001 | Date Received & Ref : 03/22/21    01S41115001 |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1    of 1    pages.

SCSRELATIVITY_0001335870

GX 089.0010

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021029</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**SYMTUZA 30CT , 800; 150; 200; 10 mg/1; mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTL**

NDC: 59676-0800-30

| Reference Number: | 01144003 |
|---|---|
| Document Type: | Invoice |
| Reference Date: | 03/02/21 |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 19JG484 | 1 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:    JANSSEN PRODUCTS
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   AMERISOURCEBERGEN DRUG CP<br>Address: 5500 NEW HORIZONS BLVD.<br>          NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref : 09/11/19      A141459 | Name:   AMERISOURCEBERGEN DRUG CP<br>Address: 5500 NEW HORIZONS BLVD.<br>          NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref : 09/11/19      A141459 |
| SOLD TO:<br>Name:   AMSTERDAM WELLNESS PHARMA<br>Address: 2091 AMSTERDAM AVE<br>          NEW YORK NY 10032-8210<br>Date Purchased & Ref : 10/30/19      20191030 | SHIPPED TO:<br>Name:   AMSTERDAM WELLNESS PHARMA<br>Address: 2091 AMSTERDAM AVE<br>          NEW YORK NY 10032-8210<br>Date Received & Ref : 10/30/19      20191030 |
| SOLD TO:<br>Name:   BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>          REGO PARK NY 11374<br>Date Purchased & Ref : | SHIPPED TO:<br>Name:   BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>          REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:   SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>          CAMBRIDGE MD 21613<br>Date Purchased & Ref : 03/01/21      PO#01212108 | SHIPPED TO:<br>Name:   SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>          CAMBRIDGE MD 21613<br>Date Received & Ref : 03/02/21      RC#017387 |
| SOLD TO:<br>Name:   MODERN PHARMACY LLC<br>Address: 123 ALTON ROAD<br>          MIAMI BEACH  FL 33139<br>Date Purchased & Ref : 03/02/21      01S39944001 | SHIPPED TO:<br>Name:   MODERN PHARMACY LLC<br>Address: 123 ALTON ROAD<br>          MIAMI BEACH FL 33139<br>Date Received & Ref : 03/02/21      01S39944001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

SCSRELATIVITY_0001335873

GX 089.0011

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019046</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**PREZISTA 800MG TAB 30CT, 800 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE, PLASTIC (59676-**

NDC: 59676-0566-30

| Reference Number: | 01I41109 |
|---|---|
| Document Type: | Invoice |
| Reference Date: | 01/14/21 |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 20JG278 | 2 | |
| 20LG416 | 1 | |
| | | |

## (TH) Transaction History

Manufacturer's Name:      JANSSEN
Manufacturer's information 1000 US-202  RARITAN,NJ 08869

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   AMERISOURCEBERGEN DRUG CP | Name:   AMERISOURCEBERGEN DRUG CP |
| Address: 5500 NEW HORIZONS BLVD. | Address: 5500 NEW HORIZONS BLVD. |
| NORTH AMITYVILLE NY 11701-1156 | NORTH AMITYVILLE NY 11701-1156 |
| Date Purchased & Ref : 09/30/19   PO#A141638 | Date Received & Ref : 09/30/19   PO#A141638 |
| SOLD TO: | SHIPPED TO: |
| Name:   AMSTERDAM WELLNESS PHARMA | Name:   AMSTERDAM WELLNESS PHARMA |
| Address: 2091 AMSTERDAM AVE | Address: 2091 AMSTERDAM AVE |
| NEW YORK NY 10032-8210 | NEW YORK NY 10032-8210 |
| Date Purchased & Ref : 11/16/19   PO#20191016 | Date Received & Ref : 11/16/19   PO#20191016 |
| SOLD TO: | SHIPPED TO: |
| Name:   BOULEVARD 9229 LLC | Name:   BOULEVARD 9229 LLC |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref : 12/04/19   PO#01258775 | Date Received & Ref : 12/04/19   PO#01258775 |
| SOLD TO: | SHIPPED TO: |
| Name:   SAFE CHAIN SOLUTIONS, LLC | Name:   SAFE CHAIN SOLUTIONS |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref : 01/04/21   PO#01211295 | Date Received & Ref : 01/05/21   RC#016278 |
| SOLD TO: | SHIPPED TO: |
| Name:   MODERN PHARMACY LLC | Name:   MODERN PHARMACY LLC |
| Address: 123 ALTON ROAD | Address: 123 ALTON ROAD |
| MIAMI BEACH  FL 33139 | MIAMI BEACH FL 33139 |
| Date Purchased & Ref : 01/14/21   01S37411001 | Date Received & Ref : 01/14/21   01S37411001 |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1          of  1          pages.

SCSRELATIVITY_0001335904

GX 089.0012

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019046</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**PREZISTA 800MG TAB 30CT, 800 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE, PLASTIC (59676-**

NDC: 59676-0566-30

Reference Number: __01I41662__
Document Type: __Invoice__
Reference Date: __01/22/21__

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 20DG026 | 1 | |
| 20DG027X | 3 | |
| 20EG104 | 1 | |

### (TH) Transaction History

Manufacturer's Name:     JANSSEN
Manufacturer's information 1000 US-202  RARITAN,NJ 08869

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>        NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  09/30/19      PO#A141638 | Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>        NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :  09/30/19      PO#A141638 |
| SOLD TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>        NEW YORK NY 10032-8210<br>Date Purchased & Ref :  11/16/19      PO#20191016 | SHIPPED TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>        NEW YORK NY 10032-8210<br>Date Received & Ref :  11/16/19      PO#20191016 |
| SOLD TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Purchased & Ref :  12/04/19      PO#01258775 | SHIPPED TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref :  12/04/19      PO#01258775 |
| SOLD TO:<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Purchased & Ref :  01/04/21      PO#01211295 | SHIPPED TO:<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Received & Ref :  01/05/21      RC#016278 |
| SOLD TO:<br>Name:   **MAIN STREET PHARMACY**<br>Address: 667 MAIN STREET<br>        LAUREL MD 20707<br>Date Purchased & Ref :  01/22/21      01S36821001 | SHIPPED TO:<br>Name:   **MAIN STREET PHARMACY**<br>Address: 667 MAIN STREET<br>        LAUREL MD 20707<br>Date Received & Ref :  01/22/21      01S36821001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

SCSRELATIVITY_0001340418

GX 089.0013

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021047</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TRIUMEQ , 600; 50; 300 mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-231-13)**

NDC: 49702-0231-13

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 2T4G | 3 | |
| GW8A | 1 | |
| SE9Y | 1 | |

Reference Number: **01144002**
Document Type: **Invoice**
Reference Date: **03/02/21**

### (TH) Transaction History

Manufacturer's Name:   **VIIV HEALTHCARE**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>        NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  10/14/19     A142385 | Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>        NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :  10/14/19     A142385 |
| Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>        NEW YORK NY 10032-8210<br>Date Purchased & Ref :  11/12/19     20191112 | Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>        NEW YORK NY 10032-8210<br>Date Received & Ref :  11/12/19     20191112 |
| Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref : | Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref : |
| Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Purchased & Ref :  03/01/21     PO#01212108 | Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Received & Ref :  03/02/21     RC#017397 |
| Name:   **TOTAL REMEDY & PRESCRIPTION CENTER**<br>Address: 1234 WILSHIRE BLVD #106<br>        LOS ANGELES CA 90017<br>Date Purchased & Ref :  03/02/21     01S39896002 | Name:   **TOTAL REMEDY & PRESCRIPTION CENTER**<br>Address: 1234 WILSHIRE BLVD #106<br>        LOS ANGELES CA 90017<br>Date Received & Ref :  03/02/21     01S39896002 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  2      pages.

SCSRELATIVITY_0001427772

GX 089.0014

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021047</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TRIUMEQ , 600; 50; 300 mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-231-13)**

NDC: **49702-0231-13**

| Reference Number: | 01144002 |
| Document Type: | Invoice |
| Reference Date: | 03/02/21 |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| SS9N | 1 | |
| V59A | 1 | |
| | | |

### (TH) Transaction History

Manufacturer's Name:   **VIIV HEALTHCARE**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>        NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :   10/14/19      A142385 | Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>        NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :   10/14/19      A142385 |
| SOLD TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>        NEW YORK NY 10032-8210<br>Date Purchased & Ref :   11/12/19      20191112 | SHIPPED TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>        NEW YORK NY 10032-8210<br>Date Received & Ref :   11/12/19      20191112 |
| SOLD TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref : | SHIPPED TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Purchased & Ref :   03/01/21      PO#01212108 | SHIPPED TO:<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Received & Ref :   03/02/21      RC#017397 |
| SOLD TO:<br>Name:   **TOTAL REMEDY & PRESCRIPTION CENTER**<br>Address: 1234 WILSHIRE BLVD #106<br>        LOS ANGELES CA 90017<br>Date Purchased & Ref :   03/02/21      01S39896002 | SHIPPED TO:<br>Name:   **TOTAL REMEDY & PRESCRIPTION CENTER**<br>Address: 1234 WILSHIRE BLVD #106<br>        LOS ANGELES CA 90017<br>Date Received & Ref :   03/02/21      01S39896002 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

SCSRELATIVITY_0001427772

GX 089.0015

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021045</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TIVICAY 50MG TAB 30CT, 50 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-228-13)**

NDC: 49702-0228-13

Reference Number: **01144208**
Document Type: **Invoice**
Reference Date: **03/04/21**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 8N2W | 5 | |
| HC3V | 2 | |
| HC6L | 1 | |

### (TH) Transaction History

Manufacturer's Name:     VIIV HEALTHCARE
Manufacturer's information:

| | |
|---|---|
| SOLD TO:<br>Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>        NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  10/22/19      A142538 | SHIPPED TO:<br>Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>        NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :  10/22/19      A142538 |
| SOLD TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>        NEW YORK NY 10032-8210<br>Date Purchased & Ref :  11/12/19      20191112 | SHIPPED TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>        NEW YORK NY 10032-8210<br>Date Received & Ref :  11/12/19      20191112 |
| SOLD TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Purchased & Ref : | SHIPPED TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Purchased & Ref :  03/01/21      PO#01212108 | SHIPPED TO:<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Received & Ref :  03/02/21      RC#017389 |
| SOLD TO:<br>Name:   **TOTAL REMEDY & PRESCRIPTION CENTER**<br>Address: 1234 WILSHIRE BLVD #106<br>        LOS ANGELES CA 90017<br>Date Purchased & Ref :  03/04/21      01S40160001 | SHIPPED TO:<br>Name:   **TOTAL REMEDY & PRESCRIPTION CENTER**<br>Address: 1234 WILSHIRE BLVD #106<br>        LOS ANGELES CA 90017<br>Date Received & Ref :  03/04/21      01S40160001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  3      pages.

SCSRELATIVITY_0001427772

GX 089.0016

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021045</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TIVICAY 50MG TAB 30CT, 50 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-228-13)**

NDC: 49702-0228-13

Reference Number: **01144208**
Document Type: **Invoice**
Reference Date: **03/04/21**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| PC5C | 1 | |
| PW4Y | 3 | |
| SH7B | 11 | |

### (TH) Transaction History

Manufacturer's Name:    VIIV HEALTHCARE
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:    **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>          NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :   10/22/19      A142538 | Name:    **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>          NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :  10/22/19      A142538 |
| Name:    **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>          NEW YORK NY 10032-8210<br>Date Purchased & Ref :  11/12/19      20191112 | Name:    **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>          NEW YORK NY 10032-8210<br>Date Received & Ref :  11/12/19      20191112 |
| Name:    **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>          REGO PARK NY 11374<br>Date Purchased & Ref : | Name:    **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>          REGO PARK NY 11374<br>Date Received & Ref : |
| Name:    **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>          CAMBRIDGE MD 21613<br>Date Purchased & Ref :   03/01/21      PO#01212108 | Name:    **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>          CAMBRIDGE MD 21613<br>Date Received & Ref :  03/02/21      RC#017389 |
| Name:    **TOTAL REMEDY & PRESCRIPTION CENTER**<br>Address: 1234 WILSHIRE BLVD #106<br>          LOS ANGELES CA 90017<br>Date Purchased & Ref :  03/04/21      01S40160001 | Name:    **TOTAL REMEDY & PRESCRIPTION CENTER**<br>Address: 1234 WILSHIRE BLVD #106<br>          LOS ANGELES CA 90017<br>Date Received & Ref :  03/04/21      01S40160001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

SCSRELATIVITY_0001427772

GX 089.0017

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021045</sup>

### (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: |
|---|
| **TIVICAY 50MG TAB 30CT, 50 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-228-13)** |

NDC: 49702-0228-13

Reference Number:  **01144208**
Document Type:  **Invoice**
Reference Date:  **03/04/21**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| WP4P | 4 | |
| WX8M | 3 | |
| | | |

### (TH) Transaction History

Manufacturer's Name:  **VIIV HEALTHCARE**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:  **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  10/22/19    A142538 | Name:  **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :  10/22/19    A142538 |
| SOLD TO:<br>Name:  **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>NEW YORK NY 10032-8210<br>Date Purchased & Ref :  11/12/19    20191112 | SHIPPED TO:<br>Name:  **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>NEW YORK NY 10032-8210<br>Date Received & Ref :  11/12/19    20191112 |
| SOLD TO:<br>Name:  **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>REGO PARK NY 11374<br>Date Received & Ref : | SHIPPED TO:<br>Name:  **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:  **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>CAMBRIDGE MD 21613<br>Date Purchased & Ref :  03/01/21    PO#01212108 | SHIPPED TO:<br>Name:  **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>CAMBRIDGE MD 21613<br>Date Received & Ref :  03/02/21    RC#017389 |
| SOLD TO:<br>Name:  **TOTAL REMEDY & PRESCRIPTION CENTER**<br>Address: 1234 WILSHIRE BLVD #106<br>LOS ANGELES CA 90017<br>Date Purchased & Ref :  03/04/21    01S40160001 | SHIPPED TO:<br>Name:  **TOTAL REMEDY & PRESCRIPTION CENTER**<br>Address: 1234 WILSHIRE BLVD #106<br>LOS ANGELES CA 90017<br>Date Received & Ref :  03/04/21    01S40160001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 3      of  3      pages.

