SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000014011</sup>

### (TI) Transaction Information

**Drug Name, Strength, Dosage Form, Container Size:**
PREZCOBIX TAB 30 CT,
800/150 MG
NDC: 59676-0575-30

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 20CG988 | 2 | |
| | | |
| | | |

**Reference Number:** 01I29860
**Document Type:** Invoice
**Reference Date:** 07/29/20

### (TH) Transaction History

**Manufacturer's Name:** JANSSEN
**Manufacturer's information** 1000 US-202  RARITAN, NJ 08869

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: DROGUERIA BETANCES<br>Address: LUIS MUNOZ MARIN AVE<br>CAGUAS PR 00725<br>Date Purchased & Ref : | Name: DROGUERIA BETANCES<br>Address: LUIS MUNOZ MARIN AVE<br>CAGUAS PR 00725<br>Date Received & Ref : |
| Name: GENTEK LLC<br>Address: 45 CEDAR ST UNIT 3<br>STAMFORD CT 06902<br>Date Purchased & Ref : 06/01/20    859857 | Name: GENTEK LLC<br>Address: 45 CEDAR ST UNIT 3<br>STAMFORD CT 06902<br>Date Received & Ref : |
| Name: SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>CAMBRIDGE MD 21613<br>Date Purchased & Ref : 07/02/20    PO#01208689 | Name: SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>CAMBRIDGE MD 21613<br>Date Received & Ref : 07/08/20    RC#012916 |
| Name: BAY PHARMACY 19 INC<br>Address: 7306 AUSTIN STREET<br>FOREST HILLS NY 11375<br>Date Purchased & Ref : 07/29/20    01S27987001 | Name: BAY PHARMACY 19 INC<br>Address: 7306 AUSTIN STREET<br>FOREST HILLS NY 11375<br>Date Received & Ref : 07/29/20    01S27987001 |
| Name:<br>Address:<br>Date Purchased & Ref : | Name:<br>Address:<br>Date Received & Ref : |

**(TS) Transaction Statement:** This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.



**GOVERNMENT EXHIBIT**
**93**
1:24-cr-20255-WPD

Page: 1    of  1    pages.

SCSRELATIVITY_0001339140

GX 093.0001