# MR UNLIMITED, LLC
*Small enough to know you, big enough to do the job!*

**GOVERNMENT EXHIBIT**
**95**
1:24-cr-20255-WPD

## TRANSACTION INFORMATION (TI)

| | | | |
|---|---|---|---|
| **ITEM:** SYMTUZA TAB 30CT, 800-150-200-10MG | | **NDC:** 59676-0800-30 | |
| **LOT:** 19MG726 | **EXP:** 12/21 | **QTY:** 15 | |
| **LOT:** 20EG062 | **EXP:** 12/22 | **QTY:** 01 | |
| **LOT:** 20AG853X | **EXP:** 01/22 | **QTY:** 01 | |
| **LOT:** 19JG484 | **EXP:** 09/21 | **QTY:** 03 | |
| **LOT:** | **EXP:** | **QTY:** | |
| **LOT:** | **EXP:** | **QTY:** | |

## TRANSACTION HISTORY (TH)

*Reference number should be identified as an Invoice, Purchase Order, Shipping document number or similar unique identifier*

**1. WHOLESALER THAT PURCHASED FROM THE MANUFACTURER OR REPACKAGER (WHICH REQUIRES AUTHENTICATION)**

| | | |
|---|---|---|
| **VENDOR NAME:** | JANSSEN PRODUCTS LP | Contact Info: |
| **ADDRESS:** | | TITUSVILLE, NJ 08560 |

**2. #1 ABOVE SOLD/TRANSFERRED TO:**

| | | |
|---|---|---|
| **DATE:** | 11/9/2020 | Ref #: 20750128 |
| **VENDOR NAME:** | AMERISOURCEBERGEN CORP (LIC #: 2220222) | Contact Info: |
| **ADDRESS:** | 1300 MORRIS DRIVE | CHESTERBROOK, PA, 19087 |

**3. #2 ABOVE SOLD/TRANSFERRED TO:**

| | | |
|---|---|---|
| **DATE:** | 1/29/2021 | Ref #: 9773779 |
| **VENDOR NAME:** | RAPIDS TEX WHOLE SALES CORP (LIC #: 1002430) | Contact Info: |
| **ADDRESS:** | 10333 HARWIN DR STE 263 | HOUSTON, TX, 77036 |

**4. #3 ABOVE SOLD/TRANSFERRED TO:**

| | | |
|---|---|---|
| **DATE:** | 3/9/2021 | Ref #: 52763RTWSF |
| **VENDOR NAME:** | MR UNLIMITED, LLC | Contact Info: |
| **ADDRESS:** | 105 E MAIN ST SUITE 200B | BRENHAM, TX 77833 |

**5. #4 ABOVE SOLD/TRANSFERRED TO:**

| | | |
|---|---|---|
| **DATE:** | 3/10/2021 | Ref #: MRU24436 |
| **VENDOR NAME:** | SAFE CHAIN SOLUTIONS | Contact Info: |
| **ADDRESS:** | 1812 W SUNSET BLVD SUITE 34 | ST. GEORGE, UT 84770 |

**6. #5 ABOVE SOLD/TRANSFERRED TO:**

| | | |
|---|---|---|
| **DATE:** | | Ref #: |
| **VENDOR NAME:** | | Contact Info: |
| **ADDRESS:** | | |

## TRANSACTION STATEMENT (TS)

I swear or affirm that the information contained on this Transaction Information/History/Statement are accurate and compete and that prior sales and distributions have been authenticated, if required; as authorized and/or required under the Drug Supply Chain Security Act. http://www.fda.gov/Drugs/DrugSafety/DrugIntegrityandSupplyChainSecurity/DrugSupplyChainSecurityAct/ucm376829.htm

105 E. MAIN STREET, STE 200B, BRENHAM, TX 77833
Phone: (979) 421-4900 Fax: (979) 421-8004

Ped, SC, 2021031111, MRU24436 (SYMTUZA TAB 30CT, 800-150-200-10MG, 59676-0800-30, 20X) REV A

Page 1 | 2

SCSRELATIVITY_0001322169

GX 095.0001

# MR UNLIMITED, LLC

*Small enough to know you, big enough to do the job!*

_____   **DARRYL W. M<sup>C</sup>NABB, MANAGER, RECIPIENT/AUTHENTICATOR**_____
Signature (authorized to bind the company)         Print Name and Title

105 E. MAIN STREET, STE 200B, BRENHAM, TX 77833
Phone: (979) 421-4900 Fax: (979) 421-8004

Ped, SC, 2021031111, MRU24436 (SYMTUZA TAB 30CT, 800-150-200-10MG, 59676-0800-30, 20X) REV A

P a g e  2 | 2

SCSRELATIVITY_0001322169

GX 095.0002

RAPIDS TEX WHOLE SALES CORP

# Drug Supply Chain Security Act Document  Doc# 00000017882

**(TI) Transaction Information**

Drug Name, Strength, Dosage Form, Container Size:
**Symtuza 800mg/150mg/200mg/10mg Tablet, 30 EA**

NDC:  **59676-800-30**

| Lot Number | Quantity | Expiration Date |
|---|---|---|
| 19MG726 | 15 | 12/21 |
| 20EG062 | 1 | 12/22 |
| 20AG853X | 1 | 01/22 |

