**SAFE CHAIN SOLUTIONS, LLC**

# Drug Supply Chain Security Act Document <sub>Doc#00000013741</sub>

## (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: SELZENTRY TAB 150MG 60/BT, NDC: 49702-0223-18 | | | Reference Number: 01I28035 Document Type: Invoice Reference Date: 06/29/20 |
|---|---|---|---|
| **Lot Number** | **Quantity** | **Unique Serial #** | |
| S83618 | 1 | | |
| | | | |
| | | | |

## (TH) Transaction History

**Manufacturer's Name:** VIIV HEALTHCARE
**Manufacturer's information:**

| SOLD TO: Name: BOULEVARD 9229 LLC Address: 9229 QUEENS BLVD REGO PARK NY 11374 Date Purchased & Ref : | SHIPPED TO: Name: BOULEVARD 9229 LLC Address: 9229 QUEENS BLVD REGO PARK NY 11374 Date Received & Ref : |
|---|---|
| SOLD TO: Name: SAFE CHAIN SOLUTIONS, LLC Address: 822 CHESAPEAKE DR CAMBRIDGE MD 21613 Date Purchased & Ref : 06/26/20 PO#01208593 | SHIPPED TO: Name: SAFE CHAIN SOLUTIONS Address: 822 CHESAPEAKE DR CAMBRIDGE MD 21613 Date Received & Ref : 06/26/20 RC#012727 |
| SOLD TO: Name: KALORAMA PHARMACY INC Address: 1841 COLUMBIA RD NW WASHINGTON DC 20009 Date Purchased & Ref : 06/29/20 01S26253001 | SHIPPED TO: Name: KALORAMA PHARMACY INC Address: 1841 COLUMBIA RD NW WASHINGTON DC 20009 Date Received & Ref : 06/29/20 01S26253001 |
| SOLD TO: Name: Address: Date Purchased & Ref : | SHIPPED TO: Name: Address: Date Received & Ref : |
| SOLD TO: Name: Address: Date Purchased & Ref : | SHIPPED TO: Name: Address: Date Received & Ref : |

**(TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)**

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

**GOVERNMENT EXHIBIT**
**GX 98**
1:24-cr-20255-WPD

Page: 1 of 1 pages.