| | |
|---|---|
| **From:** | Ishbay Shukurov <boulevard9229@gmail.com> |
| **Sent:** | Mon 4/27/2020 6:02:16 PM (UTC) |
| **To:** | invoices@safechain.com |
| **Subject:** | Boulevard 9229 LLC Invoice |
| **Attachment:** | Invoice # 1.pdf |

Please fined invoice on PDF file



**GOVERNMENT EXHIBIT**
**112**
1:24-cr-20255-WPD

**Boulevard 9229 LLS**

9229 Queens BLVD Ste 1I

Rego Park NY 11374

Phone (347)6391663

Fax (347)6390046

Email: boulevard9229@gmail.com

# INVOICE

# 1

| | |
|---|---|
| Date: | Apr 27, 2020 |
| **Balance Due:** | **$ 220,000.00** |

Bill To:

**Safe Chain Solutions, LLC**

822 Chesapeake Drive

Cambridge, MD 21613

office: 855.437.5727 x1010
fax: 866.930.1128
www.SafeChain.com

| Item | Quantity | Rate | Amount |
|---|---|---|---|
| **Truvada** | 200 | $1,100.00 | $220,000.00 |

| | |
|---|---|
| Subtotal: | $220,000.00 |
| Total: | $220,000.00 |