| | |
|---|---|
| **From:** | Jesse Hammett <JesseH@Safechain.com> |
| **Sent:** | Tue 6/30/2020 8:22:59 PM (UTC) |
| **To:** | Charles Boyd <CharlesB@Safechain.com> |
| **Subject:** | FW: Kalorama Order - Damaged Bottle- Selzentry |
| **Attachment:** | INV.01I28035066425.PDF |



**Jesse Hammett** | VP of Operations
Safe Chain Solutions, LLC
822 Chesapeake Drive | Cambridge, MD  21613
office: 855.437.5727   | fax: 866.930.1128
www.SafeChain.com  |  Linkedin

---

**From:** Jenna Mellott <jenna@pharmasales.com>
**Sent:** Tuesday, June 30, 2020 2:05 PM
**To:** Orders <orders@safechain.com>; Jesse Hammett <JesseH@Safechain.com>
**Cc:** World Wide PharmaSales <wwopenorders@pharmasales.com>
**Subject:** Fwd: Kalorama Order - Damaged Bottle- Selzentry

Jesse/Dre -

Kalorama received a damaged Selzentry on the attached invoice.  The customer would like a credit issued - do we want to send them a return label and take the product back or tell them to trash it and just credit the invoice?  Please advise.


**Jenna Mellott** | Head of Administration
World Wide Pharma Sales
Cell: 862-209-0718 | Fax: 888-885-1244
Skype: mellottjenna | Email: jenna@pharmasales.com
www.pharmasales.com


> Begin forwarded message:
>
> **From:** John Mike <brands@pharmasales.com>
> **Subject: Kalorama Order - Damaged Bottle- Selzentry**
> **Date:** June 30, 2020 at 1:58:25 PM EDT
> **To:** Invoice 9229 <9229sales@gmail.com>, Jenna Mellott <jenna@pharmasales.com>, WW Open Orders <wwopenorders@pharmasales.com>
>
> Hi Jenna,
> The client received a damaged bottle yesterday.
> Please initiate return - photo's attached

**GOVERNMENT EXHIBIT**
**116**
1:24-cr-20255-WPD

SCSRELATIVITY_0001365458

Thank you

SCSRELATIVITY_0001365458







# Invoice

**SAFE CHAIN SOLUTIONS, LLC**
822 CHESAPEAKE DRIVE
CAMBRIDGE, MD 21613

Tel: 855-437-5727
Fax: 855-614-4118
RS0477617

**Remit To:**
Safe Chain Solutions, LLC
PO Box 479
Souderton, PA 18964

Tel: 855-437-5727
Fax: 855-614-4118

www.safechain.com
accounting@safechain.com

**Inv Number:** 01I28035
**Page:** 1

| | |
|---|---|
| **Bill-to:** 27-DC0101 | **Ship-to:** PHAR        001 |
| KALORAMA PHARMACY INC<br>1841 COLUMBIA RD NW<br>ATTN: ACCOUNTS PAYABLE<br>WASHINGTON DC 20009 | KALORAMA PHARMACY INC<br>1841 COLUMBIA RD NW<br>ATTN: MANJULA CHITKULA<br>WASHINGTON  DC 20009 |

| | | | |
|---|---|---|---|
| **Invoice Date:** | 06/29/20 | **Salesman:** | M&J |
| **Ship Date:** | 06/29/20 | **Ship Via:** | UPS Next Day |
| **Our Order No:** | 01S26253001 | **Customer Order #:** | VERBAL |
| | | **Terms:** | NET 5 |
| **License** | RX1700118 Exp: 05/31/21 | | LicExp:05/31/21 |
| **Special Instructions:** | OVERNIGHT N/C. NET 5 | | |

| Line | Item Number / Description | Ordered | UM | Shipped | UM | B/O Qty | Unit Price | UM | Extension |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 49702-0223-18<br>SELZENTRY TAB 150MG 60/BT<br>  NDC#: 49702-0223-18<br>  Prod Strength: 150 MG<br>  Prod Size: 60 EA<br>Lot #: S83618<br>Expiration Date: 01/31/21 | 1 | EA | 1<br><br><br><br>1 | EA | 0 | 1400.58* | EA | 1,400.58 |
| 2 | 59676-0571-01<br>INTELENCE 200MG TAB 60CT<br>  NDC#: 59676-0571-01<br>  Prod Strength: 200 MG<br>  Prod Size: 60 EA<br>Lot #: IJL2X00<br>Expiration Date: 09/30/21 | 1 | EA | 1<br><br><br><br>1 | EA | 0 | 1298.00* | EA | 1,298.00 |
| 3 | 15584-0101-01<br>ATRIPLA TAB 30CT<br>  NDC#: 15584-0101-01<br>  Prod Strength: 600-200-300 MG<br>  Prod Size: 30 EA<br>Lot #: 015028<br>Expiration Date: 07/31/22 | 1 | EA | 1<br><br><br><br>1 | EA | 0 | 2765.00* | EA | 2,765.00 |

**SUB TOTAL**                                                                                         **5,463.58**

**INVOICE TOTAL**                                                                                     **$5,463.58**

**CARTON TRACKING NUMBERS:**
CTN#1   1Z7156792499965088
Additional License Information
State License for MD - Origin
D03211   Exp 05/31/21
State License for DC - Destination

CONTINUED

Multiple Page         Invoice Page: 1

**Cartons:** 1    **Weight:** 0.7

\* Non-Taxable
\*\* REPRINT( 3) \*\*



# Invoice

| | |
|---|---|
| **Inv Number** | 01I28035 |
| **Page:** | 2 |

**SAFE CHAIN SOLUTIONS, LLC**
822 CHESAPEAKE DRIVE
CAMBRIDGE, MD 21613

**Remit To:**
Safe Chain Solutions, LLC
PO Box 479
Souderton, PA 18964

www.safechain.com
accounting@safechain.com

Tel: 855-437-5727
Fax: 855-614-4118
RS0477617

Tel: 855-437-5727
Fax: 855-614-4118

**Bill-to:** 27-DC0101
KALORAMA PHARMACY INC
1841 COLUMBIA RD NW
ATTN: ACCOUNTS PAYABLE
WASHINGTON DC 20009

**Ship-to:** PHAR         001
KALORAMA PHARMACY INC
1841 COLUMBIA RD NW
ATTN: MANJULA CHITKULA
WASHINGTON  DC 20009

| | | | |
|---|---|---|---|
| **Invoice Date:** | 06/29/20 | **Salesman:** | M&J |
| **Ship Date:** | 06/29/20 | **Ship Via:** | UPS Next Day |
| **Our Order No:** | 01S26253001 | **Customer Order #:** | VERBAL |
| | | **Terms:** | NET 5 |
| **License** | RX1700118 | | LicExp:05/31/21 |
| **Special Instructions:** | OVERNIGHT N/C. NET 5 | | |

| Line | Item Number / Description | Ordered | UM | Shipped | UM | B/O Qty | Unit Price | UM | Extension |
|---|---|---|---|---|---|---|---|---|---|
| | RX1700118  Exp 05/31/21 | | | | | | | | |
| | **PLEASE NOTE OUR NEW REMIT TO ADDRESS** | | | | | | | | |

Multiple Page Invoice Page: 2

**Cartons:** 1    **Weight:** 0.7

\* Non-Taxable
\*\* REPRINT( 3) \*\*

GX 116.006

SCSRELATIVITY_0001365459