UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 24-CR-20255-DIMITROULEAS

UNITED STATES OF AMERICA

vs.

PARTICK BOYD
and CHARLES BOYD,

                Defendant.
_____/

**GOVERNMENT'S ADMITTED EXHIBITS**

| Presiding Judge: **The Honorable William P. Dimitrouleas** | Government Prosecutors: **Alexander Thor Pogozelski** **Jacqueline DerOvanesian** | Defense Attorneys: **Bruce Zimet** **William Barzee** **Ivlis Mantilla** |
|---|---|---|

| Exhibit Number | Date Identified | Date Admitted | Objections/ Stipulated Admissions | Description of Exhibit |
|---|---|---|---|---|
| 125 | 10/6 | 10/6 | | 2020.07.10 Email from Abigail Divilio to Adam Brosius et al. CC Charles Boyd RE Boulevard 9229 T3s - SCSRELATIVITY_0001339202 |
| 126 | 10/6 | 10/6 | | 2020.07.13 Email from Patrick Boyd to Jon Weed RE Pedigree - SCSRELATIVITY_0001380053 |
| 127 | 9/19 | 9/19 | | 2020.07.20 Email from Abigail Divilio to Charles Boyd and Adam Brosius re DSCSA Information - SCSRELATIVITY_0001339125 |
| 128 | 10/6 | 10/6 | | 2020.08.05 Email from Adam Brosius to Charles Boyd et al. FW Blank T3 - SCSRELATIVITY_0001416048 |
| 129 | 10/6 | 10/6 | | 2020.08.06 Email from Adam Brosius to Charles Boyd and Dhruv Ralhan FW Customer Request - SCSRELATIVITY_0001408934 |
| 130 | 10/6 | 10/6 | | 2020.08.06 Email from Adam Brosius to Boulevard et al. CC Charles Boyd RE T3s - SCSRELATIVITY_0001415195 |
| 131 | 10/6 | 10/6 | | 2020.08.06 Email from Charles Boyd to Boulevard et al. RE T3s - SCSRELATIVITY_0001409845 |

| Exhibit Number | Date Identified | Date Admitted | Objections/ Stipulated Admissions | Description of Exhibit |
|---|---|---|---|---|
| 132 | 10/6 | 10/6 | | 2020.08.07 Email from Charles Boyd to Boulevard et al. RE T3s - SCSRELATIVITY_0001369268 |
| 133 | 9/25 | 9/25 | | 2020.08.08 Email from Charles Boyd to Adam Brosius et al. RE Pedigrees - SCSRELATIVITY_0001409643 |
| 134 | | | | *Intentionally Left Blank* |
| 135 | 10/6 | 10/6 | | 2020.08.10 Email from Charles Boyd to King Kimchi introduction - SCSRELATIVITY_0001371494 |
| 136 | 9/19 | 9/19 | | 2020.08.11 Email from Abigail Divilio to Charles Boyd RE introduction - SCSRELATIVITY_0001435677 |
| 137 | | | | *Intentionally Left Blank* |
| 138 | | | | *Intentionally Left Blank* |
| 139 | | | | *Intentionally Left Blank* |
| 140 | | | | *Intentionally Left Blank* |
| 141 | 10/6 | 10/6 | | 2020.08.17 Email from Charles Boyd to Jenna Mellott et al. RE White Cross Return - SCSRELATIVITY_0001366585 |
| 142 | | | | *Intentionally Left Blank* |
| 143 | | | | *Intentionally Left Blank* |
| 144 | | | | *Intentionally Left Blank* |
| 145 | | | | *Intentionally Left Blank* |
| 146 | | | | *Intentionally Left Blank* |
| 147 | | | | *Intentionally Left Blank* |
| 148 | | | | *Intentionally Left Blank* |
| 149 | 10/6 | 10/6 | | 2020.08.21 Email from Charles Boyd to Gilead and Abbie Divilio RE Gilead (PR-196084) - SCSRELATIVITY_0001341278 |
| 150 | | | | *Intentionally Left Blank* |
| 151 | | | | *Intentionally Left Blank* |
| 152 | 9/25 | 9/25 | | 2020.08.28 Email from Adam Brosius to Charles Boyd et al. re Gentek and Boulevard Bottles - SCSRELATIVITY_0001395945 |
| 153 | | | | *Intentionally Left Blank* |
| 154 | | | | *Intentionally Left Blank* |
| 155 | | | | *Intentionally Left Blank* |
| 156 | | | | *Intentionally Left Blank* |
| 157 | | | | *Intentionally Left Blank* |
| 158 | | | | *Intentionally Left Blank* |
| 159 | | | | *Intentionally Left Blank* |
| 160 | 9/19 | 9/19 | | 2020.09.21 Email from Abigail Divilio to Biztransights and Dakota Flowers re T3s - SCSRELATIVITY_0001329974-75 |
| 161 | 10/6 | 10/6 | | 2020.09.23 Email Dakota Flowers to Patrick Boyd FW Olympia Pharmacy Invoices - SCSRELATIVITY_0001426720-24 |

