| | |
|---|---|
| **From:** | Adam Brosius[adam@pharmasales.com] |
| **Sent:** | Wed 8/5/2020 8:25:00 PM (UTC) |
| **To:** | Charles Boyd[CharlesB@Safechain.com]; Garrett Mellott[garrett@pharmasales.com]; Dhruv Ralhan[dhruv@shs.healthcare]; Invoice 9229[9229sales@gmail.com] |
| **Subject:** | Fwd: blank T3 |
| **Attachment:** | ATT00001.htm |
| **Attachment:** | image001.png |
| **Attachment:** | image002.png |
| **Attachment:** | ATT00002.htm |
| **Attachment:** | BLANK T3.pdf |
| **Attachment:** | ATT00003.htm |

Please see attached    super simple to fill out

lets get someone on it ASAP

Need product from BLVD


**Worldwide Pharma Sales Group Inc.**

**455 NE Fifth Avenue Suite D434**

**Delray Beach, Florida 33483**

**215.595.3932**

**adam@pharmasales.com**


---------- Forwarded message ---------
From: **Charles Boyd** <CharlesB@safechain.com>
Date: Wed, Aug 5, 2020 at 4:18 PM
Subject: Fwd: blank T3
To: Adam Brosius (Contact) <adam@pharmasales.com>




**Charlie Boyd** | Founder & CEO
Safe Chain Solutions, LLC
822 Chesapeake Drive
Cambridge, MD 21613

GOVERNMENT EXHIBIT
**128**
1:24-cr-20255-WPD

GX 128.001

SCSRELATIVITY_0001416048

office: 855.437.5727
www.SafeChain.com |

Begin forwarded message:

**From:** Abbie Divilio <AbbieD@Safechain.com>
**Date:** August 5, 2020 at 4:08:54 PM EDT
**To:** Charles Boyd <CharlesB@Safechain.com>
**Subject: blank T3**

Please see attached for a blank T3 template

**Abbie Divilio** | Director of Compliance

Safe Chain Solutions, LLC

822 Chesapeake Drive | Cambridge, MD  21613

office: 855.437.5727 x1017 | fax: 866.930.1128

[www.SafeChain.com](www.SafeChain.com) |

SCSRELATIVITY_0001416049

**SAFE CHAIN SOLUTIONS, LLC**

# Drug Supply Chain Security Act Document

**(TI) Transaction Information**

| Drug Name, Strength, Dosage Form, Container Size: | | | Reference Number: _____ |
|---|---|---|---|
| NDC: | | | Document Type: _____ |
| Lot Number | Quantity | Unique Serial # | Reference Date: _____ |
|  |  |  | |
|  |  |  | |
|  |  |  | |

**(TH) Transaction History**

Manufacturer's Name:
Manufacturer's information:

| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
|---|---|
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br>Date Received & Ref : |

**(TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)**

 (A) is authorized as required under the Drug Supply Chain Security Act;
 (B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
 (C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
 (D) did not knowingly ship a suspect or illegitimate product;
 (E) had systems and processes in place to comply with verification requirements under section 582;
 (F) did not knowingly provide false transaction information; and
 (G) did not knowingly alter the transaction history.