| | |
|---|---|
| **Sent:** | Fri 8/7/2020 3:26:05 PM (UTC) |
| **To:** | Invoice 9229 <9229sales@gmail.com> |
| **Cc:** | "Adam Brosius (Contact)" <adam@pharmasales.com>, Dhruv Ralhan <dhruv@shs.healthcare> |
| **Subject:** | RE: t3s |

That's not how this works. Boulevard is required by law to send a T3 with every shipment.



**Charlie Boyd** | Founder & CEO
Safe Chain Solutions, LLC
822 Chesapeake Drive | Cambridge, MD 21613
office: 855.437.5727 | Cell: 301.875.1581
www.SafeChain.com  |  Linked in

**From:** Invoice 9229 <9229sales@gmail.com>
**Sent:** Friday, August 7, 2020 11:20 AM
**To:** Charles Boyd <CharlesB@Safechain.com>
**Cc:** Adam Brosius (Contact) <adam@pharmasales.com>; Dhruv Ralhan <dhruv@shs.healthcare>
**Subject:** Re: t3s

Good day,
 customer has provided 2 location they get and got  product from.

Stainrx / 807 Stanley ave Brooklyn Ny 11207
purchased 4 times
12/19- 2/20- 4/20- 6/20

Lpm pharmacy / 7537 main st Flushing ny 11376

They have asked for past due invoices to get paid and will provide the rest of T3 info needed.

Thanks

On Fri, Aug 7, 2020 at 10:43 AM Charles Boyd <CharlesB@safechain.com> wrote:
 Any updates on this guys?



**Charlie Boyd** | Founder & CEO
Safe Chain Solutions, LLC
822 Chesapeake Drive | Cambridge, MD 21613
office: 855.437.5727 | Cell: 301.875.1581
www.SafeChain.com  |  Linked in

**GOVERNMENT EXHIBIT**
**132**
1:24-cr-20255-WPD

**From:** Charles Boyd
**Sent:** Thursday, August 6, 2020 11:35 AM
**To:** Invoice 9229 <9229sales@gmail.com>; Adam Brosius (Contact) <adam@pharmasales.com>
**Cc:** Dhruv Ralhan <dhruv@shs.healthcare>
**Subject:** RE: t3s

Hi guys,

Thanks for shooting the supplier information over. What we need to know is what product / lot number came from which supplier on each Safe Chain purchase order. I'm more than happy to introduce you to a company that will handle all of the data entry but they will need this info as well. The chain of custody should look like this:

1: Manufacturer > 2: Authorized Distributor > 3: Wholesaler > 4: Pharmacy

There can be multiple wholesalers in the supply chain but each one is required to give the buyer the T3 information on their purchases. The people supplying Blvd should be providing this information with each order so that they can provide it to their customers. Make sense?

We have a customer that has requested a T3 so really need to get that one done ASAP. Please let me know what you need from us to get these rolling.



**Charlie Boyd** | Founder & CEO
Safe Chain Solutions, LLC
822 Chesapeake Drive | Cambridge, MD 21613
office: 855.437.5727 | Cell: 301.875.1581
www.SafeChain.com | LinkedIn

**From:** Invoice 9229 <9229sales@gmail.com>
**Sent:** Thursday, August 6, 2020 10:58 AM
**To:** Adam Brosius (Contact) <adam@pharmasales.com>
**Cc:** Dhruv Ralhan <dhruv@shs.healthcare>; Charles Boyd <CharlesB@Safechain.com>
**Subject:** Re: t3s

Understood, just sharing as his messages come in


On Thu, Aug 6, 2020, 10:54 AM Adam Brosius <adam@pharmasales.com> wrote:
 thanks   i think dhruv and charlie spoke and came up with a solution.

  T3's are a bit more involved than just an address.   They are working through it   thanks

**Worldwide Pharma Sales Group Inc.**

**455 NE Fifth Avenue Suite D434**

**Delray Beach, Florida 33483**

215.595.3932

adam@pharmasales.com


On Thu, Aug 6, 2020 at 10:52 AM Invoice 9229 <9229sales@gmail.com> wrote:
  Here is another one


 On Thu, Aug 6, 2020, 9:52 AM Invoice 9229 <9229sales@gmail.com> wrote:
  Hello Charlie,

  Will this information work for today and we keep adding more sources soon

