| | |
|---|---|
| **From:** | Charles Boyd <CharlesB@Safechain.com> |
| **Sent:** | Sat 8/8/2020 11:41:53 AM (UTC) |
| **To:** | Adam Brosius <adam@pharmasales.com>, Dhruv Ralhan <dhruv@shs.healthcare>, Mike Zingo <mikenzangari@hotmail.com>, Garrett Mellott <garrett@pharmasales.com> |
| **Subject:** | RE: Pedigrees |
| **Attachment:** | RN_PED_PRT_246822_ALL.pdf |

Morning guys,

I spoke to Peter yesterday and he said he can get all the documents we need to have the data entry completed. Attached is a completed T3 from another one of our purchases with a different supplier. This is what it looks like going back to the authorized distributor. I labeled and highlight who each person is throughout the process. Notice that each one is done by NDC / LOT # / Quantity. To do the data entry we need either one of these filled out up until the sale to Safe Chain OR a packing slip / invoice from the AD to the supplier to Boulevard. I know this is a new process for you so we are more than happy to help guide you and answer any questions you might have. I look forward to getting this resolved and moving forward.

Have a nice weekend.

Charlie



**Charlie Boyd** | Founder & CEO
Safe Chain Solutions, LLC
822 Chesapeake Drive | Cambridge, MD 21613
office: 855.437.5727 | Cell: 301.875.1581
www.SafeChain.com | Linkedin

---

**From:** Adam Brosius <adam@pharmasales.com>
**Sent:** Friday, August 7, 2020 3:06 PM
**To:** Dhruv Ralhan <dhruv@shs.healthcare>; Mike Zingo <mikenzangari@hotmail.com>; Charles Boyd <CharlesB@Safechain.com>; Garrett Mellott <garrett@pharmasales.com>
**Subject:** Pedigrees

Guys --

We have a catch -22 on the pedigree and money situation.

Here are the Facts:

1. SC owes BLVD about 1 million
2. SC MUST have pedigrees from their sources or they are out of compliance and in risk of fines/suspension.
3. Two Pharmacies already asked for pedigrees

GX 133.001



GOVERNMENT EXHIBIT
133
1:24-cr-20255-WPD
SCSRELATIVITY_0001409643

4. Pedigrees are supposed to show ALL transactions from the manufacturer to the pharmacy -- not just the last transaction.
5. Blvd doesnt want to help with pedigrees till they are paid.
6. SC doesnt want to pay till there are pedigrees (full pedigrees preferred back to manufacturer.)   They have been asking for over a month.
7. SC can out source the pedigrees to a service group but needs the info.

How can we get past this?

we all want to do more business but SC cant do anything else without pedigrees. HELP!

**Worldwide Pharma Sales Group Inc.**

**455 NE Fifth Avenue Suite D434**

**Delray Beach, Florida 33483**

**215.595.3932**

**adam@pharmasales.com**

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sub>Doc#00000012253</sub>

## (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: |
|---|
| **VALSARTAN 160MG TAB 90CT, 160 mg/1, TABLET, FILM COATED, 90 TABLET, FILM COATED in 1 BOTTLE (33342-064-10)** |

**NDC:** 33342-0064-10

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| EVH2011A | 4 | |
| | | |
| | | |

Reference Number: **01I25027**
Document Type: **Invoice**
Reference Date: **05/01/20**

## (TH) Transaction History

**Manufacturer's Name:** MACLEODS PHARMACEUTICALS
**Manufacturer's information:**

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: **MCKESSON CORP**  *Authorized Distributor* | Name: **MCKESSON CORP** |
| Address: 3000 KENSKILL AVE | Address: 3000 KENSKILL AVE |
| WASHINGTON COURT HOUSE OH 43160 | WASHINGTON COURT HOUSE OH 43160 |
| Date Purchased & Ref : | Date Received & Ref : |
| Name: **BUCKEYE PHARMACY**  *Your Supplier* | Name: **BUCKEYE PHARMACY** |
| Address: 27 NORTON RD | Address: 27 NORTON RD |
| COLOMBUS OH 43228 | COLOMBUS OH 43228 |
| Date Purchased & Ref :   04/20/20      7196365784 | Date Received & Ref : |
| Name: **WASATCH**  *You* | Name: **WASATCH** |
| Address: 9132 S 700 EAST | Address: 9132 S 700 EAST |
| SANDY UT 84070 | SANDY UT 84070 |
| Date Purchased & Ref :   04/22/20      BUCK133 | Date Received & Ref : |
| Name: **SAFE CHAIN SOLUTIONS, LLC**  *Your Customer* | Name: **SAFE CHAIN SOLUTIONS - UT** |
| Address: 822 CHESAPEAKE DR | Address: 1812 W SUNSET BLVD |
| CAMBRIDGE MD 21613 | ST. GEORGE UT 84770 |
| Date Purchased & Ref :   04/28/20      PO#01207640 | Date Received & Ref :   04/29/20      RC#011556 |
| Name: **AKRON VA OUTPATIENT CLINIC** | Name: **AKRON VA OUTPATIENT CLINIC** |
| Address: 95 W WATERLOO RD | Address: 95 W WATERLOO RD |
| AKRON OH 44319 | AKRON OH 44319 |
| Date Purchased & Ref :   05/01/20      01S23339001 | Date Received & Ref :   05/01/20      01S23339001 |

**(TS) Transaction Statement:** This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  1      pages.

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sub>Doc#00000012276</sub>

## (TI) Transaction Information

**Drug Name, Strength, Dosage Form, Container Size:**
**METHENAMINE TB 1G, 1 g/1, TABLET, 100 TABLET in 1 BOTTLE (65862-782-01)**

**NDC:** 65862-0782-01

**Reference Number:** 01I25027
**Document Type:** Invoice
**Reference Date:** 05/01/20

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| HPSA20017A | 1 | |
| | | |
| | | |

## (TH) Transaction History

**Manufacturer's Name:** AUROBINDO PHARMA
**Manufacturer's information:**

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: McKesson Corporation<br>Address: 3301 Pollok Drive<br>Conroe TX 77303<br>Date Purchased & Ref : | Name: McKesson Corporation<br>Address: 3301 Pollok Drive<br>Conroe TX 77303<br>Date Received & Ref : |
| Name: MORNING STAR PHARMACY<br>Address: 2700 W PLEASANT RUN STE 250<br>LANCASTER TX 75146<br>Date Purchased & Ref :   04/29/20      207634 | Name: MORNING STAR PHARMACY<br>Address: 2700 W PLEASANT RUN STE 250<br>LANCASTER TX 75146<br>Date Received & Ref : |
| Name: SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>CAMBRIDGE MD 21613<br>Date Purchased & Ref :   04/28/20      PO#01207634 | Name: SAFE CHAIN SOLUTIONS - UT<br>Address: 1812 W SUNSET BLVD<br>ST. GEORGE UT 84770<br>Date Received & Ref :   04/30/20      RC#011578 |
| Name: AKRON VA OUTPATIENT CLINIC<br>Address: 95 W WATERLOO RD<br>AKRON OH 44319<br>Date Purchased & Ref :   05/01/20      01S23339001 | Name: AKRON VA OUTPATIENT CLINIC<br>Address: 95 W WATERLOO RD<br>AKRON OH 44319<br>Date Received & Ref :   05/01/20      01S23339001 |
| Name:<br>Address:<br>Date Purchased & Ref : | Name:<br>Address:<br>Date Received & Ref : |

**(TS) Transaction Statement:** This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1    of 1    pages.