| | |
|---|---|
| **Sent:** | Mon 8/10/2020 9:35:39 PM (UTC) |
| **To:** | King Kimchi <consulting012345@gmail.com> |
| **Subject:** | RE: Introduction |
| **Attachment:** | boulevard rog.xls |



**From:** King Kimchi <consulting012345@gmail.com>
**Sent:** Monday, August 10, 2020 4:38 PM
**To:** Charles Boyd <CharlesB@Safechain.com>
**Subject:** Re: Introduction

Can I have all lot numbers of products with date of purchase thank you

On Mon, Aug 10, 2020 at 2:56 PM Charles Boyd <CharlesB@safechain.com> wrote:
Hi Sameer,

I would like to introduce you to Peter who owns Boulevard Wholesale. He needs some help completing a backlog of T3's ASAP. Peter is relatively new at this and needs some help from you and your team to guide him through the process. I have CC'd him on this email so that you all can connect. I hope this helps and we can get these resolved ASAP. Thanks!

Best regards,
CB



**Charlie Boyd** | Founder & CEO
Safe Chain Solutions, LLC
822 Chesapeake Drive | Cambridge, MD 21613
office: 855.437.5727 | Cell: 301.875.1581
www.SafeChain.com |

GX 135.001

**GOVERNMENT EXHIBIT**

**135**

1:24-cr-20255-WPD

SCSRELATIVITY_0001371493