| | |
|---|---|
| **From:** | compliance <compliance@Safechain.com> |
| **Sent:** | Tue 8/11/2020 12:49:31 PM (UTC) |
| **To:** | Charles Boyd <CharlesB@Safechain.com>, compliance <compliance@Safechain.com> |
| **Subject:** | RE: Introduction |
| **Attachment:** | Updated BLVD 9229 .xls |

Morning,

I just chatted with Jesse, because I am not as familiar with this report. The difference between 'Qty received' and 'Lot Qty' is that Qty received is the TOTAL received of that NDC, but there may be multiple lots which is what is reflected in 'lot qty'. I have removed the 'QTY received' column and left the lot column, since the lot's and NDC's are the important part to match up.

Let me know if this helps,



**Abbie Divilio** | Director of Compliance
Safe Chain Solutions, LLC
822 Chesapeake Drive | Cambridge, MD  21613
office: 855.437.5727 x1017 | fax: 866.930.1128
www.SafeChain.com  |  LinkedIn

---

**From:** Charles Boyd <CharlesB@Safechain.com>
**Sent:** Tuesday, August 11, 2020 7:34 AM
**To:** compliance <compliance@Safechain.com>
**Subject:** RE: Introduction

Morning guys,

What is the difference between the Qty Rec√d and Lot Qty?



**Charlie Boyd** | Founder & CEO
Safe Chain Solutions, LLC
822 Chesapeake Drive | Cambridge, MD 21613
office: 855.437.5727 | Cell: 301.875.1581
www.SafeChain.com  |  LinkedIn

---

**From:** compliance <compliance@Safechain.com>
**Sent:** Monday, August 10, 2020 4:58 PM
**To:** Charles Boyd <CharlesB@Safechain.com>; compliance <compliance@Safechain.com>

**GOVERNMENT EXHIBIT**
**136**
1:24-cr-20255-WPD

SCSRELATIVITY_0001435677

**Subject:** RE: Introduction

Hi Charlie-
Here is the report with all purchases from Boulevard.
Let me know if they need something more.

Thanks,



**Abbie Divilio** | Director of Compliance
Safe Chain Solutions, LLC
822 Chesapeake Drive | Cambridge, MD  21613
office: 855.437.5727 x1017 | fax: 866.930.1128
www.SafeChain.com |

---

**From:** Charles Boyd <CharlesB@Safechain.com>
**Sent:** Monday, August 10, 2020 4:42 PM
**To:** compliance <compliance@Safechain.com>
**Subject:** FW: Introduction

Hey guys,

Is there an ROG report you can pull for all Boulevard products that I can send them?

CB



**Charlie Boyd** | Founder & CEO
Safe Chain Solutions, LLC
822 Chesapeake Drive | Cambridge, MD 21613
office: 855.437.5727 | Cell: 301.875.1581
www.SafeChain.com |

---

**From:** King Kimchi <consulting012345@gmail.com>
**Sent:** Monday, August 10, 2020 4:38 PM
**To:** Charles Boyd <CharlesB@Safechain.com>
**Subject:** Re: Introduction

Can I have all lot numbers of products with date of purchase thank you

On Mon, Aug 10, 2020 at 2:56 PM Charles Boyd <CharlesB@safechain.com> wrote:

Hi Sameer,

I would like to introduce you to Peter who owns Boulevard Wholesale. He needs some help completing a backlog of T3's ASAP. Peter is relatively new at this and needs some help from you and your team to guide him through the process. I have CC'd him on this email so that you all can connect. I hope this helps and we can get these resolved ASAP. Thanks!

Best regards,
CB



**Charlie Boyd** | Founder & CEO
Safe Chain Solutions, LLC
822 Chesapeake Drive | Cambridge, MD 21613
office: 855.437.5727 | Cell: 301.875.1581
www.SafeChain.com | Linked in