| | |
|---|---|
| **From:** | Abbie Divilio <AbbieD@Safechain.com> |
| **Sent:** | Mon 9/21/2020 2:30:16 PM (UTC) |
| **To:** | "scspedigree@biztransights.com" <scspedigree@biztransights.com> |
| **Cc:** | Dakota Flowers <dakotaf@safechain.com> |
| **Subject:** | T3s |
| **Attachment:** | Binder-missing pedigrees.pdf |



**Abbie Divilio** | Director of Compliance
Safe Chain Solutions, LLC
822 Chesapeake Drive | Cambridge, MD  21613
office: 855.437.5727 x1017 | fax: 866.930.1128
www.SafeChain.com |

---

**From:** King Kimchi <consulting012345@gmail.com>
**Sent:** Monday, September 21, 2020 10:17 AM
**To:** Charles Boyd <CharlesB@Safechain.com>; compliance <compliance@Safechain.com>; Dakota Flowers <dakotaf@safechain.com>; Abbie Divilio <AbbieD@Safechain.com>
**Subject:**

GOVERNMENT EXHIBIT
160
1:24-cr-20255-WPD

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document

## (TI) Transaction Information

**Drug Name, Strength, Dosage Form, Container Size:**
TRIUMEQ

NDC: 49702-0231-13

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 7F7B | 1 | |
| | | |
| | | |

**Reference Number:** INVA8001
**Document Type:** INVOICE
**Reference Date:** 05/28/2020

## (TH) Transaction History

**Manufacturer's Name:** ViiV Healthcare
**Manufacturer's information:** Five Moore Drive, Research Triangle Park, North Carolina 27709-3398

**SOLD TO:**
Name: Independent Pharmacy Cooperative
Address: 1550 Columbus Street
Sun Prairie, WI 53590
Date Purchased & Ref: 04/22/20   PO#159608

**SHIPPED TO:**
Name: Independent Pharmacy Cooperative
Address: 1550 Columbus Street
Sun Prairie, WI 53590
Date Received & Ref: 04/22/20

**SOLD TO:**
Name: ATTAIN RX INC
Address: 9516 Queens Blvd
Rego Park, NY 11374
Date Purchased & Ref: 05/01/20   PO#AA12001

**SHIPPED TO:**
Name: ATTAIN RX INC
Address: 9516 Queens Blvd
Rego Park, NY 11374
Date Received & Ref: 05/01/20

**SOLD TO:**
Name: BNR Wholesaler
Address: 3858 Nostrand Ave
Brooklyn, NY 11235
Date Purchased & Ref: 05/06/20   PO#01A2517

**SHIPPED TO:**
Name: BNR Wholesaler
Address: 3858 Nostrand Ave
Brooklyn, NY 11235
Date Received & Ref: 05/06/20

**SOLD TO:**
Name: BOULEVARD 9229 LLC
Address: 9229 QUEENS BLVD STE 11
REGO PARK, NY 11374
Date Purchased & Ref: 05/11/20   PO#01207811

**SHIPPED TO:**
Name: BOULEVARD 9229 LLC
Address: 9229 QUEENS BLVD STE 11
REGO PARK, NY 11374
Date Received & Ref: 05/11/20

**SOLD TO:**
Name: SAFE CHAIN SOLUTIONS, LLC
Address: 822 CHESAPEAKE DR
CAMBRIDGE MD 21613
Date Purchased & Ref: 05/28/20   PO#9010

**SHIPPED TO:**
Name: SAFE CHAIN SOLUTIONS, LLC
Address: 822 CHESAPEAKE DR
CAMBRIDGE MD 21613
Date Received & Ref: 05/28/20

**(TS) Transaction Statement:** This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1    of  1    pages.

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document

## (TI) Transaction Information

**Drug Name, Strength, Dosage Form, Container Size:**
GENVOYA TAB 30CT

NDC: 61958-1901-01

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 19GV020UA | 5 | |
| | | |
| | | |

**Reference Number:** INV4256
**Document Type:** INVOICE
**Reference Date:** 09/07/2020

## (TH) Transaction History

**Manufacturer's Name:** Gilead Sciences, Inc.
**Manufacturer's information:** 333 Lakeside Drive, Foster City, CA 94404

**SOLD TO:**
Name: Independent Pharmacy Cooperative
Address: 1550 Columbus Street
Sun Prairie, WI 53590
Date Purchased & Ref: 07/31/20  PO#160135

**SHIPPED TO:**
Name: Independent Pharmacy Cooperative
Address: 1550 Columbus Street
Sun Prairie, WI 53590
Date Received & Ref: 07/31/20

**SOLD TO:**
Name: ATTAIN RX INC
Address: 9516 Queens Blvd
Rego Park, NY 11374
Date Purchased & Ref: 08/17/20  PO#AA12419

**SHIPPED TO:**
Name: ATTAIN RX INC
Address: 9516 Queens Blvd
Rego Park, NY 11374
Date Received & Ref: 08/17/20

**SOLD TO:**
Name: BNR Wholesaler
Address: 3858 Nostrand Ave
Brooklyn, NY 11235
Date Purchased & Ref: 08/28/20  PO#01A2849

**SHIPPED TO:**
Name: BNR Wholesaler
Address: 3858 Nostrand Ave
Brooklyn, NY 11235
Date Received & Ref: 08/28/20

**SOLD TO:**
Name: BOULEVARD 9229 LLC
Address: 9229 QUEENS BLVD STE 11
REGO PARK, NY 11374
Date Purchased & Ref: 09/01/20  PO#01209544

**SHIPPED TO:**
Name: BOULEVARD 9229 LLC
Address: 9229 QUEENS BLVD STE 11
REGO PARK, NY 11374
Date Received & Ref: 09/01/20

**SOLD TO:**
Name: SAFE CHAIN SOLUTIONS, LLC
Address: 822 CHESAPEAKE DR
CAMBRIDGE MD 21613
Date Purchased & Ref: 09/07/20  PO#9265

**SHIPPED TO:**
Name: SAFE CHAIN SOLUTIONS, LLC
Address: 822 CHESAPEAKE DR
CAMBRIDGE MD 21613
Date Received & Ref: 09/07/20

**(TS) Transaction Statement:** This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1  of  1  pages.