| | |
|---|---|
| **From:** | Pat Boyd[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=964064AA20E946EC8768BB561A22A814-PAT BOYD] |
| **Sent:** | Wed 9/23/2020 4:27:02 PM (UTC) |
| **To:** | Charles Boyd[CharlesB@Safechain.com] |
| **Subject:** | Fwd: HIV Product |

This doesn't sound great

Patrick Boyd
Managing Partner
Safe Chain Solutions

Begin forwarded message:

**From:** Jonathan Nicholls <JonathanN@safechain.com>
**Date:** September 23, 2020 at 12:25:15 PM EDT
**To:** Pat Boyd <PatB@safechain.com>
**Subject: Re: HIV Product**

It's got to do with the pedigrees again.

When he answered me about what the topic was he said DSCSA or the drug supply chain security act

Get Outlook for iOS

**From:** Pat Boyd <PatB@Safechain.com>
**Sent:** Wednesday, September 23, 2020 8:15:23 AM
**To:** Jonathan Nicholls <JonathanN@Safechain.com>
**Subject:** RE: HIV Product

Tomorrow is better than today in the afternoon but I'd ask him for an idea what it's about so you can get the right person on with him. I'll do it no matter what the issue but want to have a response ready

GOVERNMENT EXHIBIT
168
1:24-cr-20255-WPD



**Patrick Boyd** | Managing Partner
Safe Chain Solutions, LLC
822 Chesapeake Drive | Cambridge, MD  21613
office: 855.437.5727 x1002 | fax: 866.930.1128
www.SafeChain.com |  Linked in

**From:** Jonathan Nicholls <JonathanN@Safechain.com>
**Sent:** Wednesday, September 23, 2020 8:11 AM
**To:** Pat Boyd <PatB@Safechain.com>
**Subject:** Fwd: HIV Product

You available either day to hop on a call with me for this?  I have no idea what he'd like to discuss. They were the ones having difficulty with the pedigrees earlier this month

Get Outlook for iOS

**From:** olympia plaza <olympiarx@yahoo.com>
**Sent:** Wednesday, September 23, 2020 8:09:22 AM
**To:** Jonathan Nicholls <JonathanN@Safechain.com>
**Cc:** Josh Thorburn Rx Pharmacist <joshuathorburn@hotmail.com>; olympia plaza <olympiarx@yahoo.com>
**Subject:** HIV Product

Hello Jonathan:

Need to have a discussion with you and, possibly, someone who is in charge (management). Are you available Wednesday or tomorrow afternoon?

Respectfully,

Emil Borokhovich, RN-C, MSN, FNP
Pharmacy Manager

*Please click here to visit our Gift Shop for exciting selection of ecclectic gifts for all occasions:*

https://olympiagifts.com/

Olympia Plaza Pharmacy
5901 W. Olympic Blvd
Suite 103

Los Angeles, CA 90036
www.OlympiaPlazaRx.com

*(323) 937-2590 phone*
*(323) 937-0259 fax*
*(213) 804-5678 mobile*

_____
Confidentiality Note: The information and/or documents contained in this e-mail may contain information that is confidential and/or legally privileged. The information is intended only for the use of the individual or entity named in the address field. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, forwarding or the taking of any action in reliance on the contents of this electronic information is strictly prohibited, and that the documents shall be returned to the sender at this company immediately. In this regard, if you have received this electronic transmission in error, please notify us by telephone (323-937-2590)or return e-mail immediately and permanently delete this message in all your mailbox as well.