| | |
|---|---|
| **From:** | Pat Boyd[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=964064AA20E946EC8768BB561A22A814-PAT BOYD] |
| **Sent:** | Tue 9/29/2020 5:33:47 PM (UTC) |
| **To:** | Adam Brosius[adam@pharmasales.com] |
| **Subject:** | FW: Verification of Boulevard T3s |
| **Attachment:** | Binder-09222020.pdf |
| **Attachment:** | 09142020.pdf |
| **Attachment:** | B & R Wholesale.JPG |

I'm on this Acumatica call but we need to get with boulevard soon. We've had two bad returns with opened bottles and broken pills last two days and the below sounds pretty bad



**Patrick Boyd** | Managing Partner
Safe Chain Solutions, LLC
822 Chesapeake Drive | Cambridge, MD  21613
office: 855.437.5727 x1002 | fax: 866.930.1128
www.SafeChain.com | Linkedin |

---

**From:** Abbie Divilio <AbbieD@Safechain.com>
**Sent:** Tuesday, September 29, 2020 1:23 PM
**To:** Pat Boyd <PatB@Safechain.com>; Charles Boyd <CharlesB@Safechain.com>
**Subject:** Verification of Boulevard T3s

Hello-
I have been attempting to verify the T3s which have been provided by Boulevard and I have not been successful. I began with the listed wholesaler 'BNR Wholesaler' when I Googled this company nothing came up, I was eventually able to Google the address and found a B & R Wholesale, and I called the number. The number listed on the screenshot is not in service. After some digging I found a PIC associated with this wholesaler, Jenny Seeram and called and left a voicemail.  I attempted to verify Stain Rx and Attain RX. I could not find anything by these names on Google, but then Googled the address and came up with Local RX (Attain) and Stanley RX (Stain RX). I found a phone number for Stanley, and it rang continuously (718-872-7665). I spoke to someone at Local RX (called at 11:40, phone number 718-275-5300) and the he stated that they do not sell anything to other pharmacies or wholesalers. He said that they return their products back to the vendor for credit. He also said he was not familiar with Attain RX and the pharmacy has never gone by that name, has always been Local RX. I also tried searching these pharmacy names on the NYSED.gov website and was not able to find any licenses associated with these pharmacy names. Lastly, I reached out to IPC, Independent Pharmacy Cooperative, and spoke with Cassandra. I asked her to verify a few drugs by lot number I asked for her to try NDCs 61958-2501-01 (lot 19BIC041A) and 61958-

GOVERNMENT EXHIBIT

**173**

1:24-cr-20255-WPD

SCSRELATIVITY_0001340189

1101-01 (lot <mark>019427</mark>), 61958-1901-01 (lot 19GV022UA). The highlighted lot is the only lot she was able to verify and confirm that they have sold that lot. When I asked about pharmacies, Stain RX and Attain RX, she was not able to find either of these as customers in their system. She is going to dig a bit more and see if she can find any additional information in their system.

I will let you know when IPC gets back with me.

Thanks,



**Abbie Divilio** | Director of Compliance
Safe Chain Solutions, LLC
822 Chesapeake Drive | Cambridge, MD  21613
office: 855.437.5727 x1017 | fax: 866.930.1128
www.SafeChain.com | **Linked**in

SCSRELATIVITY_0001340189

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:

BIKTARVY 30CT

NDC: 61958-2501-01

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 19BIC041A | 2 | |
| | | |
| | | |

Reference Number: **INV 6302**

Document Type: **INVOICE**

Reference Date: 09/23/2020

## (TH) Transaction History

Manufacturer's Name: Gilead Sciences, Inc.

Manufacturer's information: 333 Lakeside Drive, Foster City, CA 94404

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: Independent Pharmacy Cooperative | Name: Independent Pharmacy Cooperative |
| Address: 1550 Columbus Street Sun Prairie, WI 53590 | Address: 1550 Columbus Street Sun Prairie, WI 53590 |
| Date Purchased & Ref : 08/18/20  PO#160199 | Date Received & Ref : 08/18/20 |
| SOLD TO: | SHIPPED TO: |
| Name: ATTAIN RX INC | Name: ATTAIN RX INC |
| Address: 9516 Queens Blvd Rego Park, NY 11374 | Address: 9516 Queens Blvd Rego Park, NY 11374 |
| Date Purchased & Ref : 08/28/20  PO#AA12457 | Date Received & Ref : 08/28/20 |
| SOLD TO: | SHIPPED TO: |
| Name: BNR Wholesaler | Name: BNR Wholesaler |
| Address: 3858 Nostrand Ave Brooklyn, NY 11235 | Address: 3858 Nostrand Ave Brooklyn, NY 11235 |
| Date Purchased & Ref : 09/15/20  PO#01A2901 | Date Received & Ref : 09/15/20 |
| SOLD TO: | SHIPPED TO: |
| Name: BOULEVARD 9229 LLC | Name: BOULEVARD 9229 LLC |
| Address: 9229 QUEENS BLVD STE 11 REGO PARK, NY 11374 | Address: 9229 QUEENS BLVD STE 11 REGO PARK, NY 11374 |
| Date Purchased & Ref : 09/22/20  PO#01209825 | Date Received & Ref : 09/22/20 |
| SOLD TO: | SHIPPED TO: |
| Name: SAFE CHAIN SOLUTIONS, LLC | Name: SAFE CHAIN SOLUTIONS, LLC |
| Address: 822 CHESAPEAKE DR CAMBRIDGE MD 21613 | Address: 822 CHESAPEAKE DR CAMBRIDGE MD 21613 |
| Date Purchased & Ref : 09/23/20  PO#9301 | Date Received & Ref : 09/23/20 |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;

(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;

(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;

(D) did not knowingly ship a suspect or illegitimate product;

(E) had systems and processes in place to comply with verification requirements under section 582;

(F) did not knowingly provide false transaction information; and

(G) did not knowingly alter the transaction history.

Page: 1     of  1     pages.

