| | |
|---|---|
| **From:** | King Kimchi[consulting012345@gmail.com] |
| **Sent:** | Thur 10/1/2020 9:25:48 PM (UTC) |
| **To:** | Abbie Divilio[AbbieD@Safechain.com] |
| **Subject:** | Re: T3s |

We always buy stuff from places who wanna get out from business why not

On Thu, Oct 1, 2020 at 5:04 PM Abbie Divilio <AbbieD@safechain.com> wrote:

> No, it is not good because the if the pharmacy has been closed for business how was a purchase made from them less than a month ago?
>
> 
>
> **Abbie Divilio** | Director of Compliance
>
> Safe Chain Solutions, LLC
>
> 822 Chesapeake Drive | Cambridge, MD  21613
>
> office: 855.437.5727 x1017 | fax: 866.930.1128
>
> www.SafeChain.com | LinkedIn

**From:** King Kimchi <consulting012345@gmail.com>
**Sent:** Thursday, October 1, 2020 5:03 PM
**To:** Abbie Divilio <AbbieD@Safechain.com>
**Subject:** Re: T3s

I need to know the t3 I send is that good ? Pharmacy closed for Bussines can't get any paperwork I'm sorry

On Thu, Oct 1, 2020 at 4:24 PM Abbie Divilio <AbbieD@safechain.com> wrote:

GX 177.001

**GOVERNMENT EXHIBIT**

**177**

1:24-cr-20255-WPD

SCSRELATIVITY_0001333765

Attached is the email that was sent yesterday with all products we received. I have attached the excel again for your reference.



**Abbie Divilio** | Director of Compliance

Safe Chain Solutions, LLC

822 Chesapeake Drive | Cambridge, MD  21613

office: 855.437.5727 x1017 | fax: 866.930.1128

www.SafeChain.com |  Linked in

**From:** King Kimchi <consulting012345@gmail.com>
**Sent:** Thursday, October 1, 2020 4:20 PM
**To:** Abbie Divilio <AbbieD@Safechain.com>
**Subject:** Re: T3s

Please send me the list we get it done

On Thu, Oct 1, 2020 at 2:53 PM Abbie Divilio <AbbieD@safechain.com> wrote:

> Hello-
>
> I am not able to verify these transactions on this T3. Instacare Pharmacy is no longer at the address you have listed on the T3. Do you have a board of pharmacy license on file you can share with us? This will help me verify this pharmacy. I have also been in touch with Rochester Drug and am awaiting more information from them to verify the original transaction.
>
>  When I looked up Instacare Pharmacy, I attempted to call the number which rang continuously until it disconnected with what sounded like a fax. I called the location next door to this address and was told that this pharmacy has moved, and has not been at this location for 3-4 months. This would also explain why I cannot locate any information about

them from the NY BOP webpage.

We will need additional information to support these transactions. Also, we need the additional T3s from Monday since we received 551 pieces of inventory and you have only provided 1 T3 for one NDC.



**Abbie Divilio** | Director of Compliance

Safe Chain Solutions, LLC

822 Chesapeake Drive | Cambridge, MD  21613

office: 855.437.5727 x1017 | fax: 866.930.1128

www.SafeChain.com |  Linked in

---

**From:** King Kimchi <consulting012345@gmail.com>
**Sent:** Thursday, October 1, 2020 1:40 PM
**To:** compliance <compliance@Safechain.com>; Abbie Divilio <AbbieD@Safechain.com>
**Subject:**

---------- Forwarded message ----------
From: Dakota Flowers <dakotaf@safechain.com>
To: King Kimchi <consulting012345@gmail.com>
Cc: Charles Boyd <CharlesB@safechain.com>, compliance <compliance@safechain.com>
Bcc:
Date: Wed, 30 Sep 2020 18:35:34 +0000
Subject: BLVD 9229

Good Afternoon,

Attached is the Excel sheet for the pedigrees we are in need of from our last shipment from BLVD 9229 on 9/28/2020.

Thank you!

**Dakota Flowers** | Compliance Support Specialist

Safe Chain Solutions, LLC

822 Chesapeake Drive | Cambridge, MD 21613

office: 855.437.5727 x1022 | fax: 866.930.1128

www.SafeChain.com |