| | |
|---|---|
| **From:** | olympia plaza <olympiarx@yahoo.com> |
| **Sent:** | Fri 10/2/2020 7:32:17 AM (UTC) |
| **To:** | Jonathan Nicholls <jonathann@safechain.com>, Pat Boyd <PatB@Safechain.com> |
| **Cc:** | Josh Thorburn Rx Pharmacist <joshuathorburn@hotmail.com>, Accounting <accounting@safechain.com>, Abbie Divilio <abbied@safechain.com>, olympia plaza <olympiarx@yahoo.com> |
| **Subject:** | Re: Olympia plaza Pharmacy product return |

Absolutely Pat,

Feel free to call me or text at any time. Have a few meetings throughout the day tomorrow.

Jonathan, my email states that 8 Descovy were used, meaning dispensed and I gave you lot numbers. The rest are being returned. they are broken down by lot numbers..... here is what you saw lot # 021088 17 units received, used 7, returning 10; lot # 6425304A 13 units received, used 1, returning 12, etc.

Pat, just a reminder, during our phone call you mentioned yourself that the vendors supplying the medication are frequently not reliable, inconsistent and have difficulties for various reasons.
After carefully considering all facts and consulting our advisors, we have made a decision to return all medications sourced out from the suppliers in question. I understand that it is a set back to accept the merchandize back, and am truly sorry for the inconvenience it may have caused.
Our decision was based on the current California State Board of Pharmacy Regulations, DSCSA provisions and our moral obligation to ensure health and safety of our customers. Hope you understand and agree where we are coming from.

I will ask Josh to send some photos in am. We get our Fedex picked up around 2-4 pm, hope you will have had RMA and a label approved by then.

Please reach out directly to my cell if you have any questions: 213-804-5678, If I don't pick up please leave a message with the best call back number.

Respectfully,

Emil Borokhovich, RN-C, MSN, FNP
Pharmacy Manager

GOVERNMENT EXHIBIT
182
1:24-cr-20255-WPD

**Please click here to visit our Gift Shop for exciting selection of ecclectic gifts for all occasions:**

https://olympiagifts.com/

Olympia Plaza Pharmacy
5901 W. Olympic Blvd
Suite 103
Los Angeles, CA 90036
www.OlympiaPlazaRx.com

*(323) 937-2590 phone*
*(323) 937-0259 fax*
*(213) 804-5678 mobile*
_____
Confidentiality Note: The information and/or documents contained in this e-mail may contain information that is confidential and/or legally privileged. The information is intended only for the use of the individual or entity named in the address field. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, forwarding or the taking of any action in reliance on the contents of this electronic information is strictly prohibited, and that the documents shall be returned to the sender at this company immediately. In this regard, if you have received this electronic transmission in error, please notify us by telephone (323-937-2590)or return e-mail immediately and permanently delete this message in all your mailbox as well.


On Thursday, October 1, 2020, 05:55:41 AM PDT, Pat Boyd <patb@safechain.com> wrote:


Emil,


Can we speak when you get in? This wasn't the same return that we spoke about on the phone last week (a few bottles that looked different than normal).


Thanks



**Patrick Boyd** | Managing Partner

Safe Chain Solutions, LLC

822 Chesapeake Drive | Cambridge, MD  21613

office: 855.437.5727 x1001 | fax: 866.930.1128

www.SafeChain.com  |  Linked in

---

**From:** olympia plaza <olympiarx@yahoo.com>
**Sent:** Wednesday, September 30, 2020 9:41 PM
**To:** Jonathan Nicholls <JonathanN@Safechain.com>
**Cc:** olympia plaza <olympiarx@yahoo.com>; Josh Thorburn Rx Pharmacist <joshuathorburn@hotmail.com>; Accounting <Accounting@Safechain.com>; Abbie Divilio <AbbieD@Safechain.com>; Pat Boyd <PatB@Safechain.com>
**Subject:** Olympia plaza Pharmacy product return

Hello:

As per our agreement, please see the attached list of the product set out for return. Apologies for the delay, we have been short staffed.

8 Descovy have been used. The lot numbers are 7 x **LOT 021088 and 1 x LOT 6425304A.**

Please issue the RMA and email to us alone with the shipping label.

Note: Invoice 01I32805 is incorrect: Should be $3,227.14, not $3,277.14, please correct and send us an updated invoice with the correct amount.

Once you received and process the return, pleas send us an updated credit, reflecting credit for the returned merchandise.

Question: could you obtain Juluca (10 per month) and Dovato (5per month) from your vendors?

Please let me know.

Respectfully,

Emil Borokhovich, RN-C, MSN, FNP
Pharmacy Manager

**Please click here to visit our Gift Shop for exciting selection of ecclectic gifts for all occasions:**

https://olympiagifts.com/

Olympia Plaza Pharmacy

5901 W. Olympic Blvd

Suite 103

Los Angeles, CA 90036
www.OlympiaPlazaRx.com

*(323) 937-2590 phone*

*(323) 937-0259 fax*
*(213) 804-5678 mobile*

_____
Confidentiality Note: The information and/or documents contained in this e-mail may contain information that is confidential and/or legally privileged. The information is intended only for the use of the individual or entity named in the address field. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, forwarding or the taking of any action in reliance on the contents of this electronic information is strictly prohibited, and that the documents shall be returned to the sender at

this company immediately. In this regard, if you have received this electronic transmission in error, please notify us by telephone (323-937-2590)or return e-mail immediately and permanently delete this message in all your mailbox as well.

