| | |
|---|---|
| **From:** | olympia plaza <olympiarx@yahoo.com> |
| **Sent:** | Sat 10/3/2020 5:39:30 AM (UTC) |
| **To:** | Pat Boyd <PatB@Safechain.com> |
| **Cc:** | Jonathan Nicholls <jonathann@safechain.com>, Josh Thorburn Rx Pharmacist <joshuathorburn@hotmail.com>, Accounting <accounting@safechain.com>, Abbie Divilio <abbied@safechain.com>, Jesse Hammett <jesseh@safechain.com>, Charles Boyd <charlesb@safechain.com>, "Adam Brosius (Contact)" <adam@pharmasales.com> |
| **Subject:** | Re: Olympia plaza Pharmacy product return |
| **Attachment:** | IMG_2866.jpg |
| **Attachment:** | IMG_2864.jpg |
| **Attachment:** | IMG_2865.jpg |

Thanks for your reply, Pat.

The items were quarantined immediately after we discovered a suspicious packaging. We alerted Safe Chain right away, as soon as our investigation was completed.
We are keeping your inventory still quarantined and removed from our general inventory area, however storage conditions are identical to our own stock. It is in plastic bags, still packaged in the original shipping box from you and accompanied by all documentation with our notes. Please see attached photos.

We deemed it is unsafe to dispense the product received from you, therefore we have initiated the RMA process.... first you have agreed to accept your return and now, you are changing you tune.....

I understand how frustrating it is to accept the return. It is the first time in our 14 years of our company existence we are initiating a return of this magnitude...... I do not take it lightly, I know that it is not how partners behave. However please place yourself in my shoes: Pharmacist and the owner made a decision to proceed in this fashion. My hands are tied. The inventory is not usable for us, since it is deemed as not meeting safety standards and may present risk for our patients. Accepting the return on your part will be the most sensible thing to do. We can place the next order and make it up for your loss of time. I prefer to make you whole financially and not cause any other harm to our mutual businesses. The alternative is really not that much fun. I hope that you can see the best way to handle the current situation is to quickly resolve the status quo and avoid escalation of the claims.

I am looking forward to discuss the situation with you and hope that we can amicably reconcile our differences with utmost alacrity.

**GOVERNMENT EXHIBIT**

**183**

1:24-cr-20255-WPD

SCSRELATIVITY_0001350114

Please call or text me directly: 213-804-5678. Weekends ok as well.

Remain at your disposal.

Respectfully,

Emil Borokhovich, RN-C, MSN, FNP
Pharmacy Manager

***Please click here to visit our Gift Shop for exciting selection of ecclectic gifts for all occasions:***

https://olympiagifts.com/

Olympia Plaza Pharmacy
5901 W. Olympic Blvd
Suite 103
Los Angeles, CA 90036
www.OlympiaPlazaRx.com

*(323) 937-2590 phone*
*(323) 937-0259 fax*
*(213) 804-5678 mobile*
_____

Confidentiality Note: The information and/or documents contained in this e-mail may contain information that is confidential and/or legally privileged. The information is intended only for the use of the individual or entity named in the address field. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, forwarding or the taking of any action in reliance on the contents of this electronic information is strictly prohibited, and that the documents shall be returned to the sender at this company immediately. In this regard, if you have received this electronic transmission in error, please notify us by telephone (323-937-2590)or return e-mail immediately and permanently delete this message in all your mailbox as well.

On Friday, October 2, 2020, 05:47:15 AM PDT, Pat Boyd <patb@safechain.com> wrote:

Emil,
The only mention was their packing wasn't as good as the other vendors and their slow with T3.

We have no idea after 24-48 hours of receipt how the product was handled so it's very difficult for us to accept the return outside of the products in question. (Please see out terms and CJ dkrikns as well)

We can possibly refill these for you as an exchange of product if available but we can't take it as a return at this point

Thanks

Patrick Boyd
Managing Partner
Safe Chain Solutions

On Oct 2, 2020, at 3:32 AM, olympia plaza <olympiarx@yahoo.com> wrote:

Absolutely Pat,

Feel free to call me or text at any time. Have a few meetings throughout the day tomorrow.

Jonathan, my email states that 8 Descovy were used, meaning dispensed and I gave you lot numbers. The rest are being returned. they are broken down by lot numbers..... here is what you saw lot # 021088 17 units received, used 7, returning 10;  lot # 6425304A 13 units received, used 1, returning 12, etc.

