| | |
|---|---|
| **From:** | King Kimchi <consulting012345@gmail.com> |
| **Sent:** | Tue 10/6/2020 1:16:10 PM (UTC) |
| **To:** | AbbieD@safechain.com, compliance@safechain.com, CharlesB@safechain.com, dakotaf@safechain.com |
| **Attachment:** | Binder-09282020.pdf |

Everything is done let me know

**GOVERNMENT EXHIBIT**

**186**

1:24-cr-20255-WPD

SCSRELATIVITY_0001329432

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document

## (TI) Transaction Information

**Drug Name, Strength, Dosage Form, Container Size:**

PREZCOBIX TAB 30CT

NDC: 59676-0575-30

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 19BG119X | 1 | |
| | | |
| | | |

**Reference Number:** INV6917
**Document Type:** INVOICE
**Reference Date:** 09/28/2020

## (TH) Transaction History

**Manufacturer's Name:** Janssen Pharmaceuticals, Inc.
**Manufacturer's information** 1000 U.S. Route 202 South, Raritan, NJ 08869

| SOLD TO: | SHIPPED TO: |
|---|---|
| **Name:** Rochester Drug Co-Op Inc<br>**Address:** 116 Lehigh Dr #3013 Fairfield, NJ 07004<br><br>**Date Purchased & Ref :** 09/12/18  PO#R2380 | **Name:** Rochester Drug Co-Op Inc<br>**Address:** 116 Lehigh Dr #3013 Fairfield, NJ 07004<br><br>**Date Received & Ref :** 09/12/18 |
| **Name:** Instacare Pharmacy DBA Brookville RX<br>**Address:** 235-20 147th Ave Rosedale, NY 11422<br><br>**Date Purchased & Ref :** 10/28/18  PO#001IC568 | **Name:** Instacare Pharmacy DBA Brookville RX<br>**Address:** 235-20 147th Ave Rosedale, NY 11422<br><br>**Date Received & Ref :** 10/28/18 |
| **Name:** BOULEVARD 9229 LLC<br>**Address:** 9229 QUEENS BLVD STE 11 REGO PARK, NY 11374<br><br>**Date Purchased & Ref :** 11/26/19  PO#01209692 | **Name:** BOULEVARD 9229 LLC<br>**Address:** 9229 QUEENS BLVD STE 11 REGO PARK, NY 11374<br><br>**Date Received & Ref :** 11/26/19 |
| **Name:** SAFE CHAIN SOLUTIONS, LLC<br>**Address:** 822 CHESAPEAKE DR CAMBRIDGE MD 21613<br><br>**Date Purchased & Ref :** 09/28/20  PO#9311 | **Name:** SAFE CHAIN SOLUTIONS, LLC<br>**Address:** 822 CHESAPEAKE DR CAMBRIDGE MD 21613<br><br>**Date Received & Ref :** 09/28/20 |
| **Name:**<br>**Address:**<br><br>**Date Purchased & Ref :** | **Name:**<br>**Address:**<br><br>**Date Received & Ref :** |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document

## (TI) Transaction Information

**Drug Name, Strength, Dosage Form, Container Size:**

**PREZISTA 600MG TAB 60CT**

NDC: 59676-0562-01

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 19DG222 | 2 | |
| | | |
| | | |

**Reference Number:** INV6913
**Document Type:** INVOICE
**Reference Date:** 09/28/2020

## (TH) Transaction History

**Manufacturer's Name:** Janssen Pharmaceuticals, Inc.
**Manufacturer's information** 1000 U.S. Route 202 South, Raritan, NJ 08869

| SOLD TO: | SHIPPED TO: |
|---|---|
| **Name:** Rochester Drug Co-Op Inc<br>**Address:** 116 Lehigh Dr #3013 Fairfield, NJ 07004<br><br>**Date Purchased & Ref :** 09/06/18 PO#R2372 | **Name:** Rochester Drug Co-Op Inc<br>**Address:** 116 Lehigh Dr #3013 Fairfield, NJ 07004<br><br>**Date Received & Ref :** 09/06/18 |
| **Name:** Instacare Pharmacy DBA Brookville RX<br>**Address:** 235-20 147th Ave Rosedale, NY 11422<br><br>**Date Purchased & Ref :** 10/29/18 PO#001IC570 | **Name:** Instacare Pharmacy DBA Brookville RX<br>**Address:** 235-20 147th Ave Rosedale, NY 11422<br><br>**Date Received & Ref :** 10/29/18 |
| **Name:** BOULEVARD 9229 LLC<br>**Address:** 9229 QUEENS BLVD STE 11 REGO PARK, NY 11374<br><br>**Date Purchased & Ref :** 11/26/19 PO#01209692 | **Name:** BOULEVARD 9229 LLC<br>**Address:** 9229 QUEENS BLVD STE 11 REGO PARK, NY 11374<br><br>**Date Received & Ref :** 11/26/19 |
| **Name:** SAFE CHAIN SOLUTIONS, LLC<br>**Address:** 822 CHESAPEAKE DR CAMBRIDGE MD 21613<br><br>**Date Purchased & Ref :** 09/28/20 PO#9311 | **Name:** SAFE CHAIN SOLUTIONS, LLC<br>**Address:** 822 CHESAPEAKE DR CAMBRIDGE MD 21613<br><br>**Date Received & Ref :** 09/28/20 |
| **Name:**<br>**Address:**<br><br>**Date Purchased & Ref :** | **Name:**<br>**Address:**<br><br>**Date Received & Ref :** |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1 of 1 pages.

SCSRELATIVITY_0001329433

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document

## (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: |
|---|
| **PREZISTA 600MG TAB 60CT** |

NDC: 59676-0562-01

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 19DG241 | 4 | |
| | | |
| | | |

Reference Number: **INV6914**
Document Type: **INVOICE**
Reference Date: 09/28/2020

## (TH) Transaction History

Manufacturer's Name: Janssen Pharmaceuticals, Inc.
Manufacturer's information: 1000 U.S. Route 202 South, Raritan, NJ 08869

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: Rochester Drug Co-Op Inc | Name: Rochester Drug Co-Op Inc |
| Address: 116 Lehigh Dr #3013 Fairfield, NJ 07004 | Address: 116 Lehigh Dr #3013 Fairfield, NJ 07004 |
| Date Purchased & Ref : 09/04/18 PO#R2367 | Date Received & Ref : 09/04/18 |
| SOLD TO: | SHIPPED TO: |
| Name: Instacare Pharmacy DBA Brookville RX | Name: Instacare Pharmacy DBA Brookville RX |
| Address: 235-20 147th Ave Rosedale, NY 11422 | Address: 235-20 147th Ave Rosedale, NY 11422 |
| Date Purchased & Ref : 10/18/18 PO#001IC555 | Date Received & Ref : 10/18/18 |
| SOLD TO: | SHIPPED TO: |
| Name: BOULEVARD 9229 LLC | Name: BOULEVARD 9229 LLC |
| Address: 9229 QUEENS BLVD STE 11 REGO PARK, NY 11374 | Address: 9229 QUEENS BLVD STE 11 REGO PARK, NY 11374 |
| Date Purchased & Ref : 11/26/19 PO#01209692 | Date Received & Ref : 11/26/19 |
| SOLD TO: | SHIPPED TO: |
| Name: SAFE CHAIN SOLUTIONS, LLC | Name: SAFE CHAIN SOLUTIONS, LLC |
| Address: 822 CHESAPEAKE DR CAMBRIDGE MD 21613 | Address: 822 CHESAPEAKE DR CAMBRIDGE MD 21613 |
| Date Purchased & Ref : 09/28/20 PO#9311 | Date Received & Ref : 09/28/20 |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1 of 1 pages.

