UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 24-CR-20255-DIMITROULEAS

UNITED STATES OF AMERICA

vs.

PARTICK BOYD
and CHARLES BOYD,

    **Defendant**. _____/

**GOVERNMENT'S ADMITTED EXHIBITS**

| Presiding Judge:<br>**The Honorable William P. Dimitrouleas** | Government Prosecutors:<br>**Alexander Thor Pogozelski**<br>**Jacqueline DerOvanesian** | Defense Attorneys:<br>**Bruce Zimet**<br>**William Barzee**<br>**Ivlis Mantilla** |
|---|---|---|

| Exhibit Number | Date Identified | Date Admitted | Objections/ Stipulated Admissions | Description of Exhibit |
|---|---|---|---|---|
| 190 | 10/6 | 10/6 | | 2020.10.13 Email from King Kimchi to Abigail Divilio and Charles Boyd RE T3s - SCSRELATIVITY_0001331555 |
| 191 | 10/8 | 10/8 | | 2020.10.13 Email from King Kimchi to Abigail Divilio RE RE T3s - SCSRELATIVITY_0001427891 |
| 192 | 10/6 | 10/6 | | 2020.10.14 Email from Abigail Divilio to Charles Boyd RE MEDICINE SHOPPE #1802 - URGENT - SCSRELATIVITY_0001341281 |
| 193 | | | | *Intentionally Left Blank* |
| 194 | | | | *Intentionally Left Blank* |
| 195 | | | | *Intentionally Left Blank* |
| 196 | 9/25 | 9/25 | | 2020.11.12 Email Garrett Mellot to Charles Boyd, Patrick Boyd et al. FW Product Issues - SCSRELATIVITY_0001339419 |
| 197 | | | | *Intentionally Left Blank* |
| 198 | | | | *Intentionally Left Blank* |
| 199 | | | | *Intentionally Left Blank* |

| Exhibit Number | Date Identified | Date Admitted | Objections/ Stipulated Admissions | Description of Exhibit |
|---|---|---|---|---|
| 200 | 10/6 | 10/6 | | 2020.11.19 Email Kendreas Ferdinand to Charles Boyd, Patrick Boyd et al. RE Medicine Shoppe #1802 - URGENT - SCSRELATIVITY_0001434970 |
| 201 | | | | *Intentionally Left Blank* |
| 202 | | | | *Intentionally Left Blank* |
| 203 | 9/25 | 9/25 | | 2020.11.24 Email from Abigail Divilio to Patrick Boyd and Charles Boyd FW Sale of Counterfeit Biktarvy Lot #CCXKVA - SCSRELATIVITY_0001363320-21 |
| 204 | 9/25 | 9/25 | | 2020.11.25 Email from Charles Boyd to Abigail Divilio FW Compliance Call - DOJ-PPM-0000115494 |
| 205 | 9/25 | 9/25 | | 2020.12.04 Email from Martha Rumore to Abigail Divilio and Charles Boyd RE RE RE Gilead - Biktarvy Information - DOJ-PPM-0000115711-12 |
| 206 | 9/25 | 9/25 | | 2020.12.04 Email from Martha Rumore to Abigail Divilio and Charles Boyd RE RE RE Gilead - Biktarvy Information - DOJ-PPM-0000118477 |
| 207 | 9/25 | 9/25 | | 2020.12.07 Email from Charles Boyd to Abigail Divilio and Martha Rumore RE RE RE Gilead - Biktarvy Information - DOJ-PPM-0000117320 |
| 208 | 9/25 | 9/25 | | 2020.12.08 Email from Martha Rumore to Charles Boyd and Abigail Divilio FW Safe Chain Response to Gilead Letter of Nov 23 - DOJ-PPM-0000115703-04 |
| 209 | 9/25 | 9/25 | | 2020.12.11 Email from Martha Rumore to Danielle Manning and Abigail Divilio FW Safe Chain Response to Gilead Letter of Nov 23- DOJ-PPM-0000116007-08 |
| 210 | | | | *Intentionally Left Blank* |
| 211 | | | | *Intentionally Left Blank* |
| 212 | | | | *Intentionally Left Blank* |
| 213 | 10/20 | 10/20 | | 2020.12.16 Email from Abigail Divilio to Charles Boyd RE Biktarvy Lots - SCSRELATIVITY_00013413338-39 |
| 214 | | | | *Intentionally Left Blank* |
| 215 | | | | *Intentionally Left Blank* |
| 216 | | | | *Intentionally Left Blank* |
| 217 | 10/6 | 10/6 | | 2021.01.05 Email from Patrick Boyd to Jonathan Nicholls et al. re New WAC Pricing - SCSRELATIVITY_0001339537-38 |
| 218 | | | | *Intentionally Left Blank* |
| 219 | | | | *Intentionally Left Blank* |
| 220 | | | | *Intentionally Left Blank* |
| 221 | | | | *Intentionally Left Blank* |
| 222 | | | | *Intentionally Left Blank* |
| 223 | | | | *Intentionally Left Blank* |

