| | |
|---|---|
| **From:** | King Kimchi <consulting012345@gmail.com> |
| **Sent:** | Tue 10/13/2020 7:06:08 PM (UTC) |
| **To:** | compliance <compliance@safechain.com> |
| **Cc:** | Abbie Divilio <AbbieD@safechain.com>, Charles Boyd <CharlesB@safechain.com> |
| **Subject:** | Re: |

No, I do not. But it's 100 percent np

On Tue, Oct 13, 2020 at 1:51 PM compliance <compliance@safechain.com> wrote:

> Good Afternoon!
>
> Do you have any additional information or documents that supports these purchases. Invoices or pedigrees from Amerisource Bergen or Amsterdam Wellness Pharmacy. I Am unable to get in contact or confirm with these facilities.
>
>
> Thank you



**Dakota Flowers** | Compliance Support Specialist

Safe Chain Solutions, LLC

822 Chesapeake Drive | Cambridge, MD  21613

office: 855.437.5727 x1022 | fax: 866.930.1128

www.SafeChain.com | Linkedin

**From:** King Kimchi <consulting012345@gmail.com>
**Sent:** Tuesday, October 13, 2020 9:35 AM
**To:** compliance <compliance@Safechain.com>; Charles Boyd <CharlesB@Safechain.com>; Abbie Divilio <AbbieD@Safechain.com>
**Subject:**

**GOVERNMENT EXHIBIT**
**190**
1:24-cr-20255-WPD