| | |
|---|---|
| **From:** | King Kimchi <consulting012345@gmail.com> |
| **Sent:** | Tue 10/13/2020 9:46:45 PM (UTC) |
| **To:** | Shared Mailbox - compliance <compliance@Safechain.com> |
| **Subject:** | Re: Re: |

I only have what I have and sent one page of invoice to Charls

On Tue, Oct 13, 2020 at 3:51 PM compliance <compliance@safechain.com> wrote:

> King,
>
>  I appreciate your efforts but please just understand we have to be able to verify these transactions. If you think you could find something to support this, it would be greatly appreciated.
>
>
> We will continue with our efforts on our end, but should you find something please pass it on.
>
>
> 
>
> **Abbie Divilio** | Director of Compliance
>
> Safe Chain Solutions, LLC
>
> 822 Chesapeake Drive | Cambridge, MD  21613
>
> office: 855.437.5727 x1017 | fax: 866.930.1128
>
> www.SafeChain.com | LinkedIn
>
>
> **From:** King Kimchi <consulting012345@gmail.com>
> **Sent:** Tuesday, October 13, 2020 3:08 PM
> **To:** compliance <compliance@Safechain.com>
> **Subject:** Re:

GX 191.001

**GOVERNMENT EXHIBIT**
**191**
1:24-cr-20255-WPD

SCSRELATIVITY_0001427891

You ll have no problems it's all accurate

On Tue, Oct 13, 2020 at 3:06 PM King Kimchi <consulting012345@gmail.com> wrote:

No, I do not. But it's 100 percent np

On Tue, Oct 13, 2020 at 1:51 PM compliance <compliance@safechain.com> wrote:

Good Afternoon!

Do you have any additional information or documents that supports these purchases. Invoices or pedigrees from Amerisource Bergen or Amsterdam Wellness Pharmacy. I Am unable to get in contact or confirm with these facilities.

Thank you



**Dakota Flowers** | Compliance Support Specialist

Safe Chain Solutions, LLC

822 Chesapeake Drive | Cambridge, MD  21613

office: 855.437.5727 x1022 | fax: 866.930.1128

www.SafeChain.com | Linked in

**From:** King Kimchi <consulting012345@gmail.com>
**Sent:** Tuesday, October 13, 2020 9:35 AM
**To:** compliance <compliance@Safechain.com>; Charles Boyd <CharlesB@Safechain.com>; Abbie Divilio <AbbieD@Safechain.com>
**Subject:**