| | |
|---|---|
| **From:** | Abbie Divilio <AbbieD@Safechain.com> |
| **Sent:** | Wed 10/14/2020 6:54:00 PM (UTC) |
| **To:** | Charles Boyd <CharlesB@Safechain.com> |
| **Subject:** | RE: MEDICINE SHOPPE #1802 - URGENT |

Charlie,

I called and spoke with Sekar. He will be returning the product. He would like to be included on any communications with Gilead about the quality assurance issues. He was pretty concerned because the patient did take one of the pills. He also said he has been buying Biktarvy from McKessen and Cardinal and has never had an issue before. He is worried he will be sued by the patient for an error.

Maybe we can chat about the best way to proceed, once we get the medication back.

Thanks,



**Abbie Divilio** | Director of Compliance
Safe Chain Solutions, LLC
822 Chesapeake Drive | Cambridge, MD  21613
office: 855.437.5727 x1017 | fax: 866.930.1128
www.SafeChain.com |  Linkedin

**From:** Charles Boyd <CharlesB@Safechain.com>
**Sent:** Wednesday, October 14, 2020 1:59 PM
**To:** Abbie Divilio <AbbieD@Safechain.com>
**Subject:** FW: MEDICINE SHOPPE #1802 - URGENT
**Importance:** High



**From:** Jenna Mellott <jenna@pharmasales.com>
**Sent:** Wednesday, October 14, 2020 1:42 PM
**To:** Charles Boyd <CharlesB@Safechain.com>; Pat Boyd <PatB@Safechain.com>

GOVERNMENT EXHIBIT
192
1:24-cr-20255-WPD

SCSRELATIVITY_0001341281

**Cc:** Adam Brosius (Contact) <adam@pharmasales.com>; Garrett Mellott <garrett@pharmasales.com>
**Subject:** MEDICINE SHOPPE #1802 - URGENT
**Importance:** High

Hi Charlie,

As discussed on our call….

Medicine Shoppe #1802 (Legacy customer) is saying they received a bottle of Biktarvy that was dispensed to a patient and the patient came back with the bottle saying it was not filled with Biktarvy.  The customer says the bottle had Seroquel XR 300 in it, instead of Biktarvy.  They are very worried about this situation and would like a call back ASAP.

Sekar @ Medicine Shoppe #1802 410-908-2814.

Pictures attached of the bottle.  I have also attached the invoice with the lot number in question (7 bottles total)

Lot #: CDFYCA
Exp: 9/30/20

**Jenna Mellott** | Head of Administration
World Wide Pharma Sales
Cell: 862-209-0718 | Fax: 888-885-1244
Skype: mellottjenna | Email: jenna@pharmasales.com
www.pharmasales.com







GX 192.005

SCSRELATIVITY_0001341281



GX 192.006    SCSRELATIVITY_0001341281

