| | |
|---|---|
| **From:** | garrett@pharmasales.com[garrett@pharmasales.com] |
| **Sent:** | Thur 11/12/2020 6:08:41 PM (UTC) |
| **To:** | Charles Boyd[CharlesB@Safechain.com]; Pat Boyd[PatB@Safechain.com] |
| **Cc:** | Adam Brosius (Contact)[adam@pharmasales.com]; Jenna Mellott[jenna@pharmasales.com] |
| **Subject:** | FW: Product issues |
| **Attachment:** | IMG_20201112_124644.jpg |
| **Attachment:** | IMG_20201112_124542.jpg |
| **Attachment:** | IMG_20201112_124558.jpg |

Hey Guys,

Another HIV bottle issue. The customer will need to return the symtuza but he will keep the Triumeq. He also needs to return an Isentress 400. This was a mistake on the reps part, we did catch it yesterday and asked Dre to pull it from the order but it was pretty hectic at that time so I am sure he didn't get to it.

The Isentress 400 we will sell no problem. The symtuza was purchased from Gentek

Jenna Please submit a return request

Garrett Mellott
World Wide Pharma Sales
Cell: 201-841-9591 | Fax: 888-885-1244
Skype: gmellott1 | Email: garrett@pharmasales.com
www.pharmasales.com

PharmaSales.com

**From:** Invoice 9229 <9229sales@gmail.com>
**Sent:** Thursday, November 12, 2020 12:57 PM
**To:** Adam Brosius <adam@pharmasales.com>; Garrett Mellott <garrett@pharmasales.com>
**Subject:** Fwd: Product issues

Hi Adam and Garrett

Customer has issues with 2 bottles need to do return for the symtuza please see email below and the isentress 400 Custamer didn't need this item.

---------- Forwarded message ---------
From: **Ascan Pharmacy** <ascanpharmacy@gmail.com>
Date: Thu, Nov 12, 2020 at 12:48 PM
Subject: Product issues
To: Invoice 9229 <9229sales@gmail.com>

GOVERNMENT EXHIBIT

196

1:24-cr-20255-WPD

GX 196.001

SCSRELATIVITY_0001339419

Prezcobix inside sealed symtuza bottle...see image and lot #

Triumeq bottles showing correct info on left side bootle and questionable info on the left





