| | |
|---|---|
| **From:** | Pat Boyd[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=964064AA20E946EC8768BB561A22A814-PAT BOYD] |
| **Sent:** | Wed 3/17/2021 1:56:13 PM (UTC) |
| **To:** | Antione Brooks[AntioneB@Safechain.com]; Jonathan Nicholls[JonathanN@Safechain.com]; Jon Weed[JonW@Safechain.com]; Tyler Tedrow[TylerT@Safechain.com]; Michael Landy[michaell@safechain.com]; Nicole Sawyer[NSawyer@swdrx.com]; Mike Bleich[mbleich@swdrx.com] |
| **Subject:** | Response on Gilead PR |
| **Attachment:** | Gilead Letter.pdf |

All,

Yesterday a pharmacy marketing website picked up an internal release from Gilead mentioning that Gentek was selling safe chain lots that they couldn't identify or that may have been compromised.

SCS took all of the appropriate steps in verifying the T3's and reported the issues we found directly to Gilead. To date Gilead has not reported anything to the FDA or issued a recall so it's our opinion that this was just to appease their AD's and push business back to them.

DO NOT SEND THIS PROACTIVELY!

If a client mentions it please forward our response and we're happy to help with any questions

Thanks!



**Patrick Boyd** | Managing Partner
Safe Chain Solutions, LLC
822 Chesapeake Drive | Cambridge, MD  21613
office: 855.437.5727 x1001 | fax: 866.930.1128
www.SafeChain.com | Linked in

**GOVERNMENT EXHIBIT**
**249**
1:24-cr-20255-WPD

GX 249.001

SCSRELATIVITY_0001340000



Dear Valued Customer:

      Safe Chain is writing to address an email recently sent from Gilead Sciences.  Safe Chain follows all laws and compliance protocols required by the Drug Supply Chain Security Act. Gilead's email implies a small amount of Gilead products sold by Safe Chain were somehow compromised somewhere along the supply chain prior to being received by the patient.  The two Gilead products referenced are Biktarvy and Descovy.

Here are the facts as it pertains to Safe Chain Solutions, these transactions and these products:

Safe Chain was made aware of this situation, it reported this to Gilead immediately. Safe Chain sought to assist and cooperate with Gilead as needed. To our knowledge, Gilead never issued a product recall, nor have we been informed that Gilead notified the Food and Drug Administration as required.

Safe Chain instantly requested advice of counsel on how to best safeguard our clients and their patients, then further rectify the situation.

Safe Chain immediately flagged the associated product lot numbers and quarantined any remaining product that had the same NDC and lot numbers. Safe Chain also refused any future units reflecting said lot numbers.

The product in question was purchased from a licensed wholesaler (Gentek LLC) and the T3 documents were traced back to a Gilead Authorized Distributor.

Safe Chain currently distributes thousands of products purchased from dozens of pharmaceutical manufacturers and licensed wholesalers.  The products in question, and all products that are distributed by Safe Chain, have proper T3 documentation tracing the products back to the manufacturer or their Authorized Distributor.

These problems referenced by Gilead specifically point to products purchased from one licensed wholesaler, Gentek LLC.

As of late 2020, Safe Chain no longer sources any products from Gentek LLC and has had no other similar issues since then.

Safe Chain only sells finished goods as a Wholesale Distributor and is not a repacker.  Safe Chain never opens or tampers with any packaging or products.

Safe Chain works with thousands of customers and tens of thousands of products each year and has never had a claim as such.  Safe Chain has procedures in place to ensure the integrity of all products we sell and distribute. For questions about this letter or any of our products, please contact our Compliance Department at Compliance@SafeChain.com.

Sincerely,

The Safe Chain Team