| **From:** | Charles Boyd <CharlesB@Safechain.com> |
| **Sent:** | Tue 3/23/2021 8:23:27 PM (UTC) |
| **To:** | compliance <compliance@Safechain.com> |
| **Subject:** | FW: [Testing] e-Pharm/alert:  PATIENT SAFETY IS OUR TOP PRIORITY |

Its out!



**Charlie Boyd** | Founder & CEO
Safe Chain Solutions, LLC
822 Chesapeake Drive | Cambridge, MD 21613
office: 855.437.5727 | Cell: 301.875.1581
www.SafeChain.com | **Linked** in

**From:** e-Pharm/alert <epharmalert@alertmarketingmail.com>
**Sent:** Tuesday, March 23, 2021 4:18 PM
**To:** Charles Boyd <CharlesB@Safechain.com>
**Subject:** [Testing] e-Pharm/alert: PATIENT SAFETY IS OUR TOP PRIORITY

View in browser | Forward to a friend





**WHO WE ARE:**
SafeChain is a nationally licensed wholesale distributor of a broad selection of medications and pharmaceutical products. We have been faithfully and safely serving thousands of pharmacies and hospitals for over ten years. We are firmly committed to doing our part to safeguard the U.S. drug supply chain against all suspect, illegitimate, counterfeit, stolen, or diverted products.

**GOVERNMENT
EXHIBIT**

**251**

1:24-cr-20255-WPD

SCSRELATIVITY_0001374672

**OUR POSITION:**

SafeChain strongly disputes suggestions made by Gilead Science in their recent letter to the pharmacy community regarding their product Biktarvy® distributed by SafeChain. We believe that our actions demonstrate our commitment to supply chain integrity and were entirely in compliance with regulations and industry best practices, underscoring the confidence that you, our customers, can have in all products purchased from SafeChain.

*SAFECHAIN UNRESERVEDLY STANDS BEHIND THE INTEGRITY OF ALL OF OUR PRODUCTS AND THE ACCURACY OF DOCUMENTATION THAT WE PROVIDE TO OUR CUSTOMERS.*

**OUR ACTIONS:**

- SafeChain enforces and follows a thorough and strict compliance protocol as required by both the spirit and requirements of the Drug Supply Chain Security Act (DSCSA) and our internal policies. In the matter involving Biktarvy®, **SafeChain:**

  1. **Proactively brought this matter to the manufacturer's attention, immediately notifying their Quality Control Department of our concerns**

  2. **Returned the product for evaluation**

  3. **Provided all T3 documentation and product photos**

  4. **Quarantined and/or refused receipt of any Biktarvy® of the same lot numbers**

**OUR COMMITMENT:**

- SafeChain plays a vital role in meeting the needs of our independent pharmacy customers and their patients by providing reliable access to much-needed medications at competitive prices.

- SafeChain has and will continue to verify all T3 information in accordance with industry regulations.

- SafeChain's DSCSA Compliance program and our dedicated Compliance team utilize best practices to ensure that we remain a reliable partner to our customers and their patients.

- SafeChain rigorously pursues all opportunities to reinforce the integrity of our supply chain. This remains a core principle of our business and a practice that you can rely on.

*WE WANT TO REMIND EVERYONE:*

If you identify any potentially suspect Gilead product, please immediately contact Gilead Product

GX 251.002

SCSRELATIVITY_0001374672

Quality Complaints toll-free at 1-800-445-3235 (select option 2) or email
qualitycomplaints@gilead.com.

If you have any concerns about any products purchased from SafeChain, please contact us at 1-855-437-5727 or email: compliance@safechain.com.

e-Pharm/alert was sent to you by /alert Marketing, Inc.
395 Hudson Street, 3rd Floor
New York, NY 10014

Be sure to add epharmalert@alertmarketingmail.com to your address book.

To change your address, reply to this message and give us your old and new address;
type "Change of address: e-Pharm/alert" in the subject line.

Click here if you do not wish to receive further e-mails from e-Pharm/alert.

SCSRELATIVITY_0001374672