| | |
|---|---|
| **From:** | "Martha M. Rumore" <mrumore@frierlevitt.com> |
| **Sent:** | Wed 4/7/2021 4:08:01 PM (UTC) |
| **To:** | Charles Boyd <CharlesB@Safechain.com>, Abbie Divilio <AbbieD@Safechain.com>, Anthony Berger <Tonyb@Safechain.com>, Pat Boyd <PatB@Safechain.com> |
| **Cc:** | "Jesse C. Dresser" <jdresser@FrierLevitt.com> |
| **Subject:** | Meeting Follow Up |

Hi:

To follow up on our call today. We discussed the email we received at 8 pm last evening from Gilead's Counsel Robb Beckerlegge regarding the documentation submitted on Friday.

""""Gilead has reviewed the pedigree documents received on Friday night in which the supply chain for various Gilead product is identified as **Gilead Sciences → ABC → Rapids Tex Whole Sales Corp → Mr. Unlimited → Safe Chain**. All pedigree documentation is considered to be falsified. Specifically:

1. Gilead has confirmed that the information stated in each first sale (Gilead → ABC) appearing in the documentation is inconsistent with its records.
2. AmerisourceBergen (ABC) has also informed Gilead that it has no record of any customer with the name "Rapids Tex Whole Sales Corp."; nor does it have any customer located at 10333 Harwin Drive, Ste. 263, Houston TX (the stated address of Rapids Tex).

Under the DSCSA, the product associated with this falsified pedigree documentation is considered illegitimate, cannot be sold and should be reported to the FDA by Safe Chain.""""

Gilead also requested receipt of the two Biktarvy bottles sold by Safe Chain that were returned from Columbia Heights Pharmacy.

Gilead is also expecting the pedigree documentation for the Gilead products Safe Chain purchased from Boulevard 9229 LLC currently in quarantine at Safe Chain.

As we discussed Safe Chain will:

1) Notify FDA regarding notification of the "DSCSA determination" by Gilead of the above False transaction. This should be on form 3911 by 8 pm this evening. Mention #1 and 2 above.
2) Quarantine Gilead product and sell no more of it.
3) Conduct an investigation- reach out (make sure in writing) to Mr. Unlimited and Rapids and let them know about Gilead's DSCSA determination. Need to reach out to your immediate trading partners- Mr. Unlimited and in this case, Rapids. You now have a duty to do an investigation of your own as well on non-Gilead product from Rapids.
4) Notify your immediate trading partners downstream. You indicated just 2 pharmacies involved so must notify them ASAP. Make sure this is in writing.

Jesse and I will reschedule another call at your convenience to make sure we are all on the same page.

**GOVERNMENT EXHIBIT**
**265**
1:24-cr-20255-WPD

GX 265.001

DOJ-PPM-0000116605

Best,

Martha

Martha M. Rumore, PharmD, MS, JD, LLM
*Senior Counsel*

FRIER LEVITT
ATTORNEYS AT LAW

101 Greenwich Avenue
Suite 8B
New York, NY  10006
(646) 970-3226 (direct)
(646) 970-2711 (office)
(973) 618-0650 (fax)
mrumore@frierlevitt.com
www.frierlevitt.com

New Jersey Office
84 Bloomfield Avenue
Pine Brook, NJ  07058

Follow us on: Linkedin | Twitter | Facebook | Instagram

*This email and any files transmitted with it are personal confidential and intended solely for the use of the individual or entity to whom they are addressed.  They are also subject to the attorney work product and attorney-client privileges.  If you received this transmission in error, please notify the sender by reply email and delete the message and any attachments. Thank you.*