| | |
|---|---|
| **From:** | Pat Boyd[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=964064AA20E946EC8768BB561A22A814-PAT BOYD] |
| **Sent:** | Fri 4/9/2021 1:46:00 PM (UTC) |
| **To:** | Charles Boyd[CharlesB@Safechain.com] |
| **Subject:** | FW: Sample Ped |
| **Attachment:** | Sample Ped.pdf |

She has ever reason to skeptical but we need to not use words like "I can't imagine". That wouldn't cover us whether its good or bad



**Patrick Boyd** | Managing Partner
Safe Chain Solutions, LLC
822 Chesapeake Drive | Cambridge, MD  21613
office: 855.437.5727 x1001 | fax: 866.930.1128
www.SafeChain.com | Linkedin

---

**From:** Abbie Divilio <AbbieD@Safechain.com>
**Sent:** Friday, April 9, 2021 9:33 AM
**To:** Charles Boyd <CharlesB@Safechain.com>; Pat Boyd <PatB@Safechain.com>
**Subject:** FW: Sample Ped

Good morning,
 I am a little leery of this information as well. Cesar Castillo is a 3PL provider, so I would expect to see a transaction between Gilead and Cesar Castillo. I can't imagine Gilead 'sold' anything to Cesar Castillo. Also, on the 3PL webpage, I can see that the proper company name is Cesar Castillo, LLC – not 'inc' as listed on this pedigree. Also, the email is incorrect, from the company webpage their emails end with 'cesarcastillo.com' not the 'cesarcastilloinc.com' as listed on the Pedigree. Not sure I can point the finger and say this is fraudulent, but it does seem to be incomplete.

https://cesarcastillo.com/



**Abbie Divilio** | Director of Compliance
Safe Chain Solutions, LLC
822 Chesapeake Drive | Cambridge, MD  21613
office: 855.437.5727 x1017 | fax: 866.930.1128
www.SafeChain.com | Linkedin

**GOVERNMENT EXHIBIT**

**268**

1:24-cr-20255-WPD

SCSRELATIVITY_0001335630

**From:** Carlos Vega <carlos@synergygroupwholesaler.com>
**Sent:** Thursday, April 8, 2021 6:25 PM
**To:** Abbie Divilio <AbbieD@Safechain.com>
**Cc:** Jose Rodrigues <jose@synergygroupwholesaler.com>
**Subject:** Sample Ped

Good Afternoon Abbie,

Attached is a sample Ped I was asked to send to you for the upcoming order. Let me or Jose know if you need anything else. I hope you had a good day!

Thank You,



"Action is the foundation key to all success"
Carlos Vega
Synergy Group Wholesaler
Cell: 609-635-1559
Email: Carlos@SynergyGroupWholesaler.com

SCSRELATIVITY_0001335630

## SYNERGY GROUP WHOLESALERS

PRESCRIPTION (LEGEND) DRUG PEDIGREE
History of Drug Sales and Distributions

Description of drug being distributec    DESCOVY 200 MG TABLETS x 30'S
Legend Drug Name, Strength, Dosage Form, Container Size:    DESCOVY 200 MG TABLETS x 30'S
This is a repackaged drug (required repackager's pedigree information and authentication of repackager's pedigree)

NDC (Optional):    61958-2002-1
PO * Number:
Document Type:    Invoice
Reference * Date:    4/7/21
(related to the sale by the wholesaler identified above)

| Lot Number | Quantity | Lot Number | Quantity | Lot Number | Quantity | Lot Number | Quantity |
|---|---|---|---|---|---|---|---|
| 6509302A | 3 | 020470 | 1 | | | | |
| 022080 | 1 | 021089 | 2 | | | | |
| 019814 | 1 | | | | | | |
| 019695 | 1 | | | | | | |
| 6510703A | 1 | | | | | | |

### Ownership History

Manufacturer's Name:    Gilead Sciences
Manufacturer's information for authentication:
1. Wholesaler that purchased from the MANUFACTURER or a REPACKAGER (which requires authentication)

**1.**
Name:    Cesar Castillo Inc
Address:    Carr. #1 Km 21.1 Sector La Muda
             Guaynabo, PR 00971
Date Purchased & Ref * #:    2/25/2021 29535
Print Name of Recipient:    Bary Sanchez
Signature of Recipient:
Name of Authenticators:    Bary Sanchez
Signature of Authenticator:
To authenticate a subsequent transaction, contact:
Name:    Bary Sanchez
Telephone Number:    (787) 247-1527
E-mail Address:    Bary.sanchez@cesarcastilloinc.com

**3.**    #2 SOLD TO :
Name:    SAFE CHAIN SOLUTIONS
Address:    822 CHESAPEAKE DR
             CAMBRIDGE MD 21613
Date Purchased & Ref * #:    4/7/21
Print Name of Recipient:
Signature of Recipient:
Name of Authenticators:
Signature of Authenticator:
To authenticate a subsequent transaction, contact:
Name:
Telephone Number:
E-mail Address:

**2.**    #1 SOLD TO :
Name:    SYNERGY GROUP WHOLESALERS
Address:    491 Amwell Road
             Hillsborough, NJ 08844
Date Purchased & Ref * #:    3/23/2021 0098965
Print Name of Recipient:    Carlos Vega
Signature of Recipient:
Name of Authenticators:    Carlos Vega
Signature of Authenticator:
To authenticate a subsequent transaction, contact:
Name:    Carlos Vega
Telephone Number:    (609) 635-1559
E-mail Address:    carlos@synergygroupwholesaler.com

**4.**    #3 SOLD TO :
Name:
Address:
Date Purchased & Ref * #:
Print Name of Recipient:
Signature of Recipient:
Name of Authenticators:
Signature of Authenticator:
To authenticate a subsequent transaction, contact:
Name:
Telephone Number:
E-mail Address:

| *CARLOS VEGA* | CARLOS VEGA | 4/7/21 |
|---|---|---|
| Signature (authorized to bind the company) | Print Name and Title | Date |

*Reference Number should be identified as an invoice, purchase order, shipping document umber or similar unique identifier.

Page    1 of 1