| | |
|---|---|
| **From:** | Adam Brosius[adam@pharmasales.com] |
| **Sent:** | Fri 4/16/2021 11:36:25 AM (UTC) |
| **To:** | Pat Boyd[PatB@Safechain.com]; Garrett Mellott[garrett@pharmasales.com] |
| **Subject:** | Fwd: PED |
| **Attachment:** | BIKTARVY 2.pdf |

take a look    lets chat about these privately


**Worldwide Pharma Sales Group Inc.**

**455 NE Fifth Avenue Suite D434**

**Delray Beach, Florida 33483**

**215.595.3932**

**adam@pharmasales.com**

---------- Forwarded message ---------
From: **CM PHARMA** <cm.pharma@yahoo.com>
Date: Thu, Apr 15, 2021 at 9:43 PM
Subject: PED
To: Adam Brosius <adam@pharmasales.com>

GOVERNMENT EXHIBIT
272
1:24-cr-20255-WPD
SCSRELATIVITY_0001343031

INVICTA WHOLESALE SUPPLY

# Drug Supply Chain Security Act Document  Doc# 00000024017

(TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**Biktarvy 50mg/200mg/25mg Tablet, 30 EA**

NDC: **61958-2501-01**

Reference Number: **5599**
Customer PO #: **-**
Document Type: **Invoice**
Reference Date: **4/7/2021**

LOT # CDSFGA        QUANTITY 3        EXP DATE 01/23
LOT # CFBGGA        QUANTITY 3        EXP DATE 02/23
LOT # 023776        QUANTITY 2        EXP DATE 04/23

(TH) Transaction History

Manufacturer's Name: **GILEAD SCIENCES, INC**
Manufacturer's information: **Foster City, CA   94404**

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: **INVICTA WHOLESALE SUPPLY  60706408** | Name: **INVICTA WHOLESALE SUPPLY  60706408** |
| Address: **1126 INDUSTRY DR / TUKWILA, WA 98188** | Address: **1126 INDUSTRY DR / TUKWILA, WA 98188** |
| Date Purchased & Ref: 3/16/2021    1172633 | Date Received & Ref: 3/16/2021    1172633 |
| SOLD TO: | SHIPPED TO: |
| Name: **CM PHARMACEUTICAL LLC (LIC: 194900)** | Name: **CM PHARMACEUTICAL LLC (LIC: 194900)** |
| Address: **15329 HIGHWAY 11 NORTH / COALING, AL 35453** | Address: **15329 HIGHWAY 11 NORTH / COALING, AL 35453** |
| Date Purchased & Ref: 4/7/2021    5599 | Date Received & Ref: 4/7/2021    5599 |
| SOLD TO: | SHIPPED TO: |
| Name: **SAFE CHAIN SOLUTIONS** | Name: **SAFE CHAIN SOLUTIONS** |
| Address: **822 CHESAPEAKE DR / CAMBRIDGE MD 21613** | Address: **822 CHESAPEAKE DR / CANBRIDGE MD 21613** |
| Date Purchased & Ref: 4/8/21    1468 | Date Received & Ref: 4/8/21    1468 |
| SOLD TO: Name: Address: Date Purchased & Ref: | SHIPPED TO: Name: Address: Date Received & Ref: |

(TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of 1      pages.

INVICTA WHOLESALE SUPPLY

# Drug Supply Chain Security Act Document  Doc# 00000024018

(TI) Transaction Information

| | |
|---|---|
| Drug Name, Strength, Dosage Form, Container Size: **Biktarvy 50mg/200mg/25mg Tablet, 30 EA** | Reference Number: **5599** |
| NDC: **61958-2501-01** | Customer PO #: **-** |
| | Document Type: **Invoice** |
| | Reference Date: **4/7/2021** |

| | | |
|---|---|---|
| LOT # 020730 | QUANTITY 3 | EXP DATE 01/23 |
| LOT# 021347 | QUANTITY 2 | EXP DATE 02/23 |
| LOT # 025976 | QUANTITY 3 | EXP DATE 05/23 |

(TH) Transaction History

Manufacturer's Name:   **GILEAD SCIENCES, INC**
Manufacturer's information:   **Foster City, CA 94404**

