| | |
|---|---|
| **From:** | Adam Brosius[adam@pharmasales.com] |
| **Sent:** | Mon 5/3/2021 9:35:28 PM (UTC) |
| **To:** | Garrett Mellott[garrett@pharmasales.com] |
| **Cc:** | compliance[compliance@Safechain.com]; Charles Boyd[CharlesB@Safechain.com]; Pat Boyd[PatB@Safechain.com] |
| **Subject:** | Re: FW: Tivicay |

looks like FL - 10 on the pills

1. Pill Identifier
2. Search
3. FL 10

PrintSave

# FL 10 (Memantine Hydrochloride 10 mg)

Pill with imprint **FL 10** is Gray, Elliptical / Oval and has been identified as Memantine Hydrochloride 10 mg. It is supplied by Actavis.

Memantine is used in the treatment of alzheimer's disease and belongs to the drug class miscellaneous central nervous system agents. There is no proven risk in humans during pregnancy. Memantine 10 mg is not a controlled substance under the Controlled Substances Act (CSA).

## Images for FL 10



**Memantine Hydrochloride**

**Imprint**

**GOVERNMENT EXHIBIT**
**278**
1:24-cr-20255-WPD

FL 10
**Strength**
10 mg
**Color**
Gray
**Shape**
Elliptical / Oval
**Availability**
Prescription only
**Drug Class**
Miscellaneous central nervous system agents
**Pregnancy Category**
B - No proven risk in humans
**CSA Schedule**
Not a controlled drug
**Labeler / Supplier**
Actavis

## Labelers / Repackagers

| NDC Code | Labeler / Repackager |
|---|---|
| 00591-3875 | Watson Pharmaceuticals, Inc. |
| 00456-3210 | Forest Laboratories, LLC |
| 54868-5161 | Physicians Total Care Inc. (repackager) |
| 49999-0804 | Lake Erie Medical and Surgical Supply (repackager) |
| 55289-0937 | PDRX Pharmaceuticals Inc. (repackager) |
| 68071-0799 | Nucare Pharmaceuticals Inc. (repack |

**Worldwide Pharma Sales Group Inc.**

**455 NE Fifth Avenue Suite D434**

**Delray Beach, Florida 33483**

**215.595.3932**

adam@pharmasales.com

On Mon, May 3, 2021 at 5:34 PM <garrett@pharmasales.com> wrote:

Hey all,
　See below from Total Remedy.  Please let me know how to proceed?  He would like to return this to us.  Invoice attached

Garrett Mellott
World Wide Pharma Sales
Cell: 201-841-9591 | Fax: 888-885-1244
Skype: gmellott1 | Email: garrett@pharmasales.com www.pharmasales.com


-----Original Message-----
From: harris@pharmasales.com <harris@pharmasales.com>
Sent: Monday, May 3, 2021 2:35 PM
To: garrett@pharmasales.com
Subject: FW: Tivicay

Here is the picture of the tivicay bottle and pills...

The lot number is FU5E

If you get me a return label I will have him send it back as soon as possible...



Dan Harris
Safe Chain Solutions/Safeway
Phone: 469-694-4333


-----Original Message-----
From: mohammad etminan <mohammadet@yahoo.com>
Sent: Monday, May 3, 2021 1:27 PM
To: harris@pharmasales.com
Subject: Tivicay

GX 278.003

SCSRELATIVITY_0001539739