| | |
|---|---|
| **From:** | garrett@pharmasales.com[garrett@pharmasales.com] |
| **Sent:** | Mon 5/3/2021 9:34:26 PM (UTC) |
| **To:** | compliance[compliance@Safechain.com]; Charles Boyd[CharlesB@Safechain.com]; Pat Boyd[PatB@Safechain.com] |
| **Cc:** | Adam Brosius (Contact)[adam@pharmasales.com] |
| **Subject:** | FW: Tivicay |
| **Attachment:** | IMG_2516.jpg |
| **Attachment:** | Untitled attachment 00309.txt |
| **Attachment:** | INV.01I45710067006.pdf |

Hey all,

   See below from Total Remedy.  Please let me know how to proceed?  He would like to return this to us.  Invoice attached

Garrett Mellott
World Wide Pharma Sales
Cell: 201-841-9591 | Fax: 888-885-1244
Skype: gmellott1 | Email: garrett@pharmasales.com www.pharmasales.com


-----Original Message-----
From: harris@pharmasales.com <harris@pharmasales.com>
Sent: Monday, May 3, 2021 2:35 PM
To: garrett@pharmasales.com
Subject: FW: Tivicay

Here is the picture of the tivicay bottle and pills...

The lot number is FU5E

If you get me a return label I will have him send it back as soon as possible...


Dan Harris
Safe Chain Solutions/Safeway
Phone: 469-694-4333


-----Original Message-----
From: mohammad etminan <mohammadet@yahoo.com>
Sent: Monday, May 3, 2021 1:27 PM
To: harris@pharmasales.com
Subject: Tivicay



GX 279.001

SCSRELATIVITY_0001539767



SCSRELATIVITY_0001539768



# Invoice

**Inv Number** 01I45710
**Page:** 1

**Remit To:**
Safe Chain Solutions, LLC
PO Box 479
Souderton, PA 18964

Tel: 855-437-5727
Fax:

www.safechain.com
accounting@safechain.com

**SAFE CHAIN SOLUTIONS, LLC**
822 CHESAPEAKE DRIVE
CAMBRIDGE, MD 21613

Tel: 855-437-5727
Fax: 866-930-1128
RS0477617

**Bill-to:** 27-CA0144
TOTAL REMEDY & PRESCRIPTION CENTER
1234 WILSHIRE BLVD #106
ATTN: ACCTS PAYABLE
LOS ANGELES CA 90017

**Ship-to:** PHAR           001
TOTAL REMEDY & PRESCRIPTION CENTER
1234 WILSHIRE BLVD #106
ATTN: MOHAMMAD ETMINAN
LOS ANGELES  CA 90017

| | | | |
|---|---|---|---|
| **Invoice Date:** | 03/26/21 | **Salesman:** | Es Sales |
| **Ship Date:** | 03/26/21 | **Ship Via:** | UPS Next Day |
| **Our Order No:** | 01S41410001 | **Customer Order #:** | VERBAL |
| | | **Terms:** | NET 15 |
| **License** | 53269 | **DEA #** | BE9374036 Exp:08/31/23 LicExp:02/01/22 |
| **Special Instructions:** | OVERNIGHT N/C. | | |

| Line | Item Number / Description | Ordered | UM | Shipped | UM | B/O Qty | Unit Price | UM | Extension |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 49702-0228-13 TIVICAY 50MG TAB 30CT  NDC#: 49702-0228-13  Prod Strength: 50 MG  Prod Size: 30 EA | 50 | EA | 50 | EA | 0 | 1772.95* | EA | 88,647.50 |
| | Lot #: LK9U Expiration Date: 05/31/23 | | | 1 | | | | | |
| | Lot #: RT6F Expiration Date: 09/30/23 | | | 1 | | | | | |
| | Lot #: E76Y Expiration Date: 02/28/24 | | | 1 | | | | | |
| | Lot #: 7J4V Expiration Date: 03/31/24 | | | 1 | | | | | |
| | Lot #: HN9W Expiration Date: 03/31/24 | | | 1 | | | | | |
| | Lot #: 2Y7S Expiration Date: 10/31/24 | | | 1 | | | | | |
| | Lot #: RJ8T Expiration Date: 10/31/24 | | | 1 | | | | | |
| | Lot #: SH7B Expiration Date: 10/31/24 | | | 1 | | | | | |
| | Lot #: VT3C Expiration Date: 10/31/24 | | | 1 | | | | | |
| | Lot #: WP4P Expiration Date: 10/31/24 | | | 1 | | | | | |
| | Lot #: 9R2Y Expiration Date: 10/31/24 | | | 2 | | | | | |
| | Lot #: GB2K Expiration Date: 05/31/25 | | | 1 | | | | | |
| | Lot #: RW9Y Expiration Date: 05/31/25 | | | 1 | | | | | |
| | Lot #: PN5E | | | 3 | | | | | |
| | | | | | | | | | CONTINUED |
| | Multiple Page      Invoice Page: 1 | | | | | | | | |

**Cartons:** 1    **Weight:** 4.3

\* Non-Taxable
\*\* REPRINT( 1) \*\*

GX 279.003

SCSRELATIVITY_0001539770



# Invoice

| | |
|---|---|
| **SAFE CHAIN SOLUTIONS, LLC**<br>822 CHESAPEAKE DRIVE<br>CAMBRIDGE, MD 21613 | **Remit To:**<br>Safe Chain Solutions, LLC<br>PO Box 479<br>Souderton, PA 18964 |
| Tel: 855-437-5727<br>Fax: 866-930-1128<br>RS0477617 | Tel: 855-437-5727<br>Fax: |

