| | |
|---|---|
| **From:** | Abbie Divilio <AbbieD@Safechain.com> |
| **Sent:** | Wed 7/21/2021 2:35:27 PM (UTC) |
| **To:** | "DrugNotifications@fda.hhs.gov" <DrugNotifications@fda.hhs.gov> |
| **Cc:** | Shared Mailbox - compliance <compliance@Safechain.com> |
| **Subject:** | Termination request 45802703 |
| **Attachment:** | FDA 3911 BIKTARVY Termination 45802703.pdf |

Good morning,

This is the second attempt to file this 3911 termination request. We never received confirmation of it's receipt.

Thank you,



**Abbie Divilio** | Director of Compliance
Safe Chain Solutions, LLC
822 Chesapeake Drive | Cambridge, MD  21613
office: 855.437.5727 x1017 | fax: 866.930.1128
www.SafeChain.com | Linkedin

---

**From:** Abbie Divilio
**Sent:** Thursday, June 17, 2021 1:43 PM
**To:** DrugNotifications@fda.hhs.gov
**Cc:** Shared Mailbox - compliance <compliance@Safechain.com>
**Subject:** Termination request 45802703

Please see attached



**Abbie Divilio** | Director of Compliance
Safe Chain Solutions, LLC
822 Chesapeake Drive | Cambridge, MD  21613
office: 855.437.5727 x1017 | fax: 866.930.1128
www.SafeChain.com | Linkedin

GOVERNMENT EXHIBIT 299  1:24-cr-20255-WPD

GX 299.001

SCSRELATIVITY_0001331103

DEPARTMENT OF HEALTH AND HUMAN SERVICES
Food and Drug Administration

## Drug Notification

Form Approved: OMB No. 0910-0806
Expiration Date: January 31, 2022
See PRA Statement on page 2.

*Refer to instruction sheet (Form FDA 3911 Supplement) for more information.*

1. Type of Report *(Select one)*: ☐ Initial Notification   ☐ Follow-Up Notification   ☒ Request for Termination

2. Incident Number *(Provide this number, assigned by FDA, if you selected Follow-up Notification or Request for Termination above; see instructions.)*

| 3. Date of Initial Notification to FDA *(mm/dd/yyyy)* | 4. Date Company Determined Product Was Illegitimate *(mm/dd/yyyy)* | 5. Classification of Notification *(Select from list)* |
|---|---|---|
| 10/13/2020 | 10/09/2020 | Fraudulent Transaction |

**Description of Product**

6. Name of Product as It Appears on Label
BIKTARY 30CT

7. Primary Ingredients(s) *(if known)*
BICTEGRAVIR, EMTRICITABIN, TENOFOVIR ALAFENEMIDE FUMARATE

| 8. Drug Use *(Select from list)* | 9. Drug Description *(Select from list)* |
|---|---|
| Human Use | Finished Prescription Drug |

| 10. Strength of Drug | 11. Dosage Form *(Select from list)* |
|---|---|
| 50MG/200MG/25MG | Tablet |

| 12. Quantity of Drug *(Number and Unit)* | 13. NDC Number *(if applicable)* | 14. Serial Number *(if applicable)* |
|---|---|---|
| 1 | 61958-2501-01 | |

15. Lot Number(s)
CDGXKA

16. Expiration Date(s)

17. For Notification: Description of Event/Issue

Safe Chain was attempting to verify the T3 for this drug. We reached out to the manufacturer, Gilead, and they informed us that they were unable to verify the transaction of sale to the authorized distributor listed on the T3.

[Add Page for Item 17]

18. For Request for Termination of Notification: Description of why notification is no longer necessary

[Add Page for Item 18]

19. If you have submitted information to FDA through an alternative mechanism, check all that apply.
☐ BPDR   ☐ MedWatch 3500   ☒ None
☐ FAR    ☐ MedWatch 3500A  ☐ Other *(Specify)*: _____

**FORM FDA 3911 (2/19 – PREVIOUS VERSION OBSOLETE)**   Page 1 of 2

GX 299.002

PSC Publishing Services (301) 443-6740   EF
SCSRELATIVITY_0001331104

**Company/Facility Information**

20. Company Name & Address

Name: Safe Chain Solutions

Address 1 *(Street address, P.O. box, etc.)*: 822 Chesapeake Drive

Address 2 *(Apartment, suite, unit, building, floor, etc.)*:

City: Cambridge

State/Province/Region: MD

Country: United States

ZIP or Postal Code: 21601

21. Company Category *(Select from list)*: Wholesale Distributor

22. Unique Facility Identifier *(of company named in #20)*: 02566729

23. Contact Information *(Note: For the telephone, you may enter the number of either the contact person or of the company named in #20.)*

Name: Abigail Divilio

Telephone Number *(Include area code)*: 855-437-5727

Email Address: compliance@safechain.com

**SUBMIT BY EMAIL**

*A willfully false statement is a criminal offense, pursuant to U.S. Code, title 18, section 1001.*

This section applies only to requirements of the Paperwork Reduction Act of 1995.

**\*DO NOT SEND YOUR COMPLETED FORM TO THE PRA STAFF EMAIL ADDRESS BELOW.\***

The burden time for this collection of information is estimated to average 1 hour per response, including the time to review instructions, search existing data sources, gather and maintain the data needed and complete and review the collection of information. Send comments regarding this burden estimate or any other aspect of this information collection, including suggestions for reducing this burden, to:

Department of Health and Human Services
Food and Drug Administration
Office of Operations
Paperwork Reduction Act (PRA) Staff
*PRAStaff@fda.hhs.gov*

*"An agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a currently valid OMB number."*