**From**: Katelyn Miller [katelyn@pharmasales.com]
**Sent**: 3/19/2021 5:20:55 PM
**To**: exec [exec@safechain.com]; Kendreas Ferdinand [KendreasF@Safechain.com]
**CC**: Open Orders [wwopenorders@pharmasales.com]
**Subject**: RETURN REQUEST: VLS Pharmacy 27-NY0160
**Attachments**: Invoice_INV.01I44730066609.pdf; Invoice_INV.01I44720066609.pdf; Invoice_INV.01I44812066609.pdf

Good Afternoon & Happy Friday!

VLS Pharmacy 27-NY0160 would like to return the HIV products listed below due to damage/dirty labels. I have attached images of the damaged products to this email as well as the corresponding invoices. If approved, can you please send over RMA and return label? Return information listed below:

INV# 01I44730
- #1 Symtuza
- Lot# 19JG484
- EXP 10/31/21

INV# 01I44812
- #1 Juluca
- Lot# R43R
- EXP 10/31/2021

INV# 01I44720
- #1 Tivicay
- Lot# 7J4V
- EXP 3/30/2024

INV# 01L44720
- #2 Triumeq
- Lot# GW8A
- EXP 9/30/21

Thank you very much!

**Katelyn Miller** | GPO Administrative Specialist
World Wide Pharma Sales
Safe Chain Solutions
Cell: 410-310-1043 | Fax: 888-885-1244
Email: Katelyn@PharmaSales.com
www.pharmasales.com

GOVERNMENT
EXHIBIT

308

1:24-cr-20255-WPD

SCSRELATIVITY_0001366793

PharmaSales.com

SCSRELATIVITY_0001366793



SCSRELATIVITY_0001366793

GX 308.0003



SCSRELATIVITY_0001366793



**SafeChain Solutions**

# Invoice

**SAFE CHAIN SOLUTIONS, LLC**
**822 CHESAPEAKE DRIVE**
**CAMBRIDGE, MD 21613**

**Tel:  855-437-5727**
**Fax: 866-930-1128**
**RS0477617**

Remit To:
**Safe Chain Solutions, LLC**
**PO Box 479**
**Souderton, PA 18964**

**Tel:  855-437-5727**
**Fax:**

**www.safechain.com**
**accounting@safechain.com**

| Inv Number |
| --- |
| **01I44730** |
| Page:   1 |

**Bill-to:** 27-NY0160

```
VLS PHARMACY INC
4402 5TH AVE
ATTN: ACCOUNTS PAYABLE
BROOKLYN NY 11220
```

**Ship-to:** PHAR              004

```
VLS PHARMACY
4402 5TH AVE
ATTN: GOPESH/SUMIT
BROOKLYN  NY 11220
```

| | | | |
| --- | --- | --- | --- |
| **Invoice Date:** | 03/12/21 | **Salesman:** | LEGACY - HIV |
| **Ship Date:** | 03/12/21 | **Ship Via:** | UPS Next Day |
| **Our Order No:** | 01S40548001 | **Customer Order #:** | VERBAL |
| | | **Terms:** | LEGACY GPO ACH1 |
| **License** | 018418 Exp: 12/31/22 | | LicExp:12/31/22 |
| **Special Instructions:** | OVERNIGHT N/C. | | |

| Line | Item Number / Description | Ordered | UM | Shipped | UM | B/O Qty | Unit Price | UM | Extension |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 1 | G61958-2002-01<br>DESCOVY TAB 30CT<br>200/25MG<br>   NDC#: 61958-2002-01<br>   Prod Strength: 200-25 MG<br>   Prod Size: 30 EA<br>Lot #: 22080<br>Expiration Date: 01/31/24 | 3 | EA | 3<br><br><br><br><br>3 | EA | 0 | 1781.08* | EA | 5,343.24 |
| 2 | G59676-0800-30<br>SYMTUZA TAB 30CT<br>800/150/200/10MG<br>   NDC#: 59676-0800-30<br>   Prod Strength: 800-150-200-10 MG<br>   Prod Size: 30 EA<br>Lot #: 19JG484<br>Expiration Date: 10/31/21 | 1 | EA | 1<br><br><br><br><br>1 | EA | 0 | 3749.78* | EA | 3,749.78 |

