**From:**      King Kimchi <consulting012345@gmail.com>

**Sent:**      Tue 10/13/2020 1:34:31 PM (UTC)

**To:**      compliance <compliance@Safechain.com>, Charles Boyd <CharlesB@Safechain.com>, Abbie Divilio <AbbieD@Safechain.com>

**Attachment:**      Binder1.pdf

**GOVERNMENT EXHIBIT**

**316**

1:24-cr-20255-WPD

SCSRELATIVITY_0001365752

# Drug Supply Chain Security Act Document

### (TI) Transaction Information

| | |
|---|---|
| Drug Name, Strength, Dosage Form, Container Size:<br>**BIKTARVY 50MG/200MG/25MG 30TAB**<br><br>NDC: 61958-2501-01 | **Reference Number:** 01259654<br>**Document Type:** INVOICE<br>**Reference Date:** 12/08/2019 |

| Lot Number | Quantity | Exp |
|---|---|---|
| 18BIC022A | 1 | 02/2021 |
| | | |
| | | |

### (TH) Transaction History

**Manufacturer's Name:** Gilead Sciences, Inc.
**Manufacturer's information** 333 Lakeside Drive, Foster City, CA 94404

| SOLD TO: | SHIPPED TO: |
|---|---|
| **Name:** AMERISOURCEBERGEN DRUG CORP.<br>**Address:** 5500 NEW HORIZONS BLVD<br>NORTH AMITYVILLE, NY 11701-1156<br><br>**Date Purchased & Ref :** 08/13/19   PO#A141294 | **Name:** AMERISOURCEBERGEN DRUG CORP.<br>**Address:** 5500 NEW HORIZONS BLVD<br>NORTH AMITYVILLE, NY 11701-1156<br><br>**Date Received & Ref :** 08/13/19 |
| **Name:** AMSTERDAM WELLNESS PHARMACY INC<br>**Address:** 2091 AMSTERDAM AVE<br>NEW YORK, NY 10032-8210<br><br>**Date Purchased & Ref :** 10/24/19   PO#20191024 | **Name:** AMSTERDAM WELLNESS PHARMACY INC<br>**Address:** 2091 AMSTERDAM AVE<br>NEW YORK, NY 10032-8210<br><br>**Date Received & Ref :** 10/24/19 |
| **Name:** BOULEVARD 9229 LLC<br>**Address:** 9229 QUEENS BLVD STE<br>11 REGO PARK, NY 11374<br><br>**Date Purchased & Ref :** 12/06/19   PO#01259654 | **Name:** BOULEVARD 9229 LLC<br>**Address:** 9229 QUEENS BLVD STE<br>11 REGO PARK, NY 11374<br><br>**Date Received & Ref :** 12/08/19 |
| **Name:**<br>**Address:**<br><br><br>**Date Purchased & Ref :** | **Name:**<br>**Address:**<br><br><br>**Date Received & Ref :** |
| **Name:**<br>**Address:**<br><br><br>**Date Purchased & Ref :** | **Name:**<br>**Address:**<br><br><br>**Date Received & Ref :** |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

**(A)** is authorized as required under the Drug Supply Chain Security Act;
**(B)** received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
**(C)** received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
**(D)** did not knowingly ship a suspect or illegitimate product;
**(E)** had systems and processes in place to comply with verification requirements under section 582;
**(F)** did not knowingly provide false transaction information; and
**(G)** did not knowingly alter the transaction history.

Page: 1     of  1     pages.

SCSRELATIVITY_0001365753

GX 316.0002

# Drug Supply Chain Security Act Document

### (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: |
| --- |
| BIKTARVY 50MG/200MG/25MG 30TAB |

NDC: 61958-2501-01

| Lot Number | Quantity | Exp |
| --- | --- | --- |
| 19BIC021A | 2 | 03/2021 |
| | | |
| | | |

Reference Number: **01258775**
Document Type: **INVOICE**
Reference Date: 12/06/2019

### (TH) Transaction History

**Manufacturer's Name:** Gilead Sciences, Inc.
**Manufacturer's information:** 333 Lakeside Drive, Foster City, CA 94404

| SOLD TO: | SHIPPED TO: |
| --- | --- |
| **Name:** AMERISOURCEBERGEN DRUG CORP.<br>**Address:** 5500 NEW HORIZONS BLVD<br>NORTH AMITYVILLE, NY 11701-1156 | **Name:** AMERISOURCEBERGEN DRUG CORP.<br>**Address:** 5500 NEW HORIZONS BLVD<br>NORTH AMITYVILLE, NY 11701-1156 |
| **Date Purchased & Ref :** 08/02/19   PO#A141272 | **Date Received & Ref :** 08/02/19 |
| **Name:** AMSTERDAM WELLNESS PHARMACY INC<br>**Address:** 2091 AMSTERDAM AVE<br>NEW YORK, NY 10032-8210 | **Name:** AMSTERDAM WELLNESS PHARMACY INC<br>**Address:** 2091 AMSTERDAM AVE<br>NEW YORK, NY 10032-8210 |
| **Date Purchased & Ref :** 10/17/19   PO#20191017 | **Date Received & Ref :** 10/17/19 |
| **Name:** BOULEVARD 9229 LLC<br>**Address:** 9229 QUEENS BLVD STE<br>11 REGO PARK, NY 11374 | **Name:** BOULEVARD 9229 LLC<br>**Address:** 9229 QUEENS BLVD STE<br>11 REGO PARK, NY 11374 |
| **Date Purchased & Ref :** 12/04/19   PO#01258775 | **Date Received & Ref :** 12/06/19 |
| **Name:**<br>**Address:** | **Name:**<br>**Address:** |
| **Date Purchased & Ref :** | **Date Received & Ref :** |
| **Name:**<br>**Address:** | **Name:**<br>**Address:** |
| **Date Purchased & Ref :** | **Date Received & Ref :** |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

**(A)** is authorized as required under the Drug Supply Chain Security Act;
**(B)** received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
**(C)** received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
**(D)** did not knowingly ship a suspect or illegitimate product;
**(E)** had systems and processes in place to comply with verification requirements under section 582;
**(F)** did not knowingly provide false transaction information; and
**(G)** did not knowingly alter the transaction history.

Page: 1   of  1   pages.

SCSRELATIVITY_0001365753

# Drug Supply Chain Security Act Document

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 50MG/200MG/25MG 30TAB**

NDC: 61958-2501-01

| Lot Number | Quantity | Exp |
|---|---|---|
| 19BIC022A | **3** | 03/2021 |
|  |  |  |
|  |  |  |

Reference Number: **01258775**
Document Type: **INVOICE**
Reference Date: 12/06/2019

### (TH) Transaction History

**Manufacturer's Name:** Gilead Sciences, Inc.
**Manufacturer's information:** 333 Lakeside Drive, Foster City, CA 94404

| SOLD TO: | SHIPPED TO: |
|---|---|
| **Name:** AMERISOURCEBERGEN DRUG CORP.<br>**Address:** 5500 NEW HORIZONS BLVD<br>NORTH AMITYVILLE, NY 11701-1156<br><br>**Date Purchased & Ref :** 08/02/19   PO#A141272 | **Name:** AMERISOURCEBERGEN DRUG CORP.<br>**Address:** 5500 NEW HORIZONS BLVD<br>NORTH AMITYVILLE, NY 11701-1156<br><br>**Date Received & Ref :** 08/02/19 |
| **Name:** AMSTERDAM WELLNESS PHARMACY INC<br>**Address:** 2091 AMSTERDAM AVE<br>NEW YORK, NY 10032-8210<br><br>**Date Purchased & Ref :** 10/27/19   PO#20191027 | **Name:** AMSTERDAM WELLNESS PHARMACY INC<br>**Address:** 2091 AMSTERDAM AVE<br>NEW YORK, NY 10032-8210<br><br>**Date Received & Ref :** 10/27/19 |
| **Name:** BOULEVARD 9229 LLC<br>**Address:** 9229 QUEENS BLVD STE<br>11 REGO PARK, NY 11374<br><br>**Date Purchased & Ref :** 12/04/19   PO#01258775 | **Name:** BOULEVARD 9229 LLC<br>**Address:** 9229 QUEENS BLVD STE<br>11 REGO PARK, NY 11374<br><br>**Date Received & Ref :** 12/06/19 |
| **Name:**<br>**Address:**<br><br><br>**Date Purchased & Ref :** | **Name:**<br>**Address:**<br><br><br>**Date Received & Ref :** |
| **Name:**<br>**Address:**<br><br><br>**Date Purchased & Ref :** | **Name:**<br>**Address:**<br><br><br>**Date Received & Ref :** |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

# Drug Supply Chain Security Act Document

### (TI) Transaction Information

**Drug Name, Strength, Dosage Form, Container Size:**
**BIKTARVY 50MG/200MG/25MG 30TAB**

NDC: 61958-2501-01

| Lot Number | Quantity | Exp |
|---|---|---|
| 19BIC023A | 1 | 03/2023 |
| | | |
| | | |

**Reference Number:** **01258999**
**Document Type:** **INVOICE**
**Reference Date:** 12/06/2019

### (TH) Transaction History

**Manufacturer's Name:** Gilead Sciences, Inc.
**Manufacturer's information** 333 Lakeside Drive, Foster City, CA 94404

| SOLD TO: | SHIPPED TO: |
|---|---|
| **Name:** AMERISOURCEBERGEN DRUG CORP. | **Name:** AMERISOURCEBERGEN DRUG CORP. |
| **Address:** 5500 NEW HORIZONS BLVD NORTH AMITYVILLE, NY 11701-1156 | **Address:** 5500 NEW HORIZONS BLVD NORTH AMITYVILLE, NY 11701-1156 |
| **Date Purchased & Ref :** 09/16/19   PO#A141476 | **Date Received & Ref :** 09/16/19 |
| **Name:** AMSTERDAM WELLNESS PHARMACY INC | **Name:** AMSTERDAM WELLNESS PHARMACY INC |
| **Address:** 2091 AMSTERDAM AVE NEW YORK, NY 10032-8210 | **Address:** 2091 AMSTERDAM AVE NEW YORK, NY 10032-8210 |
| **Date Purchased & Ref :** 10/04/19   PO#20191004 | **Date Received & Ref :** 10/04/19 |
| **Name:** BOULEVARD 9229 LLC | **Name:** BOULEVARD 9229 LLC |
| **Address:** 9229 QUEENS BLVD STE 11 REGO PARK, NY 11374 | **Address:** 9229 QUEENS BLVD STE 11 REGO PARK, NY 11374 |
| **Date Purchased & Ref :** 12/05/19   PO#01258999 | **Date Received & Ref :** 12/06/19 |
| **Name:** | **Name:** |
| **Address:** | **Address:** |
| **Date Purchased & Ref :** | **Date Received & Ref :** |
| **Name:** | **Name:** |
| **Address:** | **Address:** |
| **Date Purchased & Ref :** | **Date Received & Ref :** |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

**(A)** is authorized as required under the Drug Supply Chain Security Act;
**(B)** received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
**(C)** received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
**(D)** did not knowingly ship a suspect or illegitimate product;
**(E)** had systems and processes in place to comply with verification requirements under section 582;
**(F)** did not knowingly provide false transaction information; and
**(G)** did not knowingly alter the transaction history.

Page: 1     of  1     pages.

SCSRELATIVITY_0001365753

GX 316.0005

# Drug Supply Chain Security Act Document

### (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: | | |
|---|---|---|
| **BIKTARVY 50MG/200MG/25MG 30TAB** | | |

NDC: 61958-2501-01

| Lot Number | Quantity | Exp |
|---|---|---|
| 19BIC024A | **1** | 03/2021 |
| | | |
| | | |

**Reference Number:** __01258999__

**Document Type:** __INVOICE__

**Reference Date:** __12/06/2019__

### (TH) Transaction History

**Manufacturer's Name:** Gilead Sciences, Inc.

**Manufacturer's information** 333 Lakeside Drive, Foster City, CA 94404

| SOLD TO: | SHIPPED TO: |
|---|---|
| **Name:** AMERISOURCEBERGEN DRUG CORP. <br> **Address:** 5500 NEW HORIZONS BLVD <br> NORTH AMITYVILLE, NY 11701-1156 | **Name:** AMERISOURCEBERGEN DRUG CORP. <br> **Address:** 5500 NEW HORIZONS BLVD <br> NORTH AMITYVILLE, NY 11701-1156 |
| **Date Purchased & Ref :** 09/11/19   PO#A141459 | **Date Received & Ref :** 09/11/19 |
| **SOLD TO:** <br> **Name:** AMSTERDAM WELLNESS PHARMACY INC <br> **Address:** 2091 AMSTERDAM AVE <br> NEW YORK, NY 10032-8210 | **SHIPPED TO:** <br> **Name:** AMSTERDAM WELLNESS PHARMACY INC <br> **Address:** 2091 AMSTERDAM AVE <br> NEW YORK, NY 10032-8210 |
| **Date Purchased & Ref :** 10/28/19   PO#20191028 | **Date Received & Ref :** 10/20/19 |
| **SOLD TO:** <br> **Name:** BOULEVARD 9229 LLC <br> **Address:** 9229 QUEENS BLVD STE <br> 11 REGO PARK, NY 11374 | **SHIPPED TO:** <br> **Name:** BOULEVARD 9229 LLC <br> **Address:** 9229 QUEENS BLVD STE <br> 11 REGO PARK, NY 11374 |
| **Date Purchased & Ref :** 12/05/19   PO#01258999 | **Date Received & Ref :** 12/06/19 |
| **SOLD TO:** <br> **Name:** <br> **Address:** <br><br> **Date Purchased & Ref :** | **SHIPPED TO:** <br> **Name:** <br> **Address:** <br><br> **Date Received & Ref :** |
| **SOLD TO:** <br> **Name:** <br> **Address:** <br><br> **Date Purchased & Ref :** | **SHIPPED TO:** <br> **Name:** <br> **Address:** <br><br> **Date Received & Ref :** |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

**(A)** is authorized as required under the Drug Supply Chain Security Act;
**(B)** received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
**(C)** received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
**(D)** did not knowingly ship a suspect or illegitimate product;
**(E)** had systems and processes in place to comply with verification requirements under section 582;
**(F)** did not knowingly provide false transaction information; and
**(G)** did not knowingly alter the transaction history.

Page: 1   of 1   pages.

