Message

**From:** Maureen Varco [mvarco@frierlevitt.com]
**Sent:** 5/12/2021 7:02:50 PM
**To:** Martha M. Rumore [mrumore@frierlevitt.com]
**Subject:** FW: RxOut SafeChain Wholesaler

Please see email from Safe Chain. Do you want to take the call alone? Or have a 15 min call at 4pm with Jesse as Safe Chain has another call.

Very truly yours,

*Maureen Varco*
Executive Legal Assistant for
Jesse C. Dresser, Esq.
Harini Bupathi, Esq.
Payal Amin, Pharm.D., RPh, Esq.



84 Bloomfield Avenue
Pine Brook, NJ  07058
**direct:  (973)852-8385**
phone:  (973)618-1660
fax:  (973)618-0650
email:  mvarco@frierlevitt.com
web:  www.frierlevitt.com


New York City Office
101 Greenwich Street, Suite 8B
New York, NY 10006

Follow us on: Linkedin | Twitter | Facebook | Instagram

Frier Levitt COVID-19 Resources

*This email and any files transmitted with it are personal confidential and intended solely for the use of the individual or entity to whom they are addressed.  They are also subject to the attorney work product and attorney-client privileges.  If you received this transmission in error, please notify the sender by reply email and delete the message and any attachments.  Thank you.*

---

**From:** Charles Boyd <CharlesB@Safechain.com>
**Sent:** Wednesday, May 12, 2021 2:48 PM
**To:** Maureen Varco <mvarco@frierlevitt.com>; Pat Boyd <PatB@Safechain.com>
**Subject:** RE: RxOut SafeChain Wholesaler

[EXTERNAL SENDER: This message came from an EXTERNAL address. DO NOT click on links or attachments unless you know the sender and the content is safe.]
We can either do just 15 minutes at 4 or is just Martha available any time before?  Thanks!

**GOVERNMENT EXHIBIT**
**322**
1:24-cr-20255-WPD

FL00030450
FL00030450

GX 322.0001



Charlie Boyd | Founder & CEO
Safe Chain Solutions, LLC
822 Chesapeake Drive | Cambridge, MD 21613
office: 855.437.5727 | Cell: 301.875.1581
www.SafeChain.com   Linked in

**From:** Maureen Varco <mvarco@frierlevitt.com>
**Sent:** Wednesday, May 12, 2021 2:33 PM
**To:** Charles Boyd <CharlesB@Safechain.com>; Pat Boyd <PatB@Safechain.com>
**Subject:** RE: RxOut SafeChain Wholesaler

Hi Charles,
Jesse has calls & is not available until 4pm EST.

Very truly yours,

*Maureen Varco*
Executive Legal Assistant for
Jesse C. Dresser, Esq.
Harini Bupathi, Esq.
Payal Amin, Pharm.D., RPh, Esq.



84 Bloomfield Avenue
Pine Brook, NJ  07058
**direct:  (973)852-8385**
phone:  (973)618-1660
fax:  (973)618-0650
email:  mvarco@frierlevitt.com
web:  www.frierlevitt.com


New York City Office
101 Greenwich Street, Suite 8B
New York, NY 10006

Follow us on: Linkedin | Twitter | Facebook | Instagram

Frier Levitt COVID-19 Resources

*This email and any files transmitted with it are personal confidential and intended solely for the use of the individual or entity to whom they are addressed.  They are also subject to the attorney work product and attorney-client privileges.  If you received this transmission in error, please notify the sender by reply email and delete the message and any attachments.  Thank you.*

**From:** Charles Boyd <CharlesB@Safechain.com>
**Sent:** Wednesday, May 12, 2021 2:29 PM

**To:** Maureen Varco <mvarco@frierlevitt.com>; Pat Boyd <PatB@Safechain.com>
**Subject:** RE: RxOut SafeChain Wholesaler

[EXTERNAL SENDER: This message came from an EXTERNAL address. DO NOT click on links or attachments unless you know the sender and the content is safe.]
We also have 30 now before our 3pm call.



Charlie Boyd | Founder & CEO
Safe Chain Solutions, LLC
822 Chesapeake Drive | Cambridge, MD 21613
office: 855.437.5727 | Cell: 301.875.1581
www.SafeChain.com | Linked in

**From:** Maureen Varco <mvarco@frierlevitt.com>
**Sent:** Wednesday, May 12, 2021 2:22 PM
**To:** Pat Boyd <PatB@Safechain.com>; Charles Boyd <CharlesB@Safechain.com>
**Subject:** RE: RxOut SafeChain Wholesaler

Hi Pat & Charles,
Are you available for a call with Jesse & Martha today at 4pm EST? Do you need anyone else on this call from your team?

Very truly yours,

*Maureen Varco*
Executive Legal Assistant for
Jesse C. Dresser, Esq.
Harini Bupathi, Esq.
Payal Amin, Pharm.D., RPh, Esq.



