---------- Forwarded message ---------

From: **Katelyn Miller** <katelyn@pharmasales.com>

Date: Wed, Apr 21, 2021 at 1:05 PM

Subject: Re: Track And Trace---Legend Drugs 1

To: legend Drugs <legenddrugsone@gmail.com>

Cc: World Wide PharmaSales <wwopenorders@pharmasales.com>

Good Afternoon Bharat,

Please see attached T3's for Legend Drugs 1.

Please let me know if you need anything else.

Thank you!

**Katelyn Miller** | GPO Administrative Specialist
World Wide Pharma Sales
Safe Chain Solutions
Cell: 410-310-1043 | Fax: 888-885-1244
Email: Katelyn@PharmaSales.com
www.pharmasales.com

> On Apr 20, 2021, at 9:10 AM, Katelyn Miller <katelyn@pharmasales.com> wrote:
>
> Good Morning Bharat,
>
> I have requested these documents from our compliance department and will send them over to you once received.
>
> Thank you!
>
> **Katelyn Miller** | GPO Administrative Specialist
> World Wide Pharma Sales

GOVERNMENT EXHIBIT
337
1:24-cr-20255-WPD

Safe Chain Solutions
Cell: 410-310-1043 | Fax: 888-885-1244
Email: Katelyn@PharmaSales.com
www.pharmasales.com

<unnamed.png>

> On Apr 19, 2021, at 6:18 PM, legend Drugs <legenddrugsone@gmail.com> wrote:
>
> Good Evening.
>
> I was wondering how to go about getting the pedigree for all the drugs we purchased since last year?
>
> Thank You
> Bharat

<unnamed.png>
<Legend Drugs.zip>