| | |
|---|---|
| **From:** | Charles Boyd <CharlesB@Safechain.com> |
| **Sent:** | Mon 12/14/2020 7:48:59 PM (UTC) |
| **To:** | Blair Rosiello <BlairR@Safechain.com>, Managers <Managers@safechain.com> |
| **Subject:** | RE: Manager Meeting Notes 12/14 |
| **Attachment:** | SWOT - Master.docx |

Please review and let me know if you have any additions or questions.

CB



**Charlie Boyd** | Founder & CEO
Safe Chain Solutions, LLC
822 Chesapeake Drive | Cambridge, MD 21613
office: 855.437.5727 | Cell: 301.875.1581
www.SafeChain.com | Linkedin

---

**From:** Blair Rosiello <BlairR@Safechain.com>
**Sent:** Monday, December 14, 2020 10:20 AM
**To:** Managers <Managers@safechain.com>
**Subject:** Manager Meeting Notes 12/14

General / Announcements
   1. Weekly Quote:   "In the end, all business operations can be reduced to three words: people, product and profits. Unless you've got a good team, you can't do much with the other two." – Lee Iacocca, Automobile exec
       a. Recognize Jesse and Tracy for Friday's HIV orders. As well as Jesse and Dame for Saturday. They really went above and beyond!
   2. SWOTs review w/ managers - email out to all for feedback.  Still working on Goals / Objectives
   3. Still some open items in TD from last managers meeting. Knock those out or assign to your directs
       a. Still some questions on how to setup TD. Ask if you need help.
   4. SWDRx Update –
       a. working on SWOT and Goals this week
   5. Nectar HR use as part of employee engagement initiative
       a. Use the following link and click the "take a video tour" to rewatch the video

          https://nectarhr.com/
   6. We officially now own the headquarters building. Closed Friday!
   7. **Everyone** – please verify your information in zenefits is up to date before the end of the year
   8. Schedules:
       a. Floors update – about 85-90% done!

GOVERNMENT EXHIBIT
344
1:24-cr-20255-WPD

SCSRELATIVITY_0001339286

  b. Taylor out today
  c. Carly out 18th - 27th
  d. Adam & Worldwide providing lunch for all tomorrow - thinking Ava's
  e. Christmas happy hour Friday 5-8pm.

    **i. Order cut-off at 5pm!**
    **ii. Send Blair 2020 SC photos / videos**

Sales/Marketing
1. Working on goals for 2021
2. Been having a lot of requests for brand products and need to refocus on generics
3. Going over WW numbers this week
4. Need to finalize the Controls ordering process and order allocations

Purchasing
1. Insource account officially open – source for vaccines and fluids
2. Meeting with a client who runs clinical trials this week

Processing
1. Need to go over legacy expectations on Fridays
2. Also need to go over next day shipping requests to places that ship 1 day ground or saver options
3. Warehouse was able to receive product to RMA that never actually shipped – need to look in to

Accounting
1. Finalizing subpoena info for Alvix – Phlight – Due Tomorrow
2. Personal guarantee- if they do not want to sign a personal guarantee then the policy should be pre-paid
3. Status of monthly CC statement for November

Compliance
1. Have accepted Navigat SOM
2. Finalizing Gilead response
3. Return Solutions in 15th & 16th

Warehouse
1. HIV ROG process review
  a. Large Gentek receipts on Fridays don't work well
2. Early cut-off Friday – 5pm

IT
1. Set up call about new tech to order before end of yoear

HR
1. Manager meetings moved to January



**Blair Rosiello** | Executive Assistant
Safe Chain Solutions, LLC
822 Chesapeake Drive | Cambridge, MD  21613
office: 855.437.5727 x1101 | fax: 866.930.1128
www.SafeChain.com |

SCSRELATIVITY_0001339286

GX 344.0003



## 2021 SWOT Analysis. Department Name: Company Master

### Strengths:
Provide a list of possible strengths you feel the company does well:

1. Our team / people
2. Company culture
3. Financially strong
4. Diversity in product offerings
5. Nimble and flexible
6. Cross trained
7. Recession proof industry

### Weaknesses:
Provide a list of possible weaknesses that may prevent the company from achieving our goals:

1. Sales diversity – too many eggs in HIV basket
2. Inside sales effort – lack of activity and drive for new business
3. Dormant accounts – not enough repeat buyers
4. Inventory write offs – overbuying / under selling short dates
5. SOP's not followed – costly errors from not following processes
6. Vetting process of opportunities and deal structures – too Gungho
7. Manual processes from limited system capabilities
8. Internal communication
9. Large percentage of gross profits paid out in commissions
10. File organization – shared drives are a mess

### Opportunities:
What opportunities can the company activate on or improve upon this year?

1. Expansion into other product markets
2. Expansion of local territories
3. New product exclusives
4. Expanded rep use of SWDRx
5. Atradius coverage increases
6. New ERP efficiencies and reporting
7. Increased operational efficiencies
8. Cross training sales reps on other sales channels
9. Training and personal development

### Threats:
What could the company face this year? Threats represent things which are external or beyond the Company's direct control or influence.

1. COVID-19 or other national pandemic
2. Loss of HIV product supply
3. ERP migration / transition
4. Univest reporting errors
5. UPS / FedEx delays and changes to service
6. Trading partner integrity
7. Changes to State and Federal regulatory environments
8. Amazon entering into the mail order pharmacy space