**From:**          Charles Boyd <CharlesB@Safechain.com>
**Sent:**          Thur 8/27/2020 6:28:25 PM (UTC)
**To:**          Jesse Hammett <JesseH@Safechain.com>, compliance <compliance@Safechain.com>
**Subject:**        RE: Boulevard T3s

Yes. I'm not sure why our UT facility is on there but will tell him to fix it.



**Charlie Boyd** | Founder & CEO
Safe Chain Solutions, LLC
822 Chesapeake Drive | Cambridge, MD 21613
office: 855.437.5727 | Cell: 301.875.1581
www.SafeChain.com | Linked in

---

**From:** Jesse Hammett <JesseH@Safechain.com>
**Sent:** Thursday, August 27, 2020 2:01 PM
**To:** compliance <compliance@Safechain.com>; Charles Boyd <CharlesB@Safechain.com>
**Subject:** RE: Boulevard T3s

They were shipped straight to MD and sold to MD to my knowledge?



**Jesse Hammett** | VP of Operations
Safe Chain Solutions, LLC
822 Chesapeake Drive | Cambridge, MD  21613
office: 855.437.5727 | fax: 866.930.1128
www.SafeChain.com | Linked in

---

**From:** compliance <compliance@Safechain.com>
**Sent:** Thursday, August 27, 2020 1:31 PM
**To:** Charles Boyd <CharlesB@Safechain.com>; Jesse Hammett <JesseH@Safechain.com>
**Subject:** Boulevard T3s

Hi-
Attached are T3s we received from Boulevard, however they have the product being shipped to our Utah warehouse. I was unaware we have anything go to Utah, can you please confirm?

Thanks,


**Abbie Divilio** | Director of Compliance
Safe Chain Solutions, LLC
822 Chesapeake Drive | Cambridge, MD  21613

**GOVERNMENT EXHIBIT**
**349**
1:24-cr-20255-WPD

CTRL00039982



office: 855.437.5727 x1017 | fax: 866.930.1128
www.SafeChain.com | Linked in

---

**From:** King Kimchi <consulting012345@gmail.com>
**Sent:** Thursday, August 27, 2020 10:20 AM
**To:** compliance <compliance@Safechain.com>
**Subject:**

CTRL00039982

GX 349.0002