| | |
|---|---|
| **From:** | Charles Boyd <CharlesB@Safechain.com> |
| **Sent:** | Wed 8/12/2020 12:37:28 PM (UTC) |
| **To:** | King Kimchi <consulting012345@gmail.com> |
| **Bcc:** | Adam Brosius <adam@pharmasales.com> |
| **Subject:** | RE: |

Good morning,

Thank you for sending this back. Unfortunately, this only goes back to your supplier and as required by the FDA needs to go back to the Authorized Distributor. Below is a link to more information on the Drug Supply Chain Security Act (DSCSA). Please let me know if you have any questions. Thanks

https://www.fda.gov/drugs/drug-supply-chain-integrity/drug-supply-chain-security-act-dscsa



**Charlie Boyd** | Founder & CEO
Safe Chain Solutions, LLC
822 Chesapeake Drive | Cambridge, MD 21613
office: 855.437.5727 | Cell: 301.875.1581
www.SafeChain.com | Linkedin

**From:** King Kimchi <consulting012345@gmail.com>
**Sent:** Tuesday, August 11, 2020 9:30 PM
**To:** Charles Boyd <CharlesB@Safechain.com>
**Subject:**

GX 351.001

GOVERNMENT EXHIBIT
GX 351
1:24-cr-20255-WPD

SCSRELATIVITY_0001361221