| | |
|---|---|
| **From:** | Abbie Divilio <AbbieD@Safechain.com> |
| **Sent:** | Tue 6/2/2020 6:32:46 PM (UTC) |
| **To:** | "John E. Morrone" <JMorrone@FrierLevitt.com> |
| **Cc:** | compliance <compliance@Safechain.com> |
| **Subject:** | Licensing question |

Good afternoon Mr. Marrone,

 I was wondering if you could look into a few things for us regarding state licensing. As a licensed wholesaler, is it our responsibility to ensure that another distributor is licensed in the state of Maryland before we purchase from them? Is their home state license sufficient? Could you please explain what the difference between a virtual wholesaler and a domestic broker is? Could we potentially apply for a virtual wholesalers permit in another state to buy from another distributor who is unlicensed in Maryland?

Thank you for your time,



**Abbie Divilio** | Director of Compliance
Safe Chain Solutions, LLC
822 Chesapeake Drive | Cambridge, MD  21613
office: 855.437.5727 x1017 | fax: 866.930.1128
www.SafeChain.com | Linked in

**GOVERNMENT EXHIBIT**
**357**
1:24-cr-20255-WPD

SCSRELATIVITY_0002618672

GX 357.0001