| **From:** | Abbie Divilio <AbbieD@Safechain.com> |
|---|---|
| **Sent:** | Sun 1/31/2021 11:32:06 PM (UTC) |
| **To:** | Charles Boyd <CharlesB@Safechain.com> |
| **Subject:** | FW: Safe Chain Solutions Letter 01-21 |
| **Attachment:** | SAFE CHAIN SOLUTIONS LETTER 01-21.pdf |

Hey Charlie,
Attached is a letter from San Diego Wholesale stating they no longer want to do business with us. I believe  this is in part due to them having to wait for T3s, which were ones we had to manually update from Genetek. Also, they are stating some licensing discrepancies from Gentek and the supplier in Puerto Rico.
 As far as the T3s, Dakota and I always worked with them, to get them the T3s ASAP.

Thanks,



**Abbie Divilio** | Director of Compliance
Safe Chain Solutions, LLC
822 Chesapeake Drive | Cambridge, MD  21613
office: 855.437.5727 x1017 | fax: 866.930.1128
www.SafeChain.com | Linked in

---

**From:** Tim Streck <tstreck@rphpartners.net>
**Sent:** Friday, January 29, 2021 7:47 PM
**To:** Abbie Divilio <AbbieD@Safechain.com>; emin@pharmasales.com
**Cc:** Phil Montano <pmontano@bmrpartners.com>; Bill Guss <bguss@bmrpartners.com>
**Subject:** Safe Chain Solutions Letter 01-21

Dear Abbie/Emin,

Please see attached letter from our President.

*Any questions or concerns please do not hesitate to contact me.*

*Have a great day,*

**Timothy Streck**
*Designated Representative-in-Charge/ Supply Chain Director/Facilities Manager Ontario*
*RPH Partners Inc. dba San Diego Wholesale Distribution*
*4295 E. Jurupa St, Suite 102*
*Ontario, CA. 91761*
*P:909-687-7005*

**GOVERNMENT EXHIBIT**
**362**
1:24-cr-20255-WPD

SCSRELATIVITY_0001339385

F:909-490-0341
Email: tstreck@rphpartners.net

The information contained in this email transmission and any attachments may contain privileged and confidential information, including protected health information and/or patient information protected by federal and state privacy laws including the Health Insurance Portability and Accountability Act of 1996, as amended (HIPAA). It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution, or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender immediately at (818)848-8112 and by reply email and permanently delete this email and any attachments.

SCSRELATIVITY_0001339385



January 29, 2021

Abbie Divilio, Director of Compliance
Emin Noorijanian, Pharma Sales Representative
Safe Chain Solutions
822 Chesapeake Drive
Cambridge, MD 21613

Account Number: 26-CA0178

Dear Safe Chain Solutions,

This letter is to notify you that RPH Partners, Inc. dba San Diego Wholesale Distribution has terminated our business relationship and will no longer engage in any pharmaceutical sales transactions. This termination is effective as of December 31, 2020.

Transaction History discrepancies and neglected requests for licensing information from downstream wholesale distribution partners, Gentek, LLC in Stamford, CT and Drogueria Betances in Caguas, PR led to this decision.

This decision is not appealable as mandated by our standards.

If you have any further questions regarding this issue, please contact our Compliance Officer.

Sincerely,

Phil Montano
President

RPH Partners, Inc. dba San Diego Wholesale Distribution
4295 E. Jurupa St., Suite 102 Ontario, CA 91761

cc: Tim Streck, Designated Representative-In-Charge
Bill Guss, Compliance Officer

sent via email.

SCSRELATIVITY_0001339386