| | |
|---|---|
| **From:** | Tyler Tedrow[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=C0A37C651C274AB58219C99BE95493FD-TYLER T] |
| **Sent:** | Wed 2/10/2021 2:25:00 PM (UTC) |
| **To:** | Pat Boyd[PatB@Safechain.com]; Orders[orders@safechain.com] |
| **Subject:** | Fw: Return Label for 3 Biktarvys w/ Invoice an Lot3S |
| **Attachment:** | Returning 01-21-2021 Ship 01-21-2021 Biktarvy NDC 61958-2501-01 re 2 Items Lot CFBGHA re 1 Item 021346.pdf |

Modern Pharmacy wants to return these. I have other customers waiting for Biktarvy so they are presold if SC doesn't have a buyer right now.

—

Safe Chain Solutions
822 Chesapeake Drive | Cambridge, MD  21613
office:  855.437.5727 | fax:  855.614.4118
www.safechain.com

---

**From:** RILF PA <mrosen0571@aol.com>
**Sent:** Wednesday, February 10, 2021 6:32 AM
**To:** Tyler Tedrow <TylerT@Safechain.com>
**Cc:** RILF PA <mrosen0571@aol.com>; mr@mrtaxlawyer.com <mr@mrtaxlawyer.com>
**Subject:** Return Label for 3 Biktarvys w/ Invoice an Lot3S

Hi Tyler, per your request, attached are the returns, with a summary cover and the Invoice matching the Lot #s. A picture is also included.
Thanks Much! :)

Sincerely.

Rosenbaum International Law Firm, P.A.
Michael Rosenbaum, CPA, Esq., LL.M. (Tax)
755 West 41st Street
Miami Beach, Florida 33140
Tel:     305-672-3770
Cell:    305-321-0321
Fax:    305-672-3772
Email: Mr@mrtaxlawyer.com /
          MRosen0571@aol.com
Firm Bio: http://www.mrtaxlawyer.com

**GOVERNMENT EXHIBIT**
**369**
1:24-cr-20255-WPD

SCSRELATIVITY_0001352455

GX 369.0001

| Ship Date | Invoice Number | Drug Name | NDC | Lot # | # of Items | Credit ea. Item | Total Credit |
|---|---|---|---|---|---|---|---|
| 1/21/2021 | 01-41599 | Biktarvy | 61958-2501-01 | CFBGHA | 2 | $3,122.25 | $6,244.50 |
| 1/21/2021 | 01-41599 | Biktarvy | 61958-2501-01 | 021346 | 1 | $3,122.25 | $3,122.25 |
| | | | | | | Total Credit: | $9,366.75 |
| | | | | | | | |



# Invoice

**SAFE CHAIN SOLUTIONS, LLC**
822 CHESAPEAKE DRIVE
CAMBRIDGE, MD 21613

Tel: 855-437-5727
Fax: 866-930-1128
RS0477617

**Remit To:**
Safe Chain Solutions, LLC
PO Box 479
Souderton, PA 18964

Tel: 855-437-5727
Fax:

www.safechain.com
accounting@safechain.com

**Inv Number**
01I41599
Page: 1

**Bill-to:** 14-FL0195
MODERN PHARMACY LLC
123 ALTON ROAD
ATTN: ACCTS PAYABLE
MIAMI BEACH   FL 33139

**Ship-to:** PHAR           001
MODERN PHARMACY LLC
123 ALTON ROAD
ATTN: MICHAEL ROSENBAUM
MIAMI BEACH   FL 33139

| Invoice Date: | 01/21/21 | Salesman: | Blackstone |
|---|---|---|---|
| Ship Date: | 01/21/21 | Ship Via: | UPS Ground |
| Our Order No: | 01S37411002 | Customer Order #: | None |
| | | Terms: | NET 15 |
| License | PH18913 Exp: 02/28/23 | DEA # | BM8098849 Exp:01/31/21 LicExp:02/28/23 |
| Special Instructions: | CHARGE CC FEE | | |

| Line | Item Number / Description | Ordered | UM | Shipped | UM | B/O Qty | Unit Price | UM | Extension |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 61958-2501-01<br>BIKTARVY 30CT<br>  NDC#: 61958-2501-01<br>  Prod Strength: 50-200-25 MG<br>  Prod Size: 30 EA<br>Lot #: CFBGHA<br>Expiration Date: 02/28/23<br>Lot #: 021346<br>Expiration Date: 02/28/23 | 5 | EA | 5<br><br><br><br>2<br><br>3 | EA | 0 | 3122.25* | EA | 15,611.25 |
| 2 | 49702-0231-13<br>TRIUMEQ<br>  NDC#: 49702-0231-13<br>  Prod Strength: 600-50-300 MG<br>  Prod Size: 30 EA<br>Lot #: 7N9K<br>Expiration Date: 08/31/22 | 2 | EA | 2<br><br><br><br>2 | EA | 0 | 2927.33* | EA | 5,854.66 |

**SUB TOTAL**                                                                          21,465.91

**INVOICE TOTAL**                                                                      $21,465.91

Additional License Information
State License for MD - Origin
D03211   Exp 05/31/21
State License for FL - Destination
PH18913  Exp 02/28/23

**PLEASE NOTE OUR NEW REMIT TO ADDRESS**

**Cartons:** 0       **Weight:** 0.0                                             * Non-Taxable

GX 369.0003

SCSRELATIVITY_0001352456



SCSRELATIVITY_0001352456



SCSRELATIVITY_0001352456