| | |
|---|---|
| **From:** | Pat Boyd[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=964064AA20E946EC8768BB561A22A814-PAT BOYD] |
| **Sent:** | Tue 4/20/2021 1:02:58 PM (UTC) |
| **To:** | Charles Boyd[CharlesB@Safechain.com] |
| **Subject:** | RE: Gilead Correspondence |

Dear valued customer,

We are writing to inform you that Gilead has mentioned that a former supplier of SCS, gentek, has provided us with records inconsistent with Gilead's tracing. SCS closed it's account with Gentek in December 2020 and has not purchased since. As always we want to keep our customers in the loop with the most up to date information possible and will continue to do so ongoing.

Should you have any questions regarding Gentek or SCS please reach out to care@safechain.com.


Thanks



**Patrick Boyd** | Managing Partner
Safe Chain Solutions, LLC
822 Chesapeake Drive | Cambridge, MD  21613
office: 855.437.5727 x1001 | fax: 866.930.1128
www.SafeChain.com | Linkedin

---

**From:** Charles Boyd <CharlesB@Safechain.com>
**Sent:** Tuesday, April 20, 2021 8:59 AM
**To:** Anthony Berger <Tonyb@Safechain.com>; Jesse C. Dresser <jdresser@frierlevitt.com>; Martha M. Rumore <mrumore@frierlevitt.com>
**Cc:** Pat Boyd <PatB@Safechain.com>; Abbie Divilio <AbbieD@Safechain.com>
**Subject:** RE: Gilead Correspondence

Morning guys,

This should be letters to all Gentek customers not Rapids correct?

Pat is reaching out this AM to confirm Synergy as a customer of Caesar's. We're also adding AD verification to our T3 due diligence checklist.

Abbie is reaching out to get approval from the FDA on returning Rapids and Boulevard.

Please let us know ASAP on the language for our customer letter so we can be compliant with the DSCSA requirements.

GOVERNMENT EXHIBIT
372
1:24-cr-20255-WPD

GX 372.0001

DOJ-PPM-0000117337

CB



---

**From:** Anthony Berger <Tonyb@Safechain.com>
**Sent:** Tuesday, April 20, 2021 8:33 AM
**To:** Jesse C. Dresser <jdresser@frierlevitt.com>; Martha M. Rumore <mrumore@frierlevitt.com>
**Cc:** Charles Boyd <CharlesB@Safechain.com>; Pat Boyd <PatB@Safechain.com>
**Subject:** Gilead Correspondence

Jesse/Martha:

As discussed yesterday, at your earliest convenience today, please send to us a copy of the letter that you received from Gilead regarding their conclusion about Rapids product, so that we can include their language in the communication to our customers and the FDA.

Anthony L. Berger
Tonyb@safechain.com
Cell:  914.671.6932

