**Short Message Report**

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 34 | Date Range: 5/19/2020 |

**Outline of Conversations**

:)     **Microsoft Teams chat between [Adam Brosius, Pat Boyd]** • 34 messages on 5/19/2020 • Adam Brosius • Pat Boyd (PatB@Safechain.com)

**GOVERNMENT EXHIBIT**

**405**

1:24-cr-20255-WPD

RSMF_TEAMS_0000083337

**Messages in chronological order** (times are shown in GMT +00:00)

| | | |
|---|---|---|
| :) | **Microsoft Teams chat between [Adam Brosius, Pat Boyd]** | |
| P | **Pat Boyd (PatB@Safechain.com)**<br>showing it's out for delivery or post office. the number just takes you to general USPS | 5/19/2020, 11:45 AM |
| AB | **Adam Brosius**<br>Then I don't know what to do | 5/19/2020, 11:59 AM |
| P | **Pat Boyd (PatB@Safechain.com)**<br>they open at 9, im going to see if it's there and go grab it | 5/19/2020, 12:04 PM |
| AB | **Adam Brosius**<br>Sounds good. Thx. Sorry for hassle | 5/19/2020, 12:04 PM |
| P | **Pat Boyd (PatB@Safechain.com)**<br>no worries | 5/19/2020, 12:04 PM |
| P | **Pat Boyd (PatB@Safechain.com)**<br>small town post offces are easy | 5/19/2020, 12:04 PM |
| P | **Pat Boyd (PatB@Safechain.com)**<br>Post office has it | 5/19/2020, 2:05 PM |
| AB | **Adam Brosius**<br>cool | 5/19/2020, 2:07 PM |
| P | **Pat Boyd (PatB@Safechain.com)**<br>got it | 5/19/2020, 2:37 PM |
| AB | **Adam Brosius**<br>great   thanks | 5/19/2020, 2:42 PM |
| AB | **Adam Brosius**<br>you around? | 5/19/2020, 5:19 PM |
| P | **Pat Boyd (PatB@Safechain.com)**<br>Yeah just about to do round 2 with movers | 5/19/2020, 5:19 PM |
| AB | **Adam Brosius**<br>can you get me some info on a client? | 5/19/2020, 5:20 PM |
| P | **Pat Boyd (PatB@Safechain.com)**<br>I don't have my laptop but a search should help too | 5/19/2020, 5:20 PM |
| AB | **Adam Brosius**<br>i can ask garrett to get me a report of sales  and then you and i can discuss | 5/19/2020, 5:20 PM |
| AB | **Adam Brosius**<br>pharmacy in michigan wants to start buying HIV | 5/19/2020, 5:21 PM |
| P | **Pat Boyd (PatB@Safechain.com)**<br>Ok cool | 5/19/2020, 5:21 PM |

| | | | |
|---|---|---|---|
| P | **Pat Boyd (PatB@Safechain.com)** <br> Oh nice! | | 5/19/2020, 5:21 PM |
| AB | **Adam Brosius** <br> HIV   gonna be really good for us | | 5/19/2020, 5:21 PM |
| P | **Pat Boyd (PatB@Safechain.com)** <br> And not going anywhere | | 5/19/2020, 5:23 PM |
| AB | **Adam Brosius** <br> not for you! | | 5/19/2020, 5:24 PM |
| P | **Pat Boyd (PatB@Safechain.com)** <br> Hahahahaha | | 5/19/2020, 5:25 PM |
| P | **Pat Boyd (PatB@Safechain.com)** <br> Jon a was asking if we decided what we wanted to do with that account Travis submitted | | 5/19/2020, 6:50 PM |
| AB | **Adam Brosius** <br> put it iin as Nation    he is getting paid direct from me on 2 pharmacies | | 5/19/2020, 6:51 PM |
| AB | **Adam Brosius** <br> big day so far 76k at safe chain 90k at SW <br><br> i have anohter 50k order for HIV to go in | | 5/19/2020, 6:52 PM |
| P | **Pat Boyd (PatB@Safechain.com)** <br> Nice!!!!! | | 5/19/2020, 7:00 PM |
| AB | **Adam Brosius** <br> also   the client i was looking to ask about before hasnt ordered in a year    so we are reigniting them | | 5/19/2020, 7:01 PM |
| P | **Pat Boyd (PatB@Safechain.com)** <br> Prefect | | 5/19/2020, 7:07 PM |
| AB | **Adam Brosius** <br> Can you approve this rep switch <br> Been a year <br><br> Compassionate Pharmacy in Michigan please - NPI 1164887634 <br> Compassionaterx@gmail.com | | 5/19/2020, 7:07 PM |
| AB | **Adam Brosius** <br> To J&M | | 5/19/2020, 7:08 PM |
| P | **Pat Boyd (PatB@Safechain.com)** <br> Did Garrett request? | | 5/19/2020, 7:09 PM |
| AB | **Adam Brosius** <br> No. I will have him request. | | 5/19/2020, 7:09 PM |
| P | **Pat Boyd (PatB@Safechain.com)** <br> Perfect no problem | | 5/19/2020, 7:10 PM |
| AB | **Adam Brosius** <br> &lt;table itemprop="copy-paste-table" width="977"&gt; <br> &lt;colgroup&gt;&lt;col width="127"&gt;&lt;col width="295"&gt;&lt;col width="200"&gt;&lt;col width="299"&gt;&lt;col width="56"&gt;&lt;/colgroup&gt; <br> &lt;tbody&gt; | | 5/19/2020, 9:28 PM |

```
<tr height="20">
<td height="20" width="127">00781-7165-35</td>
<td width="295">CALCIPOTRIENE/BETAMETHASONE DI</td>
<td width="200"></td>
<td width="299">M-00781 SANDOZ</td>
<td align="right" width="56">230</td>
</tr>
<tr height="20">
<td height="20">S00781-7165-35</td>
<td>CALCIPOTRIENE/BETAMETHASONE DI</td>
<td></td>
<td>M-00781 SANDOZ</td>
<td align="right">346</td>
</tr>
</tbody>
</table>
```