**Short Message Report**

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 44 | Date Range: 5/22/2020 |

**Outline of Conversations**

> :]    **Microsoft Teams chat between [Adam Brosius, Charles Boyd]** • 44 messages on 5/22/2020 • Adam Brosius • Charles Boyd (CharlesB@Safechain.com)

**Messages in chronological order** (times are shown in GMT +00:00)

|  | **Microsoft Teams chat between [Adam Brosius, Charles Boyd]** |  |
|---|---|---|
| C | **Charles Boyd (CharlesB@Safechain.com)**<br>GM! | 5/22/2020, 12:07 PM |
| AB | **Adam Brosius**<br>GM | 5/22/2020, 12 07 PM |
| C | **Charles Boyd (CharlesB@Safechain.com)**<br>can you put the HIV orders in so I can get the courier all set? | 5/22/2020, 12:07 PM |
| AB | **Adam Brosius**<br>YES | 5/22/2020, 12:08 PM |
| C | **Charles Boyd (CharlesB@Safechain.com)**<br>thanks | 5/22/2020, 12:09 PM |
| AB | **Adam Brosius**<br>good news on today's delievered order   client is paying with CC and paying the fee | 5/22/2020, 1:10 PM |
| C | **Charles Boyd (CharlesB@Safechain.com)**<br>hell yes! | 5/22/2020, 1:10 PM |
| AB | **Adam Brosius**<br>good/bad news today   received another big order last night   250k HIV   will need the same drill done | 5/22/2020, 1:11 PM |
| C | **Charles Boyd (CharlesB@Safechain.com)**<br>that's great news | 5/22/2020, 1:11 PM |
| AB | **Adam Brosius**<br>our numbers are gonna be 1 mil+ this month on hiv | 5/22/2020, 1:11 PM |
| C | **Charles Boyd (CharlesB@Safechain.com)**<br>lets just get a process together that is smooth and not a fire drill! | 5/22/2020, 1:11 PM |
| AB | **Adam Brosius**<br>the 2nd big order is CC also  but we pay the fee | 5/22/2020, 1:11 PM |
| C | **Charles Boyd (CharlesB@Safechain.com)**<br>gotcha | 5/22/2020, 1:11 PM |
| C | **Charles Boyd (CharlesB@Safechain.com)**<br>Amanda said there's a broker fee? | 5/22/2020, 1:12 PM |
| AB | **Adam Brosius**<br>yes i told you too! there is a broker fee on everyunit that is included in my numbers | 5/22/2020, 1:13 PM |
| AB | **Adam Brosius**<br>it helps our cashflow because we only pay that at the end of the month | 5/22/2020, 1:13 PM |
| AB | **Adam Brosius**<br>it is a lot | 5/22/2020, 1:14 PM |

| | | |
|---|---|---|
| C | **Charles Boyd (CharlesB@Safechain.com)** <br> oh yeah | 5/22/2020, 1:14 PM |
| C | **Charles Boyd (CharlesB@Safechain.com)** <br> but the 11% is after the broker fee? | 5/22/2020, 1:14 PM |
| AB | **Adam Brosius** <br> yes | 5/22/2020, 1:14 PM |
| C | **Charles Boyd (CharlesB@Safechain.com)** <br> cool | 5/22/2020, 1:14 PM |
| AB | **Adam Brosius** <br> [11:25 AM] <br> Adam Brosius (Guest) <br> fyi the HIV stuff for grubbs came in today and is getting checked in it will be hand delivered by Jesse's brother we need to get it invoiced with the admin and get that to the client after delivery we can charge the CC <br><br> [11:26 AM] <br> garrett (Guest) <br> got it thanks | 5/22/2020, 3:27 PM |
| AB | **Adam Brosius** <br> can you make sure that jesse's brother does not leave the client till he talks to us | 5/22/2020, 6:00 PM |
| C | **Charles Boyd (CharlesB@Safechain.com)** <br> 100% <br> 1 • Adam Brosius | 5/22/2020, 6:01 PM |
| AB | **Adam Brosius** <br> we did 500k today | 5/22/2020, 6:01 PM |
| AB | **Adam Brosius** <br> BOOM | 5/22/2020, 6:01 PM |
| AB | **Adam Brosius** <br> File sent: boom GIF (GIF Image) <br><br>  <br> *Image: boom GIF (GIF Image)..gif (228 KB)* | 5/22/2020, 6:01 PM |
| C | **Charles Boyd (CharlesB@Safechain.com)** | 5/22/2020, 6:02 PM |

| | | | |
|---|---|---|---|
| | | we have $750k pending | |
| C | **Charles Boyd (CharlesB@Safechain.com)** <br> between on BO and Hold | | 5/22/2020, 6:02 PM |
| AB | **Adam Brosius** <br> double boom | | 5/22/2020, 6:03 PM |
| AB | **Adam Brosius** <br> fyi  saluda called today looking for 100k min | | 5/22/2020, 6:03 PM |
| AB | **Adam Brosius** <br> they were looking for 500k | | 5/22/2020, 6:03 PM |
| AB | **Adam Brosius** <br> call me | | 5/22/2020, 7:06 PM |
| C | **Charles Boyd (CharlesB@Safechain.com)** <br> hey | | 5/22/2020, 8:07 PM |
| C | **Charles Boyd (CharlesB@Safechain.com)** <br> we still need wire info for the vendor | | 5/22/2020, 8:07 PM |
| AB | **Adam Brosius** <br> he said he is doing the invoice   i will send you wire info here | | 5/22/2020, 8:11 PM |
| C | **Charles Boyd (CharlesB@Safechain.com)** <br> cool | | 5/22/2020, 8:12 PM |
| AB | **Adam Brosius** <br> Chase Bank <br><br> MFK Management LLC dba Boulevard 9229 <br> 62-43 A Woodhaven Boulevard <br> Rego Park NY 11374 | | 5/22/2020, 8:14 PM |
| AB | **Adam Brosius** <br> Chase Bank <br> [redacted] | | 5/22/2020, 8:15 PM |
| AB | **Adam Brosius** <br> i have other great news on saluda | | 5/22/2020, 8:27 PM |
| C | **Charles Boyd (CharlesB@Safechain.com)** <br> really? | | 5/22/2020, 8:31 PM |
| AB | **Adam Brosius** <br> will call you | | 5/22/2020, 8:33 PM |
| C | **Charles Boyd (CharlesB@Safechain.com)** <br> ok | | 5/22/2020, 8:33 PM |
| AB | **Adam Brosius** <br> did the 100k go? | | 5/22/2020, 8:35 PM |

RSMF_TEAMS_0000076555