## Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 19 | Date Range: 5/29/2020 |

## Outline of Conversations

:) **Microsoft Teams chat between [Kenzie Nalley, Charles Boyd]** • 19 messages on 5/29/2020 • Charles Boyd (CharlesB@Safechain.com) • Kenzie Nalley (KenzieN@Safechain.com)

**GOVERNMENT EXHIBIT**

**408**

1:24-cr-20255-WPD

**Messages in chronological order** (times are shown in GMT +00:00)

:) | **Microsoft Teams chat between [Kenzie Nalley, Charles Boyd]**

| | | |
|---|---|---|
| C | **Charles Boyd (CharlesB@Safechain.com)**<br>hey there | 5/29/2020, 3:08 PM |
| K | **Kenzie Nalley (KenzieN@Safechain.com)**<br>Hey! | 5/29/2020, 3:08 PM |
| C | **Charles Boyd (CharlesB@Safechain.com)**<br>do you have a vendor intake form for BOULEVARD 9229 LLC? | 5/29/2020, 3:09 PM |
| K | **Kenzie Nalley (KenzieN@Safechain.com)**<br>of course!<br><br>File **"file-7226ca4-1590764971788-Boulevard.pdf"** *is missing.*<br>Attachment: Boulevard.pdf | 5/29/2020, 3:09 PM |
| C | **Charles Boyd (CharlesB@Safechain.com)**<br>thanks! | 5/29/2020, 3:09 PM |
| C | **Charles Boyd (CharlesB@Safechain.com)**<br>at what time does compliance look at this? | 5/29/2020, 3:10 PM |
| K | **Kenzie Nalley (KenzieN@Safechain.com)**<br>When we first receive the request, i forward the email that has the app, licenses and any other info to Compliance to approve, and then they send the approval/denial back to me. I dont begin any further steps until they have approved/denied. then i input in the system. | 5/29/2020, 3:11 PM |
| C | **Charles Boyd (CharlesB@Safechain.com)**<br>ok cool | 5/29/2020, 3:11 PM |
| C | **Charles Boyd (CharlesB@Safechain.com)**<br>thanks | 5/29/2020, 3:11 PM |
| K | **Kenzie Nalley (KenzieN@Safechain.com)**<br>no problem! | 5/29/2020, 3:11 PM |
| K | **Kenzie Nalley (KenzieN@Safechain.com)**<br>something sketchy with them? | 5/29/2020, 3:11 PM |
| C | **Charles Boyd (CharlesB@Safechain.com)**<br>I'm just looking at a few things | 5/29/2020, 3:12 PM |
| C | **Charles Boyd (CharlesB@Safechain.com)**<br>want to make sure we're all good | 5/29/2020, 3:12 PM |
| K | **Kenzie Nalley (KenzieN@Safechain.com)**<br>cause i know they have three "contacts" there and i finally called the one guy and made him explain to me who was who | 5/29/2020, 3:12 PM |
| C | **Charles Boyd (CharlesB@Safechain.com)**<br>can you shoot me the approval email? | 5/29/2020, 3:12 PM |
| K | **Kenzie Nalley (KenzieN@Safechain.com)**<br>sent! | 5/29/2020, 3:13 PM |

| | | |
|---|---|---|
| C | **Charles Boyd (CharlesB@Safechain.com)**<br>thanks! | 5/29/2020, 3:22 PM |
| C | **Charles Boyd (CharlesB@Safechain.com)**<br>where can I find the vendor intake form? | 5/29/2020, 6:52 PM |
| K | **Kenzie Nalley (KenzieN@Safechain.com)**<br>Here you go! | 5/29/2020, 6:55 PM |

*File **"file-40f9fcd-1590778512247-Vendor Intake Application.pdf"** is missing.*
*Attachment: Vendor Intake Application.pdf*