## Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 29 | Date Range: 7/17/2020 |

## Outline of Conversations

:) **Microsoft Teams chat between [Pat Boyd, Michael Landy]** • 29 messages on 7/17/2020 • Michael Landy (michaell@safechain.com) • Pat Boyd (PatB@Safechain.com)

**GOVERNMENT EXHIBIT**

**414**

1:24-cr-20255-WPD

**Messages in chronological order** (times are shown in GMT +00:00)

| | **Microsoft Teams chat between [Pat Boyd, Michael Landy]** | |
|---|---|---|
| M | **Michael Landy (michaell@safechain.com)**<br>25 mavyret & 25 epclusa per month at -7.5% | 7/17/2020, 3:30 PM |
| P | **Pat Boyd (PatB@Safechain.com)**<br>Niiiiice! | 7/17/2020, 3:31 PM |
| M | **Michael Landy (michaell@safechain.com)**<br>We'll see early stages and need VAWD | 7/17/2020, 3:32 PM |
| P | **Pat Boyd (PatB@Safechain.com)**<br>Ahhh | 7/17/2020, 3:38 PM |
| P | **Pat Boyd (PatB@Safechain.com)**<br>That may not happen unfortunately | 7/17/2020, 3:38 PM |
| M | **Michael Landy (michaell@safechain.com)**<br>At all? Adam said 2-3 weeks | 7/17/2020, 3:39 PM |
| P | **Pat Boyd (PatB@Safechain.com)**<br>Yeah the vendor is being funny now | 7/17/2020, 3:39 PM |
| P | **Pat Boyd (PatB@Safechain.com)**<br>Wants huge commitments only and upfront | 7/17/2020, 3:40 PM |
| P | **Pat Boyd (PatB@Safechain.com)**<br>It's killing us here too | 7/17/2020, 3:40 PM |
| M | **Michael Landy (michaell@safechain.com)**<br>It's a game changer for us | 7/17/2020, 3:40 PM |
| P | **Pat Boyd (PatB@Safechain.com)**<br>Oh I know | 7/17/2020, 3:41 PM |
| P | **Pat Boyd (PatB@Safechain.com)**<br>They're just not working with us | 7/17/2020, 3:41 PM |
| M | **Michael Landy (michaell@safechain.com)**<br>Most only care about optimism | 7/17/2020, 3:41 PM |
| M | **Michael Landy (michaell@safechain.com)**<br>Optum | 7/17/2020, 3:41 PM |
| M | **Michael Landy (michaell@safechain.com)**<br>Should we try to see if we can get commitments from our customers? | 7/17/2020, 3:44 PM |
| P | **Pat Boyd (PatB@Safechain.com)**<br>It won't matter if we lose the vendor all together | 7/17/2020, 3:46 PM |
| P | **Pat Boyd (PatB@Safechain.com)**<br>We're having issues with them now | 7/17/2020, 3:46 PM |

**P**    **Pat Boyd (PatB@Safechain.com)**    7/17/2020, 3:46 PM
Boulevard is still good

**M**    **Michael Landy (michaell@safechain.com)**    7/17/2020, 7:10 PM
Boulevard comes in sealed bottles?

**P**    **Pat Boyd (PatB@Safechain.com)**    7/17/2020, 7:28 PM
Yes

**M**    **Michael Landy (michaell@safechain.com)**    7/17/2020, 7:31 PM
Two of my customers are OK with that they're putting me together a list of how much and what they use

**P**    **Pat Boyd (PatB@Safechain.com)**    7/17/2020, 7:32 PM
Hell yes!!!

**M**    **Michael Landy (michaell@safechain.com)**    7/17/2020, 7:35 PM
VAWD guy was over 80k per month just for two products

**P**    **Pat Boyd (PatB@Safechain.com)**    7/17/2020, 7:36 PM
We won't give up on it, just don't think it's going to be as soon as Adam thinks

**M**    **Michael Landy (michaell@safechain.com)**    7/17/2020, 7:37 PM
Well It sells especially to the optum guys

**M**    **Michael Landy (michaell@safechain.com)**    7/17/2020, 7:37 PM
They are afraid of everything

**M**    **Michael Landy (michaell@safechain.com)**    7/17/2020, 7:40 PM
I got two that were public health ...getting biktarvy for $2100

**P**    **Pat Boyd (PatB@Safechain.com)**    7/17/2020, 7:45 PM
Shit

**M**    **Michael Landy (michaell@safechain.com)**    7/17/2020, 7:46 PM
Tons of meds