**Short Message Report**

| Conversations: 1 | Participants: 3 |
|---|---|
| Total Messages: 62 | Date Range: 8/17/2020 |

**Outline of Conversations**

:-] **Microsoft Teams chat between [Jesse Hammett, Charles Boyd, Abbie Divilio]** · 62 messages on 8/17/2020 · Abbie Divilio (AbbieD@Safechain.com) · Charles Boyd (CharlesB@Safechain.com) · Jesse Hammett (JesseH@Safechain.com)

GOVERNMENT
EXHIBIT

**418**

1:24-cr-20255-WPD

RSMF_TEAMS_0000007332

**Messages in chronological order** (times are shown in GMT +00:00)

---

:-]          **Microsoft Teams chat between [Jesse Hammett, Charles Boyd, Abbie Divilio]**

A    **Abbie Divilio (AbbieD@Safechain.com)**                                     8/17/2020, 1:30 PM
     Could you remind me who the customer is that received the medication?

J    **Jesse Hammett (JesseH@Safechain.com)**                                     8/17/2020, 1:31 PM
     i just asked i don;t know either

J    **Jesse Hammett (JesseH@Safechain.com)**                                     8/17/2020, 1:31 PM
     we have sold this LOT a decent amount since june

J    **Jesse Hammett (JesseH@Safechain.com)**                                     8/17/2020, 1:31 PM
     oh sorry just saw CB is on this lol

J    **Jesse Hammett (JesseH@Safechain.com)**                                     8/17/2020, 1:33 PM
     Astrazeneca manufactures the XR400 and Gilead manufactures the biktarvy.  they are not the same company and are not
     under the same parent company

J    **Jesse Hammett (JesseH@Safechain.com)**                                     8/17/2020, 1:34 PM
     so unless they are made in the same contract manufacturing plant it's unlikely the pills for one would end up in the bottle
     of another

A    **Abbie Divilio (AbbieD@Safechain.com)**                                     8/17/2020, 1:34 PM
     Yes, I was just looking into that as well. Seems really weird that there could have been a mix up

J    **Jesse Hammett (JesseH@Safechain.com)**                                     8/17/2020, 1:35 PM
     white cross is the customer

J    **Jesse Hammett (JesseH@Safechain.com)**                                     8/17/2020, 1:35 PM
     there are two of them but unsure which it was

C    **Charles Boyd (CharlesB@Safechain.com)**                                    8/17/2020, 1:39 PM
     getting customer now

J    **Jesse Hammett (JesseH@Safechain.com)**                                     8/17/2020, 1:39 PM
     White Cross Palm Springs, 27-CA0128
          1 · Abbie Divilio (AbbieD@Safechain.com)

C    **Charles Boyd (CharlesB@Safechain.com)**                                    8/17/2020, 1:39 PM
     yep

J    **Jesse Hammett (JesseH@Safechain.com)**                                     8/17/2020, 1:41 PM
     we sold him two bottle of that lot number

J    **Jesse Hammett (JesseH@Safechain.com)**                                     8/17/2020, 1:42 PM
     soobvioulsy, the next person that talks to him needs to ask if he still has the other bottle, and if so have him open it

J    **Jesse Hammett (JesseH@Safechain.com)**                                     8/17/2020, 1:42 PM
     or, follow up with whatever patient got it

C    **Charles Boyd (CharlesB@Safechain.com)**                                    8/17/2020, 1:42 PM
     yeah

C    **Charles Boyd (CharlesB@Safechain.com)**                                    8/17/2020, 1:42 PM

                                    RSMF_TEAMS_0000007332

none here?

| | |
|---|---|
| J | **Jesse Hammett (JesseH@Safechain.com)** |
| | checking now |

8/17/2020, 1:42 PM

| | |
|---|---|
| J | **Jesse Hammett (JesseH@Safechain.com)** |
| | we have biktarvy but none of that LOT |

8/17/2020, 1:44 PM

| | |
|---|---|
| C | **Charles Boyd (CharlesB@Safechain.com)** |
| | damn |

8/17/2020, 1:46 PM

| | |
|---|---|
| A | **Abbie Divilio (AbbieD@Safechain.com)** |
| | were you able to confirm that we got that lot from Gentek or Blvd 9229? |

