## Short Message Report

| Conversations: 1 | Participants: 16 |
|---|---|
| Total Messages: 13 | Date Range: 8/31/2020 |

## Outline of Conversations

:] **Microsoft Teams chat between [Holly Dodson, Nicole Sawyer, Pat Boyd, Melanie Richardson, Amanda Harris, Katelyn Miller, Michael Landy, Jonathan Nicholls, Antione Brooks, Cody Simon, Travis Richardson, Billy Peterson, Kim Dannenfelser, Shelby Sargent, Casey Grieves, Jon Weed]**
• 13 messages on 8/31/2020 • Amanda Harris (aharris@safeway954.com) • Antione Brooks (AntioneB@Safechain.com) • Billy Peterson (billyp@safechain.com) • Casey Grieves (caseyg@safechain.com) • Cody Simon (codys@safechain.com) • Holly Dodson (hollyd@safechain.com) • Jon Weed (JonW@Safechain.com) • Jonathan Nicholls (JonathanN@Safechain.com) • Katelyn Miller (katelynm@safechain.com) • Kim Dannenfelser (KimD@safechain.com) • Melanie Richardson (mrichardson@safeway954.com) • Michael Landy (michaell@safechain.com) • Nicole Sawyer (NSawyer@swdrx.com) • Pat Boyd (PatB@Safechain.com) • Shelby Sargent (shelbys@safechain.com) • Travis Richardson (travisr@safechain.com)

GOVERNMENT
EXHIBIT
**420**
1:24-cr-20255-WPD

**Messages in chronological order** (times are shown in GMT +00:00)

---

:) | **Microsoft Teams chat between [Holly Dodson, Nicole Sawyer, Pat Boyd, Melanie Richardson, Amanda Harris, Katelyn Miller, Michael Landy, Jonathan Nicholls, Antione Brooks, Cody Simon, Travis Richardson, Billy Peterson, Kim Dannenfelser, Shelby Sargent, Casey Grieves, Jon Weed]**

P | **Pat Boyd (PatB@Safechain.com)** — 8/31/2020, 1:04 PM
All, we're able to buy from boulevard again now. Whenever possible please use their product over genteks. We have much more flexible purchasing options there and aren't forced to buy bulk orders with slow movers

M | **Michael Landy (michaell@safechain.com)** — 8/31/2020, 1 05 PM
Thanks

J | **Jonathan Nicholls (JonathanN@Safechain.com)** — 8/31/2020, 1:05 PM
Okay

J | **Jon Weed (JonW@Safechain.com)** — 8/31/2020, 1:05 PM
10-4

J | **Jonathan Nicholls (JonathanN@Safechain.com)** — 8/31/2020, 1:06 PM
Pat Boyd
are they able to get Pedigrees now? That is a big thing with a lot of mine that boulevard didn't have before

P | **Pat Boyd (PatB@Safechain.com)** — 8/31/2020, 1 06 PM
Yes

1 • Jon Weed (JonW@Safechain.com) • Jonathan Nicholls (JonathanN@Safechain.com)