**Short Message Report**

| Conversations: 1 | Participants: 3 |
|---|---|
| Total Messages: 36 | Date Range: 9/9/2020 |

**Outline of Conversations**

**Microsoft Teams chat between [Pat Boyd, Jesse Hammett, Charles Boyd]** • 36 messages on 9/9/2020 • Charles Boyd (CharlesB@Safechain.com) • Jesse Hammett (JesseH@Safechain.com) • Pat Boyd (PatB@Safechain.com)

GOVERNMENT
EXHIBIT

**422**

1:24-cr-20255-WPD

**Messages in chronological order** (times are shown in GMT +00:00)

| | | |
|---|---|---|
| :) | **Microsoft Teams chat between [Pat Boyd, Jesse Hammett, Charles Boyd]** | |
| J | **Jesse Hammett (JesseH@Safechain.com)**<br>what's the travis/amanda plan? | 9/9/2020, 12:16 PM |
| J | **Jesse Hammett (JesseH@Safechain.com)**<br>travis never showed holly how to pull pars | 9/9/2020, 12:16 PM |
| J | **Jesse Hammett (JesseH@Safechain.com)**<br>so i am trying to get that done first thing | 9/9/2020, 12:16 PM |
| P | **Pat Boyd (PatB@Safechain.com)**<br>oki got that text lat | 9/9/2020, 12:16 PM |
| J | **Jesse Hammett (JesseH@Safechain.com)**<br>either way, we can figure it out, it's not the end of the worls | 9/9/2020, 12:16 PM |
| P | **Pat Boyd (PatB@Safechain.com)**<br>late last night that she can stay | 9/9/2020, 12:16 PM |
| P | **Pat Boyd (PatB@Safechain.com)**<br>but if they dont need her we should cut it all today | 9/9/2020, 12:16 PM |
| P | **Pat Boyd (PatB@Safechain.com)**<br>she'll be there, and apparently lisa gavee her a look like wtf when she said today was her last day | 9/9/2020, 12:17 PM |
| C | **Charles Boyd (CharlesB@Safechain.com)**<br>Well that's probably because we told Lisa that her last day would be Friday or later for training | 9/9/2020, 12:21 PM |
| P | **Pat Boyd (PatB@Safechain.com)**<br>right | 9/9/2020, 12:22 PM |
| P | **Pat Boyd (PatB@Safechain.com)**<br>which is what was saif word for word | 9/9/2020, 12:22 PM |
| P | **Pat Boyd (PatB@Safechain.com)**<br>chuck i was trying to run that report but i think my admin credentials are gone unlessim opening the wrong mds | 9/9/2020, 3:06 PM |
| P | **Pat Boyd (PatB@Safechain.com)**<br>i have 4 icons on my desktop | 9/9/2020, 3:07 PM |
| P | **Pat Boyd (PatB@Safechain.com)**<br>but when i got in to view i couldnt change user it just said common | 9/9/2020, 3:07 PM |
| P | **Pat Boyd (PatB@Safechain.com)**<br>Note from sales call<br><br>T3's are holding up some hiv orders because they cant dispense without T3. few clients wont place another order until they have them in hand | 9/9/2020, 4:06 PM |
| C | **Charles Boyd (CharlesB@Safechain.com)**<br>another SafeWay item that we need to figure out is who is going to manage the Orders@safeway email now? | 9/9/2020, 6:32 PM |

| | | |
|---|---|---|
| P | **Pat Boyd (PatB@Safechain.com)**<br>Was that just her alone before? | 9/9/2020, 7:24 PM |
| C | **Charles Boyd (CharlesB@Safechain.com)**<br>it was created for the manual orders but not sure what it was used for after that | 9/9/2020, 7:26 PM |
| C | **Charles Boyd (CharlesB@Safechain.com)**<br>yo | 9/9/2020, 7:38 PM |
| C | **Charles Boyd (CharlesB@Safechain.com)**<br>you see all these return approval requests? there's like 4 they keep asking about | 9/9/2020, 7:38 PM |
| P | **Pat Boyd (PatB@Safechain.com)**<br>no | 9/9/2020, 7:44 PM |
| P | **Pat Boyd (PatB@Safechain.com)**<br>dealing with this lactogen bullshit | 9/9/2020, 7:44 PM |
| P | **Pat Boyd (PatB@Safechain.com)**<br>that might m,ake me really pissed off | 9/9/2020, 7:44 PM |
| C | **Charles Boyd (CharlesB@Safechain.com)**<br>whats the deal with it? | 9/9/2020, 7:46 PM |
| P | **Pat Boyd (PatB@Safechain.com)**<br>i dont htink travis ever sent back the signed agreement so they think we dont want toe exclusive and are leaning towrds going tith guess who | 9/9/2020, 7:47 PM |
| C | **Charles Boyd (CharlesB@Safechain.com)**<br>oh fuck that | 9/9/2020, 7:47 PM |
| P | **Pat Boyd (PatB@Safechain.com)**<br>mikes looking for it now | 9/9/2020, 7:48 PM |
| C | **Charles Boyd (CharlesB@Safechain.com)**<br>did Travis do that intentionally? | 9/9/2020, 7:48 PM |
| P | **Pat Boyd (PatB@Safechain.com)**<br>i mean they told adam theyve been trying to reach him for two weeks with no luck | 9/9/2020, 7:48 PM |
| J | **Jesse Hammett (JesseH@Safechain.com)**<br>pat | 9/9/2020, 9:04 PM |
| P | **Pat Boyd (PatB@Safechain.com)**<br>yo | 9/9/2020, 9:04 PM |
| J | **Jesse Hammett (JesseH@Safechain.com)**<br>if you think travis snet this lactojen email you could always ask cards | 9/9/2020, 9:04 PM |
| J | **Jesse Hammett (JesseH@Safechain.com)**<br>even if he deleted it, they would be able to find record of it | 9/9/2020, 9:04 PM |
| P | **Pat Boyd (PatB@Safechain.com)**<br>we found it, seems like its more on mike for not following up | 9/9/2020, 9:05 PM |
| P | **Pat Boyd (PatB@Safechain.com)**<br>but also on the manf. | 9/9/2020, 9:05 PM |

J **Jesse Hammett (JesseH@Safechain.com)** 9/9/2020, 9:05 PM
okay cool