# Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 14 | Date Range: 10/1/2020 |

## Outline of Conversations

**Microsoft Teams chat between [Charles Boyd, Abbie Divilio]** • 14 messages on 10/1/2020 • Abbie Divilio (AbbieD@Safechain.com) • Charles Boyd (CharlesB@Safechain.com)

**GOVERNMENT EXHIBIT**
**435**
1:24-cr-20255-WPD

RSMF_TEAMS_0000061708

GX 435.0001

**Messages in chronological order** (times are shown in GMT +00:00)

---

:) **Microsoft Teams chat between [Charles Boyd, Abbie Divilio]**

| | | |
|---|---|---|
| C | **Charles Boyd (CharlesB@Safechain.com)**<br>GM! | 10/1/2020, 1:41 PM |
| C | **Charles Boyd (CharlesB@Safechain.com)**<br>can you send me your updated Q3 bonus plan with % completed please? | 10/1/2020, 1:42 PM |
| A | **Abbie Divilio (AbbieD@Safechain.com)**<br>Morning- sure! | 10/1/2020, 1:43 PM |
| C | **Charles Boyd (CharlesB@Safechain.com)**<br>Hey, Boulevard is sending over T3s for Monday's shipment. We need to verify ASAP | 10/1/2020, 4:47 PM |
| A | **Abbie Divilio (AbbieD@Safechain.com)**<br>ok, I can do that | 10/1/2020, 4:48 PM |
| A | **Abbie Divilio (AbbieD@Safechain.com)**<br>Are they going to be sending over accurate information for the previous shipments? | 10/1/2020, 4:50 PM |
| C | **Charles Boyd (CharlesB@Safechain.com)**<br>Thanks! | 10/1/2020, 4:54 PM |
| C | **Charles Boyd (CharlesB@Safechain.com)**<br>did you get them yet? | 10/1/2020, 5:45 PM |
| C | **Charles Boyd (CharlesB@Safechain.com)**<br>I didn't see an email | 10/1/2020, 5:46 PM |
| A | **Abbie Divilio (AbbieD@Safechain.com)**<br>I just got ONE | 10/1/2020, 5:51 PM |
| A | **Abbie Divilio (AbbieD@Safechain.com)**<br>which I will call on now | 10/1/2020, 5:51 PM |
| A | **Abbie Divilio (AbbieD@Safechain.com)**<br>that was at 1:40 | 10/1/2020, 5:51 PM |
| C | **Charles Boyd (CharlesB@Safechain.com)**<br>cool, thanks! | 10/1/2020, 5:52 PM |
| A | **Abbie Divilio (AbbieD@Safechain.com)**<br>AMSImage sent | 10/1/2020, 6:27 PM |

*Attachment: 0-eus-d14-94e3847daba3760cd6f2db0b603508ac (1 MB)*



RSMF_TEAMS_0000061709

GX 435.0003