## Short Message Report

| Conversations: 1 | Participants: 3 |
|---|---|
| Total Messages: 29 | Date Range: 10/2/2020 |

## Outline of Conversations

**Microsoft Teams chat between [Pat Boyd, Jesse Hammett, Charles Boyd]** • 29 messages on 10/2/2020 • Charles Boyd (CharlesB@Safechain.com) • Jesse Hammett (JesseH@Safechain.com) • Pat Boyd (PatB@Safechain.com)

**GOVERNMENT EXHIBIT**

**438**

1:24-cr-20255-WPD

**Messages in chronological order** (times are shown in GMT +00:00)

**Microsoft Teams chat between [Pat Boyd, Jesse Hammett, Charles Boyd]**

**Pat Boyd (PatB@Safechain.com)** — 10/2/2020, 12:59 PM
This Olympia guy is really rubbing me the wrong way

**Pat Boyd (PatB@Safechain.com)** — 10/2/2020, 12:59 PM
332am email and doing this 3 weeks after receipt

**Charles Boyd (CharlesB@Safechain.com)** — 10/2/2020, 1:08 PM
yeah he seems off but we need to take the return

**Charles Boyd (CharlesB@Safechain.com)** — 10/2/2020, 1:09 PM
because we know the T3 is not what it needs to be from Blvd

**Charles Boyd (CharlesB@Safechain.com)** — 10/2/2020, 1:10 PM
I would just say "we will accept and credit only if we receive the product back in the same condition as we sent it"

**Pat Boyd (PatB@Safechain.com)** — 10/2/2020, 1:10 PM
Let's see what he says, I emailed him that after 3 weeks it's hard to accept an outright return

**Pat Boyd (PatB@Safechain.com)** — 10/2/2020, 1:10 PM
Especially after reading that article you sent

**Charles Boyd (CharlesB@Safechain.com)** — 10/2/2020, 1:10 PM
yeah but we don;t need him going to the CA BOP

**Charles Boyd (CharlesB@Safechain.com)** — 10/2/2020, 1:10 PM
he seems shady as shit

**Pat Boyd (PatB@Safechain.com)** — 10/2/2020, 1:11 PM
I don't want to reverse the email 10 minutes after sending it that sounds worse.

**Pat Boyd (PatB@Safechain.com)** — 10/2/2020, 1:12 PM
Maybe we can get Abbie to call and ask to send pictures of all to make sure they are in the same condition as when we sent

**Charles Boyd (CharlesB@Safechain.com)** — 10/2/2020, 1:12 PM
of course

**Pat Boyd (PatB@Safechain.com)** — 10/2/2020, 1:12 PM
And I don't like him putting words in my mouth either

**Charles Boyd (CharlesB@Safechain.com)** — 10/2/2020, 1:12 PM
pictures should be part of the return process either way right

**Pat Boyd (PatB@Safechain.com)** — 10/2/2020, 1:13 PM
I'd it's for damaged or wrong product I think

**Pat Boyd (PatB@Safechain.com)** — 10/2/2020, 1:13 PM
If

**Charles Boyd (CharlesB@Safechain.com)** — 10/2/2020, 1:14 PM
FYI - BluPax is into HIV now

| | | |
|---|---|---|
| P | **Pat Boyd (PatB@Safechain.com)**<br>Shit | 10/2/2020, 1:14 PM |
| P | **Pat Boyd (PatB@Safechain.com)**<br>I wonder if they are getting from gentek | 10/2/2020, 1:14 PM |
| P | **Pat Boyd (PatB@Safechain.com)**<br>Or if they e been doing it a while? | 10/2/2020, 1:14 PM |
| C | **Charles Boyd (CharlesB@Safechain.com)**<br>not sure | 10/2/2020, 1:15 PM |
| P | **Pat Boyd (PatB@Safechain.com)**<br>Is edel Persian ? | 10/2/2020, 1:15 PM |
| C | **Charles Boyd (CharlesB@Safechain.com)**<br>but their sales people are posting about it on LinkedIn | 10/2/2020, 1:15 PM |
| C | **Charles Boyd (CharlesB@Safechain.com)**<br>God I hope | 10/2/2020, 1:15 PM |
| P | **Pat Boyd (PatB@Safechain.com)**<br>Did you tell Adam yet? | 10/2/2020, 1:15 PM |
| C | **Charles Boyd (CharlesB@Safechain.com)**<br>start a holy war<br>    1 • Pat Boyd (PatB@Safechain.com) | 10/2/2020, 1:16 PM |
| P | **Pat Boyd (PatB@Safechain.com)**<br>If he's Persian he's cut them off after meeting one lol | 10/2/2020, 1:16 PM |
| C | **Charles Boyd (CharlesB@Safechain.com)**<br>https://www.myeasternshoremd.com/dorchester_star/community/news/um-shore-medical-campus-at-cambridge-now-under-construction/article_5a4f68ec-1e50-5567-9cfd-adba61be1649.html | 10/2/2020, 3:47 PM |
| C | **Charles Boyd (CharlesB@Safechain.com)**<br>going to be an impressive place | 10/2/2020, 3:48 PM |