# Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 17 | Date Range: 10/3/2020 |

## Outline of Conversations

**Microsoft Teams chat between [Pat Boyd, Jonathan Nicholls]** • 17 messages on 10/3/2020 •
Jonathan Nicholls (JonathanN@Safechain.com) • Pat Boyd (PatB@Safechain.com)

**GOVERNMENT EXHIBIT**

**439**

1:24-cr-20255-WPD

**Messages in chronological order** (times are shown in GMT +00:00)

## :) **Microsoft Teams chat between [Pat Boyd, Jonathan Nicholls]**

**J** | **Jonathan Nicholls (JonathanN@Safechain.com)** | 10/3/2020, 12:14 PM
You see that email?

**P** | **Pat Boyd (PatB@Safechain.com)** | 10/3/2020, 12:15 PM
yeah, we're going to take it but im going to call him and try to replace it. basically the pedigree has some hiccups so if we can replace wtih G product we're good to go

**J** | **Jonathan Nicholls (JonathanN@Safechain.com)** | 10/3/2020, 12:18 PM
Like a bottle for bottle same cost and everything

**J** | **Jonathan Nicholls (JonathanN@Safechain.com)** | 10/3/2020, 12:18 PM
Just GNDC instead

**J** | **Jonathan Nicholls (JonathanN@Safechain.com)** | 10/3/2020, 12:18 PM
And moving forward the 6% off WAC

**P** | **Pat Boyd (PatB@Safechain.com)** | 10/3/2020, 12:19 PM
if he pays fast yeah

**J** | **Jonathan Nicholls (JonathanN@Safechain.com)** | 10/3/2020, 12:20 PM
Yea it's already been switched to 15 day terms

**J** | **Jonathan Nicholls (JonathanN@Safechain.com)** | 10/3/2020, 12:20 PM
I appreciate you helping with this man

**P** | **Pat Boyd (PatB@Safechain.com)** | 10/3/2020, 12:21 PM
no problem, he sounds like he wants to keep working on stuff with us so we'll get it handled

**J** | **Jonathan Nicholls (JonathanN@Safechain.com)** | 10/3/2020, 12:22 PM
Hell yea.

**P** | **Pat Boyd (PatB@Safechain.com)** | 10/3/2020, 12:30 PM
hey call those clients and tell them manf. is raising the price. we dont want any of the new ones out under 515 so the custoemrs cant talk and try to say they are getting better deals

**P** | **Pat Boyd (PatB@Safechain.com)** | 10/3/2020, 12:31 PM
this is what adam has sent all reps with pending orders:


Good Morning,


We have been informed from the manufacturer that Lactojen73730-0101-30 will be on back order for another 2 weeks and

there is a $50 increase in cost. <b>. Please advise if you would still like to keep this order open at the new sale price of $515.00
</b>

If this order is approved with the new $515.00 sale price we will ship out overnight within the next two weeks. Please advise.

| | | |
|---|---|---|
| J | **Jonathan Nicholls (JonathanN@Safechain.com)**<br>Awesome<br>I'll get it over to him now | 10/3/2020, 12:33 PM |
| P | **Pat Boyd (PatB@Safechain.com)**<br>manufacturers do this a lot so shoul;dnt be crazy | 10/3/2020, 12:34 PM |
| P | **Pat Boyd (PatB@Safechain.com)**<br>also heard its reimbursing at like 3k so there's that lol | 10/3/2020, 12:34 PM |
| J | **Jonathan Nicholls (JonathanN@Safechain.com)**<br>Oh shit 600 it is lol | 10/3/2020, 12:46 PM |
| P | **Pat Boyd (PatB@Safechain.com)**<br>lol | 10/3/2020, 12:46 PM |