**Short Message Report**

| Conversations: 1 | Participants: 3 |
|---|---|
| Total Messages: 34 | Date Range: 1/15/2021 |

**Outline of Conversations**

   **Microsoft Teams chat between [Adam Brosius, Pat Boyd, Charles Boyd]** • 34 messages on 1/15/2021 • Adam Brosius • Charles Boyd (CharlesB@Safechain.com) • Pat Boyd (PatB@Safechain.com)

**GOVERNMENT EXHIBIT**

**446**

1:24-cr-20255-WPD

RSMF_TEAMS_0000005804

**Messages in chronological order** (times are shown in GMT +00:00)

| | **Microsoft Teams chat between [Adam Brosius, Pat Boyd, Charles Boyd]** | |
|---|---|---|
| C | **Charles Boyd (CharlesB@Safechain.com)**<br>https://www.foxbusiness.com/lifestyle/mark-cuban-launches-low-cost-generic-drug-company | 1/15/2021, 6:15 PM |
| C | **Charles Boyd (CharlesB@Safechain.com)**<br>hey guys FYI, Blvd sent us a bunch of CV's in that brands shipment that we need to return today. Going out on a limb here but he's probably not licensed with the DEA | 1/15/2021, 7:52 PM |
| AB | **Adam Brosius**<br>anything good?> | 1/15/2021, 7:54 PM |
| AB | **Adam Brosius**<br>lol | 1/15/2021, 7:54 PM |
| C | **Charles Boyd (CharlesB@Safechain.com)**<br>lol | 1/15/2021, 7:54 PM |
| C | **Charles Boyd (CharlesB@Safechain.com)**<br>no clue | 1/15/2021, 7:54 PM |
| C | **Charles Boyd (CharlesB@Safechain.com)**<br>was just told we got them | 1/15/2021, 7:54 PM |
| AB | **Adam Brosius**<br>i got all types of problems that a handful of pills should solve | 1/15/2021, 7:54 PM |
| C | **Charles Boyd (CharlesB@Safechain.com)**<br>hahaha | 1/15/2021, 7:54 PM |
| AB | **Adam Brosius**<br>def send back the controls | 1/15/2021, 7:54 PM |
| AB | **Adam Brosius**<br>did we get the paperwork for them | 1/15/2021, 7:55 PM |
| C | **Charles Boyd (CharlesB@Safechain.com)**<br>I'll ask Abbie | 1/15/2021, 7:55 PM |
| AB | **Adam Brosius**<br>if not   why are we going through them    i dont want info leaking like the last time | 1/15/2021, 7:56 PM |
| AB | **Adam Brosius**<br>ok thanks | 1/15/2021, 7:56 PM |
| AB | **Adam Brosius**<br>we got some loose lips | 1/15/2021, 7:56 PM |
| C | **Charles Boyd (CharlesB@Safechain.com)**<br>the warehouse breaks everything down | 1/15/2021, 7:56 PM |
| C | **Charles Boyd (CharlesB@Safechain.com)**<br>gives Holly what we got | 1/15/2021, 7:56 PM |

| | | |
|---|---|---|
| AB | **Adam Brosius** | 1/15/2021, 7:56 PM |
| | cool    the warehouse is never the issue | |
| AB | **Adam Brosius** | 1/15/2021, 7:56 PM |
| | holly is loose | |
| C | **Charles Boyd (CharlesB@Safechain.com)** | 1/15/2021, 7:56 PM |
| | exactly | |
| C | **Charles Boyd (CharlesB@Safechain.com)** | 1/15/2021, 7:57 PM |
| | like triplets loose | |
| P | **Pat Boyd (PatB@Safechain.com)** | 1/15/2021, 8:05 PM |
| | Ugh | |
| C | **Charles Boyd (CharlesB@Safechain.com)** | 1/15/2021, 8:16 PM |
| | Compliance has not received any paperwork for the brand shipment | |
| AB | **Adam Brosius** | 1/15/2021, 8:17 PM |
| | i didnt think so    he said end of day | |
| C | **Charles Boyd (CharlesB@Safechain.com)** | 1/15/2021, 8:17 PM |
| | cool | |
| AB | **Adam Brosius** | 1/15/2021, 8:48 PM |
| | this weekend i am going to put something together for my reps that are loafing it and only selling 1 order for clients once every few months.   We need to get them to market or change what/how they are getting paid   or pull the accounts from them   i will obviously talk to you guys first   but i prob have 200 accounts that order 1 thing once a month and those reps are doing shit for them or us | |
| P | **Pat Boyd (PatB@Safechain.com)** | 1/15/2021, 8:53 PM |
| | yeah i think we have accoutns like that too whcih is why im pressign these other measure | |
| P | **Pat Boyd (PatB@Safechain.com)** | 1/15/2021, 8:53 PM |
| | if they;re not worth it to the rep, give it up, get to another thats hungry | |
| AB | **Adam Brosius** | 1/15/2021, 8:56 PM |
| | we need to figure out that gray line | |
| P | **Pat Boyd (PatB@Safechain.com)** | 1/15/2021, 8:58 PM |
| | right | |
| P | **Pat Boyd (PatB@Safechain.com)** | 1/15/2021, 8:58 PM |
| | i let internal keep 5 or so dormant accounts they were working on, nichols tried to keep 50. | |
| P | **Pat Boyd (PatB@Safechain.com)** | 1/15/2021, 8:58 PM |
| | i went off | |
| AB | **Adam Brosius** | 1/15/2021, 8:59 PM |
| | i have 2 reps that only sell lidotral  they both have 5-6 accounts   and each pharmacy orders 2-3 units per month   that is a waste of a held account | |
| P | **Pat Boyd (PatB@Safechain.com)** | 1/15/2021, 8:59 PM |
| | such a waste | |

GX 446.0004

RSMF_TEAMS_0000005804