**Short Message Report**

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 35 | Date Range: 1/27/2021 |

**Outline of Conversations**

| | |
|---|---|
| :) | **Microsoft Teams chat between [Marc Smith, Pat Boyd]** • 35 messages on 1/27/2021 • Marc Smith (MarcS@Safechain.com) • Pat Boyd (PatB@Safechain.com) |

**GOVERNMENT EXHIBIT**

**447**

1:24-cr-20255-WPD

RSMF_TEAMS_0000124908

**Messages in chronological order** (times are shown in GMT +00:00)

| | **Microsoft Teams chat between [Marc Smith, Pat Boyd]** | |
|---|---|---|
| M | **Marc Smith (MarcS@Safechain.com)**<br>good morning!!! | 1/27/2021, 12:39 PM |
| P | **Pat Boyd (PatB@Safechain.com)**<br>Yoooo | 1/27/2021, 12:46 PM |
| M | **Marc Smith (MarcS@Safechain.com)**<br>not sure why i called ya....could have easily asked here.  sorry about that.  hope i didnt mess up your groove | 1/27/2021, 2:56 PM |
| M | **Marc Smith (MarcS@Safechain.com)**<br>lol | 1/27/2021, 2:56 PM |
| P | **Pat Boyd (PatB@Safechain.com)**<br>HAHAHAH no worries at all man | 1/27/2021, 2:59 PM |
| P | **Pat Boyd (PatB@Safechain.com)**<br>id bet 20-1 pete is setting up his arguement for not hitting goal right now. he jsut finished his divorce hearing. im sure it was weighing on him all month | 1/27/2021, 3:41 PM |
| M | **Marc Smith (MarcS@Safechain.com)**<br>oh of course | 1/27/2021, 3:42 PM |
| M | **Marc Smith (MarcS@Safechain.com)**<br>hes the man of excuses | 1/27/2021, 3:44 PM |
| M | **Marc Smith (MarcS@Safechain.com)**<br>like ritu kind of | 1/27/2021, 3:44 PM |
| M | **Marc Smith (MarcS@Safechain.com)**<br>points the finger a everyone else | 1/27/2021, 3:44 PM |
| P | **Pat Boyd (PatB@Safechain.com)**<br>He jsut wrote "Need a favor" | 1/27/2021, 3:46 PM |
| P | **Pat Boyd (PatB@Safechain.com)**<br>not responding yet | 1/27/2021, 3:46 PM |
| M | **Marc Smith (MarcS@Safechain.com)**<br>lord have mercy | 1/27/2021, 3:46 PM |
| M | **Marc Smith (MarcS@Safechain.com)**<br>does he get dinged %-wise if he doesnt hit goal? | 1/27/2021, 3:48 PM |
| P | **Pat Boyd (PatB@Safechain.com)**<br>absolutley he makes a salary | 1/27/2021, 3:48 PM |
| M | **Marc Smith (MarcS@Safechain.com)**<br>then my guess is the favor is to get full % for january | 1/27/2021, 3:48 PM |
| P | **Pat Boyd (PatB@Safechain.com)**<br>[10:42 AM]<br>Peter Rodriguez | 1/27/2021, 3:59 PM |

divorce lasted longer then the marriage

[10:42 AM]
Peter Rodriguez
i need a favor?


[10:58 AM]
Pat Boyd
Favor gonna kill youfaster than abullet. - Carlito Brigante

| | | |
|---|---|---|
| M | **Marc Smith (MarcS@Safechain.com)**<br>lmao | 1/27/2021, 4:03 PM |
| M | **Marc Smith (MarcS@Safechain.com)**<br>i love that movie | 1/27/2021, 4:03 PM |
| P | **Pat Boyd (PatB@Safechain.com)**<br>lol me too | 1/27/2021, 4:03 PM |
| M | **Marc Smith (MarcS@Safechain.com)**<br>underrated movie too | 1/27/2021, 4:03 PM |
| P | **Pat Boyd (PatB@Safechain.com)**<br>big time | 1/27/2021, 4:04 PM |
| M | **Marc Smith (MarcS@Safechain.com)**<br>did pete respond to your movie quote? | 1/27/2021, 4:04 PM |
| P | **Pat Boyd (PatB@Safechain.com)**<br>just with "Noooooooooooooo" | 1/27/2021, 4:07 PM |
| M | **Marc Smith (MarcS@Safechain.com)**<br>lol | 1/27/2021, 4:08 PM |
| M | **Marc Smith (MarcS@Safechain.com)**<br>AMSImage sent | 1/27/2021, 4:28 PM |

*Attachment: 0-eus-d7-b8bbd21f8d79cf462fdc04f80b570316 (1 MB)*

| | | |
|---|---|---|
| P | **Pat Boyd (PatB@Safechain.com)**<br>Hahahahahhahhaha | 1/27/2021, 4:35 PM |
| P | **Pat Boyd (PatB@Safechain.com)**<br>Might be able to start HIV as soon as next week. Adam is talking to Charlie about some drop ship ideas and then we can talk to your guy. If we can work this out where he doesnt even ahve to touch it it'd be great | 1/27/2021, 8:33 PM |
| M | **Marc Smith (MarcS@Safechain.com)**<br>perfect | 1/27/2021, 8:34 PM |
| M | **Marc Smith (MarcS@Safechain.com)**<br>keep me posted | 1/27/2021, 8:34 PM |
| P | **Pat Boyd (PatB@Safechain.com)**<br>wil do | 1/27/2021, 8:34 PM |

| | | |
|---|---|---|
| M | **Marc Smith (MarcS@Safechain.com)**<br>we do buisness with a King Kimchi? | 1/27/2021, 8:42 PM |
| M | **Marc Smith (MarcS@Safechain.com)**<br>sounds like an asia mafia name | 1/27/2021, 8:42 PM |
| P | **Pat Boyd (PatB@Safechain.com)**<br>LOL kimchi is what all these asian guys i know used to call pussy | 1/27/2021, 8:43 PM |
| M | **Marc Smith (MarcS@Safechain.com)**<br>hahahahahahahahaha | 1/27/2021, 8:43 PM |