# Short Message Report

| Conversations: 1 | Participants: 4 |
|---|---|
| Total Messages: 22 | Date Range: 5/12/2021 |

## Outline of Conversations

:) **Microsoft Teams chat between [Adam Brosius, Pat Boyd, garrett, Charles Boyd]** • 22 messages on 5/12/2021 • Adam Brosius • Charles Boyd (CharlesB@Safechain.com) • Pat Boyd (PatB@Safechain.com) • garrett

**GOVERNMENT EXHIBIT**

**458**

1:24-cr-20255-WPD

**Messages in chronological order** (times are shown in GMT +00:00)

---

## Microsoft Teams chat between [Adam Brosius, Pat Boyd, garrett, Charles Boyd]

**G** **garrett** — 5/12/2021, 7:39 PM
Good News/Bad news.  I am expecting inventory list from both cintex and synergy today.  The bad news is they will both be landing on Friday.

**G** **garrett** — 5/12/2021, 7:39 PM
Call in the troops!!

**C** **Charles Boyd (CharlesB@Safechain.com)** — 5/12/2021, 7:40 PM
Nice and FUCK! lol

**C** **Charles Boyd (CharlesB@Safechain.com)** — 5/12/2021, 7:40 PM
why always Friday?

**G** **garrett** — 5/12/2021, 7:41 PM
I have been pushing them both all week.  They dont get their inventory til Wednseday and cant turn it same day.

**C** **Charles Boyd (CharlesB@Safechain.com)** — 5/12/2021, 7:42 PM
gotcha. we know how that goes!

**C** **Charles Boyd (CharlesB@Safechain.com)** — 5/12/2021, 7:42 PM
we'll do it the best we can as always

**C** **Charles Boyd (CharlesB@Safechain.com)** — 5/12/2021, 7:42 PM
good thing we're still sitting on Blvd cash

**G** **garrett** — 5/12/2021, 7:42 PM
You might have to get your hands dirty :rofl:

**C** **Charles Boyd (CharlesB@Safechain.com)** — 5/12/2021, 7:43 PM
I'm good with a tape gun

G  **garrett**  5/12/2021, 7:43 PM
File sent: guy carrying GIF (GIF Image)



*Image: guy carrying GIF (GIF Image)..gif (9 MB)*

AB  **Adam Brosius**  5/12/2021, 8:13 PM
should you include this guy on the CARE Email? We can just copy the format from Mark Ey

&lt;blockquote type="cite" style="font-size:small"&gt;
&lt;blockquote type="cite"&gt;
Mark Ey &lt;&lt;u&gt;mey@carepharmacies.com&lt;/u&gt;&gt;
&lt;/blockquote&gt;


&lt;/blockquote&gt;




Mike Wysong
1st degree connection
1st




&lt;h2 style="font-size:1.8rem"&gt;CEO at CARE Pharmacies, Inc.&lt;/h2&gt;




Harford County, Maryland,

G  **garrett**  5/12/2021, 8:15 PM
He is in MD maybe you should send Charlie over there.   Because he is not cool and you know what that means

| | | |
|---|---|---|
| P | **Pat Boyd (PatB@Safechain.com)** | 5/12/2021, 8:19 PM |
| | Haaaaaaaaaaa | |
| C | **Charles Boyd (CharlesB@Safechain.com)** | 5/12/2021, 8:24 PM |
| | Hahahaha | |
| AB | **Adam Brosius** | 5/12/2021, 8:41 PM |
| | <img alt="Sticker image, You're not cool?<br>Here's my nutsac!!!"> | |
| AB | **Adam Brosius** | 5/12/2021, 8:42 PM |
| | charlie   i needd to talk to you and garrett in 5 mins | |
| AB | **Adam Brosius** | 5/12/2021, 8:54 PM |
| | charlie   i know you are at golf now    lets talk early tomorrow about mcgh   tomorrow they will be giving us big orders    they are comfortable with the inventory list we have for them -- took about a week to get situated | |
| AB | **Adam Brosius** | 5/12/2021, 8:55 PM |
| | they are also giving me their list of daily meds and products that we may be able to source/fulfill through SW | |
| AB | **Adam Brosius** | 5/12/2021, 8:55 PM |
| | good luck at golf | |
| AB | **Adam Brosius** | 5/12/2021, 9:05 PM |
| | fyi   the head of purchasing for the mcgh group will be sending the orders directly to the WW staff    that will save a little time   We will get the orders at 5:25-5: 30 EST     so we need to be ready to pick and pack them   especially giving more care early in the relationship | |
| C | **Charles Boyd (CharlesB@Safechain.com)** | 5/12/2021, 9:35 PM |
| | Nice! | |