## Short Message Report

| Conversations: 1 | Participants: 2 |
| --- | --- |
| Total Messages: 22 | Date Range: 6/1/2020 |

## Outline of Conversations

**Microsoft Teams chat between [Charles Boyd, Abbie Divilio]** • 22 messages on 6/1/2020 • Abbie Divilio (AbbieD@Safechain.com) • Charles Boyd (CharlesB@Safechain.com)

GOVERNMENT
EXHIBIT
**471**
1:24-cr-20255-WPD

RSMF_TEAMS_0000061762

**Messages in chronological order** (times are shown in GMT +00:00)

| | **Microsoft Teams chat between [Charles Boyd, Abbie Divilio]** | |
|---|---|---:|
| C | **Charles Boyd (CharlesB@Safechain.com)**<br>hey there | 6/1/2020, 3:57 PM |
| A | **Abbie Divilio (AbbieD@Safechain.com)**<br>hey | 6/1/2020, 3:57 PM |
| C | **Charles Boyd (CharlesB@Safechain.com)**<br>do you have a copy of Boulevard 9229 license? | 6/1/2020, 3:59 PM |
| A | **Abbie Divilio (AbbieD@Safechain.com)**<br>let me check | 6/1/2020, 3:59 PM |
| A | **Abbie Divilio (AbbieD@Safechain.com)**<br>no I do not.. I do not even see a vendor file for them. I can check with Kenzie | 6/1/2020, 4:00 PM |
| A | **Abbie Divilio (AbbieD@Safechain.com)**<br>I had never heard of them until the HIV meds, and they were set up in the system so I thought Kelsey must have approved | 6/1/2020, 4:00 PM |
| A | **Abbie Divilio (AbbieD@Safechain.com)**<br>NM found it! | 6/1/2020, 4:01 PM |
| A | **Abbie Divilio (AbbieD@Safechain.com)** | 6/1/2020, 4:02 PM |

*File **"file-e19525e-1591027323376-Boulevard License.pdf"** is missing.*
Attachment: Boulevard License.pdf

| | | |
|---|---|---:|
| C | **Charles Boyd (CharlesB@Safechain.com)**<br>this is NY, what about MD? | 6/1/2020, 4:03 PM |
| A | **Abbie Divilio (AbbieD@Safechain.com)**<br>this is the only one I have, want me to ask? | 6/1/2020, 4:04 PM |
| C | **Charles Boyd (CharlesB@Safechain.com)**<br>they need one to ship to us right? Or is that their responsibility not ours? | 6/1/2020, 4:05 PM |
| A | **Abbie Divilio (AbbieD@Safechain.com)**<br>Yes they do as a wholesaler, NY is not a reciprocal state. I can double check with MD BOP and ask them if they have a MD license | 6/1/2020, 4:07 PM |
| C | **Charles Boyd (CharlesB@Safechain.com)**<br>I wouldnt call the Board | 6/1/2020, 4:12 PM |
| C | **Charles Boyd (CharlesB@Safechain.com)**<br>lets just ask them for a copy. I would think they would have to have one to be an approved vendor right? | 6/1/2020, 4:13 PM |
| A | **Abbie Divilio (AbbieD@Safechain.com)**<br>usually yes, but we have no way of knowing what we are going to be purchasing from them because hat is not communicated to us. There have been so many new vendors for all the various supplies we just approved it with the NY license for the time being | 6/1/2020, 4:15 PM |
| A | **Abbie Divilio (AbbieD@Safechain.com)** | 6/1/2020, 4:15 PM |

I have emailed and asked or the license as well

**C**    **Charles Boyd (CharlesB@Safechain.com)**    6/1/2020, 4:17 PM
shit

**C**    **Charles Boyd (CharlesB@Safechain.com)**    6/1/2020, 4:17 PM
ok

**C**    **Charles Boyd (CharlesB@Safechain.com)**    6/1/2020, 4:19 PM
so I guess we need to add something about products or types or products to our Vendor intake form

**A**    **Abbie Divilio (AbbieD@Safechain.com)**    6/1/2020, 4:20 PM
Yes, that would be helpful, so we know what to ask for, and when we will need a DEA registration too. Sounds like I need to review the vendor application and make some modifications on it

**C**    **Charles Boyd (CharlesB@Safechain.com)**    6/1/2020, 4:20 PM
yeah for sure

**C**    **Charles Boyd (CharlesB@Safechain.com)**    6/1/2020, 4:21 PM
we need to also audit all the vendors to make sure we have what we need. Purchasing can do that

RSMF_TEAMS_0000061762