**From:** Jon Atkinson[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=0BC7455DE9A84057AE6EBB13C8B1576A-JON ATKINSO]
**Sent:** Thur 7/30/2020 3:33:07 PM (UTC)
**To:** Abbie Divilio[AbbieD@Safechain.com]

charlie just came in here and told me we have to pay boulevard today.

GOVERNMENT EXHIBIT
**472**
1:24-cr-20255-WPD

SCSRELATIVITY_0000774568
CTRL01678035

GX 472.0001