## Short Message Report

| Conversations: 1 | Participants: 3 |
| Total Messages: 9 | Date Range: 2/25/2021 |

## Outline of Conversations

:) **Microsoft Teams chat between [Adam Brosius, garrett, Charles Boyd]** • 9 messages on 2/25/2021 •
Adam Brosius • Charles Boyd (CharlesB@Safechain.com) • garrett

GOVERNMENT
EXHIBIT
**473**
1:24-cr-20255-WPD

RSMF_TEAMS_0000001742

GX 473.0001

**Messages in chronological order** (times are shown in GMT +00:00)

| | **Microsoft Teams chat between [Adam Brosius, garrett, Charles Boyd]** | |
|---|---|---|
| **G** | **garrett** | 2/25/2021, 4:09 PM |
| | Good Morning Guys, I just got a call from Danny the rep for Bellvue Pharmacy.  They said the Health Dept was in the pharmacy and one of the Descovy btls had Pain Pills in it.  He askked for all invoices and copies of our liscense.  Let me know how to proceed. | |
| **C** | **Charles Boyd (CharlesB@Safechain.com)** | 2/25/2021, 4:11 PM |
| | Have Bellvue send a formal request to Compliance@safechain | |
| **C** | **Charles Boyd (CharlesB@Safechain.com)** | 2/25/2021, 4:11 PM |
| | I'm not sure how they would know that since all these bottles are sealed | |
| **C** | **Charles Boyd (CharlesB@Safechain.com)** | 2/25/2021, 4:11 PM |
| | seems strange | |
| **G** | **garrett** | 2/25/2021, 4:12 PM |
| | agreed | |
| **C** | **Charles Boyd (CharlesB@Safechain.com)** | 2/25/2021, 9:15 PM |
| | https://www.justice.gov/opa/press-release/file/1360976/download | |
| **G** | **garrett** | 2/25/2021, 9:26 PM |
| | Wow | |
| **AB** | **Adam Brosius** | 2/25/2021, 9:29 PM |
| | lol   note to self   dont mark something up 2400% during a nationwide pandemic | |
| **C** | **Charles Boyd (CharlesB@Safechain.com)** | 2/25/2021, 9:33 PM |
| | yeah WTF | |