# Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 28 | Date Range: 4/22/2021 |

## Outline of Conversations

**Microsoft Teams chat between [Pat Boyd, Abbie Divilio]** • 28 messages on 4/22/2021 • Abbie Divilio (AbbieD@Safechain.com) • Pat Boyd (PatB@Safechain.com)

**GOVERNMENT EXHIBIT**

**477**

1:24-cr-20255-WPD

RSMF_TEAMS_0000074533

GX 477.0001

**Messages in chronological order** (times are shown in GMT +00:00)

|  | **Microsoft Teams chat between [Pat Boyd, Abbie Divilio]** |  |
|---|---|---|
| P | **Pat Boyd (PatB@Safechain.com)**<br>Have you gotten a chance to review synergy t3? | 4/22/2021, 2:06 PM |
| A | **Abbie Divilio (AbbieD@Safechain.com)**<br>I have not yet, is it a new order? | 4/22/2021, 3:07 PM |
| A | **Abbie Divilio (AbbieD@Safechain.com)**<br>I'm back in the office this afternoon | 4/22/2021, 3:07 PM |
| P | **Pat Boyd (PatB@Safechain.com)**<br>yeah katelyn should have it here in about an hour i think | 4/22/2021, 3:08 PM |
| P | **Pat Boyd (PatB@Safechain.com)**<br>holly should have all the info ready to rock | 4/22/2021, 3:08 PM |
| A | **Abbie Divilio (AbbieD@Safechain.com)**<br>Ok, I need to review the check list after ware house checks it in so I can get any T3s we may be missing | 4/22/2021, 3:16 PM |
| P | **Pat Boyd (PatB@Safechain.com)**<br>worrrrd | 4/22/2021, 3:32 PM |
| P | **Pat Boyd (PatB@Safechain.com)**<br>also we're returning CM and dealing with invicta. they cut cm off after he tried to leave out the AD on the t3 | 4/22/2021, 3:33 PM |
| A | **Abbie Divilio (AbbieD@Safechain.com)**<br>Oh boy, I'm happy to hear that they've been cutoff from Invicta | 4/22/2021, 4:34 PM |
| A | **Abbie Divilio (AbbieD@Safechain.com)**<br>What a mess | 4/22/2021, 4:34 PM |
| P | **Pat Boyd (PatB@Safechain.com)**<br>Yeah the guy was really nice but was scared we'd go around him which is now happening because he's a moron | 4/22/2021, 4:38 PM |
| P | **Pat Boyd (PatB@Safechain.com)**<br>Two quick things, hiv has arrived, cintex is trying to reach you. | 4/22/2021, 5:12 PM |
| A | **Abbie Divilio (AbbieD@Safechain.com)**<br>Ok once Rez checks it in, we will review and ask for any corrections we might need | 4/22/2021, 5:27 PM |
| P | **Pat Boyd (PatB@Safechain.com)**<br>Awesome! Thanks | 4/22/2021, 5:30 PM |
| A | **Abbie Divilio (AbbieD@Safechain.com)**<br>Do you know who from Cintex? They were the ones that had AmerisourceBergen as their AD but they said they didn't have them as a customer | 4/22/2021, 5:30 PM |
| P | **Pat Boyd (PatB@Safechain.com)**<br>I think we should ask cintex for more | 4/22/2021, 5:30 PM |
| P | **Pat Boyd (PatB@Safechain.com)**<br>Let me see | 4/22/2021, 5:30 PM |

| | | |
|---|---|---|
| P | **Pat Boyd (PatB@Safechain.com)**<br>AmerisourceBergen said that? | 4/22/2021, 5:30 PM |
| P | **Pat Boyd (PatB@Safechain.com)**<br>Richard from compliance? | 4/22/2021, 5:30 PM |
| P | **Pat Boyd (PatB@Safechain.com)**<br>Of AmerisourceBergen says that we can't set them up | 4/22/2021, 5:31 PM |
| P | **Pat Boyd (PatB@Safechain.com)**<br>If | 4/22/2021, 5:31 PM |
| P | **Pat Boyd (PatB@Safechain.com)**<br>At least not for gilead | 4/22/2021, 5:31 PM |
| A | **Abbie Divilio (AbbieD@Safechain.com)**<br>Yes AmerisourceBergen said they are not their customer | 4/22/2021, 5:33 PM |
| P | **Pat Boyd (PatB@Safechain.com)**<br>That's what We have to relay then | 4/22/2021, 5:36 PM |
| P | **Pat Boyd (PatB@Safechain.com)**<br>These people suck lol | 4/22/2021, 5:36 PM |
| A | **Abbie Divilio (AbbieD@Safechain.com)**<br>They really do | 4/22/2021, 5:55 PM |
| P | **Pat Boyd (PatB@Safechain.com)**<br>I think our responses to these people should be along the lines of "being the AD didn't confirm your account we can not buy gilead brand products ths from you. However if you have other products with t3's to an ad we are happy to approve you" | 4/22/2021, 5:58 PM |
| A | **Abbie Divilio (AbbieD@Safechain.com)**<br>OK | 4/22/2021, 5:58 PM |