## Short Message Report

| Conversations: 1 | Participants: 4 |
| Total Messages: 15 | Date Range: 7/30/2021 |

## Outline of Conversations

:) **Microsoft Teams chat between [Adam Brosius, Pat Boyd, garrett, Charles Boyd]** • 15 messages on 7/30/2021 • Adam Brosius • Charles Boyd (CharlesB@Safechain.com) • Pat Boyd (PatB@Safechain.com) • garrett

**GOVERNMENT EXHIBIT**

**481**

1:24-cr-20255-WPD

RSMF_TEAMS_0000003370

**Messages in chronological order** (times are shown in GMT +00:00)

| | **Microsoft Teams chat between [Adam Brosius, Pat Boyd, garrett, Charles Boyd]** | |
|---|---|---|
| P | **Pat Boyd (PatB@Safechain.com)**<br>Hey guys sorry just finished practice | 7/30/2021, 12:05 AM |
| G | **garrett**<br>All good, Charlie getting shit done! | 7/30/2021, 12:07 AM |
| AB | **Adam Brosius**<br>Moving forward. | 7/30/2021, 12:12 AM |
| AB | **Adam Brosius**<br>Pat can you get together in Philly Monday ? | 7/30/2021, 12:12 AM |
| P | **Pat Boyd (PatB@Safechain.com)**<br>I'm supposed to meet those two new hospital reps in fl Monday | 7/30/2021, 12:17 AM |
| AB | **Adam Brosius**<br>Ok let's chat tomorrow about hooking up. | 7/30/2021, 12:34 AM |
| P | **Pat Boyd (PatB@Safechain.com)**<br>Worrrrrs | 7/30/2021, 12:41 AM |
| P | **Pat Boyd (PatB@Safechain.com)**<br>Or word | 7/30/2021, 12:41 AM |
| AB | **Adam Brosius**<br>Lol | 7/30/2021, 12:42 AM |
| AB | **Adam Brosius**<br>i think we need to add into any settlement that info stays with gilead -- meaning that they cant share with other manufacturerea | 7/30/2021, 6:36 PM |
| P | **Pat Boyd (PatB@Safechain.com)**<br>Absolutely | 7/30/2021, 6:36 PM |
| P | **Pat Boyd (PatB@Safechain.com)**<br>100% | 7/30/2021, 6:36 PM |
| AB | **Adam Brosius**<br>we dont want them calling ViiV and Pfizer etc | 7/30/2021, 6:37 PM |
| P | **Pat Boyd (PatB@Safechain.com)**<br>Right | 7/30/2021, 6:37 PM |
| C | **Charles Boyd (CharlesB@Safechain.com)**<br>Yep | 7/30/2021, 6:40 PM |