## Short Message Report

| Conversations: 1 | Participants: 2 |
| --- | --- |
| Total Messages: 15 | Date Range: 5/21/2020 |

## Outline of Conversations

**Microsoft Teams chat between [Charles Boyd, Abbie Divilio]** • 15 messages on 5/21/2020 • Abbie Divilio (AbbieD@Safechain.com) • Charles Boyd (CharlesB@Safechain.com)

**GOVERNMENT EXHIBIT**

**483**

1:24-cr-20255-WPD

RSMF_TEAMS_0000061766

GX 483.0001

**Messages in chronological order** (times are shown in GMT +00:00)

| | **Microsoft Teams chat between [Charles Boyd, Abbie Divilio]** | |
|---|---|---|
| C | **Charles Boyd (CharlesB@Safechain.com)** <br> hey | 5/21/2020, 5:59 PM |
| A | **Abbie Divilio (AbbieD@Safechain.com)** <br> Hi | 5/21/2020, 5:59 PM |
| C | **Charles Boyd (CharlesB@Safechain.com)** <br> can you check to see what the T3 law is for accessing them | 5/21/2020, 6:00 PM |
| C | **Charles Boyd (CharlesB@Safechain.com)** <br> ? | 5/21/2020, 6:00 PM |
| C | **Charles Boyd (CharlesB@Safechain.com)** <br> do customers have to have access to them electronically? | 5/21/2020, 6:00 PM |
| A | **Abbie Divilio (AbbieD@Safechain.com)** <br> sure | 5/21/2020, 6:00 PM |
| A | **Abbie Divilio (AbbieD@Safechain.com)** <br> ''(25) TRANSACTION HISTORY.—The term 'transaction history' means a statement in paper or electronic form, including the transaction information for each prior transaction going back to the manufacturer of the product. ''(26) TRANSACTION INFORMATION.—The term 'transaction information' means— ''(A) the proprietary or established name or names of the product; ''(B) the strength and dosage form of the product; ''(C) the National Drug Code number of the product; ''(D) the container size; ''(E) the number of containers; ''(F) the lot number of the product; VerDate Mar 15 2010 10: 34 Dec 05, 2013 Jkt 039139 PO 00054 Frm 00018 Fmt 6580 Sfmt 6581 E:\PUBLAW\PUBL054.113 PUBL054 dkrause on DSKHT7XVN1PROD with PUBLIC LAWS PUBLIC LAW 113–54—NOV. 27, 2013 127 STAT. 605 ''(G) the date of the transaction; ''(H) the date of the shipment, if more than 24 hours after the date of the transaction; ''(I) the business name and address of the person from whom ownership is being transferred; and ''(J) the business name and address of the person to whom ownership is being transferred. ''(27) TRANSACTION STATEMENT.—The 'transaction statement' is a statement, in paper or electronic form, that the entity transferring ownership in a transaction— ''(A) is authorized as required under the Drug Supply Chain Security Act; ''(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act; ''(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582; ''(D) did not knowingly ship a suspect or illegitimate product; ''(E) had systems and processes in place to comply with verification requirements under section 582; ''(F) did not knowingly provide false transaction information; and ''(G) did not knowingly alter the transaction history. | 5/21/2020, 6:07 PM |
| A | **Abbie Divilio (AbbieD@Safechain.com)** <br> No, it looks like it can be paper or electronic | 5/21/2020, 6:08 PM |
| A | **Abbie Divilio (AbbieD@Safechain.com)** <br> currently, the sales team has access to these and should be emailing them to their customers. | 5/21/2020, 6:08 PM |
| A | **Abbie Divilio (AbbieD@Safechain.com)** <br> https://www.govinfo.gov/content/pkg/PLAW-113publ54/pdf/PLAW-113publ54.pdf | 5/21/2020, 6:08 PM |
| A | **Abbie Divilio (AbbieD@Safechain.com)** <br> well- no baby today for Kelsey! Her induction we rescheduled because there were no beds available on the maternity floor | 5/21/2020, 8:34 PM |
| C | **Charles Boyd (CharlesB@Safechain.com)** <br> oh no! | 5/21/2020, 8:35 PM |

**Charles Boyd (CharlesB@Safechain.com)** — 5/21/2020, 8:36 PM
that thing is going to be like 15 Lbs

😂 1 • Abbie Divilio (AbbieD@Safechain.com)

**Abbie Divilio (AbbieD@Safechain.com)** — 5/21/2020, 8:36 PM
yeah, poor girl is MISERABLE

**Abbie Divilio (AbbieD@Safechain.com)** — 5/21/2020, 8:36 PM
yeah she was due last week!