## Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 11 | Date Range: 12/7/2020 |

## Outline of Conversations

**Microsoft Teams chat between [Charles Boyd, Abbie Divilio]** • 11 messages on 12/7/2020 • Abbie Divilio (AbbieD@Safechain.com) • Charles Boyd (CharlesB@Safechain.com)



GOVERNMENT EXHIBIT
**GX 484**
1:24-cr-20255-WPD

**Messages in chronological order** (times are shown in GMT +00:00)

|   | **Microsoft Teams chat between [Charles Boyd, Abbie Divilio]** |   |
|---|---|---|
| C | **Charles Boyd (CharlesB@Safechain.com)** <br> is Martha all good now? | 12/7/2020, 8:03 PM |
| A | **Abbie Divilio (AbbieD@Safechain.com)** <br> I will email her now, sorry got caught up with a customer request for some old invoices and 222s | 12/7/2020, 8:15 PM |
| C | **Charles Boyd (CharlesB@Safechain.com)** <br> gotcha. Let me know if you need anything from me | 12/7/2020, 8:15 PM |
| A | **Abbie Divilio (AbbieD@Safechain.com)** <br> would you like to provide the T3 or not? I think that was the only thing remaining to decide | 12/7/2020, 8:16 PM |
| A | **Abbie Divilio (AbbieD@Safechain.com)** <br> She mentions since it is more of a downstream document, As far as not supplying the T3 we can 1) acknowledge that the invoice they already have is correct; 2) refuse to provide for the reason you mentioned, 3) state that you purchased from an authorized trading partner (I'm assuming Gentek has a wholesale license), or we can indicate the license number of your supplier is listed in the FDA database of authorized wholesalers (I am sure you checked this already) and see what happens. | 12/7/2020, 8:17 PM |
| C | **Charles Boyd (CharlesB@Safechain.com)** <br> no I don't want to provide the T3 to them | 12/7/2020, 8:19 PM |
| C | **Charles Boyd (CharlesB@Safechain.com)** <br> but I like all of the 3 options | 12/7/2020, 8:19 PM |
| C | **Charles Boyd (CharlesB@Safechain.com)** <br> confirm that's our invoice, we have NDA's with our vendors and can only provide T3s to our trading partners, and yes we purchased from an authorized trading partner | 12/7/2020, 8:22 PM |
| C | **Charles Boyd (CharlesB@Safechain.com)** <br> hey, for our back ordered drugs call tomorrow, did you add any of the reps to it? It would be good to understand the issues they're running into also | 12/7/2020, 9:22 PM |
| A | **Abbie Divilio (AbbieD@Safechain.com)** <br> I did not, but I got notification that he forwarded my meeting on to them. I can send it to them if you think it would be helpful | 12/7/2020, 9:27 PM |
| C | **Charles Boyd (CharlesB@Safechain.com)** <br> not all of them but the ones that sell the most controls | 12/7/2020, 9:28 PM |