**Short Message Report**

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 34 | Date Range: 3/31/2021 |

**Outline of Conversations**

:-) **Microsoft Teams chat between [Charles Boyd, Abbie Divilio]** • 34 messages on 3/31/2021 • Abbie Divilio (AbbieD@Safechain.com) • Charles Boyd (CharlesB@Safechain.com)

**GOVERNMENT EXHIBIT**

**486**

1:24-cr-20255-WPD

RSMF_TEAMS_0000061625

GX 486.0001

**Messages in chronological order** (times are shown in GMT +00:00)

---

:-]        **Microsoft Teams chat between [Charles Boyd, Abbie Divilio]**

A          **Abbie Divilio (AbbieD@Safechain.com)**                                          3/31/2021, 1:17 PM
           Mornig- most of what Frier has asked for in the recent update is not anything I have access to, such as the payment
           information. Is this something you need me to coordinate or have you already touched base with accounting. I am still
           working on sorting original T3 stuff

C          **Charles Boyd (CharlesB@Safechain.com)**                                         3/31/2021, 1:25 PM
           GM

C          **Charles Boyd (CharlesB@Safechain.com)**                                         3/31/2021, 1:25 PM
           call me when you can

C          **Charles Boyd (CharlesB@Safechain.com)**                                         3/31/2021, 3:59 PM
           Anything from NY?

A          **Abbie Divilio (AbbieD@Safechain.com)**                                          3/31/2021, 4:00 PM
           I called and spoke with someone who said they do not typically send out licenses to those requesting it unless of course it
           was our own license. SHe suggested I send an email, which I did. I have not heard back from the email

A          **Abbie Divilio (AbbieD@Safechain.com)**                                          3/31/2021, 4:28 PM
           The two bottles have been returned from Columbia Heights, and I have asked warehouse to put them into quarantine. I
           think we should take pictures of these before they are returned anywhere for our records.

C          **Charles Boyd (CharlesB@Safechain.com)**                                         3/31/2021, 5:44 PM
           hey

C          **Charles Boyd (CharlesB@Safechain.com)**                                         3/31/2021, 5:45 PM
           can you send me Synergies License

C          **Charles Boyd (CharlesB@Safechain.com)**                                         3/31/2021, 5:45 PM
           ?

A          **Abbie Divilio (AbbieD@Safechain.com)**                                          3/31/2021, 5:47 PM


           *File **"file-3c7162b-1617212845937-NJ license SGW.pdf"** is missing.*
           *Attachment: NJ license SGW.pdf*

C          **Charles Boyd (CharlesB@Safechain.com)**                                         3/31/2021, 8:01 PM
           any idea who the vendor was on the last isse?

A          **Abbie Divilio (AbbieD@Safechain.com)**                                          3/31/2021, 8:01 PM
           SORRY i JUST GOT OFF THE PHONE WITH THE CUSTOMER

A          **Abbie Divilio (AbbieD@Safechain.com)**                                          3/31/2021, 8:01 PM
           opps

A          **Abbie Divilio (AbbieD@Safechain.com)**                                          3/31/2021, 8:02 PM
           I am pulling sales data now, and will look up that customers T3

A          **Abbie Divilio (AbbieD@Safechain.com)**                                          3/31/2021, 8:06 PM
           Looks like Boulevard, Gentek and Synergy/Mr. Unlimited. I will have to manually look at Synergy since they do not come
           up on the lot tracing report, but there is 7 pages of sales coming up from the G-NDC umbrella and sales as recent as last

week

| | | |
|---|---|---|
| C | **Charles Boyd (CharlesB@Safechain.com)** | 3/31/2021, 8:07 PM |
| | for that 1 lot#? | |

| | | |
|---|---|---|
| A | **Abbie Divilio (AbbieD@Safechain.com)** | 3/31/2021, 8:14 PM |
| | yes | |

| | | |
|---|---|---|
| C | **Charles Boyd (CharlesB@Safechain.com)** | 3/31/2021, 8:17 PM |
| | but where did this one on this invoice come from? | |

| | | |
|---|---|---|
| A | **Abbie Divilio (AbbieD@Safechain.com)** | 3/31/2021, 8:18 PM |
| | I am trying to figure that out right now | |

| | | |
|---|---|---|
| A | **Abbie Divilio (AbbieD@Safechain.com)** | 3/31/2021, 8:23 PM |
| | This one to Global Express Pharmacy came from Boulevard | |

| | | |
|---|---|---|
| C | **Charles Boyd (CharlesB@Safechain.com)** | 3/31/2021, 8:25 PM |
| | thats goof | |

| | | |
|---|---|---|
| C | **Charles Boyd (CharlesB@Safechain.com)** | 3/31/2021, 8:26 PM |
| | better than Rapids or Synergy | |

| | | |
|---|---|---|
| C | **Charles Boyd (CharlesB@Safechain.com)** | 3/31/2021, 8:30 PM |
| | and we're 100% sure that the complaint we had from Rapids was actually Rapids and not from Blvd or Gentek? | |

| | | |
|---|---|---|
| C | **Charles Boyd (CharlesB@Safechain.com)** | 3/31/2021, 8:36 PM |
| | guessing NY didn't respond about Blvd? | |

| | | |
|---|---|---|
| A | **Abbie Divilio (AbbieD@Safechain.com)** | 3/31/2021, 8:36 PM |
| | I want to confirm that to be 100% sure | |

| | | |
|---|---|---|
| A | **Abbie Divilio (AbbieD@Safechain.com)** | 3/31/2021, 8:36 PM |
| | No I have not heard from NY BOP | |

| | | |
|---|---|---|
| C | **Charles Boyd (CharlesB@Safechain.com)** | 3/31/2021, 8:36 PM |
| | gotcha | |

| | | |
|---|---|---|
| C | **Charles Boyd (CharlesB@Safechain.com)** | 3/31/2021, 8:37 PM |
| | can you email King shit head and ask him? | |

| | | |
|---|---|---|
| A | **Abbie Divilio (AbbieD@Safechain.com)** | 3/31/2021, 8:38 PM |
| | Ask him for their license again? | |

| | | |
|---|---|---|
| C | **Charles Boyd (CharlesB@Safechain.com)** | 3/31/2021, 8:38 PM |
| | yes and that the NYBOP only shows them registered as a Pharmacy can they tell us why? | |

| | | |
|---|---|---|
| A | **Abbie Divilio (AbbieD@Safechain.com)** | 3/31/2021, 8:39 PM |
| | sure do you have an email address for the peter person? | |

| | | |
|---|---|---|
| A | **Abbie Divilio (AbbieD@Safechain.com)** | 3/31/2021, 8:39 PM |
| | I only spoke with him once on the phone | |

| | | |
|---|---|---|
| C | **Charles Boyd (CharlesB@Safechain.com)** | 3/31/2021, 8:40 PM |
| | this is all I can find boulevard0102@gmail.com | |

RSMF_TEAMS_0000061625

GX 486.0003

C    **Charles Boyd (CharlesB@Safechain.com)**                                 3/31/2021, 8:41 PM
               but add King also, screw it

RSMF_TEAMS_0000061625

GX 486.0004