| | |
|---|---|
| **Message** | |
| **From**: | Adam Brosius |
| **Sent**: | 3/30/2021 1:45:34 PM |
| **To**: | Charles Boyd [CharlesB@Safechain.com]; Pat Boyd [PatB@Safechain.com]; garrett |

charlie   how did the call with peter go?

**GOVERNMENT EXHIBIT**

**493**

1:24-cr-20255-WPD

SCSRELATIVITY_0001016392

GX 493.0001

| | |
|---|---|
| **Message** | |
| **From**: | Charles Boyd [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=30586A8D51E34852A9CD931EE5ECEB7C-CHARLES BOY] |
| **Sent**: | 3/30/2021 1:46:05 PM |
| **To**: | Adam Brosius; Pat Boyd [PatB@Safechain.com]; garrett |

about the same as the last one

| | |
|---|---|
| **Message** | |
| **From**: | Charles Boyd [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=30586A8D51E34852A9CD931EE5ECEB7C-CHARLES BOY] |
| **Sent**: | 3/30/2021 1:46:30 PM |
| **To**: | Adam Brosius; Pat Boyd [PatB@Safechain.com]; garrett |

he asked what would happen if he doesn't comply. lol

SCSRELATIVITY_0001151771
GX 493.0003

Message

**From:** Charles Boyd [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=30586A8D51E34852A9CD931EE5ECEB7C-CHARLES BOY]
**Sent:** 3/30/2021 1:46:49 PM
**To:** Adam Brosius; Pat Boyd [PatB@Safechain.com]; garrett

asked id he should start a new company

| | |
|---|---|
| **Message** | |
| **From**: | Charles Boyd [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=30586A8D51E34852A9CD931EE5ECEB7C-CHARLES BOY] |
| **Sent**: | 3/30/2021 1:47:25 PM |
| **To**: | Adam Brosius; Pat Boyd [PatB@Safechain.com]; garrett |

I told him that's up to him and not my place

SCSRELATIVITY_0001218263
GX 493.0005

| | |
|---|---|
| Message | |
| **From**: | Adam Brosius |
| **Sent**: | 3/30/2021 1:48:13 PM |
| **To**: | Charles Boyd [CharlesB@Safechain.com]; Pat Boyd [PatB@Safechain.com]; garrett |

thx