# Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 31 | Date Range: 1/8/2020 |

## Outline of Conversations

**Microsoft Teams chat between [Adam Brosius, Charles Boyd]** • 31 messages on 1/8/2020 • Adam Brosius • Charles Boyd (CharlesB@Safechain.com)

GOVERNMENT
EXHIBIT
**495**
1:24-cr-20255-WPD

RSMF_TEAMS_0000076658

**Messages in chronological order** (times are shown in GMT +00:00)

| | **Microsoft Teams chat between [Adam Brosius, Charles Boyd]** | |
|---|---|---|
| C | **Charles Boyd (CharlesB@Safechain.com)**<br>what time is your flight? | 1/8/2020, 4:18 PM |
| AB | **Adam Brosius**<br>i am already in florida     5am flight | 1/8/2020, 4:18 PM |
| C | **Charles Boyd (CharlesB@Safechain.com)**<br>oh wow | 1/8/2020, 4:19 PM |
| C | **Charles Boyd (CharlesB@Safechain.com)**<br>nice | 1/8/2020, 4:19 PM |
| C | **Charles Boyd (CharlesB@Safechain.com)**<br>I'm getting through this 4B operating agreement draft. We should all have our comments and discuss to finalize. | 1/8/2020, 4:20 PM |
| C | **Charles Boyd (CharlesB@Safechain.com)**<br>looks like the SoluxRx stuff might be here | 1/8/2020, 6:34 PM |
| AB | **Adam Brosius**<br>yellow freight?   i just got a tracking number an hour ago | 1/8/2020, 6:35 PM |
| AB | **Adam Brosius**<br>i was up at 3: 00am   i am dragging right now | 1/8/2020, 6:35 PM |
| C | **Charles Boyd (CharlesB@Safechain.com)**<br>I'm sure! | 1/8/2020, 6:35 PM |
| C | **Charles Boyd (CharlesB@Safechain.com)**<br>I see two freight trucks here now | 1/8/2020, 6:36 PM |
| C | **Charles Boyd (CharlesB@Safechain.com)**<br>make that three tucks | 1/8/2020, 6:36 PM |
| C | **Charles Boyd (CharlesB@Safechain.com)**<br>lol<br>   1 • Adam Brosius | 1/8/2020, 6:36 PM |
| C | **Charles Boyd (CharlesB@Safechain.com)**<br>not yellow freight | 1/8/2020, 6:46 PM |
| AB | **Adam Brosius**<br>tony said that i should wire the funds into 4b<br><br>should i request the funds to turn it around? | 1/8/2020, 8:21 PM |
| C | **Charles Boyd (CharlesB@Safechain.com)**<br>yeah that's going to be cleanest | 1/8/2020, 8:24 PM |
| C | **Charles Boyd (CharlesB@Safechain.com)**<br>and it will probably have to be sent from you to Talbot Capital Partners | 1/8/2020, 8:25 PM |
| AB | **Adam Brosius** | 1/8/2020, 8:28 PM |

| | | |
|---|---|---|
| | ok | |
| AB | **Adam Brosius** | 1/8/2020, 8:28 PM |
| | [2:47 PM]<br>Jenna Mellott (Guest)<br>After today - WF will no longer ship orders same business day. They will ship the FOLLOWING business day. Product will also not be received until following business day | |
| C | **Charles Boyd (CharlesB@Safechain.com)** | 1/8/2020, 8:30 PM |
| | yeah I saw that. We're all jumping on a call together in 30. ONE DAY NOTICE IS BULLSHIT | |
| C | **Charles Boyd (CharlesB@Safechain.com)** | 1/8/2020, 8:30 PM |
| | going to push for 1/15 then we'll be gone | |
| C | **Charles Boyd (CharlesB@Safechain.com)** | 1/8/2020, 8:42 PM |
| | what is the WW headquarters address and how long have you been in business? | |
| AB | **Adam Brosius** | 1/8/2020, 8:43 PM |
| | for the 550k investment? | |
| C | **Charles Boyd (CharlesB@Safechain.com)** | 1/8/2020, 8:44 PM |
| | no this is a question from the bank | |
| C | **Charles Boyd (CharlesB@Safechain.com)** | 1/8/2020, 8:44 PM |
| | looking for that on all our big agreements | |
| C | **Charles Boyd (CharlesB@Safechain.com)** | 1/8/2020, 8:44 PM |
| | you , Blackstone... | |
| C | **Charles Boyd (CharlesB@Safechain.com)** | 1/8/2020, 8:44 PM |
| | I also need to write a description of what you do | |
| C | **Charles Boyd (CharlesB@Safechain.com)** | 1/8/2020, 8:44 PM |
| | thats easy | |
| AB | **Adam Brosius** | 1/8/2020, 8:45 PM |
| | WorldWide Pharma Sales Group Inc.<br>455 NE 5th Ave<br>Unit D434<br>Delray Beach FL 33483<br><br>in business since 2016 | |
| AB | **Adam Brosius** | 1/8/2020, 8:45 PM |
| | i make it rain | |
| C | **Charles Boyd (CharlesB@Safechain.com)** | 1/8/2020, 8:45 PM |
| | lol | |
| AB | **Adam Brosius** | 1/8/2020, 9:03 PM |
| | both of them ship to florida   so that would be fixed in time | |