## Short Message Report

| Conversations: 1 | Participants: 3 |
| --- | --- |
| Total Messages: 11 | Date Range: 7/30/2021 |

## Outline of Conversations

:] **Microsoft Teams chat between [Adam Brosius, Pat Boyd, garrett]** • 11 messages on 7/30/2021 •
Adam Brosius • Pat Boyd (PatB@Safechain.com) • garrett

**GOVERNMENT EXHIBIT**
**497**
1:24-cr-20255-WPD

RSMF_TEAMS_0000006787

GX 497.0001

**Messages in chronological order** (times are shown in GMT +00:00)

:) | **Microsoft Teams chat between [Adam Brosius, Pat Boyd, garrett]**

AB | **Adam Brosius** | 7/30/2021, 2:20 PM
[10:15 AM]
garrett (Guest)
Peter from Cintex not responding

[10:18 AM]
Adam Brosius (Guest)
nothing at all?

[10:18 AM]
Adam Brosius (Guest)
give him today if not he may have heard about the issues

[10:18 AM]
garrett (Guest)
no he texted me early yesterday that he was sending inventory shortly, but nothing since then

[10:19 AM]
garrett (Guest)
thats what I am afraid of

P | **Pat Boyd (PatB@Safechain.com)** | 7/30/2021, 2:31 PM
If you get him obviously let him know it's gilead only, and civil no feds

G | **garrett** | 7/30/2021, 2:32 PM
Do you have a contact there?

P | **Pat Boyd (PatB@Safechain.com)** | 7/30/2021, 2:32 PM
At cintex? Yes Marc does

G | **garrett** | 7/30/2021, 2:33 PM
I will ask him

P | **Pat Boyd (PatB@Safechain.com)** | 7/30/2021, 2:34 PM
Sweet

AB | **Adam Brosius** | 7/30/2021, 2:34 PM
civil action is the key to all of this   one company doesnt like what another company is doing

AB | **Adam Brosius** | 7/30/2021, 2:34 PM
there may be underlying issues  but this is civil

G | **garrett** | 7/30/2021, 5:13 PM
I got a small PO for Cintex today?  Ok to Place?  also may need to pay them for last week first, is that possible?

RSMF_TEAMS_0000006787

P **Pat Boyd (PatB@Safechain.com)** 7/30/2021, 5:16 PM
Yup!

P **Pat Boyd (PatB@Safechain.com)** 7/30/2021, 5:16 PM
$ should be freed today worst case Monday

RSMF_TEAMS_0000006787