# Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 83 | Date Range: 8/27/2020 |

## Outline of Conversations

:] **Microsoft Teams chat between [Adam Brosius, Charles Boyd]** • 83 messages on 8/27/2020 • Adam Brosius • Charles Boyd (CharlesB@Safechain.com)

**GOVERNMENT EXHIBIT**

**499**

1:24-cr-20255-WPD

RSMF_TEAMS_0000076450

GX 499.0001

**Messages in chronological order** (times are shown in GMT +00:00)

| | **Microsoft Teams chat between [Adam Brosius, Charles Boyd]** | |
|---|---|---|
| AB | **Adam Brosius**<br>AMSImage sent | 8/27/2020, 1:19 AM |
| | *Attachment: 0-eus-d7-522f9e8a3b5df45403f3ae58e6fedcab (105 KB)* | |
| C | **Charles Boyd (CharlesB@Safechain.com)**<br>Hahahahaha | 8/27/2020, 1:29 AM |
| C | **Charles Boyd (CharlesB@Safechain.com)**<br>Bad storm coming up the gulf | 8/27/2020, 1:30 AM |
| C | **Charles Boyd (CharlesB@Safechain.com)**<br>AMSImage sent | 8/27/2020, 1:30 AM |
| | *Attachment: 0-eus-d1-f4eea98a7f76814c302e4617a84fb2e6 (141 KB)* | |
| AB | **Adam Brosius**<br>nice   pat sent me the same pic! | 8/27/2020, 1:32 AM |
| C | **Charles Boyd (CharlesB@Safechain.com)**<br>Lol | 8/27/2020, 1:47 AM |
| C | **Charles Boyd (CharlesB@Safechain.com)**<br>Did Peter ship? | 8/27/2020, 1:48 AM |
| AB | **Adam Brosius**<br>I don't know.  Will find out early | 8/27/2020, 1:52 AM |
| AB | **Adam Brosius**<br>On Twitter. Funniest response from an actual celebrity.<br><br>When James woods calls out joe Biden as a do nothing politician-- someone asks him what he has done for the last 20 years and he says<br><br>"Teabagged your mom every Wednesday !" | 8/27/2020, 2:32 PM |
| C | **Charles Boyd (CharlesB@Safechain.com)**<br>hjajajaja | 8/27/2020, 2:33 PM |
| C | **Charles Boyd (CharlesB@Safechain.com)**<br>you calling IM's | 8/27/2020, 2:33 PM |
| C | **Charles Boyd (CharlesB@Safechain.com)**<br>in? | 8/27/2020, 2:33 PM |
| AB | **Adam Brosius**<br>dhruv calling edel now to get the list | 8/27/2020, 2:56 PM |
| C | **Charles Boyd (CharlesB@Safechain.com)**<br>nice! | 8/27/2020, 3:19 PM |

| | | |
|---|---|---|
| C | **Charles Boyd (CharlesB@Safechain.com)**<br>I'm hoping we can send Edel UPS labels and schedule a pickup to get it here earlier | 8/27/2020, 3:19 PM |
| AB | **Adam Brosius**<br>he uses our UPS number already | 8/27/2020, 3:20 PM |
| AB | **Adam Brosius**<br>he needs to f'n answer the phone | 8/27/2020, 3:20 PM |
| C | **Charles Boyd (CharlesB@Safechain.com)**<br>yes | 8/27/2020, 3:20 PM |
| AB | **Adam Brosius**<br>dhruv said peter only sent 250k in product | 8/27/2020, 3:21 PM |
| C | **Charles Boyd (CharlesB@Safechain.com)**<br>but he also ships everything Fedex | 8/27/2020, 3:21 PM |
| AB | **Adam Brosius**<br>i get it | 8/27/2020, 3:21 PM |
| C | **Charles Boyd (CharlesB@Safechain.com)**<br>no chance | 8/27/2020, 3:21 PM |
| C | **Charles Boyd (CharlesB@Safechain.com)**<br>the PO is for almost $500 and he told be this morning he was sending extra | 8/27/2020, 3:21 PM |
| AB | **Adam Brosius**<br>ok | 8/27/2020, 3:21 PM |
| AB | **Adam Brosius**<br>you may want to call him    sorry to get you so invloved | 8/27/2020, 3:22 PM |
| C | **Charles Boyd (CharlesB@Safechain.com)**<br>its all good | 8/27/2020, 3:26 PM |
| C | **Charles Boyd (CharlesB@Safechain.com)**<br>he and I have been talking a lot because of the T3 stuff | 8/27/2020, 3:27 PM |
| C | **Charles Boyd (CharlesB@Safechain.com)**<br>we did send him $500k this AM<br>1 • Adam Brosius | 8/27/2020, 3:27 PM |
| AB | **Adam Brosius**<br>\<b\>Addendum to Legacy GPO contract Exhibit C\</b\> | 8/27/2020, 4:20 PM |

In an effort to increase inventory levels, customer satisfaction and cash flow for both Safe Chain and Legacy, all Legacy members will be put on the following electronic collection schedule:

Any invoices dated Monday through Friday in the target week will be automatically EFT drafted the following Friday.

