# Aug 11, 2020

> Amanda Richardson;        Pat Boyd

> Yeah I need to get a real conversation with him about along that. It's driving me crazy
>
> Pat Boyd 8/11/2020 8:33:14 AM

Also, the product was in stock but just didn't ship

Amanda Richardson 8/11/2020 8:38:57 AM

It's faster for me to just ask Travis to look in MDS than get with them

Amanda Richardson 8/11/2020 8:39:15 AM

> Exactly, also you're going w2 so that changes things. Do you have a copy of your ww agreement?
>
> Pat Boyd 8/11/2020 8:43:32 AM

I don't remember ever even signing one

Amanda Richardson 8/11/2020 8:47:19 AM

> Lol ok, I'm going to have a talk with Adam soon so we can get booked and get down there
>
> Pat Boyd 8/11/2020 8:50:55 AM

I don't think travis did either

Amanda Richardson 8/11/2020 8:51:40 AM

Basically we just gave them our bank info, like mine and travis' commissions are deposited together

Amanda Richardson 8/11/2020 8:52:21 AM

> Lol shouldn't matter either way.
>
> Pat Boyd 8/11/2020 8:54:36 AM

GX 509.001                    SCSRELATIVITY_0001632512

> So the orders that didn't ship, they couldn't give me a reason why, just said that there may have been problems bc of the hurricane. But I'm pretty sure those two orders were the ones I entered myself and then WW freaked out and said they had to change them
>
> Amanda Richardson 8/11/2020 9:20:12 AM

> Did they ever end up changing them??
>
> Pat Boyd 8/11/2020 9:20:35 AM

> If you want to reach out to Jenna amd cc me I'm happy to ask Adam wtf
>
> Pat Boyd 8/11/2020 9:20:58 AM

> Jenna said she did, but I'm wondering if whatever they did caused a delay
>
> Amanda Richardson 8/11/2020 9:21:25 AM

> I see them entered 8/23 but why in div 26?
>
> Pat Boyd 8/11/2020 9:23:06 AM

> Was Adam selling to them before?
>
> Pat Boyd 8/11/2020 9:23:15 AM

> Not that I know...
>
> Amanda Richardson 8/11/2020 9:23:31 AM

> I've been working with them since March and they weren't working with SC before
>
> Amanda Richardson 8/11/2020 9:24:03 AM

> But he has me under nation
>
> Amanda Richardson 8/11/2020 9:24:12 AM

> Ok good to know
>
> Pat Boyd 8/11/2020 9:24:32 AM

What's division 26?

**Amanda Richardson** 8/11/2020 9:25:35 AM

World wide. But if you set them up they should have been in safe world

**Pat Boyd** 8/11/2020 9:25:54 AM

Yeah idk why I'm under nation but the other reps are separate, from what I could see

**Amanda Richardson** 8/11/2020 9:26:58 AM

Ok good

**Pat Boyd** 8/11/2020 9:28:17 AM

Can you give me a name of one of the Redmond account names from another rep?

**Pat Boyd** 8/11/2020 9:39:06 AM

Hey so I also was wondering about the account manager thing. Cause part of my quarter 3 bonus is hiring an account manager - but it sounds like we're holding off on looking until after the new accounting positions are in place, so timeline wise I'm not sure if it'll work with me giving birth early November

**Amanda Richardson** 8/11/2020 9:39:41 AM

Meadows

**Amanda Richardson** 8/11/2020 9:39:48 AM

They do a lot

**Amanda Richardson** 8/11/2020 9:39:53 AM

Is meadows prime touch?

**Pat Boyd** 8/11/2020 9:40:41 AM

**Pat Boyd** 8/11/2020 9:41:08 AM: Don't worry about that criteria, I still have some ideas and it won't penalize you

**Amanda Richardson** 8/11/2020 9:41:09 AM: The one that bought a lot of HIV and got pissed about pedigrees is healthfirst

**Amanda Richardson** 8/11/2020 9:41:46 AM: No, their pharmacy name is meadows but they also go by island chemist

**Amanda Richardson** 8/11/2020 9:42:28 AM: Well I want to get account management going, I'm just worried that it won't happen with me having to take off

**Pat Boyd** 8/11/2020 9:43:54 AM: Are those in Safeway or safechain? Can't find either in recent orders

**Pat Boyd** 8/11/2020 9:47:03 AM: Meadow looks right

**Amanda Richardson** 8/11/2020 9:47:21 AM: Both

**Amanda Richardson** 8/11/2020 9:47:50 AM: They'll order from Safeway and safe chain depending on inventory

**Pat Boyd** 8/11/2020 9:49:50 AM: Ok cool, I know they are right in Safeway and just confirmed Scs. Not sure why yours are different

**Amanda Richardson** 8/11/2020 9:51:56 AM: No idea, he doesn't pay more anymore than 25% and deducts the shipping and cc fees so that's all per contract

> **Pat Boyd** 8/11/2020 9:52:36 AM
> Wait I thought you didn't have one?

**Amanda Richardson** 8/11/2020 9:53:26 AM
No my contract with y'all

> **Pat Boyd** 8/11/2020 9:53:57 AM
> Ohhhhhh got it

> **Pat Boyd** 8/11/2020 9:54:21 AM
> But I'm that 26 division he takes more than us which shouldn't be the case

**Amanda Richardson** 8/11/2020 9:54:41 AM
Yeah that's not how it should be

**Amanda Richardson** 8/11/2020 9:54:46 AM
They were doing a lot too

**Amanda Richardson** 8/11/2020 9:56:47 AM
Travis said that when he brought on Jake's accounts Adam said that he had already had Jakes accounts so he'd be under Adam. But Travis was never told like what % he got or anything like that. With Lewisville and Telfair they said they hadn't worked with SC before, also the purchaser doesn't know Adam or anyone.

**Amanda Richardson** 8/11/2020 10:02:22 AM
Do you see any purchasing history prior to March?

> **Pat Boyd** 8/11/2020 10:03:23 AM
> No set up 3/27

**Amanda Richardson** 8/11/2020 10:04:12 AM
Hm