# Aug 17, 2020

███████   Charles Boyd;   ███████   Abbie Divilio;   ███████   Jesse



███████ **Charles Boyd** 8/17/2020 9:18:32 AM



███████ **Charles Boyd** 8/17/2020 9:18:32 AM

SCSRELATIVITY_0001559029



**Charles Boyd** 8/17/2020 9:18:32 AM



**Charles Boyd** 8/17/2020 9:18:32 AM



tarvy®
ricitabine, and
namide) tablets
ng/25 mg

30 tablets

GILEAD          © 2018 Gilead Sciences, Inc.

GTIN:00361958250115
SN:  100008932529
LOT: CCPDPA
EXP: 04 2021



SCSRELATIVITY_0001559031



SCSRELATIVITY_0001559032

