## Aug 26, 2020

Charles Boyd;  Abbie Divilio



**Charles Boyd** 8/26/2020 9:45:13 AM

So our buddy at Blvd said he can provide all the T3 documents. He sent this sample over last night. I told him it's missing the reference #s so he's going to add. Anything else you can think of that he needs to do?

**Charles Boyd** 8/26/2020 9:45:13 AM

Yes, the reference number which is usually the PO and if they can fill in the manufacture address too

**Abbie Divilio** 8/26/2020 9:47:49 AM

That would make it perfect

**Abbie Divilio** 8/26/2020 9:48:01 AM

**SAFE CHAIN SOLUTIONS, LLC**

# Drug Supply Chain Security Act Document

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**GENVOYA TAB 30CT**

NDC: 61958-1901-01

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| ZYTZA | 1 | |
| | | |
| | | |

Reference Number: **INV1472**
Document Type: **INVOICE**
Reference Date: 08/08/2020

## (TH) Transaction History

**Manufacturer's Name:** Gilead
**Manufacturer's information:**

**SOLD TO:**
Name: Independent Pharmacy Cooperative
Address: 1550 Columbus Street
Sun Prairie, WI 53590
Date Purchased & Ref: 06/20/20

**SHIPPED TO:**
Name: Independent Pharmacy Cooperative
Address: 1550 Columbus Street
Sun Prairie, WI 53590
Date Received & Ref: 06/20/20

**SOLD TO:**
Name: LMP Pharmacy
Address: 7535 Main Str
Flushing, NY 11367
Date Purchased & Ref: 07/18/20

**SHIPPED TO:**
Name: LMP Pharmacy
Address: 7535 Main Str
Flushing, NY 11367
Date Received & Ref: 07/18/20

**SOLD TO:**
Name: BNR Wholesaler
Address: 3858 Nostrand Ave
Brooklyn, NY 11235
Date Purchased & Ref: 07/29/20

**SHIPPED TO:**
Name: BNR Wholesaler
Address: 3858 Nostrand Ave
Brooklyn, NY 11235
Date Received & Ref: 07/29/20

**SOLD TO:**
Name: BOULEVARD 9229 LLC
Address: 9229 QUEENS BLVD STE 11
REGO PARK, NY 11374
Date Purchased & Ref: 08/06/20

**SHIPPED TO:**
Name: BOULEVARD 9229 LLC
Address: 9229 QUEENS BLVD STE 11
REGO PARK, NY 11374
Date Received & Ref: 08/06/20

**SOLD TO:**
Name: SAFE CHAIN SOLUTIONS, LLC
Address: 822 CHESAPEAKE DR
CAMBRIDGE MD 21613
Date Purchased & Ref: 08/08/20

**SHIPPED TO:**
Name: SAFE CHAIN SOLUTIONS - UT
Address: 1812 W SUNSET BLVD
ST. GEORGE UT 84770
Date Received & Ref: 08/08/20

**(TS) Transaction Statement:** This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1    of  1    pages.