## Apr 08, 2021

███ Pat Boyd; ███ Jon Weed; ███@yahoo.com Pat Boyd

**Any good news on the hiv/brand suppliers?**
Jon Weed 4/8/2021 4:10:07 PM

**No shipping news I making progress with paperwork**
Pat Boyd 4/8/2021 4:51:13 PM

**Ok. The natives are getting restless... no hiv, no brands, no oxy 30, no lactojen... tough to sell with no product. I have them all believing it is the new system, but that can't last much longer or they might go elsewhere permanently**
Jon Weed 4/8/2021 4:53:51 PM

**I'm going to probably dump all goals this month but don't tell anyone. I know it's more about income either way**
Pat Boyd 4/8/2021 5:04:20 PM

**Yeah - not hitting goal blows, but not getting paid is worse. Makes sense though... doubtful I hit $62k missing this much of the month**
Jon Weed 4/8/2021 5:05:47 PM

**Yeah I'm on a rampage with compliance to get some stuff rolling**
Pat Boyd 4/8/2021 5:08:32 PM

**This has been a bit different than expected, huh?**
Jon Weed 4/8/2021 5:09:52 PM

**Just all at once between product and system**
Pat Boyd 4/8/2021 5:16:04 PM

**Last year we did 4 million in April, we'll do 10 this month still easy**
Pat Boyd 4/8/2021 5:16:26 PM

> Liked "Last year we did 4 million in April, we'll do 10 this month still easy"

**Jon Weed** 4/8/2021 5:21:19 PM