# May 13, 2021

▮▮▮▮▮▮ Adam Brosius; ▮▮▮▮▮▮ Pat Boyd; ▮▮▮▮▮ @yahoo.com Pat Boyd

> Cintex was pretty tiny too! If I can help with Invicta in anyway let me know
>
> ▮▮▮▮ **Pat Boyd** 5/13/2021 2:15:31 PM

I have been pushing them

▮▮▮▮ **Adam Brosius** 5/13/2021 2:16:06 PM

They are scared about the paperwork.

▮▮▮▮ **Adam Brosius** 5/13/2021 2:16:31 PM

> I can help with that off the record if they have some questions. We wouldn't report them in any fashion regardless
>
> ▮▮▮▮ **Pat Boyd** 5/13/2021 2:17:41 PM

Liked "I can help with that off the record if they have some questions. We wouldn't report them in any fashion regardless "

▮▮▮▮ **Adam Brosius** 5/13/2021 2:20:20 PM

> Let's see where Jon goes from here
>
> ▮▮▮▮ **Pat Boyd** 5/13/2021 8 33 50 PM

Liked "Let's see where Jon goes from here "

▮▮▮▮ **Adam Brosius** 5/13/2021 8:35:05 PM

SCSRELATIVITY_0001615542