# Oct 06, 2020

Adam Brosius;    Charles Boyd

I have Peter on the phone. Can you pick up??

**Adam Brosius** 10/6/2020 5:24:58 PM

SCSRELATIVITY_0001555159