

**From:** [redacted] Brother
**To:** [redacted] Hacksaw Boyd (owner)

We didn't agree to vendors til today

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| [redacted] Hacksaw Boyd | | 3/30/2021 5:41:42 PM(UTC-6) | |

**Status:** Read

3/30/2021 5:41:42 PM(UTC-6)

Source Info:
iPhone/mobile/Library/SMS/sms.db : 0xC83B20 (Table: message, handle; Size: 30265344 bytes)



**From:** [redacted] Hacksaw Boyd (owner)
**To:** [redacted] Brother

It clearly says "regardless of lots". I think we did that because we only thought we had like $100k because that's what the system said yesterday. The system had that inventory tied up so we didn't see it

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| [redacted] Brother | 3/30/2021 5:43:05 PM(UTC-6) | | |

**Status:** Sent

3/30/2021 5:43:04 PM(UTC-6)

Source Info:
iPhone/mobile/Library/SMS/sms.db : 0xC84F8D (Table: message, handle; Size: 30265344 bytes)



**From:** [redacted] Hacksaw Boyd (owner)
**To:** [redacted] Brother

So now we've told Gilead we have quarantined and we actually haven't so we lose all credibility

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| [redacted] Brother | 3/30/2021 5:43:43 PM(UTC-6) | | |

**Status:** Sent

3/30/2021 5:43:43 PM(UTC-6)

Source Info:
iPhone/mobile/Library/SMS/sms.db : 0xC84904 (Table: message, handle; Size: 30265344 bytes)





















From: [redacted] Brother
To: [redacted] Hacksaw Boyd (owner)

And that was not the message we discussed so Jesse fuxked that up

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| [redacted] Hacksaw Boyd | | 3/30/2021 5:45:15 PM(UTC-6) | |

Status: Read

3/30/2021 5:45:14 PM(UTC-6)

Source Info:
iPhone/mobile/Library/SMS/sms.db : 0xC86F83 (Table: message, handle; Size: 30265344 bytes)



From: [redacted] Hacksaw Boyd (owner)
To: [redacted] Brother

Maybe we say UPS MIs-routed it

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| [redacted] Brother | 3/30/2021 5:45:24 PM(UTC-6) | | |

Status: Sent

3/30/2021 5:45:23 PM(UTC-6)

Source Info:
iPhone/mobile/Library/SMS/sms.db : 0xC86D2C (Table: message, handle; Size: 30265344 bytes)



From: [redacted] Brother
To: [redacted] Hacksaw Boyd (owner)

That's fine but have to fill orders tomorrow

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| [redacted] Hacksaw B | | 3/30/2021 5:45:39 PM(UTC-6) | |

Status: Read

3/30/2021 5:45:39 PM(UTC-6)

Source Info:
iPhone/mobile/Library/SMS/sms.db : 0xC86AE3 (Table: message, handle; Size: 30265344 bytes)











**From:** [redacted] Brother
**To:** [redacted] Hacksaw Boyd (owner)
It opens a big door of liability for us if we fill

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| [redacted] Brother | 3/30/2021 5:46:34 PM(UTC-6) | | |

**Status:** Sent

3/30/2021 5:46:33 PM(UTC-6)

Source Info:
iPhone/mobile/Library/SMS/sms.db : 0xC87924 (Table: message, handle; Size: 30265344 bytes)

514

GX 537.0007





















































From: [redacted] Brother
To: [redacted] Hacksaw Boyd (owner)

Because it was supposed to be a soft response of quarantine gentek, bad blvd lots, and bad rapid lots

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| [redacted] Hacksaw Boyd | | 3/30/2021 6:00:26 PM(UTC-6) | |

Status: Read

3/30/2021 5:57:37 PM(UTC-6)

Source Info:
iPhone/mobile/Library/SMS/sms.db : 0xC8C926 (Table: message, handle; Size: 30265344 bytes)



From: [redacted] Brother
To: [redacted] Hacksaw Boyd (owner)

If tony told him something else I'll lose it

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| [redacted] Hacksaw Boyd | | 3/30/2021 6:00:26 PM(UTC-6) | |

Status: Read

3/30/2021 5:57:49 PM(UTC-6)

Source Info:
iPhone/mobile/Library/SMS/sms.db : 0xC8C67B (Table: message, handle; Size: 30265344 bytes)

From: [redacted] Brother
To: [redacted] Hacksaw Boyd (owner)

We can't cut our hands off and expect to have a company

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| [redacted] Hacksaw Boyd | | 3/30/2021 6:00:26 PM(UTC-6) | |

Status: Read

3/30/2021 5:58:32 PM(UTC-6)

Source Info:
iPhone/mobile/Library/SMS/sms.db : 0xC8C43F (Table: message, handle; Size: 30265344 bytes)














