


**Extraction Report** - Apple iPhone UFED Logical (Generic)

### Participants



Patrick Boyd* (owner)

Nicole Sawyer*

### Conversation - Instant Messages (5)



From: Nicole Sawyer
To: Patrick Boyd (owner)

We still can't sell gndc's right? Have a customer who wants genvoya

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| Patrick Boyd | | 3/22/2021 2:24:02 PM(UTC-4) | |

Status: Read

3/22/2021 2:19:29 PM(UTC-4)

Source Info:
Patrick's iPhone/mobile/Library/SMS/sms.db : 0x1516C7D7 (Table: message, handle; Size: 689119232 bytes)



From: Nicole Sawyer
To: Patrick Boyd (owner)

And what does it mean when he says he wants genvoya and isentress 400 (in stock) with sticks attached to the bottles? Does blvd have stickers?

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| Patrick Boyd | | 3/22/2021 2:24:02 PM(UTC-4) | |

Status: Read

3/22/2021 2:20:38 PM(UTC-4)

Source Info:
Patrick's iPhone/mobile/Library/SMS/sms.db : 0x1516C522 (Table: message, handle; Size: 689119232 bytes)





