Sunday, August 2, 2020   7:42 PM

Meeting Notes 8/3

- **General / Announcements**
  - Weekly Quote:  There will be obstacles. There will be doubters. There will be Mistakes. But with Hard Work, there are NO limits. - Michael Phelps
  - July was an historic revenue month for company. $14,441,600.37 in revenue. Amazing job by
  - COVID Update -  MD now requires masks while working out… Need to start schedule planning for Back to distance learning.
  - SafeWay - See notes from meeting, Dental (separate meeting to discuss before our Friday AM call), URL / name.
  - [redacted]
  - Ashley Church (costal HR) will be here 2pm on Thursday. Mostly working with Amanda
  - Tropical storm - Looks like tomorrow mid-day. Lots of wind and rain 3-5 inches. Make sure loading dock pump is on.
  - Side meetings <u>still</u> to schedule: review last week's meeting notes
  - Companywide Quarterly meeting 1 week from Wed.
    - Going to do a general update on where we are with goals and sales YTD
    - Then focus will be on a couple specifics topics
      - One being sales and one being compliance as of now.
        - ☐ VAWD push, PPE (others are transitioning to this), Credit restraints.
  - Bill C issues of stirring the pot.
  - **Schedules:**
    - Travis and Amanda working from home while moving today. Travis has had a stomach infection of some sort.
    - Taylor out Thursday / Friday, Jenna Friday and Holly out Friday / Monday
    - If traveling on a plane we need them to work from home for two weeks before coming back in office. Or get a negative test
    - Kenzie last day Friday. Any plans?
- **Sales  / marketing -**
  - All / Other
    - inquiries through our website. Need to make sure we have a set process on who is doing what with them.  - Lots of late New Customer Signup from the website later Friday
    - PPE bid for Federal Resources. Anything from Mike?
    - Going to be starting a 6 month marketing push with help from MH Media strategies.
    - Need to finalize next steps with Redmond reps and Chad / DD
  - Internal Sales / Account managers
    - 
  - Miami / Hospital
    - 
- **Compliance**
  - Blvd peds to get started this week
  - PDP -
- **Accounting**
  - Any issues with our first round of ACH pulls?
  - Separate meeting for HIV cash flow
  - PDP -
- **IT**
  - Sameer will be big help with ERP and other non-Cards projects. Planner, CRM.. Says he's heard great things about Acumatica
  - PDP -
- **Purchasing**
  -  Pars review and next steps
  - PDP -
- **Processing**
  -  Meg back in office next week part time?
  - PDP -
- **Warehouse**
  - Request refund for huge Gentek shipment that arrived late
  - PDP -
- **HR**
  - 

GOVERNMENT EXHIBIT
612
1:24-cr-20255-WPD

GX 612.001

DOJ-PPM-0000119962