

ENS TOWER MALL
& WHITE LASER SPA
WWW.REDANDWHITESPA.COM (718)-544-3900
CITY PHARMACY
CU-13
PROFESSIONAL ACCOUNTING AND INSURANCE
CU-12 (718)-459-3775
CANNABIS DISPENSARY
TOKEN
MARBLE MANTLES.NET
CU-3 GRANITE KITCHENS-MARBLE BATHROOMS-TILES (718)-459-3399
OBSTETRICS & GYNECOLOGY
PEDIATRICS
GENERAL SURGERY
RHEUMATOLOGY
CU-2 AFFILIATED WITH JAMAICA HOSPITAL AND FLUSHING HOSPITAL (718)-575-1992
TJH MEDICAL SERVI
CU-1 Board Certified Physicians
AGELESS NY BY BELLA
CU-5 AgelessNYByBella.com 929-201-0725
MIRAGE BEAUTY SALON
CU-4 (347)-922-2704 (917)-916-3423
QUEENS BLVD. 92 29 TOWER CONDO
GOVERNMENT EXHIBIT
639
1:24-cr-20255-WPD

GX 639.0001



QUEENS TOWER MALL
PARKWAY MEDICAL & REHABILITATION
CU-17 Dr. Sohal PHONE (718)-268-1000
AST O REALTY BROKERAGE
AstroRealtyNY@gmail.com 718-478-2600
E-Z Sell Realty
CU-18 WWW.EZSELLREALTY.COM (718)396.6666
MEDICAL ENTRANCE
Hair Decor
NEW YORK
CU-15 (718)-997-0700 (718)-896-7077
RED & WHITE LASER SPA
CU-14 WWW.REDANDWHITESPA.COM (718)-544-3900
DIDA NYC
BARBER SHOP HAIR STUDIO
CITY PHARMACY
AGELESS NY
BY BELLA
CU-5 AgelessNYByBella.com 929-201-0725
PROFESSIONAL ACCOUNTING AND INSURANCE
CU-12 (718)-459-3775
MIRAGE BEAUTY SALON
CU-4 (347)-922-2704 (917)-916-3423
CANNABIS DISPENSARY
MARBLE MANTLES.NET
CU-3 GRANITE KITCHENS-MARBLE BATHROOMS-TILES (718)-459-3399
TOKEN
OBSTETRICS & GYNECOLOGY · GENERAL SURGERY
· PEDIATRICS · RHEUMATOLOGY
CU-2 AFFILIATED WITH JAMAICA HOSPITAL AND FLUSHING HOSPITAL (718)-575-1992
CANNABIS DISPENSARY
TJH MEDICAL SERVICES, P.C.
CU-1 Board Certified Physicians PHONE:(718)-575-1992

GX 639.0002



PROFESSIONAL ACCOUNTING AND INSURANCE
CU-12 (718)-459-3775
CANNABIS DISPENSARY
TOKE
MIRAGE BEAUTY SALON
CU-4 (347)-922-2704 (917)-916-3423
MARBLE MANTLES.NET
CU-3 GRANITE KITCHENS-MARBLE BATHROOMS-TILES (718)-459-3399
• OBSTETRICS & GYNECOLOGY
• PEDIATRICS
CU-2 AFFILIATED WITH JAMAICA HOSPITAL AND FLUSHING HOS
PROFESSIONAL SERV
CORP. Accounts
BUSINESS
MADINAIL'S
92-29 UNIT CU-11
Tel: 2675818616
LICENSED TOKEN DISPENSARY
QUEENS BLVD.
92 29
TOWER CONDO
Continental
Mailbox Services
FedEx
COPIES
MAILBOX
RENTAL

GX 639.0003



OWER MALL
CITY PHARMACY
FAX.917-832-6979 TEL. 917-832-6753
PROFESSIONAL ACCOUNTING AND INSURANCE
CU-12 (718)-459-3775
CANNABIS DISPENSARY
TOKEN
CANNAB DISPENSA
GELESS NY BY BELLA
AgelessNYByBella.com 929-201-0725
MIRAGE BEAUTY SALON
CU-4 (347)-922-2704 (917)-916-3423
MARBLE MANTLES.NET
CU-3 GRANITE KITCHENS-MARBLE BATHROOMS-TILES (718)-459-3399
• OBSTETRICS & GYNECOLOGY • GENERAL SURGERY
• PEDIATRICS • RHEUMATOLOGY
CU-2 AFFILIATED WITH JAMAICA HOSPITAL AND FLUSHING HOSPITAL (718)-575-1992
TJH MEDICAL SER
CU-1 Board Certified Physicia
CITY PHARMACY
PROFESSIONAL VICES
TOKEN
NOW OPEN
SUN-THU
10:00 AM-9:00 PM
FRI-SAT
10:00 AM-10:00 PM
PULL UP.
STAY ELEVATED.
QUEENS BLVD.
92 29
TOWER CONDO

GX 639.0004

WER MALL
PHARMACY
FAX.917-832-6979 TEL. 917-832-6753
PROFESSIONAL ACCOUNTING AND INSURANCE
CU-12 (718)-459-3775
CANNABIS DISPENSARY
TOKEN
CANNABIS DISPENSARY
SS NY
BELLA
BOTOX
DERMAL FILLERS
IV THERAPY
PRP THERAPY
MASSAGE THERAPY
WEIGHT MANAGEMENT
TEETH WHITENING
YByBella.com 929-201-0725
MIRAGE BEAUTY SALON
CU-4 (347)-922-2704 (917)-916-3423
MARBLE MANTLES.NET
CU-3 GRANITE KITCHENS-MARBLE BATHROOMS-TILES (718)-459-3399
• OBSTETRICS & GYNECOLOGY • GENERAL SURGERY
• PEDIATRICS • RHEUMATOLOGY
CU-2 AFFILIATED WITH JAMAICA HOSPITAL AND FLUSHING HOSPITAL (718)-575-1992
TJH MEDICAL SERVICES
CU-1 Board Certified Physicians
CITY PHARMACY
TOKEN
NOW OPEN
SUN-THU
10:00 AM-9:00 PM
FRI-SAT
10:00 AM-10:00 PM
PULL UP.
STAY ELEVATED.
QUEENS BLVD.
92 29
TOWER CONDO

GX 639.0005