

GX 640.0001



GX 640.0002