

**GOVERNMENT EXHIBIT**

**651**

1:24-cr-20255-WPD