

SCS-0000162093
GX 660.0001





GX 660.0003

SCS-0000162095



SCS-0000162096
GX 660.0004



SCS-0000162097
GX 660.0005



GX 660.0006

SCS-0000162098