

**GOVERNMENT EXHIBIT 661**
1:24-cr-20255-WPD

Invoice Date : 7 day

| Account Number | Transaction Type | Invoice/Credit Number | Invoice Date | NDC Number | Description | Quantity | Direct Purchase | Lot Number | Transaction Date | Seller Name | Seller Address | Buyer Name | Buyer Address |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 876205 | TI | 7356716985 | 2022-07-28 | 61958250101 | BIKTARVY TAB 50/200/25MG 30 | 3 | DIRECT PURCHASE | | 2022-07-28 | MCKESSON CORPORATION | ONE POST STREET,SAN FRANCISCO,CA,94104 | LEGEND DRUGS 1 LLC | 159 E ROAD,BRONX,NY,10467 |
| 876205 | TH | 7356716985 | 2022-07-28 | 61958250101 | BIKTARVY TAB 50/200/25MG 30 | 0 | | | N/A | GILEAD SCIENCES INC | 333 LAKESIDE DRIVE,FOSTER CITY,CA,94404 | MCKESSON CORP | 6555 STATE HIGHWAY 161,IRVING,TX,75039-2402 |
| 876205 | TI | 7215053115 | 2020-07-30 | 61958250101 | BIKTARVY TAB 50/200/25MG 30 | 1 | DIRECT PURCHASE | | 2020-07-30 | MCKESSON CORPORATION | ONE POST STREET,SAN FRANCISCO,CA,94104 | LEGEND DRUGS 1 LLC | 159 E ROAD,BRONX,NY,10467 |
| 876205 | TH | 7215053115 | 2020-07-30 | 61958250101 | BIKTARVY TAB 50/200/25MG 30 | 0 | | | N/A | GILEAD SCIENCES INC | 333 LAKESIDE DRIVE,FOSTER CITY,CA,94404 | MCKESSON CORP | ONE POST ST,SAN FRANCISCO,CA,94104 |
| 876205 | TI | 7214548647 | 2020-07-28 | 61958250101 | BIKTARVY TAB 50/200/25MG 30 | 3 | DIRECT PURCHASE | | 2020-07-28 | MCKESSON CORPORATION | ONE POST STREET,SAN FRANCISCO,CA,94104 | LEGEND DRUGS 1 LLC | 159 E ROAD,BRONX,NY,10467 |
| 876205 | TH | 7214548647 | 2020-07-28 | 61958250101 | BIKTARVY TAB 50/200/25MG 30 | 0 | | | N/A | GILEAD SCIENCES INC | 333 LAKESIDE DRIVE,FOSTER CITY,CA,94404 | MCKESSON CORP | ONE POST ST,SAN FRANCISCO,CA,94104 |
| 876205 | TI | 7213273993 | 2020-07-21 | 61958250101 | BIKTARVY TAB 50/200/25MG 30 | 6 | DIRECT PURCHASE | | 2020-07-21 | MCKESSON CORPORATION | ONE POST STREET,SAN FRANCISCO,CA,94104 | LEGEND DRUGS 1 LLC | 159 E ROAD,BRONX,NY,10467 |
