# Return Authorization

**Safe Chain Solutions**

**SAFE CHAIN SOLUTIONS, LLC**
**822 CHESAPEAKE DRIVE**
**CAMBRIDGE, MD 21613**

**Tel: 855-437-5727**
**Fax: 855-614-4118**

| Return Auth. # |
| --- |
| **01S26342** |
| **Page:** 1 |

**www.safechain.com**
**accounting@safechain.com**

| Return-from: 27-DC0101 | Return-to: 001 |
| --- | --- |
| KALORAMA PHARMACY INC<br>1841 COLUMBIA RD NW<br>ATTN: MANJULA CHITKULA<br>WASHINGTON DC 20009 | SAFE CHAIN SOLUTIONS<br>822 CHESAPEAKE DR<br>CAMBRIDGE<br>CAMBRIDGE MD 21613 |

| Ret. Auth. Date: | 06/30/20 | Customer Order# | DAMAGED |
| --- | --- | --- | --- |
| Expiration Date: | 07/10/20 | Ship Method | |
| Salesman: | M&J | Reason: | PROUCT RETURN |
| Operator | Ken | Terms: | NET 5 |

| Special Instructions | | |
| --- | --- | --- |
| | | |

| Line | Item Number / Description | Auth. | UM | Recv. | UM | Open | Unit Price | UM | Extension |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 1 | **49702-0223-18**<br>SELZENTRY TAB 150MG 60/B<br>  Orig Inv#: 01I28035<br>  R 001 PROUCT RETURN<br>Lot #: S83618<br>Expiration Date: 01/31/21 | 1 | EA | 0 | EA | 1 | 1400.58 | EA | 1400.58 |
| | **SUB TOTAL** | | | | | | | | **1400.58** |
| | **RET AUTH TOTAL** | | | | | | | | **1400.58** |

RA.PRT012

GOVERNMENT
EXHIBIT

GX 666

1:24-cr-20255-WPD

GX 666.001

CTRL02247673

Case 1:24-cr-20255-WPD   Document 237-26   Entered on FLSD Docket 11/07/2025   Page 2 of 2



CTRL02247674