**RETURN**

| DATE OF RETURN |
| --- |
| 09/29/2020 |

| Vendor: 01-B9229 | Ship To: |
| --- | --- |
| BOULEVARD 9229 LLC<br>9229 QUEENS BLVD<br>SUITE 1I<br>REGO PARK,NY 11374 | BOULEVARD 9229 LLC<br>9229 QUEENS BLVD<br>SUITE 1I<br>REGO PARK,NY 11374 |

| ORIGINAL PURCHASE ORDER NUMBER | 01209895 | DATE OF ORIGINAL PURCHASE ORDER | 09/28/2020 |
| --- | --- | --- | --- |

| Line | Item Number / Description | Qty Rtn | U/M | Reason for Return |
| --- | --- | --- | --- | --- |
| 1 | NDC# 61958-2501-01<br>BIKTARVY | 4 | EA | SHORT DATED |
| 2 | NDC# 61958-2501-01<br>BIKTARVY | 4 | EA | PRODUCT LABEL ILLEGIBLE |
| 3 | NDC# 61958-1901-01<br>GENVOYA | 1 | EA | PRODUCT LABEL ILLEGIBLE |
| 4 | NDC# 59676-0575-30<br>PREZCOBIX | 1 | EA | PRODUCT LABEL ILLEGIBLE |
| 5 | NDC# 59676-0566-30<br>PREZISTA 800MG | 4 | EA | PRODUCT LABEL ILLEGIBLE |
| 6 | NDC# 61958-1201-01<br>STRIBILD | 1 | EA | PRODUCT LABEL ILLEGIBLE |
| 7 | NDC# 59676-0800-30<br>SYMTUZA | 1 | EA | PRODUCT LABEL ILLEGIBLE |
| 8 | NDC# 49702-0228-13<br>TIVICAY | 3 | EA | PRODUCT LABEL ILLEGIBLE |
| 9 | NDC# 49702-0231-13<br>TRIUMEQ | 2 | EA | PRODUCT LABEL ILLEGIBLE |

PLEASE NOTE THESE ITEMS WERE NOT RECEIVED AND HAVE BEEN REMOVED FROM THE ORIGINAL PURCHASE ORDER. UPDATED PURCHASE ORDER HAS ALREADY BEEN SENT TO YOU FOR BILLING PURPASES.

p: 855.437.5727   |   f: 866.930.1128   |   SafeChain.com   |   822 Chesapeake Drive   |   Cambridge, MD

GOVERNMENT EXHIBIT
667
1:24-cr-20255-WPD

GX 667.0001

CTRL02416098



**RETURN**

| DATE OF RETURN |
|:---:|
| 10/29/2020 |

Vendor: 01-B9229

BOULEVARD 9229 LLC
9229 QUEENS BLVD
SUITE 1I
REGO PARK,NY 11374

Ship To:

BOULEVARD 9229 LLC
9229 QUEENS BLVD
SUITE 1I
REGO PARK,NY 11374

| ORIGINAL PURCHASE ORDER NUMBER | 01210379 Binder# 10272020 | DATE OF ORIGINAL PURCHASE ORDER | 10/28/2020 |
|---|---|---|---|

| Line | Item Number / Description | Qty Rtn | U/M | Reason for Return |
|:---:|---|:---:|:---:|:---:|
| 1 | NDC# 49702-0228-13 BIKTARVY | 1 | EA | CANNOT RECEIVE LOT |
| 2 | NDC# 49702-0228-13 TIVICAY | 3 | EA | PRODUCT LABEL ILLEGIBLE |
| 3 | NDC# 00006-0227-61 ISENTRESS 400MG | 2 | EA | SHORT DATED |

PLEASE NOTE THESE ITEMS WERE NOT RECEIVED AND HAVE BEEN REMOVED FROM THE ORIGINAL PURCHASE ORDER. UPDATED PURCHASE ORDER HAS ALREADY BEEN SENT TO YOU FOR BILLING PURPASES.

CTRL02416103

GX 667.0002

 **RETURN**

| DATE OF RETURN |
|---|
| 11/23/2020 |

| Vendor: 01-B9229 | Ship To: |
|---|---|
| BOULEVARD 9229 LLC<br>9229 QUEENS BLVD<br>SUITE 1I<br>REGO PARK,NY 11374 | BOULEVARD 9229 LLC<br>9229 QUEENS BLVD<br>SUITE 1I<br>REGO PARK,NY 11374 |

| ORIGINAL PURCHASE ORDER NUMBER | 01210702 | DATE OF ORIGINAL PURCHASE ORDER | 11/19/2020 |
|---|---|---|---|

| Line | Item Number / Description | Qty Rtn | U/M | Reason for Return |
|---|---|---|---|---|
| 1 | NDC# 61958-2501-01<br>BIKTARVY | 3 | EA | PRODUCT LABEL ILLEGIBLE |
| 2 | NDC# 49702-0228-13<br>TIVICAY | 2 | EA | PRODUCT LABEL ILLEGIBLE |
| 3 | NDC# 59676-0566-30<br>PREZISTA | 2 | EA | PRODUCT LABEL ILLEGIBLE |
| 4 | NDC# 61958-2002-01<br>DESCOVY | 1 | EA | PRODUCT LABEL ILLEGIBLE |

PLEASE NOTE THESE ITEMS WERE NOT RECEIVED AND HAVE BEEN REMOVED FROM THE ORIGINAL PURCHASE ORDER. AN UPDATED PURCHASE ORDER HAS ALREADY BEEN SENT TO YOU FOR BILLING PURPASES.

p:  855.437.5727   |   f:  866.930.1128   |   SafeChain.com   |   822 Chesapeake Drive   |   Cambridge, MD

CTRL02416443

GX 667.0003

 **RETURN**

| DATE OF RETURN |
| --- |
| 09/15/2020 |

| Vendor: 01-B9229 | Ship To: |
| --- | --- |
| BOULEVARD 9229 LLC<br>9229 QUEENS BLVD<br>SUITE 1I<br>REGO PARK,NY 11374 | BOULEVARD 9229 LLC<br>9229 QUEENS BLVD<br>SUITE 1I<br>REGO PARK,NY 11374 |

| ORIGINAL PURCHASE ORDER NUMBER | 01209720 | DATE OF ORIGINAL PURCHASE ORDER | 09/14/2020 |
| --- | --- | --- | --- |

| Line | Item Number / Description | Qty Rtn | U/M | Reason for Return |
| --- | --- | --- | --- | --- |
| 1 | NDC# 75987-0040-05<br>PENNSAID 2% | 1 | EA | DAMAGED |

PLEASE NOTE: THESE ITEMS WERE NOT RECEIVED AND HAVE BEEN REMOVED FROM THE ORIGINAL PURCHASE ORDER. AN UPDATED PURCHASE ORDER HAS ALREADY BEEN SENT TO YOU FOR BILLING PURPASES.

p: 855.437.5727   |   f: 866.930.1128   |   SafeChain.com   |   822 Chesapeake Drive   |   Cambridge, MD

CTRL02416449

GX 667.0004

 **RETURN**

| DATE OF RETURN |
|---|
| 09/08/2020 |

| Vendor: 01-B9229 | Ship To: |
|---|---|
| BOULEVARD 9229 LLC<br>9229 QUEENS BLVD<br>SUITE 1I<br>REGO PARK,NY 11374 | BOULEVARD 9229 LLC<br>9229 QUEENS BLVD<br>SUITE 1I<br>REGO PARK,NY 11374 |

| ORIGINAL PURCHASE ORDER NUMBER | 01209608 | DATE OF ORIGINAL PURCHASE ORDER | 09/02/2020 |
|---|---|---|---|

| Line | Item Number / Description | Qty Rtn | U/M | Reason for Return |
|---|---|---|---|---|
| 1 | NDC# 61958-0701-01<br>TRUVADA | 1 | EA | PRODUCT LABEL ILLEGIBLE |
| 2 | NDC# 61958-2501-01<br>BIKTARVY | 1 | EA | CAN NOT ACCEPT LOT# |
| 3 | NDC# 49702-0228-13<br>TIVICAY | 1 | EA | PRODUCT LABEL ILLEGIBLE |

