GOVERNMENT
EXHIBIT
681
1:24-cr-20255-WPD

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 24-CR-20255-WPD/HUNT

UNITED STATES OF AMERICA

v.

PATRICK BOYD and
CHARLES BOYD,

        **Defendants.**
_____/

**PARTIES' STIPULATIONS AS TO THE LOCATIONS OF CERTAIN DATA SERVERS**

In lieu of calling custodians of records for Microsoft Corporation and Yahoo Inc., the parties stipulate to the following facts as set forth in declarations provided by custodians of records for both companies that hosted and/or processed certain electronic messages in this case:

1. Microsoft does not currently nor has it to date operated e-mail or Teams servers within the state of Florida.  As a result, any messages sent to or from a Microsoft Hosted e-mail account or via the product Teams would necessarily have had to be routed through Microsoft servers outside the state of Florida.

2. For the email identified in Count 8 of the Indictment, sent from cs@safechain.com on or about April 13, 2021, the Microsoft owned email servers for that email were located in Boydton, Virginia.

3. Yahoo Inc., which owns aol.com, did not maintain any email servers in the state of Virginia between April 1, 2021 and August 31, 2021.

**Dated**: October 23, 2025                                    Respectfully submitted,

                                                                              JASON A. REDING QUIÑONES
                                                                              UNITED STATES ATTORNEY

LORINDA LARYEA, ACTING CHIEF
U.S. DEPARTMENT OF JUSTICE
CRIMINAL DIVISION, FRAUD SECTION

By: /s/ *Alexander Thor Pogozelski*
Alexander Thor Pogozelski
Assistant United States Attorney
Florida Special Bar No. A5502549
99 Northeast 4th Street
Miami, Florida 33132
Tel: (786) 649-5251
Email: Alexander.Pogozelski@usdoj.gov

/s/ *Jacqueline Zee DerOvanesian*
Jacqueline Zee DerOvanesian
Trial Attorney
Florida Bar No. 125662
United States Department of Justice
Criminal Division, Fraud Section
1400 New York Avenue NW
Washington, D.C. 20005
Tel: (202) 285-9285
Email: Jacqueline.DerOvanesian@usdoj.gov

By: /s/ William R. Barzee, Esq.
Florida Bar No. 158720
BARZEE FLORES
Courthouse Center, Penthouse One
40 N.W. Third Street
Miami, FL 33128
Tel: (305) 374-3998
Email: WilliamBarzee@BarzeeFlores.com
Counsel for Patrick Boyd

By: /s/ Bruce A. Zimet, Esq.
Florida Bar No. 0225053
BRUCE A. ZIMET, P.A.
1555 Palm Beach Lakes Blvd., Suite 1400
West Palm Beach, FL 33401
Tel: (561) 508-7741
Tel: (954) 764-7081
Email: BAZ@BruceAZimetLaw.com
Counsel for Charlie Boyd

## CERTIFICATE OF SERVICE

I, Alexander Thor Pogozelski, hereby certify that on October 23, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

>/s/ *Alexander Thor Pogozelski*
>Alexander Thor Pogozelski