UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 24-CR-20255-WPD

UNITED STATES OF AMERICA

v.

PATRICK BOYD,

    Defendant.
_____/

**PATRICK BOYD'S MOTION ADOPTING CO-DEFENDANT CHARLES BOYD'S ARGUMENTS IN OPPOSITION TO THE UNITED STATES' MOTION FOR PRELIMINARY ORDER OF FORFEITURE**

Patrick Boyd, by and through undersigned counsel, respectfully moves this Court to adopt the arguments outlined in Co-Defendant Charles Boyd's Response in Opposition to the United States' Motion for Preliminary Order of Forfeiture (D.E. 259), and states as follows:

1. The United States filed identical Motions for Preliminary Order of Forfeiture against Charles Boyd and Patrick Boyd. (D.E. 246; D.E. 245).

2. Patrick Boyd filed a Response in Opposition raising legal and factual objections to the Government's forfeiture request and requesting an evidentiary hearing pursuant to Fed. R. Crim. P. 32.2. (D.E. 258).

3. On January 19, 2026, Charles Boyd filed his response (D.E. 259).

4. Patrick Boyd hereby adopts the arguments outlined in Charles Boyd's Response, as applicable to him.

WHEREFORE**,** Patrick Boyd respectfully requests that this Court permit him to join and adopt the arguments outlined in Co-Defendant Charles Boyd's Response in Opposition to the United States' Motion for Preliminary Order of Forfeiture (D.E. 259).

Respectfully submitted,

/s/ William R. Barzee
William R. Barzee
Florida Bar No. 00158720
40 NW 3rd Street, PH 1
Miami, FL 33128
Tel: (305) 374-3998
Fax: (305) 374-6668
WilliamBarzee@BarzeeFlores.com

## CERTIFICATE OF SERVICE

I HEREBY certify that a true and correct copy of the foregoing instrument was electronically filed with the Clerk of the Court using CM/ECF on this 23rd day of January 2026.

/s/ William R. Barzee
William R. Barzee