UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-cr-20255-WPD

UNITED STATES OF AMERICA,

     Plaintiff,

vs.

CHARLES BOYD,

     Defendant.

_____

## NOTICE OF APPEAL

Notice is hereby given that Charles Boyd, defendant in the above named case,

hereby appeals to the United States Court of Appeals for the Eleventh Circuit from

the final judgment and commitment order, D.E. 287, entered on March 16, 2026.

                             Respectfully submitted,

                             /s/ Jacqueline E. Shapiro
                             Jacqueline E. Shapiro, Esq.
                             Fla. Bar No. 315885
                             40 N.W. 3rd Street, PH 1
                             Miami, Florida 33128
                             Tel: (305) 403-8207
                             Counsel for Defendant