SCSRELATIVITY_0001427772

GX 089.0018

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021047</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TRIUMEQ , 600; 50; 300 mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-231-13)**

NDC: 49702-0231-13

| Reference Number: | 01144208 |
| Document Type: | Invoice |
| Reference Date: | 03/04/21 |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| GS5E | 7 | |
| GS5G | 9 | |
| RN2K | 3 | |

## (TH) Transaction History

Manufacturer's Name:     VIIV HEALTHCARE
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>       NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  10/14/19      A142385 | Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>       NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :  10/14/19      A142385 |
| SOLD TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>       NEW YORK NY 10032-8210<br>Date Purchased & Ref :  11/12/19      20191112 | SHIPPED TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>       NEW YORK NY 10032-8210<br>Date Received & Ref :  11/12/19      20191112 |
| SOLD TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>       REGO PARK NY 11374<br>Date Purchased & Ref : | SHIPPED TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>       REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>       CAMBRIDGE MD 21613<br>Date Purchased & Ref :  03/01/21      PO#01212108 | SHIPPED TO:<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>       CAMBRIDGE MD 21613<br>Date Received & Ref :  03/02/21      RC#017397 |
| SOLD TO:<br>Name:   **TOTAL REMEDY & PRESCRIPTION CENTER**<br>Address: 1234 WILSHIRE BLVD #106<br>       LOS ANGELES CA 90017<br>Date Purchased & Ref :  03/04/21      01S40160001 | SHIPPED TO:<br>Name:   **TOTAL REMEDY & PRESCRIPTION CENTER**<br>Address: 1234 WILSHIRE BLVD #106<br>       LOS ANGELES CA 90017<br>Date Received & Ref :  03/04/21      01S40160001 |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

SCSRELATIVITY_0001427772

GX 089.0019

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021029</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**SYMTUZA 30CT , 800; 150; 200; 10 mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTL**

NDC: 59676-0800-30

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 20HG203 | 1 | |
| 20HG204 | 6 | |
| 20KG332 | 5 | |

Reference Number:  01144383
Document Type:  Invoice
Reference Date:  03/08/21

## (TH) Transaction History

Manufacturer's Name:  **JANSSEN PRODUCTS**
Manufacturer's information:

| | |
|---|---|
| SOLD TO:<br>Name:  **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>    NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  09/11/19    A141459 | SHIPPED TO:<br>Name:  **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>    NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :  09/11/19    A141459 |
| SOLD TO:<br>Name:  **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>    NEW YORK NY 10032-8210<br>Date Purchased & Ref :  10/30/19    20191030 | SHIPPED TO:<br>Name:  **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>    NEW YORK NY 10032-8210<br>Date Received & Ref :  10/30/19    20191030 |
| SOLD TO:<br>Name:  **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>    REGO PARK NY 11374<br>Date Received & Ref : | SHIPPED TO:<br>Name:  **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>    REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:  **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>    CAMBRIDGE MD 21613<br>Date Purchased & Ref :  03/01/21    PO#01212108 | SHIPPED TO:<br>Name:  **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>    CAMBRIDGE MD 21613<br>Date Received & Ref :  03/02/21    RC#017387 |
| SOLD TO:<br>Name:  **TOTAL REMEDY & PRESCRIPTION CENTER**<br>Address: 1234 WILSHIRE BLVD #106<br>    LOS ANGELES CA 90017<br>Date Purchased & Ref :  03/08/21    01S40305001 | SHIPPED TO:<br>Name:  **TOTAL REMEDY & PRESCRIPTION CENTER**<br>Address: 1234 WILSHIRE BLVD #106<br>    LOS ANGELES CA 90017<br>Date Received & Ref :  03/08/21    01S40305001 |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

SCSRELATIVITY_0001427772

GX 089.0020

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021045</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TIVICAY 50MG TAB 30CT, 50 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-228-13)**

NDC: 49702-0228-13

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 682E | 5 | |
| 682H | 2 | |
| 8L3M | 9 | |

Reference Number: **01144383**
Document Type: **Invoice**
Reference Date: **03/08/21**

### (TH) Transaction History

Manufacturer's Name:    **VIIV HEALTHCARE**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>      NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  10/22/19      A142538 | Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>      NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :  10/22/19      A142538 |
| Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>      NEW YORK NY 10032-8210<br>Date Purchased & Ref :  11/12/19      20191112 | Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>      NEW YORK NY 10032-8210<br>Date Received & Ref :  11/12/19      20191112 |
| Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>      REGO PARK NY 11374<br>Date Received & Ref : | Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>      REGO PARK NY 11374<br>Date Received & Ref : |
| Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>      CAMBRIDGE MD 21613<br>Date Purchased & Ref :  03/01/21      PO#01212108 | Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>      CAMBRIDGE MD 21613<br>Date Received & Ref :  03/02/21      RC#017389 |
| Name:   **TOTAL REMEDY & PRESCRIPTION CENTER**<br>Address: 1234 WILSHIRE BLVD #106<br>      LOS ANGELES CA 90017<br>Date Purchased & Ref :  03/08/21      01S40305001 | Name:   **TOTAL REMEDY & PRESCRIPTION CENTER**<br>Address: 1234 WILSHIRE BLVD #106<br>      LOS ANGELES CA 90017<br>Date Received & Ref :  03/08/21      01S40305001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of 2      pages.

SCSRELATIVITY_0001427772

GX 089.0021

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021045</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TIVICAY 50MG TAB 30CT, 50 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-228-13)**

NDC: 49702-0228-13

| Reference Number: | 01144383 |
|---|---|
| Document Type: | Invoice |
| Reference Date: | 03/08/21 |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| AP7Y | 6 | |
| Y22X | 8 | |
| | | |

### (TH) Transaction History

**Manufacturer's Name:**   VIIV HEALTHCARE
**Manufacturer's information:**

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **AMERISOURCEBERGEN DRUG CP** | Name:   **AMERISOURCEBERGEN DRUG CP** |
| Address: 5500 NEW HORIZONS BLVD. | Address: 5500 NEW HORIZONS BLVD. |
| NORTH AMITYVILLE NY 11701-1156 | NORTH AMITYVILLE NY 11701-1156 |
| Date Purchased & Ref :   10/22/19      A142538 | Date Received & Ref :   10/22/19      A142538 |
| SOLD TO: | SHIPPED TO: |
| Name:   **AMSTERDAM WELLNESS PHARMA** | Name:   **AMSTERDAM WELLNESS PHARMA** |
| Address: 2091 AMSTERDAM AVE | Address: 2091 AMSTERDAM AVE |
| NEW YORK NY 10032-8210 | NEW YORK NY 10032-8210 |
| Date Purchased & Ref :   11/12/19      20191112 | Date Received & Ref :   11/12/19      20191112 |
| SOLD TO: | SHIPPED TO: |
| Name:   **BOULEVARD 9229 LLC** | Name:   **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name:   **SAFE CHAIN SOLUTIONS, LLC** | Name:   **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :   03/01/21      PO#01212108 | Date Received & Ref :   03/02/21      RC#017389 |
| SOLD TO: | SHIPPED TO: |
| Name:   **TOTAL REMEDY & PRESCRIPTION CENTER** | Name:   **TOTAL REMEDY & PRESCRIPTION CENTER** |
| Address: 1234 WILSHIRE BLVD #106 | Address: 1234 WILSHIRE BLVD #106 |
| LOS ANGELES CA 90017 | LOS ANGELES CA 90017 |
| Date Purchased & Ref :   03/08/21      01S40305001 | Date Received & Ref :   03/08/21      01S40305001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 2        of  2         pages.

SCSRELATIVITY_0001427772

GX 089.0022

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021026</sup>

### (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: |
|---|
| **PREZCOBIX TAB 30CT, 800; 150 mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (59676-575-3** |

NDC: 59676-0575-30

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 20LG388 | 8 | |
| | | |
| | | |

Reference Number: **01144444**
Document Type: **Invoice**
Reference Date: **03/08/21**

### (TH) Transaction History

Manufacturer's Name:   **JANSSEN PRODUCTS**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>        NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  09/25/19     A141599 | Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>        NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :  09/25/19     A141599 |
| Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>        NEW YORK NY 10032-8210<br>Date Purchased & Ref :  11/20/19     20191020 | Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>        NEW YORK NY 10032-8210<br>Date Received & Ref :  11/20/19     20191020 |
| Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Purchased & Ref : | Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref : |
| Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Purchased & Ref :  03/01/21     PO#01212108 | Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Received & Ref :  03/01/21     RC#017385 |
| Name:   **TOTAL REMEDY & PRESCRIPTION CENTER**<br>Address: 1234 WILSHIRE BLVD #106<br>        LOS ANGELES CA 90017<br>Date Purchased & Ref :  03/08/21     01S40357002 | Name:   **TOTAL REMEDY & PRESCRIPTION CENTER**<br>Address: 1234 WILSHIRE BLVD #106<br>        LOS ANGELES CA 90017<br>Date Received & Ref :  03/08/21     01S40357002 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1       of  1         pages.

SCSRELATIVITY_0001427772

GX 089.0023

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021029</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**SYMTUZA 30CT , 800; 150; 200; 10 mg/1; mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTL**

NDC: **59676-0800-30**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 20KG322 | 13 | |
| | | |
| | | |

Reference Number: **01144762**
Document Type: **Invoice**
Reference Date: **03/12/21**

### (TH) Transaction History

Manufacturer's Name:     **JANSSEN PRODUCTS**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:    **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>          NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  09/11/19        A141459 | Name:    **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>          NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :  09/11/19        A141459 |
| SOLD TO:<br>Name:    **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>          NEW YORK NY 10032-8210<br>Date Purchased & Ref :  10/30/19        20191030 | SHIPPED TO:<br>Name:    **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>          NEW YORK NY 10032-8210<br>Date Received & Ref :  10/30/19        20191030 |
| SOLD TO:<br>Name:    **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>          REGO PARK NY 11374<br>Date Purchased & Ref : | SHIPPED TO:<br>Name:    **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>          REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:    **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>          CAMBRIDGE MD 21613<br>Date Purchased & Ref :  03/01/21        PO#01212108 | SHIPPED TO:<br>Name:    **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>          CAMBRIDGE MD 21613<br>Date Received & Ref :  03/02/21        RC#017387 |
| SOLD TO:<br>Name:    **TOTAL REMEDY & PRESCRIPTION CENTER**<br>Address: 1234 WILSHIRE BLVD #106<br>          LOS ANGELES CA 90017<br>Date Purchased & Ref :  03/12/21        01S40618001 | SHIPPED TO:<br>Name:    **TOTAL REMEDY & PRESCRIPTION CENTER**<br>Address: 1234 WILSHIRE BLVD #106<br>          LOS ANGELES CA 90017<br>Date Received & Ref :  03/12/21        01S40618001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of 1        pages.