Reference Number: **7759**
Customer PO #: **52763RTWSF**
Document Type: **Invoice**
Reference Date: **3/10/2021**

**(TH) Transaction History**

Manufacturer's Name: **Janssen Products LP**
Manufacturer's information: **Titusville, NJ 08560**

SOLD TO:
Name: **AMERISOURCEBERGEN CORP (LIC #: 2220222)**
Address: **1300 MORRIS DRIVE**
**CHESTERBROOK, PA, 19087**
Date Purchased & Ref: **11/09/20    20750128**

SHIPPED TO:
Name: **AMERISOURCEBERGEN CORP (LIC #: 2220222)**
Address: **1300 MORRIS DRIVE**
**CHESTERBROOK, PA, 19087**
Date Received & Ref: **11/09/20    20750128**

SOLD TO:
Name: **RAPIDS TEX WHOLE SALES CORP (LIC #: 100243**
Address: **10333 HARWIN DR STE 263**
**HOUSTON, TX, 77036**
Date Purchased & Ref: **01/29/2021    9773779**

SHIPPED TO:
Name: **RAPIDS TEX WHOLE SALES CORP (LIC #: 100243**
Address: **10333 HARWIN DR STE 263**
**HOUSTON, TX, 77036**
Date Received & Ref: **01/29/2021    9773779**

SOLD TO:
Name: **MR UNLIMITED LLC (LIC #: 1000185)**
Address: **105 E MAIN ST STE 200B**
**BRENHAM, TX, 77833**
Date Purchased & Ref: **3/9/2021    52763RTWSF**

SHIPPED TO:
Name: **MR UNLIMITED LLC (LIC #: 1000185)**
Address: **105 E MAIN ST STE 200B**
**BRENHAM, TX, 77833**
Date Received & Ref: **3/9/2021    52763RTWSF**

SOLD TO:
Name:
Address:
Date Purchased & Ref:

SHIPPED TO:
Name:
Address:
Date Received & Ref:

SOLD TO:
Name:
Address:
Date Purchased & Ref:

SHIPPED TO:
Name:
Address:
Date Received & Ref:

**(TS) Transaction Statement:** This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

  (A) is authorized as required under the Drug Supply Chain Security Act;
  (B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
  (C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
  (D) did not knowingly ship a suspect or illegitimate product;
  (E) had systems and processes in place to comply with verification requirements under section 582;
  (F) did not knowingly provide false transaction information; and
  (G) did not knowingly alter the transaction history.

Page: 1    of  1    pages.

SCSRELATIVITY_0001322169

GX 095.0003

**RAPIDS TEX WHOLE SALES CORP**

# Drug Supply Chain Security Act Document <sup>Doc#</sup>00000017883

### (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: **Symtuza 800mg/150mg/200mg/10mg Tablet, 30 EA** | | | Reference Number: | **7759** |
|---|---|---|---|---|
| NDC: **59676-800-30** | | | Customer PO #: | **52763RTWSF** |
| Lot Number | Quantity | Expiration Date | Document Type: | **Invoice** |
| **19JG484** | **3** | **09/21** | Reference Date: | **3/10/2021** |

### (TH) Transaction History

Manufacturer's Name: **Janssen Products LP**
Manufacturer's information: **Titusville, NJ 08560**

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: **AMERISOURCEBERGEN CORP (LIC #: 2220222)**<br>Address: **1300 MORRIS DRIVE**<br>**CHESTERBROOK, PA, 19087**<br>Date Purchased & Ref: **11/09/20**   **20750128** | Name: **AMERISOURCEBERGEN CORP (LIC #: 2220222)**<br>Address: **1300 MORRIS DRIVE**<br>**CHESTERBROOK, PA, 19087**<br>Date Received & Ref: **11/09/20**   **20750128** |
| Name: **RAPIDS TEX WHOLE SALES CORP (LIC #: 100243**<br>Address: **10333 HARWIN DR STE 263**<br>**HOUSTON, TX, 77036**<br>Date Purchased & Ref: **01/29/2021**   **9773779** | Name: **RAPIDS TEX WHOLE SALES CORP (LIC #: 100243**<br>Address: **10333 HARWIN DR STE 263**<br>**HOUSTON, TX, 77036**<br>Date Received & Ref: **01/29/2021**   **9773779** |
| Name: **MR UNLIMITED LLC (LIC #: 1000185)**<br>Address: **105 E MAIN ST STE 200B**<br>**BRENHAM, TX, 77833**<br>Date Purchased & Ref: **3/9/2021**   **52763RTWSF** | Name: **MR UNLIMITED LLC (LIC #: 1000185)**<br>Address: **105 E MAIN ST STE 200B**<br>**BRENHAM, TX, 77833**<br>Date Received & Ref: **3/9/2021**   **52763RTWSF** |
| Name:<br>Address:<br>Date Purchased & Ref: | Name:<br>Address:<br>Date Received & Ref: |
| Name:<br>Address:<br>Date Purchased & Ref: | Name:<br>Address:<br>Date Received & Ref: |

(TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

  (A) is authorized as required under the Drug Supply Chain Security Act;
  (B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
  (C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
  (D) did not knowingly ship a suspect or illegitimate product;
  (E) had systems and processes in place to comply with verification requirements under section 582;
  (F) did not knowingly provide false transaction information; and
  (G) did not knowingly alter the transaction history.

Page: 1   of   1   pages.