| Exhibit Number | Date Identified | Date Admitted | Objections/ Stipulated Admissions | Description of Exhibit |
|---|---|---|---|---|
| 162 | 10/6 | 10/6 | | 2020.09.23 Email Dakota Flowers to Patrick Boyd FW Olympia Pharmacy Invoices - SCSRELATIVITY_0001432932-33 |
| 163 | | | | *Intentionally Left Blank* |
| 164 | | | | *Intentionally Left Blank* |
| 165 | | | | *Intentionally Left Blank* |
| 166 | | | | *Intentionally Left Blank* |
| 167 | | | | *Intentionally Left Blank* |
| 168 | 9/25 | 9/25 | | 2020.09.23 Email from Patrick Boyd to Charles Boyd FW HIV Product - SCSRELATIVITY_0001351735 |
| 169 | | | | *Intentionally Left Blank* |
| 170 | 10/20 | 10/20 | | 2020.09.29 Email from Abigail Divilio to Cassandra Kozak at IPC re Biktarvy and Complera - SCSRELATIVITY_0001427825 |
| 171 | | | | *Intentionally Left Blank* |
| 172 | | | | *Intentionally Left Blank* |
| 173 | 9/19 | 9/19 | | 2020.09.29 Email from Patrick Boyd to Adam Brosius FW Verification of Boulevard T3s - SCSRELATIVITY_0001340189-92 |
| 174 | 9/19 | 9/19 | | 2020.09.30 Email from Abigail Divilio to Patrick Boyd and Charles Boyd FW Biktarvy and Complera - SCSRELATIVITY_0001349930 |
| 175 | | | | *Intentionally Left Blank* |
| 176 | 9/25 | 9/25 | | 2020.10.01 Email from Adam Brosius to Charles Boyd and Garrett Mellott RE FW T3s - SCSRELATIVITY_0001369167 |
| 177 | 9/19 | 9/19 | | 2020.10.01 Email from King Kimchi to Abigail Divilio RE T3 - SCSRELATIVITY_0001333765 |
| 178 | | | | *Intentionally Left Blank* |
| 179 | 10/6 | 10/6 | | 2020.10.01 Email from Olympia Plaza Pharmacy to Jonathan Nicholls et al. CC Patrick Boyd re Olympia Plaza Pharmacy Product Return - SCSRELATIVITY_0001339380 |
| 180 | 9/19 | 9/19 | | 2020.10.01 Email from King Kimchi to Abigail Divilio re CDGXKA T3 - CTRL00378519-20 |
| 181 | 9/19 | 9/19 | | 2020.10.02 Email from Abigail Divilio to King Kimchi and Charles Boyd Re NYS Professions - Online Verifications - SCSRELATIVITY_0001428248 |
| 182 | 9/18 | 9/18 | | 2020.10.02 Email from Olympia Plaza Pharmacy to Patrick Boyd et al. RE Olympia Plaza Pharmacy Product Return - SCSRELATIVITY_0001350225 |

| Exhibit Number | Date Identified | Date Admitted | Objections/ Stipulated Admissions | Description of Exhibit |
|---|---|---|---|---|
| 183 | 9/18 | 9/18 | | 2020.10.03 Email from Olympia Plaza Pharmacy to Patrick Boyd et al. RE Olympia Plaza Pharmacy Product Return - SCSRELATIVITY_0001350114-17 |
| 184 | 9/19 | 9/19 | | 2020.10.05 Email from Abigail Divilio to King Kimchi and Charles Boyd RE Instacare - SCSRELATIVITY_0001332408 |
| 185 | | | | *Intentionally Left Blank* |
| 186 | 9/19 | 9/19 | | 2020.10.06 Email from King Kimchi to Abigail Divilio, Charles Boyd, and Dakota Flowere re T3 binder - SCSRELATIVITY_0001329432-33 |
| 187 | 9/19 | 9/19 | | 2020.10.12 Email from Abigail Divilio to Charles Boyd and Patrick Boyd FW Gilead Sciences Biktarvy Inquiry (PR-200633) - SCSRELATIVITY_0001334175 |
| 188 | 10/20 | 10/20 | | 2020.10.13 Email from Abigail Divilio to Charles Boyd re FDA Form 3911 - SCSRELATIVITY_0001333983 |

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY
SOUTHERN DISTRICT OF FLORIDA

LORINDA LARYEA, ACTING CHIEF
U.S. DEPARTMENT OF JUSTICE
CRIMINAL DIVISION, FRAUD SECTION

**Dated:** November 7, 2025      By:  */s/ Alexander Thor Pogozelski*
Alexander Thor Pogozelski
Florida Special Bar No. A5502549
Assistant United States Attorney
99 Northeast 4th Street
Miami, Florida 33132
Tel: (786) 649-5251
Email: Alexander.Pogozelski@usdoj.gov

*/s/ Jacqueline Zee DerOvanesian*
Jacqueline Zee DerOvanesian
Trial Attorney
Florida Bar No. 125662
United States Department of Justice
Criminal Division, Fraud Section

4

1400 New York Avenue NW  
Washington, D.C. 20005  
Tel: (202) 285-9285  
Email: Jacqueline.DerOvanesian@usdoj.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 7, 2025 a true and correct copy of the foregoing was filed and served on all counsel of record via the CM/ECF system.

**Dated:**  November 7, 2025                           */s/ Alexander Thor Pogozelski*___
                                                                         Assistant United States Attorney