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document

## (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: |
|---|
| **COMPLERA TAB 30CT** |

NDC: 61958-1101-01

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 019427 | 1 | |
| | | |
| | | |

Reference Number: **INV 6311**

Document Type: **INVOICE**

Reference Date: 09/23/2020

## (TH) Transaction History

Manufacturer's Name: Gilead Sciences, Inc.
Manufacturer's information: 333 Lakeside Drive, Foster City, CA 94404

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: Independent Pharmacy Cooperative | Name: Independent Pharmacy Cooperative |
| Address: 1550 Columbus Street Sun Prairie, WI 53590 | Address: 1550 Columbus Street Sun Prairie, WI 53590 |
| Date Purchased & Ref : 08/11/20 PO#160152 | Date Received & Ref : 08/11/20 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: ATTAIN RX INC | Name: ATTAIN RX INC |
| Address: 9516 Queens Blvd Rego Park, NY 11374 | Address: 9516 Queens Blvd Rego Park, NY 11374 |
| Date Purchased & Ref : 08/28/20 PO#AA12457 | Date Received & Ref : 08/28/20 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: BNR Wholesaler | Name: BNR Wholesaler |
| Address: 3858 Nostrand Ave Brooklyn, NY 11235 | Address: 3858 Nostrand Ave Brooklyn, NY 11235 |
| Date Purchased & Ref : 09/17/20 PO#01A2908 | Date Received & Ref : 09/17/20 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: BOULEVARD 9229 LLC | Name: BOULEVARD 9229 LLC |
| Address: 9229 QUEENS BLVD STE 11 REGO PARK, NY 11374 | Address: 9229 QUEENS BLVD STE 11 REGO PARK, NY 11374 |
| Date Purchased & Ref : 09/22/20 PO#01209825 | Date Received & Ref : 09/22/20 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: SAFE CHAIN SOLUTIONS, LLC | Name: SAFE CHAIN SOLUTIONS, LLC |
| Address: 822 CHESAPEAKE DR CAMBRIDGE MD 21613 | Address: 822 CHESAPEAKE DR CAMBRIDGE MD 21613 |
| Date Purchased & Ref : 09/23/20 PO#9293 | Date Received & Ref : 09/23/20 |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1     of  1     pages.

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:

**MAVYRET TAB 100/40MG 84/CT**

NDC: 00074-2625-28

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 1105650 | 1 | |
| | | |
| | | |

Reference Number: **INV6306**

Document Type: **INVOICE**

Reference Date: 09/23/2020

## (TH) Transaction History

Manufacturer's Name: AbbVie Inc.
Manufacturer's information: 1 North Waukegan Road, North Chicago, IL 60064

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: Independent Pharmacy Cooperative<br>Address: 1550 Columbus Street<br>Sun Prairie, WI 53590 | Name: Independent Pharmacy Cooperative<br>Address: 1550 Columbus Street<br>Sun Prairie, WI 53590 |
| Date Purchased & Ref : 08/10/20 PO#160182 | Date Received & Ref : 08/10/20 |
| Name: ATTAIN RX INC<br>Address: 9516 Queens Blvd<br>Rego Park, NY 11374 | Name: ATTAIN RX INC<br>Address: 9516 Queens Blvd<br>Rego Park, NY 11374 |
| Date Purchased & Ref : 09/04/20 PO#AA12481 | Date Received & Ref : 09/04/20 |
| Name: BNR Wholesaler<br>Address: 3858 Nostrand Ave<br>Brooklyn, NY 11235 | Name: BNR Wholesaler<br>Address: 3858 Nostrand Ave<br>Brooklyn, NY 11235 |
| Date Purchased & Ref : 09/15/20 PO#01A2901 | Date Received & Ref : 09/15/20 |
| Name: BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD STE 11<br>REGO PARK, NY 11374 | Name: BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD STE 11<br>REGO PARK, NY 11374 |
| Date Purchased & Ref : 09/22/20 PO#01209825 | Date Received & Ref : 09/22/20 |
| Name: SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>CAMBRIDGE MD 21613 | Name: SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>CAMBRIDGE MD 21613 |
| Date Purchased & Ref : 09/23/20 PO#9301 | Date Received & Ref : 09/23/20 |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1 of 1 pages.

SCSRELATIVITY_0001340190

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document

## (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: | | |
|---|---|---|
| **DUEXIS TAB 90CT** | | |

NDC: 75987-0010-03

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 8118137 | 3 | |
| | | |
| | | |

**Reference Number:** IN V6303
**Document Type:** INVOICE
**Reference Date:** 09/23/2020

## (TH) Transaction History

**Manufacturer's Name:** Horizon Pharma USA, Inc.
**Manufacturer's information** Two Tower Place, 12th Floor, South San Francisco, CA 94080

| SOLD TO: | SHIPPED TO: |
|---|---|
| **Name:** Independent Pharmacy Cooperative<br>**Address:** 1550 Columbus Street<br>Sun Prairie, WI 53590 | **Name:** Independent Pharmacy Cooperative<br>**Address:** 1550 Columbus Street<br>Sun Prairie, WI 53590 |
| **Date Purchased & Ref :** 08/21/20   PO#160215 | **Date Received & Ref :** 08/21/20 |
| **Name:** ATTAIN RX INC<br>**Address:** 9516 Queens Blvd<br>Rego Park, NY 11374 | **Name:** ATTAIN RX INC<br>**Address:** 9516 Queens Blvd<br>Rego Park, NY 11374 |
| **Date Purchased & Ref :** 09/04/20   PO#AA12481 | **Date Received & Ref :** 09/04/20 |
| **Name:** BNR Wholesaler<br>**Address:** 3858 Nostrand Ave<br>Brooklyn, NY 11235 | **Name:** BNR Wholesaler<br>**Address:** 3858 Nostrand Ave<br>Brooklyn, NY 11235 |
| **Date Purchased & Ref :** 09/18/20   PO#01A2910 | **Date Received & Ref :** 09/18/20 |
| **Name:** BOULEVARD 9229 LLC<br>**Address:** 9229 QUEENS BLVD STE 11<br>REGO PARK, NY 11374 | **Name:** BOULEVARD 9229 LLC<br>**Address:** 9229 QUEENS BLVD STE 11<br>REGO PARK, NY 11374 |
| **Date Purchased & Ref :** 09/22/20   PO#01209825 | **Date Received & Ref :** 09/22/20 |
| **Name:** SAFE CHAIN SOLUTIONS, LLC<br>**Address:** 822 CHESAPEAKE DR<br>CAMBRIDGE MD 21613 | **Name:** SAFE CHAIN SOLUTIONS, LLC<br>**Address:** 822 CHESAPEAKE DR<br>CAMBRIDGE MD 21613 |
| **Date Purchased & Ref :** 09/23/20   PO#9301 | **Date Received & Ref :** 09/23/20 |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1       of  1         pages.

SCSRELATIVITY_0001340190

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document

## (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: |
|---|
| **EVOTAZ 300/150MG TAB 30CT** |

NDC: 00003-3641-11

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| CDBDTA | 1 | |
| | | |
| | | |

Reference Number: **INV6304**
Document Type: **INVOICE**
Reference Date: 09/23/2020

## (TH) Transaction History

Manufacturer's Name: Bristol-Myers Squibb Company
Manufacturer's information: 430 E. 29th Street, 14th Floor, New York, NY 10016