Pat, just a reminder, during our phone call you mentioned yourself that the vendors supplying the medication are frequently not reliable, inconsistent and have difficulties for various reasons.
After carefully considering all facts and consulting our advisors, we have made a decision to return all medications sourced out from the suppliers in question. I understand that it is a set back to accept the merchandize back, and am truly sorry for the inconvenience it may have caused.
Our decision was based on the current California State Board of Pharmacy Regulations, DSCSA provisions and our moral obligation to ensure health and safety of our customers. Hope you understand and agree where we are coming from.

I will ask Josh to send some photos in am. We get our Fedex picked up around 2-4 pm, hope you will have had RMA and a label approved by then.

Please reach out directly to my cell if you have any questions: 213-804-5678, If I don't pick up please leave a message with the best call back number.

Respectfully,

SCSRELATIVITY_0001350114

Emil Borokhovich, RN-C, MSN, FNP
Pharmacy Manager

***Please click here to visit our Gift Shop for exciting selection of ecclectic gifts for all occasions:***

https://olympiagifts.com/

Olympia Plaza Pharmacy
5901 W. Olympic Blvd
Suite 103
Los Angeles, CA 90036
www.OlympiaPlazaRx.com

*(323) 937-2590 phone*
*(323) 937-0259 fax*
*(213) 804-5678 mobile*

_____
Confidentiality Note: The information and/or documents contained in this e-mail may contain information that is confidential and/or legally privileged. The information is intended only for the use of the individual or entity named in the address field. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, forwarding or the taking of any action in reliance on the contents of this electronic information is strictly prohibited, and that the documents shall be returned to the sender at this company immediately. In this regard, if you have received this electronic transmission in error, please notify us by telephone (323-937-2590)or return e-mail immediately and permanently delete this message in all your mailbox as well.

On Thursday, October 1, 2020, 05:55:41 AM PDT, Pat Boyd <patb@safechain.com> wrote:

Emil,

Can we speak when you get in? This wasn't the same return that we spoke about on the phone last week (a few bottles that looked different than normal).

Thanks

**Patrick Boyd** | Managing Partner
Safe Chain Solutions, LLC
822 Chesapeake Drive | Cambridge, MD  21613
office: 855.437.5727 x1001 | fax: 866.930.1128
www.SafeChain.com |
<image002.png>

SCSRELATIVITY_0001350114

**From:** olympia plaza <olympiarx@yahoo.com>
**Sent:** Wednesday, September 30, 2020 9:41 PM
**To:** Jonathan Nicholls <JonathanN@Safechain.com>
**Cc:** olympia plaza <olympiarx@yahoo.com>; Josh Thorburn Rx Pharmacist
<joshuathorburn@hotmail.com>; Accounting <Accounting@Safechain.com>;
Abbie Divilio <AbbieD@Safechain.com>; Pat Boyd <PatB@Safechain.com>
**Subject:** Olympia plaza Pharmacy product return

Hello:

As per our agreement, please see the attached list of the product set out
for return. Apologies for the delay, we have been short staffed.

8 Descovy have been used. The lot numbers are 7 x ==LOT 021088 and 1 x==
==LOT 6425304A.==

Please issue the RMA and email to us alone with the shipping label.

Note: Invoice 01I32805 is incorrect: Should be $3,227.14, not $3,277.14,
please correct and send us an updated invoice with the correct amount.

Once you received and process the return, pleas send us an updated
credit, reflecting credit for the returned merchandise.

Question: could you obtain Juluca (10 per month) and Dovato (5per
month) from your vendors?

Please let me know.


Respectfully,

Emil Borokhovich, RN-C, MSN, FNP
Pharmacy Manager

***==Please click here to visit our Gift Shop for exciting selection==***
***==of ecclectic gifts for all occasions:==***

https://olympiagifts.com/

Olympia Plaza Pharmacy
5901 W. Olympic Blvd
Suite 103
Los Angeles, CA 90036
www.OlympiaPlazaRx.com

SCSRELATIVITY_0001350114

*(323) 937-2590 phone*
*(323) 937-0259 fax*
*(213) 804-5678 mobile*

Confidentiality Note: The information and/or documents contained in this e-mail may contain information that is confidential and/or legally privileged. The information is intended only for the use of the individual or entity named in the address field. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, forwarding or the taking of any action in reliance on the contents of this electronic information is strictly prohibited, and that the documents shall be returned to the sender at this company immediately. In this regard, if you have received this electronic transmission in error, please notify us by telephone (323-937-2590)or return e-mail immediately and permanently delete this message in all your mailbox as well.

<image001.png>
<image002.png>

SCSRELATIVITY_0001350114



SCSRELATIVITY_0001350115



SCSRELATIVITY_0001350116



SCSRELATIVITY_0001350117