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document

## (TI) Transaction Information

**Drug Name, Strength, Dosage Form, Container Size:**

**GENVOYA TAB 30CT**

NDC: 61958-1901-01

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 19GV005UA | 2 | |
| | | |
| | | |

Reference Number: **INV6932**

Document Type: **INVOICE**

Reference Date: 09/28/2020

## (TH) Transaction History

**Manufacturer's Name:** Gilead Sciences, Inc.

**Manufacturer's information:** 333 Lakeside Drive, Foster City, CA 94404

| SOLD TO: | SHIPPED TO: |
|---|---|
| **Name:** Rochester Drug Co-Op Inc<br>**Address:** 116 Lehigh Dr #3013 Fairfield, NJ 07004<br><br>**Date Purchased & Ref :** 08/14/18 PO#R2324 | **Name:** Rochester Drug Co-Op Inc<br>**Address:** 116 Lehigh Dr #3013 Fairfield, NJ 07004<br><br>**Date Received & Ref :** 08/14/18 |
| **Name:** Instacare Pharmacy DBA Brookville RX<br>**Address:** 235-20 147th Ave Rosedale, NY 11422<br><br>**Date Purchased & Ref :** 10/17/18 PO#001IC553 | **Name:** Instacare Pharmacy DBA Brookville RX<br>**Address:** 235-20 147th Ave Rosedale, NY 11422<br><br>**Date Received & Ref :** 10/17/18 |
| **Name:** BOULEVARD 9229 LLC<br>**Address:** 9229 QUEENS BLVD STE 11 REGO PARK, NY 11374<br><br>**Date Purchased & Ref :** 11/26/19 PO#01209692 | **Name:** BOULEVARD 9229 LLC<br>**Address:** 9229 QUEENS BLVD STE 11 REGO PARK, NY 11374<br><br>**Date Received & Ref :** 11/26/19 |
| **Name:** SAFE CHAIN SOLUTIONS, LLC<br>**Address:** 822 CHESAPEAKE DR CAMBRIDGE MD 21613<br><br>**Date Purchased & Ref :** 09/28/20 PO#9311 | **Name:** SAFE CHAIN SOLUTIONS, LLC<br>**Address:** 822 CHESAPEAKE DR CAMBRIDGE MD 21613<br><br>**Date Received & Ref :** 09/28/20 |
| **Name:**<br>**Address:**<br><br>**Date Purchased & Ref :** | **Name:**<br>**Address:**<br><br>**Date Received & Ref :** |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1 of 1 pages.

SCSRELATIVITY_0001329433

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document

## (TI) Transaction Information

**Drug Name, Strength, Dosage Form, Container Size:**

SYMTUZA 30CT

NDC: 59676-0800-30

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 20EG062 | 2 | |
| | | |
| | | |

**Reference Number:** INV6919

**Document Type:** INVOICE

**Reference Date:** 09/28/2020

## (TH) Transaction History

**Manufacturer's Name:** Janssen Pharmaceuticals, Inc.
**Manufacturer's information:** 1000 U.S. Route 202 South, Raritan, NJ 08869

| SOLD TO: | SHIPPED TO: |
|---|---|
| **Name:** Rochester Drug Co-Op Inc<br>**Address:** 116 Lehigh Dr #3013 Fairfield, NJ 07004<br><br>**Date Purchased & Ref :** 09/20/18   PO#R2394 | **Name:** Rochester Drug Co-Op Inc<br>**Address:** 116 Lehigh Dr #3013 Fairfield, NJ 07004<br><br>**Date Received & Ref :** 09/20/18 |
| **Name:** Instacare Pharmacy DBA Brookville RX<br>**Address:** 235-20 147th Ave Rosedale, NY 11422<br><br>**Date Purchased & Ref :** 10/23/18   PO#001IC562 | **Name:** Instacare Pharmacy DBA Brookville RX<br>**Address:** 235-20 147th Ave Rosedale, NY 11422<br><br>**Date Received & Ref :** 10/23/18 |
| **Name:** BOULEVARD 9229 LLC<br>**Address:** 9229 QUEENS BLVD STE 11 REGO PARK, NY 11374<br><br>**Date Purchased & Ref :** 11/25/19   PO#01209744 | **Name:** BOULEVARD 9229 LLC<br>**Address:** 9229 QUEENS BLVD STE 11 REGO PARK, NY 11374<br><br>**Date Received & Ref :** 11/25/19 |
| **Name:** SAFE CHAIN SOLUTIONS, LLC<br>**Address:** 822 CHESAPEAKE DR CAMBRIDGE MD 21613<br><br>**Date Purchased & Ref :** 09/28/20   PO#9311 | **Name:** SAFE CHAIN SOLUTIONS, LLC<br>**Address:** 822 CHESAPEAKE DR CAMBRIDGE MD 21613<br><br>**Date Received & Ref :** 09/28/20 |
| **Name:**<br>**Address:**<br><br>**Date Purchased & Ref :** | **Name:**<br>**Address:**<br><br>**Date Received & Ref :** |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001329433

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document

## (TI) Transaction Information

**Drug Name, Strength, Dosage Form, Container Size:**

SYMTUZA 30CT

NDC: 59676-0800-30

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 20GG129 | 5 | |
| | | |
| | | |

**Reference Number:** __INV6921__
**Document Type:** __INVOICE__
**Reference Date:** 09/28/2020

## (TH) Transaction History

**Manufacturer's Name:** Janssen Pharmaceuticals, Inc.
**Manufacturer's information:** 1000 U.S. Route 202 South, Raritan, NJ 08869

| SOLD TO: | SHIPPED TO: |
|---|---|
| **Name:** Rochester Drug Co-Op Inc<br>**Address:** 116 Lehigh Dr #3013 Fairfield, NJ 07004<br><br>**Date Purchased & Ref :** 09/07/18 PO#R2374 | **Name:** Rochester Drug Co-Op Inc<br>**Address:** 116 Lehigh Dr #3013 Fairfield, NJ 07004<br><br>**Date Received & Ref :** 09/07/18 |
| **Name:** Instacare Pharmacy DBA Brookville RX<br>**Address:** 235-20 147th Ave Rosedale, NY 11422<br><br>**Date Purchased & Ref :** 10/21/18 PO#001IC558 | **Name:** Instacare Pharmacy DBA Brookville RX<br>**Address:** 235-20 147th Ave Rosedale, NY 11422<br><br>**Date Received & Ref :** 10/21/18 |
| **Name:** BOULEVARD 9229 LLC<br>**Address:** 9229 QUEENS BLVD STE 11 REGO PARK, NY 11374<br><br>**Date Purchased & Ref :** 11/26/19 PO#01209692 | **Name:** BOULEVARD 9229 LLC<br>**Address:** 9229 QUEENS BLVD STE 11 REGO PARK, NY 11374<br><br>**Date Received & Ref :** 11/26/19 |
| **Name:** SAFE CHAIN SOLUTIONS, LLC<br>**Address:** 822 CHESAPEAKE DR CAMBRIDGE MD 21613<br><br>**Date Purchased & Ref :** 09/28/20 PO#9311 | **Name:** SAFE CHAIN SOLUTIONS, LLC<br>**Address:** 822 CHESAPEAKE DR CAMBRIDGE MD 21613<br><br>**Date Received & Ref :** 09/28/20 |
| **Name:**<br>**Address:**<br><br>**Date Purchased & Ref :** | **Name:**<br>**Address:**<br><br>**Date Received & Ref :** |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1 of 1 pages.