| Exhibit Number | Date Identified | Date Admitted | Objections/ Stipulated Admissions | Description of Exhibit |
|---|---|---|---|---|
| 224 | | | | *Intentionally Left Blank* |
| 225 | 9/25 | 9/25 | | 2021.02.05 Email from Charles Boyd to Martha Rumore RE Biktarvy Issue With a Customer - DOJ-PPM-0000118506 |
| 226 | | | | *Intentionally Left Blank* |
| 227 | 10/21 | 10/21 | | 2021.02.09 Email from Abigail Divilio to Martha Rumore and Charles Boyd FW Biktarvy Issue With a Customer - DOJ-PPM-0000116257 |
| 228 | | | | *Intentionally Left Blank* |
| 229 | | | | *Intentionally Left Blank* |
| 230 | | | | *Intentionally Left Blank* |
| 231 | | | | *Intentionally Left Blank* |
| 232 | | | | *Intentionally Left Blank* |
| 233 | | | | *Intentionally Left Blank* |
| 234 | | | | *Intentionally Left Blank* |
| 235 | | | | *Intentionally Left Blank* |
| 236 | | | | *Intentionally Left Blank* |
| 237 | 9/25 | 9/25 | | 2021.02.19 Email from Abigail Divilio to Martha Rumore and Charles Boyd RE Biktarvy Lots CCZCFA and CDFYCA - DOJ-PPM-0000116361-64 |
| 238 | | | | *Intentionally Left Blank* |
| 239 | | | | *Intentionally Left Blank* |
| 240 | | | | *Intentionally Left Blank* |
| 241 | | | | *Intentionally Left Blank* |
| 242 | | | | *Intentionally Left Blank* |
| 243 | 9/25 | 9/25 | | 2021.03.10 Email from Patrick Boyd to Adam Brosius FW T3 Verification Issue - SCSRELATIVITY_0001350917-19 |
| 244 | | | | *Intentionally Left Blank* |
| 245 | 9/25 | 9/25 | | 2021.03.17 Email from Charles Boyd to Martha Rumore and Abigail Divilio RE E-Pharm/Alert: Notice: Illegitimate Biktarvy - DOJ-PPM-0000119910-11 |
| 246 | | | | *Intentionally Left Blank* |
| 247 | 10/6 | 10/6 | | 2021.03.17 Email from Charles Boyd to Patrick Boyd, Adam Brosius, and Garrett Mellott RE Gilead Letter - SCSRELATIVITY_0001396253-54 |
| 248 | | | | *Intentionally Left Blank* |
| 249 | 9/18 | 9/18 | | 2021.03.17 Email from Patrick Boyd to Antione Brooks et al. re Response on Gilead PR - SCSRELATIVITY_0001340000-01 |
| 250 | | | | *Intentionally Left Blank* |
| 251 | 10/21 | 10/21 | | 2021.03.23 Email from Charles Boyd to Compliance FW [Testing] E-Pharm Alert Patient Safety - SCSRELATIVITY_0001374672 |

| Exhibit Number | Date Identified | Date Admitted | Objections/ Stipulated Admissions | Description of Exhibit |
|---|---|---|---|---|
| 252 | 10/21 | 10/21 | | 2021.03.24 Email from Charles Boyd to Patrick Boyd, Anthony Berger, and Adam Brosius FW Gilead Sciences - DOJ-PPM-0000120004-05 |
| 253 | | | | *Intentionally Left Blank* |
| 254 | | | | *Intentionally Left Blank* |
| 255 | | | | *Intentionally Left Blank* |
| 256 | | | | *Intentionally Left Blank* |
| 257 | | | | *Intentionally Left Blank* |
| 258 | | | | *Intentionally Left Blank* |
| 259 | | | | *Intentionally Left Blank* |
| 260 | | | | *Intentionally Left Blank* |
| 261 | | | | *Intentionally Left Blank* |
| 262 | | | | *Intentionally Left Blank* |
| 263 | | | | *Intentionally Left Blank* |
| 264 | 9/25 | 9/25 | | 2021.04.06 Email from Charles Boyd to Abigail Divilio RE Synergy - SCSRELATIVITY_0001341323 |
| 265 | 10/6 | 10/6 | | 2021.04.07 Email from Martha Rumore to Charles Boyd, Patrick Boyd et al. re Meeting Follow Up - DOJ-PPM-0000116605 |
| 266 | | | | *Intentionally Left Blank* |
| 267 | | | | *Intentionally Left Blank* |
| 268 | 9/25 | 9/25 | | 2021.04.09 Email from Patrick Boyd to Charles Boyd FW Sample Ped - SCSRELATIVITY_0001335630 |
| 269 | 9/25 | 9/25 | | 2021.04.12 Email from Charles Boyd to Martha Rumore et al. RE Rapids Tex Invoices - DOJ-PPM-0000116913 |
| 270 | | | | *Intentionally Left Blank* |
| 271 | | | | *Intentionally Left Blank* |
| 272 | 10/6 | 10/6 | | 2021.04.16 Email Adam Brosius to Patrick Boyd and Garrett Mellott FW PED - SCSRELATIVITY_0001343031-32 |
| 273 | 9/25 | 9/25 | | 2021.04.20 Email from Martha Rumore to Charles Boyd, Patrick Boyd, et al. FW Gilead / Safe Chain - DOJ-PPM-0000116042-43 |
| 274 | | | | *Intentionally Left Blank* |
| 275 | | | | *Intentionally Left Blank* |
| 276 | | | | *Intentionally Left Blank* |
| 277 | 10/6 | 10/6 | | 2021.05.03 Email from Adam Brosius to Charles Boyd and Patrick Boyd FW Legend - SCSRELATIVITY_0001341780 |
| 278 | 9/19 | 9/19 | | 2021.05.03 Email from Adam Brosius to Garrett Mellott CC Charles Boyd and Patrick Boyd RE FW Tivicay - SCSRELATIVITY_0001539739 |