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: **INVICTA WHOLESALE SUPPLY (60706408)** | Name: **INVICTA WHOLESALE SUPPLY (LIC: 60706408)** |
| Address: **1126 INDUSTRY DR, TUKWILA, WA 98188** | Address: **1126 INDUSTRY DR, TUKWILA, WA 98188** |
| Date Purchased & Ref: **3/16/2021     1172633** | Date Received & Ref: **3/16/2021     1172633** |
| SOLD TO: | SHIPPED TO: |
| Name: **CM PHARMACEUTICAL LLC (LIC: 194900)** | Name: **CM PHARMACEUTICAL LLC (LIC: 194900)** |
| Address: **15329 HIGHWAY 11 NORTH, COALING, AL 35453** | Address: **15329 HIGHWAY 11 NORTH, COALING, AL 35453** |
| Date Purchased & Ref: **4/7/2021     5599** | Date Received & Ref: **4/7/2021     5599** |
| SOLD TO: | SHIPPED TO: |
| Name: **SAFE CHAIN SOLUTIONS** | Name: **SAFE CHAIN SOLUTIONS** |
| Address: **822 CAMBRIDGE MD 21613** | Address: **822 CAMBRIDGE MD 21613** |
| Date Purchased & Ref: **4/8/21     1468** | Date Received & Ref: **4/8/21     1468** |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref: | Date Received & Ref: |

(TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

 (A) is authorized as required under the Drug Supply Chain Security Act;
 (B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
 (C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
 (D) did not knowingly ship a suspect or illegitimate product;
 (E) had systems and processes in place to comply with verification requirements under section 582;
 (F) did not knowingly provide false transaction information; and
 (G) did not knowingly alter the transaction history.

Page: 1     of 1     pages.

INVICTA WHOLESALE SUPPLY

# Drug Supply Chain Security Act Document   Doc# 00000024019

(TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**Biktarvy 50mg/200mg/25mg Tablet, 30 EA**

NDC:  **61958-2501-01**

Reference Number: **5599**
Customer PO #: **-**
Document Type: **Invoice**
Reference Date: **4/7/2021**

| | | |
|---|---|---|
| LOT # CDSFKA | QUANTITY 3 | 01/23 |
| LOT # CFBGHA | QUANTITY 2 | 02/23 |
| LOT# CDFXYA | QUANTITY 3 | 08/22 |

(TH) Transaction History

Manufacturer's Name:  **GILEAD SCIENCES, INC**
Manufacturer's information:  **Foster City, CA 94404**

SOLD TO:
Name:  **INVICTA WHOLESALE SUPPLY (LIC: 60706408)**
Address: 1126 INDUSTRY DR
TUKWILA, WA 98188
Date Purchased & Ref : 3/16/2021   1172633

SHIPPED TO:
Name:  **INVICTA WHOLESALE SUPPLY (LIC: 60706408)**
Address: 1126 INDUSTRY DR
TUKWILA, WA 98188
Date Received & Ref : 3/16/2021   1172633

SOLD TO:
Name:  **CM PHARMACEUTICAL LLC (LIC: 194900)**
Address: 15329 HIGHWAY 11 NORTH
COALING, AL 35453
Date Purchased & Ref : 4/7/2021   5599

SHIPPED TO:
Name:  **CM PHARMACEUTICAL LLC (LIC: 194900)**
Address: 15329 HIGHWAY 11 NORTH
COALING, AL 35453
Date Received & Ref : 4/7/2021   5599

SOLD TO:
Name: SAFE CHAIN SOLUTIONS
Address: 822 CAMBRIDGE MD 21613
Date Purchased & Ref : 4/8/21   1468

SHIPPED TO:
Name: SAFE CHAIN SOLUTIONS
Address: 822 CAMBRIDGE MD 21613
Date Received & Ref : 4/8/21   1468

SOLD TO:
Name:
Address:
Date Purchased & Ref :

SHIPPED TO:
Name:
Address:
Date Received & Ref :

(TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1   of 1   pages.

INVICTA WHOLESALE SUPPLY

# Drug Supply Chain Security Act Document

Doc# 00000024020

**(TI) Transaction Information**

| | |
|---|---|
| Drug Name, Strength, Dosage Form, Container Size: **Biktarvy 50mg/200mg/25mg Tablet, 30 EA** | Reference Number: **5599** |
| NDC: **61958-2501-01** | Customer PO #: **-** |
| | Document Type: **Invoice** |
| | Reference Date: **4/7/2021** |

LOT # 020729         QUANTITY 2         EXP DATE 01/23
LOT #020732         QUANTITY 1         EXP DATE 02/23
LOT # CDGWYA       QUANTITY 3         EXP DATE 09/22

**(TH) Transaction History**

Manufacturer's Name:   **GILEAD SCIENCES, INC**
Manufacturer's information:   **Foster City, CA 94404**