**Inv Number** 01I45710
**Page:** 2

www.safechain.com
accounting@safechain.com

**Bill-to:** 27-CA0144
TOTAL REMEDY & PRESCRIPTION CENTER
1234 WILSHIRE BLVD #106
ATTN: ACCTS PAYABLE
LOS ANGELES CA 90017

**Ship-to:** PHAR          001
TOTAL REMEDY & PRESCRIPTION CENTER
1234 WILSHIRE BLVD #106
ATTN: MOHAMMAD ETMINAN
LOS ANGELES  CA 90017

| | | | |
|---|---|---|---|
| **Invoice Date:** | 03/26/21 | **Salesman:** | Es Sales |
| **Ship Date:** | 03/26/21 | **Ship Via:** | UPS Next Day |
| **Our Order No:** | 01S41410001 | **Customer Order #:** | VERBAL |
| | | **Terms:** | NET 15 |
| **License** | 53269 | **DEA #** | BE9374036 Exp:08/31/23 LicExp:02/01/22 |
| **Special Instructions:** | OVERNIGHT N/C. | | |

| Line | Item Number / Description | Ordered | UM | Shipped | UM | B/O Qty | Unit Price | UM | Extension |
|---|---|---|---|---|---|---|---|---|---|
| | Expiration Date: 05/31/25<br>Lot #: SY7L | | | 1 | | | | | |
| | Expiration Date: 06/30/25<br>Lot #: T96C | | | 1 | | | | | |
| | Expiration Date: 06/30/25<br>Lot #: SY7D | | | 2 | | | | | |
| | Expiration Date: 06/30/25<br>Lot #: 682H | | | 3 | | | | | |
| | Expiration Date: 08/31/25<br>Lot #: Y22W | | | 2 | | | | | |
| | Expiration Date: 08/31/25<br>Lot #: 8L3M | | | 3 | | | | | |
| | Expiration Date: 08/31/25<br>Lot #: 682E | | | 4 | | | | | |
| | Expiration Date: 08/31/25<br>Lot #: FU5E | | | 2 | | | | | |
| | Expiration Date: 10/31/25<br>Lot #: GH3U | | | 5 | | | | | |
| | Expiration Date: 10/31/25<br>Lot #: GH3U | | | 1 | | | | | |
| | Expiration Date: 10/31/25<br>Lot #: FU5E | | | 5 | | | | | |
| | Expiration Date: 10/31/25<br>Lot #: LD3H | | | 2 | | | | | |
| | Expiration Date: 11/30/25<br>Lot #: RN2F | | | 2 | | | | | |
| | Expiration Date: 11/30/25 | | | | | | | | |
| | **SUB TOTAL** | | | | | | | | 88,647.50 |
| | **INVOICE TOTAL** | | | | | | | | $88,647.50 |
| | **CARTON TRACKING NUMBERS:** | | | | | | | | CONTINUED |

| **Cartons:** 1 | **Weight:** 4.3 |
|---|---|

\* Non-Taxable
\*\* REPRINT( 1) \*\*



# Invoice

| | |
|---|---|
| **SAFE CHAIN SOLUTIONS, LLC**<br>822 CHESAPEAKE DRIVE<br>CAMBRIDGE, MD 21613 | **Remit To:**<br>Safe Chain Solutions, LLC<br>PO Box 479<br>Souderton, PA 18964 |
| Tel: 855-437-5727<br>Fax: 866-930-1128<br>RS0477617 | Tel: 855-437-5727<br>Fax: |

**Inv Number:** 01I45710
**Page:** 3

www.safechain.com
accounting@safechain.com

**Bill-to:** 27-CA0144
TOTAL REMEDY & PRESCRIPTION CENTER
1234 WILSHIRE BLVD #106
ATTN: ACCTS PAYABLE
LOS ANGELES CA 90017

**Ship-to:** PHAR          001
TOTAL REMEDY & PRESCRIPTION CENTER
1234 WILSHIRE BLVD #106
ATTN: MOHAMMAD ETMINAN
LOS ANGELES  CA 90017

| | | | |
|---|---|---|---|
| **Invoice Date:** | 03/26/21 | **Salesman:** | Es Sales |
| **Ship Date:** | 03/26/21 | **Ship Via:** | UPS Next Day |
| **Our Order No:** | 01S41410001 | **Customer Order #:** | VERBAL |
| | | **Terms:** | NET 15 |
| **License** | 53269 Exp: 02/01/22 | **DEA #** | BE9374036 Exp:08/31/23 LicExp:02/01/22 |
| **Special Instructions:** | OVERNIGHT N/C. | | |

| Line | Item Number / Description | Ordered | UM | Shipped | UM | B/O Qty | Unit Price | UM | Extension |
|---|---|---|---|---|---|---|---|---|---|
| | CTN#1  1Z7156792490858611<br>Additional License Information<br>State License for MD - Origin<br>D03211   Exp 05/31/21<br>State License for CA - Destination<br>53269   Exp 02/01/22<br><br>**PLEASE NOTE OUR NEW REMIT TO ADDRESS** | | | | | | | | |
| | Multiple Page Invoice Page: 3 | | | | | | | | |

| **Cartons:** 1 | **Weight:** 4.3 |
|---|---|

**\* Non-Taxable**
\*\* REPRINT( 1) \*\*

GX 279.005

SCSRELATIVITY_0001539770