**SUB TOTAL**                                                                9,093.02

**INVOICE TOTAL**                                                        $9,093.02

```
CARTON TRACKING NUMBERS:
CTN#1  1Z5861WW2430687418
Additional License Information
State License for NY - Destination
018418  Exp 12/31/22
```

**PLEASE NOTE OUR NEW REMIT TO ADDRESS**

| Cartons: 1 | Weight: 0.6 |
| --- | --- |

\* Non-Taxable

** REPRINT( 2) **

SCSRELATIVITY_0001366794



# Invoice

**SafeChain Solutions**

| Inv Number |
|---|
| 01I44720 |
| Page:   1 |

**SAFE CHAIN SOLUTIONS, LLC**
**822 CHESAPEAKE DRIVE**
**CAMBRIDGE, MD 21613**

**Remit To:**
**Safe Chain Solutions, LLC**
**PO Box 479**
**Souderton, PA 18964**

**www.safechain.com**
**accounting@safechain.com**

**Tel:  855-437-5727**
**Fax: 866-930-1128**
**RS0477617**

**Tel:  855-437-5727**
**Fax:**

**Bill-to:** 27-NY0160

```
VLS PHARMACY INC
4402 5TH AVE
ATTN: ACCOUNTS PAYABLE
BROOKLYN NY 11220
```

**Ship-to:** PHAR          004

```
VLS PHARMACY
4402 5TH AVE
ATTN: GOPESH/SUMIT
BROOKLYN  NY 11220
```

| Invoice Date: | 03/12/21 | Salesman: | LEGACY - HIV |
|---|---|---|---|
| Ship Date: | 03/12/21 | Ship Via: | UPS Next Day |
| Our Order No: | 01S40016002 | Customer Order #: | VERBAL |
| | | Terms: | LEGACY GPO ACH1 |
| License | 018418 | | LicExp:12/31/22 |
| Special Instructions | OVERNIGHT N/C. | | |

| Line | Item Number / Description | Ordered | UM | Shipped | UM | B/O Qty | Unit Price | UM | Extension |
|---|---|---|---|---|---|---|---|---|---|
| 1 | G49702-0228-13 TIVICAY 50MG TAB 30CT    NDC#: 49702-0228-13    Prod Strength: 50 MG    Prod Size: 30 EA | 5 | EA | 5 | EA | 0 | 1768.16* | EA | 8,840.80 |
| | Lot #: RT6K Expiration Date: 10/31/23 | | | 1 | | | | | |
| | Lot #: EM3E Expiration Date: 02/28/24 | | | 1 | | | | | |
| | Lot #: 7J4V Expiration Date: 03/30/24 | | | 1 | | | | | |
| | Lot #: 8N2Y Expiration Date: 10/31/24 | | | 1 | | | | | |
| | Lot #: RJ9G Expiration Date: 10/31/24 | | | 1 | | | | | |
| 2 | G49702-0231-13 TRIUMEQ TAB 30CT 600/50/300MG    NDC#: 49702-0231-13    Prod Strength: 600-50-300 MG    Prod Size: 30 EA | 3 | EA | 3 | EA | 0 | 2935.28* | EA | 8,805.84 |
| | Lot #: GW8A Expiration Date: 09/30/21 | | | 2 | | | | | |
| | Lot #: BX3M Expiration Date: 10/31/21 | | | 1 | | | | | |
| 3 | G59676-0566-30 PREZISTA 800MG TAB 30CT    NDC#: 59676-0566-30    Prod Strength: 800 MG    Prod Size: 30 EA | 2 | EA | 2 | EA | 0 | 1702.19* | EA | 3,404.38 |
| | Lot #: 20CG954 Expiration Date: 01/31/23 | | | 2 | | | | | |
| | | | | | | | | | CONTINUED |