SCSRELATIVITY_0001365753

GX 316.0006

# Drug Supply Chain Security Act Document

### (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: |
|---|

**BIKTARVY 50MG/200MG/25MG 30TAB**

NDC: 61958-2501-01

| Lot Number | Quantity | Exp |
|---|---|---|
| 19BIC028A | 3 | 04/2021 |
| | | |
| | | |

**Reference Number:** 01258999
**Document Type:** INVOICE
**Reference Date:** 12/06/2019

### (TH) Transaction History

**Manufacturer's Name:** Gilead Sciences, Inc.
**Manufacturer's information:** 333 Lakeside Drive, Foster City, CA 94404

| SOLD TO: | SHIPPED TO: |
|---|---|
| **Name:** AMERISOURCEBERGEN DRUG CORP.<br>**Address:** 5500 NEW HORIZONS BLVD<br>NORTH AMITYVILLE, NY 11701-1156 | **Name:** AMERISOURCEBERGEN DRUG CORP.<br>**Address:** 5500 NEW HORIZONS BLVD<br>NORTH AMITYVILLE, NY 11701-1156 |
| **Date Purchased & Ref :** 09/01/19    PO#A141325 | **Date Received & Ref :** 09/01/19 |
| **Name:** AMSTERDAM WELLNESS PHARMACY INC<br>**Address:** 2091 AMSTERDAM AVE<br>NEW YORK, NY 10032-8210 | **Name:** AMSTERDAM WELLNESS PHARMACY INC<br>**Address:** 2091 AMSTERDAM AVE<br>NEW YORK, NY 10032-8210 |
| **Date Purchased & Ref :** 10/04/19    PO#20191004 | **Date Received & Ref :** 10/04/19 |
| **Name:** BOULEVARD 9229 LLC<br>**Address:** 9229 QUEENS BLVD STE<br>11 REGO PARK, NY 11374 | **Name:** BOULEVARD 9229 LLC<br>**Address:** 9229 QUEENS BLVD STE<br>11 REGO PARK, NY 11374 |
| **Date Purchased & Ref :** 12/05/19    PO#01258999 | **Date Received & Ref :** 12/06/19 |
| **Name:**<br>**Address:** | **Name:**<br>**Address:** |
| **Date Purchased & Ref :** | **Date Received & Ref :** |
| **Name:**<br>**Address:** | **Name:**<br>**Address:** |
| **Date Purchased & Ref :** | **Date Received & Ref :** |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1    of  1    pages.

SCSRELATIVITY_0001365753

# Drug Supply Chain Security Act Document

### (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size:<br>**BIKTARVY 50MG/200MG/25MG 30TAB** | | |
|---|---|---|
| NDC: 61958-2501-01 | | |

| Lot Number | Quantity | Exp |
|---|---|---|
| 19BIC036A | **1** | 05/2021 |
| | | |
| | | |

**Reference Number:** <u>**01258999**</u>
**Document Type:** <u>**INVOICE**</u>
**Reference Date:** <u>12/06/2019</u>

### (TH) Transaction History

**Manufacturer's Name:** Gilead Sciences, Inc.
**Manufacturer's information** 333 Lakeside Drive, Foster City, CA 94404

| SOLD TO:<br>**Name:** AMERISOURCEBERGEN DRUG CORP.<br>**Address:** 5500 NEW HORIZONS BLVD<br>NORTH AMITYVILLE, NY 11701-1156<br><br>**Date Purchased & Ref :** 08/14/19   PO#A141296 | SHIPPED TO:<br>**Name:** AMERISOURCEBERGEN DRUG CORP.<br>**Address:** 5500 NEW HORIZONS BLVD<br>NORTH AMITYVILLE, NY 11701-1156<br><br>**Date Received & Ref :** 08/14/19 |
|---|---|
| SOLD TO:<br>**Name:** AMSTERDAM WELLNESS PHARMACY INC<br>**Address:** 2091 AMSTERDAM AVE<br>NEW YORK, NY 10032-8210<br><br>**Date Purchased & Ref :** 10/09/19   PO#20191009 | SHIPPED TO:<br>**Name:** AMSTERDAM WELLNESS PHARMACY INC<br>**Address:** 2091 AMSTERDAM AVE<br>NEW YORK, NY 10032-8210<br><br>**Date Received & Ref :** 10/09/19 |
| SOLD TO:<br>**Name:** BOULEVARD 9229 LLC<br>**Address:** 9229 QUEENS BLVD STE<br>11 REGO PARK, NY 11374<br><br>**Date Purchased & Ref :** 12/05/19   PO#01258999 | SHIPPED TO:<br>**Name:** BOULEVARD 9229 LLC<br>**Address:** 9229 QUEENS BLVD STE<br>11 REGO PARK, NY 11374<br><br>**Date Received & Ref :** 12/06/19 |
| SOLD TO:<br>**Name:**<br>**Address:**<br><br>**Date Purchased & Ref :** | SHIPPED TO:<br>**Name:**<br>**Address:**<br><br>**Date Received & Ref :** |
| SOLD TO:<br>**Name:**<br>**Address:**<br><br>**Date Purchased & Ref :** | SHIPPED TO:<br>**Name:**<br>**Address:**<br><br>**Date Received & Ref :** |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

**(A)** is authorized as required under the Drug Supply Chain Security Act;
**(B)** received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
**(C)** received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
**(D)** did not knowingly ship a suspect or illegitimate product;
**(E)** had systems and processes in place to comply with verification requirements under section 582;
**(F)** did not knowingly provide false transaction information; and
**(G)** did not knowingly alter the transaction history.

Page: 1       of 1       pages.

SCSRELATIVITY_0001365753

GX 316.0008

# Drug Supply Chain Security Act Document

### (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: |
| --- |
| BIKTARVY 50MG/200MG/25MG 30TAB |

NDC: 61958-2501-01

| Lot Number | Quantity | Exp |
| --- | --- | --- |
| 19BIC037A | 1 | 05/2021 |
| | | |
| | | |

Reference Number: **01258775**
Document Type: **INVOICE**
Reference Date: 12/06/2019

### (TH) Transaction History

**Manufacturer's Name:** Gilead Sciences, Inc.
**Manufacturer's information:** 333 Lakeside Drive, Foster City, CA 94404

| SOLD TO: | SHIPPED TO: |
| --- | --- |
| **Name:** AMERISOURCEBERGEN DRUG CORP.<br>**Address:** 5500 NEW HORIZONS BLVD<br>NORTH AMITYVILLE, NY 11701-1156 | **Name:** AMERISOURCEBERGEN DRUG CORP.<br>**Address:** 5500 NEW HORIZONS BLVD<br>NORTH AMITYVILLE, NY 11701-1156 |
| **Date Purchased & Ref :** 08/21/19  PO#A141306 | **Date Received & Ref :** 08/21/19 |
| **Name:** AMSTERDAM WELLNESS PHARMACY INC<br>**Address:** 2091 AMSTERDAM AVE<br>NEW YORK, NY 10032-8210 | **Name:** AMSTERDAM WELLNESS PHARMACY INC<br>**Address:** 2091 AMSTERDAM AVE<br>NEW YORK, NY 10032-8210 |
| **Date Purchased & Ref :** 10/29/19  PO#20191029 | **Date Received & Ref :** 10/29/19 |
| **Name:** BOULEVARD 9229 LLC<br>**Address:** 9229 QUEENS BLVD STE<br>11 REGO PARK, NY 11374 | **Name:** BOULEVARD 9229 LLC<br>**Address:** 9229 QUEENS BLVD STE<br>11 REGO PARK, NY 11374 |
| **Date Purchased & Ref :** 12/04/19  PO#01258775 | **Date Received & Ref :** 12/06/19 |
| **Name:**<br>**Address:** | **Name:**<br>**Address:** |
| **Date Purchased & Ref :** | **Date Received & Ref :** |
| **Name:**<br>**Address:** | **Name:**<br>**Address:** |
| **Date Purchased & Ref :** | **Date Received & Ref :** |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

**(A)** is authorized as required under the Drug Supply Chain Security Act;
**(B)** received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
**(C)** received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
**(D)** did not knowingly ship a suspect or illegitimate product;
**(E)** had systems and processes in place to comply with verification requirements under section 582;
**(F)** did not knowingly provide false transaction information; and
**(G)** did not knowingly alter the transaction history.

Page: 1  of  1  pages.

# Drug Supply Chain Security Act Document

## (TI) Transaction Information

**Drug Name, Strength, Dosage Form, Container Size:**
**BIKTARVY 50MG/200MG/25MG 30TAB**

NDC: 61958-2501-01

| Lot Number | Quantity | Exp |
|---|---|---|
| 19BIC038A | **2** | 05/2021 |
| | | |
| | | |

**Reference Number:** 01259654
**Document Type:** INVOICE
**Reference Date:** 12/08/2019

## (TH) Transaction History

**Manufacturer's Name:** Gilead Sciences, Inc.
**Manufacturer's information:** 333 Lakeside Drive, Foster City, CA 94404

| SOLD TO: | SHIPPED TO: |
|---|---|
| **Name:** AMERISOURCEBERGEN DRUG CORP.<br>**Address:** 5500 NEW HORIZONS BLVD<br>NORTH AMITYVILLE, NY 11701-1156 | **Name:** AMERISOURCEBERGEN DRUG CORP.<br>**Address:** 5500 NEW HORIZONS BLVD<br>NORTH AMITYVILLE, NY 11701-1156 |
| **Date Purchased & Ref :** 08/22/19   PO#A141308 | **Date Received & Ref :** 08/22/19 |
| **Name:** AMSTERDAM WELLNESS PHARMACY INC<br>**Address:** 2091 AMSTERDAM AVE<br>NEW YORK, NY 10032-8210 | **Name:** AMSTERDAM WELLNESS PHARMACY INC<br>**Address:** 2091 AMSTERDAM AVE<br>NEW YORK, NY 10032-8210 |
| **Date Purchased & Ref :** 10/03/19   PO#20191003 | **Date Received & Ref :** 10/03/19 |
| **Name:** BOULEVARD 9229 LLC<br>**Address:** 9229 QUEENS BLVD STE<br>11 REGO PARK, NY 11374 | **Name:** BOULEVARD 9229 LLC<br>**Address:** 9229 QUEENS BLVD STE<br>11 REGO PARK, NY 11374 |
| **Date Purchased & Ref :** 12/06/19   PO#01259654 | **Date Received & Ref :** 12/08/19 |
| **Name:**<br>**Address:** | **Name:**<br>**Address:** |
| **Date Purchased & Ref :** | **Date Received & Ref :** |
| **Name:**<br>**Address:** | **Name:**<br>**Address:** |
| **Date Purchased & Ref :** | **Date Received & Ref :** |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1     of  1     pages.

SCSRELATIVITY_0001365753

GX 316.0010

# Drug Supply Chain Security Act Document

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 50MG/200MG/25MG 30TAB**

NDC: 61958-2501-01

| Lot Number | Quantity | Exp |
|---|---|---|
| 19BIC038A | 1 | 01/2021 |
| | | |
| | | |

Reference Number: **01258775**
Document Type: **INVOICE**
Reference Date: 12/06/2019

### (TH) Transaction History

**Manufacturer's Name:** Gilead Sciences, Inc.
**Manufacturer's information:** 333 Lakeside Drive, Foster City, CA 94404

| SOLD TO: | SHIPPED TO: |
|---|---|
| **Name:** AMERISOURCEBERGEN DRUG CORP. <br> **Address:** 5500 NEW HORIZONS BLVD <br> NORTH AMITYVILLE, NY 11701-1156 <br><br> **Date Purchased & Ref :** 08/01/19  PO#A141268 | **Name:** AMERISOURCEBERGEN DRUG CORP. <br> **Address:** 5500 NEW HORIZONS BLVD <br> NORTH AMITYVILLE, NY 11701-1156 <br><br> **Date Received & Ref :** 08/01/19 |
| **Name:** AMSTERDAM WELLNESS PHARMACY INC <br> **Address:** 2091 AMSTERDAM AVE <br> NEW YORK, NY 10032-8210 <br><br> **Date Purchased & Ref :** 10/15/19  PO#20191015 | **Name:** AMSTERDAM WELLNESS PHARMACY INC <br> **Address:** 2091 AMSTERDAM AVE <br> NEW YORK, NY 10032-8210 <br><br> **Date Received & Ref :** 10/15/19 |
| **Name:** BOULEVARD 9229 LLC <br> **Address:** 9229 QUEENS BLVD STE <br> 11 REGO PARK, NY 11374 <br><br> **Date Purchased & Ref :** 12/04/19  PO#01258775 | **Name:** BOULEVARD 9229 LLC <br> **Address:** 9229 QUEENS BLVD STE <br> 11 REGO PARK, NY 11374 <br><br> **Date Received & Ref :** 12/06/19 |
| **Name:** <br> **Address:** <br><br> **Date Purchased & Ref :** | **Name:** <br> **Address:** <br><br> **Date Received & Ref :** |
| **Name:** <br> **Address:** <br><br> **Date Purchased & Ref :** | **Name:** <br> **Address:** <br><br> **Date Received & Ref :** |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

**(A)** is authorized as required under the Drug Supply Chain Security Act;
**(B)** received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
**(C)** received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
**(D)** did not knowingly ship a suspect or illegitimate product;
**(E)** had systems and processes in place to comply with verification requirements under section 582;
**(F)** did not knowingly provide false transaction information; and
**(G)** did not knowingly alter the transaction history.

Page: 1    of 1    pages.

SCSRELATIVITY_0001365753

GX 316.0011

# Drug Supply Chain Security Act Document

## (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: |
| --- |

**BIKTARVY 50MG/200MG/25MG 30TAB**

NDC: 61958-2501-01

| Lot Number | Quantity | Exp |
| --- | --- | --- |
| 19BIC041A | 4 | 05/2021 |
| | | |
| | | |

**Reference Number:** 01259654
**Document Type:** INVOICE
**Reference Date:** 12/08/2019

## (TH) Transaction History

**Manufacturer's Name:** Gilead Sciences, Inc.
**Manufacturer's information:** 333 Lakeside Drive, Foster City, CA 94404

| SOLD TO: | SHIPPED TO: |
| --- | --- |
| **Name:** AMERISOURCEBERGEN DRUG CORP.<br>**Address:** 5500 NEW HORIZONS BLVD<br>NORTH AMITYVILLE, NY 11701-1156 | **Name:** AMERISOURCEBERGEN DRUG CORP.<br>**Address:** 5500 NEW HORIZONS BLVD<br>NORTH AMITYVILLE, NY 11701-1156 |
| **Date Purchased & Ref :** 08/19/19   PO#A141303 | **Date Received & Ref :** 08/19/19 |
| **Name:** AMSTERDAM WELLNESS PHARMACY INC<br>**Address:** 2091 AMSTERDAM AVE<br>NEW YORK, NY 10032-8210 | **Name:** AMSTERDAM WELLNESS PHARMACY INC<br>**Address:** 2091 AMSTERDAM AVE<br>NEW YORK, NY 10032-8210 |
| **Date Purchased & Ref :** 10/21/19   PO#20191021 | **Date Received & Ref :** 10/21/19 |
| **Name:** BOULEVARD 9229 LLC<br>**Address:** 9229 QUEENS BLVD STE<br>11 REGO PARK, NY 11374 | **Name:** BOULEVARD 9229 LLC<br>**Address:** 9229 QUEENS BLVD STE<br>11 REGO PARK, NY 11374 |
| **Date Purchased & Ref :** 12/06/19   PO#01259654 | **Date Received & Ref :** 12/08/19 |
| **Name:**<br>**Address:** | **Name:**<br>**Address:** |
| **Date Purchased & Ref :** | **Date Received & Ref :** |
| **Name:**<br>**Address:** | **Name:**<br>**Address:** |
| **Date Purchased & Ref :** | **Date Received & Ref :** |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001365753

# Drug Supply Chain Security Act Document

### (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: | | |
|---|---|---|
| **BIKTARVY 50MG/200MG/25MG 30TAB** | | |

NDC: 61958-2501-01

| Lot Number | Quantity | Exp |
|---|---|---|
| 022534 | **10** | 08/2021 |
| | | |
| | | |

| | |
|---|---|
| **Reference Number:** | **01259654** |
| **Document Type:** | **INVOICE** |
| **Reference Date:** | 12/08/2019 |