84 Bloomfield Avenue
Pine Brook, NJ 07058
**direct: (973)852-8385**
phone: (973)618-1660
fax: (973)618-0650
email: mvarco@frierlevitt.com
web: www.frierlevitt.com

New York City Office
101 Greenwich Street, Suite 8B
New York, NY 10006

Follow us on: Linkedin | Twitter | Facebook | Instagram

Frier Levitt COVID-19 Resources

*This email and any files transmitted with it are personal confidential and intended solely for the use of the individual or entity to whom they are addressed.  They are also subject to the attorney work product and attorney-client privileges.  If you received this transmission in error, please notify the sender by reply email and delete the message and any attachments.  Thank you.*

---

**From:** Jesse C. Dresser <jdresser@FrierLevitt.com>
**Sent:** Wednesday, May 12, 2021 2:20 PM
**To:** Pat Boyd <PatB@Safechain.com>; Charles Boyd <CharlesB@Safechain.com>
**Cc:** Martha M. Rumore <mrumore@frierlevitt.com>; Maureen Varco <mvarco@frierlevitt.com>
**Subject:** RE: RxOut SafeChain Wholesaler

Let's set up a time to connect today.  Looping in Maureen to help schedule.

Thanks,

Jesse C. Dresser, Esq.



84 Bloomfield Avenue
Pine Brook, NJ  07058
direct:  (973) 852-8361
phone:  (973) 618-1660
fax:  (973) 618-0650
email:  jdresser@frierlevitt.com
web:  www.frierlevitt.com


This email and any files transmitted with it are personal confidential and intended solely for the use of the individual or entity to whom they are addressed.  They are also subject to the attorney work product and attorney-client privileges.  If you received this transmission in error, please notify the sender by reply email and delete the message and any attachments.  Thank you.

---

**From:** Pat Boyd <PatB@Safechain.com>
**Sent:** Wednesday, May 12, 2021 1:08 PM
**To:** Charles Boyd <CharlesB@Safechain.com>
**Cc:** Jesse C. Dresser <jdresser@FrierLevitt.com>; Martha M. Rumore <mrumore@frierlevitt.com>
**Subject:** Re: RxOut SafeChain Wholesaler

[EXTERNAL SENDER: This message came from an EXTERNAL address. DO NOT click on links or attachments unless you know the sender and the content is safe.]
All this is urgent!

It has going out to potentially 100's of pharmacies  claiming we are under investigation.

I have just talked to two that will not do business with us without a response. Can we send one to mark directly? What can it say?

Thanks

Patrick Boyd

FL00030453
FL00030450
GX 322.0004

Managing Partner
855-437-5727 ext 1002

On May 12, 2021, at 12:19 PM, Charles Boyd <CharlesB@safechain.com> wrote:

Hey guys,

Please see the email below from a guy named Mark Ey. He has sent this to several of our customers falsely accusing us of being under investigation with the FDA and recommending to not do business with us. I'd like a letter from you all to go out to him today addressing this. What do you think the best approach is here? Just this morning we had two customers call with concerns from receiving his emails.

Thanks,
CB

<image001.png>

**Charlie Boyd** | Founder & CEO
Safe Chain Solutions, LLC
822 Chesapeake Drive | Cambridge, MD 21613
office: 855.437.5727 | Cell: 301.875.1581
www.SafeChain.com |
<image002.png>

**From:** Pat Boyd <PatB@Safechain.com>
**Sent:** Wednesday, May 12, 2021 12:08 PM
**To:** Charles Boyd <CharlesB@Safechain.com>
**Subject:** FW: RxOut SafeChain Wholesaler

<image001.png>

**Patrick Boyd** | Managing Partner
Safe Chain Solutions, LLC
822 Chesapeake Drive | Cambridge, MD 21613
office: 855.437.5727 x1002 | fax: 866.930.1128
www.SafeChain.com |
<image002.png>

Begin forwarded message:

**From:** Trushar Sheth <trushar@giopharm.com>
**Subject: FW: RxOut SafeChain Wholesaler**
**Date:** May 11, 2021 at 5:13:21 PM EDT
**To:** Katelyn Miller <katelyn@pharmasales.com>

Katelyn

Can you please look into this and let me know what is going on?

Trushar Sheth R. Ph., CSP
Giannotto's Specialty Pharmacy
195 First Ave. West
Newark, NJ 07107
Phone #: 973-482-8220 ext: 141
Fax #: 973-485-8971
Email: Trushar@giopharm.com
Website: www.giopharm.com
*************************************************************************

*The information contained in this message and attachments, if any, is confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephoning 973-482-8220 and delete all electronic copies of this message and attachments, if any, (without retaining a copy thereof). Please destroy or return any printed copies of this message and attachments, if any, via U.S. Postal Service to Giannotto's Specialty Pharmacy,195 First Avenue,Newark,N.J. 07107*

**From:** Mark Ey <mey@carepharmacies.com>
**Sent:** Tuesday, May 11, 2021 4:05 PM
**Subject:** RxOut SafeChain Wholesaler

I was recently made aware of a pharmaceutical, medical supplies sales and marketing company, RxOut
emailing CARE members offering brand, especially HIV, products at a substantial savings.

Please be advised RxOut is promoting Safe Chain Solutions, a wholesaler located in Cambridge MD. Safe Chain
is NOT a VAWD certified wholesaler and is currently under investigation for distributing potentially counterfeit
Biktavry and Descovy by the FDA.

Several CARE pharmacies received a e-Pharm/alert letter back on March 16th from Gilead about the issue (see attached).

I highly recommend you do NOT do business with Safe Chain Solutions


**CARE 2022 Annual Meeting**      Mark Ey RPh
   **January 28th-30th**           Vice President of Operations
                                   1099 Winterson Road Suite   110
Linthicum Heights MD 21090

mey@carepharmacies.com   M
410-218-1823
<image001.jpg>


<Gliead Letter SafeChain LTR Mar21.jpg>

FL00030456
FL00030450