8/17/2020, 2:36 PM

| | |
|---|---|
| J | **Jesse Hammett (JesseH@Safechain.com)** |
| | the T3 should show that |

8/17/2020, 2:47 PM

| | |
|---|---|
| J | **Jesse Hammett (JesseH@Safechain.com)** |
| | let me verify |

8/17/2020, 2:47 PM

| | |
|---|---|
| J | **Jesse Hammett (JesseH@Safechain.com)** |
| | confirmed |

8/17/2020, 2:48 PM

| | |
|---|---|
| J | **Jesse Hammett (JesseH@Safechain.com)** |
| | AMSImage sent |

8/17/2020, 2:48 PM

*Attachment: 0-eus-d1-8b99284a0d1b473708bd6edf9f80f814 (53 KB)*

| | |
|---|---|
| J | **Jesse Hammett (JesseH@Safechain.com)** |
| | line #30 |

8/17/2020, 2:48 PM

| | |
|---|---|
| C | **Charles Boyd (CharlesB@Safechain.com)** |
| | we only received 2 of that lot #? or is that just on this ROG? |

8/17/2020, 2:49 PM

| | |
|---|---|
| J | **Jesse Hammett (JesseH@Safechain.com)** |
| | we only received 2 of that lot on this specific Rreceipt |

8/17/2020, 2:49 PM

| | |
|---|---|
| J | **Jesse Hammett (JesseH@Safechain.com)** |
| | we sold both to the customer |
| | 1 • Abbie Divilio (AbbieD@Safechain.com) |

8/17/2020, 2:50 PM

| | |
|---|---|
| C | **Charles Boyd (CharlesB@Safechain.com)** |
| | how about this lot overall? |

8/17/2020, 2:51 PM

| | |
|---|---|
| J | **Jesse Hammett (JesseH@Safechain.com)** |
| | these are all of our sales of this specific LOT for all time |

8/17/2020, 2:51 PM

*File **"file-cbfeadd-1597675906450-lot sales tracking report ccpdpa.pdf"** is missing.*
*Attachment: lot sales tracking report ccpdpa.pdf*

| | |
|---|---|
| J | **Jesse Hammett (JesseH@Safechain.com)** |
| | it looks like we received this same lot from this same vendor and sold it back on 7/7 to a different customer |

8/17/2020, 2:52 PM

| | |
|---|---|
| C | **Charles Boyd (CharlesB@Safechain.com)** |
| | kind of strange that we sold this to the customer 2 and a half weeks ago |

8/17/2020, 2:58 PM

RSMF_TEAMS_0000007332

**A**   **Abbie Divilio (AbbieD@Safechain.com)**                                             8/17/2020, 2:59 PM
do you think we should contact the other customer?

**C**   **Charles Boyd (CharlesB@Safechain.com)**                                           8/17/2020, 3:01 PM
probably some of them but I need to figure out the best way to bring it up

**C**   **Charles Boyd (CharlesB@Safechain.com)**                                           8/17/2020, 3:01 PM
I mean if the pharmacy had the same issue they would be all over us right?

**A**   **Abbie Divilio (AbbieD@Safechain.com)**                                             8/17/2020, 3:01 PM
yes, I would think they would all be calling

**J**   **Jesse Hammett (JesseH@Safechain.com)**                                           8/17/2020, 3:02 PM
when are you calling the pharmacy?  Honestly the bext thing that could happen is he has the other unit on his shelf, and
can open it and see what's inside

**J**   **Jesse Hammett (JesseH@Safechain.com)**                                           8/17/2020, 3:02 PM
and it's correct

**C**   **Charles Boyd (CharlesB@Safechain.com)**                                           8/17/2020, 3:02 PM
in like 30

**A**   **Abbie Divilio (AbbieD@Safechain.com)**                                             8/17/2020, 4:33 PM
I have called Drogueria Betances (The AD) and everything is in Spanish which I do not speak.

**A**   **Abbie Divilio (AbbieD@Safechain.com)**                                             8/17/2020, 4:34 PM
I have left 3 voicemail with Gilead in difference departments because no one knows what a pedigree is

**J**   **Jesse Hammett (JesseH@Safechain.com)**                                           8/17/2020, 5:15 PM
Okay with Gilead we really need them to verify that that serial number is/was a legitimate Gilead serial number.