EXAMPLE:

Any member (or non member Legacy specific sales) invoices dated Monday August 24, 2020 to Friday August 28, 2020 will be EFT drafted by Safe Chain on Friday September 4, 2020.

As an incentive for this change in terms, Safe Chain will increase the overall combined discount from published WAC price to Member and rebate to LPG to total 11.25% from 11%. It is understood that the discount off of WAC will be passed on to the purchasing client and increase their WAC discount to WAC minus 7.75% from WAC minus 7.5%.

This new payment term will go into effect as of the week of August 24-28, 2020 with the EFT draft on September 4, 2020. To catch up, it is understood that the EFT draft that will occur on September 4, 2020 will be for all invoices from August 17, 2020 to August 28, 2020.

| | | |
|---|---|---|
| C | **Charles Boyd (CharlesB@Safechain.com)** <br> this looks great man | 8/27/2020, 5:38 PM |
| C | **Charles Boyd (CharlesB@Safechain.com)** <br> I can put it on company letterhead and send it over | 8/27/2020, 5:39 PM |
| AB | **Adam Brosius** <br> i made 2 small changes    sending you a final now | 8/27/2020, 5:40 PM |
| C | **Charles Boyd (CharlesB@Safechain.com)** | 8/27/2020, 5:41 PM |

RSMF_TEAMS_0000076450

| | | |
|---|---|---|
| | cool | |
| C | **Charles Boyd (CharlesB@Safechain.com)**<br>Edel is making us take more Truvada and Descovy right? | 8/27/2020, 5:41 PM |
| AB | **Adam Brosius**<br>yes  on slow moving PO    garrett and i just went through the avail inventory and he is doing 2 po's now    sending them in | 8/27/2020, 5:42 PM |
| C | **Charles Boyd (CharlesB@Safechain.com)**<br>ok cool | 8/27/2020, 5:42 PM |
| C | **Charles Boyd (CharlesB@Safechain.com)**<br>I know you had a customer wanting a ton of Truvada which is awesome | 8/27/2020, 5:43 PM |
| AB | **Adam Brosius**<br>i didnt close that deal because i couldnt count on edel | 8/27/2020, 5:43 PM |
| AB | **Adam Brosius**<br>i think i have all of the truvada sold | 8/27/2020, 5:56 PM |
| AB | **Adam Brosius**<br>cash up front   early to mid next week | 8/27/2020, 5:57 PM |
| C | **Charles Boyd (CharlesB@Safechain.com)**<br>hell yeah!!! | 8/27/2020, 6:04 PM |
| AB | **Adam Brosius**<br>can you resend to Ritesh with his logo on top? | 8/27/2020, 6:40 PM |
| C | **Charles Boyd (CharlesB@Safechain.com)**<br>yep | 8/27/2020, 6:51 PM |
| AB | **Adam Brosius**<br>please dont forget about a courier for monday morning | 8/27/2020, 7:21 PM |
| AB | **Adam Brosius**<br>you there | 8/27/2020, 7:52 PM |
| C | **Charles Boyd (CharlesB@Safechain.com)**<br>yo | 8/27/2020, 7:56 PM |
| AB | **Adam Brosius**<br>i got jesse to help | 8/27/2020, 7:56 PM |
| AB | **Adam Brosius**<br>did you send ritesh the addendum with logo? | 8/27/2020, 7:56 PM |
| C | **Charles Boyd (CharlesB@Safechain.com)**<br>yeah | 8/27/2020, 7:57 PM |
| AB | **Adam Brosius**<br>thanks\ | 8/27/2020, 7:57 PM |
| C | **Charles Boyd (CharlesB@Safechain.com)**<br>you were on the email | 8/27/2020, 7:57 PM |