| 876205 | TH | 7213273993 | 2020-07-21 | 61958250101 | BIKTARVY TAB 50/200/25MG 30 | 0 | | | N/A | GILEAD SCIENCES INC | 333 LAKESIDE DRIVE,FOSTER CITY,CA,94404 | MCKESSON CORP | ONE POST ST,SAN FRANCISCO,CA,94104 |
| 876205 | TI | 7211509662 | 2020-07-11 | 61958250101 | BIKTARVY TAB 50/200/25MG 30 | 6 | DIRECT PURCHASE | | 2020-07-11 | MCKESSON CORPORATION | ONE POST STREET,SAN FRANCISCO,CA,94104 | LEGEND DRUGS 1 LLC | 159 E ROAD,BRONX,NY,10467 |
| 876205 | TH | 7211509662 | 2020-07-11 | 61958250101 | BIKTARVY TAB 50/200/25MG 30 | 0 | | | N/A | GILEAD SCIENCES INC | 333 LAKESIDE DRIVE,FOSTER CITY,CA,94404 | MCKESSON CORP | ONE POST ST,SAN FRANCISCO,CA,94104 |
| 876205 | TI | 7208236298 | 2020-06-24 | 61958250101 | BIKTARVY TAB 50/200/25MG 30 | 3 | DIRECT PURCHASE | | 2020-06-24 | MCKESSON CORPORATION | ONE POST STREET,SAN FRANCISCO,CA,94104 | LEGEND DRUGS 1 LLC | 159 E ROAD,BRONX,NY,10467 |
| 876205 | TH | 7208236298 | 2020-06-24 | 61958250101 | BIKTARVY TAB 50/200/25MG 30 | 0 | | | N/A | GILEAD SCIENCES INC | 333 LAKESIDE DRIVE,FOSTER CITY,CA,94404 | MCKESSON CORP | ONE POST ST,SAN FRANCISCO,CA,94104 |
| 876205 | TI | 7205346329 | 2020-06-09 | 61958250101 | BIKTARVY TAB 50/200/25MG 30 | 6 | DIRECT PURCHASE | | 2020-06-09 | MCKESSON CORPORATION | ONE POST STREET,SAN FRANCISCO,CA,94104 | LEGEND DRUGS 1 LLC | 159 E ROAD,BRONX,NY,10467 |
| 876205 | TH | 7205346329 | 2020-06-09 | 61958250101 | BIKTARVY TAB 50/200/25MG 30 | 0 | | | N/A | GILEAD SCIENCES INC | 333 LAKESIDE DRIVE,FOSTER CITY,CA,94404 | MCKESSON CORP | ONE POST ST,SAN FRANCISCO,CA,94104 |
| 876205 | TI | 7199850801 | 2020-05-09 | 61958250101 | BIKTARVY TAB 50/200/25MG 30 | 4 | DIRECT PURCHASE | | 2020-05-09 | MCKESSON CORPORATION | ONE POST STREET,SAN FRANCISCO,CA,94104 | LEGEND DRUGS 1 LLC | 223 E GUN HILL ROAD,BRONX,NY,10467 |
| 876205 | TH | 7199850801 | 2020-05-09 | 61958250101 | BIKTARVY TAB 50/200/25MG 30 | 0 | | | N/A | GILEAD SCIENCES INC | 333 LAKESIDE DRIVE,FOSTER CITY,CA,94404 | MCKESSON CORP | ONE POST ST,SAN FRANCISCO,CA,94104 |