PLEASE NOTE: THESE ITEMS WERE NOT RECEIVED AND HAVE BEEN REMOVED FROM THE ORIGINAL PURCHASE ORDERAN UPDATED PURCHASE ORDER HAS ALREADY BEEN SENT TO YOU FOR BILLING PURPASES.

p: 855.437.5727   |   f: 866.930.1128   |   SafeChain.com   |   822 Chesapeake Drive   |   Cambridge, MD

CTRL02416701

GX 667.0005

 **RETURN**

| DATE OF RETURN |
| --- |
| 11/06/2020 |

**Vendor:** 01-B9229

BOULEVARD 9229 LLC
9229 QUEENS BLVD
SUITE 1I
REGO PARK,NY 11374

**Ship To:**

BOULEVARD 9229 LLC
9229 QUEENS BLVD
SUITE 1I
REGO PARK,NY 11374

| ORIGINAL PURCHASE ORDER NUMBER | 01210470 | DATE OF ORIGINAL PURCHASE ORDER | 11/04/2020 |
| --- | --- | --- | --- |

| Line | Item Number / Description | Qty Rtn | U/M | Reason for Return |
| --- | --- | --- | --- | --- |
| 1 | NDC# 61958-2501-01 BIKTARVY | 8 | EA | CANNOT RECEIVE LOT |
| 2 | NDC# 61958-2501-01 BIKTARVY | 3 | EA | SHORT DATED |
| 3 | NDC# 61958-2501-01 BIKTARVY | 1 | EA | PRODUCT LABEL ILLEGIBLE |
| 4 | NDC# 49702-0228-13 TIVICAY | 2 | EA | PRODUCT LABEL ILLEGIBLE |
| 5 | NDC# 49702-0231-13 TRIUMEQ | 4 | EA | PRODUCT LABEL ILLEGIBLE |
| 6 | NDC# 59676-0566-30 PREZISTA | 4 | EA | PRODUCT LABEL ILLEGIBLE |
| 7 | NDC# 00006-0227-61 ISENTRESS 400 | 1 | EA | SHORT DATED |
| 8 | NDC# 61958-2002-01 DESCOVY | 1 | EA | SHORT DATED |
| 9 | NDC# 49702-0246-13 DOVATO | 2 | EA | SHORT DATE |

PLEASE NOTE THESE ITEMS WERE NOT RECEIVED AND HAVE BEEN REMOVED FROM THE ORIGINAL PURCHASE ORDER. UPDATED PURCHASE ORDER HAS ALREADY BEEN SENT TO YOU FOR BILLING PURPASES.

p: 855.437.5727   |   f: 866.930.1128   |   SafeChain.com   |   822 Chesapeake Drive   |   Cambridge, MD

CTRL02416787

GX 667.0006

 **RETURN**

| DATE OF RETURN |
|---|
| 09/01/2020 |

**Vendor:** 01-B9229

BOULEVARD 9229 LLC
9229 QUEENS BLVD
SUITE 1I
REGO PARK,NY 11374

**Ship To:**

BOULEVARD 9229 LLC
9229 QUEENS BLVD
SUITE 1I
REGO PARK,NY 11374

| ORIGINAL PURCHASE ORDER NUMBER | 01209544 | DATE OF ORIGINAL PURCHASE ORDER | 08/28/2020 |
|---|---|---|---|

| Line | Item Number / Description | Qty Rtn | U/M | Reason for Return |
|---|---|---|---|---|
| 1 | NDC# 15584-0101-01 ATRIPLA | 1 | EA | PRODUCT LABEL ILLEGIBLE |
| 2 | NDC# 61958-2501-01 BIKTARVY | 1 | EA | PRODUCT LABEL ILLEGIBLE |
| 3 | NDC# 61958-1901-01 GENVOYA | 1 | EA | PRODUCT LABEL ILLEGIBLE |
| 4 | NDC# 61958-2101-01 ODEFSEY | 1 | EA | PRODUCT LABEL ILLEGIBLE |
| 5 | NDC# 49702-0228-13 TIVICAY | 4 | EA | PRODUCT LABEL ILLEGIBLE |
| 6 | NDC# 59676-0566-30 PREZISTA 800MG | 2 | EA | PRODUCT LABEL ILLEGIBLE |
| 7 | NDC# 49702-0231-13 TRIUMEQ | 3 | EA | PRODUCT LABEL ILLEGIBLE |

PLEASE NOTE: THESE ITEMS WERE NOT RECEIVED AND HAVE BEEN REMOVED FROM THE ORIGINAL PURCHASE ORDERAN UPDATED PURCHASE ORDER HAS ALREADY BEEN SENT TO YOU FOR BILLING PURPASES.

p: 855.437.5727   |   f: 866.930.1128   |   SafeChain.com   |   822 Chesapeake Drive   |   Cambridge, MD

CTRL02417469



# RETURN

| DATE OF RETURN |
| --- |
| 08/20/2020 |

| Vendor: 01-B9229 | Ship To: |
| --- | --- |
| BOULEVARD 9229 LLC<br>9229 QUEENS BLVD<br>SUITE 1I<br>REGO PARK,NY 11374 | BOULEVARD 9229 LLC<br>9229 QUEENS BLVD<br>SUITE 1I<br>REGO PARK,NY 11374 |

| ORIGINAL PURCHASE ORDER NUMBER | 01209268 | DATE OF ORIGINAL PURCHASE ORDER | 08/12/2020 |
| --- | --- | --- | --- |

| Line | Item Number / Description | Qty Rtn | U/M | Reason for Return |
| --- | --- | --- | --- | --- |
| 1 | NDC# 61958-1901-01<br>GENVOYA | 1 | EA | PRODUCT LABEL ILLEGIBLE |
| 2 | NDC# 49702-0231-13<br>TRIUMEQ | 1 | EA | PRODUCT LABEL ILLEGIBLE |
| 3 | NDC# 59676-0575-30<br>PREZCOBIX | 1 | EA | PRODUCT LABEL ILLEGIBLE |

PLEASE NOTE: THESE ITEMS WERE NOT RECEIVED AND HAVE BEEN REMOVED FROM THE ORIGINAL PURCHASE ORDERAN UPDATED PURCHASE ORDER HAS ALREADY BEEN SENT TO YOU FOR BILLING PURPASES.

p: 855.437.5727   |   f: 866.930.1128   |   SafeChain.com   |   822 Chesapeake Drive   |   Cambridge, MD

CTRL02417568

GX 667.0008

 **RETURN**

| DATE OF RETURN |
| --- |
| 08/20/2020 |

| Vendor: 01-B9229 | Ship To: |
| --- | --- |
| BOULEVARD 9229 LLC<br>9229 QUEENS BLVD<br>SUITE 1I<br>REGO PARK,NY 11374 | BOULEVARD 9229 LLC<br>9229 QUEENS BLVD<br>SUITE 1I<br>REGO PARK,NY 11374 |

| ORIGINAL PURCHASE ORDER NUMBER | 01209190 | DATE OF ORIGINAL PURCHASE ORDER | 08/06/20 |
| --- | --- | --- | --- |

| Line | Item Number / Description | Qty Rtn | U/M | Reason for Return |
| --- | --- | --- | --- | --- |
| 1 | NDC# 49702-0228-13<br>TIVICAY | 7 | EA | PRODUCT LABEL ILLEGIBLE |
| | PLEASE NOTE: THESE ITEMS WERE NOT RECEIVED AND HAVE BEEN REMOVED FROM THE ORIGINAL PURCHASE ORDERAN UPDATED PURCHASE ORDER HAS ALREADY BEEN SENT TO YOU FOR BILLING PURPASES. | | | |

p:  855.437.5727   |   f:  866.930.1128   |   SafeChain.com   |   822 Chesapeake Drive   |   Cambridge, MD