SCSRELATIVITY_0001427772

GX 089.0024

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021045</sup>

### (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: |
|---|
| **TIVICAY 50MG TAB 30CT, 50 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-228-13)** |

NDC: 49702-0228-13

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| FU5E | 17 | |
| GH3U | 5 | |
| | | |

Reference Number: 01144819
Document Type: Invoice
Reference Date: 03/15/21

### (TH) Transaction History

**Manufacturer's Name:** VIIV HEALTHCARE
**Manufacturer's information:**

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: **AMERISOURCEBERGEN DRUG CP** | Name: **AMERISOURCEBERGEN DRUG CP** |
| Address: 5500 NEW HORIZONS BLVD. | Address: 5500 NEW HORIZONS BLVD. |
| NORTH AMITYVILLE NY 11701-1156 | NORTH AMITYVILLE NY 11701-1156 |
| Date Purchased & Ref : 10/22/19    A142538 | Date Received & Ref : 10/22/19    A142538 |
| SOLD TO: | SHIPPED TO: |
| Name: **AMSTERDAM WELLNESS PHARMA** | Name: **AMSTERDAM WELLNESS PHARMA** |
| Address: 2091 AMSTERDAM AVE | Address: 2091 AMSTERDAM AVE |
| NEW YORK NY 10032-8210 | NEW YORK NY 10032-8210 |
| Date Purchased & Ref : 11/12/19    20191112 | Date Received & Ref : 11/12/19    20191112 |
| SOLD TO: | SHIPPED TO: |
| Name: **BOULEVARD 9229 LLC** | Name: **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name: **SAFE CHAIN SOLUTIONS, LLC** | Name: **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref : 03/01/21    PO#01212108 | Date Received & Ref : 03/02/21    RC#017389 |
| SOLD TO: | SHIPPED TO: |
| Name: **TOTAL REMEDY & PRESCRIPTION CENTER** | Name: **TOTAL REMEDY & PRESCRIPTION CENTER** |
| Address: 1234 WILSHIRE BLVD #106 | Address: 1234 WILSHIRE BLVD #106 |
| LOS ANGELES CA 90017 | LOS ANGELES CA 90017 |
| Date Purchased & Ref : 03/15/21    01S40675001 | Date Received & Ref : 03/15/21    01S40675001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of 1      pages.

SCSRELATIVITY_0001427772

GX 089.0025

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021694</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TIVICAY 50MG TAB 30CT, 50 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-228-13)**

NDC: 49702-0228-13

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 682H | 3 | |
| FU5E | 2 | |
| GH3U | 5 | |

Reference Number: **01145710**
Document Type: **Invoice**
Reference Date: **03/26/21**

### (TH) Transaction History

Manufacturer's Name:   **VIIV HEALTHCARE**
Manufacturer's information: **Five Moore Drive  RESEARCH TRIANGLE PARK,NC 27709**

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **AMERISOURCEBERGEN DRUG CP** <br> Address: **5500 NEW HORIZONS BLVD.** <br> **NORTH AMITYVILLE NY 11701-1156** <br> Date Purchased & Ref :  **09/30/19     A141638** | Name:   **AMERISOURCEBERGEN DRUG CP** <br> Address: **5500 NEW HORIZONS BLVD.** <br> **NORTH AMITYVILLE NY 11701-1156** <br> Date Received & Ref :  **09/30/19** |
| Name:   **AMSTERDAM WELLNESS PHARMA** <br> Address: **2091 AMSTERDAM AVE** <br> **NEW YORK NY 10032-8210** <br> Date Purchased & Ref :  **11/06/19     20191106** | Name:   **AMSTERDAM WELLNESS PHARMA** <br> Address: **2091 AMSTERDAM AVE** <br> **NEW YORK NY 10032-8210** <br> Date Received & Ref :  **11/06/19     20191106** |
| Name:   **BOULEVARD 9229 LLC** <br> Address: **9229 QUEENS BLVD** <br> **REGO PARK NY 11374** <br> Date Received & Ref : | Name:   **BOULEVARD 9229 LLC** <br> Address: **9229 QUEENS BLVD** <br> **REGO PARK NY 11374** <br> Date Received & Ref : |
| Name:   **SAFE CHAIN SOLUTIONS, LLC** <br> Address: **822 CHESAPEAKE DR** <br> **CAMBRIDGE MD 21613** <br> Date Purchased & Ref :  **03/19/21     PO#01212358** | Name:   **SAFE CHAIN SOLUTIONS** <br> Address: **822 CHESAPEAKE DR** <br> **CAMBRIDGE MD 21613** <br> Date Received & Ref :  **03/19/21     RC#017738** |
| Name:   **TOTAL REMEDY & PRESCRIPTION CENTER** <br> Address: **1234 WILSHIRE BLVD #106** <br> **LOS ANGELES CA 90017** <br> Date Purchased & Ref :  **03/26/21     01S41410001** | Name:   **TOTAL REMEDY & PRESCRIPTION CENTER** <br> Address: **1234 WILSHIRE BLVD #106** <br> **LOS ANGELES CA 90017** <br> Date Received & Ref :  **03/26/21     01S41410001** |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  2         pages.

SCSRELATIVITY_0001427772

GX 089.0026

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021694</sup>

Doc#00000021694 appears as: Drug Supply Chain Security Act Document Doc#00000021694

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TIVICAY 50MG TAB 30CT, 50 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-228-13)**

NDC: 49702-0228-13

Reference Number: **01145710**
Document Type: **Invoice**
Reference Date: **03/26/21**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| RN2F | 2 | |
| | | |
| | | |

## (TH) Transaction History

Manufacturer's Name:   VIIV HEALTHCARE
Manufacturer's information: Five Moore Drive  RESEARCH TRIANGLE PARK, NC 27709

| | |
|---|---|
| SOLD TO:<br>Name:   AMERISOURCEBERGEN DRUG CP<br>Address: 5500 NEW HORIZONS BLVD.<br>   NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  09/30/19   A141638 | SHIPPED TO:<br>Name:   AMERISOURCEBERGEN DRUG CP<br>Address: 5500 NEW HORIZONS BLVD.<br>   NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :  09/30/19 |
| SOLD TO:<br>Name:   AMSTERDAM WELLNESS PHARMA<br>Address: 2091 AMSTERDAM AVE<br>   NEW YORK NY 10032-8210<br>Date Purchased & Ref :  11/06/19   20191106 | SHIPPED TO:<br>Name:   AMSTERDAM WELLNESS PHARMA<br>Address: 2091 AMSTERDAM AVE<br>   NEW YORK NY 10032-8210<br>Date Received & Ref :  11/06/19   20191106 |
| SOLD TO:<br>Name:   BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>   REGO PARK NY 11374<br>Date Purchased & Ref : | SHIPPED TO:<br>Name:   BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>   REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:   SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>   CAMBRIDGE MD 21613<br>Date Purchased & Ref :  03/19/21   PO#01212358 | SHIPPED TO:<br>Name:   SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>   CAMBRIDGE MD 21613<br>Date Received & Ref :  03/19/21   RC#017738 |
| SOLD TO:<br>Name:   TOTAL REMEDY & PRESCRIPTION CENTER<br>Address: 1234 WILSHIRE BLVD #106<br>   LOS ANGELES CA 90017<br>Date Purchased & Ref :  03/26/21   01S41410001 | SHIPPED TO:<br>Name:   TOTAL REMEDY & PRESCRIPTION CENTER<br>Address: 1234 WILSHIRE BLVD #106<br>   LOS ANGELES CA 90017<br>Date Received & Ref :  03/26/21   01S41410001 |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 2   of  2   pages.

SCSRELATIVITY_0001427772

GX 089.0027

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021694</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TIVICAY 50MG TAB 30CT, 50 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-228-13)**

NDC: 49702-0228-13

Reference Number: __01145286__
Document Type: __Invoice__
Reference Date: __03/22/21__

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| HN9W | 1 | |
| | | |
| | | |

## (TH) Transaction History

Manufacturer's Name:   VIIV HEALTHCARE
Manufacturer's information: Five Moore Drive  RESEARCH TRIANGLE PARK,NC 27709

| SOLD TO:<br>Name:   AMERISOURCEBERGEN DRUG CP<br>Address: 5500 NEW HORIZONS BLVD.<br>       NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  09/30/19      A141638 | SHIPPED TO:<br>Name:   AMERISOURCEBERGEN DRUG CP<br>Address: 5500 NEW HORIZONS BLVD.<br>       NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :  09/30/19 |
|---|---|
| SOLD TO:<br>Name:   AMSTERDAM WELLNESS PHARMA<br>Address: 2091 AMSTERDAM AVE<br>       NEW YORK NY 10032-8210<br>Date Purchased & Ref :  11/06/19      20191106 | SHIPPED TO:<br>Name:   AMSTERDAM WELLNESS PHARMA<br>Address: 2091 AMSTERDAM AVE<br>       NEW YORK NY 10032-8210<br>Date Received & Ref :  11/06/19      20191106 |
| SOLD TO:<br>Name:   BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>       REGO PARK NY 11374<br>Date Received & Ref : | SHIPPED TO:<br>Name:   BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>       REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:   SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>       CAMBRIDGE MD 21613<br>Date Purchased & Ref :  03/19/21      PO#01212358 | SHIPPED TO:<br>Name:   SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>       CAMBRIDGE MD 21613<br>Date Received & Ref :  03/19/21      RC#017738 |
| SOLD TO:<br>Name:   PARK PHARMACY<br>Address: 4811 AMBASSADOR CAFFERY PKWY #101<br>       LAFAYETTE LA 70508<br>Date Purchased & Ref :  03/22/21      01S41075001 | SHIPPED TO:<br>Name:   PARK PHARMACY<br>Address: 4811 AMBASSADOR CAFFERY PKWY #101<br>       LAFAYETTE LA 70508<br>Date Received & Ref :  03/22/21      01S41075001 |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001428073

GX 089.0028

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019034</sup>

## (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: |
|---|
| **ISENTRESS 400MG TAB 60CT, 400 mg/1, TABLET, FILM COATED, 60 TABLET, FILM COATED in 1 BOTTLE (0006-0227-61)** |

**NDC: 00006-0227-61**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| S017036 | 1 | |
| | | |
| | | |

| | |
|---|---|
| Reference Number: | 01140468 |
| Document Type: | Invoice |
| Reference Date: | 01/05/21 |

## (TH) Transaction History

**Manufacturer's Name:**   MERCK SHARP & DOHME
**Manufacturer's information:** 770 SUMNEYTOWN  LANDSDALE,PA 19446

| SOLD TO: | SHIPPED TO: |
|---|---|
| **Name:**   AMERISOURCEBERGEN DRUG CP | **Name:**   AMERISOURCEBERGEN DRUG CP |
| **Address: 5500 NEW HORIZONS BLVD.** | **Address: 5500 NEW HORIZONS BLVD.** |
| **NORTH AMITYVILLE NY 11701-1156** | **NORTH AMITYVILLE NY 11701-1156** |
| **Date Purchased & Ref :** 09/30/19   PO#A141638 | **Date Received & Ref :** 09/30/19   PO#A141638 |
| **SOLD TO:** | **SHIPPED TO:** |
| **Name:**   AMSTERDAM WELLNESS PHARMA | **Name:**   AMSTERDAM WELLNESS PHARMA |
| **Address: 2091 AMSTERDAM AVE** | **Address: 2091 AMSTERDAM AVE** |
| **NEW YORK NY 10032-8210** | **NEW YORK NY 10032-8210** |
| **Date Purchased & Ref :** 11/19/19   PO#20191119 | **Date Received & Ref :** 11/19/19   PO#20191119 |
| **SOLD TO:** | **SHIPPED TO:** |
| **Name:**   BOULEVARD 9229 LLC | **Name:**   BOULEVARD 9229 LLC |
| **Address: 9229 QUEENS BLVD** | **Address: 9229 QUEENS BLVD** |
| **REGO PARK NY 11374** | **REGO PARK NY 11374** |
| **Date Purchased & Ref :**   12/02/19   PO#01258521 | **Date Received & Ref :** 12/02/19   PO#01258521 |
| **SOLD TO:** | **SHIPPED TO:** |
| **Name:**   SAFE CHAIN SOLUTIONS, LLC | **Name:**   SAFE CHAIN SOLUTIONS |
| **Address: 822 CHESAPEAKE DR** | **Address: 822 CHESAPEAKE DR** |
| **CAMBRIDGE MD 21613** | **CAMBRIDGE MD 21613** |
| **Date Purchased & Ref :** 01/04/21   PO#01211295 | **Date Received & Ref :** 01/05/21   RC#016271 |
| **SOLD TO:** | **SHIPPED TO:** |
| **Name:**   424 NEIGHBORHOOD PHARMACY | **Name:**   424 NEIGHBOORHOOD PHARMACY |
| **Address: 424 SUTTER AVENUE** | **Address: 424 SUTTER AVENUE** |
| **BROOKLYN NY 11212** | **BROOKLYN NY 11212** |
| **Date Purchased & Ref :** 01/05/21   01S36830001 | **Date Received & Ref :** 01/05/21   01S36830001 |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001428139

GX 089.0029

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021045</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TIVICAY 50MG TAB 30CT, 50 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-228-13)**

NDC: 49702-0228-13

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| RT6F | 2 | |
| U34X | 1 | |
| | | |

Reference Number: **01I44004**
Document Type: **Invoice**
Reference Date: **03/02/21**