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: Independent Pharmacy Cooperative<br>Address: 1550 Columbus Street<br>Sun Prairie, WI 53590 | Name: Independent Pharmacy Cooperative<br>Address: 1550 Columbus Street<br>Sun Prairie, WI 53590 |
| Date Purchased & Ref : 08/27/20 PO#160238 | Date Received & Ref : 08/27/20 |
| SOLD TO:<br>Name: ATTAIN RX INC<br>Address: 9516 Queens Blvd<br>Rego Park, NY 11374 | SHIPPED TO:<br>Name: ATTAIN RX INC<br>Address: 9516 Queens Blvd<br>Rego Park, NY 11374 |
| Date Purchased & Ref : 09/03/20 PO#AA12479 | Date Received & Ref : 09/03/20 |
| SOLD TO:<br>Name: BNR Wholesaler<br>Address: 3858 Nostrand Ave<br>Brooklyn, NY 11235 | SHIPPED TO:<br>Name: BNR Wholesaler<br>Address: 3858 Nostrand Ave<br>Brooklyn, NY 11235 |
| Date Purchased & Ref : 09/15/20 PO#01A2901 | Date Received & Ref : 09/15/20 |
| SOLD TO:<br>Name: BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD STE 11<br>REGO PARK, NY 11374 | SHIPPED TO:<br>Name: BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD STE 11<br>REGO PARK, NY 11374 |
| Date Purchased & Ref : 09/22/20 PO#01209825 | Date Received & Ref : 09/22/20 |
| SOLD TO:<br>Name: SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>CAMBRIDGE MD 21613 | SHIPPED TO:<br>Name: SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>CAMBRIDGE MD 21613 |
| Date Purchased & Ref : 09/23/20 PO#9301 | Date Received & Ref : 09/23/20 |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1 of 1 pages.

SCSRELATIVITY_0001340190

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document

## (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: |
|---|
| TIVICAY 50MG TAB 30CT |

NDC: 49702-0228-13

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| EM3E | 2 | |
| | | |
| | | |

Reference Number: **IN V6301**
Document Type: **INVOICE**
Reference Date: 09/23/2020

## (TH) Transaction History

Manufacturer's Name: ViiV Healthcare
Manufacturer's information: Five Moore Drive, Research Triangle Park, North Carolina 27709-3398

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: Independent Pharmacy Cooperative<br>Address: 1550 Columbus Street<br>Sun Prairie, WI 53590 | Name: Independent Pharmacy Cooperative<br>Address: 1550 Columbus Street<br>Sun Prairie, WI 53590 |
| Date Purchased & Ref : 08/17/20  PO#160193 | Date Received & Ref : 08/17/20 |
| Name: ATTAIN RX INC<br>Address: 9516 Queens Blvd<br>Rego Park, NY 11374 | Name: ATTAIN RX INC<br>Address: 9516 Queens Blvd<br>Rego Park, NY 11374 |
| Date Purchased & Ref : 08/30/20  PO#AA12470 | Date Received & Ref : 08/30/20 |
| Name: BNR Wholesaler<br>Address: 3858 Nostrand Ave<br>Brooklyn, NY 11235 | Name: BNR Wholesaler<br>Address: 3858 Nostrand Ave<br>Brooklyn, NY 11235 |
| Date Purchased & Ref : 09/10/20  PO#01A2895 | Date Received & Ref : 09/10/20 |
| Name: BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD STE 11<br>REGO PARK, NY 11374 | Name: BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD STE 11<br>REGO PARK, NY 11374 |
| Date Purchased & Ref : 09/22/20  PO#01209825 | Date Received & Ref : 09/22/20 |
| Name: SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>CAMBRIDGE MD 21613 | Name: SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>CAMBRIDGE MD 21613 |
| Date Purchased & Ref : 09/23/20  PO#9301 | Date Received & Ref : 09/23/20 |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document

## (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: | | |
|---|---|---|
| DOVATO TAB 30CT | | |

NDC: 49702-0246-13

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| FL5F | 1 | |
| | | |
| | | |

Reference Number: **INV6309**
Document Type: **INVOICE**
Reference Date: 09/23/2020

## (TH) Transaction History

Manufacturer's Name: ViiV Healthcare
Manufacturer's information: Five Moore Drive, Research Triangle Park, North Carolina 27709-3398

| SOLD TO: | SHIPPED TO: |
|---|---|
| **Name:** Independent Pharmacy Cooperative<br>**Address:** 1550 Columbus Street<br>Sun Prairie, WI 53590 | **Name:** Independent Pharmacy Cooperative<br>**Address:** 1550 Columbus Street<br>Sun Prairie, WI 53590 |
| **Date Purchased & Ref :** 08/07/20   PO#160175 | **Date Received & Ref :** 08/07/20 |
| **Name:** ATTAIN RX INC<br>**Address:** 9516 Queens Blvd<br>Rego Park, NY 11374 | **Name:** ATTAIN RX INC<br>**Address:** 9516 Queens Blvd<br>Rego Park, NY 11374 |
| **Date Purchased & Ref :** 08/24/20   PO#AA12441 | **Date Received & Ref :** 08/24/20 |
| **Name:** BNR Wholesaler<br>**Address:** 3858 Nostrand Ave<br>Brooklyn, NY 11235 | **Name:** BNR Wholesaler<br>**Address:** 3858 Nostrand Ave<br>Brooklyn, NY 11235 |
| **Date Purchased & Ref :** 09/11/20   PO#01A2897 | **Date Received & Ref :** 09/11/20 |
| **Name:** BOULEVARD 9229 LLC<br>**Address:** 9229 QUEENS BLVD STE 11<br>REGO PARK, NY 11374 | **Name:** BOULEVARD 9229 LLC<br>**Address:** 9229 QUEENS BLVD STE 11<br>REGO PARK, NY 11374 |
| **Date Purchased & Ref :** 09/22/20   PO#01209825 | **Date Received & Ref :** 09/22/20 |
| **Name:** SAFE CHAIN SOLUTIONS, LLC<br>**Address:** 822 CHESAPEAKE DR<br>CAMBRIDGE MD 21613 | **Name:** SAFE CHAIN SOLUTIONS, LLC<br>**Address:** 822 CHESAPEAKE DR<br>CAMBRIDGE MD 21613 |
| **Date Purchased & Ref :** 09/23/20   PO#9301 | **Date Received & Ref :** 09/23/20 |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of   1         pages.

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document

## (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: |
| --- |
| JULUCA TAB 30CT |

NDC: 49702-0242-13

| Lot Number | Quantity | Unique Serial # |
| --- | --- | --- |
| FN4D | 1 | |
| | | |
| | | |

Reference Number: **INV6308**
Document Type: **INVOICE**
Reference Date: 09/23/2020