SCSRELATIVITY_0001329433

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:

**HARVONI TAB 90/400MG 28CT**

NDC: 61958-1801-01

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 011131 | 1 | |
| | | |
| | | |

Reference Number: **INV6928**

Document Type: **INVOICE**

Reference Date: 09/28/2020

## (TH) Transaction History

Manufacturer's Name: Gilead Sciences, Inc.

Manufacturer's information: 333 Lakeside Drive, Foster City, CA 94404

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name: Rochester Drug Co-Op Inc<br>Address: 116 Lehigh Dr #3013 Fairfield, NJ 07004<br><br>Date Purchased & Ref : 08/08/18    PO#R2315 | Name: Rochester Drug Co-Op Inc<br>Address: 116 Lehigh Dr #3013 Fairfield, NJ 07004<br><br>Date Received & Ref : 08/08/18 |
| SOLD TO:<br>Name: Instacare Pharmacy DBA Brookville RX<br>Address: 235-20 147th Ave Rosedale, NY 11422<br><br>Date Purchased & Ref : 10/04/18    PO#001IC525 | SHIPPED TO:<br>Name: Instacare Pharmacy DBA Brookville RX<br>Address: 235-20 147th Ave Rosedale, NY 11422<br><br>Date Received & Ref : 10/04/18 |
| SOLD TO:<br>Name: BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD STE 11 REGO PARK, NY 11374<br><br>Date Purchased & Ref : 11/27/19    PO#01209694 | SHIPPED TO:<br>Name: BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD STE 11 REGO PARK, NY 11374<br><br>Date Received & Ref : 11/27/19 |
| SOLD TO:<br>Name: SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR CAMBRIDGE MD 21613<br><br>Date Purchased & Ref : 09/28/20    PO#9311 | SHIPPED TO:<br>Name: SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR CAMBRIDGE MD 21613<br><br>Date Received & Ref : 09/28/20 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;

(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;

(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;

(D) did not knowingly ship a suspect or illegitimate product;

(E) had systems and processes in place to comply with verification requirements under section 582;

(F) did not knowingly provide false transaction information; and

(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

**SAFE CHAIN SOLUTIONS, LLC**

# Drug Supply Chain Security Act Document

## (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: |
| --- |
| COMPLERA TAB 30CT |

NDC: 61958-1101-01

| Lot Number | Quantity | Unique Serial # |
| --- | --- | --- |
| 016340 | 1 | |
| | | |
| | | |

Reference Number: **INV6922**
Document Type: **INVOICE**
Reference Date: 09/28/2020

## (TH) Transaction History

Manufacturer's Name: Gilead Sciences, Inc.
Manufacturer's information: 333 Lakeside Drive, Foster City, CA 94404

| SOLD TO: | SHIPPED TO: |
| --- | --- |
| Name: Rochester Drug Co-Op Inc<br>Address: 116 Lehigh Dr #3013 Fairfield, NJ 07004 | Name: Rochester Drug Co-Op Inc<br>Address: 116 Lehigh Dr #3013 Fairfield, NJ 07004 |
| Date Purchased & Ref : 09/04/18 PO#R2367 | Date Received & Ref : 09/04/18 |
| Name: Instacare Pharmacy DBA Brookville RX<br>Address: 235-20 147th Ave Rosedale, NY 11422 | Name: Instacare Pharmacy DBA Brookville RX<br>Address: 235-20 147th Ave Rosedale, NY 11422 |
| Date Purchased & Ref : 10/24/18 PO#001IC564 | Date Received & Ref : 10/24/18 |
| Name: BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD STE 11 REGO PARK, NY 11374 | Name: BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD STE 11 REGO PARK, NY 11374 |
| Date Purchased & Ref : 11/26/19 PO#01209692 | Date Received & Ref : 11/26/19 |
| Name: SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR CAMBRIDGE MD 21613 | Name: SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR CAMBRIDGE MD 21613 |
| Date Purchased & Ref : 09/28/20 PO#9311 | Date Received & Ref : 09/28/20 |
| Name:<br>Address: | Name:<br>Address: |
| Date Purchased & Ref : | Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1 of 1 pages.

SCSRELATIVITY_0001329433

SAFE CHAIN SOLUTIONS, LLC.

# Drug Supply Chain Security Act Document

## (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: | | |
|---|---|---|
| STRIBILD TAB 30CT | | |

NDC: 61958-1201-01

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 016342 | 1 | |
| | | |
| | | |

Reference Number: **INV6925**

Document Type: **INVOICE**

Reference Date: 09/28/2020

## (TH) Transaction History

Manufacturer's Name: Gilead Sciences, Inc.

Manufacturer's information: 333 Lakeside Drive, Foster City, CA 94404

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: Rochester Drug Co-Op Inc | Name: Rochester Drug Co-Op Inc |
| Address: 116 Lehigh Dr #3013 Fairfield, NJ 07004 | Address: 116 Lehigh Dr #3013 Fairfield, NJ 07004 |
| Date Purchased & Ref : 08/16/18 PO#R2330 | Date Received & Ref : 08/16/18 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: Instacare Pharmacy DBA Brookville RX | Name: Instacare Pharmacy DBA Brookville RX |
| Address: 235-20 147th Ave Rosedale, NY 11422 | Address: 235-20 147th Ave Rosedale, NY 11422 |
| Date Purchased & Ref : 10/10/18 PO#001IC538 | Date Received & Ref : 10/10/18 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: BOULEVARD 9229 LLC | Name: BOULEVARD 9229 LLC |
| Address: 9229 QUEENS BLVD STE 11 REGO PARK, NY 11374 | Address: 9229 QUEENS BLVD STE 11 REGO PARK, NY 11374 |
| Date Purchased & Ref : 11/26/19 PO#01209692 | Date Received & Ref : 11/26/19 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: SAFE CHAIN SOLUTIONS, LLC | Name: SAFE CHAIN SOLUTIONS, LLC |
| Address: 822 CHESAPEAKE DR CAMBRIDGE MD 21613 | Address: 822 CHESAPEAKE DR CAMBRIDGE MD 21613 |
| Date Purchased & Ref : 09/28/20 PO#9311 | Date Received & Ref : 09/28/20 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1 of 1 pages.

SCSRELATIVITY_0001329433

SAFE CHAIN SOLUTIONS, LLC.