| Exhibit Number | Date Identified | Date Admitted | Objections/ Stipulated Admissions | Description of Exhibit |
|---|---|---|---|---|
| 279 | 10/6 | 10/6 | | 2021.05.03 Email from Garrett Mellott to Charles Boyd, Patrick Boyd, et al. FW Tivicay - SCSRELATIVITY_0001539767-70 |
| 280 | | | | *Intentionally Left Blank* |
| 281 | | | | *Intentionally Left Blank* |
| 282 | | | | *Intentionally Left Blank* |
| 282A | | | | *Intentionally Left Blank* |
| 282B | | | | *Intentionally Left Blank* |
| 282C | | | | *Intentionally Left Blank* |
| 282D | | | | *Intentionally Left Blank* |
| 283 | | | | *Intentionally Left Blank* |
| 284 | | | | *Intentionally Left Blank* |
| 285 | | | | *Intentionally Left Blank* |
| 286 | | | | *Intentionally Left Blank* |
| 287 | | | | *Intentionally Left Blank* |
| 288 | | | | *Intentionally Left Blank* |
| 289 | | | | *Intentionally Left Blank* |
| 290 | | | | *Intentionally Left Blank* |
| 291 | | | | *Intentionally Left Blank* |
| 292 | | | | *Intentionally Left Blank* |
| 293 | | | | *Intentionally Left Blank* |
| 294 | | | | *Intentionally Left Blank* |
| 295 | 10/6 | 10/6 | | 2021.06.29 Email from Amanda Biggart to Charles Boyd, Patrick Boyd et al. re May Financials - SCSRELATIVITY_0001356450-54 |
| 296 | | | | *Intentionally Left Blank* |
| 297 | | | | *Intentionally Left Blank* |
| 298 | | | | *Intentionally Left Blank* |
| 299 | 10/21 | 10/21 | | 2021.07.21 Email from Abigail Divilio to FDA re Termination Request 45802703 - SCSRELATIVITY_0001331103-04 |
| 300 | 10/21 | 10/21 | | 2021.07.26 Email from FDA to Abigail Divilio RE Termination Request 45802703 - SCSRELATIVITY_0001402686 |
| 301 | | | | *Intentionally Left Blank* |
| 302 | | | | *Intentionally Left Blank* |
| 303 | 10/21 | 10/21 | | 2021.03.16 Email from Amanda Biggart to Anthony Berger re SDI/SCS P&L Spreadsheets - DOJ-PPM-0000120692 |

Respectfully submitted,

5

|  |  |  |
|---|---|---|
|  |  | JASON A. REDING QUIÑONES<br>UNITED STATES ATTORNEY<br>SOUTHERN DISTRICT OF FLORIDA<br><br>LORINDA LARYEA, ACTING CHIEF<br>U.S. DEPARTMENT OF JUSTICE<br>CRIMINAL DIVISION, FRAUD SECTION |
| **Dated:** November 7, 2025 | By: | */s/ Alexander Thor Pogozelski*<br>Alexander Thor Pogozelski<br>Florida Special Bar No. A5502549<br>Assistant United States Attorney<br>99 Northeast 4th Street<br>Miami, Florida 33132<br>Tel: (786) 649-5251<br>Email: Alexander.Pogozelski@usdoj.gov<br><br>*/s/ Jacqueline Zee DerOvanesian*<br>Jacqueline Zee DerOvanesian<br>Trial Attorney<br>Florida Bar No. 125662<br>United States Department of Justice<br>Criminal Division, Fraud Section<br>1400 New York Avenue NW<br>Washington, D.C. 20005<br>Tel: (202) 285-9285<br>Email: Jacqueline.DerOvanesian@usdoj.gov |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 7, 2025 a true and correct copy of the foregoing was filed and served on all counsel of record via the CM/ECF system.

**Dated:** November 7, 2025                         */s/ Alexander Thor Pogozelski*
                                                                    Assistant United States Attorney

6