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: **INVICTA WHOLESALE SUPPLY (LIC: 60706408)** | Name: **INVICTA WHOLESALE SUPPLY (LIC: 60706408)** |
| Address: 1126 INDUSTRY DR TUKWILA, WA 98188 | Address: 1126 INDUSTRY DR TUKWILA, WA 98188 |
| Date Purchased & Ref: 3/16/2021        1172633 | Date Received & Ref: 3/16/2021        1172633 |
| SOLD TO: | SHIPPED TO: |
| Name: **CM PHARMACEUTICAL LLC (LIC: 194900)** | Name: **CM PHARMACEUTICAL LLC (LIC: 194900)** |
| Address: 15329 HIGHWAY 11 NORTH COALING, AL 35453 | Address: 15329 HIGHWAY 11 NORTH COALING, AL 35453 |
| Date Purchased & Ref: 4/7/2021        5599 | Date Received & Ref: 4/7/2021        5599 |
| SOLD TO: | SHIPPED TO: |
| Name: **SAFE CHAIN SOLUTIONS** | Name: **SAFE CHAIN SOLUTIONS** |
| Address: **822 CAMBRIDGE, MD 21613** | Address: **822 CAMBRIDGE, MD 21613** |
| Date Purchased & Ref: 4/8/21        1468 | Date Received & Ref: 4/8/21        1468 |
| SOLD TO: Name: Address: Date Purchased & Ref: | SHIPPED TO: Name: Address: Date Received & Ref: |

**(TS) Transaction Statement:** This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1         of 1         pages.

INVICTA WHOLESALE SUPPLY

# Drug Supply Chain Security Act Document <sup>Doc#</sup> 00000024021

(TI) Transaction Information

| | |
|---|---|
| Drug Name, Strength, Dosage Form, Container Size: **Biktarvy 50mg/200mg/25mg Tablet, 30 EA** | Reference Number: **5599** |
| NDC: **61958-2501-01** | Customer PO #: **-** |
| | Document Type: **Invoice** |
| | Reference Date: **4/7/2021** |

LOT # CDVWGA             QUANTITY 2             EXP DATE 01/23
LOT # 021346              QUANTITY 1             EXP DATE 02/23
LOT # CDFYBA              QUANTITY 2             EXP DATE 09/22

(TH) Transaction History

Manufacturer's Name:         **GILEAD SCIENCES, INC**
Manufacturer's information:  **Foster City, CA 94404**

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: **INVICTA WHOLESALE SUPPLY (LIC: 60706408)** | Name: **INVICTA WHOLESALE SUPPLY (LIC: 60706408)** |
| Address: 1126 INDUSTRY DR  TUKWILA, WA 98188 | Address: 1126 INDUSTRY DR  TUKWILA, WA 98188 |
| Date Purchased & Ref : 3/16/2021    1172633 | Date Received & Ref : 3/16/2021    1172633 |
| SOLD TO: | SHIPPED TO: |
| Name: **CM PHARMACEUTICAL LLC (LIC: 194900)** | Name: **CM PHARMACEUTICAL LLC (LIC: 194900)** |
| Address: 15329 HIGHWAY 11 NORTH  COALING, AL 35453 | Address: 15329 HIGHWAY 11 NORTH  COALING, AL 35453 |
| Date Purchased & Ref : 4/7/2021    5599 | Date Received & Ref : 4/7/2021    5599 |
| SOLD TO: | SHIPPED TO: |
| Name: SAFE CHAIN SOLUTIONS | Name: SAFE CHAIN SOLUTIONS |
| Address 822 CAMBRIDGE, MD 21613: | Address: 822 CAMBRIDG, MD 21613 |
| Date Purchased & Ref : 4/8/21    1468 | Date Received & Ref : 4/8/21    1468 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

(TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of 1        pages.

INVICTA WHOLESALE SUPPLY

# Drug Supply Chain Security Act Document  Doc# 00000024022

(TI) Transaction Information

| | |
|---|---|
| Drug Name, Strength, Dosage Form, Container Size: **Biktarvy 50mg/200mg/25mg Tablet, 30 EA**<br><br>NDC: **61958-2501-01** | Reference Number: **5599**<br>Customer PO #: **-**<br>Document Type: **Invoice**<br>Reference Date: **4/7/2021** |

LOT # 020728                QUANTITY 2                EXP DATE 01/23
LOT # 021349                QUANTITY 1                EXP DATE 02/23
LOT # CDFYFA               QUANTITY 1                EXP Date 09/22

(TH) Transaction History

Manufacturer's Name:          **GILEAD SCIENCES, INC**
Manufacturer's information:   **Foster City, CA 94404**

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: **INVICTA WHOLESALE SUPPLY (LIC: 60706408)**<br>Address: 1126 INDUSTRY DR<br>TUKWILA, WA 98188<br>Date Purchased & Ref: 3/16/2021        1172633 | Name: **INVICTA WHOLESALE SUPPLY (LIC: 60706408)**<br>Address: 1126 INDUSTRY DR<br>TUKWILA, WA 98188<br>Date Received & Ref: 3/16/2021        1172633 |
| SOLD TO:<br>Name: **CM PHARMACEUTICAL LLC (LIC: 194900)**<br>Address: 15329 HIGHWAY 11 NORTH<br>COALING, AL 35453<br>Date Purchased & Ref: 4/7/2021        5599 | SHIPPED TO:<br>Name: **CM PHARMACEUTICAL LLC (LIC: 194900)**<br>Address: 15329 HIGHWAY 11 NORTH<br>COALING, AL 35453<br>Date Received & Ref: 4/7/2021        5599 |
| SOLD TO:<br>Name: SAFE CHAIN SOLUTIONS<br>Address: 822 CAMBRIDGE, MD 21613<br>Date Purchased & Ref: 4/8/21        1468 | SHIPPED TO:<br>Name: SAFE CHAIN SOLUTIONS<br>Address: CAMBRIDGE, MD 21613<br>Date Received & Ref: 4/8/21        1468 |
| SOLD TO:<br>Name:<br>Address:<br>Date Purchased & Ref: | SHIPPED TO:<br>Name:<br>Address:<br>Date Received & Ref: |

(TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of 1        pages.

GX 272.007                                                        SCSRELATIVITY_0001343032

INVICTA WHOLESALE SUPPLY

## Drug Supply Chain Security Act Document  Doc# 00000024023

**(TI) Transaction Information**

| Drug Name, Strength, Dosage Form, Container Size: | |
|---|---|
| **Biktarvy 50mg/200mg/25mg Tablet, 30 EA** | Reference Number: **5599** |
| NDC: **61958-2501-01** | Customer PO #: **-** |
| | Document Type: **Invoice** |
| | Reference Date: **4/7/2021** |

| Lot # 020731 | QUANTITY 2 | EXP DATE 01/23 |
| LOT# 022617 | QUANTITY 6 | EXP DATE 03/23 |
| LOT# CDFYDA | QUANTITY 1 | EXP DATE 09/22 |

**(TH) Transaction History**

Manufacturer's Name: **GILEAD SCIENCES, INC**
Manufacturer's information: **Foster City, CA 94404**

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: **INVICTA WHOLESALE SUPPLY (LIC: 60706408)** | Name: **INVICTA WHOLESALE SUPPLY (LIC: 60706408)** |
| Address: **1126 INDUSTRY DR** | Address: **1126 INDUSTRY DR** |
| **TUKWILA, WA 98188** | **TUKWILA, WA 98188** |
| Date Purchased & Ref : **3/16/2021    1172633** | Date Received & Ref : **3/16/2021    1172633** |
| SOLD TO: | SHIPPED TO: |
| Name: **CM PHARMACEUTICAL LLC (LIC: 194900)** | Name: **CM PHARMACEUTICAL LLC (LIC: 194900)** |
| Address: **15329 HIGHWAY 11 NORTH** | Address: **15329 HIGHWAY 11 NORTH** |
| **COALING, AL 35453** | **COALING, AL 35453** |
| Date Purchased & Ref : **4/7/2021    5599** | Date Received & Ref : **4/7/2021    5599** |
| SOLD TO: | SHIPPED TO: |
| Name: **SAFE CHAIN SOLUTIONS** | Name: **SAFE CHAIN SOLUTIONS** |
| Address: **822 CAMBRIDGE, MD 21613** | Address: **822 CAMBRIDGE, MD 21613** |
| Date Purchased & Ref : **4/8/21    1468** | Date Received & Ref : **4/8/21    1468** |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

**(TS) Transaction Statement:** This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1    of 1    pages.

INVICTA WHOLESALE SUPPLY

# Drug Supply Chain Security Act Document  Doc# 00000024024

(TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: **Biktarvy 50mg/200mg/25mg Tablet, 30 EA** NDC: **61958-2501-01** | Reference Number: **5599** Customer PO #: **-** Document Type: **Invoice** Reference Date: **4/7/2021** |
|---|---|

LOT # CDSFHA         QUANTITY 2          EXP DATE 01/23
LOT# CFBGPA          QUANTITY 4          EXP DATE 03/23
LOT # CDMGTA         QUANTITY 1          EXP DATE 10/22

(TH) Transaction History

Manufacturer's Name:        GILEAD SCIENCES, INC
Manufacturer's information: Foster City, CA 94404

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: INVICTA WHOLESALE SUPPLY (LIC: 60706408) Address: 1126 INDUSTRY DR TUKWILA, WA 98188 Date Purchased & Ref: 3/16/2021       1172633 | Name: INVICTA WHOLESALE SUPPLY (LIC: 60706408) Address: 1126 INDUSTRY DR TUKWILA, WA 98188 Date Received & Ref: 3/16/2021       1172633 |
| SOLD TO: Name: CM PHARMACEUTICAL LLC (LIC: 194900) Address: 15329 HIGHWAY 11 NORTH COALING, AL 35453 Date Purchased & Ref: 4/7/2021       5599 | SHIPPED TO: Name: CM PHARMACEUTICAL LLC (LIC: 194900) Address: 15329 HIGHWAY 11 NORTH COALING, AL 35453 Date Received & Ref: 4/7/2021       5599 |
| SOLD TO: Name: SAFE CHAIN SOLUTIONS Address: 822 CAMBRIDGE, MD 21613 Date Purchased & Ref: 4/8/21       1468 | SHIPPED TO: Name: SAFE CHAIN SOLUTIOND Address: 822 CAMBRIDGE, MD 21613 Date Received & Ref: 4/8/21       1468 |
| SOLD TO: Name: Address: Date Purchased & Ref: | SHIPPED TO: Name: Address: Date Received & Ref: |

(TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1         of 1               pages.