Multiple Page          Invoice Page: 1

| Cartons: 1 | Weight: 2.0 |
|---|---|

* Non-Taxable
** REPRINT( 2 ) **

SCSRELATIVITY_0001366795



# SafeChain Solutions

# Invoice

**Inv Number**
**01I44720**
**Page:  2**

**SAFE CHAIN SOLUTIONS, LLC**
**822 CHESAPEAKE DRIVE**
**CAMBRIDGE, MD 21613**

**Remit To:**
**Safe Chain Solutions, LLC**
**PO Box 479**
**Souderton, PA 18964**

**www.safechain.com**
**accounting@safechain.com**

**Tel:  855-437-5727**
**Fax: 866-930-1128**
**RS0477617**

**Tel:  855-437-5727**
**Fax:**

| **Bill-to:** 27-NY0160 | **Ship-to:** PHAR                  004 |
|---|---|
| VLS PHARMACY INC<br>4402 5TH AVE<br>ATTN: ACCOUNTS PAYABLE<br>BROOKLYN NY 11220 | VLS PHARMACY<br>4402 5TH AVE<br>ATTN: GOPESH/SUMIT<br>BROOKLYN  NY 11220 |

| | | | |
|---|---|---|---|
| **Invoice Date:** | 03/12/21 | **Salesman:** | LEGACY - HIV |
| **Ship Date:** | 03/12/21 | **Ship Via:** | UPS Next Day |
| **Our Order No:** | 01S40016002 | **Customer Order #:** | VERBAL |
| | | **Terms:** | LEGACY GPO ACH1 |
| **License** | 018418 Exp: 12/31/22 | | LicExp:12/31/22 |
| **Special Instructions** | OVERNIGHT N/C. | | |

| Line | Item Number / Description | Ordered | UM | Shipped | UM | B/O Qty | Unit Price | UM | Extension |
|---|---|---|---|---|---|---|---|---|---|
| | **SUB TOTAL** | | | | | | | | 21,051.02 |
| | **INVOICE TOTAL** | | | | | | | | $21,051.02 |
| | **CARTON TRACKING NUMBERS:**<br>CTN#1  1Z5861WW2419686968<br>Additional License Information<br>State License for NY - Destination<br>018418  Exp 12/31/22 | | | | | | | | |
| | **PLEASE NOTE OUR NEW REMIT TO ADDRESS** | | | | | | | | |
| | Multiple Page Invoice Page: 2 | | | | | | | | |

| **Cartons:** 1 | **Weight:** 2.0 |
|---|---|

* Non-Taxable
** REPRINT ( 2 ) **

SCSRELATIVITY_0001366795



**SafeChain Solutions**

# Invoice

| | | **Inv Number** |
|---|---|---|
| | | 01I44812 |
| | | **Page: 1** |

**SAFE CHAIN SOLUTIONS, LLC**
**822 CHESAPEAKE DRIVE**
**CAMBRIDGE, MD 21613**

**Remit To:**
**Safe Chain Solutions, LLC**
**PO Box 479**
**Souderton, PA 18964**

www.safechain.com
accounting@safechain.com

**Tel:  855-437-5727**
**Fax: 866-930-1128**
**RS0477617**

**Tel:  855-437-5727**
**Fax:**

**Bill-to:** 27-NY0160

```
VLS PHARMACY INC
4402 5TH AVE
ATTN: ACCOUNTS PAYABLE
BROOKLYN NY 11220
```

**Ship-to:** PHAR          004

```
VLS PHARMACY
4402 5TH AVE
ATTN: GOPESH/SUMIT
BROOKLYN  NY 11220
```

| | | | |
|---|---|---|---|
| **Invoice Date:** | 03/12/21 | **Salesman:** | LEGACY - HIV |
| **Ship Date:** | 03/12/21 | **Ship Via:** | UPS Next Day |
| **Our Order No:** | 01S40548002 | **Customer Order #:** | VERBAL |
| | | **Terms:** | LEGACY GPO ACH1 |
| **License** | 018418 | | LicExp:12/31/22 |
| **Special Instructions:** | OVERNIGHT N/C. | | |