### (TH) Transaction History

**Manufacturer's Name:** Gilead Sciences, Inc.
**Manufacturer's information:** 333 Lakeside Drive, Foster City, CA 94404

| SOLD TO: | SHIPPED TO: |
|---|---|
| **Name:** AMERISOURCEBERGEN DRUG CORP. | **Name:** AMERISOURCEBERGEN DRUG CORP. |
| **Address:** 5500 NEW HORIZONS BLVD  NORTH AMITYVILLE, NY 11701-1156 | **Address:** 5500 NEW HORIZONS BLVD  NORTH AMITYVILLE, NY 11701-1156 |
| **Date Purchased & Ref :** 08/19/19   PO#A141303 | **Date Received & Ref :** 08/19/19 |
| **SOLD TO:** | **SHIPPED TO:** |
| **Name:** AMSTERDAM WELLNESS PHARMACY INC | **Name:** AMSTERDAM WELLNESS PHARMACY INC |
| **Address:** 2091 AMSTERDAM AVE  NEW YORK, NY 10032-8210 | **Address:** 2091 AMSTERDAM AVE  NEW YORK, NY 10032-8210 |
| **Date Purchased & Ref :** 10/17/19   PO#20191017 | **Date Received & Ref :** 10/17/19 |
| **SOLD TO:** | **SHIPPED TO:** |
| **Name:** BOULEVARD 9229 LLC | **Name:** BOULEVARD 9229 LLC |
| **Address:** 9229 QUEENS BLVD STE  11 REGO PARK, NY 11374 | **Address:** 9229 QUEENS BLVD STE  11 REGO PARK, NY 11374 |
| **Date Purchased & Ref :** 12/06/19   PO#01259654 | **Date Received & Ref :** 12/08/19 |
| **SOLD TO:**  **Name:**  **Address:**  **Date Purchased & Ref :** | **SHIPPED TO:**  **Name:**  **Address:**  **Date Received & Ref :** |
| **SOLD TO:**  **Name:**  **Address:**  **Date Purchased & Ref :** | **SHIPPED TO:**  **Name:**  **Address:**  **Date Received & Ref :** |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

**(A)** is authorized as required under the Drug Supply Chain Security Act;
**(B)** received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
**(C)** received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
**(D)** did not knowingly ship a suspect or illegitimate product;
**(E)** had systems and processes in place to comply with verification requirements under section 582;
**(F)** did not knowingly provide false transaction information; and
**(G)** did not knowingly alter the transaction history.

Page: 1    of  1    pages.

SCSRELATIVITY_0001365753

GX 316.0013

# Drug Supply Chain Security Act Document

## (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: | | |
|---|---|---|
| **BIKTARVY 50MG/200MG/25MG 30TAB** | | |

**NDC: 61958-2501-01**

| Lot Number | Quantity | Exp |
|---|---|---|
| CCDVNA | **1** | 02/2021 |
| | | |
| | | |

**Reference Number:** __01258775__
**Document Type:** __INVOICE__
**Reference Date:** __12/06/2019__

## (TH) Transaction History

**Manufacturer's Name:** Gilead Sciences, Inc.
**Manufacturer's information** 333 Lakeside Drive, Foster City, CA 94404

| SOLD TO: | SHIPPED TO: |
|---|---|
| **Name:** AMERISOURCEBERGEN DRUG CORP. | **Name:** AMERISOURCEBERGEN DRUG CORP. |
| **Address:** 5500 NEW HORIZONS BLVD | **Address:** 5500 NEW HORIZONS BLVD |
| NORTH AMITYVILLE, NY 11701-1156 | NORTH AMITYVILLE, NY 11701-1156 |
| **Date Purchased & Ref :** 08/09/19   PO#A141289 | **Date Received & Ref :** 08/09/19 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| **Name:** AMSTERDAM WELLNESS PHARMACY INC | **Name:** AMSTERDAM WELLNESS PHARMACY INC |
| **Address:** 2091 AMSTERDAM AVE | **Address:** 2091 AMSTERDAM AVE |
| NEW YORK, NY 10032-8210 | NEW YORK, NY 10032-8210 |
| **Date Purchased & Ref :** 10/13/19   PO#20191013 | **Date Received & Ref :** 10/13/19 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| **Name:** BOULEVARD 9229 LLC | **Name:** BOULEVARD 9229 LLC |
| **Address:** 9229 QUEENS BLVD STE | **Address:** 9229 QUEENS BLVD STE |
| 11 REGO PARK, NY 11374 | 11 REGO PARK, NY 11374 |
| **Date Purchased & Ref :** 12/04/19   PO#01258775 | **Date Received & Ref :** 12/06/19 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| **Name:** | **Name:** |
| **Address:** | **Address:** |
| | |
| **Date Purchased & Ref :** | **Date Received & Ref :** |

| SOLD TO: | SHIPPED TO: |
|---|---|
| **Name:** | **Name:** |
| **Address:** | **Address:** |
| | |
| **Date Purchased & Ref :** | **Date Received & Ref :** |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

**(A)** is authorized as required under the Drug Supply Chain Security Act;
**(B)** received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
**(C)** received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
**(D)** did not knowingly ship a suspect or illegitimate product;
**(E)** had systems and processes in place to comply with verification requirements under section 582;
**(F)** did not knowingly provide false transaction information; and
**(G)** did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001365753

GX 316.0014

# Drug Supply Chain Security Act Document

## (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: |
|---|
| **BIKTARVY 50MG/200MG/25MG 30TAB** |

NDC: 61958-2501-01

| Lot Number | Quantity | Exp |
|---|---|---|
| CCDVPA | 1 | 02/2021 |
| | | |
| | | |

Reference Number: **01258775**
Document Type: **INVOICE**
Reference Date: **12/06/2019**

## (TH) Transaction History

**Manufacturer's Name:** Gilead Sciences, Inc.
**Manufacturer's information:** 333 Lakeside Drive, Foster City, CA 94404

| SOLD TO: | SHIPPED TO: |
|---|---|
| **Name:** AMERISOURCEBERGEN DRUG CORP. <br> **Address:** 5500 NEW HORIZONS BLVD <br> NORTH AMITYVILLE, NY 11701-1156 | **Name:** AMERISOURCEBERGEN DRUG CORP. <br> **Address:** 5500 NEW HORIZONS BLVD <br> NORTH AMITYVILLE, NY 11701-1156 |
| **Date Purchased & Ref :** 08/19/19   PO#A141303 | **Date Received & Ref :** 08/19/19 |
| **Name:** AMSTERDAM WELLNESS PHARMACY INC <br> **Address:** 2091 AMSTERDAM AVE <br> NEW YORK, NY 10032-8210 | **Name:** AMSTERDAM WELLNESS PHARMACY INC <br> **Address:** 2091 AMSTERDAM AVE <br> NEW YORK, NY 10032-8210 |
| **Date Purchased & Ref :** 10/09/19   PO#20191009 | **Date Received & Ref :** 10/09/19 |
| **Name:** BOULEVARD 9229 LLC <br> **Address:** 9229 QUEENS BLVD STE <br> 11 REGO PARK, NY 11374 | **Name:** BOULEVARD 9229 LLC <br> **Address:** 9229 QUEENS BLVD STE <br> 11 REGO PARK, NY 11374 |
| **Date Purchased & Ref :** 12/04/19   PO#01258775 | **Date Received & Ref :** 12/06/19 |
| **Name:** <br> **Address:** | **Name:** <br> **Address:** |
| **Date Purchased & Ref :** | **Date Received & Ref :** |
| **Name:** <br> **Address:** | **Name:** <br> **Address:** |
| **Date Purchased & Ref :** | **Date Received & Ref :** |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of 1      pages.

SCSRELATIVITY_0001365753

# Drug Supply Chain Security Act Document

## (TI) Transaction Information

**Drug Name, Strength, Dosage Form, Container Size:**
**BIKTARVY 50MG/200MG/25MG 30TAB**

NDC: 61958-2501-01

| Lot Number | Quantity | Exp |
|---|---|---|
| CCDVTA | 1 | 03/2021 |
| | | |
| | | |

**Reference Number:** 01258775
**Document Type:** INVOICE
**Reference Date:** 12/06/2019

## (TH) Transaction History

**Manufacturer's Name:** Gilead Sciences, Inc.
**Manufacturer's information** 333 Lakeside Drive, Foster City, CA 94404

| SOLD TO: | SHIPPED TO: |
|---|---|
| **Name:** AMERISOURCEBERGEN DRUG CORP.<br>**Address:** 5500 NEW HORIZONS BLVD<br>NORTH AMITYVILLE, NY 11701-1156<br><br>**Date Purchased & Ref :** 08/28/19   PO#A141317 | **Name:** AMERISOURCEBERGEN DRUG CORP.<br>**Address:** 5500 NEW HORIZONS BLVD<br>NORTH AMITYVILLE, NY 11701-1156<br><br>**Date Received & Ref :** 08/28/19 |
| **Name:** AMSTERDAM WELLNESS PHARMACY INC<br>**Address:** 2091 AMSTERDAM AVE<br>NEW YORK, NY 10032-8210<br><br>**Date Purchased & Ref :** 10/21/19   PO#20191021 | **Name:** AMSTERDAM WELLNESS PHARMACY INC<br>**Address:** 2091 AMSTERDAM AVE<br>NEW YORK, NY 10032-8210<br><br>**Date Received & Ref :** 10/21/19 |
| **Name:** BOULEVARD 9229 LLC<br>**Address:** 9229 QUEENS BLVD STE<br>11 REGO PARK, NY 11374<br><br>**Date Purchased & Ref :** 12/04/19   PO#01258775 | **Name:** BOULEVARD 9229 LLC<br>**Address:** 9229 QUEENS BLVD STE<br>11 REGO PARK, NY 11374<br><br>**Date Received & Ref :** 12/06/19 |
| **Name:**<br>**Address:**<br><br>**Date Purchased & Ref :** | **Name:**<br>**Address:**<br><br>**Date Received & Ref :** |
| **Name:**<br>**Address:**<br><br>**Date Purchased & Ref :** | **Name:**<br>**Address:**<br><br>**Date Received & Ref :** |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1     of 1     pages.

SCSRELATIVITY_0001365753

GX 316.0016

# Drug Supply Chain Security Act Document

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 50MG/200MG/25MG 30TAB**

NDC: 61958-2501-01

| Lot Number | Quantity | Exp |
|---|---|---|
| CCKKCA | 1 | 03/2021 |
| | | |
| | | |

Reference Number: **01259654**
Document Type: **INVOICE**
Reference Date: 12/08/2019

## (TH) Transaction History

**Manufacturer's Name:** Gilead Sciences, Inc.
**Manufacturer's information** 333 Lakeside Drive, Foster City, CA 94404

| SOLD TO: | SHIPPED TO: |
|---|---|
| **Name:** AMERISOURCEBERGEN DRUG CORP.<br>**Address:** 5500 NEW HORIZONS BLVD<br>NORTH AMITYVILLE, NY 11701-1156 | **Name:** AMERISOURCEBERGEN DRUG CORP.<br>**Address:** 5500 NEW HORIZONS BLVD<br>NORTH AMITYVILLE, NY 11701-1156 |
| Date Purchased & Ref : 08/07/19  PO#A141283 | Date Received & Ref : 08/07/19 |
| **Name:** AMSTERDAM WELLNESS PHARMACY INC<br>**Address:** 2091 AMSTERDAM AVE<br>NEW YORK, NY 10032-8210 | **Name:** AMSTERDAM WELLNESS PHARMACY INC<br>**Address:** 2091 AMSTERDAM AVE<br>NEW YORK, NY 10032-8210 |
| Date Purchased & Ref : 10/14/19  PO#20191014 | Date Received & Ref : 10/14/19 |
| **Name:** BOULEVARD 9229 LLC<br>**Address:** 9229 QUEENS BLVD STE<br>11 REGO PARK, NY 11374 | **Name:** BOULEVARD 9229 LLC<br>**Address:** 9229 QUEENS BLVD STE<br>11 REGO PARK, NY 11374 |
| Date Purchased & Ref : 12/06/19  PO#01259654 | Date Received & Ref : 12/08/19 |
| **Name:**<br>**Address:** | **Name:**<br>**Address:** |
| Date Purchased & Ref : | Date Received & Ref : |
| **Name:**<br>**Address:** | **Name:**<br>**Address:** |
| Date Purchased & Ref : | Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of 1        pages.

SCSRELATIVITY_0001365753

GX 316.0017

# Drug Supply Chain Security Act Document

## (TI) Transaction Information

**Drug Name, Strength, Dosage Form, Container Size:**
**BIKTARVY 50MG/200MG/25MG 30TAB**

NDC: 61958-2501-01

| Lot Number | Quantity | Exp |
|------------|----------|---------|
| CCKKGA | **3** | 03/2021 |
| | | |
| | | |

**Reference Number:** <u>01259654</u>
**Document Type:** <u>INVOICE</u>
**Reference Date:** <u>12/08/2019</u>

## (TH) Transaction History

**Manufacturer's Name:** Gilead Sciences, Inc.
**Manufacturer's information:** 333 Lakeside Drive, Foster City, CA 94404

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| **Name:** AMERISOURCEBERGEN DRUG CORP.<br>**Address:** 5500 NEW HORIZONS BLVD<br>NORTH AMITYVILLE, NY 11701-1156 | **Name:** AMERISOURCEBERGEN DRUG CORP.<br>**Address:** 5500 NEW HORIZONS BLVD<br>NORTH AMITYVILLE, NY 11701-1156 |
| **Date Purchased & Ref :** 08/06/19   PO#A141278 | **Date Received & Ref :** 08/06/19 |
| **Name:** AMSTERDAM WELLNESS PHARMACY INC<br>**Address:** 2091 AMSTERDAM AVE<br>NEW YORK, NY 10032-8210 | **Name:** AMSTERDAM WELLNESS PHARMACY INC<br>**Address:** 2091 AMSTERDAM AVE<br>NEW YORK, NY 10032-8210 |
| **Date Purchased & Ref :** 10/28/19   PO#20191028 | **Date Received & Ref :** 10/28/19 |
| **Name:** BOULEVARD 9229 LLC<br>**Address:** 9229 QUEENS BLVD STE<br>11 REGO PARK, NY 11374 | **Name:** BOULEVARD 9229 LLC<br>**Address:** 9229 QUEENS BLVD STE<br>11 REGO PARK, NY 11374 |
| **Date Purchased & Ref :** 12/06/19   PO#01259654 | **Date Received & Ref :** 12/08/19 |
| **Name:**<br>**Address:** | **Name:**<br>**Address:** |
| **Date Purchased & Ref :** | **Date Received & Ref :** |
| **Name:**<br>**Address:** | **Name:**<br>**Address:** |
| **Date Purchased & Ref :** | **Date Received & Ref :** |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

**(A) is authorized as required under the Drug Supply Chain Security Act;**
**(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;**
**(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;**
**(D) did not knowingly ship a suspect or illegitimate product;**
**(E) had systems and processes in place to comply with verification requirements under section 582;**
**(F) did not knowingly provide false transaction information; and**
**(G) did not knowingly alter the transaction history.**

Page: 1       of 1       pages.