**A**   **Abbie Divilio (AbbieD@Safechain.com)**                                             8/17/2020, 5:27 PM
I will call again

**C**   **Charles Boyd (CharlesB@Safechain.com)**                                           8/17/2020, 5:56 PM
yeah they should understand if you just say "I'm calling to verify a serial # of one of your products"

**A**   **Abbie Divilio (AbbieD@Safechain.com)**                                             8/17/2020, 5:57 PM
OK, I am still calling

**A**   **Abbie Divilio (AbbieD@Safechain.com)**                                             8/17/2020, 6:23 PM
I called again, (and again X 10) and was finally directed to someone who might be able to help me. I spoke with Clifford in
the quality department, who said I would need to email a picture of the bottle with identifying information on it to them, and
they would send it on to their investigation team. I explained that I simply wanted confirmation of this lot and serial number
for verification purposes.

**A**   **Abbie Divilio (AbbieD@Safechain.com)**                                             8/17/2020, 6:24 PM
I have emailed them 1 picture

**C**   **Charles Boyd (CharlesB@Safechain.com)**                                           8/17/2020, 6:24 PM
ok great

**C**   **Charles Boyd (CharlesB@Safechain.com)**                                           8/17/2020, 6:24 PM
did they give you any sort of timeline?

RSMF_TEAMS_0000007332

A   **Abbie Divilio (AbbieD@Safechain.com)**                                  8/17/2020, 6:24 PM
I also forwarded you the email. He said they usually get back to people in one day

A   **Abbie Divilio (AbbieD@Safechain.com)**                                  8/17/2020, 6:25 PM
he said they look up the batch numbers and production as well

C   **Charles Boyd (CharlesB@Safechain.com)**                                 8/17/2020, 6:25 PM
ok cool

C   **Charles Boyd (CharlesB@Safechain.com)**                                 8/17/2020, 6:26 PM
Pat speaks spanish so he can call the AD

A   **Abbie Divilio (AbbieD@Safechain.com)**                                  8/17/2020, 6:26 PM
OK

C   **Charles Boyd (CharlesB@Safechain.com)**                                 8/17/2020, 6:26 PM
please send him over all the details to ask about

A   **Abbie Divilio (AbbieD@Safechain.com)**                                  8/17/2020, 6:26 PM
is that a joke?

C   **Charles Boyd (CharlesB@Safechain.com)**                                 8/17/2020, 6:26 PM
no

C   **Charles Boyd (CharlesB@Safechain.com)**                                 8/17/2020, 6:27 PM
but I'm surprised they dont have an English option when you call.

C   **Charles Boyd (CharlesB@Safechain.com)**                                 8/17/2020, 6:27 PM
the website has that option

A   **Abbie Divilio (AbbieD@Safechain.com)**                                  8/17/2020, 6:27 PM
DROGUERIA BETANCES 939-488-2018

A   **Abbie Divilio (AbbieD@Safechain.com)**                                  8/17/2020, 6:30 PM
The receptionist speaks Spanish and I do not know how to ask for an English speaking person

RSMF_TEAMS_0000007332



**DETAIL RECEIVER/PO INQUIRY**

| | |
|---|---|
| Co# | 01 |
| Whse | 001 |

Receiver# 013308   COMPLETE
Date of Receipt 07/29/20
Vendor# 01-GTK

| | | | | | | |
|---|---|---|---|---|---|---|
| Receiver | 013308 | PO Number | 209048 | Line | 002 | Date 07/29/20 |
| Product Number | G61958-2501-01 | BIKTARVY TAB 30CT | | | | |
| Vendor | 01-GTK | GENTEK LLC | | | | |
| Warehouse | 001 | SAFE CHAIN SOLUTIONS | | Quantity | 272 | |
| Lot Number | | | | | | |

| | Serial Number | Location | Pedigree | Quantity | Expire Date |
|---|---|---|---|---|---|
| 26 | CCZBYA | REC-13 | 00000014606 | 21 | 07/31/21 |
| 27 | 6400502A | REC-13 | 00000014606 | 12 | 09/30/22 |
| 28 | CCZBVA | REC-13 | 00000014606 | 11 | 07/31/21 |
| 29 | CCZCFA | REC-13 | 00000014606 | 3 | 08/31/22 |
| 30 | CCPDPA | REC-13 | 00000014606 | 2 | 04/30/21 |

Press END to Continue

RSMF_TEAMS_0000007333