| | | |
|---|---|---|
| AB | **Adam Brosius**<br>i am sure | 8/27/2020, 7:58 PM |
| AB | **Adam Brosius**<br>i average about 150 an hour | 8/27/2020, 7:59 PM |
| C | **Charles Boyd (CharlesB@Safechain.com)**<br>lol | 8/27/2020, 7:59 PM |
| C | **Charles Boyd (CharlesB@Safechain.com)**<br>is that all? | 8/27/2020, 7:59 PM |
| C | **Charles Boyd (CharlesB@Safechain.com)**<br>you need an email assistant | 8/27/2020, 7:59 PM |
| AB | **Adam Brosius**<br>i need a vacation | 8/27/2020, 8:01 PM |
| C | **Charles Boyd (CharlesB@Safechain.com)**<br>you should | 8/27/2020, 8:02 PM |
| C | **Charles Boyd (CharlesB@Safechain.com)**<br>just go to the islands and sit on a beach for a long weekend | 8/27/2020, 8:02 PM |
| AB | **Adam Brosius**<br>maybe soon | 8/27/2020, 8:03 PM |
| AB | **Adam Brosius**<br>[4:19 PM]<br>Jenna Mellott (Guest)<br>Adam Brosius (Guest)garrett (Guest)- tarzana's entire account is locked on CH. i'm not able to get into the order on MDS to process. Emin said they will wire past due on Monday - not sure if anything you can do to remove the lock or if we need to wait until monday?<br><br><br>tarzana is contuinually late but when they tell us they will pay they do  -- thoughts? | 8/27/2020, 8:21 PM |
| C | **Charles Boyd (CharlesB@Safechain.com)**<br>I'll ask Amanda about it since Carly is out | 8/27/2020, 8:24 PM |
| C | **Charles Boyd (CharlesB@Safechain.com)**<br>not sure what there balance is or how much PD | 8/27/2020, 8:24 PM |
| AB | **Adam Brosius**<br>thanks   they are good clients   just habitually late | 8/27/2020, 8:24 PM |
| AB | **Adam Brosius**<br>and they bought 34 bocasa!! | 8/27/2020, 8:25 PM |
| C | **Charles Boyd (CharlesB@Safechain.com)**<br>hahahaa | 8/27/2020, 8:25 PM |
| AB | **Adam Brosius**<br>they just put in an add on for another $860   so both need to be released | 8/27/2020, 8:39 PM |
| AB | **Adam Brosius** | 8/27/2020, 8:58 PM |

| | | |
|---|---|---|
| | any luck? | |
| C | **Charles Boyd (CharlesB@Safechain.com)**<br>how much are they trying to place? | 8/27/2020, 9:09 PM |
| C | **Charles Boyd (CharlesB@Safechain.com)**<br>on and ERP call so just seeing this | 8/27/2020, 9:09 PM |
| AB | **Adam Brosius**<br>40 k between th e2 orders | 8/27/2020, 9:11 PM |
| AB | **Adam Brosius**<br>they will pay monday | 8/27/2020, 9:11 PM |
| AB | **Adam Brosius**<br>they have been a 3yr customer | 8/27/2020, 9:12 PM |
| C | **Charles Boyd (CharlesB@Safechain.com)**<br>on it | 8/27/2020, 9:13 PM |
| AB | **Adam Brosius**<br>[5:14 PM]<br>Adam Brosius (Guest)<br>charlie getting tarzana released<br><br>[5:14 PM]<br>Jenna Mellott (Guest)<br>the entire is account is locked - there's nothing to release at the moment<br><br><br>[5:14 PM]<br>Jenna Mellott (Guest)<br>i need the hold to be taken off for me to process it first then they will likely have to go in and release<br><br>Edited | 8/27/2020, 9:15 PM |
| AB | **Adam Brosius**<br>we sent emails about htis 1.5 hours ago | 8/27/2020, 9:16 PM |
| AB | **Adam Brosius**<br>thanks for the help | 8/27/2020, 9:30 PM |
| C | **Charles Boyd (CharlesB@Safechain.com)**<br>looks like only $11k in stock to ship for them | 8/27/2020, 9:43 PM |
| C | **Charles Boyd (CharlesB@Safechain.com)**<br>but its going out | 8/27/2020, 9:43 PM |
| AB | **Adam Brosius**<br>jenna said it was all in stock | 8/27/2020, 9:45 PM |
| AB | **Adam Brosius**<br>as long as you pushed the button   whatever is there will ship | 8/27/2020, 9:45 PM |

RSMF_TEAMS_0000076450

C **Charles Boyd (CharlesB@Safechain.com)** 8/27/2020, 9:51 PM
Yep

AB **Adam Brosius** 8/27/2020, 10:03 PM
you are correct   the smaller ordewr shipped in full   the larger one just 11k

RSMF_TEAMS_0000076450