Created Date : 9/24/2025, 2:50:52 PM  (Eastern Daylight Time)

TS: Seller has complied with each applicable subsection of FDCA Sec.581(27)(A)-(G)

DPS:As indicated above, product was purchased directly from the manufacturer, manufacturer exclusive distributor or repackager who purchased directly from a manufacturer

Copyright ï¿½ 2000-2025 McKESSON CORPORATION

GX 661.0001

SCS-0000162091



| Account Number | Transaction Type | Invoice/Credit Number | Invoice Date | NDC Number | Description | Quantity | Direct Purchase | Lot Number | Transaction Date | Seller Name | Seller Address | Buyer Name | Buyer Address |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 876205 | TI | 7199274399 | 2020-05-06 | 61958250101 | BIKTARVY TAB 50/200/25MG 30 | 12 | DIRECT PURCHASE | | 2020-05-06 | MCKESSON CORPORATION | ONE POST STREET,SAN FRANCISCO,CA,94104 | LEGEND DRUGS 1 LLC | 223 E GUN HILL ROAD,BRONX,NY,10467 |
| 876205 | TH | 7199274399 | 2020-05-06 | 61958250101 | BIKTARVY TAB 50/200/25MG 30 | 0 | | | N/A | GILEAD SCIENCES INC | 333 LAKESIDE DRIVE,FOSTER CITY,CA,94404 | MCKESSON CORP | ONE POST ST,SAN FRANCISCO,CA,94104 |
| 876205 | TI | 7189793737 | 2020-03-18 | 61958250101 | BIKTARVY TAB 50/200/25MG 30 | 11 | DIRECT PURCHASE | | 2020-03-18 | MCKESSON CORPORATION | ONE POST STREET,SAN FRANCISCO,CA,94104 | LEGEND DRUGS 1 LLC | 223 E GUN HILL ROAD,BRONX,NY,10467 |
| 876205 | TH | 7189793737 | 2020-03-18 | 61958250101 | BIKTARVY TAB 50/200/25MG 30 | 0 | | | N/A | GILEAD SCIENCES INC | 333 LAKESIDE DRIVE,FOSTER CITY,CA,94404 | MCKESSON CORP | ONE POST ST,SAN FRANCISCO,CA,94104 |
| 876205 | TI | 7184172475 | 2020-02-18 | 61958250101 | BIKTARVY TAB 50/200/25MG 30 | 12 | DIRECT PURCHASE | | 2020-02-18 | MCKESSON CORPORATION | ONE POST STREET,SAN FRANCISCO,CA,94104 | LEGEND DRUGS 1 LLC | 223 E GUN HILL ROAD,BRONX,NY,10467 |
| 876205 | TH | 7184172475 | 2020-02-18 | 61958250101 | BIKTARVY TAB 50/200/25MG 30 | 0 | | | N/A | GILEAD SCIENCES INC | 333 LAKESIDE DRIVE,FOSTER CITY,CA,94404 | MCKESSON CORP | ONE POST ST,SAN FRANCISCO,CA,94104 |
| 876205 | TI | 7176880333 | 2020-01-08 | 61958250101 | BIKTARVY TAB 50/200/25MG 30 | 3 | DIRECT PURCHASE | | 2020-01-08 | MCKESSON CORPORATION | ONE POST STREET,SAN FRANCISCO,CA,94104 | LEGEND DRUGS 1 LLC | 223 E GUN HILL ROAD,BRONX,NY,10467 |
| 876205 | TH | 7176880333 | 2020-01-08 | 61958250101 | BIKTARVY TAB 50/200/25MG 30 | 0 | | | N/A | GILEAD SCIENCES INC | 333 LAKESIDE DRIVE,FOSTER CITY,CA,94404 | MCKESSON CORP | ONE POST ST,SAN FRANCISCO,CA,94104 |
| 876205 | TI | 7176078726 | 2020-01-03 | 61958250101 | BIKTARVY TAB 50/200/25MG 30 | 3 | DIRECT PURCHASE | | 2020-01-03 | MCKESSON CORPORATION | ONE POST STREET,SAN FRANCISCO,CA,94104 | LEGEND DRUGS 1 LLC | 223 E GUN HILL ROAD,BRONX,NY,10467 |
| 876205 | TH | 7176078726 | 2020-01-03 | 61958250101 | BIKTARVY TAB 50/200/25MG 30 | 0 | | | N/A | GILEAD SCIENCES INC | 333 LAKESIDE DRIVE,FOSTER CITY,CA,94404 | MCKESSON CORP | ONE POST ST,SAN FRANCISCO,CA,94104 |
| 876205 | TI | 7173621239 | 2019-12-19 | 61958250101 | BIKTARVY TAB 50/200/25MG 30 | 2 | DIRECT PURCHASE | | 2019-12-19 | MCKESSON CORPORATION | ONE POST STREET,SAN FRANCISCO,CA,94104 | LEGEND DRUGS 1 LLC | 223 E GUN HILL ROAD,BRONX,NY,10467 |
| 876205 | TH | 7173621239 | 2019-12-19 | 61958250101 | BIKTARVY TAB 50/200/25MG 30 | 0 | | | N/A | GILEAD SCIENCES INC | 333 LAKESIDE DRIVE,FOSTER CITY,CA,94404 | MCKESSON CORP | ONE POST ST,SAN FRANCISCO,CA,94104 |
| 876205 | TI | 7167600664 | 2019-11-15 | 61958250101 | BIKTARVY TAB 50/200/25MG 30 | 3 | DIRECT PURCHASE | | 2019-11-15 | MCKESSON CORPORATION | ONE POST STREET,SAN FRANCISCO,CA,94104 | LEGEND DRUGS 1 LLC | 223 E GUN HILL ROAD,BRONX,NY,10467 |
| 876205 | TH | 7167600664 | 2019-11-15 | 61958250101 | BIKTARVY TAB 50/200/25MG 30 | 0 | | | N/A | GILEAD SCIENCES INC | 333 LAKESIDE DRIVE,FOSTER CITY,CA,94404 | MCKESSON CORP | ONE POST ST,SAN FRANCISCO,CA,94104 |

TS: Seller has complied with each applicable subsection of FDCA Sec.581(27)(A)-(G)

DPS:As indicated above, product was purchased directly from the manufacturer, manufacturer exclusive distributor or repackager who purchased directly from a manufacturer

Copyright ï¿½ 2000-2025 McKESSON CORPORATION

GX 661.0002

SCS-0000162092