CTRL02417570

 **RETURN**

| DATE OF RETURN |
|---|
| 10/23/2020 |

| Vendor: 01-B9229 | Ship To: |
|---|---|
| BOULEVARD 9229 LLC<br>9229 QUEENS BLVD<br>SUITE 1I<br>REGO PARK,NY 11374 | BOULEVARD 9229 LLC<br>9229 QUEENS BLVD<br>SUITE 1I<br>REGO PARK,NY 11374 |

| ORIGINAL PURCHASE ORDER NUMBER | 01210304<br>Binder # 10202020 | DATE OF ORIGINAL PURCHASE ORDER | 10/22/2020 |
|---|---|---|---|

| Line | Item Number / Description | Qty Rtn | U/M | Reason for Return |
|---|---|---|---|---|
| 1 | NDC# 49702-0228-13<br>TIVICAY | 2 | EA | PRODUCT LABEL ILLEGIBLE |
| 2 | NDC# 49702-0231-13<br>TRIUMEQ | 1 | EA | PRODUCT LABEL ILLEGIBLE |

PLEASE NOTE THESE ITEMS WERE NOT RECEIVED AND HAVE BEEN REMOVED FROM THE ORIGINAL PURCHASE ORDER. UPDATED PURCHASE ORDER HAS ALREADY BEEN SENT TO YOU FOR BILLING PURPASES.

p:  855.437.5727   |   f:  866.930.1128   |   SafeChain.com   |   822 Chesapeake Drive   |   Cambridge, MD

CTRL02417846

GX 667.0010



# RETURN

| DATE OF RETURN |
| --- |
| 10/19/20 |

| Vendor: 01-B9229 | Ship To: |
| --- | --- |
| BOULEVARD 9229 LLC<br>9229 QUEENS BLVD<br>SUITE 1I<br>REGO PARK,NY 11374 | BOULEVARD 9229 LLC<br>9229 QUEENS BLVD<br>SUITE 1I<br>REGO PARK,NY 11374 |

| ORIGINAL PURCHASE ORDER NUMBER | 01210198<br>Binder # 01258999 | DATE OF ORIGINAL PURCHASE ORDER | 10/16/2020 |
| --- | --- | --- | --- |

| Line | Item Number / Description | Qty Rtn | U/M | Reason for Return |
| --- | --- | --- | --- | --- |
| 1 | NDC# 49702-0228-13<br>TIVICAY | 1 | EA | PRODUCT LABEL ILLEGIBLE |
| 2 | NDC# 49702-0231-13<br>TRIUMEQ | 3 | EA | PRODUCT LABEL ILLEGIBLE |

PLEASE NOTE THESE ITEMS WERE NOT RECEIVED AND HAVE BEEN REMOVED FROM THE ORIGINAL PURCHASE ORDER. UPDATED PURCHASE ORDER HAS ALREADY BEEN SENT TO YOU FOR BILLING PURPASES.

p:  855.437.5727   |   f:  866.930.1128   |   SafeChain.com   |   822 Chesapeake Drive   |   Cambridge, MD

CTRL02417964

GX 667.0011

 **RETURN**

| DATE OF RETURN |
| --- |
| 09/29/2020 |

**Vendor:** 01-B9229

BOULEVARD 9229 LLC
9229 QUEENS BLVD
SUITE 1I
REGO PARK,NY 11374

**Ship To:**

BOULEVARD 9229 LLC
9229 QUEENS BLVD
SUITE 1I
REGO PARK,NY 11374

| ORIGINAL PURCHASE ORDER NUMBER | 01209885 | DATE OF ORIGINAL PURCHASE ORDER | 09/24/2020 |
| --- | --- | --- | --- |

| Line | Item Number / Description | Qty Rtn | U/M | Reason for Return |
| --- | --- | --- | --- | --- |
| 1 | NDC# 61958-2501-01<br>BIKTARVY | 1 | EA | CAN NOT ACCEPT LOT# |
| 2 | NDC# 49702-0228-13<br>TIVICAY | 1 | EA | PRODUCT LABEL ILLEGIBLE |
| 3 | NDC# 49702-0231-13<br>TRIUMEQ | 1 | EA | PRODUCT LABEL ILLEGIBLE |

PLEASE NOTE THESE ITEMS WERE NOT RECEIVED AND HAVE BEEN REMOVED FROM THE ORIGINAL PURCHASE ORDER. UPDATED PURCHASE ORDER HAS ALREADY BEEN SENT TO YOU FOR BILLING PURPASES.

p:  855.437.5727   |   f:  866.930.1128   |   SafeChain.com   |   822 Chesapeake Drive   |   Cambridge, MD

CTRL02418009

 **RETURN**

| DATE OF RETURN |
|---|
| 09/15/2020 |

| Vendor: 01-B9229 | Ship To: |
|---|---|
| BOULEVARD 9229 LLC<br>9229 QUEENS BLVD<br>SUITE 1I<br>REGO PARK,NY 11374 | BOULEVARD 9229 LLC<br>9229 QUEENS BLVD<br>SUITE 1I<br>REGO PARK,NY 11374 |

| ORIGINAL PURCHASE ORDER NUMBER | 01209720 | DATE OF ORIGINAL PURCHASE ORDER | 09/14/2020 |
|---|---|---|---|

| Line | Item Number / Description | Qty Rtn | U/M | Reason for Return |
|---|---|---|---|---|
| 1 | NDC# 75987-0040-05<br>PENNSAID 2% | 1 | EA | DAMAGED |

PLEASE NOTE: THESE ITEMS WERE NOT RECEIVED AND HAVE BEEN REMOVED FROM THE ORIGINAL PURCHASE ORDER. UPDATED PURCHASE ORDER HAS ALREADY BEEN SENT TO YOU FOR BILLING PURPASES.

p: 855.437.5727   |   f: 866.930.1128   |   SafeChain.com   |   822 Chesapeake Drive   |   Cambridge, MD

CTRL02418839

GX 667.0013

 **RETURN**

| DATE OF RETURN |
|---|
| 09/23/2020 |

**Vendor:** 01-B9229

BOULEVARD 9229 LLC
9229 QUEENS BLVD
SUITE 1I
REGO PARK,NY 11374

**Ship To:**

BOULEVARD 9229 LLC
9229 QUEENS BLVD
SUITE 1I
REGO PARK,NY 11374

| ORIGINAL PURCHASE ORDER NUMBER | 01209825 | DATE OF ORIGINAL PURCHASE ORDER | 09/21/20 |
|---|---|---|---|

| Line | Item Number / Description | Qty Rtn | U/M | Reason for Return |
|---|---|---|---|---|
| 1 | NDC# 61958-2501-01 BIKTARVY | 1 | EA | PRODUCT LABEL ILLEGIBLE |
| 2 | NDC# 49702-0228-13 TIVICAY | 7 | EA | PRODUCT LABEL ILLEGIBLE |
| 3 | NDC# 49702-0246-13 DAVOTO | 1 | EA | PRODUCT LABEL ILLEGIBLE |

PLEASE NOTE THESE ITEMS WERE NOT RECEIVED AND HAVE BEEN REMOVED FROM THE ORIGINAL PURCHASE ORDER. UPDATED PURCHASE ORDER HAS ALREADY BEEN SENT TO YOU FOR BILLING PURPASES.

p:  855.437.5727   |   f:  866.930.1128   |   SafeChain.com   |   822 Chesapeake Drive   |   Cambridge, MD