### (TH) Transaction History

Manufacturer's Name:   **VIIV HEALTHCARE**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   **AMERISOURCEBERGEN DRUG CP** <br> Address: 5500 NEW HORIZONS BLVD. <br> NORTH AMITYVILLE NY 11701-1156 <br> Date Purchased & Ref :  10/22/19     A142538 | Name:   **AMERISOURCEBERGEN DRUG CP** <br> Address: 5500 NEW HORIZONS BLVD. <br> NORTH AMITYVILLE NY 11701-1156 <br> Date Received & Ref :  10/22/19     A142538 |
| SOLD TO: <br> Name:   **AMSTERDAM WELLNESS PHARMA** <br> Address: 2091 AMSTERDAM AVE <br> NEW YORK NY 10032-8210 <br> Date Purchased & Ref :  11/12/19     20191112 | SHIPPED TO: <br> Name:   **AMSTERDAM WELLNESS PHARMA** <br> Address: 2091 AMSTERDAM AVE <br> NEW YORK NY 10032-8210 <br> Date Received & Ref :  11/12/19     20191112 |
| SOLD TO: <br> Name:   **BOULEVARD 9229 LLC** <br> Address: 9229 QUEENS BLVD <br> REGO PARK NY 11374 <br> Date Purchased & Ref : | SHIPPED TO: <br> Name:   **BOULEVARD 9229 LLC** <br> Address: 9229 QUEENS BLVD <br> REGO PARK NY 11374 <br> Date Received & Ref : |
| SOLD TO: <br> Name:   **SAFE CHAIN SOLUTIONS, LLC** <br> Address: 822 CHESAPEAKE DR <br> CAMBRIDGE MD 21613 <br> Date Purchased & Ref :  03/01/21     PO#01212108 | SHIPPED TO: <br> Name:   **SAFE CHAIN SOLUTIONS** <br> Address: 822 CHESAPEAKE DR <br> CAMBRIDGE MD 21613 <br> Date Received & Ref :  03/02/21     RC#017389 |
| SOLD TO: <br> Name:   **PROSPERITY PHARMACY MANASSAS** <br> Address: 8644 SUDLEY ROAD #120 <br> MANASSAS VA 20110 <br> Date Purchased & Ref :  03/02/21     01S39929002 | SHIPPED TO: <br> Name:   **PROSPERITY PHARMACY MANASSAS** <br> Address: 8644 SUDLEY ROAD #120 <br> MANASSAS VA 20110 <br> Date Received & Ref :  03/02/21     01S39929002 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of 1      pages.

SCSRELATIVITY_0001428782

GX 089.0030

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021045</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TIVICAY 50MG TAB 30CT, 50 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-228-13)**

NDC: 49702-0228-13

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| LD3H | 4 | |
| LN5D | 1 | |
| RN2F | 1 | |

Reference Number: **01l44881**
Document Type: **Invoice**
Reference Date: **03/15/21**

### (TH) Transaction History

Manufacturer's Name:   **VIIV HEALTHCARE**
Manufacturer's information:

SOLD TO:
Name:   **AMERISOURCEBERGEN DRUG CP**
Address: 5500 NEW HORIZONS BLVD.
   NORTH AMITYVILLE NY 11701-1156
Date Purchased & Ref:   10/22/19      A142538

SHIPPED TO:
Name:   **AMERISOURCEBERGEN DRUG CP**
Address: 5500 NEW HORIZONS BLVD.
   NORTH AMITYVILLE NY 11701-1156
Date Received & Ref:   10/22/19      A142538

SOLD TO:
Name:   **AMSTERDAM WELLNESS PHARMA**
Address: 2091 AMSTERDAM AVE
   NEW YORK NY 10032-8210
Date Purchased & Ref :   11/12/19      20191112

SHIPPED TO:
Name:   **AMSTERDAM WELLNESS PHARMA**
Address: 2091 AMSTERDAM AVE
   NEW YORK NY 10032-8210
Date Received & Ref :   11/12/19      20191112

SOLD TO:
Name:   **BOULEVARD 9229 LLC**
Address: 9229 QUEENS BLVD
   REGO PARK NY 11374
Date Received & Ref :

SHIPPED TO:
Name:   **BOULEVARD 9229 LLC**
Address: 9229 QUEENS BLVD
   REGO PARK NY 11374
Date Received & Ref :

SOLD TO:
Name:   **SAFE CHAIN SOLUTIONS, LLC**
Address: 822 CHESAPEAKE DR
   CAMBRIDGE MD 21613
Date Purchased & Ref :   03/01/21      PO#01212108

SHIPPED TO:
Name:   **SAFE CHAIN SOLUTIONS**
Address: 822 CHESAPEAKE DR
   CAMBRIDGE MD 21613
Date Received & Ref :   03/02/21      RC#017389

SOLD TO:
Name:   **PROSPERITY PHARMACY MANASSAS**
Address: 8644 SUDLEY ROAD #120
   MANASSAS VA 20110
Date Purchased & Ref :   03/15/21      01S40729001

SHIPPED TO:
Name:   **PROSPERITY PHARMACY MANASSAS**
Address: 8644 SUDLEY ROAD #120
   MANASSAS VA 20110
Date Received & Ref :   03/15/21      01S40729001

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of 1      pages.

SCSRELATIVITY_0001428782

GX 089.0031

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021694</sup>

### (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: |
|---|
| **TIVICAY 50MG TAB 30CT, 50 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-228-13)** |

NDC: 49702-0228-13

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 2Y6Y | 1 | |
| 8N2W | 1 | |
| | | |

Reference Number: **01145371**
Document Type: **Invoice**
Reference Date: **03/22/21**

### (TH) Transaction History

Manufacturer's Name:   **VIIV HEALTHCARE**
Manufacturer's information: **Five Moore Drive   RESEARCH TRIANGLE PARK, NC 27709**

| SOLD TO:<br>Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>        NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  09/30/19      A141638 | SHIPPED TO:<br>Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>        NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :  09/30/19 |
|---|---|
| SOLD TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>        NEW YORK NY 10032-8210<br>Date Purchased & Ref :  11/06/19      20191106 | SHIPPED TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>        NEW YORK NY 10032-8210<br>Date Received & Ref :  11/06/19      20191106 |
| SOLD TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref : | SHIPPED TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Purchased & Ref :  03/19/21      PO#01212358 | SHIPPED TO:<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Received & Ref :  03/19/21      RC#017738 |
| SOLD TO:<br>Name:   **PROSPERITY PHARMACY MANASSAS**<br>Address: 8644 SUDLEY ROAD #120<br>        MANASSAS VA 20110<br>Date Purchased & Ref :  03/22/21      01S41169001 | SHIPPED TO:<br>Name:   **PROSPERITY PHARMACY MANASSAS**<br>Address: 8644 SUDLEY ROAD #120<br>        MANASSAS VA 20110<br>Date Received & Ref :  03/22/21      01S41169001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of 1      pages.

SCSRELATIVITY_0001428782

GX 089.0032

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021045</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TIVICAY 50MG TAB 30CT, 50 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-228-13)**

NDC: 49702-0228-13

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| Y22W | 1 | |
| | | |
| | | |

Reference Number: **01144389**
Document Type: **Invoice**
Reference Date: **03/08/21**

### (TH) Transaction History

Manufacturer's Name:   **VIIV HEALTHCARE**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>       NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  10/22/19      A142538 | Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>       NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :  10/22/19      A142538 |
| Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>       NEW YORK NY 10032-8210<br>Date Purchased & Ref :  11/12/19      20191112 | Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>       NEW YORK NY 10032-8210<br>Date Received & Ref :  11/12/19      20191112 |
| Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>       REGO PARK NY 11374<br>Date Purchased & Ref : | Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>       REGO PARK NY 11374<br>Date Received & Ref : |
| Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>       CAMBRIDGE MD 21613<br>Date Purchased & Ref :  03/01/21      PO#01212108 | Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>       CAMBRIDGE MD 21613<br>Date Received & Ref :  03/02/21      RC#017389 |
| Name:   **FIVE POINTS PHARMACY AND WELLNESS**<br>Address: 1108 LAKE DRIVE<br>       COCOA FL 32922<br>Date Purchased & Ref :  03/08/21      01S40344001 | Name:   **FIVE POINTS PHARMACY AND WELLNESS**<br>Address: 1108 LAKE DRIVE<br>       COCOA FL 32922<br>Date Received & Ref :  03/08/21      01S40344001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  1      pages.

SCSRELATIVITY_0001429695

GX 089.0033

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021029</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**SYMTUZA 30CT , 800; 150; 200; 10 mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTL**

NDC: **59676-0800-30**

| Reference Number: | 01145109 |
| Document Type: | Invoice |
| Reference Date: | 03/18/21 |

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 20LG396 | 1 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:   **JANSSEN PRODUCTS**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>        **NORTH AMITYVILLE NY 11701-1156**<br>Date Purchased & Ref :  **09/11/19      A141459** | Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>        **NORTH AMITYVILLE NY 11701-1156**<br>Date Received & Ref :  **09/11/19      A141459** |
| SOLD TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>        **NEW YORK NY 10032-8210**<br>Date Purchased & Ref :  **10/30/19      20191030** | SHIPPED TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>        **NEW YORK NY 10032-8210**<br>Date Received & Ref :  **10/30/19      20191030** |
| SOLD TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>        **REGO PARK NY 11374**<br>Date Received & Ref : | SHIPPED TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>        **REGO PARK NY 11374**<br>Date Received & Ref : |
| SOLD TO:<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: **822 CHESAPEAKE DR**<br>        **CAMBRIDGE MD 21613**<br>Date Purchased & Ref :  **03/01/21      PO#01212108** | SHIPPED TO:<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: **822 CHESAPEAKE DR**<br>        **CAMBRIDGE MD 21613**<br>Date Received & Ref :  **03/02/21      RC#017387** |
| SOLD TO:<br>Name:   **FIVE POINTS PHARMACY AND WELLNESS**<br>Address: **1108 LAKE DRIVE**<br>        **COCOA FL 32922**<br>Date Purchased & Ref :  **03/18/21      01S40961001** | SHIPPED TO:<br>Name:   **FIVE POINTS PHARMACY AND WELLNESS**<br>Address: **1108 LAKE DRIVE**<br>        **COCOA FL 32922**<br>Date Received & Ref :  **03/18/21      01S40961001** |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1          pages.

SCSRELATIVITY_0001429698

GX 089.0034

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021010</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**DOVATO TAB 30CT, 50; 300 mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-246-13)**

NDC: **49702-0246-13**

Reference Number: **01I43942**
Document Type: **Invoice**
Reference Date: **03/01/21**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 8L4J | 1 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:   **VIIV HEALTHCARE**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>           NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :   09/20/19       A141528 | Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>           NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :   09/20/19       A141528 |
| SOLD TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>           NEW YORK NY 10032-8210<br>Date Purchased & Ref :   10/16/19       20191016 | SHIPPED TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>           NEW YORK NY 10032-8210<br>Date Received & Ref :   10/16/19       20191016 |
| SOLD TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>           REGO PARK NY 11374<br>Date Received & Ref : | SHIPPED TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>           REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>           CAMBRIDGE MD 21613<br>Date Purchased & Ref :   03/01/21       PO#01212108 | SHIPPED TO:<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>           CAMBRIDGE MD 21613<br>Date Received & Ref :   03/01/21       RC#017381 |
| SOLD TO:<br>Name:   **PRESTIGE SPECIALTY PHARMACY**<br>Address: 3739 15 MILE ROAD<br>           STERLING HEIGHTS MI 48310<br>Date Purchased & Ref :   03/01/21       01S39411001 | SHIPPED TO:<br>Name:   **PRESTIGE SPECIALTY PHARMACY**<br>Address: 3739 15 MILE ROAD<br>           STERLING HEIGHTS MI 48310<br>Date Received & Ref :   03/01/21       01S39411001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1       of  1       pages.