## (TH) Transaction History

Manufacturer's Name: ViiV Healthcare
Manufacturer's information: Five Moore Drive Research, Triangle Park, North Carolina 27709-3398

| SOLD TO: | SHIPPED TO: |
| --- | --- |
| Name: Independent Pharmacy Cooperative<br>Address: 1550 Columbus Street<br>Sun Prairie, WI 53590 | Name: Independent Pharmacy Cooperative<br>Address: 1550 Columbus Street<br>Sun Prairie, WI 53590 |
| Date Purchased & Ref : 08/25/20 PO#160228 | Date Received & Ref : 08/25/20 |
| SOLD TO:<br>Name: ATTAIN RX INC<br>Address: 9516 Queens Blvd<br>Rego Park, NY 11374 | SHIPPED TO:<br>Name: ATTAIN RX INC<br>Address: 9516 Queens Blvd<br>Rego Park, NY 11374 |
| Date Purchased & Ref : 09/03/20 PO#AA12479 | Date Received & Ref : 09/03/20 |
| SOLD TO:<br>Name: BNR Wholesaler<br>Address: 3858 Nostrand Ave<br>Brooklyn, NY 11235 | SHIPPED TO:<br>Name: BNR Wholesaler<br>Address: 3858 Nostrand Ave<br>Brooklyn, NY 11235 |
| Date Purchased & Ref : 09/16/20 PO#01A2903 | Date Received & Ref : 09/16/20 |
| SOLD TO:<br>Name: BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD STE 11<br>REGO PARK, NY 11374 | SHIPPED TO:<br>Name: BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD STE 11<br>REGO PARK, NY 11374 |
| Date Purchased & Ref : 09/22/20 PO#01209825 | Date Received & Ref : 09/22/20 |
| SOLD TO:<br>Name: SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>CAMBRIDGE MD 21613 | SHIPPED TO:<br>Name: SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>CAMBRIDGE MD 21613 |
| Date Purchased & Ref : 09/23/20 PO#9291 | Date Received & Ref : 09/23/20 |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1    of  1      pages.

SCSRELATIVITY_0001340190

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:

**TRIUMEQ**

NDC: 49702-0231-13

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| J25S | 1 | |
| | | |
| | | |

Reference Number: **INV6307**

Document Type: **INVOICE**

Reference Date: 09/23/2020

## (TH) Transaction History

Manufacturer's Name: ViiV Healthcare

Manufacturer's information: Five Moore Drive, Research Triangle Park, North Carolina 27709-3398

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: Independent Pharmacy Cooperative<br>Address: 1550 Columbus Street<br>Sun Prairie, WI 53590 | Name: Independent Pharmacy Cooperative<br>Address: 1550 Columbus Street<br>Sun Prairie, WI 53590 |
| Date Purchased & Ref : 08/13/20 PO#160185 | Date Received & Ref : 08/13/20 |
| SOLD TO:<br>Name: ATTAIN RX INC<br>Address: 9516 Queens Blvd<br>Rego Park, NY 11374 | SHIPPED TO:<br>Name: ATTAIN RX INC<br>Address: 9516 Queens Blvd<br>Rego Park, NY 11374 |
| Date Purchased & Ref : 08/28/20 PO#AA12457 | Date Received & Ref : 08/28/20 |
| SOLD TO:<br>Name: BNR Wholesaler<br>Address: 3858 Nostrand Ave<br>Brooklyn, NY 11235 | SHIPPED TO:<br>Name: BNR Wholesaler<br>Address: 3858 Nostrand Ave<br>Brooklyn, NY 11235 |
| Date Purchased & Ref : 09/14/20 PO#01A2899 | Date Received & Ref : 09/14/20 |
| SOLD TO:<br>Name: BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD STE 11<br>REGO PARK, NY 11374 | SHIPPED TO:<br>Name: BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD STE 11<br>REGO PARK, NY 11374 |
| Date Purchased & Ref : 09/22/20 PO#01209825 | Date Received & Ref : 09/22/20 |
| SOLD TO:<br>Name: SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>CAMBRIDGE MD 21613 | SHIPPED TO:<br>Name: SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>CAMBRIDGE MD 21613 |
| Date Purchased & Ref : 09/23/20 PO#9301 | Date Received & Ref : 09/23/20 |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1 of 1 pages.

SCSRELATIVITY_0001340190

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document

## (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: |
|---|
| **ISENTRESS 400MG TAB 60CT** |

NDC: 00006-0227-61

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| T000893 | 1 | |
| | | |
| | | |

Reference Number: **INV6305**
Document Type: **INVOICE**
Reference Date: 09/23/2020

## (TH) Transaction History

Manufacturer's Name: Merck Sharp & Dohme Corporation.
Manufacturer's information: 2000 Galloping Hill Road, Kenilworth, NJ 07033

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: Independent Pharmacy Cooperative<br>Address: 1550 Columbus Street<br>Sun Prairie, WI 53590 | Name: Independent Pharmacy Cooperative<br>Address: 1550 Columbus Street<br>Sun Prairie, WI 53590 |
| Date Purchased & Ref : 08/14/20 PO#160189 | Date Received & Ref : 08/14/20 |
| SOLD TO:<br>Name: ATTAIN RX INC<br>Address: 9516 Queens Blvd<br>Rego Park, NY 11374 | SHIPPED TO:<br>Name: ATTAIN RX INC<br>Address: 9516 Queens Blvd<br>Rego Park, NY 11374 |
| Date Purchased & Ref : 09/01/20 PO#AA12474 | Date Received & Ref : 09/01/20 |
| SOLD TO:<br>Name: BNR Wholesaler<br>Address: 3858 Nostrand Ave<br>Brooklyn, NY 11235 | SHIPPED TO:<br>Name: BNR Wholesaler<br>Address: 3858 Nostrand Ave<br>Brooklyn, NY 11235 |
| Date Purchased & Ref : 09/14/20 PO#01A2899 | Date Received & Ref : 09/14/20 |
| SOLD TO:<br>Name: BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD STE 11<br>REGO PARK, NY 11374 | SHIPPED TO:<br>Name: BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD STE 11<br>REGO PARK, NY 11374 |
| Date Purchased & Ref : 09/22/20 PO#01209825 | Date Received & Ref : 09/22/20 |
| SOLD TO:<br>Name: SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>CAMBRIDGE MD 21613 | SHIPPED TO:<br>Name: SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>CAMBRIDGE MD 21613 |
| Date Purchased & Ref : 09/23/20 PO#9301 | Date Received & Ref : 09/23/20 |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1    of  1    pages.

SCSRELATIVITY_0001340190

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:

SYMTUZA 30CT , 800; 150; 200; 10 mg/1; mg/1; mg/1, TABLET, FILM COATED
30 TABLET, FILM COATED in 1 BOTTLE

NDC: 59676-0800-30

| Reference Number: | **INV4590** |
| Document Type: | **INVOICE** |
| Reference Date: | 09/10/2020 |

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 20EG062 | 3 | |
| 20GG131 | 2 | |
| 20AG853X | 1 | |

### (TH) Transaction History

Manufacturer's Name: Janssen Pharmaceuticals, Inc.
Manufacturer's information 1000 U.S. Route 202 South, Raritan, NJ 08869