# Drug Supply Chain Security Act Document

## (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: |
|---|
| **GENVOYA TAB 30CT** |

**NDC: 61958-1901-01**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 019485 | 1 | |
| | | |
| | | |

| | |
|---|---|
| Reference Number: | **INV6930** |
| Document Type: | **INVOICE** |
| Reference Date: | 09/28/2020 |

## (TH) Transaction History

**Manufacturer's Name:** Gilead Sciences, Inc.
**Manufacturer's information:** 333 Lakeside Drive, Foster City, CA 94404

| SOLD TO: | SHIPPED TO: |
|---|---|
| **Name:** Rochester Drug Co-Op Inc<br>**Address:** 116 Lehigh Dr #3013 Fairfield, NJ 07004<br><br>**Date Purchased & Ref :** 08/03/18   PO#R2308 | **Name:** Rochester Drug Co-Op Inc<br>**Address:** 116 Lehigh Dr #3013 Fairfield, NJ 07004<br><br>**Date Received & Ref :** 08/03/18 |
| **Name:** Instacare Pharmacy DBA Brookville RX<br>**Address:** 235-20 147th Ave Rosedale, NY 11422<br><br>**Date Purchased & Ref :** 10/01/18   PO#001IC516 | **Name:** Instacare Pharmacy DBA Brookville RX<br>**Address:** 235-20 147th Ave Rosedale, NY 11422<br><br>**Date Received & Ref :** 10/01/18 |
| **Name:** BOULEVARD 9229 LLC<br>**Address:** 9229 QUEENS BLVD STE 11 REGO PARK, NY 11374<br><br>**Date Purchased & Ref :** 11/25/19   PO#01209744 | **Name:** BOULEVARD 9229 LLC<br>**Address:** 9229 QUEENS BLVD STE 11 REGO PARK, NY 11374<br><br>**Date Received & Ref :** 11/25/19 |
| **Name:** SAFE CHAIN SOLUTIONS, LLC<br>**Address:** 822 CHESAPEAKE DR CAMBRIDGE MD 21613<br><br>**Date Purchased & Ref :** 09/28/20   PO#9311 | **Name:** SAFE CHAIN SOLUTIONS, LLC<br>**Address:** 822 CHESAPEAKE DR CAMBRIDGE MD 21613<br><br>**Date Received & Ref :** 09/28/20 |
| **Name:**<br>**Address:**<br><br>**Date Purchased & Ref :** | **Name:**<br>**Address:**<br><br>**Date Received & Ref :** |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1       of  1       pages.

SCSRELATIVITY_0001329433

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:

**ODEFSEY TAB 30CT**

NDC: 61958-2101-01

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 020235 | 1 | |
| | | |
| | | |

**Reference Number:** __INV6933__

**Document Type:** __INVOICE__

**Reference Date:** 09/28/2020

## (TH) Transaction History

**Manufacturer's Name:** Gilead Sciences, Inc.

**Manufacturer's information:** 333 Lakeside Drive, Foster City, CA 94404

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| **Name:** Rochester Drug Co-Op Inc<br>**Address:** 116 Lehigh Dr #3013 Fairfield, NJ 07004<br><br>**Date Purchased & Ref :** 08/23/18   PO#R2344 | **Name:** Rochester Drug Co-Op Inc<br>**Address:** 116 Lehigh Dr #3013 Fairfield, NJ 07004<br><br>**Date Received & Ref :** 08/23/18 |
| **Name:** Instacare Pharmacy DBA Brookville RX<br>**Address:** 235-20 147th Ave Rosedale, NY 11422<br><br>**Date Purchased & Ref :** 10/28/18   PO#001IC568 | **Name:** Instacare Pharmacy DBA Brookville RX<br>**Address:** 235-20 147th Ave Rosedale, NY 11422<br><br>**Date Received & Ref :** 10/28/18 |
| **Name:** BOULEVARD 9229 LLC<br>**Address:** 9229 QUEENS BLVD STE 11 REGO PARK, NY 11374<br><br>**Date Purchased & Ref :** 11/25/19   PO#01209744 | **Name:** BOULEVARD 9229 LLC<br>**Address:** 9229 QUEENS BLVD STE 11 REGO PARK, NY 11374<br><br>**Date Received & Ref :** 11/25/19 |
| **Name:** SAFE CHAIN SOLUTIONS, LLC<br>**Address:** 822 CHESAPEAKE DR CAMBRIDGE MD 21613<br><br>**Date Purchased & Ref :** 09/28/20   PO#9311 | **Name:** SAFE CHAIN SOLUTIONS, LLC<br>**Address:** 822 CHESAPEAKE DR CAMBRIDGE MD 21613<br><br>**Date Received & Ref :** 09/28/20 |
| **Name:**<br>**Address:**<br><br>**Date Purchased & Ref :** | **Name:**<br>**Address:**<br><br>**Date Received & Ref :** |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;

(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;

(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;

(D) did not knowingly ship a suspect or illegitimate product;

(E) had systems and processes in place to comply with verification requirements under section 582;

(F) did not knowingly provide false transaction information; and

(G) did not knowingly alter the transaction history.

Page: 1     of  1     pages.

SCSRELATIVITY_0001329433

SAFE CHAIN SOLUTIONS, LLC.

# Drug Supply Chain Security Act Document

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:

**ODEFSEY TAB 30CT**

NDC: 61958-2101-01

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 020236 | 1 | |
| | | |
| | | |

Reference Number: __INV6934__
Document Type: __INVOICE__
Reference Date: 09/28/2020

## (TH) Transaction History

Manufacturer's Name: Gilead Sciences, Inc.
Manufacturer's information: 333 Lakeside Drive, Foster City, CA 94404

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: Rochester Drug Co-Op Inc <br> Address: 116 Lehigh Dr #3013 Fairfield, NJ 07004 <br><br> Date Purchased & Ref : 08/16/18 PO#R2330 | Name: Rochester Drug Co-Op Inc <br> Address: 116 Lehigh Dr #3013 Fairfield, NJ 07004 <br><br> Date Received & Ref : 08/16/18 |
| Name: Instacare Pharmacy DBA Brookville RX <br> Address: 235-20 147th Ave Rosedale, NY 11422 <br><br> Date Purchased & Ref : 10/21/18 PO#001IC558 | Name: Instacare Pharmacy DBA Brookville RX <br> Address: 235-20 147th Ave Rosedale, NY 11422 <br><br> Date Received & Ref : 10/21/18 |
| Name: BOULEVARD 9229 LLC <br> Address: 9229 QUEENS BLVD STE 11 REGO PARK, NY 11374 <br><br> Date Purchased & Ref : 11/26/19 PO#01209692 | Name: BOULEVARD 9229 LLC <br> Address: 9229 QUEENS BLVD STE 11 REGO PARK, NY 11374 <br><br> Date Received & Ref : 11/26/19 |
| Name: SAFE CHAIN SOLUTIONS, LLC <br> Address: 822 CHESAPEAKE DR CAMBRIDGE MD 21613 <br><br> Date Purchased & Ref : 09/28/20 PO#9311 | Name: SAFE CHAIN SOLUTIONS, LLC <br> Address: 822 CHESAPEAKE DR CAMBRIDGE MD 21613 <br><br> Date Received & Ref : 09/28/20 |
| Name: <br> Address: <br><br> Date Purchased & Ref : | Name: <br> Address: <br><br> Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1 of 1 pages.

SCSRELATIVITY_0001329433

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:

**DUEXIS TAB 90CT**

NDC: 75987-0010-03

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 8118137 | 4 | |
| | | |
| | | |

Reference Number: **INV6936**
Document Type: **INVOICE**
Reference Date: 09/28/2020

## (TH) Transaction History

Manufacturer's Name: Horizon Pharma USA, Inc.
Manufacturer's information: Two Tower Place, 12th Floor, South San Francisco, CA 94080

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: Rochester Drug Co-Op Inc<br>Address: 116 Lehigh Dr #3013 Fairfield, NJ 07004 | Name: Rochester Drug Co-Op Inc<br>Address: 116 Lehigh Dr #3013 Fairfield, NJ 07004 |
| Date Purchased & Ref : 08/01/18 PO#R2301 | Date Received & Ref : 08/01/18 |
| Name: Instacare Pharmacy DBA Brookville RX<br>Address: 235-20 147th Ave Rosedale, NY 11422 | Name: Instacare Pharmacy DBA Brookville RX<br>Address: 235-20 147th Ave Rosedale, NY 11422 |
| Date Purchased & Ref : 10/25/18 PO#001IC566 | Date Received & Ref : 10/25/18 |
| Name: BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD STE 11 REGO PARK, NY 11374 | Name: BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD STE 11 REGO PARK, NY 11374 |
| Date Purchased & Ref : 11/27/19 PO#01209720 | Date Received & Ref : 11/27/19 |
| Name: SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR CAMBRIDGE MD 21613 | Name: SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR CAMBRIDGE MD 21613 |
| Date Purchased & Ref : 09/28/20 PO#9311 | Date Received & Ref : 09/28/20 |
| Name:<br>Address: | Name:<br>Address: |
| Date Purchased & Ref : | Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1 of 1 pages.