**INVICTA WHOLESALE SUPPLY**

# Drug Supply Chain Security Act Document  Doc# 00000024025

(TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: **Biktarvy 50mg/200mg/25mg Tablet, 30 EA** | |
|---|---|
| NDC: **61958-2501-01** | Reference Number: **5599** |
| | Customer PO #: **-** |
| | Document Type: **Invoice** |
| | Reference Date: **4/7/2021** |

LOT# 020727      QUANTITY 1      EXP DATE 01/23
LOT# 023255      QUANTITY 2      EXP DATE 03/23
LOT # 022054     QUANTITY 1      EXP DATE 11/22

(TH) Transaction History

Manufacturer's Name:  **GILEAD SCIENCES, INC**
Manufacturer's information: **Foster City, CA 94404**

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: **INVICTA WHOLESALE SUPPLY (LIC: 60706408)** | Name: **INVICTA WHOLESALE SUPPLY (LIC: 60706408)** |
| Address: 1126 INDUSTRY DR   TUKWILA, WA 98188 | Address: 1126 INDUSTRY DR   TUKWILA, WA 98188 |
| Date Purchased & Ref : **3/16/2021**      1172633 | Date Received & Ref : **3/16/2021**      1172633 |
| SOLD TO: | SHIPPED TO: |
| Name: **CM PHARMACEUTICAL LLC (LIC: 194900)** | Name: **CM PHARMACEUTICAL LLC (LIC: 194900)** |
| Address: 15329 HIGHWAY 11 NORTH   COALING, AL 35453 | Address: 15329 HIGHWAY 11 NORTH   COALING, AL 35453 |
| Date Purchased & Ref : **4/7/2021**     5599 | Date Received & Ref : **4/7/2021**      5599 |
| SOLD TO: | SHIPPED TO: |
| Name: SAFE CHAIN SOLUTIONS | Name: SAFE CHAIN SOLUTIONS |
| Address: 822 CAMBRIDGE, MD 21613 | Address: 822 CAMBRIDGE, MD 21613 |
| Date Purchased & Ref : 4/8/21     1468 | Date Received & Ref : 4/8/21     1468 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

(TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1     of 1     pages.

**INVICTA WHOLESALE SUPPLY**

## Drug Supply Chain Security Act Document  Doc# 00000024026

(TI) Transaction Information

| | |
|---|---|
| Drug Name, Strength, Dosage Form, Container Size: **Biktarvy 50mg/200mg/25mg Tablet, 30 EA** NDC: **61958-2501-01** | Reference Number: **5599** Customer PO #: **-** Document Type: **Invoice** Reference Date: **4/7/2021** |

LOT # CDVWFB           QUANTITY 1            EXP DATE 01/23
LOT # 022616           QUANTITY 2            EXP DATE 03/23
LOT # 022057           QUANTITY 4            EXP DATE 12/22

(TH) Transaction History

Manufacturer's Name:         **GILEAD SCIENCES, INC**
Manufacturer's information:  **Foster City, CA 94404**

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: **INVICTA WHOLESALE SUPPLY (LIC: 60706408)** Address: 1126 INDUSTRY DR  TUKWILA, WA 98188 Date Purchased & Ref : **3/16/2021      1172633** | Name: **INVICTA WHOLESALE SUPPLY (LIC: 60706408)** Address: 1126 INDUSTRY DR  TUKWILA, WA 98188 Date Received & Ref : **3/16/2021      1172633** |
| SOLD TO: Name: **CM PHARMACEUTICAL LLC (LIC: 194900)** Address: 15329 HIGHWAY 11 NORTH  COALING, AL 35453 Date Purchased & Ref : **4/7/2021      5599** | SHIPPED TO: Name: **CM PHARMACEUTICAL LLC (LIC: 194900)** Address: 15329 HIGHWAY 11 NORTH  COALING, AL 35453 Date Received & Ref : **4/7/2021      5599** |
| SOLD TO: Name: **SAFE CHAIN SOLUTIONS** Address: 822 CAMBRIDGE, MD 21613 Date Purchased & Ref : 4/8/21      1468 | SHIPPED TO: Name: **SAFE CHAIN SOLUTIONS** Address: 822 CAMBRIDGE, MD 21613 Date Received & Ref : 4/8/21      1468 |
| SOLD TO: Name: Address: Date Purchased & Ref : | SHIPPED TO: Name: Address: Date Received & Ref : |

(TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

 (A) is authorized as required under the Drug Supply Chain Security Act;
 (B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
 (C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
 (D) did not knowingly ship a suspect or illegitimate product;
 (E) had systems and processes in place to comply with verification requirements under section 582;
 (F) did not knowingly provide false transaction information; and
 (G) did not knowingly alter the transaction history.