| Line | Item Number / Description | Ordered | UM | Shipped | UM | B/O Qty | Unit Price | UM | Extension |
|---|---|---|---|---|---|---|---|---|---|
| 1 | G61958-1901-01 | | | | | | | | |
| | GENVOYA TAB 30CT | 2 | EA | 2 | EA | 0 | 3130.73* | EA | 6,261.46 |
| | 150/150/200/10MG | | | | | | | | |
| | NDC#: 61958-1901-01 | | | | | | | | |
| | Prod Strength: 150-150-200-10 MG | | | | | | | | |
| | Prod Size: 30 EA | | | | | | | | |
| | Lot #: 17429 | | | 1 | | | | | |
| | Expiration Date: 11/30/21 | | | | | | | | |
| | Lot #: 19491 | | | 1 | | | | | |
| | Expiration Date: 12/31/21 | | | | | | | | |
| 2 | G49702-0242-13 | | | | | | | | |
| | JULUCA TAB 30CT | 1 | EA | 1 | EA | 0 | 2750.99* | EA | 2,750.99 |
| | 50/25MG | | | | | | | | |
| | NDC#: 49702-0242-13 | | | | | | | | |
| | Prod Strength: 50-25 MG | | | | | | | | |
| | Prod Size: 30 EA | | | | | | | | |
| | Lot #: R43R | | | 1 | | | | | |
| | Expiration Date: 10/31/21 | | | | | | | | |
| 3 | G61958-0701-01 | | | | | | | | |
| | TRUVADA TAB 30CT | 2 | EA | 2 | EA | 0 | 1699.50* | EA | 3,399.00 |
| | 200/300MG | | | | | | | | |
| | NDC#: 61958-0701-01 | | | | | | | | |
| | Prod Strength: 200-300 MG | | | | | | | | |
| | Prod Size: 30 EA | | | | | | | | |
| | Lot #: 6273614A | | | 1 | | | | | |
| | Expiration Date: 03/31/23 | | | | | | | | |
| | Lot #: H436755A | | | 1 | | | | | |
| | Expiration Date: 03/31/23 | | | | | | | | |
| | | | | | | | | | |
| | **SUB TOTAL** | | | | | | | | 12,411.45 |
| | | | | | | | | | |
| | **INVOICE TOTAL** | | | | | | | | $12,411.45 |
| | | | | | | | | | |
| | **CARTON TRACKING NUMBERS:** | | | | | | | | |
| | | | | | | | | | CONTINUED |

**Cartons:** 1     **Weight:** 1.0

* Non-Taxable

** REPRINT( 2) **

SCSRELATIVITY_0001366796

GX 308.0008



**SafeChain Solutions**

# Invoice

| Inv Number |
|---|
| 01I44812 |
| Page:   2 |

**SAFE CHAIN SOLUTIONS, LLC**
**822 CHESAPEAKE DRIVE**
**CAMBRIDGE, MD 21613**

**Tel:  855-437-5727**
**Fax: 866-930-1128**
**RS0477617**

**Remit To:**
**Safe Chain Solutions, LLC**
**PO Box 479**
**Souderton, PA 18964**

**Tel:  855-437-5727**
**Fax:**

**www.safechain.com**
**accounting@safechain.com**

**Bill-to:** 27-NY0160

VLS PHARMACY INC
4402 5TH AVE
ATTN: ACCOUNTS PAYABLE
BROOKLYN NY 11220

**Ship-to:** PHAR              004

VLS PHARMACY
4402 5TH AVE
ATTN: GOPESH/SUMIT
BROOKLYN  NY 11220

| | | | |
|---|---|---|---|
| **Invoice Date:** | 03/12/21 | **Salesman:** | LEGACY - HIV |
| **Ship Date:** | 03/12/21 | **Ship Via:** | UPS Next Day |
| **Our Order No:** | 01S40548002 | **Customer Order #:** | VERBAL |
| | | **Terms:** | LEGACY GPO ACH1 |
| **License** | 018418 Exp: 12/31/22 | | LicExp:12/31/22 |
| **Special Instructions:** | OVERNIGHT N/C. | | |

| Line | Item Number / Description | Ordered | UM | Shipped | UM | B/O Qty | Unit Price | UM | Extension |
|---|---|---|---|---|---|---|---|---|---|
| | CTN#1  1Z5861WW2406084678 | | | | | | | | |
| | Additional License Information | | | | | | | | |
| | State License for NY - Destination | | | | | | | | |
| | 018418  Exp 12/31/22 | | | | | | | | |
| | **PLEASE NOTE OUR NEW REMIT TO ADDRESS** | | | | | | | | |
| | Multiple Page Invoice Page: 2 | | | | | | | | |

| **Cartons:** 1 | **Weight:** 1.0 |
|---|---|

\* **Non-Taxable**
\*\* REPRINT( 2 ) \*\*