SCSRELATIVITY_0001365753

GX 316.0018

# Drug Supply Chain Security Act Document

### (TI) Transaction Information

**Drug Name, Strength, Dosage Form, Container Size:**
**BIKTARVY 50MG/200MG/25MG 30TAB**

NDC: 61958-2501-01

| Lot Number | Quantity | Exp |
|---|---|---|
| CCKKKA | 1 | 03/2021 |
|  |  |  |
|  |  |  |

**Reference Number:**  01258775
**Document Type:**  INVOICE
**Reference Date:**  12/06/2019

### (TH) Transaction History

**Manufacturer's Name:** Gilead Sciences, Inc.
**Manufacturer's information** 333 Lakeside Drive, Foster City, CA 94404

**SOLD TO:**
**Name:**  AMERISOURCEBERGEN DRUG CORP.
**Address:**  5500 NEW HORIZONS BLVD
NORTH AMITYVILLE, NY 11701-1156
**Date Purchased & Ref :**  08/07/19   PO#A141283

**SHIPPED TO:**
**Name:**  AMERISOURCEBERGEN DRUG CORP.
**Address:**  5500 NEW HORIZONS BLVD
NORTH AMITYVILLE, NY 11701-1156
**Date Received & Ref :**  08/07/19

**SOLD TO:**
**Name:**  AMSTERDAM WELLNESS PHARMACY INC
**Address:**  2091 AMSTERDAM AVE
NEW YORK, NY 10032-8210
**Date Purchased & Ref :**  10/21/19   PO#20191021

**SHIPPED TO:**
**Name:**  AMSTERDAM WELLNESS PHARMACY INC
**Address:**  2091 AMSTERDAM AVE
NEW YORK, NY 10032-8210
**Date Received & Ref :**  10/21/19

**SOLD TO:**
**Name:**  BOULEVARD 9229 LLC
**Address:**  9229 QUEENS BLVD STE
11 REGO PARK, NY 11374
**Date Purchased & Ref :**  12/04/19   PO#01258775

**SHIPPED TO:**
**Name:**  BOULEVARD 9229 LLC
**Address:**  9229 QUEENS BLVD STE
11 REGO PARK, NY 11374
**Date Received & Ref :**  12/06/19

**SOLD TO:**
**Name:**
**Address:**

**Date Purchased & Ref :**

**SHIPPED TO:**
**Name:**
**Address:**

**Date Received & Ref :**

**SOLD TO:**
**Name:**
**Address:**

**Date Purchased & Ref :**

**SHIPPED TO:**
**Name:**
**Address:**

**Date Received & Ref :**

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

**(A) is authorized as required under the Drug Supply Chain Security Act;**
**(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;**
**(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;**
**(D) did not knowingly ship a suspect or illegitimate product;**
**(E) had systems and processes in place to comply with verification requirements under section 582;**
**(F) did not knowingly provide false transaction information; and**
**(G) did not knowingly alter the transaction history.**

Page: 1        of  1        pages.

SCSRELATIVITY_0001365753

GX 316.0019

# Drug Supply Chain Security Act Document

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 50MG/200MG/25MG 30TAB**

NDC: 61958-2501-01

| Lot Number | Quantity | Exp |
|---|---|---|
| CCPDTA | 1 | 04/2021 |
| | | |
| | | |

Reference Number: **01259654**
Document Type: **INVOICE**
Reference Date: 12/08/2019

## (TH) Transaction History

**Manufacturer's Name:** Gilead Sciences, Inc.
**Manufacturer's information:** 333 Lakeside Drive, Foster City, CA 94404

| SOLD TO: | SHIPPED TO: |
|---|---|
| **Name:** AMERISOURCEBERGEN DRUG CORP. <br> **Address:** 5500 NEW HORIZONS BLVD <br> NORTH AMITYVILLE, NY 11701-1156 <br><br> **Date Purchased & Ref :** 08/16/19   PO#A141301 | **Name:** AMERISOURCEBERGEN DRUG CORP. <br> **Address:** 5500 NEW HORIZONS BLVD <br> NORTH AMITYVILLE, NY 11701-1156 <br><br> **Date Received & Ref :** 08/16/19 |
| **Name:** AMSTERDAM WELLNESS PHARMACY INC <br> **Address:** 2091 AMSTERDAM AVE <br> NEW YORK, NY 10032-8210 <br><br> **Date Purchased & Ref :** 10/23/19   PO#20191023 | **Name:** AMSTERDAM WELLNESS PHARMACY INC <br> **Address:** 2091 AMSTERDAM AVE <br> NEW YORK, NY 10032-8210 <br><br> **Date Received & Ref :** 10/23/19 |
| **Name:** BOULEVARD 9229 LLC <br> **Address:** 9229 QUEENS BLVD STE <br> 11 REGO PARK, NY 11374 <br><br> **Date Purchased & Ref :** 12/06/19   PO#01259654 | **Name:** BOULEVARD 9229 LLC <br> **Address:** 9229 QUEENS BLVD STE <br> 11 REGO PARK, NY 11374 <br><br> **Date Received & Ref :** 12/08/19 |
| **Name:** <br> **Address:** <br><br> **Date Purchased & Ref :** | **Name:** <br> **Address:** <br><br> **Date Received & Ref :** |
| **Name:** <br> **Address:** <br><br> **Date Purchased & Ref :** | **Name:** <br> **Address:** <br><br> **Date Received & Ref :** |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

**(A)** is authorized as required under the Drug Supply Chain Security Act;
**(B)** received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
**(C)** received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
**(D)** did not knowingly ship a suspect or illegitimate product;
**(E)** had systems and processes in place to comply with verification requirements under section 582;
**(F)** did not knowingly provide false transaction information; and
**(G)** did not knowingly alter the transaction history.

Page: 1   of  1   pages.

SCSRELATIVITY_0001365753

GX 316.0020

# Drug Supply Chain Security Act Document

## (TI) Transaction Information

**Drug Name, Strength, Dosage Form, Container Size:**
**BIKTARVY 50MG/200MG/25MG 30TAB**

NDC: 61958-2501-01

| Lot Number | Quantity | Exp |
|---|---|---|
| CCPDVA | 1 | 04/2021 |
| | | |
| | | |

**Reference Number:** 01258775
**Document Type:** INVOICE
**Reference Date:** 12/06/2019

## (TH) Transaction History

**Manufacturer's Name:** Gilead Sciences, Inc.
**Manufacturer's information:** 333 Lakeside Drive, Foster City, CA 94404

**SOLD TO:**
**Name:** AMERISOURCEBERGEN DRUG CORP.
**Address:** 5500 NEW HORIZONS BLVD
NORTH AMITYVILLE, NY 11701-1156
**Date Purchased & Ref :** 08/09/19   PO#A141289

**SHIPPED TO:**
**Name:** AMERISOURCEBERGEN DRUG CORP.
**Address:** 5500 NEW HORIZONS BLVD
NORTH AMITYVILLE, NY 11701-1156
**Date Received & Ref :** 08/09/19

**SOLD TO:**
**Name:** AMSTERDAM WELLNESS PHARMACY INC
**Address:** 2091 AMSTERDAM AVE
NEW YORK, NY 10032-8210
**Date Purchased & Ref :** 10/21/19   PO#20191021

**SHIPPED TO:**
**Name:** AMSTERDAM WELLNESS PHARMACY INC
**Address:** 2091 AMSTERDAM AVE
NEW YORK, NY 10032-8210
**Date Received & Ref :** 10/21/19

**SOLD TO:**
**Name:** BOULEVARD 9229 LLC
**Address:** 9229 QUEENS BLVD STE
11 REGO PARK, NY 11374
**Date Purchased & Ref :** 12/04/19   PO#01258775

**SHIPPED TO:**
**Name:** BOULEVARD 9229 LLC
**Address:** 9229 QUEENS BLVD STE
11 REGO PARK, NY 11374
**Date Received & Ref :** 12/06/19

**SOLD TO:**
**Name:**
**Address:**

**Date Purchased & Ref :**

**SHIPPED TO:**
**Name:**
**Address:**

**Date Received & Ref :**

**SOLD TO:**
**Name:**
**Address:**

**Date Purchased & Ref :**

**SHIPPED TO:**
**Name:**
**Address:**

**Date Received & Ref :**

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of 1      pages.

SCSRELATIVITY_0001365753

GX 316.0021

# Drug Supply Chain Security Act Document

## (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: | | | |
|---|---|---|---|
| **BIKTARVY 50MG/200MG/25MG 30TAB** | | | **Reference Number:** 01258775 |
| NDC: 61958-2501-01 | | | **Document Type:** INVOICE |

**Reference Date:** 12/06/2019

| Lot Number | Quantity | Exp |
|---|---|---|
| CCVCVA | 1 | 04/2021 |
| | | |
| | | |

## (TH) Transaction History

**Manufacturer's Name:** Gilead Sciences, Inc.
**Manufacturer's information:** 333 Lakeside Drive, Foster City, CA 94404

| SOLD TO: | SHIPPED TO: |
|---|---|
| **Name:** AMERISOURCEBERGEN DRUG CORP. | **Name:** AMERISOURCEBERGEN DRUG CORP. |
| **Address:** 5500 NEW HORIZONS BLVD<br>NORTH AMITYVILLE, NY 11701-1156 | **Address:** 5500 NEW HORIZONS BLVD<br>NORTH AMITYVILLE, NY 11701-1156 |
| **Date Purchased & Ref :** 08/08/19   PO#A141285 | **Date Received & Ref :** 08/08/19 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| **Name:** AMSTERDAM WELLNESS PHARMACY INC | **Name:** AMSTERDAM WELLNESS PHARMACY INC |
| **Address:** 2091 AMSTERDAM AVE<br>NEW YORK, NY 10032-8210 | **Address:** 2091 AMSTERDAM AVE<br>NEW YORK, NY 10032-8210 |
| **Date Purchased & Ref :** 10/15/19   PO#20191015 | **Date Received & Ref :** 10/15/19 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| **Name:** BOULEVARD 9229 LLC | **Name:** BOULEVARD 9229 LLC |
| **Address:** 9229 QUEENS BLVD STE<br>11 REGO PARK, NY 11374 | **Address:** 9229 QUEENS BLVD STE<br>11 REGO PARK, NY 11374 |
| **Date Purchased & Ref :** 12/04/19   PO#01258775 | **Date Received & Ref :** 12/06/19 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| **Name:** | **Name:** |
| **Address:** | **Address:** |
| **Date Purchased & Ref :** | **Date Received & Ref :** |

| SOLD TO: | SHIPPED TO: |
|---|---|
| **Name:** | **Name:** |
| **Address:** | **Address:** |
| **Date Purchased & Ref :** | **Date Received & Ref :** |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

**(A)** is authorized as required under the Drug Supply Chain Security Act;
**(B)** received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
**(C)** received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
**(D)** did not knowingly ship a suspect or illegitimate product;
**(E)** had systems and processes in place to comply with verification requirements under section 582;
**(F)** did not knowingly provide false transaction information; and
**(G)** did not knowingly alter the transaction history.

Page: 1      of 1      pages.

SCSRELATIVITY_0001365753

GX 316.0022

# Drug Supply Chain Security Act Document

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 50MG/200MG/25MG 30TAB**

NDC: 61958-2501-01

| Lot Number | Quantity | Exp |
|---|---|---|
| CCVCWA | 2 | 04/2021 |
| | | |
| | | |

Reference Number: **01259654**
Document Type: **INVOICE**
Reference Date: **12/08/2019**

## (TH) Transaction History

**Manufacturer's Name:** Gilead Sciences, Inc.
**Manufacturer's information:** 333 Lakeside Drive, Foster City, CA 94404

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: **AMERISOURCEBERGEN DRUG CORP.**<br>Address: **5500 NEW HORIZONS BLVD**<br>**NORTH AMITYVILLE, NY 11701-1156**<br>Date Purchased & Ref : 08/06/19   **PO#A141278** | Name: **AMERISOURCEBERGEN DRUG CORP.**<br>Address: **5500 NEW HORIZONS BLVD**<br>**NORTH AMITYVILLE, NY 11701-1156**<br>Date Received & Ref : 08/06/19 |
| SOLD TO:<br>Name: **AMSTERDAM WELLNESS PHARMACY INC**<br>Address: **2091 AMSTERDAM AVE**<br>**NEW YORK, NY 10032-8210**<br>Date Purchased & Ref : 10/21/19   PO#20191021 | SHIPPED TO:<br>Name: **AMSTERDAM WELLNESS PHARMACY INC**<br>Address: **2091 AMSTERDAM AVE**<br>**NEW YORK, NY 10032-8210**<br>Date Received & Ref : 10/21/19 |
| SOLD TO:<br>Name: **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD STE**<br>**11 REGO PARK, NY 11374**<br>Date Purchased & Ref : 12/06/19   PO#01259654 | SHIPPED TO:<br>Name: **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD STE**<br>**11 REGO PARK, NY 11374**<br>Date Received & Ref : 12/08/19 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

**(A)** is authorized as required under the Drug Supply Chain Security Act;
**(B)** received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
**(C)** received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
**(D)** did not knowingly ship a suspect or illegitimate product;
**(E)** had systems and processes in place to comply with verification requirements under section 582;
**(F)** did not knowingly provide false transaction information; and
**(G)** did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001365753

GX 316.0023

# Drug Supply Chain Security Act Document

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 50MG/200MG/25MG 30TAB**

NDC: 61958-2501-01

| Lot Number | Quantity | Exp |
|---|---|---|
| CCVCYA | **3** | 05/2021 |
| | | |
| | | |

Reference Number: **01258999**
Document Type: **INVOICE**
Reference Date: **12/06/2019**

## (TH) Transaction History

**Manufacturer's Name:** Gilead Sciences, Inc.
**Manufacturer's information** 333 Lakeside Drive, Foster City, CA 94404

| SOLD TO: | SHIPPED TO: |
|---|---|
| **Name:** AMERISOURCEBERGEN DRUG CORP.<br>**Address:** 5500 NEW HORIZONS BLVD<br>NORTH AMITYVILLE, NY 11701-1156 | **Name:** AMERISOURCEBERGEN DRUG CORP.<br>**Address:** 5500 NEW HORIZONS BLVD<br>NORTH AMITYVILLE, NY 11701-1156 |
| **Date Purchased & Ref :** 08/12/19   PO#A141291 | **Date Received & Ref :** 08/12/19 |
| **Name:** AMSTERDAM WELLNESS PHARMACY INC<br>**Address:** 2091 AMSTERDAM AVE<br>NEW YORK, NY 10032-8210 | **Name:** AMSTERDAM WELLNESS PHARMACY INC<br>**Address:** 2091 AMSTERDAM AVE<br>NEW YORK, NY 10032-8210 |
| **Date Purchased & Ref :** 10/04/19   PO#20191004 | **Date Received & Ref :** 10/04/19 |
| **Name:** BOULEVARD 9229 LLC<br>**Address:** 9229 QUEENS BLVD STE<br>11 REGO PARK, NY 11374 | **Name:** BOULEVARD 9229 LLC<br>**Address:** 9229 QUEENS BLVD STE<br>11 REGO PARK, NY 11374 |
| **Date Purchased & Ref :** 12/05/19   PO#01258999 | **Date Received & Ref :** 12/06/19 |
| **Name:**<br>**Address:** | **Name:**<br>**Address:** |
| **Date Purchased & Ref :** | **Date Received & Ref :** |
| **Name:**<br>**Address:** | **Name:**<br>**Address:** |
| **Date Purchased & Ref :** | **Date Received & Ref :** |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1         pages.