CTRL02418971

GX 667.0014

 **RETURN**

| DATE OF RETURN |
| --- |
| 10/19/20 |

**Vendor:** 01-B9229

BOULEVARD 9229 LLC
9229 QUEENS BLVD
SUITE 1I
REGO PARK,NY 11374

**Ship To:**

BOULEVARD 9229 LLC
9229 QUEENS BLVD
SUITE 1I
REGO PARK,NY 11374

| ORIGINAL PURCHASE ORDER NUMBER | 01210204 Binder #01262122-82 | DATE OF ORIGINAL PURCHASE ORDER | 10/16/2020 |
| --- | --- | --- | --- |

| Line | Item Number / Description | Qty Rtn | U/M | Reason for Return |
| --- | --- | --- | --- | --- |
| 1 | NDC# 61958-2501-01 BIKTARVY | 1 | EA | CANNOT RECEIVE LOT CCXKVA |

PLEASE NOTE THESE ITEMS WERE NOT RECEIVED AND HAVE BEEN REMOVED FROM THE ORIGINAL PURCHASE ORDER. UPDATED PURCHASE ORDER HAS ALREADY BEEN SENT TO YOU FOR BILLING PURPASES.

p: 855.437.5727   |   f: 866.930.1128   |   SafeChain.com   |   822 Chesapeake Drive   |   Cambridge, MD

CTRL02419043

 **RETURN**

| DATE OF RETURN |
|---|
| 07/20/2020 |

| Vendor: 01-B9229 | Ship To: |
|---|---|
| BOULEVARD 9229 LLC<br>9229 QUEENS BLVD<br>SUITE 1I<br>REGO PARK,NY 11374 | BOULEVARD 9229 LLC<br>9229 QUEENS BLVD<br>SUITE 1I<br>REGO PARK,NY 11374 |

| ORIGINAL PURCHASE ORDER NUMBER | 01209091 | DATE OF ORIGINAL PURCHASE ORDER | 07/30/2020 |
|---|---|---|---|

| Line | Item Number / Description | Qty Rtn | U/M | Reason for Return |
|---|---|---|---|---|
| 1 | NDC# 61958-2002-01<br>DESCOVY | 1 | EA | PRODUCT LABEL ILLEGIBLE |
| 2 | NDC# 61958-0701-01<br>TRUVADA | 1 | EA | PRODUCT LABEL ILLEGIBLE |
| 3 | NDC# 61958-1901-01<br>GENVOYA | 1 | EA | PRODUCT LABEL ILLEGIBLE |
| 4 | NDC# 61958-2101-01<br>ODEFSEY | 1 | EA | PRODUCT LABEL ILLEGIBLE |
| 5 | NDC# 61958-2501-01<br>BIKTARVY | 1 | EA | PRODUCT LABEL ILLEGIBLE |
| 6 | NDC# 49702-0228-13<br>TIVICAY | 5 | EA | PRODUCT LABEL ILLEGIBLE |

PLEASE NOTE: THESE ITEMS WERE NOT RECEIVED AND HAVE BEEN REMOVED FROM THE ORIGINAL PURCHASE ORDERAN UPDATED PURCHASE ORDER HAS ALREADY BEEN SENT TO YOU FOR BILLING PURPASES.

p: 855.437.5727   |   f: 866.930.1128   |   SafeChain.com   |   822 Chesapeake Drive   |   Cambridge, MD

CTRL02419517

 **RETURN**

| DATE OF RETURN |
|---|
| 11/06/2020 |

| Vendor: 01-B9229 | Ship To: |
|---|---|
| BOULEVARD 9229 LLC<br>9229 QUEENS BLVD<br>SUITE 1I<br>REGO PARK,NY 11374 | BOULEVARD 9229 LLC<br>9229 QUEENS BLVD<br>SUITE 1I<br>REGO PARK,NY 11374 |

| ORIGINAL PURCHASE ORDER NUMBER | 01210470 | DATE OF ORIGINAL PURCHASE ORDER | 11/04/2020 |
|---|---|---|---|

| Line | Item Number / Description | Qty Rtn | U/M | Reason for Return |
|---|---|---|---|---|
| 1 | NDC# 61958-2501-01<br>BIKTARVY | 1 | EA | CANNOT RECEIVE LOT |
| 2 | NDC# 61958-1901-01<br>GENVOYA | 1 | EA | PRODUCT LABEL ILLEGIBLE |
| 3 | NDC# 61958-2101-01<br>ODEFSEY | 1 | EA | PRODUCT LABEL ILLEGIBLE |
| 4 | NDC# 49702-0228-13<br>TIVICAY | 2 | EA | PRODUCT LABEL ILLEGIBLE |
| 5 | NDC# 49702-0231-13<br>TRIUMEQ | 8 | EA | PRODUCT LABEL ILLEGIBLE |
| 6 | NDC# 59676-0566-30<br>PREZISTA 800 | 1 | EA | SHORT DATED |
| 7 | NDC# 59676-0562-01<br>PREZISTA 600 | 1 | EA | SHORT DATED |
| 8 | NDC# 00006-3080-01<br>ISENTRESS 600 | 3 | EA | PRODUCT LABEL ILLEGIBLE |
| 9 | NDC# 59676-0575-30<br>PREZCOBIX | 1 | EA | SHORT DATE |

PLEASE NOTE THESE ITEMS WERE NOT RECEIVED AND HAVE BEEN REMOVED FROM THE ORIGINAL PURCHASE ORDER. UPDATED PURCHASE ORDER HAS ALREADY BEEN SENT TO YOU FOR BILLING PURPASES.

CTRL02419531

GX 667.0017

 **RETURN**

| DATE OF RETURN |
|---|
| 11/23/2020 |

**Vendor:** 01-B9229

BOULEVARD 9229 LLC
9229 QUEENS BLVD
SUITE 1I
REGO PARK,NY 11374

**Ship To:**

BOULEVARD 9229 LLC
9229 QUEENS BLVD
SUITE 1I
REGO PARK,NY 11374

| ORIGINAL PURCHASE ORDER NUMBER | 01210702 | DATE OF ORIGINAL PURCHASE ORDER | 11/19/2020 |
|---|---|---|---|

| Line | Item Number / Description | Qty Rtn | U/M | Reason for Return |
|---|---|---|---|---|
| 1 | NDC# 61958-2501-01<br>BIKTARVY | 3 | EA | PRODUCT LABEL ILLEGIBLE |
| 2 | NDC# 49702-0228-13<br>TIVICAY | 2 | EA | PRODUCT LABEL ILLEGIBLE |
| 3 | NDC# 59676-0566-30<br>PREZISTA | 2 | EA | PRODUCT LABEL ILLEGIBLE |
| 4 | NDC# 61958-2002-01<br>DESCOVY | 1 | EA | PRODUCT LABEL ILLEGIBLE |

PLEASE NOTE THESE ITEMS WERE NOT RECEIVED AND HAVE
BEEN REMOVED FROM THE ORIGINAL PURCHASE ORDER.
UPDATED PURCHASE ORDER HAS ALREADY BEEN SENT TO YOU
FOR BILLING PURPASES.

p: 855.437.5727   |   f: 866.930.1128   |   SafeChain.com   |   822 Chesapeake Drive   |   Cambridge, MD