SCSRELATIVITY_0001430289

GX 089.0035

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000017997</sup>

## (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: | | |
|---|---|---|
| **MAVYRET TAB 84CT,** | | |

NDC: **00074-2625-28**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| **1113975** | **1** | |
| | | |
| | | |

Reference Number: **01I39754**
Document Type: **Invoice**
Reference Date: **12/18/20**

## (TH) Transaction History

Manufacturer's Name:    **ABBVIE**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:    **AMERISOURCEBERGEN DRUG CP** | Name:    **AMERISOURCEBERGEN DRUG CP** |
| Address: **5500 NEW HORIZONS BLVD.** | Address: **5500 NEW HORIZONS BLVD.** |
| **NORTH AMITYVILLE NY 11701-1156** | **NORTH AMITYVILLE NY 11701-1156** |
| Date Purchased & Ref :  **09/20/19      PO#A141528** | Date Received & Ref :  **09/20/19      PO#A141528** |
| SOLD TO: | SHIPPED TO: |
| Name:    **AMSTERDAM WELLNESS PHARMA** | Name:    **AMSTERDAM WELLNESS PHARMA** |
| Address: **2091 AMSTERDAM AVE** | Address: **2091 AMSTERDAM AVE** |
| **NEW YORK NY 10032-8210** | **NEW YORK NY 10032-8210** |
| Date Purchased & Ref :  **11/12/19      PO#20191112** | Date Received & Ref :  **11/12/19      PO#20191112** |
| SOLD TO: | SHIPPED TO: |
| Name:    **BOULEVARD 9229 LLC** | Name:    **BOULEVARD 9229 LLC** |
| Address: **9229 QUEENS BLVD** | Address: **9229 QUEENS BLVD** |
| **REGO PARK NY 11374** | **REGO PARK NY 11374** |
| Date Purchased & Ref :   **12/08/19      PO#01262122** | Date Received & Ref :  **12/08/19      PO#01262122** |
| SOLD TO: | SHIPPED TO: |
| Name:    **SAFE CHAIN SOLUTIONS, LLC** | Name:    **SAFE CHAIN SOLUTIONS** |
| Address: **822 CHESAPEAKE DR** | Address: **822 CHESAPEAKE DR** |
| **CAMBRIDGE MD 21613** | **CAMBRIDGE MD 21613** |
| Date Purchased & Ref :  **12/01/20      PO#01210838** | Date Received & Ref :  **12/02/20      RC#015588** |
| SOLD TO: | SHIPPED TO: |
| Name:    **SRX SPECIALTY CARE PHARMACY** | Name:    **SRX SPECIALTY CARE PHARMACY** |
| Address: **3412 W 13 MILE RD** | Address: **3412 W 13 MILE RD** |
| **ROYAL OAK  MI 48073** | **ROYAL OAK MI 48073** |
| Date Purchased & Ref :  **12/18/20      01S36185001** | Date Received & Ref :  **12/18/20      01S36185001** |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001430782

GX 089.0036

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000017350</sup>

### (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: | | |
|---|---|---|
| **MAVYRET TAB 84CT,** | | |

NDC: **00074-2625-28**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 1116056 | 1 | |
| | | |
| | | |

Reference Number: **01I40619**
Document Type: **Invoice**
Reference Date: **01/06/21**

### (TH) Transaction History

Manufacturer's Name:     AbbVie, Inc
Manufacturer's information:1400 Sheridan Rd  North Chicago,IL 60064

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **AMERISOURCEBERGEN DRUG CP** | Name:   **AMERISOURCEBERGEN DRUG CP** |
| Address: 5500 NEW HORIZONS BLVD. | Address: 5500 NEW HORIZONS BLVD. |
| NORTH AMITYVILLE NY 11701-1156 | NORTH AMITYVILLE NY 11701-1156 |
| Date Purchased & Ref :  09/24/19     PO#A141585 | Date Received & Ref :  09/24/19     PO#A141585 |
| SOLD TO: | SHIPPED TO: |
| Name:   **AMSTERDAM WELLNESS PHARMA** | Name:   **AMSTERDAM WELLNESS PHARMA** |
| Address: 2091 AMSTERDAM AVE | Address: 2091 AMSTERDAM AVE |
| NEW YORK NY 10032-8210 | NEW YORK NY 10032-8210 |
| Date Purchased & Ref :  11/14/19     PO#20191014 | Date Received & Ref :  11/14/19     PO#20191014 |
| SOLD TO: | SHIPPED TO: |
| Name:   **BOULEVARD 9229 LLC** | Name:   **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref :  12/02/19     PO#01258521 | Date Received & Ref :  12/02/19     PO#01258521 |
| SOLD TO: | SHIPPED TO: |
| Name:   **SAFE CHAIN SOLUTIONS, LLC** | Name:   **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  11/06/20     PO#01210524 | Date Received & Ref :  11/09/20     RC#015151 |
| SOLD TO: | SHIPPED TO: |
| Name:   **SRX SPECIALTY CARE PHARMACY** | Name:   **SRX SPECIALTY CARE PHARMACY** |
| Address: 3412 W 13 MILE RD | Address: 3412 W 13 MILE RD |
| ROYAL OAK  MI 48073 | ROYAL OAK MI 48073 |
| Date Purchased & Ref :  01/06/21     01S36962001 | Date Received & Ref :  01/06/21     01S36962001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1         pages.

SCSRELATIVITY_0001430782

GX 089.0037

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000017997</sup>

## (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: |
|---|
| **MAVYRET TAB 84CT,** |

NDC: 00074-2625-28

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 1118349 | 2 | |
| | | |
| | | |

Reference Number:  **01I40619**
Document Type:  **Invoice**
Reference Date:  **01/06/21**

## (TH) Transaction History

Manufacturer's Name:  **ABBVIE**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:  **AMERISOURCEBERGEN DRUG CP** | Name:  **AMERISOURCEBERGEN DRUG CP** |
| Address: 5500 NEW HORIZONS BLVD. | Address: 5500 NEW HORIZONS BLVD. |
| NORTH AMITYVILLE, IN 11701-1156 | NORTH AMITYVILLE, IN 11701-1156 |
| Date Purchased & Ref :  09/20/19      PO#A141528 | Date Received & Ref :  09/20/19      PO#A141528 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:  **AMSTERDAM WELLNESS PHARMA** | Name:  **AMSTERDAM WELLNESS PHARMA** |
| Address: 2091 AMSTERDAM AVE | Address: 2091 AMSTERDAM AVE |
| NEW YORK NY 10032-8210 | NEW YORK NY 10032-8210 |
| Date Purchased & Ref :  11/12/19      PO#20191112 | Date Received & Ref :  11/12/19      PO#20191112 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:  **BOULEVARD 9229 LLC** | Name:  **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref :  12/08/19      PO#01262122 | Date Received & Ref :  12/08/19      PO#01262122 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:  **SAFE CHAIN SOLUTIONS, LLC** | Name:  **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  12/01/20      PO#01210838 | Date Received & Ref :  12/02/20      RC#015588 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:  **SRX SPECIALTY CARE PHARMACY** | Name:  **SRX SPECIALTY CARE PHARMACY** |
| Address: 3412 W 13 MILE RD | Address: 3412 W 13 MILE RD |
| ROYAL OAK  MI 48073 | ROYAL OAK MI 48073 |
| Date Purchased & Ref :  01/06/21      01S36962001 | Date Received & Ref :  01/06/21      01S36962001 |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  1      pages.

SCSRELATIVITY_0001430782

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021045</sup>

### (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: |
|---|
| **TIVICAY 50MG TAB 30CT, 50 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-228-13)** |

NDC: 49702-0228-13

Reference Number: **01144135**
Document Type: **Invoice**
Reference Date: **03/03/21**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| CG8M | 1 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:     VIIV HEALTHCARE
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:     AMERISOURCEBERGEN DRUG CP<br>Address: 5500 NEW HORIZONS BLVD.<br>          NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :   10/22/19      A142538 | Name:     AMERISOURCEBERGEN DRUG CP<br>Address: 5500 NEW HORIZONS BLVD.<br>          NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :   10/22/19      A142538 |
| SOLD TO:<br>Name:     AMSTERDAM WELLNESS PHARMA<br>Address: 2091 AMSTERDAM AVE<br>          NEW YORK NY 10032-8210<br>Date Purchased & Ref :   11/12/19      20191112 | SHIPPED TO:<br>Name:     AMSTERDAM WELLNESS PHARMA<br>Address: 2091 AMSTERDAM AVE<br>          NEW YORK NY 10032-8210<br>Date Received & Ref :   11/12/19      20191112 |
| SOLD TO:<br>Name:     BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>          REGO PARK NY 11374<br>Date Purchased & Ref : | SHIPPED TO:<br>Name:     BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>          REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:     SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>          CAMBRIDGE MD 21613<br>Date Purchased & Ref :   03/01/21      PO#01212108 | SHIPPED TO:<br>Name:     SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>          CAMBRIDGE MD 21613<br>Date Received & Ref :   03/02/21      RC#017389 |
| SOLD TO:<br>Name:     OTHELLO STATION PHARMACY<br>Address: 4219 S OTHELLO ST. #105F<br>          SEATTLE WA 98118<br>Date Purchased & Ref :   03/03/21      01S40082001 | SHIPPED TO:<br>Name:     OTHELLO STATION PHARMACY<br>Address: 4219 S OTHELLO ST. #105F<br>          SEATTLE WA 98118<br>Date Received & Ref :   03/03/21      01S40082001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  1      pages.

SCSRELATIVITY_0001431343

GX 089.0039

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021694</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TIVICAY 50MG TAB 30CT, 50 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-228-13)**

NDC: 49702-0228-13

Reference Number: **01145572**
Document Type: **Invoice**
Reference Date: **03/25/21**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| SY7D | 2 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:   **VIIV HEALTHCARE**
Manufacturer's information **Five Moore Drive  RESEARCH TRIANGLE PARK,NC 27709**

| | |
|---|---|
| SOLD TO:<br>Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>        **NORTH AMITYVILLE NY 11701-1156**<br>Date Purchased & Ref :  **09/30/19      A141638** | SHIPPED TO:<br>Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>        **NORTH AMITYVILLE NY 11701-1156**<br>Date Received & Ref :  **09/30/19** |
| SOLD TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>        **NEW YORK NY 10032-8210**<br>Date Purchased & Ref :  **11/06/19      20191106** | SHIPPED TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>        **NEW YORK NY 10032-8210**<br>Date Received & Ref :  **11/06/19      20191106** |
| SOLD TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>        **REGO PARK NY 11374**<br>Date Received & Ref : | SHIPPED TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>        **REGO PARK NY 11374**<br>Date Received & Ref : |
| SOLD TO:<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: **822 CHESAPEAKE DR**<br>        **CAMBRIDGE MD 21613**<br>Date Purchased & Ref :  **03/19/21      PO#01212358** | SHIPPED TO:<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: **822 CHESAPEAKE DR**<br>        **CAMBRIDGE MD 21613**<br>Date Received & Ref :  **03/19/21      RC#017738** |
| SOLD TO:<br>Name:   **OTHELLO STATION PHARMACY**<br>Address: **4219 S OTHELLO ST. #105F**<br>        **SEATTLE WA 98118**<br>Date Purchased & Ref :  **03/25/21      01S41371001** | SHIPPED TO:<br>Name:   **OTHELLO STATION PHARMACY**<br>Address: **4219 S OTHELLO ST. #105F**<br>        **SEATTLE WA 98118**<br>Date Received & Ref :  **03/25/21      01S41371001** |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

SCSRELATIVITY_0001431344

GX 089.0040

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021694</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TIVICAY 50MG TAB 30CT, 50 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-228-13)**

NDC: 49702-0228-13

Reference Number: **01145792**
Document Type: **Invoice**
Reference Date: **03/29/21**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| LN5D | 1 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:   **VIIV HEALTHCARE**
Manufacturer's information **Five Moore Drive   RESEARCH TRIANGLE PARK, NC 27709**

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   **AMERISOURCEBERGEN DRUG CP** | Name:   **AMERISOURCEBERGEN DRUG CP** |
| Address: **5500 NEW HORIZONS BLVD.** | Address: **5500 NEW HORIZONS BLVD.** |
| **NORTH AMITYVILLE NY 11701-1156** | **NORTH AMITYVILLE NY 11701-1156** |
| Date Purchased & Ref :   **09/30/19      A141638** | Date Received & Ref :   **09/30/19** |
| SOLD TO: | SHIPPED TO: |
| Name:   **AMSTERDAM WELLNESS PHARMA** | Name:   **AMSTERDAM WELLNESS PHARMA** |
| Address: **2091 AMSTERDAM AVE** | Address: **2091 AMSTERDAM AVE** |
| **NEW YORK NY 10032-8210** | **NEW YORK NY 10032-8210** |
| Date Purchased & Ref :   **11/06/19      20191106** | Date Received & Ref :   **11/06/19      20191106** |
| SOLD TO: | SHIPPED TO: |
| Name:   **BOULEVARD 9229 LLC** | Name:   **BOULEVARD 9229 LLC** |
| Address: **9229 QUEENS BLVD** | Address: **9229 QUEENS BLVD** |
| **REGO PARK NY 11374** | **REGO PARK NY 11374** |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name:   **SAFE CHAIN SOLUTIONS, LLC** | Name:   **SAFE CHAIN SOLUTIONS** |
| Address: **822 CHESAPEAKE DR** | Address: **822 CHESAPEAKE DR** |
| **CAMBRIDGE MD 21613** | **CAMBRIDGE MD 21613** |
| Date Purchased & Ref :   **03/19/21      PO#01212358** | Date Received & Ref :   **03/19/21      RC#017738** |
| SOLD TO: | SHIPPED TO: |
| Name:   **OTHELLO STATION PHARMACY** | Name:   **OTHELLO STATION PHARMACY** |
| Address: **4219 S OTHELLO ST. #105F** | Address: **4219 S OTHELLO ST. #105F** |
| **SEATTLE WA 98118** | **SEATTLE WA 98118** |
| Date Purchased & Ref :   **03/29/21      01S41525001** | Date Received & Ref :   **03/29/21      01S41525001** |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  1      pages.