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| **Name:** Independent Pharmacy Cooperative<br>**Address:** 1550 Columbus Street<br>Sun Prairie, WI 53590 | **Name:** Independent Pharmacy Cooperative<br>**Address:** 1550 Columbus Street<br>Sun Prairie, WI 53590 |
| **Date Purchased & Ref :** 07/29/20   PO#160125 | **Date Received & Ref :** 07/29/20 |
| **Name:** StainRx<br>**Address:** 807 Stanley Ave<br>Brooklyn, NY 11207 | **Name:** StainRx<br>**Address:** 807 Stanley Ave<br>Brooklyn, NY 11207 |
| **Date Purchased & Ref :** 08/18/20   PO#1SN3523 | **Date Received & Ref :** 08/18/20 |
| **Name:** BNR Wholesaler<br>**Address:** 3858 Nostrand Ave<br>Brooklyn, NY 11235 | **Name:** BNR Wholesaler<br>**Address:** 3858 Nostrand Ave<br>Brooklyn, NY 11235 |
| **Date Purchased & Ref :** 08/30/20   PO#01A2861 | **Date Received & Ref :** 08/30/20 |
| **Name:** BOULEVARD 9229 LLC<br>**Address:** 9229 QUEENS BLVD STE 11<br>REGO PARK, NY 11374 | **Name:** BOULEVARD 9229 LLC<br>**Address:** 9229 QUEENS BLVD STE 11<br>REGO PARK, NY 11374 |
| **Date Purchased & Ref :** 09/09/20   PO#01209667 | **Date Received & Ref :** 09/09/20 |
| **Name:** SAFE CHAIN SOLUTIONS, LLC<br>**Address:** 822 CHESAPEAKE DR<br>CAMBRIDGE MD 21613 | **Name:** SAFE CHAIN SOLUTIONS, LLC<br>**Address:** 822 CHESAPEAKE DR<br>CAMBRIDGE MD 21613 |
| **Date Purchased & Ref :** 09/10/20   PO#9273 | **Date Received & Ref :** 09/10/20 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1     of  1     pages.

SCSRELATIVITY_0001340191

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document

## (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: | | | |
|---|---|---|---|
| SYMTUZA 30CT , 800; 150; 200; 10 mg/1; mg/1; mg/1, TABLET, FILM COATED<br>30 TABLET, FILM COATED in 1 BOTTLE | | **Reference Number:** | **INV4592** |
| NDC: 59676-0800-30 | | **Document Type:** | **INVOICE** |
| | | **Reference Date:** | 09/10/2020 |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 19MG726 | 9 | |
| | | |
| | | |

## (TH) Transaction History

**Manufacturer's Name:** Janssen Pharmaceuticals, Inc.
**Manufacturer's information:** 1000 U.S. Route 202 South, Raritan, NJ 08869

| SOLD TO: | | SHIPPED TO: | |
|---|---|---|---|
| **Name:** | Independent Pharmacy Cooperative | **Name:** | Independent Pharmacy Cooperative |
| **Address:** | 1550 Columbus Street<br>Sun Prairie, WI 53590 | **Address:** | 1550 Columbus Street<br>Sun Prairie, WI 53590 |
| **Date Purchased & Ref :** | 07/30/20    PO#160129 | **Date Received & Ref :** | 07/30/20 |

| SOLD TO: | | SHIPPED TO: | |
|---|---|---|---|
| **Name:** | StainRx | **Name:** | StainRx |
| **Address:** | 807 Stanley Ave<br>Brooklyn, NY 11207 | **Address:** | 807 Stanley Ave<br>Brooklyn, NY 11207 |
| **Date Purchased & Ref :** | 08/21/20    PO#1SN3529 | **Date Received & Ref :** | 08/21/20 |

| SOLD TO: | | SHIPPED TO: | |
|---|---|---|---|
| **Name:** | BNR Wholesaler | **Name:** | BNR Wholesaler |
| **Address:** | 3858 Nostrand Ave<br>Brooklyn, NY 11235 | **Address:** | 3858 Nostrand Ave<br>Brooklyn, NY 11235 |
| **Date Purchased & Ref :** | 08/28/20    PO#01A2849 | **Date Received & Ref :** | 08/28/20 |

| SOLD TO: | | SHIPPED TO: | |
|---|---|---|---|
| **Name:** | BOULEVARD 9229 LLC | **Name:** | BOULEVARD 9229 LLC |
| **Address:** | 9229 QUEENS BLVD STE 11<br>REGO PARK, NY 11374 | **Address:** | 9229 QUEENS BLVD STE 11<br>REGO PARK, NY 11374 |
| **Date Purchased & Ref :** | 09/09/20    PO#01209667 | **Date Received & Ref :** | 09/09/20 |

| SOLD TO: | | SHIPPED TO: | |
|---|---|---|---|
| **Name:** | SAFE CHAIN SOLUTIONS, LLC | **Name:** | SAFE CHAIN SOLUTIONS, LLC |
| **Address:** | 822 CHESAPEAKE DR<br>CAMBRIDGE MD 21613 | **Address:** | 822 CHESAPEAKE DR<br>CAMBRIDGE MD 21613 |
| **Date Purchased & Ref :** | 09/10/20    PO#9273 | **Date Received & Ref :** | 09/10/20 |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

**SAFE CHAIN SOLUTIONS, LLC**

# Drug Supply Chain Security Act Document

## (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: |
|---|
| BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC |

NDC: 61958-2501-01

| Reference Number: | **INV4592** |
|---|---|
| Document Type: | **INVOICE** |
| Reference Date: | 09/10/2020 |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| CCZBZA | 3 | |
| CDFXXA | 7 | |
| CCZBWA | 4 | |

## (TH) Transaction History

Manufacturer's Name: Gilead Sciences, Inc.
Manufacturer's information: 333 Lakeside Drive, Foster City, CA 94404

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: Independent Pharmacy Cooperative<br>Address: 1550 Columbus Street<br>Sun Prairie, WI 53590 | Name: Independent Pharmacy Cooperative<br>Address: 1550 Columbus Street<br>Sun Prairie, WI 53590 |
| Date Purchased & Ref :   07/28/20   PO#160120 | Date Received & Ref :   07/28/20 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: StainRx<br>Address: 807 Stanley Ave<br>Brooklyn, NY 11207 | Name: StainRx<br>Address: 807 Stanley Ave<br>Brooklyn, NY 11207 |
| Date Purchased & Ref :   08/14/20   PO#1SN3519 | Date Received & Ref :   08/14/20 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: BNR Wholesaler<br>Address: 3858 Nostrand Ave<br>Brooklyn, NY 11235 | Name: BNR Wholesaler<br>Address: 3858 Nostrand Ave<br>Brooklyn, NY 11235 |
| Date Purchased & Ref :   08/26/20   PO#01A2835 | Date Received & Ref :   08/26/20 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD STE 11<br>REGO PARK, NY 11374 | Name: BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD STE 11<br>REGO PARK, NY 11374 |
| Date Purchased & Ref :   09/09/20   PO#01209667 | Date Received & Ref :   09/09/20 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>CAMBRIDGE MD 21613 | Name: SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>CAMBRIDGE MD 21613 |
| Date Purchased & Ref :   09/10/20   PO#9273 | Date Received & Ref :   09/10/20 |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1     of  1      pages.