SCSRELATIVITY_0001329433

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:

**DUEXIS TAB 90CT**

NDC: 75987-0010-03

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 8119915 | 2 | |
| | | |
| | | |

Reference Number: **INV6938**

Document Type: **INVOICE**

Reference Date: 09/28/2020

## (TH) Transaction History

Manufacturer's Name: Horizon Pharma USA, Inc.

Manufacturer's information: Two Tower Place, 12th Floor, South San Francisco, CA 94080

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: Rochester Drug Co-Op Inc<br>Address: 116 Lehigh Dr #3013 Fairfield, NJ 07004 | Name: Rochester Drug Co-Op Inc<br>Address: 116 Lehigh Dr #3013 Fairfield, NJ 07004 |
| Date Purchased & Ref : 08/07/18 PO#R2313 | Date Received & Ref : 08/07/18 |
| Name: Instacare Pharmacy DBA Brookville RX<br>Address: 235-20 147th Ave Rosedale, NY 11422 | Name: Instacare Pharmacy DBA Brookville RX<br>Address: 235-20 147th Ave Rosedale, NY 11422 |
| Date Purchased & Ref : 10/17/18 PO#001IC553 | Date Received & Ref : 10/17/18 |
| Name: BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD STE 11 REGO PARK, NY 11374 | Name: BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD STE 11 REGO PARK, NY 11374 |
| Date Purchased & Ref : 11/26/19 PO#01209692 | Date Received & Ref : 11/26/19 |
| Name: SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR CAMBRIDGE MD 21613 | Name: SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR CAMBRIDGE MD 21613 |
| Date Purchased & Ref : 09/28/20 PO#9311 | Date Received & Ref : 09/28/20 |
| Name:<br>Address: | Name:<br>Address: |
| Date Purchased & Ref : | Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1 of 1 pages.

SCSRELATIVITY_0001329433

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document

## (TI) Transaction Information

**Drug Name, Strength, Dosage Form, Container Size:**

RAYOS 5 MG

NDC: 75987-0022-01

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 19190020A | 13 | |
| | | |
| | | |

**Reference Number:** INV6940
**Document Type:** INVOICE
**Reference Date:** 09/28/2020

## (TH) Transaction History

**Manufacturer's Name:** Horizon Pharma USA, Inc.
**Manufacturer's information** Two Tower Place, 12th Floor, South San Francisco, CA 94080

| SOLD TO: | SHIPPED TO: |
|---|---|
| **Name:** Rochester Drug Co-Op Inc<br>**Address:** 116 Lehigh Dr #3013 Fairfield, NJ 07004<br><br>**Date Purchased & Ref :** 08/02/18 PO#R2305 | **Name:** Rochester Drug Co-Op Inc<br>**Address:** 116 Lehigh Dr #3013 Fairfield, NJ 07004<br><br>**Date Received & Ref :** 08/02/18 |
| **Name:** Instacare Pharmacy DBA Brookville RX<br>**Address:** 235-20 147th Ave Rosedale, NY 11422<br><br>**Date Purchased & Ref :** 10/25/18 PO#001IC566 | **Name:** Instacare Pharmacy DBA Brookville RX<br>**Address:** 235-20 147th Ave Rosedale, NY 11422<br><br>**Date Received & Ref :** 10/25/18 |
| **Name:** BOULEVARD 9229 LLC<br>**Address:** 9229 QUEENS BLVD STE 11 REGO PARK, NY 11374<br><br>**Date Purchased & Ref :** 11/26/19 PO#01209692 | **Name:** BOULEVARD 9229 LLC<br>**Address:** 9229 QUEENS BLVD STE 11 REGO PARK, NY 11374<br><br>**Date Received & Ref :** 11/26/19 |
| **Name:** SAFE CHAIN SOLUTIONS, LLC<br>**Address:** 822 CHESAPEAKE DR CAMBRIDGE MD 21613<br><br>**Date Purchased & Ref :** 09/28/20 PO#9311 | **Name:** SAFE CHAIN SOLUTIONS, LLC<br>**Address:** 822 CHESAPEAKE DR CAMBRIDGE MD 21613<br><br>**Date Received & Ref :** 09/28/20 |
| **Name:**<br>**Address:**<br><br>**Date Purchased & Ref :** | **Name:**<br>**Address:**<br><br>**Date Received & Ref :** |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1 of 1 pages.

SCSRELATIVITY_0001329433

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**PENNSAID 2% TOP SOL 112G/BOTTLE**

NDC: 75987-0040-05

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| A1157A1 | 12 | |
| | | |
| | | |

Reference Number: **INV6943**
Document Type: **INVOICE**
Reference Date: 09/28/2020

## (TH) Transaction History

Manufacturer's Name: Nuvo Pharmaceuticals Inc.
Manufacturer's information: 6733 Mississauga Road, Suite 610, Mississauga, Ontario Canada L5N 6J5

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: Rochester Drug Co-Op Inc<br>Address: 116 Lehigh Dr #3013 Fairfield, NJ 07004<br><br>Date Purchased & Ref : 08/01/18  PO#R2301 | Name: Rochester Drug Co-Op Inc<br>Address: 116 Lehigh Dr #3013 Fairfield, NJ 07004<br><br>Date Received & Ref : 08/01/18 |
| SOLD TO:<br>Name: Instacare Pharmacy DBA Brookville RX<br>Address: 235-20 147th Ave Rosedale, NY 11422<br><br>Date Purchased & Ref : 10/28/18  PO#001IC568 | SHIPPED TO:<br>Name: Instacare Pharmacy DBA Brookville RX<br>Address: 235-20 147th Ave Rosedale, NY 11422<br><br>Date Received & Ref : 10/28/18 |
| SOLD TO:<br>Name: BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD STE 11 REGO PARK, NY 11374<br><br>Date Purchased & Ref : 11/26/19  PO#01209692 | SHIPPED TO:<br>Name: BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD STE 11 REGO PARK, NY 11374<br><br>Date Received & Ref : 11/26/19 |
| SOLD TO:<br>Name: SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR CAMBRIDGE MD 21613<br><br>Date Purchased & Ref : 09/28/20  PO#9311 | SHIPPED TO:<br>Name: SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR CAMBRIDGE MD 21613<br><br>Date Received & Ref : 09/28/20 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1    of  1    pages.