Page: 1         of  1              pages.

GX 272.011                                                    SCSRELATIVITY_0001343032

INVICTA WHOLESALE SUPPLY

# Drug Supply Chain Security Act Document   Doc# 00000024027

(TI) Transaction Information

| | |
|---|---|
| Drug Name, Strength, Dosage Form, Container Size: **Biktarvy 50mg/200mg/25mg Tablet, 30 EA** | Reference Number: **5599** |
| NDC: **61958-2501-01** | Customer PO #: **-** |
| | Document Type: **Invoice** |
| | Reference Date: **4/7/2021** |

LOT # 020734    QUANTITY 4    EXP DATE 02/23
LOT # 022619    QUANTITY 1    EXP DATE 03/23
LOT # 022053    QUANTITY 2    EXP DATE 12/22

(TH) Transaction History

Manufacturer's Name:   **GILEAD SCIENCES, INC**
Manufacturer's information: **Foster City, CA 94404**

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: **INVICTA WHOLESALE SUPPLY (LIC: 60706408)** | Name: **INVICTA WHOLESALE SUPPLY (LIC: 60706408)** |
| Address: **1126 INDUSTRY DR TUKWILA, WA 98188** | Address: **1126 INDUSTRY DR TUKWILA, WA 98188** |
| Date Purchased & Ref: **3/16/2021**    1172633 | Date Received & Ref: **3/16/2021**    1172633 |
| SOLD TO: | SHIPPED TO: |
| Name: **CM PHARMACEUTICAL LLC (LIC: 194900)** | Name: **CM PHARMACEUTICAL LLC (LIC: 194900)** |
| Address: **15329 HIGHWAY 11 NORTH COALING, AL 35453** | Address: **15329 HIGHWAY 11 NORTH COALING, AL 35453** |
| Date Purchased & Ref: **4/7/2021**    5599 | Date Received & Ref: **4/7/2021**    5599 |
| SOLD TO: | SHIPPED TO: |
| Name: **SAFE CHAIN SOLUTIONS** | Name: **SAFE CHAIN SOLUTIONS** |
| Address: **822 CAMBRIDGE, MD 21613** | Address: **822 CAMBRIDGE, MD 21613** |
| Date Purchased & Ref: 4/8/21    1468 | Date Received & Ref: 4/8/21    1468 |
| SOLD TO: Name: Address: Date Purchased & Ref: | SHIPPED TO: Name: Address: Date Received & Ref: |

(TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1    of 1    pages.

INVICTA WHOLESALE SUPPLY

# Drug Supply Chain Security Act Document <sup>Doc#</sup> 00000024028

(TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: **Biktarvy 50mg/200mg/25mg Tablet, 30 EA** | |
|---|---|
| NDC: **61958-2501-01** | Reference Number: **5599** |
| | Customer PO #: **-** |
| | Document Type: **Invoice** |
| | Reference Date: **4/7/2021** |

| LOT # 020733 | QUANTITY 4 | EXP DATE 02/23 |
| LOT# 023774 | QUANTITY 1 | EXP DATE 03/23 |
| LOT # CDSFCA | QUANTITY 2 | EXP DATE 12/22 |

(TH) Transaction History

Manufacturer's Name: **GILEAD SCIENCES, INC**
Manufacturer's information: **Foster City, CA 94404**

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: **INVICTA WHOLESALE SUPPLY (LIC: 60706408)** | Name: **INVICTA WHOLESALE SUPPLY (LIC: 60706408)** |
| Address: 1126 INDUSTRY DR   TUKWILA, WA 98188 | Address: 1126 INDUSTRY DR   TUKWILA, WA 98188 |
| Date Purchased & Ref : 3/16/2021    1172633 | Date Received & Ref : 3/16/2021    1172633 |
| SOLD TO: | SHIPPED TO: |
| Name: **CM PHARMACEUTICAL LLC (LIC: 194900)** | Name: **CM PHARMACEUTICAL LLC (LIC: 194900)** |
| Address: 15329 HIGHWAY 11 NORTH   COALING, AL 35453 | Address: 15329 HIGHWAY 11 NORTH   COALING, AL 35453 |
| Date Purchased & Ref : 4/7/2021    5599 | Date Received & Ref : 4/7/2021    5599 |
| SOLD TO: | SHIPPED TO: |
| Name: SAFE CHAIN SOLUTIONS | Name: SAFE CHAIN SOLUTIONS |
| Address: 822 CAMBRIDGE, MD 21613 | Address: 822 CAMBRIDGE, MD 21613 |
| Date Purchased & Ref : 4/8/21    1468 | Date Received & Ref : 4/8/21 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

(TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1    of 1    pages.