SCSRELATIVITY_0001365753

GX 316.0024

# Drug Supply Chain Security Act Document

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 50MG/200MG/25MG 30TAB**

NDC: 61958-2501-01

| Lot Number | Quantity | Exp |
|---|---|---|
| CCVCZA | **2** | 05/2021 |
| | | |
| | | |

Reference Number: **01258775**
Document Type: **INVOICE**
Reference Date: 12/06/2019

## (TH) Transaction History

**Manufacturer's Name:** Gilead Sciences, Inc.
**Manufacturer's information:** 333 Lakeside Drive, Foster City, CA 94404

| SOLD TO: | SHIPPED TO: |
|---|---|
| **Name:** AMERISOURCEBERGEN DRUG CORP. <br> **Address:** 5500 NEW HORIZONS BLVD <br> NORTH AMITYVILLE, NY 11701-1156 <br><br> **Date Purchased & Ref :** 08/30/19   PO#A141321 | **Name:** AMERISOURCEBERGEN DRUG CORP. <br> **Address:** 5500 NEW HORIZONS BLVD <br> NORTH AMITYVILLE, NY 11701-1156 <br><br> **Date Received & Ref :** 08/30/19 |
| **Name:** AMSTERDAM WELLNESS PHARMACY INC <br> **Address:** 2091 AMSTERDAM AVE <br> NEW YORK, NY 10032-8210 <br><br> **Date Purchased & Ref :** 10/21/19   PO#20191021 | **Name:** AMSTERDAM WELLNESS PHARMACY INC <br> **Address:** 2091 AMSTERDAM AVE <br> NEW YORK, NY 10032-8210 <br><br> **Date Received & Ref :** 10/21/19 |
| **Name:** BOULEVARD 9229 LLC <br> **Address:** 9229 QUEENS BLVD STE <br> 11 REGO PARK, NY 11374 <br><br> **Date Purchased & Ref :** 12/04/19   PO#01258775 | **Name:** BOULEVARD 9229 LLC <br> **Address:** 9229 QUEENS BLVD STE <br> 11 REGO PARK, NY 11374 <br><br> **Date Received & Ref :** 12/06/19 |
| **Name:** <br> **Address:** <br><br> **Date Purchased & Ref :** | **Name:** <br> **Address:** <br><br> **Date Received & Ref :** |
| **Name:** <br> **Address:** <br><br> **Date Purchased & Ref :** | **Name:** <br> **Address:** <br><br> **Date Received & Ref :** |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

**(A)** is authorized as required under the Drug Supply Chain Security Act;
**(B)** received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
**(C)** received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
**(D)** did not knowingly ship a suspect or illegitimate product;
**(E)** had systems and processes in place to comply with verification requirements under section 582;
**(F)** did not knowingly provide false transaction information; and
**(G)** did not knowingly alter the transaction history.

Page: 1      of  1      pages.

SCSRELATIVITY_0001365753

GX 316.0025

# Drug Supply Chain Security Act Document

## (TI) Transaction Information

**Drug Name, Strength, Dosage Form, Container Size:**
**BIKTARVY 50MG/200MG/25MG 30TAB**

NDC: 61958-2501-01

| Lot Number | Quantity | Exp |
|---|---|---|
| CCVDBA | 1 | 05/2021 |
| | | |
| | | |

**Reference Number:** 01258775
**Document Type:** INVOICE
**Reference Date:** 12/06/2019

## (TH) Transaction History

**Manufacturer's Name:** Gilead Sciences, Inc.
**Manufacturer's information:** 333 Lakeside Drive, Foster City, CA 94404

**SOLD TO:**
**Name:** AMERISOURCEBERGEN DRUG CORP.
**Address:** 5500 NEW HORIZONS BLVD
NORTH AMITYVILLE, NY 11701-1156
**Date Purchased & Ref :** 08/08/19    PO#A141285

**SHIPPED TO:**
**Name:** AMERISOURCEBERGEN DRUG CORP.
**Address:** 5500 NEW HORIZONS BLVD
NORTH AMITYVILLE, NY 11701-1156
**Date Received & Ref :** 08/08/19

**SOLD TO:**
**Name:** AMSTERDAM WELLNESS PHARMACY INC
**Address:** 2091 AMSTERDAM AVE
NEW YORK, NY 10032-8210
**Date Purchased & Ref :** 10/20/19    PO#20191020

**SHIPPED TO:**
**Name:** AMSTERDAM WELLNESS PHARMACY INC
**Address:** 2091 AMSTERDAM AVE
NEW YORK, NY 10032-8210
**Date Received & Ref :** 10/20/19

**SOLD TO:**
**Name:** BOULEVARD 9229 LLC
**Address:** 9229 QUEENS BLVD STE
11 REGO PARK, NY 11374
**Date Purchased & Ref :** 12/04/19    PO#01258775

**SHIPPED TO:**
**Name:** BOULEVARD 9229 LLC
**Address:** 9229 QUEENS BLVD STE
11 REGO PARK, NY 11374
**Date Received & Ref :** 12/06/19

**SOLD TO:**
**Name:**
**Address:**

**Date Purchased & Ref :**

**SHIPPED TO:**
**Name:**
**Address:**

**Date Received & Ref :**

**SOLD TO:**
**Name:**
**Address:**

**Date Purchased & Ref :**

**SHIPPED TO:**
**Name:**
**Address:**

**Date Received & Ref :**

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  1      pages.

SCSRELATIVITY_0001365753

# Drug Supply Chain Security Act Document

### (TI) Transaction Information

**Drug Name, Strength, Dosage Form, Container Size:**
**BIKTARVY 50MG/200MG/25MG 30TAB**

NDC: 61958-2501-01

| Lot Number | Quantity | Exp |
|---|---|---|
| CCVDCA | 1 | 05/2021 |
| | | |
| | | |

**Reference Number:** <u>01258999</u>
**Document Type:** <u>INVOICE</u>
**Reference Date:** <u>12/06/2019</u>

### (TH) Transaction History

**Manufacturer's Name:** Gilead Sciences, Inc.
**Manufacturer's information** 333 Lakeside Drive, Foster City, CA 94404

| SOLD TO: | SHIPPED TO: |
|---|---|
| **Name:** AMERISOURCEBERGEN DRUG CORP. | **Name:** AMERISOURCEBERGEN DRUG CORP. |
| **Address:** 5500 NEW HORIZONS BLVD | **Address:** 5500 NEW HORIZONS BLVD |
| NORTH AMITYVILLE, NY 11701-1156 | NORTH AMITYVILLE, NY 11701-1156 |
| **Date Purchased & Ref :** 08/12/12   PO#A141291 | **Date Received & Ref :** 08/12/19 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| **Name:** AMSTERDAM WELLNESS PHARMACY INC | **Name:** AMSTERDAM WELLNESS PHARMACY INC |
| **Address:** 2091 AMSTERDAM AVE | **Address:** 2091 AMSTERDAM AVE |
| NEW YORK, NY 10032-8210 | NEW YORK, NY 10032-8210 |
| **Date Purchased & Ref :** 10/22/19   PO#20191022 | **Date Received & Ref :** 10/22/19 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| **Name:** BOULEVARD 9229 LLC | **Name:** BOULEVARD 9229 LLC |
| **Address:** 9229 QUEENS BLVD STE | **Address:** 9229 QUEENS BLVD STE |
| 11 REGO PARK, NY 11374 | 11 REGO PARK, NY 11374 |
| **Date Purchased & Ref :** 12/05/19   PO#01258999 | **Date Received & Ref :** 12/06/19 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| **Name:** | **Name:** |
| **Address:** | **Address:** |
| | |
| **Date Purchased & Ref :** | **Date Received & Ref :** |

| SOLD TO: | SHIPPED TO: |
|---|---|
| **Name:** | **Name:** |
| **Address:** | **Address:** |
| | |
| **Date Purchased & Ref :** | **Date Received & Ref :** |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

**(A)** is authorized as required under the Drug Supply Chain Security Act;
**(B)** received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
**(C)** received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
**(D)** did not knowingly ship a suspect or illegitimate product;
**(E)** had systems and processes in place to comply with verification requirements under section 582;
**(F)** did not knowingly provide false transaction information; and
**(G)** did not knowingly alter the transaction history.

Page: 1      of 1      pages.

SCSRELATIVITY_0001365753

GX 316.0027

# Drug Supply Chain Security Act Document

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 50MG/200MG/25MG 30TAB**

NDC: 61958-2501-01

| Lot Number | Quantity | Exp |
|---|---|---|
| CCXKGA | **7** | 05/2021 |
| | | |
| | | |

Reference Number: **01259654**
Document Type: **INVOICE**
Reference Date: 12/08/2019

## (TH) Transaction History

**Manufacturer's Name:** Gilead Sciences, Inc.
**Manufacturer's information** 333 Lakeside Drive, Foster City, CA 94404

| SOLD TO: | SHIPPED TO: |
|---|---|
| **Name:** AMERISOURCEBERGEN DRUG CORP. | **Name:** AMERISOURCEBERGEN DRUG CORP. |
| **Address:** 5500 NEW HORIZONS BLVD  NORTH AMITYVILLE, NY 11701-1156 | **Address:** 5500 NEW HORIZONS BLVD  NORTH AMITYVILLE, NY 11701-1156 |
| **Date Purchased & Ref :** 08/22/19   PO#A141308 | **Date Received & Ref :** 08/22/19 |
| SOLD TO: | SHIPPED TO: |
| **Name:** AMSTERDAM WELLNESS PHARMACY INC | **Name:** AMSTERDAM WELLNESS PHARMACY INC |
| **Address:** 2091 AMSTERDAM AVE  NEW YORK, NY 10032-8210 | **Address:** 2091 AMSTERDAM AVE  NEW YORK, NY 10032-8210 |
| **Date Purchased & Ref :** 10/28/19   PO#20191028 | **Date Received & Ref :** 10/28/19 |
| SOLD TO: | SHIPPED TO: |
| **Name:** BOULEVARD 9229 LLC | **Name:** BOULEVARD 9229 LLC |
| **Address:** 9229 QUEENS BLVD STE  11 REGO PARK, NY 11374 | **Address:** 9229 QUEENS BLVD STE  11 REGO PARK, NY 11374 |
| **Date Purchased & Ref :** 12/06/19   PO#01259654 | **Date Received & Ref :** 12/08/19 |
| SOLD TO: | SHIPPED TO: |
| **Name:** | **Name:** |
| **Address:** | **Address:** |
| **Date Purchased & Ref :** | **Date Received & Ref :** |
| SOLD TO: | SHIPPED TO: |
| **Name:** | **Name:** |
| **Address:** | **Address:** |
| **Date Purchased & Ref :** | **Date Received & Ref :** |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

**(A)** is authorized as required under the Drug Supply Chain Security Act;
**(B)** received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
**(C)** received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
**(D)** did not knowingly ship a suspect or illegitimate product;
**(E)** had systems and processes in place to comply with verification requirements under section 582;
**(F)** did not knowingly provide false transaction information; and
**(G)** did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001365753

GX 316.0028

# Drug Supply Chain Security Act Document

### (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: | | | |
|---|---|---|---|
| **BIKTARVY 50MG/200MG/25MG 30TAB** | | | |

**NDC: 61958-2501-01**

| Lot Number | Quantity | Exp |
|---|---|---|
| CCXKHA | 7 | 05/2021 |
| | | |
| | | |

**Reference Number:** 01258775
**Document Type:** INVOICE
**Reference Date:** 12/06/2019

### (TH) Transaction History

**Manufacturer's Name:** Gilead Sciences, Inc.
**Manufacturer's information:** 333 Lakeside Drive, Foster City, CA 94404

**SOLD TO:**
**Name:** AMERISOURCEBERGEN DRUG CORP.
**Address:** 5500 NEW HORIZONS BLVD
NORTH AMITYVILLE, NY 11701-1156
**Date Purchased & Ref :** 08/05/19   PO#A141275

**SHIPPED TO:**
**Name:** AMERISOURCEBERGEN DRUG CORP.
**Address:** 5500 NEW HORIZONS BLVD
NORTH AMITYVILLE, NY 11701-1156
**Date Received & Ref :** 08/05/19

**SOLD TO:**
**Name:** AMSTERDAM WELLNESS PHARMACY INC
**Address:** 2091 AMSTERDAM AVE
NEW YORK, NY 10032-8210
**Date Purchased & Ref :** 10/14/19   PO#20191014

**SHIPPED TO:**
**Name:** AMSTERDAM WELLNESS PHARMACY INC
**Address:** 2091 AMSTERDAM AVE
NEW YORK, NY 10032-8210
**Date Received & Ref :** 10/14/19

**SOLD TO:**
**Name:** BOULEVARD 9229 LLC
**Address:** 9229 QUEENS BLVD STE
11 REGO PARK, NY 11374
**Date Purchased & Ref :** 12/04/19   PO#01258775

**SHIPPED TO:**
**Name:** BOULEVARD 9229 LLC
**Address:** 9229 QUEENS BLVD STE
11 REGO PARK, NY 11374
**Date Received & Ref :** 12/06/19

**SOLD TO:**
**Name:**
**Address:**
**Date Purchased & Ref :**

**SHIPPED TO:**
**Name:**
**Address:**
**Date Received & Ref :**

**SOLD TO:**
**Name:**
**Address:**
**Date Purchased & Ref :**

**SHIPPED TO:**
**Name:**
**Address:**
**Date Received & Ref :**

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1    of  1    pages.

SCSRELATIVITY_0001365753

GX 316.0029

# Drug Supply Chain Security Act Document

## (TI) Transaction Information

| | |
|---|---|
| **Drug Name, Strength, Dosage Form, Container Size:**<br>**BIKTARVY 50MG/200MG/25MG 30TAB** | **Reference Number:** 01258775<br>**Document Type:** INVOICE<br>**Reference Date:** 12/06/2019 |

**NDC: 61958-2501-01**

| Lot Number | Quantity | Exp |
|---|---|---|
| CCXKKA | 1 | 05/2021 |
| | | |
| | | |

## (TH) Transaction History

**Manufacturer's Name:** Gilead Sciences, Inc.
**Manufacturer's information:** 333 Lakeside Drive, Foster City, CA 94404

| SOLD TO: | SHIPPED TO: |
|---|---|
| **Name:** AMERISOURCEBERGEN DRUG CORP.<br>**Address:** 5500 NEW HORIZONS BLVD<br>NORTH AMITYVILLE, NY 11701-1156 | **Name:** AMERISOURCEBERGEN DRUG CORP.<br>**Address:** 5500 NEW HORIZONS BLVD<br>NORTH AMITYVILLE, NY 11701-1156 |
| **Date Purchased & Ref :** 08/21/19   PO#A141306 | **Date Received & Ref :** 08/21/19 |
| **Name:** AMSTERDAM WELLNESS PHARMACY INC<br>**Address:** 2091 AMSTERDAM AVE<br>NEW YORK, NY 10032-8210 | **Name:** AMSTERDAM WELLNESS PHARMACY INC<br>**Address:** 2091 AMSTERDAM AVE<br>NEW YORK, NY 10032-8210 |
| **Date Purchased & Ref :** 10/13/19   PO#20191013 | **Date Received & Ref :** 10/13/19 |
| **Name:** BOULEVARD 9229 LLC<br>**Address:** 9229 QUEENS BLVD STE<br>11 REGO PARK, NY 11374 | **Name:** BOULEVARD 9229 LLC<br>**Address:** 9229 QUEENS BLVD STE<br>11 REGO PARK, NY 11374 |
| **Date Purchased & Ref :** 12/04/19   PO#01258775 | **Date Received & Ref :** 12/06/19 |
| **Name:**<br>**Address:** | **Name:**<br>**Address:** |
| **Date Purchased & Ref :** | **Date Received & Ref :** |
| **Name:**<br>**Address:** | **Name:**<br>**Address:** |
| **Date Purchased & Ref :** | **Date Received & Ref :** |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  1      pages.