CTRL02419909

GX 667.0018

 **SafeChain Solutions**

# RETURN

| DATE OF RETURN |
| --- |
| 08/04/2020 |

| Vendor: 01-B9229 | Ship To: |
| --- | --- |
| BOULEVARD 9229 LLC<br>9229 QUEENS BLVD<br>SUITE 1I<br>REGO PARK,NY 11374 | BOULEVARD 9229 LLC<br>9229 QUEENS BLVD<br>SUITE 1I<br>REGO PARK,NY 11374 |

| ORIGINAL PURCHASE ORDER NUMBER | 01209134 | DATE OF ORIGINAL PURCHASE ORDER | 08/03/2020 |
| --- | --- | --- | --- |

| Line | Item Number / Description | Qty Rtn | U/M | Reason for Return |
| --- | --- | --- | --- | --- |
| 1 | NDC# 59676-0566-30<br>PREZISTA | 2 | EA | LABEL ILLEGIBLE/DAMAGED |
| 2 | NDC# 61958-2501-01<br>BIKTARVY | 1 | EA | LABEL ILLEGIBLE/DAMAGED |
| 3 | NDC# 61958-2501-01<br>BIKTARVY | 4 | EA | SHORT DATE |

PLEASE NOTE: THESE ITEMS WERE NOT RECEIVED AND HAVE BEEN REMOVED FROM THE ORIGINAL PURCHASE ORDERAN UPDATED PURCHASE ORDER HAS ALREADY BEEN SENT TO YOU FOR BILLING PURPASES.

p: 855.437.5727   |   f: 866.930.1128   |   SafeChain.com   |   822 Chesapeake Drive   |   Cambridge, MD

CTRL02420096



# RETURN

| DATE OF RETURN |
| --- |
| 11/23/2020 |

**Vendor:** 01-B9229

BOULEVARD 9229 LLC
9229 QUEENS BLVD
SUITE 1I
REGO PARK,NY 11374

**Ship To:**

BOULEVARD 9229 LLC
9229 QUEENS BLVD
SUITE 1I
REGO PARK,NY 11374

| ORIGINAL PURCHASE ORDER NUMBER | 01210630 | DATE OF ORIGINAL PURCHASE ORDER | 11/13/2020 |
| --- | --- | --- | --- |

| Line | Item Number / Description | Qty Rtn | U/M | Reason for Return |
| --- | --- | --- | --- | --- |
| 1 | NDC# 61958-2501-01 BIKTARVY | 1 | EA | PRODUCT LABEL ILLEGIBLE |
| 2 | NDC# 61958-1901-01 GENVOYA | 2 | EA | PRODUCT LABEL ILLEGIBLE |
| 3 | NDC# 61958-0701-01 TRUVADA | 1 | EA | PRODUCT LABEL ILLEGIBLE |
| 4 | NDC# 59676-0571-01 INTELENCE 200MG | 2 | EA | PRODUCT LABEL ILLEGIBLE |

PLEASE NOTE THESE ITEMS WERE NOT RECEIVED AND HAVE BEEN REMOVED FROM THE ORIGINAL PURCHASE ORDER. UPDATED PURCHASE ORDER HAS ALREADY BEEN SENT TO YOU FOR BILLING PURPASES.

p: 855.437.5727   |   f: 866.930.1128   |   SafeChain.com   |   822 Chesapeake Drive   |   Cambridge, MD

CTRL02420098

GX 667.0020

 **RETURN**

| DATE OF RETURN |
|---|
| 10/29/2020 |

| Vendor: 01-B9229 | Ship To: |
|---|---|
| BOULEVARD 9229 LLC<br>9229 QUEENS BLVD<br>SUITE 1I<br>REGO PARK,NY 11374 | BOULEVARD 9229 LLC<br>9229 QUEENS BLVD<br>SUITE 1I<br>REGO PARK,NY 11374 |

| ORIGINAL PURCHASE ORDER NUMBER | 01210378<br>Binder# 10282020 | DATE OF ORIGINAL PURCHASE ORDER | 10/28/2020 |
|---|---|---|---|

| Line | Item Number / Description | Qty Rtn | U/M | Reason for Return |
|---|---|---|---|---|
| 1 | NDC# 61958-1901-01<br>GENVOYA | 6 | EA | SHORT DATED |
| 2 | NDC# 49702-0231-13<br>TRIUMEQ | 4 | EA | PRODUCT LABEL ILLEGIBLE |
| 3 | NDC# 49702-0231-13<br>TRIUMEQ | 4 | EA | SHORT DATED |
| 4 | NDC# 59676-0566-30<br>PREZISTA | 4 | EA | PRODUCT LABEL ILLEGIBLE |

PLEASE NOTE THESE ITEMS WERE NOT RECEIVED AND HAVE BEEN REMOVED FROM THE ORIGINAL PURCHASE ORDER. UPDATED PURCHASE ORDER HAS ALREADY BEEN SENT TO YOU FOR BILLING PURPASES.

p: 855.437.5727   |   f: 866.930.1128   |   SafeChain.com   |   822 Chesapeake Drive   |   Cambridge, MD

CTRL02420176

GX 667.0021

 **SafeChain Solutions**

# RETURN

| DATE OF RETURN |
|---|
| 07/28/2020 |

**Vendor:** 01-B9229

BOULEVARD 9229 LLC
9229 QUEENS BLVD
SUITE 1I
REGO PARK,NY 11374

**Ship To:**

BOULEVARD 9229 LLC
9229 QUEENS BLVD
SUITE 1I
REGO PARK,NY 11374

| ORIGINAL PURCHASE ORDER NUMBER | 01209033 | DATE OF ORIGINAL PURCHASE ORDER | 07/28/2020 |
|---|---|---|---|

| Line | Item Number / Description | Qty Rtn | U/M | Reason for Return |
|---|---|---|---|---|
| 1 | NDC# 61958-2501-01<br>BIKTARVY | 4 | EA | PRODUCT LABEL ILLEGIBLE |

PLEASE NOTE: THESE ITEMS WERE NOT RECEIVED AND HAVE BEEN REMOVED FROM THE ORIGINAL PURCHASE ORDERAN UPDATED PURCHASE ORDER HAS ALREADY BEEN SENT TO YOU FOR BILLING PURPASES.

CTRL00431114

GX 667.0022



# RETURN

| DATE OF RETURN |
| --- |
| 07/28/2020 |

| Vendor: 01-B9229 | Ship To: |
| --- | --- |
| BOULEVARD 9229 LLC<br>9229 QUEENS BLVD<br>SUITE 1I<br>REGO PARK,NY 11374 | BOULEVARD 9229 LLC<br>9229 QUEENS BLVD<br>SUITE 1I<br>REGO PARK,NY 11374 |

| ORIGINAL PURCHASE ORDER NUMBER | 01209002 | DATE OF ORIGINAL PURCHASE ORDER | 07/24/2020 |
| --- | --- | --- | --- |

| Line | Item Number / Description | Qty Rtn | U/M | Reason for Return |
| --- | --- | --- | --- | --- |
| 1 | NDC# 161958-1901-01<br>GENVOYA | 2 | EA | PRODUCT LABEL ILLEGIBLE |
| 2 | NDC# 49702-0228-13<br>TIVICAY | 3 | EA | PRODUCT LABEL ILLEGIBLE |

PLEASE NOTE: THESE ITEMS WERE NOT RECEIVED AND HAVE BEEN REMOVED FROM THE ORIGINAL PURCHASE ORDERAN UPDATED PURCHASE ORDER HAS ALREADY BEEN SENT TO YOU FOR BILLING PURPASES.

p: 855.437.5727   |   f: 866.930.1128   |   SafeChain.com   |   822 Chesapeake Drive   |   Cambridge, MD