SCSRELATIVITY_0001431346

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019046</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**PREZISTA 800MG TAB 30CT, 800 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE, PLASTIC (59676-**

NDC: 59676-0566-30

Reference Number: **01141109**
Document Type: **Invoice**
Reference Date: **01/14/21**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 20JG278 | 2 | |
| 20LG416 | 1 | |
| | | |

## (TH) Transaction History

Manufacturer's Name:     JANSSEN
Manufacturer's information 1000 US-202  RARITAN, NJ 08869

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>         NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  09/30/19    PO#A141638 | Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>         NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :  09/30/19    PO#A141638 |
| SOLD TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>         NEW YORK NY 10032-8210<br>Date Purchased & Ref :  11/16/19    PO#20191016 | SHIPPED TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>         NEW YORK NY 10032-8210<br>Date Received & Ref :  11/16/19    PO#20191016 |
| SOLD TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>         REGO PARK NY 11374<br>Date Purchased & Ref :  12/04/19    PO#01258775 | SHIPPED TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>         REGO PARK NY 11374<br>Date Received & Ref :  12/04/19    PO#01258775 |
| SOLD TO:<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>         CAMBRIDGE MD 21613<br>Date Purchased & Ref :  01/04/21    PO#01211295 | SHIPPED TO:<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>         CAMBRIDGE MD 21613<br>Date Received & Ref :  01/05/21    RC#016278 |
| SOLD TO:<br>Name:   **MODERN PHARMACY LLC**<br>Address: 123 ALTON ROAD<br>         MIAMI BEACH  FL 33139<br>Date Purchased & Ref :  01/14/21    01S37411001 | SHIPPED TO:<br>Name:   **MODERN PHARMACY LLC**<br>Address: 123 ALTON ROAD<br>         MIAMI BEACH FL 33139<br>Date Received & Ref :  01/14/21    01S37411001 |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001431541

GX 089.0042

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021029</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**SYMTUZA 30CT , 800; 150; 200; 10 mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTL**

NDC: 59676-0800-30

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 19JG484 | 1 | |
| | | |
| | | |

Reference Number: **01144003**
Document Type: **Invoice**
Reference Date: **03/02/21**

## (TH) Transaction History

Manufacturer's Name:    **JANSSEN PRODUCTS**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>        NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  09/11/19      A141459 | Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>        NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :  09/11/19      A141459 |
| Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>        NEW YORK NY 10032-8210<br>Date Purchased & Ref :  10/30/19      20191030 | Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>        NEW YORK NY 10032-8210<br>Date Received & Ref :  10/30/19      20191030 |
| Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref : | Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref : |
| Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Purchased & Ref :  03/01/21      PO#01212108 | Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Received & Ref :  03/02/21      RC#017387 |
| Name:   **MODERN PHARMACY LLC**<br>Address: 123 ALTON ROAD<br>        MIAMI BEACH  FL 33139<br>Date Purchased & Ref :  03/02/21      01S39944001 | Name:   **MODERN PHARMACY LLC**<br>Address: 123 ALTON ROAD<br>        MIAMI BEACH FL 33139<br>Date Received & Ref :  03/02/21      01S39944001 |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1         pages.

SCSRELATIVITY_0001431572

GX 089.0043

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021694</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TIVICAY 50MG TAB 30CT, 50 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-228-13)**

NDC: 49702-0228-13

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| TS4P | 1 | |
| | | |
| | | |

Reference Number:  **01145330**
Document Type:  **Invoice**
Reference Date:  **03/22/21**

### (TH) Transaction History

Manufacturer's Name:  **VIIV HEALTHCARE**
Manufacturer's information: **Five Moore Drive  RESEARCH TRIANGLE PARK,NC 27709**

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:  **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>**NORTH AMITYVILLE NY 11701-1156**<br>Date Purchased & Ref :  **09/30/19**      **A141638** | Name:  **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>**NORTH AMITYVILLE NY 11701-1156**<br>Date Received & Ref :  **09/30/19** |
| Name:  **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>**NEW YORK NY 10032-8210**<br>Date Purchased & Ref :  **11/06/19**      **20191106** | Name:  **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>**NEW YORK NY 10032-8210**<br>Date Received & Ref :  **11/06/19**      **20191106** |
| Name:  **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>**REGO PARK NY 11374**<br>Date Received & Ref : | Name:  **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>**REGO PARK NY 11374**<br>Date Received & Ref : |
| Name:  **SAFE CHAIN SOLUTIONS, LLC**<br>Address: **822 CHESAPEAKE DR**<br>**CAMBRIDGE MD 21613**<br>Date Purchased & Ref :  **03/19/21**      **PO#01212358** | Name:  **SAFE CHAIN SOLUTIONS**<br>Address: **822 CHESAPEAKE DR**<br>**CAMBRIDGE MD 21613**<br>Date Received & Ref :  **03/19/21**      **RC#017738** |
| Name:  **MODERN PHARMACY LLC**<br>Address: **123 ALTON ROAD**<br>**MIAMI BEACH  FL 33139**<br>Date Purchased & Ref :  **03/22/21**      **01S41115001** | Name:  **MODERN PHARMACY LLC**<br>Address: **123 ALTON ROAD**<br>**MIAMI BEACH FL 33139**<br>Date Received & Ref :  **03/22/21**      **01S41115001** |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1       of 1       pages.

SCSRELATIVITY_0001431580

GX 089.0044

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021029</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**SYMTUZA 30CT , 800; 150; 200; 10 mg/1; mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTL**

NDC: 59676-0800-30

Reference Number: **01144866**
Document Type: **Invoice**
Reference Date: **03/15/21**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 20LG374X   | 1        |                 |
|            |          |                 |
|            |          |                 |

### (TH) Transaction History

Manufacturer's Name:   **JANSSEN PRODUCTS**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>        NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  09/11/19      A141459 | Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>        NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :  09/11/19      A141459 |
| Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>        NEW YORK NY 10032-8210<br>Date Purchased & Ref :  10/30/19      20191030 | Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>        NEW YORK NY 10032-8210<br>Date Received & Ref :  10/30/19      20191030 |
| Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Purchased & Ref : | Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref : |
| Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Purchased & Ref :  03/01/21      PO#01212108 | Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Received & Ref :  03/02/21      RC#017387 |
| Name:   **LIN PHARMACY INC**<br>Address: 22404 LINDEN BLVD<br>        CAMBRIA HEIGHTS NY 11411<br>Date Purchased & Ref :  03/15/21      01S40720001 | Name:   **LIN PHARMACY INC**<br>Address: 22404 LINDEN BLVD<br>        CAMBRIA HEIGHTS NY 11411<br>Date Received & Ref :  03/15/21      01S40720001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  1      pages.

SCSRELATIVITY_0001431750

GX 089.0045

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021690</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**PREZISTA 800MG TAB 30CT, 800 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE, PLASTIC (59676-**

NDC: 59676-0566-30

| Reference Number: | 01145235 |
| Document Type: | Invoice |
| Reference Date: | 03/19/21 |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| KAL0900 | 1 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:    JANSSEN
Manufacturer's information 1000 US-202  RARITAN,NJ 08869

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:  **AMERISOURCEBERGEN DRUG CP** | Name:  **AMERISOURCEBERGEN DRUG CP** |
| Address: 5500 NEW HORIZONS BLVD. | Address: 5500 NEW HORIZONS BLVD. |
| NORTH AMITYVILLE NY 11701-1156 | NORTH AMITYVILLE NY 11701-1156 |
| Date Purchased & Ref :  10/21/19    A142434 | Date Received & Ref :  10/21/19    A142434 |
| SOLD TO: | SHIPPED TO: |
| Name:  **AMSTERDAM WELLNESS PHARMA** | Name:  **AMSTERDAM WELLNESS PHARMA** |
| Address: 2091 AMSTERDAM AVE | Address: 2091 AMSTERDAM AVE |
| NEW YORK NY 10032-8210 | NEW YORK NY 10032-8210 |
| Date Purchased & Ref :  11/19/19    20191111 | Date Received & Ref :  11/19/19    20191111 |
| SOLD TO: | SHIPPED TO: |
| Name:  **BOULEVARD 9229 LLC** | Name:  **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name:  **SAFE CHAIN SOLUTIONS, LLC** | Name:  **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  03/19/21    PO#01212358 | Date Received & Ref :  03/19/21    RC#017730 |
| SOLD TO: | SHIPPED TO: |
| Name:  **LIN PHARMACY INC** | Name:  **LIN PHARMACY INC** |
| Address: 22404 LINDEN BLVD | Address: 22404 LINDEN BLVD |
| CAMBRIA HEIGHTS NY 11411 | CAMBRIA HEIGHTS NY 11411 |
| Date Purchased & Ref :  03/19/21    01S40720002 | Date Received & Ref :  03/19/21    01S40720002 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001431750

GX 089.0046

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019034</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**ISENTRESS 400MG TAB 60CT, 400 mg/1, TABLET, FILM COATED, 60 TABLET, FILM COATED in 1 BOTTLE (0006-0227-61)**

NDC: **00006-0227-61**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| T032792 | 3 | |
| | | |
| | | |

Reference Number: **01140590**
Document Type: **Invoice**
Reference Date: **01/06/21**

### (TH) Transaction History

Manufacturer's Name:   **MERCK SHARP & DOHME**
Manufacturer's information **770 SUMNEYTOWN  LANDSDALE,PA 19446**

| | |
|---|---|
| SOLD TO:<br>Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>**NORTH AMITYVILLE NY 11701-1156**<br>Date Purchased & Ref :  **09/30/19       PO#A141638** | SHIPPED TO:<br>Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>**NORTH AMITYVILLE NY 11701-1156**<br>Date Received & Ref :  **09/30/19       PO#A141638** |
| SOLD TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>**NEW YORK NY 10032-8210**<br>Date Purchased & Ref :  **11/19/19       PO#20191119** | SHIPPED TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>**NEW YORK NY 10032-8210**<br>Date Received & Ref :  **11/19/19       PO#20191119** |
| SOLD TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>**REGO PARK NY 11374**<br>Date Purchased & Ref :   **12/02/19       PO#01258521** | SHIPPED TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>**REGO PARK NY 11374**<br>Date Received & Ref :  **12/02/19       PO#01258521** |
| SOLD TO:<br>Name:    **SAFE CHAIN SOLUTIONS, LLC**<br>Address: **822 CHESAPEAKE DR**<br>**CAMBRIDGE MD 21613**<br>Date Purchased & Ref :  **01/04/21       PO#01211295** | SHIPPED TO:<br>Name:    **SAFE CHAIN SOLUTIONS**<br>Address: **822 CHESAPEAKE DR**<br>**CAMBRIDGE MD 21613**<br>Date Received & Ref :  **01/05/21       RC#016271** |
| SOLD TO:<br>Name:   **MEADOW DRUGS AND SURGICALS**<br>Address: **353 NEWBRIDGE RD**<br>**EAST MEADOW NY 11554**<br>Date Purchased & Ref :  **01/06/21       01S36759002** | SHIPPED TO:<br>Name:   **MEADOW DRUGS AND SURGICALS**<br>Address: **353 NEWBRIDGE RD**<br>**EAST MEADOW NY 11554**<br>Date Received & Ref :  **01/06/21       01S36759002** |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1          pages.

SCSRELATIVITY_0001432630

GX 089.0047

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021690</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**PREZISTA 800MG TAB 30CT, 800 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE, PLASTIC (59676-**

NDC: **59676-0566-30**

Reference Number: **01145251**
Document Type: **Invoice**
Reference Date: **03/19/21**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| KAL0900 | 1 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:   **JANSSEN**
Manufacturer's information **1000 US-202  RARITAN,NJ 08869**

| SOLD TO:<br>Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>          **NORTH AMITYVILLE NY 11701-1156**<br>Date Purchased & Ref :  **10/21/19       A142434** | SHIPPED TO:<br>Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>          **NORTH AMITYVILLE NY 11701-1156**<br>Date Received & Ref :  **10/21/19       A142434** |
|---|---|
| SOLD TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>          **NEW YORK NY 10032-8210**<br>Date Purchased & Ref :  **11/19/19       20191111** | SHIPPED TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>          **NEW YORK NY 10032-8210**<br>Date Received & Ref :  **11/19/19       20191111** |
| SOLD TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>          **REGO PARK NY 11374**<br>Date Received & Ref : | SHIPPED TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>          **REGO PARK NY 11374**<br>Date Received & Ref : |
| SOLD TO:<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: **822 CHESAPEAKE DR**<br>          **CAMBRIDGE MD 21613**<br>Date Purchased & Ref :  **03/19/21       PO#01212358** | SHIPPED TO:<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: **822 CHESAPEAKE DR**<br>          **CAMBRIDGE MD 21613**<br>Date Received & Ref :  **03/19/21       RC#017730** |
| SOLD TO:<br>Name:   **MEADOW DRUGS AND SURGICALS**<br>Address: **353 NEWBRIDGE RD**<br>          **EAST MEADOW NY 11554**<br>Date Purchased & Ref :  **03/19/21       01S40730002** | SHIPPED TO:<br>Name:   **MEADOW DRUGS AND SURGICALS**<br>Address: **353 NEWBRIDGE RD**<br>          **EAST MEADOW NY 11554**<br>Date Received & Ref :  **03/19/21       01S40730002** |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1       of  1       pages.