SCSRELATIVITY_0001340191

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document

## (TI) Transaction Information

**Drug Name, Strength, Dosage Form, Container Size:**

BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC

NDC: 61958-2501-01

| Reference Number: | **INV4594** |
| Document Type: | **INVOICE** |
| Reference Date: | 09/10/2020 |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| CDGWYA | 1 | |
| CCZCFA | 3 | |
| 022534 | 1 | |

## (TH) Transaction History

**Manufacturer's Name:** Gilead Sciences, Inc.
**Manufacturer's information:** 333 Lakeside Drive, Foster City, CA 94404

| SOLD TO: | SHIPPED TO: |
|---|---|
| **Name:** Independent Pharmacy Cooperative<br>**Address:** 1550 Columbus Street<br>Sun Prairie, WI 53590 | **Name:** Independent Pharmacy Cooperative<br>**Address:** 1550 Columbus Street<br>Sun Prairie, WI 53590 |
| **Date Purchased & Ref :** 07/31/20 PO#160135 | **Date Received & Ref :** 07/31/20 |
| **Name:** StainRx<br>**Address:** 807 Stanley Ave<br>Brooklyn, NY 11207 | **Name:** StainRx<br>**Address:** 807 Stanley Ave<br>Brooklyn, NY 11207 |
| **Date Purchased & Ref :** 08/18/20 PO#1SN3523 | **Date Received & Ref :** 08/18/20 |
| **Name:** BNR Wholesaler<br>**Address:** 3858 Nostrand Ave<br>Brooklyn, NY 11235 | **Name:** BNR Wholesaler<br>**Address:** 3858 Nostrand Ave<br>Brooklyn, NY 11235 |
| **Date Purchased & Ref :** 08/25/20 PO#01A2828 | **Date Received & Ref :** 08/25/20 |
| **Name:** BOULEVARD 9229 LLC<br>**Address:** 9229 QUEENS BLVD STE 11<br>REGO PARK, NY 11374 | **Name:** BOULEVARD 9229 LLC<br>**Address:** 9229 QUEENS BLVD STE 11<br>REGO PARK, NY 11374 |
| **Date Purchased & Ref :** 09/09/20 PO#01209667 | **Date Received & Ref :** 09/09/20 |
| **Name:** SAFE CHAIN SOLUTIONS, LLC<br>**Address:** 822 CHESAPEAKE DR<br>CAMBRIDGE MD 21613 | **Name:** SAFE CHAIN SOLUTIONS, LLC<br>**Address:** 822 CHESAPEAKE DR<br>CAMBRIDGE MD 21613 |
| **Date Purchased & Ref :** 09/10/20 PO#9273 | **Date Received & Ref :** 09/10/20 |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1 of 1 pages.

SCSRELATIVITY_0001340191

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document

## (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: |
|---|
| BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC |

NDC: 61958-2501-01

| Reference Number: | **INV4596** |
|---|---|
| Document Type: | **INVOICE** |
| Reference Date: | 09/10/2020 |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| CDFYDA | 3 | |
| CCZCBA | 1 | |
| CDFXYA | 2 | |

## (TH) Transaction History

**Manufacturer's Name:** Gilead Sciences, Inc.
**Manufacturer's information:** 333 Lakeside Drive, Foster City, CA 94404

| SOLD TO: | | SHIPPED TO: | |
|---|---|---|---|
| **Name:** | Independent Pharmacy Cooperative | **Name:** | Independent Pharmacy Cooperative |
| **Address:** | 1550 Columbus Street<br>Sun Prairie, WI 53590 | **Address:** | 1550 Columbus Street<br>Sun Prairie, WI 53590 |
| **Date Purchased & Ref :** 07/21/20 PO#160086 | | **Date Received & Ref :** 07/21/20 | |

| SOLD TO: | | SHIPPED TO: | |
|---|---|---|---|
| **Name:** | StainRx | **Name:** | StainRx |
| **Address:** | 807 Stanley Ave<br>Brooklyn, NY 11207 | **Address:** | 807 Stanley Ave<br>Brooklyn, NY 11207 |
| **Date Purchased & Ref :** 08/12/20 PO#1SN3515 | | **Date Received & Ref :** 08/12/20 | |

| SOLD TO: | | SHIPPED TO: | |
|---|---|---|---|
| **Name:** | BNR Wholesaler | **Name:** | BNR Wholesaler |
| **Address:** | 3858 Nostrand Ave<br>Brooklyn, NY 11235 | **Address:** | 3858 Nostrand Ave<br>Brooklyn, NY 11235 |
| **Date Purchased & Ref :** 08/21/20 PO#01A2802 | | **Date Received & Ref :** 08/21/20 | |

| SOLD TO: | | SHIPPED TO: | |
|---|---|---|---|
| **Name:** | BOULEVARD 9229 LLC | **Name:** | BOULEVARD 9229 LLC |
| **Address:** | 9229 QUEENS BLVD STE 11<br>REGO PARK, NY 11374 | **Address:** | 9229 QUEENS BLVD STE 11<br>REGO PARK, NY 11374 |
| **Date Purchased & Ref :** 09/09/20 PO#01209667 | | **Date Received & Ref :** 09/09/20 | |

| SOLD TO: | | SHIPPED TO: | |
|---|---|---|---|
| **Name:** | SAFE CHAIN SOLUTIONS, LLC | **Name:** | SAFE CHAIN SOLUTIONS, LLC |
| **Address:** | 822 CHESAPEAKE DR<br>CAMBRIDGE MD 21613 | **Address:** | 822 CHESAPEAKE DR<br>CAMBRIDGE MD 21613 |
| **Date Purchased & Ref :** 09/10/20 PO#9273 | | **Date Received & Ref :** 09/10/20 | |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

GX 173.017

SCSRELATIVITY_0001340191

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document

## (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: | | |
|---|---|---|
| BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC | | |

NDC: 61958-2501-01

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 6341502A | 1 | |
| CCZCCA | 1 | |
| 6341501A | 1 | |

Reference Number: **INV4598**

Document Type: **INVOICE**

Reference Date: 09/10/2020

## (TH) Transaction History

Manufacturer's Name: Gilead Sciences, Inc.