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**PENNSAID 2% TOP SOL 112G/BOTTLE**

NDC: 75987-0040-05

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| A1158A1 | 8 | |
| | | |
| | | |

Reference Number: **INV6941**
Document Type: **INVOICE**
Reference Date: 09/28/2020

## (TH) Transaction History

Manufacturer's Name: Nuvo Pharmaceuticals Inc.
Manufacturer's information: 6733 Mississauga Road, Suite 610, Mississauga, Ontario Canada L5N 6J5

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: Rochester Drug Co-Op Inc<br>Address: 116 Lehigh Dr #3013 Fairfield, NJ 07004<br>Date Purchased & Ref : 08/21/18 PO#R2337 | Name: Rochester Drug Co-Op Inc<br>Address: 116 Lehigh Dr #3013 Fairfield, NJ 07004<br>Date Received & Ref : 08/21/18 |
| Name: Instacare Pharmacy DBA Brookville RX<br>Address: 235-20 147th Ave Rosedale, NY 11422<br>Date Purchased & Ref : 10/04/18 PO#001IC525 | Name: Instacare Pharmacy DBA Brookville RX<br>Address: 235-20 147th Ave Rosedale, NY 11422<br>Date Received & Ref : 10/04/18 |
| Name: BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD STE 11 REGO PARK, NY 11374<br>Date Purchased & Ref : 11/27/19 PO#01209720 | Name: BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD STE 11 REGO PARK, NY 11374<br>Date Received & Ref : 11/27/19 |
| Name: SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR CAMBRIDGE MD 21613<br>Date Purchased & Ref : 09/28/20 PO#9311 | Name: SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR CAMBRIDGE MD 21613<br>Date Received & Ref : 09/28/20 |
| Name:<br>Address:<br>Date Purchased & Ref : | Name:<br>Address:<br>Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1 of 1 pages.

SCSRELATIVITY_0001329433

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document

## (TI) Transaction Information

**Drug Name, Strength, Dosage Form, Container Size:**

STRIBILD TAB 30CT

NDC: 61958-1201-01

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| CBHCW | 1 | |
| | | |
| | | |

Reference Number: __INV6924__

Document Type: __INVOICE__

Reference Date: 09/28/2020

## (TH) Transaction History

**Manufacturer's Name:** Gilead Sciences, Inc.

**Manufacturer's information:** 333 Lakeside Drive, Foster City, CA 94404

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| **Name:** Rochester Drug Co-Op Inc<br>**Address:** 116 Lehigh Dr #3013 Fairfield, NJ 07004<br><br>**Date Purchased & Ref :** 08/07/18   PO#R2313 | **Name:** Rochester Drug Co-Op Inc<br>**Address:** 116 Lehigh Dr #3013 Fairfield, NJ 07004<br><br>**Date Received & Ref :** 08/07/18 |
| **Name:** Instacare Pharmacy DBA Brookville RX<br>**Address:** 235-20 147th Ave Rosedale, NY 11422<br><br>**Date Purchased & Ref :** 10/29/18   PO#001IC570 | **Name:** Instacare Pharmacy DBA Brookville RX<br>**Address:** 235-20 147th Ave Rosedale, NY 11422<br><br>**Date Received & Ref :** 10/29/18 |
| **Name:** BOULEVARD 9229 LLC<br>**Address:** 9229 QUEENS BLVD STE 11 REGO PARK, NY 11374<br><br>**Date Purchased & Ref :** 11/25/19   PO#01209744 | **Name:** BOULEVARD 9229 LLC<br>**Address:** 9229 QUEENS BLVD STE 11 REGO PARK, NY 11374<br><br>**Date Received & Ref :** 11/25/19 |
| **Name:** SAFE CHAIN SOLUTIONS, LLC<br>**Address:** 822 CHESAPEAKE DR CAMBRIDGE MD 21613<br><br>**Date Purchased & Ref :** 09/28/20   PO#9311 | **Name:** SAFE CHAIN SOLUTIONS, LLC<br>**Address:** 822 CHESAPEAKE DR CAMBRIDGE MD 21613<br><br>**Date Received & Ref :** 09/28/20 |
| **Name:**<br>**Address:**<br><br>**Date Purchased & Ref :** | **Name:**<br>**Address:**<br><br>**Date Received & Ref :** |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;

(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;

(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;

(D) did not knowingly ship a suspect or illegitimate product;

(E) had systems and processes in place to comply with verification requirements under section 582;

(F) did not knowingly provide false transaction information; and

(G) did not knowingly alter the transaction history.

Page: 1     of  1     pages.

SCSRELATIVITY_0001329433

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document

## (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: | | | |
|---|---|---|---|
| **BIKTARVY 30CT** | | | |

NDC: 61958-2501-01

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| CCZBZA | 1 | |
| | | |
| | | |

**Reference Number:** INV 6902
**Document Type:** INVOICE
**Reference Date:** 09/28/2020

## (TH) Transaction History

**Manufacturer's Name:** Gilead Sciences, Inc.
**Manufacturer's information:** 333 Lakeside Drive, Foster City, CA 94404

| SOLD TO: | SHIPPED TO: |
|---|---|
| **Name:** Rochester Drug Co-Op Inc<br>**Address:** 116 Lehigh Dr #3013<br>Fairfield, NJ 07004 | **Name:** Rochester Drug Co-Op Inc<br>**Address:** 116 Lehigh Dr #3013<br>Fairfield, NJ 07004 |
| **Date Purchased & Ref :** 09/13/18 PO#R2383 | **Date Received & Ref :** 09/13/18 |
| **Name:** Instacare Pharmacy DBA Brookville RX<br>**Address:** 235-20 147th Ave Rosedale, NY 11422 | **Name:** Instacare Pharmacy DBA Brookville RX<br>**Address:** 235-20 147th Ave Rosedale, NY 11422 |
| **Date Purchased & Ref :** 10/10/18 PO#001IC538 | **Date Received & Ref :** 10/10/18 |
| **Name:** BOULEVARD 9229 LLC<br>**Address:** 9229 QUEENS BLVD STE<br>11 REGO PARK, NY 11374 | **Name:** BOULEVARD 9229 LLC<br>**Address:** 9229 QUEENS BLVD STE<br>11 REGO PARK, NY 11374 |
| **Date Purchased & Ref :** 11/26/19 PO#01209692 | **Date Received & Ref :** 11/26/19 |
| **Name:** SAFE CHAIN SOLUTIONS, LLC<br>**Address:** 822 CHESAPEAKE DR<br>CAMBRIDGE MD 21613 | **Name:** SAFE CHAIN SOLUTIONS, LLC<br>**Address:** 822 CHESAPEAKE DR<br>CAMBRIDGE MD 21613 |
| **Date Purchased & Ref :** 09/28/20 PO#9311 | **Date Received & Ref :** 09/28/20 |
| **Name:**<br>**Address:** | **Name:**<br>**Address:** |
| **Date Purchased & Ref :** | **Date Received & Ref :** |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1 of 1 pages.

SCSRELATIVITY_0001329433

SAFE CHAIN SOLUTIONS, LLC.