**INVICTA WHOLESALE SUPPLY**

# Drug Supply Chain Security Act Document  Doc# 00000024029

(TI) Transaction Information

| | |
|---|---|
| Drug Name, Strength, Dosage Form, Container Size: **Biktarvy 50mg/200mg/25mg Tablet, 30 EA** | Reference Number: **5599** |
| NDC: **61958-2501-01** | Customer PO #: **-** |
| | Document Type: **Invoice** |
| | Reference Date: **4/7/2021** |

LOT # 021348           QUANTITY 3           EXP DATE 02/23
LOT # 023254           QUANTITY 1           EXP DATE 03/23
LOT # CDSFFA           QUANTITY 1           EXP DATE 12/22

(TH) Transaction History

Manufacturer's Name:           **GILEAD SCIENCES, INC**
Manufacturer's information:   **Foster City, CA 94404**

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: **INVICTA WHOLESALE SUPPLY (LIC: 60706408)** | Name: **INVICTA WHOLESALE SUPPLY (LIC: 60706408)** |
| Address: 1126 INDUSTRY DR  TUKWILA, WA 98188 | Address: 1126 INDUSTRY DR  TUKWILA, WA 98188 |
| Date Purchased & Ref: 3/16/2021           1172633 | Date Received & Ref: 3/16/2021           1172633 |
| SOLD TO: | SHIPPED TO: |
| Name: **CM PHARMACEUTICAL LLC (LIC: 194900)** | Name: **CM PHARMACEUTICAL LLC (LIC: 194900)** |
| Address: 15329 HIGHWAY 11 NORTH  COALING, AL 35453 | Address: 15329 HIGHWAY 11 NORTH  COALING, AL 35453 |
| Date Purchased & Ref: 4/7/2021           5599 | Date Received & Ref: 4/7/2021           5599 |
| SOLD TO: | SHIPPED TO: |
| Name: SAFE CHAIN SOLUTIONS | Name: SAFE CHAIN SOLUTIONS |
| Address: 822 CAMBRIDGE, MD 21613 | Address: 822 CAMBRIDGE, MD 21613 |
| Date Purchased & Ref: 4/8/21 | Date Received & Ref: 4/8/21           1468 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref: | Date Received & Ref: |

(TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of 1        pages.

GX 272.014                                                                 SCSRELATIVITY_0001343032

**INVICTA WHOLESALE SUPPLY**

## Drug Supply Chain Security Act Document  Doc# 00000024030

(TI) Transaction Information

| | |
|---|---|
| Drug Name, Strength, Dosage Form, Container Size: **Biktarvy 50mg/200mg/25mg Tablet, 30 EA** | Reference Number: **5599** |
| NDC: **61958-2501-01** | Customer PO #: **-** |
| | Document Type: **Invoice** |
| | Reference Date: **4/7/2021** |

LOT # 021350      QUANTITY 3      EXP DATE 02/23
LOT # CFHKHA     QUANTITY 1      EXP DATE 03/23
LOT # 022056      QUANTITY 1      EXP DATE 12/22

(TH) Transaction History

Manufacturer's Name:        **GILEAD SCIENCES, INC**
Manufacturer's information:  **Foster City, CA 94404**

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: **INVICTA WHOLESALE SUPPLY (LIC: 60706408)** | Name: **INVICTA WHOLESALE SUPPLY (LIC: 60706408)** |
| Address: **1126 INDUSTRY DR, TUKWILA, WA 98188** | Address: **1126 INDUSTRY DR, TUKWILA, WA 98188** |
| Date Purchased & Ref: **3/16/2021**    1172633 | Date Received & Ref: **3/16/2021**    1172633 |
| SOLD TO: | SHIPPED TO: |
| Name: **CM PHARMACEUTICAL LLC (LIC: 194900)** | Name: **CM PHARMACEUTICAL LLC (LIC: 194900)** |
| Address: **15329 HIGHWAY 11 NORTH, COALING, AL 35453** | Address: **15329 HIGHWAY 11 NORTH, COALING, AL 35453** |
| Date Purchased & Ref: **4/7/2021**    5599 | Date Received & Ref: **4/7/2021**    5599 |
| SOLD TO: | SHIPPED TO: |
| Name: **SAFE CHAIN SOLUTIONS** | Name: **SAFE CHAIN SOLUTION** |
| Address: **822 CAMBRIDGE, MD 21613** | Address: **822 CAMBRIDGE, MD 21613** |
| Date Purchased & Ref: **4/8/21**    1468 | Date Received & Ref: **4/8/21**    1468 |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref: | Date Received & Ref: |

(TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of 1      pages.