SCSRELATIVITY_0001365753

GX 316.0030

# Drug Supply Chain Security Act Document

### (TI) Transaction Information

| | |
|---|---|
| **Drug Name, Strength, Dosage Form, Container Size:** | |
| **BIKTARVY 50MG/200MG/25MG 30TAB** | |

**NDC: 61958-2501-01**

| Lot Number | Quantity | Exp |
|---|---|---|
| CCXKMA | **2** | 06/2021 |
| | | |
| | | |

**Reference Number:** <u>01259654</u>
**Document Type:** <u>INVOICE</u>
**Reference Date:** <u>12/08/2019</u>

### (TH) Transaction History

**Manufacturer's Name:** Gilead Sciences, Inc.
**Manufacturer's information** 333 Lakeside Drive, Foster City, CA 94404

| SOLD TO: | SHIPPED TO: |
|---|---|
| **Name:** AMERISOURCEBERGEN DRUG CORP.<br>**Address:** 5500 NEW HORIZONS BLVD<br>NORTH AMITYVILLE, NY 11701-1156 | **Name:** AMERISOURCEBERGEN DRUG CORP.<br>**Address:** 5500 NEW HORIZONS BLVD<br>NORTH AMITYVILLE, NY 11701-1156 |
| **Date Purchased & Ref :** 08/06/19   PO#A141278 | **Date Received & Ref :** 08/06/19 |
| **Name:** AMSTERDAM WELLNESS PHARMACY INC<br>**Address:** 2091 AMSTERDAM AVE<br>NEW YORK, NY 10032-8210 | **Name:** AMSTERDAM WELLNESS PHARMACY INC<br>**Address:** 2091 AMSTERDAM AVE<br>NEW YORK, NY 10032-8210 |
| **Date Purchased & Ref :** 10/09/19   PO#20191009 | **Date Received & Ref :** 10/09/19 |
| **Name:** BOULEVARD 9229 LLC<br>**Address:** 9229 QUEENS BLVD STE<br>11 REGO PARK, NY 11374 | **Name:** BOULEVARD 9229 LLC<br>**Address:** 9229 QUEENS BLVD STE<br>11 REGO PARK, NY 11374 |
| **Date Purchased & Ref :** 12/06/19   PO#01259654 | **Date Received & Ref :** 12/08/19 |
| **Name:**<br>**Address:** | **Name:**<br>**Address:** |
| **Date Purchased & Ref :** | **Date Received & Ref :** |
| **Name:**<br>**Address:** | **Name:**<br>**Address:** |
| **Date Purchased & Ref :** | **Date Received & Ref :** |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

**(A)** is authorized as required under the Drug Supply Chain Security Act;
**(B)** received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
**(C)** received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
**(D)** did not knowingly ship a suspect or illegitimate product;
**(E)** had systems and processes in place to comply with verification requirements under section 582;
**(F)** did not knowingly provide false transaction information; and
**(G)** did not knowingly alter the transaction history.

Page: 1     of 1     pages.

SCSRELATIVITY_0001365753

GX 316.0031

# Drug Supply Chain Security Act Document

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 50MG/200MG/25MG 30TAB**

NDC: 61958-2501-01

| Lot Number | Quantity | Exp |
|---|---|---|
| CCXKNA | 3 | 06/2021 |
| | | |
| | | |

Reference Number: **01259654**
Document Type: **INVOICE**
Reference Date: 12/08/2019

### (TH) Transaction History

**Manufacturer's Name:** Gilead Sciences, Inc.
**Manufacturer's information** 333 Lakeside Drive, Foster City, CA 94404

| SOLD TO: | SHIPPED TO: |
|---|---|
| **Name:** AMERISOURCEBERGEN DRUG CORP.<br>**Address:** 5500 NEW HORIZONS BLVD<br>NORTH AMITYVILLE, NY 11701-1156 | **Name:** AMERISOURCEBERGEN DRUG CORP.<br>**Address:** 5500 NEW HORIZONS BLVD<br>NORTH AMITYVILLE, NY 11701-1156 |
| **Date Purchased & Ref :** 08/22/19   PO#A141308 | **Date Received & Ref :** 08/22/19 |
| **Name:** AMSTERDAM WELLNESS PHARMACY INC<br>**Address:** 2091 AMSTERDAM AVE<br>NEW YORK, NY 10032-8210 | **Name:** AMSTERDAM WELLNESS PHARMACY INC<br>**Address:** 2091 AMSTERDAM AVE<br>NEW YORK, NY 10032-8210 |
| **Date Purchased & Ref :** 10/09/19   PO#20191009 | **Date Received & Ref :** 10/09/19 |
| **Name:** BOULEVARD 9229 LLC<br>**Address:** 9229 QUEENS BLVD STE<br>11 REGO PARK, NY 11374 | **Name:** BOULEVARD 9229 LLC<br>**Address:** 9229 QUEENS BLVD STE<br>11 REGO PARK, NY 11374 |
| **Date Purchased & Ref :** 12/06/19   PO#01259654 | **Date Received & Ref :** 12/08/19 |
| **Name:**<br>**Address:** | **Name:**<br>**Address:** |
| **Date Purchased & Ref :** | **Date Received & Ref :** |
| **Name:**<br>**Address:** | **Name:**<br>**Address:** |
| **Date Purchased & Ref :** | **Date Received & Ref :** |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  1        pages.

SCSRELATIVITY_0001365753

GX 316.0032

# Drug Supply Chain Security Act Document

## (TI) Transaction Information

**Drug Name, Strength, Dosage Form, Container Size:**
**BIKTARVY 50MG/200MG/25MG 30TAB**

NDC: 61958-2501-01

| Lot Number | Quantity | Exp |
|---|---|---|
| CCXKPA | **3** | 06/2021 |
|  |  |  |
|  |  |  |

**Reference Number:** __01258775__
**Document Type:** __INVOICE__
**Reference Date:** __12/06/2019__

## (TH) Transaction History

**Manufacturer's Name:** Gilead Sciences, Inc.
**Manufacturer's information:** 333 Lakeside Drive, Foster City, CA 94404

| SOLD TO: | SHIPPED TO: |
|---|---|
| **Name:** AMERISOURCEBERGEN DRUG CORP.<br>**Address:** 5500 NEW HORIZONS BLVD<br>NORTH AMITYVILLE, NY 11701-1156<br><br>**Date Purchased & Ref :** 08/30/19   PO#A141321 | **Name:** AMERISOURCEBERGEN DRUG CORP.<br>**Address:** 5500 NEW HORIZONS BLVD<br>NORTH AMITYVILLE, NY 11701-1156<br><br>**Date Received & Ref :** 08/30/19 |
| **Name:** AMSTERDAM WELLNESS PHARMACY INC<br>**Address:** 2091 AMSTERDAM AVE<br>NEW YORK, NY 10032-8210<br><br>**Date Purchased & Ref :** 10/15/19   PO#20191015 | **Name:** AMSTERDAM WELLNESS PHARMACY INC<br>**Address:** 2091 AMSTERDAM AVE<br>NEW YORK, NY 10032-8210<br><br>**Date Received & Ref :** 10/15/19 |
| **Name:** BOULEVARD 9229 LLC<br>**Address:** 9229 QUEENS BLVD STE<br>11 REGO PARK, NY 11374<br><br>**Date Purchased & Ref :** 12/04/19   PO#01258775 | **Name:** BOULEVARD 9229 LLC<br>**Address:** 9229 QUEENS BLVD STE<br>11 REGO PARK, NY 11374<br><br>**Date Received & Ref :** 12/06/19 |
| **Name:**<br>**Address:**<br><br><br>**Date Purchased & Ref :** | **Name:**<br>**Address:**<br><br><br>**Date Received & Ref :** |
| **Name:**<br>**Address:**<br><br><br>**Date Purchased & Ref :** | **Name:**<br>**Address:**<br><br><br>**Date Received & Ref :** |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1     of 1     pages.

SCSRELATIVITY_0001365753

GX 316.0033

# Drug Supply Chain Security Act Document

## (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: |
|---|
| **BIKTARVY 50MG/200MG/25MG 30TAB** |

NDC: 61958-2501-01

| Lot Number | Quantity | Exp |
|---|---|---|
| CCXKSA | **3** | 06/2021 |
| | | |
| | | |

Reference Number: **01258775**
Document Type: **INVOICE**
Reference Date: 12/06/2019

## (TH) Transaction History

**Manufacturer's Name:** Gilead Sciences, Inc.
**Manufacturer's information** 333 Lakeside Drive, Foster City, CA 94404

| SOLD TO: | SHIPPED TO: |
|---|---|
| **Name:** AMERISOURCEBERGEN DRUG CORP. | **Name:** AMERISOURCEBERGEN DRUG CORP. |
| **Address:** 5500 NEW HORIZONS BLVD | **Address:** 5500 NEW HORIZONS BLVD |
| NORTH AMITYVILLE, NY 11701-1156 | NORTH AMITYVILLE, NY 11701-1156 |
| **Date Purchased & Ref :** 08/23/19   PO#A141310 | **Date Received & Ref :** 08/23/19 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| **Name:** AMSTERDAM WELLNESS PHARMACY INC | **Name:** AMSTERDAM WELLNESS PHARMACY INC |
| **Address:** 2091 AMSTERDAM AVE | **Address:** 2091 AMSTERDAM AVE |
| NEW YORK, NY 10032-8210 | NEW YORK, NY 10032-8210 |
| **Date Purchased & Ref :** 10/21/19   PO#20191021 | **Date Received & Ref :** 10/21/19 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| **Name:** BOULEVARD 9229 LLC | **Name:** BOULEVARD 9229 LLC |
| **Address:** 9229 QUEENS BLVD STE | **Address:** 9229 QUEENS BLVD STE |
| 11 REGO PARK, NY 11374 | 11 REGO PARK, NY 11374 |
| **Date Purchased & Ref :** 12/04/19   PO#01258775 | **Date Received & Ref :** 12/06/19 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| **Name:** | **Name:** |
| **Address:** | **Address:** |
| | |
| **Date Purchased & Ref :** | **Date Received & Ref :** |

| SOLD TO: | SHIPPED TO: |
|---|---|
| **Name:** | **Name:** |
| **Address:** | **Address:** |
| | |
| **Date Purchased & Ref :** | **Date Received & Ref :** |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

**(A)** is authorized as required under the Drug Supply Chain Security Act;
**(B)** received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
**(C)** received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
**(D)** did not knowingly ship a suspect or illegitimate product;
**(E)** had systems and processes in place to comply with verification requirements under section 582;
**(F)** did not knowingly provide false transaction information; and
**(G)** did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001365753

GX 316.0034

# Drug Supply Chain Security Act Document

## (TI) Transaction Information

**Drug Name, Strength, Dosage Form, Container Size:**
**BIKTARVY 50MG/200MG/25MG 30TAB**

NDC: 61958-2501-01

| Lot Number | Quantity | Exp |
|---|---|---|
| CCXKTA | **5** | 06/2021 |
| | | |
| | | |

**Reference Number:** **01258775**
**Document Type:** **INVOICE**
**Reference Date:** 12/06/2019

## (TH) Transaction History

**Manufacturer's Name:** Gilead Sciences, Inc.
**Manufacturer's information:** 333 Lakeside Drive, Foster City, CA 94404

| SOLD TO: | SHIPPED TO: |
|---|---|
| **Name:** AMERISOURCEBERGEN DRUG CORP.<br>**Address:** 5500 NEW HORIZONS BLVD<br>NORTH AMITYVILLE, NY 11701-1156 | **Name:** AMERISOURCEBERGEN DRUG CORP.<br>**Address:** 5500 NEW HORIZONS BLVD<br>NORTH AMITYVILLE, NY 11701-1156 |
| **Date Purchased & Ref :** 08/30/19   PO#A141321 | **Date Received & Ref :** 08/30/19 |
| **Name:** AMSTERDAM WELLNESS PHARMACY INC<br>**Address:** 2091 AMSTERDAM AVE<br>NEW YORK, NY 10032-8210 | **Name:** AMSTERDAM WELLNESS PHARMACY INC<br>**Address:** 2091 AMSTERDAM AVE<br>NEW YORK, NY 10032-8210 |
| **Date Purchased & Ref :** 10/23/19   PO#20191023 | **Date Received & Ref :** 10/23/19 |
| **Name:** BOULEVARD 9229 LLC<br>**Address:** 9229 QUEENS BLVD STE<br>11 REGO PARK, NY 11374 | **Name:** BOULEVARD 9229 LLC<br>**Address:** 9229 QUEENS BLVD STE<br>11 REGO PARK, NY 11374 |
| **Date Purchased & Ref :** 12/04/19   PO#01258775 | **Date Received & Ref :** 12/06/19 |
| **Name:**<br>**Address:** | **Name:**<br>**Address:** |
| **Date Purchased & Ref :** | **Date Received & Ref :** |
| **Name:**<br>**Address:** | **Name:**<br>**Address:** |
| **Date Purchased & Ref :** | **Date Received & Ref :** |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

**(A)** is authorized as required under the Drug Supply Chain Security Act;
**(B)** received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
**(C)** received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
**(D)** did not knowingly ship a suspect or illegitimate product;
**(E)** had systems and processes in place to comply with verification requirements under section 582;
**(F)** did not knowingly provide false transaction information; and
**(G)** did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001365753

GX 316.0035

# Drug Supply Chain Security Act Document

## (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: | | |
|---|---|---|
| **BIKTARVY 50MG/200MG/25MG 30TAB** | | |

NDC: 61958-2501-01

| Lot Number | Quantity | Exp |
|---|---|---|
| CCXKVA | **4** | 06/2021 |
| | | |
| | | |

**Reference Number:** <u>**01258775**</u>
**Document Type:** <u>**INVOICE**</u>
**Reference Date:** <u>12/06/2019</u>

## (TH) Transaction History

**Manufacturer's Name:** Gilead Sciences, Inc.
**Manufacturer's information:** 333 Lakeside Drive, Foster City, CA 94404

| SOLD TO: | SHIPPED TO: |
|---|---|
| **Name:** AMERISOURCEBERGEN DRUG CORP. | **Name:** AMERISOURCEBERGEN DRUG CORP. |
| **Address:** 5500 NEW HORIZONS BLVD<br>NORTH AMITYVILLE, NY 11701-1156 | **Address:** 5500 NEW HORIZONS BLVD<br>NORTH AMITYVILLE, NY 11701-1156 |
| **Date Purchased & Ref :** 08/13/19   PO#A141294 | **Date Received & Ref :** 08/13/19 |
| SOLD TO: | SHIPPED TO: |
| **Name:** AMSTERDAM WELLNESS PHARMACY INC | **Name:** AMSTERDAM WELLNESS PHARMACY INC |
| **Address:** 2091 AMSTERDAM AVE<br>NEW YORK, NY 10032-8210 | **Address:** 2091 AMSTERDAM AVE<br>NEW YORK, NY 10032-8210 |
| **Date Purchased & Ref :** 10/28/19   PO#20191028 | **Date Received & Ref :** 10/28/19 |
| SOLD TO: | SHIPPED TO: |
| **Name:** BOULEVARD 9229 LLC | **Name:** BOULEVARD 9229 LLC |
| **Address:** 9229 QUEENS BLVD STE<br>11 REGO PARK, NY 11374 | **Address:** 9229 QUEENS BLVD STE<br>11 REGO PARK, NY 11374 |
| **Date Purchased & Ref :** 12/04/19   PO#01258775 | **Date Received & Ref :** 12/06/19 |
| SOLD TO: | SHIPPED TO: |
| **Name:** | **Name:** |
| **Address:** | **Address:** |
| **Date Purchased & Ref :** | **Date Received & Ref :** |
| SOLD TO: | SHIPPED TO: |
| **Name:** | **Name:** |
| **Address:** | **Address:** |
| **Date Purchased & Ref :** | **Date Received & Ref :** |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

**(A)** is authorized as required under the Drug Supply Chain Security Act;
**(B)** received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
**(C)** received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
**(D)** did not knowingly ship a suspect or illegitimate product;
**(E)** had systems and processes in place to comply with verification requirements under section 582;
**(F)** did not knowingly provide false transaction information; and
**(G)** did not knowingly alter the transaction history.