CTRL00431115

GX 667.0023

 **RETURN**

| DATE OF RETURN |
| --- |
| 10/19/20 |

**Vendor:** 01-B9229

BOULEVARD 9229 LLC
9229 QUEENS BLVD
SUITE 1I
REGO PARK, NY 11374

**Ship To:**

BOULEVARD 9229 LLC
9229 QUEENS BLVD
SUITE 1I
REGO PARK, NY 11374

| ORIGINAL PURCHASE ORDER NUMBER | 01210168 | DATE OF ORIGINAL PURCHASE ORDER | 10/15/2020 |
| --- | --- | --- | --- |

| Line | Item Number / Description | Qty Rtn | U/M | Reason for Return |
| --- | --- | --- | --- | --- |
| 1 | NDC# 61958-2501-01 BIKTARVY | 5 | EA | CANNOT RECEIVE LOT CCXKVA |
| 2 | NDC# 61958-2501-01 BIKTARVY | 4 | EA | SHORT DATED |
| 3 | NDC# 61958-2501-01 BIKTARVY | 2 | EA | PRODUCT LABEL ILLEGIBLE |

PLEASE NOTE THESE ITEMS WERE NOT RECEIVED AND HAVE BEEN REMOVED FROM THE ORIGINAL PURCHASE ORDER. UPDATED PURCHASE ORDER HAS ALREADY BEEN SENT TO YOU FOR BILLING PURPASES.

p: 855.437.5727   |   f: 866.930.1128   |   SafeChain.com   |   822 Chesapeake Drive   |   Cambridge, MD

CTRL00432194

GX 667.0024

 **RETURN**

| DATE OF RETURN |
| --- |
| 10/29/2020 |

| Vendor: 01-B9229 | Ship To: |
| --- | --- |
| BOULEVARD 9229 LLC<br>9229 QUEENS BLVD<br>SUITE 1I<br>REGO PARK,NY 11374 | BOULEVARD 9229 LLC<br>9229 QUEENS BLVD<br>SUITE 1I<br>REGO PARK,NY 11374 |

| ORIGINAL PURCHASE ORDER NUMBER | 01210378<br>Binder# 10282020 | DATE OF ORIGINAL PURCHASE ORDER | 10/28/2020 |
| --- | --- | --- | --- |

| Line | Item Number / Description | Qty Rtn | U/M | Reason for Return |
| --- | --- | --- | --- | --- |
| 1 | NDC# 61958-1901-01<br>GENVOYA | 6 | EA | SHORT DATED |
| 2 | NDC# 49702-0231-13<br>TRIUMEQ | 4 | EA | PRODUCT LABEL ILLEGIBLE |
| 3 | NDC# 49702-0231-13<br>TRIUMEQ | 4 | EA | SHORT DATED |
| 4 | NDC# 59676-0566-30<br>PREZISTA | 4 | EA | PRODUCT LABEL ILLEGIBLE |

PLEASE NOTE THESE ITEMS WERE NOT RECEIVED AND HAVE BEEN REMOVED FROM THE ORIGINAL PURCHASE ORDER. UPDATED PURCHASE ORDER HAS ALREADY BEEN SENT TO YOU FOR BILLING PURPASES.

CTRL00433192

GX 667.0025

 **RETURN**

| DATE OF RETURN |
|---|
| 11/23/2020 |

| Vendor: 01-B9229 | Ship To: |
|---|---|
| BOULEVARD 9229 LLC<br>9229 QUEENS BLVD<br>SUITE 1I<br>REGO PARK,NY 11374 | BOULEVARD 9229 LLC<br>9229 QUEENS BLVD<br>SUITE 1I<br>REGO PARK,NY 11374 |

| ORIGINAL PURCHASE ORDER NUMBER | 01210630 | DATE OF ORIGINAL PURCHASE ORDER | 11/13/2020 |
|---|---|---|---|

| Line | Item Number / Description | Qty Rtn | U/M | Reason for Return |
|---|---|---|---|---|
| 1 | NDC# 61958-2501-01<br>BIKTARVY | 1 | EA | PRODUCT LABEL ILLEGIBLE |
| 2 | NDC# 61958-1901-01<br>GENVOYA | 2 | EA | PRODUCT LABEL ILLEGIBLE |
| 3 | NDC# 61958-0701-01<br>TRUVADA | 1 | EA | PRODUCT LABEL ILLEGIBLE |
| 4 | NDC# 59676-0571-01<br>INTELENCE 200MG | 2 | EA | PRODUCT LABEL ILLEGIBLE |

PLEASE NOTE THESE ITEMS WERE NOT RECEIVED AND HAVE BEEN REMOVED FROM THE ORIGINAL PURCHASE ORDER. UPDATED PURCHASE ORDER HAS ALREADY BEEN SENT TO YOU FOR BILLING PURPASES.

p: 855.437.5727   |   f: 866.930.1128   |   SafeChain.com   |   822 Chesapeake Drive   |   Cambridge, MD

CTRL00433275

GX 667.0026

 **RETURN**

| DATE OF RETURN |
|---|
| 08/31/2020 |

| Vendor: 01-B9229 | Ship To: |
|---|---|
| BOULEVARD 9229 LLC<br>9229 QUEENS BLVD<br>SUITE 1I<br>REGO PARK,NY 11374 | BOULEVARD 9229 LLC<br>9229 QUEENS BLVD<br>SUITE 1I<br>REGO PARK,NY 11374 |

| ORIGINAL PURCHASE ORDER NUMBER | 01209513 | DATE OF ORIGINAL PURCHASE ORDER | 08/27/2020 |
|---|---|---|---|

| Line | Item Number / Description | Qty Rtn | U/M | Reason for Return |
|---|---|---|---|---|
| 1 | NDC# 15584-0101-01<br>ATRIPLA | 2 | EA | PRODUCT LABEL ILLEGIBLE |
| 2 | NDC# 75987-0010-03<br>DUEXIS | 1 | EA | PRODUCT LABEL ILLEGIBLE |
| 3 | NDC# 61958-2101-01<br>ODEFSEY | 1 | EA | PRODUCT LABEL ILLEGIBLE |
| 4 | NDC# 61958-2501-01<br>BIKTARVY | 6 | EA | PRODUCT LABEL ILLEGIBLE |
| 5 | NDC# 49702-0228-13<br>TIVICAY | 6 | EA | PRODUCT LABEL ILLEGIBLE |
| 6 | NDC# 61958-1901-01<br>GENVOYA | 2 | EA | PRODUCT LABEL ILLEGIBLE |
| 7 | NDC# 59676-0556-30<br>PREZISTA 800MG | 2 | EA | PRODUCT LABEL ILLEGIBLE |
| 8 | NDC# 59676-0575-30<br>PREZCOBIX | 2 | EA | PRODUCT LABEL ILLEGIBLE |

PLEASE NOTE: THESE ITEMS WERE NOT RECEIVED AND HAVE BEEN REMOVED FROM THE ORIGINAL PURCHASE ORDERAN UPDATED PURCHASE ORDER HAS ALREADY BEEN SENT TO YOU FOR BILLING PURPASES.

p: 855.437.5727   |   f: 866.930.1128   |   SafeChain.com   |   822 Chesapeake Drive   |   Cambridge, MD

CTRL00437764

GX 667.0027

 **RETURN**

| DATE OF RETURN |
| --- |
| 09/15/2020 |

| Vendor: 01-B9229 | Ship To: |
| --- | --- |
| BOULEVARD 9229 LLC<br>9229 QUEENS BLVD<br>SUITE 1I<br>REGO PARK,NY 11374 | BOULEVARD 9229 LLC<br>9229 QUEENS BLVD<br>SUITE 1I<br>REGO PARK,NY 11374 |

| ORIGINAL PURCHASE ORDER NUMBER | 01209744 | DATE OF ORIGINAL PURCHASE ORDER | 09/15/2020 |
| --- | --- | --- | --- |

| Line | Item Number / Description | Qty Rtn | U/M | Reason for Return |
| --- | --- | --- | --- | --- |
| 1 | NDC# 49702-0228-13<br>TIVICAY | 3 | EA | PRODUCT LABEL ILLEGIBLE |
| 2 | NDC# 49702-0231-13<br>TRIUMEQ | 1 | EA | PRODUCT LABEL ILLEGIBLE |
| 3 | NDC# 49702-0231-13<br>TRIUMEQ | 1 | EA | EXPIRED |
| 4 | NDC# 59676-0800-30<br>SYMTUZA | 1 | EA | PRODUCT LABEL ILLEGIBLE |

p:  855.437.5727   |   f:  866.930.1128   |   SafeChain.com   |   822 Chesapeake Drive   |   Cambridge, MD