SCSRELATIVITY_0001432630

GX 089.0048

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019046</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**PREZISTA 800MG TAB 30CT, 800 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE, PLASTIC (59676-**

NDC: 59676-0566-30

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 20HG207 | 3 | |
| 20JG277 | 1 | |
| | | |

Reference Number: **01140620**
Document Type: **Invoice**
Reference Date: **01/06/21**

### (TH) Transaction History

Manufacturer's Name:   **JANSSEN**
Manufacturer's information **1000 US-202  RARITAN,NJ 08869**

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:  **AMERISOURCEBERGEN DRUG CP** <br> Address: **5500 NEW HORIZONS BLVD.** <br> **NORTH AMITYVILLE NY 11701-1156** <br> Date Purchased & Ref :  **09/30/19     PO#A141638** | Name:  **AMERISOURCEBERGEN DRUG CP** <br> Address: **5500 NEW HORIZONS BLVD.** <br> **NORTH AMITYVILLE NY 11701-1156** <br> Date Received & Ref :  **09/30/19     PO#A141638** |
| SOLD TO: <br> Name:  **AMSTERDAM WELLNESS PHARMA** <br> Address: **2091 AMSTERDAM AVE** <br> **NEW YORK NY 10032-8210** <br> Date Purchased & Ref :  **11/16/19     PO#20191016** | SHIPPED TO: <br> Name:  **AMSTERDAM WELLNESS PHARMA** <br> Address: **2091 AMSTERDAM AVE** <br> **NEW YORK NY 10032-8210** <br> Date Received & Ref :  **11/16/19     PO#20191016** |
| SOLD TO: <br> Name:  **BOULEVARD 9229 LLC** <br> Address: **9229 QUEENS BLVD** <br> **REGO PARK NY 11374** <br> Date Purchased & Ref :  **12/04/19     PO#01258775** | SHIPPED TO: <br> Name:  **BOULEVARD 9229 LLC** <br> Address: **9229 QUEENS BLVD** <br> **REGO PARK NY 11374** <br> Date Received & Ref :  **12/04/19     PO#01258775** |
| SOLD TO: <br> Name:  **SAFE CHAIN SOLUTIONS, LLC** <br> Address: **822 CHESAPEAKE DR** <br> **CAMBRIDGE MD 21613** <br> Date Purchased & Ref :  **01/04/21     PO#01211295** | SHIPPED TO: <br> Name:  **SAFE CHAIN SOLUTIONS** <br> Address: **822 CHESAPEAKE DR** <br> **CAMBRIDGE MD 21613** <br> Date Received & Ref :  **01/05/21     RC#016278** |
| SOLD TO: <br> Name:  **GRUBB'S SOUTHEAST PHARMACY** <br> Address: **1800 MARTIN LUTHER KING JR AVE SE** <br> **WASHINGTON DC 20020** <br> Date Purchased & Ref :  **01/06/21     01S36835002** | SHIPPED TO: <br> Name:  **GRUBB'S SOUTHEAST PHARMACY** <br> Address: **1800 MARTIN LUTHER KING JR. AVE SE** <br> **WASHINGTON DC 20020** <br> Date Received & Ref :  **01/06/21     01S36835002** |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1       of  1       pages.

SCSRELATIVITY_0001433387

GX 089.0049

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019052</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TRIUMEQ , 600; 50; 300 mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-231-13)**

NDC: 49702-0231-13

| Reference Number: | 01140575 |
| Document Type: | Invoice |
| Reference Date: | 01/06/21 |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 7N9K | 2 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:   VIIV HEALTHCARE
Manufacturer's information: Five Moore Drive  RESEARCH TRIANGLE PARK,NC 27709

| SOLD TO:<br>Name:   AMERISOURCEBERGEN DRUG CP<br>Address: 5500 NEW HORIZONS BLVD.<br>          NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :   10/17/19      PO#A142423 | SHIPPED TO:<br>Name:   AMERISOURCEBERGEN DRUG CP<br>Address: 5500 NEW HORIZONS BLVD.<br>          NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :   10/17/19      PO#A142423 |
|---|---|
| SOLD TO:<br>Name:   AMSTERDAM WELLNESS PHARMA<br>Address: 2091 AMSTERDAM AVE<br>          NEW YORK NY 10032-8210<br>Date Purchased & Ref :   11/15/19      PO#20191115 | SHIPPED TO:<br>Name:   AMSTERDAM WELLNESS PHARMA<br>Address: 2091 AMSTERDAM AVE<br>          NEW YORK NY 10032-8210<br>Date Received & Ref :   11/15/19      PO#20191115 |
| SOLD TO:<br>Name:   BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>          REGO PARK NY 11374<br>Date Purchased & Ref :   12/08/19      PO#01262122 | SHIPPED TO:<br>Name:   BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>          REGO PARK NY 11374<br>Date Received & Ref :   12/08/19      PO#01262122 |
| SOLD TO:<br>Name:   SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>          CAMBRIDGE MD 21613<br>Date Purchased & Ref :   01/04/21      PO#01211295 | SHIPPED TO:<br>Name:   SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>          CAMBRIDGE MD 21613<br>Date Received & Ref :   01/05/21      RC#016278 |
| SOLD TO:<br>Name:   CHARLIE'S PHARMACY<br>Address: 1101 FILLMORE STREET<br>          SAN FRANCISCO CA 94115<br>Date Purchased & Ref :   01/06/21      01S36843001 | SHIPPED TO:<br>Name:   CHARLIE'S PHARMACY<br>Address: 1101 FILLMORE STREET<br>          SAN FRANCISCO CA 94115<br>Date Received & Ref :   01/06/21      01S36843001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1         of  1         pages.

SCSRELATIVITY_0001433783

GX 089.0050

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019046</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**PREZISTA 800MG TAB 30CT, 800 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE, PLASTIC (59676-**

NDC: 59676-0566-30

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 20DG026 | 1 | |
| | | |
| | | |

Reference Number: **01140602**
Document Type: **Invoice**
Reference Date: **01/06/21**

### (TH) Transaction History

Manufacturer's Name:     **JANSSEN**
Manufacturer's information **1000 US-202  RARITAN, NJ 08869**

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>      NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  09/30/19      PO#A141638 | Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>      NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :  09/30/19      PO#A141638 |
| SOLD TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>      NEW YORK NY 10032-8210<br>Date Purchased & Ref :  11/16/19      PO#20191016 | SHIPPED TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>      NEW YORK NY 10032-8210<br>Date Received & Ref :  11/16/19      PO#20191016 |
| SOLD TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>      REGO PARK NY 11374<br>Date Purchased & Ref :  12/04/19      PO#01258775 | SHIPPED TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>      REGO PARK NY 11374<br>Date Received & Ref :  12/04/19      PO#01258775 |
| SOLD TO:<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>      CAMBRIDGE MD 21613<br>Date Purchased & Ref :  01/04/21      PO#01211295 | SHIPPED TO:<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>      CAMBRIDGE MD 21613<br>Date Received & Ref :  01/05/21      RC#016278 |
| SOLD TO:<br>Name:   **CHARLIE'S PHARMACY**<br>Address: 1101 FILLMORE STREET<br>      SAN FRANCISCO CA 94115<br>Date Purchased & Ref :  01/06/21      01S36776001 | SHIPPED TO:<br>Name:   **CHARLIE'S PHARMACY**<br>Address: 1101 FILLMORE STREET<br>      SAN FRANCISCO CA 94115<br>Date Received & Ref :  01/06/21      01S36776001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001433784

GX 089.0051

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019052</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TRIUMEQ , 600; 50; 300 mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-231-13)**

NDC: 49702-0231-13

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| UC3R | 2 | |
| | | |
| | | |

Reference Number: **01140602**
Document Type: **Invoice**
Reference Date: **01/06/21**

## (TH) Transaction History

Manufacturer's Name:     **VIIV HEALTHCARE**
Manufacturer's information **Five Moore Drive  RESEARCH TRIANGLE PARK,NC 27709**

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:    **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>        **NORTH AMITYVILLE NY 11701-1156**<br>Date Purchased & Ref :  10/17/19     PO#A142423 | Name:    **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>        **NORTH AMITYVILLE NY 11701-1156**<br>Date Received & Ref :  10/17/19     PO#A142423 |
| Name:    **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>        **NEW YORK NY 10032-8210**<br>Date Purchased & Ref :  11/15/19     PO#20191115 | Name:    **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>        **NEW YORK NY 10032-8210**<br>Date Received & Ref :  11/15/19     PO#20191115 |
| Name:    **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>        **REGO PARK NY 11374**<br>Date Purchased & Ref :  12/08/19     PO#01262122 | Name:    **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>        **REGO PARK NY 11374**<br>Date Received & Ref :  12/08/19     PO#01262122 |
| Name:    **SAFE CHAIN SOLUTIONS, LLC**<br>Address: **822 CHESAPEAKE DR**<br>        **CAMBRIDGE MD 21613**<br>Date Purchased & Ref :  01/04/21     PO#01211295 | Name:    **SAFE CHAIN SOLUTIONS**<br>Address: **822 CHESAPEAKE DR**<br>        **CAMBRIDGE MD 21613**<br>Date Received & Ref :  01/05/21     RC#016278 |
| Name:    **CHARLIE'S PHARMACY**<br>Address: **1101 FILLMORE STREET**<br>        **SAN FRANCISCO CA 94115**<br>Date Purchased & Ref :  01/06/21     01S36776001 | Name:    **CHARLIE'S PHARMACY**<br>Address: **1101 FILLMORE STREET**<br>        **SAN FRANCISCO CA 94115**<br>Date Received & Ref :  01/06/21     01S36776001 |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1         pages.

SCSRELATIVITY_0001433784

GX 089.0052

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019046</sup>

### (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: |
|---|
| **PREZISTA 800MG TAB 30CT, 800 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE, PLASTIC (59676-** |

NDC: 59676-0566-30

Reference Number: **01140876**
Document Type: **Invoice**
Reference Date: **01/11/21**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 20JG278 | 1 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:     JANSSEN
Manufacturer's information 1000 US-202  RARITAN,NJ 08869

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **AMERISOURCEBERGEN DRUG CP** | Name:   **AMERISOURCEBERGEN DRUG CP** |
| Address: 5500 NEW HORIZONS BLVD. | Address: 5500 NEW HORIZONS BLVD. |
| NORTH AMITYVILLE NY 11701-1156 | NORTH AMITYVILLE NY 11701-1156 |
| Date Purchased & Ref :  09/30/19    PO#A141638 | Date Received & Ref :  09/30/19    PO#A141638 |
| SOLD TO: | SHIPPED TO: |
| Name:   **AMSTERDAM WELLNESS PHARMA** | Name:   **AMSTERDAM WELLNESS PHARMA** |
| Address: 2091 AMSTERDAM AVE | Address: 2091 AMSTERDAM AVE |
| NEW YORK NY 10032-8210 | NEW YORK NY 10032-8210 |
| Date Purchased & Ref :  11/16/19    PO#20191016 | Date Received & Ref :  11/16/19    PO#20191016 |
| SOLD TO: | SHIPPED TO: |
| Name:   **BOULEVARD 9229 LLC** | Name:   **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref :  12/04/19    PO#01258775 | Date Received & Ref :  12/04/19    PO#01258775 |
| SOLD TO: | SHIPPED TO: |
| Name:   **SAFE CHAIN SOLUTIONS, LLC** | Name:   **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  01/04/21    PO#01211295 | Date Received & Ref :  01/05/21    RC#016278 |
| SOLD TO: | SHIPPED TO: |
| Name:   **CHARLIE'S PHARMACY** | Name:   **CHARLIE'S PHARMACY** |
| Address: 1101 FILLMORE STREET | Address: 1101 FILLMORE STREET |
| SAN FRANCISCO CA 94115 | SAN FRANCISCO CA 94115 |
| Date Purchased & Ref :  01/11/21    01S37175001 | Date Received & Ref :  01/11/21    01S37175001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of 1        pages.