Manufacturer's information: 333 Lakeside Drive, Foster City, CA 94404

| SOLD TO: | | SHIPPED TO: | |
|---|---|---|---|
| Name: | Independent Pharmacy Cooperative | Name: | Independent Pharmacy Cooperative |
| Address: | 1550 Columbus Street Sun Prairie, WI 53590 | Address: | 1550 Columbus Street Sun Prairie, WI 53590 |
| Date Purchased & Ref : | 07/29/20  PO#160125 | Date Received & Ref : | 07/29/20 |

| SOLD TO: | | SHIPPED TO: | |
|---|---|---|---|
| Name: | StainRx | Name: | StainRx |
| Address: | 807 Stanley Ave Brooklyn, NY 11207 | Address: | 807 Stanley Ave Brooklyn, NY 11207 |
| Date Purchased & Ref : | 08/20/20  PO#1SN3527 | Date Received & Ref : | 08/20/20 |

| SOLD TO: | | SHIPPED TO: | |
|---|---|---|---|
| Name: | BNR Wholesaler | Name: | BNR Wholesaler |
| Address: | 3858 Nostrand Ave Brooklyn, NY 11235 | Address: | 3858 Nostrand Ave Brooklyn, NY 11235 |
| Date Purchased & Ref : | 08/24/20  PO#01A2820 | Date Received & Ref : | 08/24/20 |

| SOLD TO: | | SHIPPED TO: | |
|---|---|---|---|
| Name: | BOULEVARD 9229 LLC | Name: | BOULEVARD 9229 LLC |
| Address: | 9229 QUEENS BLVD STE 11 REGO PARK, NY 11374 | Address: | 9229 QUEENS BLVD STE 11 REGO PARK, NY 11374 |
| Date Purchased & Ref : | 09/09/20  PO#01209667 | Date Received & Ref : | 09/09/20 |

| SOLD TO: | | SHIPPED TO: | |
|---|---|---|---|
| Name: | SAFE CHAIN SOLUTIONS, LLC | Name: | SAFE CHAIN SOLUTIONS, LLC |
| Address: | 822 CHESAPEAKE DR CAMBRIDGE MD 21613 | Address: | 822 CHESAPEAKE DR CAMBRIDGE MD 21613 |
| Date Purchased & Ref : | 09/10/20  PO#9273 | Date Received & Ref : | 09/10/20 |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1　　of　1　　pages.

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document

## (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: |
|---|
| BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC |

NDC: 61958-2501-01

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| CCZCDA | 1 | |
| CDFYFA | 1 | |
| | | |

Reference Number: **INV4600**
Document Type: **INVOICE**
Reference Date: 09/10/2020

## (TH) Transaction History

**Manufacturer's Name:** Gilead Sciences, Inc.
**Manufacturer's information:** 333 Lakeside Drive, Foster City, CA 94404

| SOLD TO: | SHIPPED TO: |
|---|---|
| **Name:** Independent Pharmacy Cooperative<br>**Address:** 1550 Columbus Street<br>Sun Prairie, WI 53590 | **Name:** Independent Pharmacy Cooperative<br>**Address:** 1550 Columbus Street<br>Sun Prairie, WI 53590 |
| **Date Purchased & Ref :** 07/29/20   PO#160125 | **Date Received & Ref :** 07/29/20 |
| **Name:** StainRx<br>**Address:** 807 Stanley Ave<br>Brooklyn, NY 11207 | **Name:** StainRx<br>**Address:** 807 Stanley Ave<br>Brooklyn, NY 11207 |
| **Date Purchased & Ref :** 08/17/20   PO#1SN3521 | **Date Received & Ref :** 08/17/20 |
| **Name:** BNR Wholesaler<br>**Address:** 3858 Nostrand Ave<br>Brooklyn, NY 11235 | **Name:** BNR Wholesaler<br>**Address:** 3858 Nostrand Ave<br>Brooklyn, NY 11235 |
| **Date Purchased & Ref :** 08/26/20   PO#01A2835 | **Date Received & Ref :** 08/26/20 |
| **Name:** BOULEVARD 9229 LLC<br>**Address:** 9229 QUEENS BLVD STE 11<br>REGO PARK, NY 11374 | **Name:** BOULEVARD 9229 LLC<br>**Address:** 9229 QUEENS BLVD STE 11<br>REGO PARK, NY 11374 |
| **Date Purchased & Ref :** 09/09/20   PO#01209667 | **Date Received & Ref :** 09/09/20 |
| **Name:** SAFE CHAIN SOLUTIONS, LLC<br>**Address:** 822 CHESAPEAKE DR<br>CAMBRIDGE MD 21613 | **Name:** SAFE CHAIN SOLUTIONS, LLC<br>**Address:** 822 CHESAPEAKE DR<br>CAMBRIDGE MD 21613 |
| **Date Purchased & Ref :** 09/10/20   PO#9273 | **Date Received & Ref :** 09/10/20 |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1     of  1     pages.

SCSRELATIVITY_0001340191

**SAFE CHAIN SOLUTIONS, LLC**

# Drug Supply Chain Security Act Document

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:

**TRIUMEQ , 600; 50; 300 mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE**

NDC: 49702-0231-13

| Reference Number: | **INV4390** |
| Document Type: | **INVOICE** |
| Reference Date: | 09/08/2020 |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| PL3D | 2 | |
| VW6H | 1 | |
| PG9F | 2 | |

## (TH) Transaction History

Manufacturer's Name: ViiV Healthcare
Manufacturer's information: Five Moore Drive, Research Triangle Park, North Carolina 27709-3398

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: Independent Pharmacy Cooperative<br>Address: 1550 Columbus Street<br>Sun Prairie, WI 53590 | Name: Independent Pharmacy Cooperative<br>Address: 1550 Columbus Street<br>Sun Prairie, WI 53590 |
| Date Purchased & Ref : 07/22/20   PO#160092 | Date Received & Ref : 07/22/20 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: StainRx<br>Address: 807 Stanley Ave<br>Brooklyn, NY 11207 | Name: StainRx<br>Address: 807 Stanley Ave<br>Brooklyn, NY 11207 |
| Date Purchased & Ref : 08/12/20   PO#1SN3515 | Date Received & Ref : 08/12/20 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: BNR Wholesaler<br>Address: 3858 Nostrand Ave<br>Brooklyn, NY 11235 | Name: BNR Wholesaler<br>Address: 3858 Nostrand Ave<br>Brooklyn, NY 11235 |
| Date Purchased & Ref : 08/24/20   PO#01A2820 | Date Received & Ref : 08/24/20 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD STE 11<br>REGO PARK, NY 11374 | Name: BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD STE 11<br>REGO PARK, NY 11374 |
| Date Purchased & Ref : 09/02/20   PO#01209608 | Date Received & Ref : 09/02/20 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>CAMBRIDGE MD 21613 | Name: SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>CAMBRIDGE MD 21613 |
| Date Purchased & Ref : 09/08/20   PO#9268 | Date Received & Ref : 09/08/20 |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  1        pages.