# Drug Supply Chain Security Act Document

## (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: |
| --- |
| BIKTARVY 30CT |

NDC: 61958-2501-01

| Lot Number | Quantity | Unique Serial # |
| --- | --- | --- |
| CDGXKA | 5 | |
| | | |
| | | |

Reference Number: **INV 6901**
Document Type: **INVOICE**
Reference Date: 09/28/2020

## (TH) Transaction History

Manufacturer's Name: Gilead Sciences, Inc.
Manufacturer's information: 333 Lakeside Drive, Foster City, CA 94404

| SOLD TO: | SHIPPED TO: |
| --- | --- |
| Name: Rochester Drug Co-Op Inc<br>Address: 116 Lehigh Dr #3013<br>Fairfield, NJ 07004 | Name: Rochester Drug Co-Op Inc<br>Address: 116 Lehigh Dr #3013<br>Fairfield, NJ 07004 |
| Date Purchased & Ref : 09/04/18 PO#R2367 | Date Received & Ref : 09/04/18 |
| SOLD TO:<br>Name: Instacare Pharmacy DBA Brookville RX<br>Address: 235-20 147th Ave Rosedale, NY 11422 | SHIPPED TO:<br>Name: Instacare Pharmacy DBA Brookville RX<br>Address: 235-20 147th Ave Rosedale, NY 11422 |
| Date Purchased & Ref : 10/15/18 PO#001IC545 | Date Received & Ref : 10/15/18 |
| SOLD TO:<br>Name: BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD STE<br>11 REGO PARK, NY 11374 | SHIPPED TO:<br>Name: BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD STE<br>11 REGO PARK, NY 11374 |
| Date Purchased & Ref : 11/25/19 PO#01209744 | Date Received & Ref : 11/25/19 |
| SOLD TO:<br>Name: SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>CAMBRIDGE MD 21613 | SHIPPED TO:<br>Name: SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>CAMBRIDGE MD 21613 |
| Date Purchased & Ref : 09/28/20 PO#9311 | Date Received & Ref : 09/28/20 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

GX 186.021

SCSRELATIVITY_0001329433

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:

**TRIUMEQ**

NDC: 49702-0231-13

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| CE7N | 1 | |
| | | |
| | | |

Reference Number: **INV6905**
Document Type: **INVOICE**
Reference Date: 09/28/2020

## (TH) Transaction History

Manufacturer's Name: ViiV Healthcare
Manufacturer's information: Five Moore Drive, Research Triangle Park, North Carolina 27709-3398

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name: Rochester Drug Co-Op Inc<br>Address: 116 Lehigh Dr #3013 Fairfield, NJ 07004<br><br>Date Purchased & Ref :   09/10/18   PO#R2376 | Name: Rochester Drug Co-Op Inc<br>Address: 116 Lehigh Dr #3013 Fairfield, NJ 07004<br><br>Date Received & Ref :   09/10/18 |
| SOLD TO:<br>Name: Instacare Pharmacy DBA Brookville RX<br>Address: 235-20 147th Ave Rosedale, NY 11422<br><br>Date Purchased & Ref :   10/28/18   PO#001IC568 | SHIPPED TO:<br>Name: Instacare Pharmacy DBA Brookville RX<br>Address: 235-20 147th Ave Rosedale, NY 11422<br><br>Date Received & Ref :   10/28/18 |
| SOLD TO:<br>Name: BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD STE 11 REGO PARK, NY 11374<br><br>Date Purchased & Ref :   11/25/19   PO#01209744 | SHIPPED TO:<br>Name: BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD STE 11 REGO PARK, NY 11374<br><br>Date Received & Ref :   11/25/19 |
| SOLD TO:<br>Name: SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR CAMBRIDGE MD 21613<br><br>Date Purchased & Ref :   09/28/20   PO#9311 | SHIPPED TO:<br>Name: SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR CAMBRIDGE MD 21613<br><br>Date Received & Ref :   09/28/20 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  1      pages.

SCSRELATIVITY_0001329433

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document

## (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: | | |
|---|---|---|
| TIVICAY 50MG TAB 30CT | | |

NDC: 49702-0228-13

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| CJ4V | 1 | |
| | | |
| | | |

Reference Number: **INV6904**

Document Type: **INVOICE**

Reference Date: 09/28/2020

## (TH) Transaction History

Manufacturer's Name: ViiV Healthcare

Manufacturer's information: Five Moore Drive, Research Triangle Park, North Carolina 27709-3398

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: Rochester Drug Co-Op Inc | Name: Rochester Drug Co-Op Inc |
| Address: 116 Lehigh Dr #3013 Fairfield, NJ 07004 | Address: 116 Lehigh Dr #3013 Fairfield, NJ 07004 |
| Date Purchased & Ref : 09/10/18 PO#R2376 | Date Received & Ref : 09/10/18 |
| SOLD TO: | SHIPPED TO: |
| Name: Instacare Pharmacy DBA Brookville RX | Name: Instacare Pharmacy DBA Brookville RX |
| Address: 235-20 147th Ave Rosedale, NY 11422 | Address: 235-20 147th Ave Rosedale, NY 11422 |
| Date Purchased & Ref : 10/09/18 PO#001IC534 | Date Received & Ref : 10/09/18 |
| SOLD TO: | SHIPPED TO: |
| Name: BOULEVARD 9229 LLC | Name: BOULEVARD 9229 LLC |
| Address: 9229 QUEENS BLVD STE 11 REGO PARK, NY 11374 | Address: 9229 QUEENS BLVD STE 11 REGO PARK, NY 11374 |
| Date Purchased & Ref : 11/26/19 PO#01209692 | Date Received & Ref : 11/26/19 |
| SOLD TO: | SHIPPED TO: |
| Name: SAFE CHAIN SOLUTIONS, LLC | Name: SAFE CHAIN SOLUTIONS, LLC |
| Address: 822 CHESAPEAKE DR CAMBRIDGE MD 21613 | Address: 822 CHESAPEAKE DR CAMBRIDGE MD 21613 |
| Date Purchased & Ref : 09/28/20 PO#9311 | Date Received & Ref : 09/28/20 |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1    of  1    pages.

SCSRELATIVITY_0001329433

**SAFE CHAIN SOLUTIONS, LLC**

# Drug Supply Chain Security Act Document

## (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: |
| --- |
| DOVATO TAB 30CT |

NDC: 49702-0246-13

| Lot Number | Quantity | Unique Serial # |
| --- | --- | --- |
| FL5F | 1 | |
| | | |
| | | |

Reference Number: __INV6911__
Document Type: __INVOICE__
Reference Date: __09/28/2020__

## (TH) Transaction History

Manufacturer's Name: ViiV Healthcare
Manufacturer's information: Five Moore Drive, Research Triangle Park, North Carolina 27709-3398

| SOLD TO: | SHIPPED TO: |
| --- | --- |
| Name: Rochester Drug Co-Op Inc | Name: Rochester Drug Co-Op Inc |
| Address: 116 Lehigh Dr #3013 Fairfield, NJ 07004 | Address: 116 Lehigh Dr #3013 Fairfield, NJ 07004 |
| Date Purchased & Ref : 09/12/18 PO#R2380 | Date Received & Ref : 09/12/18 |
| SOLD TO: | SHIPPED TO: |
| Name: Instacare Pharmacy DBA Brookville RX | Name: Instacare Pharmacy DBA Brookville RX |
| Address: 235-20 147th Ave Rosedale, NY 11422 | Address: 235-20 147th Ave Rosedale, NY 11422 |
| Date Purchased & Ref : 10/17/18 PO#001IC553 | Date Received & Ref : 10/17/18 |
| SOLD TO: | SHIPPED TO: |
| Name: BOULEVARD 9229 LLC | Name: BOULEVARD 9229 LLC |
| Address: 9229 QUEENS BLVD STE 11 REGO PARK, NY 11374 | Address: 9229 QUEENS BLVD STE 11 REGO PARK, NY 11374 |
| Date Purchased & Ref : 11/26/19 PO#01209692 | Date Received & Ref : 11/26/19 |
| SOLD TO: | SHIPPED TO: |
| Name: SAFE CHAIN SOLUTIONS, LLC | Name: SAFE CHAIN SOLUTIONS, LLC |
| Address: 822 CHESAPEAKE DR CAMBRIDGE MD 21613 | Address: 822 CHESAPEAKE DR CAMBRIDGE MD 21613 |
| Date Purchased & Ref : 09/28/20 PO#9311 | Date Received & Ref : 09/28/20 |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1 of 1 pages.