INVICTA WHOLESALE SUPPLY

# Drug Supply Chain Security Act Document  Doc# 00000024031

(TI) Transaction Information

| | |
|---|---|
| Drug Name, Strength, Dosage Form, Container Size: **Biktarvy 50mg/200mg/25mg Tablet, 30 EA** <br><br> NDC: **61958-2501-01** | Reference Number: **5599** <br> Customer PO #: **-** <br> Document Type: **Invoice** <br> Reference Date: **4/7/2021** |

LOT # 021345           QUANTITY 3           EXP DATE 02/23
LOT# CFBGMA          QUANTITY 1           EXP DATE 03/23
LOT # 022055           QUANTITY 1           EXP DATE 12/22

(TH) Transaction History

Manufacturer's Name:        **GILEAD SCIENCES, INC**
Manufacturer's information:  **Foster City, CA 94404**

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: **INVICTA WHOLESALE SUPPLY (LIC: 60706408)** | Name: **INVICTA WHOLESALE SUPPLY (LIC: 60706408)** |
| Address: 1126 INDUSTRY DR <br> TUKWILA, WA 98188 | Address: 1126 INDUSTRY DR <br> TUKWILA, WA 98188 |
| Date Purchased & Ref : 3/16/2021    1172633 | Date Received & Ref : 3/16/2021    1172633 |
| SOLD TO: | SHIPPED TO: |
| Name: **CM PHARMACEUTICAL LLC (LIC: 194900)** | Name: **CM PHARMACEUTICAL LLC (LIC: 194900)** |
| Address: 15329 HIGHWAY 11 NORTH <br> COALING, AL 35453 | Address: 15329 HIGHWAY 11 NORTH <br> COALING, AL 35453 |
| Date Purchased & Ref : 4/7/2021    5599 | Date Received & Ref : 4/7/2021    5599 |
| SOLD TO: | SHIPPED TO: |
| Name: SAFE CHAIN SOLUTIONS | Name: SAFE CHAIN SOLUTIONS |
| Address: 822 CAMBRIDGE, MD 21612 | Address 822 CAMBRIDGE, MD 21613: |
| Date Purchased & Ref : 4/8/21    1468 | Date Received & Ref : 4/8/21    1468 |
| SOLD TO: <br> Name: <br> Address: <br><br> Date Purchased & Ref : | SHIPPED TO: <br> Name: <br> Address: <br><br> Date Received & Ref : |

(TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of 1        pages.

INVICTA WHOLESALE SUPPLY

# Drug Supply Chain Security Act Document

Doc# **00000024032**

**(TI) Transaction Information**

| | |
|---|---|
| Drug Name, Strength, Dosage Form, Container Size: **Biktarvy 50mg/200mg/25mg Tablet, 30 EA** | Reference Number: **5599** |
| NDC: **61958-2501-01** | Customer PO #: **-** |
| | Document Type: **Invoice** |
| | Reference Date: **4/7/2021** |

| | | |
|---|---|---|
| LOT # 023252 | QUANTITY 3 | EXP DATE 02/23 |
| LOT #022614 | QUANTITY 1 | EXP DATE 03/23 |
| LOT # CDSFBA | QUANTITY 1 | EXP DATE 12/22 |

**(TH) Transaction History**

Manufacturer's Name: **GILEAD SCIENCES, INC**
Manufacturer's information: **Foster City, CA 94404**

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: **INVICTA WHOLESALE SUPPLY (LIC: 60706408)** | Name: **INVICTA WHOLESALE SUPPLY (LIC: 60706408)** |
| Address: **1126 INDUSTRY DR TUKWILA, WA 98188** | Address: **1126 INDUSTRY DR TUKWILA, WA 98188** |
| Date Purchased & Ref : 3/16/2021    1172633 | Date Received & Ref : 3/16/2021    1172633 |
| SOLD TO: | SHIPPED TO: |
| Name: **CM PHARMACEUTICAL LLC (LIC: 194900)** | Name: **CM PHARMACEUTICAL LLC (LIC: 194900)** |
| Address: **15329 HIGHWAY 11 NORTH COALING, AL 35453** | Address: **15329 HIGHWAY 11 NORTH COALING, AL 35453** |
| Date Purchased & Ref : 4/7/2021    5599 | Date Received & Ref : 4/7/2021    5599 |
| SOLD TO: | SHIPPED TO: |
| Name: **SAFE CHAIN SOLUTIONS** | Name: **SAFE CHAIN SOLUTIONS** |
| Address: **822 CAMBRIDGE, MD 21613** | Address: **822 CAMBRIDGE, MD 21613** |
| Date Purchased & Ref : 4/8/21    1468 | Date Received & Ref : 4/8/21    1468 |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

**(TS) Transaction Statement:** This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1    of 1    pages.