Page: 1    of  1    pages.

SCSRELATIVITY_0001365753

GX 316.0036

# Drug Supply Chain Security Act Document

## (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: | |
|---|---|
| **BIKTARVY 50MG/200MG/25MG 30TAB** | |

**NDC: 61958-2501-01**

| Lot Number | Quantity | Exp |
|---|---|---|
| CCXKWA | **2** | 06/2021 |
| | | |
| | | |

**Reference Number:** 01259654
**Document Type:** INVOICE
**Reference Date:** 12/08/2019

## (TH) Transaction History

**Manufacturer's Name:** Gilead Sciences, Inc.
**Manufacturer's information:** 333 Lakeside Drive, Foster City, CA 94404

| SOLD TO: | SHIPPED TO: |
|---|---|
| **Name:** AMERISOURCEBERGEN DRUG CORP. | **Name:** AMERISOURCEBERGEN DRUG CORP. |
| **Address:** 5500 NEW HORIZONS BLVD | **Address:** 5500 NEW HORIZONS BLVD |
| NORTH AMITYVILLE, NY 11701-1156 | NORTH AMITYVILLE, NY 11701-1156 |
| **Date Purchased & Ref :** 08/28/19   PO#A141317 | **Date Received & Ref :** 08/28/19 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| **Name:** AMSTERDAM WELLNESS PHARMACY INC | **Name:** AMSTERDAM WELLNESS PHARMACY INC |
| **Address:** 2091 AMSTERDAM AVE | **Address:** 2091 AMSTERDAM AVE |
| NEW YORK, NY 10032-8210 | NEW YORK, NY 10032-8210 |
| **Date Purchased & Ref :** 10/17/19   PO#20191017 | **Date Received & Ref :** 10/17/19 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| **Name:** BOULEVARD 9229 LLC | **Name:** BOULEVARD 9229 LLC |
| **Address:** 9229 QUEENS BLVD STE | **Address:** 9229 QUEENS BLVD STE |
| 11 REGO PARK, NY 11374 | 11 REGO PARK, NY 11374 |
| **Date Purchased & Ref :** 12/06/19   PO#01259654 | **Date Received & Ref :** 12/08/19 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| **Name:** | **Name:** |
| **Address:** | **Address:** |
| | |
| **Date Purchased & Ref :** | **Date Received & Ref :** |

| SOLD TO: | SHIPPED TO: |
|---|---|
| **Name:** | **Name:** |
| **Address:** | **Address:** |
| | |
| **Date Purchased & Ref :** | **Date Received & Ref :** |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

**(A)** is authorized as required under the Drug Supply Chain Security Act;
**(B)** received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
**(C)** received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
**(D)** did not knowingly ship a suspect or illegitimate product;
**(E)** had systems and processes in place to comply with verification requirements under section 582;
**(F)** did not knowingly provide false transaction information; and
**(G)** did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001365753

GX 316.0037

# Drug Supply Chain Security Act Document

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 50MG/200MG/25MG 30TAB**

NDC: 61958-2501-01

| Lot Number | Quantity | Exp |
|---|---|---|
| CCZBPA | **2** | 06/2021 |
| | | |
| | | |

Reference Number: **01258775**
Document Type: **INVOICE**
Reference Date: 12/06/2019

## (TH) Transaction History

**Manufacturer's Name:** Gilead Sciences, Inc.
**Manufacturer's information** 333 Lakeside Drive, Foster City, CA 94404

| SOLD TO: | SHIPPED TO: |
|---|---|
| **Name:** AMERISOURCEBERGEN DRUG CORP. | **Name:** AMERISOURCEBERGEN DRUG CORP. |
| **Address:** 5500 NEW HORIZONS BLVD NORTH AMITYVILLE, NY 11701-1156 | **Address:** 5500 NEW HORIZONS BLVD NORTH AMITYVILLE, NY 11701-1156 |
| **Date Purchased & Ref :** 08/06/19   PO#A141278 | **Date Received & Ref :** 08/06/19 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| **Name:** AMSTERDAM WELLNESS PHARMACY INC | **Name:** AMSTERDAM WELLNESS PHARMACY INC |
| **Address:** 2091 AMSTERDAM AVE NEW YORK, NY 10032-8210 | **Address:** 2091 AMSTERDAM AVE NEW YORK, NY 10032-8210 |
| **Date Purchased & Ref :** 10/28/19   PO#20191028 | **Date Received & Ref :** 10/28/19 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| **Name:** BOULEVARD 9229 LLC | **Name:** BOULEVARD 9229 LLC |
| **Address:** 9229 QUEENS BLVD STE 11 REGO PARK, NY 11374 | **Address:** 9229 QUEENS BLVD STE 11 REGO PARK, NY 11374 |
| **Date Purchased & Ref :** 12/04/19   PO#01258775 | **Date Received & Ref :** 12/06/19 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| **Name:** | **Name:** |
| **Address:** | **Address:** |
| **Date Purchased & Ref :** | **Date Received & Ref :** |

| SOLD TO: | SHIPPED TO: |
|---|---|
| **Name:** | **Name:** |
| **Address:** | **Address:** |
| **Date Purchased & Ref :** | **Date Received & Ref :** |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001365753

GX 316.0038

# Drug Supply Chain Security Act Document

## (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: |
| --- |
| BIKTARVY 50MG/200MG/25MG 30TAB |

NDC: 61958-2501-01

| Lot Number | Quantity | Exp |
| --- | --- | --- |
| CCZBSA | 3 | 07/2021 |
| | | |
| | | |

**Reference Number:** 01258775
**Document Type:** INVOICE
**Reference Date:** 12/06/2019

## (TH) Transaction History

**Manufacturer's Name:** Gilead Sciences, Inc.
**Manufacturer's information** 333 Lakeside Drive, Foster City, CA 94404

| SOLD TO: | SHIPPED TO: |
| --- | --- |
| **Name:** AMERISOURCEBERGEN DRUG CORP.<br>**Address:** 5500 NEW HORIZONS BLVD<br>NORTH AMITYVILLE, NY 11701-1156 | **Name:** AMERISOURCEBERGEN DRUG CORP.<br>**Address:** 5500 NEW HORIZONS BLVD<br>NORTH AMITYVILLE, NY 11701-1156 |
| **Date Purchased & Ref :**  08/02/19   PO#A141272 | **Date Received & Ref :**  08/02/19 |
| **Name:** AMSTERDAM WELLNESS PHARMACY INC<br>**Address:** 2091 AMSTERDAM AVE<br>NEW YORK, NY 10032-8210 | **Name:** AMSTERDAM WELLNESS PHARMACY INC<br>**Address:** 2091 AMSTERDAM AVE<br>NEW YORK, NY 10032-8210 |
| **Date Purchased & Ref :**  10/17/19   PO#20191017 | **Date Received & Ref :**  10/17/19 |
| **Name:** BOULEVARD 9229 LLC<br>**Address:** 9229 QUEENS BLVD STE<br>11 REGO PARK, NY 11374 | **Name:** BOULEVARD 9229 LLC<br>**Address:** 9229 QUEENS BLVD STE<br>11 REGO PARK, NY 11374 |
| **Date Purchased & Ref :**  12/04/19   PO#01258775 | **Date Received & Ref :**  12/06/19 |
| **Name:**<br>**Address:** | **Name:**<br>**Address:** |
| **Date Purchased & Ref :** | **Date Received & Ref :** |
| **Name:**<br>**Address:** | **Name:**<br>**Address:** |
| **Date Purchased & Ref :** | **Date Received & Ref :** |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

**(A)** is authorized as required under the Drug Supply Chain Security Act;
**(B)** received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
**(C)** received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
**(D)** did not knowingly ship a suspect or illegitimate product;
**(E)** had systems and processes in place to comply with verification requirements under section 582;
**(F)** did not knowingly provide false transaction information; and
**(G)** did not knowingly alter the transaction history.

Page: 1    of 1    pages.

SCSRELATIVITY_0001365753

GX 316.0039

# Drug Supply Chain Security Act Document

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 50MG/200MG/25MG 30TAB**

NDC: 61958-2501-01

| Lot Number | Quantity | Exp |
|---|---|---|
| CCZBVA | **2** | 07/2021 |
| | | |
| | | |

Reference Number: **01258999**
Document Type: **INVOICE**
Reference Date: 12/06/2019

## (TH) Transaction History

**Manufacturer's Name:** Gilead Sciences, Inc.
**Manufacturer's information:** 333 Lakeside Drive, Foster City, CA 94404

| SOLD TO: | SHIPPED TO: |
|---|---|
| **Name:** AMERISOURCEBERGEN DRUG CORP. **Address:** 5500 NEW HORIZONS BLVD  NORTH AMITYVILLE, NY 11701-1156 | **Name:** AMERISOURCEBERGEN DRUG CORP. **Address:** 5500 NEW HORIZONS BLVD  NORTH AMITYVILLE, NY 11701-1156 |
| **Date Purchased & Ref :** 09/04/19   PO#A141338 | **Date Received & Ref :** 09/04/19 |
| **Name:** AMSTERDAM WELLNESS PHARMACY INC **Address:** 2091 AMSTERDAM AVE  NEW YORK, NY 10032-8210 | **Name:** AMSTERDAM WELLNESS PHARMACY INC **Address:** 2091 AMSTERDAM AVE  NEW YORK, NY 10032-8210 |
| **Date Purchased & Ref :** 10/28/19   PO#20191028 | **Date Received & Ref :** 10/20/19 |
| **Name:** BOULEVARD 9229 LLC **Address:** 9229 QUEENS BLVD STE  11 REGO PARK, NY 11374 | **Name:** BOULEVARD 9229 LLC **Address:** 9229 QUEENS BLVD STE  11 REGO PARK, NY 11374 |
| **Date Purchased & Ref :** 12/05/19   PO#01258999 | **Date Received & Ref :** 12/06/19 |
| **Name:** **Address:** | **Name:** **Address:** |
| **Date Purchased & Ref :** | **Date Received & Ref :** |
| **Name:** **Address:** | **Name:** **Address:** |
| **Date Purchased & Ref :** | **Date Received & Ref :** |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

**(A)** is authorized as required under the Drug Supply Chain Security Act;
**(B)** received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
**(C)** received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
**(D)** did not knowingly ship a suspect or illegitimate product;
**(E)** had systems and processes in place to comply with verification requirements under section 582;
**(F)** did not knowingly provide false transaction information; and
**(G)** did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001365753

GX 316.0040

# Drug Supply Chain Security Act Document

## (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: | | | |
|---|---|---|---|
| **BIKTARVY 50MG/200MG/25MG 30TAB** | | | Reference Number: **01258775** |
| NDC: 61958-2501-01 | | | Document Type: **INVOICE** |
| Lot Number | Quantity | Exp | Reference Date: 12/06/2019 |
| CCXKTA | **5** | 06/2021 | |

## (TH) Transaction History

**Manufacturer's Name:** Gilead Sciences, Inc.
**Manufacturer's information** 333 Lakeside Drive, Foster City, CA 94404

| SOLD TO: | SHIPPED TO: |
|---|---|
| **Name:** AMERISOURCEBERGEN DRUG CORP. | **Name:** AMERISOURCEBERGEN DRUG CORP. |
| **Address:** 5500 NEW HORIZONS BLVD NORTH AMITYVILLE, NY 11701-1156 | **Address:** 5500 NEW HORIZONS BLVD NORTH AMITYVILLE, NY 11701-1156 |
| **Date Purchased & Ref :** 08/30/19   PO#A141321 | **Date Received & Ref :** 08/30/19 |
| SOLD TO: | SHIPPED TO: |
| **Name:** AMSTERDAM WELLNESS PHARMACY INC | **Name:** AMSTERDAM WELLNESS PHARMACY INC |
| **Address:** 2091 AMSTERDAM AVE NEW YORK, NY 10032-8210 | **Address:** 2091 AMSTERDAM AVE NEW YORK, NY 10032-8210 |
| **Date Purchased & Ref :** 10/23/19   PO#20191023 | **Date Received & Ref :** 10/23/19 |
| SOLD TO: | SHIPPED TO: |
| **Name:** BOULEVARD 9229 LLC | **Name:** BOULEVARD 9229 LLC |
| **Address:** 9229 QUEENS BLVD STE 11 REGO PARK, NY 11374 | **Address:** 9229 QUEENS BLVD STE 11 REGO PARK, NY 11374 |
| **Date Purchased & Ref :** 12/04/19   PO#01258775 | **Date Received & Ref :** 12/06/19 |
| SOLD TO: | SHIPPED TO: |
| **Name:** | **Name:** |
| **Address:** | **Address:** |
| **Date Purchased & Ref :** | **Date Received & Ref :** |
| SOLD TO: | SHIPPED TO: |
| **Name:** | **Name:** |
| **Address:** | **Address:** |
| **Date Purchased & Ref :** | **Date Received & Ref :** |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of 1        pages.