CTRL00437776

GX 667.0028

 **RETURN**

| DATE OF RETURN |
|---|
| 09/17/2020 |

| Vendor: 01-B9229 | Ship To: |
|---|---|
| BOULEVARD 9229 LLC<br>9229 QUEENS BLVD<br>SUITE 1I<br>REGO PARK,NY 11374 | BOULEVARD 9229 LLC<br>9229 QUEENS BLVD<br>SUITE 1I<br>REGO PARK,NY 11374 |

| ORIGINAL PURCHASE ORDER NUMBER | 01209692 | DATE OF ORIGINAL PURCHASE ORDER | 09/10/2020 |
|---|---|---|---|

| Line | Item Number / Description | Qty Rtn | U/M | Reason for Return |
|---|---|---|---|---|
| 1 | NDC# 61958-2501-01<br>BIKTARVY | 2 | EA | NOT RECIEVING LOT CCXKVA |
| 2 | NDC# 61958-2501-01<br>BIKTARVY | 2 | EA | PRODUCT LABEL ILLEGIBLE |
| 3 | NDC# 49702-0228-13<br>TIVICAY | 2 | EA | PRODUCT LABEL ILLEGIBLE |
| 4 | NDC# 61958-1901-01<br>GENVOYA | 1 | EA | PRODUCT LABEL ILLEGIBLE |
| 5 | NDC# 61958-1101-01<br>COMPLERA | 1 | EA | SHORT DATED |
| 6 | NDC# 59676-0575-30<br>PREZCOBIX | 1 | EA | PRODUCT LABEL ILLEGIBLE |

PLEASE NOTE THESE ITEMS WERE NOT RECEIVED AND HAVE BEEN REMOVED FROM THE ORIGINAL PURCHASE ORDER. UPDATED PURCHASE ORDER HAS ALREADY BEEN SENT TO YOU FOR BILLING PURPASES.

CTRL00438555

GX 667.0029

 **RETURN**

| DATE OF RETURN |
|---|
| 10/19/20 |

| Vendor: 01-B9229 | Ship To: |
|---|---|
| BOULEVARD 9229 LLC<br>9229 QUEENS BLVD<br>SUITE 1I<br>REGO PARK,NY 11374 | BOULEVARD 9229 LLC<br>9229 QUEENS BLVD<br>SUITE 1I<br>REGO PARK,NY 11374 |

| ORIGINAL PURCHASE ORDER NUMBER | 01210204<br>Binder #01262122-82 | DATE OF ORIGINAL PURCHASE ORDER | 10/16/2020 |
|---|---|---|---|

| Line | Item Number / Description | Qty Rtn | U/M | Reason for Return |
|---|---|---|---|---|
| 1 | NDC# 61958-2501-01<br>BIKTARVY | 1 | EA | CANNOT RECEIVE LOT CCXKVA |

PLEASE NOTE THESE ITEMS WERE NOT RECEIVED AND HAVE BEEN REMOVED FROM THE ORIGINAL PURCHASE ORDER. UPDATED PURCHASE ORDER HAS ALREADY BEEN SENT TO YOU FOR BILLING PURPASES.

p:  855.437.5727   |   f:  866.930.1128   |   SafeChain.com   |   822 Chesapeake Drive   |   Cambridge, MD

CTRL00441055

GX 667.0030



# RETURN

| DATE OF RETURN |
|---|
| 09/15/2020 |

| Vendor: 01-B9229 | Ship To: |
|---|---|
| BOULEVARD 9229 LLC<br>9229 QUEENS BLVD<br>SUITE 1I<br>REGO PARK,NY 11374 | BOULEVARD 9229 LLC<br>9229 QUEENS BLVD<br>SUITE 1I<br>REGO PARK,NY 11374 |

| ORIGINAL PURCHASE ORDER NUMBER | 01209694 | DATE OF ORIGINAL PURCHASE ORDER | 09/11/2020 |
|---|---|---|---|

| Line | Item Number / Description | Qty Rtn | U/M | Reason for Return |
|---|---|---|---|---|
| 1 | NDC# 61958-1801-01<br>HARVONI | 1 | EA | LABEL ILLEGIBLE |

PLEASE NOTE: THESE ITEMS WERE NOT RECEIVED AND HAVE BEEN REMOVED FROM THE ORIGINAL PURCHASE ORDER. AN UPDATED PURCHASE ORDER HAS ALREADY BEEN SENT TO YOU FOR BILLING PURPASES.

p: 855.437.5727   |   f: 866.930.1128   |   SafeChain.com   |   822 Chesapeake Drive   |   Cambridge, MD

CTRL00441060

GX 667.0031



# RETURN

| DATE OF RETURN |
|----------------|
| 09/10/2020 |

**Vendor:** 01-B9229

BOULEVARD 9229 LLC
9229 QUEENS BLVD
SUITE 1I
REGO PARK,NY 11374

**Ship To:**

BOULEVARD 9229 LLC
9229 QUEENS BLVD
SUITE 1I
REGO PARK,NY 11374

| ORIGINAL PURCHASE ORDER NUMBER | 01209667 | DATE OF ORIGINAL PURCHASE ORDER | 09/09/2020 |
|---|---|---|---|

| Line | Item Number / Description | Qty Rtn | U/M | Reason for Return |
|------|---------------------------|---------|-----|-------------------|
| 1 | NDC# 61958-2501-01<br>BIKTARVY | 2 | EA | CANNOT ACCEPT LOT # |
| 2 | NDC# 61958-1101-01<br>COMPLERA | 1 | EA | SHORT DATE |
| 3 | NDC# 61958-2101-01<br>ODEFSEY | 1 | EA | PRODUCT LABEL ILLEGIBLE |
| 4 | NDC# 49702-0228-13<br>TIVICAY | 4 | EA | PRODUCT LABEL ILLEGIBLE |
| 5 | NDC# 49702-0231-13<br>TRIUMEQ | 4 | EA | PRODUCT LABEL ILLEGIBLE |
| 6 | NDC# 49702-0231-13<br>TRIUMEQ | 1 | EA | SHORT DATE |

PLEASE NOTE: THESE ITEMS WERE NOT RECEIVED AND HAVE BEEN REMOVED FROM THE ORIGINAL PURCHASE ORDER.  AN UPDATED PURCHASE ORDER HAS ALREADY BEEN SENT TO YOU FOR BILLING PURPOSES.

p:  855.437.5727   |   f:  866.930.1128   |   SafeChain.com   |   822 Chesapeake Drive   |   Cambridge, MD

CTRL00441252

GX 667.0032

 **RETURN**

| DATE OF RETURN |
|---|
| 10/19/20 |

Vendor: 01-B9229

BOULEVARD 9229 LLC
9229 QUEENS BLVD
SUITE 1I
REGO PARK,NY 11374

Ship To:

BOULEVARD 9229 LLC
9229 QUEENS BLVD
SUITE 1I
REGO PARK,NY 11374

| ORIGINAL PURCHASE ORDER NUMBER | 01210198 Binder # 01258999 | DATE OF ORIGINAL PURCHASE ORDER | 10/16/2020 |
|---|---|---|---|

| Line | Item Number / Description | Qty Rtn | U/M | Reason for Return |
|---|---|---|---|---|
| 1 | NDC# 49702-0228-13 TIVICAY | 1 | EA | PRODUCT LABEL ILLEGIBLE |
| 2 | NDC# 49702-0231-13 TRIUMEQ | 3 | EA | PRODUCT LABEL ILLEGIBLE |