SCSRELATIVITY_0001433786

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019046</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**PREZISTA 800MG TAB 30CT, 800 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE, PLASTIC (59676-**

NDC: 59676-0566-30

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 20LG416 | 2 | |
| | | |
| | | |

Reference Number: **01141274**
Document Type: **Invoice**
Reference Date: **01/18/21**

### (TH) Transaction History

Manufacturer's Name:  **JANSSEN**
Manufacturer's information **1000 US-202  RARITAN,NJ 08869**

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:  **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>**NORTH AMITYVILLE NY 11701-1156**<br>Date Purchased & Ref :  **09/30/19     PO#A141638** | Name:  **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>**NORTH AMITYVILLE NY 11701-1156**<br>Date Received & Ref :  **09/30/19     PO#A141638** |
| SOLD TO:<br>Name:  **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>**NEW YORK NY 10032-8210**<br>Date Purchased & Ref :  **11/16/19     PO#20191016** | SHIPPED TO:<br>Name:  **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>**NEW YORK NY 10032-8210**<br>Date Received & Ref :  **11/16/19     PO#20191016** |
| SOLD TO:<br>Name:  **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>**REGO PARK NY 11374**<br>Date Purchased & Ref :  **12/04/19     PO#01258775** | SHIPPED TO:<br>Name:  **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>**REGO PARK NY 11374**<br>Date Received & Ref :  **12/04/19     PO#01258775** |
| SOLD TO:<br>Name:  **SAFE CHAIN SOLUTIONS, LLC**<br>Address: **822 CHESAPEAKE DR**<br>**CAMBRIDGE MD 21613**<br>Date Purchased & Ref :  **01/04/21     PO#01211295** | SHIPPED TO:<br>Name:  **SAFE CHAIN SOLUTIONS**<br>Address: **822 CHESAPEAKE DR**<br>**CAMBRIDGE MD 21613**<br>Date Received & Ref :  **01/05/21     RC#016278** |
| SOLD TO:<br>Name:  **CHARLIE'S PHARMACY**<br>Address: **1101 FILLMORE STREET**<br>**SAN FRANCISCO CA 94115**<br>Date Purchased & Ref :  **01/18/21     01S37578001** | SHIPPED TO:<br>Name:  **CHARLIE'S PHARMACY**<br>Address: **1101 FILLMORE STREET**<br>**SAN FRANCISCO CA 94115**<br>Date Received & Ref :  **01/18/21     01S37578001** |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001433787

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021045</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TIVICAY 50MG TAB 30CT, 50 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-228-13)**

NDC: 49702-0228-13

Reference Number: __01144013__
Document Type: __Invoice__
Reference Date: __03/02/21__

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| D97M | 1 | |
| E76Y | 1 | |
| | | |

### (TH) Transaction History

Manufacturer's Name:    VIIV HEALTHCARE
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:    **AMERISOURCEBERGEN DRUG CP** | Name:    **AMERISOURCEBERGEN DRUG CP** |
| Address: 5500 NEW HORIZONS BLVD. | Address: 5500 NEW HORIZONS BLVD. |
| NORTH AMITYVILLE NY 11701-1156 | NORTH AMITYVILLE NY 11701-1156 |
| Date Purchased & Ref :  10/22/19      A142538 | Date Received & Ref :  10/22/19      A142538 |

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:    **AMSTERDAM WELLNESS PHARMA** | Name:    **AMSTERDAM WELLNESS PHARMA** |
| Address: 2091 AMSTERDAM AVE | Address: 2091 AMSTERDAM AVE |
| NEW YORK NY 10032-8210 | NEW YORK NY 10032-8210 |
| Date Purchased & Ref :  11/12/19      20191112 | Date Received & Ref :  11/12/19      20191112 |

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:    **BOULEVARD 9229 LLC** | Name:    **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:    **SAFE CHAIN SOLUTIONS, LLC** | Name:    **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  03/01/21      PO#01212108 | Date Received & Ref :  03/02/21      RC#017389 |

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:    **CHARLIE'S PHARMACY** | Name:    **CHARLIE'S PHARMACY** |
| Address: 1101 FILLMORE STREET | Address: 1101 FILLMORE STREET |
| SAN FRANCISCO CA 94115 | SAN FRANCISCO CA 94115 |
| Date Purchased & Ref :  03/02/21      01S39940002 | Date Received & Ref :  03/02/21      01S39940002 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of 1      pages.

SCSRELATIVITY_0001433803

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021045</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TIVICAY 50MG TAB 30CT, 50 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-228-13)**

NDC: 49702-0228-13

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| RW9Y | 2 | |
| | | |
| | | |

Reference Number: **01144260**
Document Type: **Invoice**
Reference Date: **03/04/21**

### (TH) Transaction History

Manufacturer's Name:     **VIIV HEALTHCARE**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>        NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  10/22/19      A142538 | Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>        NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :  10/22/19      A142538 |
| Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>        NEW YORK NY 10032-8210<br>Date Purchased & Ref :  11/12/19      20191112 | Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>        NEW YORK NY 10032-8210<br>Date Received & Ref :  11/12/19      20191112 |
| Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref : | Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref : |
| Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Purchased & Ref :  03/01/21      PO#01212108 | Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Received & Ref :  03/02/21      RC#017389 |
| Name:   **CHARLIE'S PHARMACY**<br>Address: 1101 FILLMORE STREET<br>        SAN FRANCISCO CA 94115<br>Date Purchased & Ref :  03/04/21      01S40214001 | Name:   **CHARLIE'S PHARMACY**<br>Address: 1101 FILLMORE STREET<br>        SAN FRANCISCO CA 94115<br>Date Received & Ref :  03/04/21      01S40214001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1          pages.

SCSRELATIVITY_0001433805

GX 089.0056

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021045</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TIVICAY 50MG TAB 30CT, 50 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-228-13)**

NDC: 49702-0228-13

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| FU5E | 1 | |
| | | |
| | | |

Reference Number: **01144821**
Document Type: **Invoice**
Reference Date: **03/15/21**

### (TH) Transaction History

Manufacturer's Name:    **VIIV HEALTHCARE**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:    **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>     NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :   10/22/19      A142538 | Name:    **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>     NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :   10/22/19      A142538 |
| Name:    **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>     NEW YORK NY 10032-8210<br>Date Purchased & Ref :   11/12/19      20191112 | Name:    **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>     NEW YORK NY 10032-8210<br>Date Received & Ref :   11/12/19      20191112 |
| Name:    **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>     REGO PARK NY 11374<br>Date Received & Ref : | Name:    **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>     REGO PARK NY 11374<br>Date Received & Ref : |
| Name:    **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>     CAMBRIDGE MD 21613<br>Date Purchased & Ref :   03/01/21      PO#01212108 | Name:    **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>     CAMBRIDGE MD 21613<br>Date Received & Ref :   03/02/21      RC#017389 |
| Name:    **CHARLIE'S PHARMACY**<br>Address: 1101 FILLMORE STREET<br>     SAN FRANCISCO CA 94115<br>Date Purchased & Ref :   03/15/21      01S40676001 | Name:    **CHARLIE'S PHARMACY**<br>Address: 1101 FILLMORE STREET<br>     SAN FRANCISCO CA 94115<br>Date Received & Ref :   03/15/21      01S40676001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1       of  1       pages.

SCSRELATIVITY_0001433810

GX 089.0057

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021694</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TIVICAY 50MG TAB 30CT, 50 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-228-13)**

NDC: 49702-0228-13

| Reference Number: | 01145276 |
| Document Type: | Invoice |
| Reference Date: | 03/19/21 |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| D97M | 2 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:   VIIV HEALTHCARE
Manufacturer's information: Five Moore Drive  RESEARCH TRIANGLE PARK,NC 27709

| SOLD TO:<br>Name:   AMERISOURCEBERGEN DRUG CP<br>Address: 5500 NEW HORIZONS BLVD.<br>          NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  09/30/19      A141638 | SHIPPED TO:<br>Name:   AMERISOURCEBERGEN DRUG CP<br>Address: 5500 NEW HORIZONS BLVD.<br>          NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :  09/30/19 |
|---|---|
| SOLD TO:<br>Name:   AMSTERDAM WELLNESS PHARMA<br>Address: 2091 AMSTERDAM AVE<br>          NEW YORK NY 10032-8210<br>Date Purchased & Ref :  11/06/19      20191106 | SHIPPED TO:<br>Name:   AMSTERDAM WELLNESS PHARMA<br>Address: 2091 AMSTERDAM AVE<br>          NEW YORK NY 10032-8210<br>Date Received & Ref :  11/06/19      20191106 |
| SOLD TO:<br>Name:   BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>          REGO PARK NY 11374<br>Date Purchased & Ref : | SHIPPED TO:<br>Name:   BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>          REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:   SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>          CAMBRIDGE MD 21613<br>Date Purchased & Ref :  03/19/21      PO#01212358 | SHIPPED TO:<br>Name:   SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>          CAMBRIDGE MD 21613<br>Date Received & Ref :  03/19/21      RC#017738 |
| SOLD TO:<br>Name:   CHARLIE'S PHARMACY<br>Address: 1101 FILLMORE STREET<br>          SAN FRANCISCO CA 94115<br>Date Purchased & Ref :  03/19/21      01S41072001 | SHIPPED TO:<br>Name:   CHARLIE'S PHARMACY<br>Address: 1101 FILLMORE STREET<br>          SAN FRANCISCO CA 94115<br>Date Received & Ref :  03/19/21      01S41072001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001433811

GX 089.0058

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021694</sup>

## (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: |
|---|
| **TIVICAY 50MG TAB 30CT, 50 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-228-13)** |

NDC: 49702-0228-13

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 682E | 1 | |
| | | |
| | | |

Reference Number: **01145599**
Document Type: **Invoice**
Reference Date: **03/25/21**

## (TH) Transaction History

Manufacturer's Name:   VIIV HEALTHCARE
Manufacturer's information: Five Moore Drive  RESEARCH TRIANGLE PARK, NC 27709

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>  **NORTH AMITYVILLE NY 11701-1156**<br>Date Purchased & Ref :  **09/30/19**     **A141638** | Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>  **NORTH AMITYVILLE NY 11701-1156**<br>Date Received & Ref :  **09/30/19** |
| Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>  **NEW YORK NY 10032-8210**<br>Date Purchased & Ref :  **11/06/19**     **20191106** | Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>  **NEW YORK NY 10032-8210**<br>Date Received & Ref :  **11/06/19**     **20191106** |
| Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>  **REGO PARK NY 11374**<br>Date Purchased & Ref : | Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>  **REGO PARK NY 11374**<br>Date Received & Ref : |
| Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: **822 CHESAPEAKE DR**<br>  **CAMBRIDGE MD 21613**<br>Date Purchased & Ref :  **03/19/21**     **PO#01212358** | Name:   **SAFE CHAIN SOLUTIONS**<br>Address: **822 CHESAPEAKE DR**<br>  **CAMBRIDGE MD 21613**<br>Date Received & Ref :  **03/19/21**     **RC#017738** |
| Name:   **CHARLIE'S PHARMACY**<br>Address: **1101 FILLMORE STREET**<br>  **SAN FRANCISCO CA 94115**<br>Date Purchased & Ref :  **03/25/21**     **01S41387001** | Name:   **CHARLIE'S PHARMACY**<br>Address: **1101 FILLMORE STREET**<br>  **SAN FRANCISCO CA 94115**<br>Date Received & Ref :  **03/25/21**     **01S41387001** |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of 1      pages.

SCSRELATIVITY_0001433814

GX 089.0059

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019046</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**PREZISTA 800MG TAB 30CT, 800 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE, PLASTIC (59676-**

NDC: 59676-0566-30

| Reference Number: | 01I41109 |
|---|---|
| Document Type: | Invoice |
| Reference Date: | 01/14/21 |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 20JG278 | 2 | |
| 20LG416 | 1 | |
| | | |

### (TH) Transaction History

Manufacturer's Name:    JANSSEN
Manufacturer's information: 1000 US-202  RARITAN, NJ 08869

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   AMERISOURCEBERGEN DRUG CP | Name:   AMERISOURCEBERGEN DRUG CP |
| Address: 5500 NEW HORIZONS BLVD. | Address: 5500 NEW HORIZONS BLVD. |
| NORTH AMITYVILLE NY 11701-1156 | NORTH AMITYVILLE NY 11701-1156 |
| Date Purchased & Ref :  09/30/19    PO#A141638 | Date Received & Ref :  09/30/19    PO#A141638 |
| SOLD TO: | SHIPPED TO: |
| Name:   AMSTERDAM WELLNESS PHARMA | Name:   AMSTERDAM WELLNESS PHARMA |
| Address: 2091 AMSTERDAM AVE | Address: 2091 AMSTERDAM AVE |
| NEW YORK NY 10032-8210 | NEW YORK NY 10032-8210 |
| Date Purchased & Ref :  11/16/19    PO#20191016 | Date Received & Ref :  11/16/19    PO#20191016 |
| SOLD TO: | SHIPPED TO: |
| Name:   BOULEVARD 9229 LLC | Name:   BOULEVARD 9229 LLC |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref :  12/04/19    PO#01258775 | Date Received & Ref :  12/04/19    PO#01258775 |
| SOLD TO: | SHIPPED TO: |
| Name:   SAFE CHAIN SOLUTIONS, LLC | Name:   SAFE CHAIN SOLUTIONS |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  01/04/21    PO#01211295 | Date Received & Ref :  01/05/21    RC#016278 |
| SOLD TO: | SHIPPED TO: |
| Name:   MODERN PHARMACY LLC | Name:   MODERN PHARMACY LLC |
| Address: 123 ALTON ROAD | Address: 123 ALTON ROAD |
| MIAMI BEACH  FL 33139 | MIAMI BEACH FL 33139 |
| Date Purchased & Ref :  01/14/21    01S37411001 | Date Received & Ref :  01/14/21    01S37411001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001451383

GX 089.0060