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document

## (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: | | |
|---|---|---|

TRIUMEQ , 600; 50; 300 mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE

NDC: 49702-0231-13

**Reference Number:** **INV4391**
**Document Type:** **INVOICE**
**Reference Date:** 09/08/2020

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| KD2R | 1 | |
| X46V | 1 | |
| V59A | 1 | |

## (TH) Transaction History

**Manufacturer's Name:** ViiV Healthcare
**Manufacturer's information:** Five Moore Drive, Research Triangle Park, North Carolina 27709-3398

| SOLD TO: | SHIPPED TO: |
|---|---|
| **Name:** Independent Pharmacy Cooperative<br>**Address:** 1550 Columbus Street<br>Sun Prairie, WI 53590 | **Name:** Independent Pharmacy Cooperative<br>**Address:** 1550 Columbus Street<br>Sun Prairie, WI 53590 |
| **Date Purchased & Ref :** 07/29/20  PO#160125 | **Date Received & Ref :** 07/29/20 |
| **Name:** StainRx<br>**Address:** 807 Stanley Ave<br>Brooklyn, NY 11207 | **Name:** StainRx<br>**Address:** 807 Stanley Ave<br>Brooklyn, NY 11207 |
| **Date Purchased & Ref :** 08/10/20  PO#1SN3510 | **Date Received & Ref :** 08/10/20 |
| **Name:** BNR Wholesaler<br>**Address:** 3858 Nostrand Ave<br>Brooklyn, NY 11235 | **Name:** BNR Wholesaler<br>**Address:** 3858 Nostrand Ave<br>Brooklyn, NY 11235 |
| **Date Purchased & Ref :** 08/21/20  PO#01A2802 | **Date Received & Ref :** 08/21/20 |
| **Name:** BOULEVARD 9229 LLC<br>**Address:** 9229 QUEENS BLVD STE 11<br>REGO PARK, NY 11374 | **Name:** BOULEVARD 9229 LLC<br>**Address:** 9229 QUEENS BLVD STE 11<br>REGO PARK, NY 11374 |
| **Date Purchased & Ref :** 09/02/20  PO#01209608 | **Date Received & Ref :** 09/02/20 |
| **Name:** SAFE CHAIN SOLUTIONS, LLC<br>**Address:** 822 CHESAPEAKE DR<br>CAMBRIDGE MD 21613 | **Name:** SAFE CHAIN SOLUTIONS, LLC<br>**Address:** 822 CHESAPEAKE DR<br>CAMBRIDGE MD 21613 |
| **Date Purchased & Ref :** 09/08/20  PO#9268 | **Date Received & Ref :** 09/08/20 |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1     of  1     pages.

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document

## (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: | | |
|---|---|---|

TRIUMEQ , 600; 50; 300 mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE

NDC: 49702-0231-13

**Reference Number:** **INV4392**

**Document Type:** **INVOICE**

**Reference Date:** 09/08/2020

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| WE7K | 1 | |
| SE9Y | 1 | |
| | | |

## (TH) Transaction History

**Manufacturer's Name:** ViiV Healthcare
**Manufacturer's information:** Five Moore Drive, Research Triangle Park, North Carolina 27709-3398

| SOLD TO: | SHIPPED TO: |
|---|---|
| **Name:** Independent Pharmacy Cooperative<br>**Address:** 1550 Columbus Street<br>Sun Prairie, WI 53590 | **Name:** Independent Pharmacy Cooperative<br>**Address:** 1550 Columbus Street<br>Sun Prairie, WI 53590 |
| **Date Purchased & Ref :** 07/23/20  PO#160098 | **Date Received & Ref :** 07/23/20 |
| **Name:** StainRx<br>**Address:** 807 Stanley Ave<br>Brooklyn, NY 11207 | **Name:** StainRx<br>**Address:** 807 Stanley Ave<br>Brooklyn, NY 11207 |
| **Date Purchased & Ref :** 08/07/20  PO#1SN3508 | **Date Received & Ref :** 08/07/20 |
| **Name:** BNR Wholesaler<br>**Address:** 3858 Nostrand Ave<br>Brooklyn, NY 11235 | **Name:** BNR Wholesaler<br>**Address:** 3858 Nostrand Ave<br>Brooklyn, NY 11235 |
| **Date Purchased & Ref :** 08/25/20  PO#01A2828 | **Date Received & Ref :** 08/25/20 |
| **Name:** BOULEVARD 9229 LLC<br>**Address:** 9229 QUEENS BLVD STE 11<br>REGO PARK, NY 11374 | **Name:** BOULEVARD 9229 LLC<br>**Address:** 9229 QUEENS BLVD STE 11<br>REGO PARK, NY 11374 |
| **Date Purchased & Ref :** 09/02/20  PO#01209608 | **Date Received & Ref :** 09/02/20 |
| **Name:** SAFE CHAIN SOLUTIONS, LLC<br>**Address:** 822 CHESAPEAKE DR<br>CAMBRIDGE MD 21613 | **Name:** SAFE CHAIN SOLUTIONS, LLC<br>**Address:** 822 CHESAPEAKE DR<br>CAMBRIDGE MD 21613 |
| **Date Purchased & Ref :** 09/08/20  PO#9268 | **Date Received & Ref :** 09/08/20 |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1  of  1  pages.

SCSRELATIVITY_0001340191

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document

## (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: |
|---|

**ODEFSEY TAB 30CT, 200; 25; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC**

NDC: 61958-2101-01

**Reference Number:** INV4394
**Document Type:** INVOICE
**Reference Date:** 09/08/2020

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 020236 | 2 | |
| 020236 | 2 | |
| | | |

## (TH) Transaction History

**Manufacturer's Name:** Gilead Sciences, Inc.
**Manufacturer's information:** 333 Lakeside Drive, Foster City, CA 94404

| SOLD TO: | SHIPPED TO: |
|---|---|
| **Name:** Independent Pharmacy Cooperative<br>**Address:** 1550 Columbus Street<br>Sun Prairie, WI 53590 | **Name:** Independent Pharmacy Cooperative<br>**Address:** 1550 Columbus Street<br>Sun Prairie, WI 53590 |
| **Date Purchased & Ref :** 07/24/20   PO#160103 | **Date Received & Ref :** 07/24/20 |
| **Name:** StainRx<br>**Address:** 807 Stanley Ave<br>Brooklyn, NY 11207 | **Name:** StainRx<br>**Address:** 807 Stanley Ave<br>Brooklyn, NY 11207 |
| **Date Purchased & Ref :** 08/13/20   PO#1SN3517 | **Date Received & Ref :** 08/13/20 |
| **Name:** BNR Wholesaler<br>**Address:** 3858 Nostrand Ave<br>Brooklyn, NY 11235 | **Name:** BNR Wholesaler<br>**Address:** 3858 Nostrand Ave<br>Brooklyn, NY 11235 |
| **Date Purchased & Ref :** 08/20/20   PO#01A2798 | **Date Received & Ref :** 08/20/20 |
| **Name:** BOULEVARD 9229 LLC<br>**Address:** 9229 QUEENS BLVD STE 11<br>REGO PARK, NY 11374 | **Name:** BOULEVARD 9229 LLC<br>**Address:** 9229 QUEENS BLVD STE 11<br>REGO PARK, NY 11374 |
| **Date Purchased & Ref :** 09/02/20   PO#01209608 | **Date Received & Ref :** 09/02/20 |
| **Name:** SAFE CHAIN SOLUTIONS, LLC<br>**Address:** 822 CHESAPEAKE DR<br>CAMBRIDGE MD 21613 | **Name:** SAFE CHAIN SOLUTIONS, LLC<br>**Address:** 822 CHESAPEAKE DR<br>CAMBRIDGE MD 21613 |
| **Date Purchased & Ref :** 09/08/20   PO#9268 | **Date Received & Ref :** 09/08/20 |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  1      pages.

SCSRELATIVITY_0001340191