SCSRELATIVITY_0001329433

**SAFE CHAIN SOLUTIONS, LLC**

# Drug Supply Chain Security Act Document

## (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: | | |
|---|---|---|
| JULUCA TAB 30CT | | |

NDC: 49702-0242-13

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| R43R | 1 | |
| | | |
| | | |

Reference Number: __INV6909__

Document Type: __INVOICE__

Reference Date: 09/28/2020

## (TH) Transaction History

**Manufacturer's Name:** ViiV Healthcare

**Manufacturer's information:** Five Moore Drive, Research Triangle Park, North Carolina 27709-3398

| SOLD TO: | SHIPPED TO: |
|---|---|
| **Name:** Rochester Drug Co-Op Inc<br>**Address:** 116 Lehigh Dr #3013 Fairfield, NJ 07004 | **Name:** Rochester Drug Co-Op Inc<br>**Address:** 116 Lehigh Dr #3013 Fairfield, NJ 07004 |
| **Date Purchased & Ref :** 09/26/18   PO#R2402 | **Date Received & Ref :** 09/26/18 |
| **Name:** Instacare Pharmacy DBA Brookville RX<br>**Address:** 235-20 147th Ave Rosedale, NY 11422 | **Name:** Instacare Pharmacy DBA Brookville RX<br>**Address:** 235-20 147th Ave Rosedale, NY 11422 |
| **Date Purchased & Ref :** 10/24/18   PO#001IC564 | **Date Received & Ref :** 10/24/18 |
| **Name:** BOULEVARD 9229 LLC<br>**Address:** 9229 QUEENS BLVD STE 11 REGO PARK, NY 11374 | **Name:** BOULEVARD 9229 LLC<br>**Address:** 9229 QUEENS BLVD STE 11 REGO PARK, NY 11374 |
| **Date Purchased & Ref :** 11/26/19   PO#01209692 | **Date Received & Ref :** 11/26/19 |
| **Name:** SAFE CHAIN SOLUTIONS, LLC<br>**Address:** 822 CHESAPEAKE DR CAMBRIDGE MD 21613 | **Name:** SAFE CHAIN SOLUTIONS, LLC<br>**Address:** 822 CHESAPEAKE DR CAMBRIDGE MD 21613 |
| **Date Purchased & Ref :** 09/28/20   PO#9311 | **Date Received & Ref :** 09/28/20 |
| **Name:**<br>**Address:** | **Name:**<br>**Address:** |
| **Date Purchased & Ref :** | **Date Received & Ref :** |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1    of  1    pages.

SCSRELATIVITY_0001329433

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document

## (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: |
| --- |
| TIVICAY 50MG TAB 30CT |

NDC: 49702-0228-13

| Lot Number | Quantity | Unique Serial # |
| --- | --- | --- |
| SH7B | 1 | |
| | | |
| | | |

Reference Number: **INV6903**

Document Type: **INVOICE**

Reference Date: 09/28/2020

## (TH) Transaction History

Manufacturer's Name: ViiV Healthcare

Manufacturer's information: Five Moore Drive, Research Triangle Park, North Carolina 27709-3398

| SOLD TO: | SHIPPED TO: |
| --- | --- |
| Name: Rochester Drug Co-Op Inc<br>Address: 116 Lehigh Dr #3013 Fairfield, NJ 07004 | Name: Rochester Drug Co-Op Inc<br>Address: 116 Lehigh Dr #3013 Fairfield, NJ 07004 |
| Date Purchased & Ref : 09/03/18   PO#R2365 | Date Received & Ref : 09/03/18 |
| Name: Instacare Pharmacy DBA Brookville RX<br>Address: 235-20 147th Ave Rosedale, NY 11422 | Name: Instacare Pharmacy DBA Brookville RX<br>Address: 235-20 147th Ave Rosedale, NY 11422 |
| Date Purchased & Ref : 10/25/18   PO#001IC566 | Date Received & Ref : 10/25/18 |
| Name: BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD STE 11 REGO PARK, NY 11374 | Name: BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD STE 11 REGO PARK, NY 11374 |
| Date Purchased & Ref : 11/25/19   PO#01209744 | Date Received & Ref : 11/25/19 |
| Name: SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR CAMBRIDGE MD 21613 | Name: SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR CAMBRIDGE MD 21613 |
| Date Purchased & Ref : 09/28/20   PO#9311 | Date Received & Ref : 09/28/20 |
| Name:<br>Address: | Name:<br>Address: |
| Date Purchased & Ref : | Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;

(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;

(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;

(D) did not knowingly ship a suspect or illegitimate product;

(E) had systems and processes in place to comply with verification requirements under section 582;

(F) did not knowingly provide false transaction information; and

(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document

## (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: | | |
|---|---|---|
| **TRIUMEQ** | | |

NDC: 49702-0231-13

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| X46V | 1 | |
| | | |
| | | |

**Reference Number:** __INV6906__
**Document Type:** __INVOICE__
**Reference Date:** 09/28/2020

## (TH) Transaction History

**Manufacturer's Name:** ViiV Healthcare
**Manufacturer's information** Five Moore Drive, Research Triangle Park, North Carolina 27709-3398

| SOLD TO: | SHIPPED TO: |
|---|---|
| **Name:** Rochester Drug Co-Op Inc<br>**Address:** 116 Lehigh Dr #3013 Fairfield, NJ 07004<br><br>**Date Purchased & Ref :** 09/18/18   PO#R2389 | **Name:** Rochester Drug Co-Op Inc<br>**Address:** 116 Lehigh Dr #3013 Fairfield, NJ 07004<br><br>**Date Received & Ref :** 09/18/18 |
| **Name:** Instacare Pharmacy DBA Brookville RX<br>**Address:** 235-20 147th Ave Rosedale, NY 11422<br><br>**Date Purchased & Ref :** 10/23/18   PO#001IC562 | **Name:** Instacare Pharmacy DBA Brookville RX<br>**Address:** 235-20 147th Ave Rosedale, NY 11422<br><br>**Date Received & Ref :** 10/23/18 |
| **Name:** BOULEVARD 9229 LLC<br>**Address:** 9229 QUEENS BLVD STE 11 REGO PARK, NY 11374<br><br>**Date Purchased & Ref :** 11/26/19   PO#01209692 | **Name:** BOULEVARD 9229 LLC<br>**Address:** 9229 QUEENS BLVD STE 11 REGO PARK, NY 11374<br><br>**Date Received & Ref :** 11/26/19 |
| **Name:** SAFE CHAIN SOLUTIONS, LLC<br>**Address:** 822 CHESAPEAKE DR CAMBRIDGE MD 21613<br><br>**Date Purchased & Ref :** 09/28/20   PO#9311 | **Name:** SAFE CHAIN SOLUTIONS, LLC<br>**Address:** 822 CHESAPEAKE DR CAMBRIDGE MD 21613<br><br>**Date Received & Ref :** 09/28/20 |
| **Name:**<br>**Address:**<br><br>**Date Purchased & Ref :** | **Name:**<br>**Address:**<br><br>**Date Received & Ref :** |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1       of  1       pages.