SCSRELATIVITY_0001365753

GX 316.0041

# Drug Supply Chain Security Act Document

## (TI) Transaction Information

**Drug Name, Strength, Dosage Form, Container Size:**
**BIKTARVY 50MG/200MG/25MG 30TAB**

NDC: 61958-2501-01

| Lot Number | Quantity | Exp |
|---|---|---|
| CCZBXA | 3 | 07/2021 |
| | | |
| | | |

**Reference Number:** 01258775
**Document Type:** INVOICE
**Reference Date:** 12/06/2019

## (TH) Transaction History

**Manufacturer's Name:** Gilead Sciences, Inc.
**Manufacturer's information** 333 Lakeside Drive, Foster City, CA 94404

**SOLD TO:**
**Name:** AMERISOURCEBERGEN DRUG CORP.
**Address:** 5500 NEW HORIZONS BLVD
NORTH AMITYVILLE, NY 11701-1156
**Date Purchased & Ref :** 08/02/19   PO#A141272

**SHIPPED TO:**
**Name:** AMERISOURCEBERGEN DRUG CORP.
**Address:** 5500 NEW HORIZONS BLVD
NORTH AMITYVILLE, NY 11701-1156
**Date Received & Ref :** 08/02/19

**SOLD TO:**
**Name:** AMSTERDAM WELLNESS PHARMACY INC
**Address:** 2091 AMSTERDAM AVE
NEW YORK, NY 10032-8210
**Date Purchased & Ref :** 10/27/19   PO#20191027

**SHIPPED TO:**
**Name:** AMSTERDAM WELLNESS PHARMACY INC
**Address:** 2091 AMSTERDAM AVE
NEW YORK, NY 10032-8210
**Date Received & Ref :** 10/27/19

**SOLD TO:**
**Name:** BOULEVARD 9229 LLC
**Address:** 9229 QUEENS BLVD STE
11 REGO PARK, NY 11374
**Date Purchased & Ref :** 12/04/19   PO#01258775

**SHIPPED TO:**
**Name:** BOULEVARD 9229 LLC
**Address:** 9229 QUEENS BLVD STE
11 REGO PARK, NY 11374
**Date Received & Ref :** 12/06/19

**SOLD TO:**
**Name:**
**Address:**

**Date Purchased & Ref :**

**SHIPPED TO:**
**Name:**
**Address:**

**Date Received & Ref :**

**SOLD TO:**
**Name:**
**Address:**

**Date Purchased & Ref :**

**SHIPPED TO:**
**Name:**
**Address:**

**Date Received & Ref :**

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1    of  1    pages.

SCSRELATIVITY_0001365753

GX 316.0042

# Drug Supply Chain Security Act Document

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 50MG/200MG/25MG 30TAB**

NDC: 61958-2501-01

| Lot Number | Quantity | Exp |
|---|---|---|
| CCZBYA | **2** | 07/2021 |
| | | |
| | | |

Reference Number: **01258999**
Document Type: **INVOICE**
Reference Date: 12/06/2019

## (TH) Transaction History

**Manufacturer's Name:** Gilead Sciences, Inc.
**Manufacturer's information** 333 Lakeside Drive, Foster City, CA 94404

| SOLD TO: | SHIPPED TO: |
|---|---|
| **Name:** AMERISOURCEBERGEN DRUG CORP.<br>**Address:** 5500 NEW HORIZONS BLVD<br>NORTH AMITYVILLE, NY 11701-1156 | **Name:** AMERISOURCEBERGEN DRUG CORP.<br>**Address:** 5500 NEW HORIZONS BLVD<br>NORTH AMITYVILLE, NY 11701-1156 |
| **Date Purchased & Ref :** 09/01/19   PO#A141325 | **Date Received & Ref :** 09/01/19 |
| **Name:** AMSTERDAM WELLNESS PHARMACY INC<br>**Address:** 2091 AMSTERDAM AVE<br>NEW YORK, NY 10032-8210 | **Name:** AMSTERDAM WELLNESS PHARMACY INC<br>**Address:** 2091 AMSTERDAM AVE<br>NEW YORK, NY 10032-8210 |
| **Date Purchased & Ref :** 10/20/19   PO#20191020 | **Date Received & Ref :** 10/20/19 |
| **Name:** BOULEVARD 9229 LLC<br>**Address:** 9229 QUEENS BLVD STE<br>11 REGO PARK, NY 11374 | **Name:** BOULEVARD 9229 LLC<br>**Address:** 9229 QUEENS BLVD STE<br>11 REGO PARK, NY 11374 |
| **Date Purchased & Ref :** 12/05/19   PO#01258999 | **Date Received & Ref :** 12/06/19 |
| **Name:**<br>**Address:** | **Name:**<br>**Address:** |
| **Date Purchased & Ref :** | **Date Received & Ref :** |
| **Name:**<br>**Address:** | **Name:**<br>**Address:** |
| **Date Purchased & Ref :** | **Date Received & Ref :** |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

**(A)** is authorized as required under the Drug Supply Chain Security Act;
**(B)** received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
**(C)** received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
**(D)** did not knowingly ship a suspect or illegitimate product;
**(E)** had systems and processes in place to comply with verification requirements under section 582;
**(F)** did not knowingly provide false transaction information; and
**(G)** did not knowingly alter the transaction history.

Page: 1     of 1     pages.

SCSRELATIVITY_0001365753

GX 316.0043

# Drug Supply Chain Security Act Document

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 50MG/200MG/25MG 30TAB**

NDC: 61958-2501-01

| Lot Number | Quantity | Exp |
|---|---|---|
| CCZBZA | **5** | 07/2021 |
|  |  |  |
|  |  |  |

Reference Number: **01258775**
Document Type: **INVOICE**
Reference Date: 12/06/2019

## (TH) Transaction History

**Manufacturer's Name:** Gilead Sciences, Inc.
**Manufacturer's Information:** 333 Lakeside Drive, Foster City, CA 94404

| SOLD TO: | SHIPPED TO: |
|---|---|
| **Name:** AMERISOURCEBERGEN DRUG CORP.<br>**Address:** 5500 NEW HORIZONS BLVD<br>NORTH AMITYVILLE, NY 11701-1156 | **Name:** AMERISOURCEBERGEN DRUG CORP.<br>**Address:** 5500 NEW HORIZONS BLVD<br>NORTH AMITYVILLE, NY 11701-1156 |
| **Date Purchased & Ref :** 08/19/19   PO#A141303 | **Date Received & Ref :** 08/19/19 |
| **Name:** AMSTERDAM WELLNESS PHARMACY INC<br>**Address:** 2091 AMSTERDAM AVE<br>NEW YORK, NY 10032-8210 | **Name:** AMSTERDAM WELLNESS PHARMACY INC<br>**Address:** 2091 AMSTERDAM AVE<br>NEW YORK, NY 10032-8210 |
| **Date Purchased & Ref :** 10/20/19   PO#20191020 | **Date Received & Ref :** 10/20/19 |
| **Name:** BOULEVARD 9229 LLC<br>**Address:** 9229 QUEENS BLVD STE<br>11 REGO PARK, NY 11374 | **Name:** BOULEVARD 9229 LLC<br>**Address:** 9229 QUEENS BLVD STE<br>11 REGO PARK, NY 11374 |
| **Date Purchased & Ref :** 12/04/19   PO#01258775 | **Date Received & Ref :** 12/06/19 |
| **Name:**<br>**Address:** | **Name:**<br>**Address:** |
| **Date Purchased & Ref :** | **Date Received & Ref :** |
| **Name:**<br>**Address:** | **Name:**<br>**Address:** |
| **Date Purchased & Ref :** | **Date Received & Ref :** |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

**(A)** is authorized as required under the Drug Supply Chain Security Act;
**(B)** received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
**(C)** received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
**(D)** did not knowingly ship a suspect or illegitimate product;
**(E)** had systems and processes in place to comply with verification requirements under section 582;
**(F)** did not knowingly provide false transaction information; and
**(G)** did not knowingly alter the transaction history.

Page: 1      of 1      pages.

SCSRELATIVITY_0001365753

# Drug Supply Chain Security Act Document

### (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: | | | |
|---|---|---|---|
| **BIKTARVY 50MG/200MG/25MG 30TAB** | | | |

**NDC: 61958-2501-01**

| Lot Number | Quantity | Exp |
|---|---|---|
| CCZCBA | **7** | 07/2021 |
| | | |
| | | |

Reference Number: **01259654**
Document Type: **INVOICE**
Reference Date: 12/08/2019

### (TH) Transaction History

**Manufacturer's Name:** Gilead Sciences, Inc.
**Manufacturer's information:** 333 Lakeside Drive, Foster City, CA 94404

| SOLD TO: | SHIPPED TO: |
|---|---|
| **Name:** AMERISOURCEBERGEN DRUG CORP. <br> **Address:** 5500 NEW HORIZONS BLVD <br> NORTH AMITYVILLE, NY 11701-1156 | **Name:** AMERISOURCEBERGEN DRUG CORP. <br> **Address:** 5500 NEW HORIZONS BLVD <br> NORTH AMITYVILLE, NY 11701-1156 |
| **Date Purchased & Ref :** 08/13/13   PO#A141294 | **Date Received & Ref :** 08/13/19 |
| **Name:** AMSTERDAM WELLNESS PHARMACY INC <br> **Address:** 2091 AMSTERDAM AVE <br> NEW YORK, NY 10032-8210 | **Name:** AMSTERDAM WELLNESS PHARMACY INC <br> **Address:** 2091 AMSTERDAM AVE <br> NEW YORK, NY 10032-8210 |
| **Date Purchased & Ref :** 10/21/19   PO#20191021 | **Date Received & Ref :** 10/21/19 |
| **Name:** BOULEVARD 9229 LLC <br> **Address:** 9229 QUEENS BLVD STE <br> 11 REGO PARK, NY 11374 | **Name:** BOULEVARD 9229 LLC <br> **Address:** 9229 QUEENS BLVD STE <br> 11 REGO PARK, NY 11374 |
| **Date Purchased & Ref :** 12/06/19   PO#01259654 | **Date Received & Ref :** 12/08/19 |
| **Name:** <br> **Address:** | **Name:** <br> **Address:** |
| **Date Purchased & Ref :** | **Date Received & Ref :** |
| **Name:** <br> **Address:** | **Name:** <br> **Address:** |
| **Date Purchased & Ref :** | **Date Received & Ref :** |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

**(A)** is authorized as required under the Drug Supply Chain Security Act;
**(B)** received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
**(C)** received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
**(D)** did not knowingly ship a suspect or illegitimate product;
**(E)** had systems and processes in place to comply with verification requirements under section 582;
**(F)** did not knowingly provide false transaction information; and
**(G)** did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001365753

# Drug Supply Chain Security Act Document

### (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: **BIKTARVY 50MG/200MG/25MG 30TAB** | | | |
|---|---|---|---|

NDC: 61958-2501-01

| Lot Number | Quantity | Exp |
|---|---|---|
| CCZCDA | 3 | 08/2021 |
| | | |
| | | |

**Reference Number:** 01258999
**Document Type:** INVOICE
**Reference Date:** 12/06/2019

### (TH) Transaction History

**Manufacturer's Name:** Gilead Sciences, Inc.
**Manufacturer's information:** 333 Lakeside Drive, Foster City, CA 94404

| SOLD TO: | SHIPPED TO: |
|---|---|
| **Name:** AMERISOURCEBERGEN DRUG CORP.<br>**Address:** 5500 NEW HORIZONS BLVD<br>NORTH AMITYVILLE, NY 11701-1156 | **Name:** AMERISOURCEBERGEN DRUG CORP.<br>**Address:** 5500 NEW HORIZONS BLVD<br>NORTH AMITYVILLE, NY 11701-1156 |
| **Date Purchased & Ref :** 07/26/19   PO#A141259 | **Date Received & Ref :** 07/26/19 |
| **Name:** AMSTERDAM WELLNESS PHARMACY INC<br>**Address:** 2091 AMSTERDAM AVE<br>NEW YORK, NY 10032-8210 | **Name:** AMSTERDAM WELLNESS PHARMACY INC<br>**Address:** 2091 AMSTERDAM AVE<br>NEW YORK, NY 10032-8210 |
| **Date Purchased & Ref :** 10/09/19   PO#20191009 | **Date Received & Ref :** 10/09/19 |
| **Name:** BOULEVARD 9229 LLC<br>**Address:** 9229 QUEENS BLVD STE<br>11 REGO PARK, NY 11374 | **Name:** BOULEVARD 9229 LLC<br>**Address:** 9229 QUEENS BLVD STE<br>11 REGO PARK, NY 11374 |
| **Date Purchased & Ref :** 12/05/19   PO#01258999 | **Date Received & Ref :** 12/06/19 |
| **Name:**<br>**Address:** | **Name:**<br>**Address:** |
| **Date Purchased & Ref :** | **Date Received & Ref :** |
| **Name:**<br>**Address:** | **Name:**<br>**Address:** |
| **Date Purchased & Ref :** | **Date Received & Ref :** |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  1      pages.

SCSRELATIVITY_0001365753

GX 316.0046

# Drug Supply Chain Security Act Document

## (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: | | | |
|---|---|---|---|
| **BIKTARVY 50MG/200MG/25MG 30TAB** | | | |

NDC: 61958-2501-01

| Lot Number | Quantity | Exp |
|---|---|---|
| CDMGTA | **1** | 10/2022 |
| | | |
| | | |

Reference Number: __01258999__
Document Type: __INVOICE__
Reference Date: __12/06/2019__

## (TH) Transaction History

**Manufacturer's Name:** Gilead Sciences, Inc.
**Manufacturer's information** 333 Lakeside Drive, Foster City, CA 94404

| SOLD TO: | SHIPPED TO: |
|---|---|
| **Name:** AMERISOURCEBERGEN DRUG CORP. <br> **Address:** 5500 NEW HORIZONS BLVD <br> NORTH AMITYVILLE, NY 11701-1156 | **Name:** AMERISOURCEBERGEN DRUG CORP. <br> **Address:** 5500 NEW HORIZONS BLVD <br> NORTH AMITYVILLE, NY 11701-1156 |
| **Date Purchased & Ref :** 08/29/19   PO#A141319 | **Date Received & Ref :** 08/29/19 |
| **SOLD TO:** <br> **Name:** AMSTERDAM WELLNESS PHARMACY INC <br> **Address:** 2091 AMSTERDAM AVE <br> NEW YORK, NY 10032-8210 | **SHIPPED TO:** <br> **Name:** AMSTERDAM WELLNESS PHARMACY INC <br> **Address:** 2091 AMSTERDAM AVE <br> NEW YORK, NY 10032-8210 |
| **Date Purchased & Ref :** 10/09/19   PO#20191009 | **Date Received & Ref :** 10/09/19 |
| **SOLD TO:** <br> **Name:** BOULEVARD 9229 LLC <br> **Address:** 9229 QUEENS BLVD STE <br> 11 REGO PARK, NY 11374 | **SHIPPED TO:** <br> **Name:** BOULEVARD 9229 LLC <br> **Address:** 9229 QUEENS BLVD STE <br> 11 REGO PARK, NY 11374 |
| **Date Purchased & Ref :** 12/05/19   PO#01258999 | **Date Received & Ref :** 12/06/19 |
| **SOLD TO:** <br> **Name:** <br> **Address:** | **SHIPPED TO:** <br> **Name:** <br> **Address:** |
| **Date Purchased & Ref :** | **Date Received & Ref :** |
| **SOLD TO:** <br> **Name:** <br> **Address:** | **SHIPPED TO:** <br> **Name:** <br> **Address:** |
| **Date Purchased & Ref :** | **Date Received & Ref :** |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

**(A)** is authorized as required under the Drug Supply Chain Security Act;
**(B)** received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
**(C)** received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
**(D)** did not knowingly ship a suspect or illegitimate product;
**(E)** had systems and processes in place to comply with verification requirements under section 582;
**(F)** did not knowingly provide false transaction information; and
**(G)** did not knowingly alter the transaction history.

Page: 1     of 1     pages.

SCSRELATIVITY_0001365753

GX 316.0047