PLEASE NOTE THESE ITEMS WERE NOT RECEIVED AND HAVE BEEN REMOVED FROM THE ORIGINAL PURCHASE ORDER. UPDATED PURCHASE ORDER HAS ALREADY BEEN SENT TO YOU FOR BILLING PURPASES.

p: 855.437.5727   |   f: 866.930.1128   |   SafeChain.com   |   822 Chesapeake Drive   |   Cambridge, MD

CTRL00431916

GX 667.0033

 **RETURN**

| DATE OF RETURN |
|---|
| 10/19/20 |

Vendor: 01-B9229

BOULEVARD 9229 LLC
9229 QUEENS BLVD
SUITE 1I
REGO PARK,NY 11374

Ship To:

BOULEVARD 9229 LLC
9229 QUEENS BLVD
SUITE 1I
REGO PARK,NY 11374

| ORIGINAL PURCHASE ORDER NUMBER | 01210198 Binder # 01258999 | DATE OF ORIGINAL PURCHASE ORDER | 10/16/2020 |
|---|---|---|---|

| Line | Item Number / Description | Qty Rtn | U/M | Reason for Return |
|---|---|---|---|---|
| 1 | NDC# 49702-0228-13 TIVICAY | 1 | EA | PRODUCT LABEL ILLEGIBLE |
| 2 | NDC# 49702-0231-13 TRIUMEQ | 3 | EA | PRODUCT LABEL ILLEGIBLE |

PLEASE NOTE THESE ITEMS WERE NOT RECEIVED AND HAVE BEEN REMOVED FROM THE ORIGINAL PURCHASE ORDER. UPDATED PURCHASE ORDER HAS ALREADY BEEN SENT TO YOU FOR BILLING PURPASES.

p:  855.437.5727   |   f:  866.930.1128   |   SafeChain.com   |   822 Chesapeake Drive   |   Cambridge, MD

CTRL02304811

 **RETURN**

| DATE OF RETURN |
|---|
| **12/02/2020** |

| Vendor: 01-B9229 | Ship To: |
|---|---|
| BOULEVARD 9229 LLC<br>9229 QUEENS BLVD<br>SUITE 1I<br>REGO PARK,NY 11374 | BOULEVARD 9229 LLC<br>9229 QUEENS BLVD<br>SUITE 1I<br>REGO PARK,NY 11374 |

| ORIGINAL PURCHASE ORDER NUMBER | **210770** | DATE OF ORIGINAL PURCHASE ORDER | **11/24/2020** |
|---|---|---|---|

| Line | Item Number / Description | Qty Rtn | U/M | Reason for Return |
|---|---|---|---|---|
| 1 | NDC#  15584-0101-01:  Atripla | 2 | EA. | Damaged Label |
| 2 | NDC#  61958-2501-01:  Biktarvy | 1 | EA. | Cannot Receive Lot Number |
| 3 | NDC#  61958-2501-01:  Biktarvy | 1 | EA. | Damaged Label |
| 4 | NDC#  61958-2101-01:  Odefsey | 1 | EA. | Damaged Label |
| 5 | NDC#  49702-0228-13:  Tivicay | 1 | EA. | Damaged Label |
| 6 | NDC#  49702-0231-13:  Triumeq | 14 | EA. | Damaged Label |
| 7 | NDC#  59676-0566-30:  Prezista 800Mg | 2 | EA. | Damaged Label |
| 8 | NDC#  59676-0800-30:  Symtuza | 1 | EA. | Damaged Label |

PLEASE NOTE: THESE ITEMS WERE NOT RECEIVED AND HAVE BEEN REMOVED FROM THE ORIGINAL PURCHASE ORDER.   AN UPDATED PURCHASE ORDER HAS ALREADY BEEN SENT TO YOU FOR BILLING PURPASES.

p: 855.437.5727   |   f: 866.930.1128   |   SafeChain.com   |   822 Chesapeake Drive   |   Cambridge, MD

CTRL00021273



# RETURN

| DATE OF RETURN |
| --- |
| **12/04/2020** |

Vendor: 01-B9229

BOULEVARD 9229 LLC
9229 QUEENS BLVD
SUITE 1I
REGO PARK,NY 11374

Ship To:

BOULEVARD 9229 LLC
9229 QUEENS BLVD
SUITE 1I
REGO PARK,NY 11374

| ORIGINAL PURCHASE ORDER NUMBER | **210838** | DATE OF ORIGINAL PURCHASE ORDER | **12/01/2020** |
| --- | --- | --- | --- |

| Line | Item Number / Description | Qty Rtn | U/M | Reason for Return |
| --- | --- | --- | --- | --- |
| 1 | NDC# 61958-0401-01: Viread | 1 | EA. | Damaged Label |
| 2 | NDC# 61958-2002-01: Descovy | 1 | EA. | Damaged Label |
| 3 | NDC# 59676-0575-30: Prezcobix | 1 | EA. | Damaged Label |
| 4 | NDC# 59676-0566-30: Prezista 800Mg | 1 | EA. | Damaged Label |
| 5 | NDC# 61958-0701-01: Truvada | 1 | EA. | Damaged Label |
| 6 | NDC# 61958-1901-01: Genvoya | 1 | EA. | Damaged Label |
| 7 | NDC# 49702-0231-13: Triumeq | 12 | EA. | Damaged Label |
| 8 | NDC# 61958-2501-01: Biktarvy | 3 | EA. | Cannot Receive Lot Number |
| | TOTAL UNITS BEING RETURNED | 21 | | |

PLEASE NOTE: THESE ITEMS WERE NOT RECEIVED AND HAVE BEEN REMOVED FROM THE ORIGINAL PURCHASE ORDER.  AN UPDATED PURCHASE ORDER HAS ALREADY BEEN SENT TO YOU FOR BILLING PURPASES.

p: 855.437.5727  |  f: 866.930.1128  |  SafeChain.com  |  822 Chesapeake Drive  |  Cambridge, MD

CTRL00023701

GX 667.0036

 **RETURN**

| DATE OF RETURN |
|---|
| **12/07/2020** |

Vendor: 01-B9229

BOULEVARD 9229 LLC
9229 QUEENS BLVD
SUITE 1I
REGO PARK,NY 11374

Ship To:

BOULEVARD 9229 LLC
9229 QUEENS BLVD
SUITE 1I
REGO PARK,NY 11374

| ORIGINAL PURCHASE ORDER NUMBER | **210948** | DATE OF ORIGINAL PURCHASE ORDER | **12/08/2020** |
|---|---|---|---|

| Line | Item Number / Description | Qty Rtn | U/M | Reason for Return |
|---|---|---|---|---|
| 1 | NDC# 61958-2501-01: Biktarvy | 1 | EA. | Cannot Receive Lot Number |
| 2 | NDC# 61958-2501-01: Biktarvy | 1 | EA. | Damaged Label |
| 3 | NDC# 49702-0231-13: Triumeq | 5 | EA. | Damaged Label |
| 4 | NDC# 49702-0228-13: Tivicay | 2 | EA. | Damaged Label |
| 5 | NDC# 61958-2002-01: Descovy | 2 | EA. | Damaged Label |
| 6 | NDC# 59676-0575-30: Prezcobix | 1 | EA. | Damaged Label |
| | TOTAL UNITS BEING RETURNED | 12 | | |

PLEASE NOTE: THESE ITEMS WERE NOT RECEIVED AND HAVE BEEN REMOVED FROM THE ORIGINAL PURCHASE ORDER.   AN UPDATED PURCHASE ORDER HAS ALREADY BEEN SENT TO YOU FOR BILLING PURPASES.

CTRL00022862

GX 667.0037